Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX007865
Cashier ID: sq
Transaction Date: 02/21/2008
Payer Name: ROBERT JONES

---

CIVIL FILING FEE
For: ROBERT JONES
Amount: $350.00

---

CREDIT CARD
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

08-CV-365

A fee of $45.00 will be assessed on
any returned check.