IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 08-cv-00365-REB-CBS

STACEY ANN HANSEN,

      Plaintiff,

v.

DJO INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
I-FLOW CORPORATION,
ORATEC INTERVENTIONS, LLC,
SMITH & NEPHEW, INC.,
STEPHEN W. HOUSEWORTH,
ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS ORDERED that parties stipulated motion to stay deadlines pending rulings by the MDL panel (*doc. no. 50)* is **GRANTED**. The court hereby stays the deadlines for Fed.R.Civ.P. 26(a)(1) disclosures and submission of confidential settlement statements.

IT IS FURTHER ORDERED that parties shall submit a proposed scheduling order, by close of business on June 20, 2008, that provides for a stay of all discovery except that directed to product identification.

IT IS FURTHER ORDERED that the June 25, 2008 scheduling conference is **VACATED** and **RESET** to **June 26, 2008 at 11:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that counsel for Plaintiff, Donald Jones, is permitted to participate telephonically. Counsel shall contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**     June 19, 2008