# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00365-REB-CBS

STACEY ANN HANSEN,

    Plaintiff,

v.

DJO INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
I-FLOW CORPORATION,
ORATEC INTERVENTIONS, LLC,
SMITH & NEPHEW, INC.,
STEPHEN W. HOUSEWORTH,
ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

## ORDER OF DISMISSAL OF
## DEFENDANTS, SMITH & NEPHEW, INC., AND ORATEC INTERVENTIONS, INC.

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice as to Defendants, Smith & Nephew, Inc., and Oratec Interventions, Inc.**, [#67] filed July 25, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that plaintiff's claims against defendants, Smith & Nephew, Inc., and Oratec Interventions, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice as to Defendants, Smith & Nephew, Inc., and Oratec Interventions, Inc.**, [#67] filed July 25, 2008, is

**APPROVED**;

2. That plaintiff's claims against defendants, Smith & Nephew, Inc., and Oratec Interventions, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Smith & Nephew, Inc., and Oratec Interventions, Inc., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated July 28, 2008, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**