IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00365-REB-CBS

STACEY ANN HANSEN,

    Plaintiff,

v.

DJO INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
I-FLOW CORPORATION,
STEPHEN W. HOUSEWORTH,
ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT DR. HOUSEWORTH ONLY

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice as to Defendant Dr. Houseworth Only** [#70] filed July 29, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that plaintiff's claims against defendant, Stephen W. Houseworth, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice as to Defendant Dr. Houseworth Only** [#70] filed July 29, 2008, is **APPROVED**;

2. That plaintiff's claims against defendant, Stephen W. Houseworth, are

**DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Stephen W. Houseworth, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 29, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**