IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00365-ZLW-CBS

STACEY ANN HANSEN,

    Plaintiff,

v.

DJO INCORPORATED, f/k/a DJ Orthopedics, Inc.,
REABLE THERAPEUTICS, LLC,
I-FLOW CORPORATION,
ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA, LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

---

## ORDER

---

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    DATED at Denver, Colorado, this __10th__ day of September, 2008.

                                  BY THE COURT:

                                  _____
                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court