IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

 Plaintiff,

v.

DJO INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC,
I-FLOW CORPORATION,
ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

 Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

 IT IS HEREBY ORDERED that Defendants' Joint Unopposed Motion for Entry of Stipulated Qualified Protective Order (*doc. no. 94*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 94-2)* is accepted by the court.

 The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:** February 9, 2009