## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-00365-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 17, 2009 | **Courtroom Deputy:** Linda Kahoe |

STACEY ANN HANSEN,                      Donald Robert Jones *(via phone)*

    Plaintiff,

    v.

DJO, INCORPORATED,                      Brett Marshall Godfrey
                                                             James Andrew Johnson

I-FLOW CORPORATION,                     Jordan Lee Lipp

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 1:44 p.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Defendant DJO, Incorporated's Motion for Order Allowing Disclosure of Expert Beyond Deadline, doc #[169], filed 10/29/2009.

The court cites relevant case law.

ORDERED:     Defendant DJO, Incorporated's Motion for Order Allowing Disclosure of Expert Beyond Deadline, doc #[169], is taken under advisement.

HEARING CONCLUDED.

**Court in recess**:     3:01 p.m.
Total time in court:     01:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.