**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: December 1, 2009 |
| Court Reporter:      Paul Zuckerman | |

Civil Action No. 08-cv-00365-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| STACEY ANN HANSEN, | Thomas Powers |
| | Donald Jones |
| Plaintiff, | |
| v. | |
| DJO, INCORPORATED, and | James Johnson |
| I-FLOW CORPORATION, | Jordan Lipp |
| | Jeff Pilkington |
| Defendants. | Maynard Kirpalani |

**COURTROOM MINUTES**

HEARING:   Motions

**9:18 a.m.   Court in session.**

The Court addresses Plaintiff's Motion for Extension of Time to File Additional Rule 702 Motion (**Doc. #158**)

Argument from counsel Powers and Kirpalani.

**ORDER:**   Plaintiff's Motion for Extension of Time to File Additional Rule 702 Motion (**Doc. #158**) is **GRANTED**.  Additional Rule 702 Motion will be filed by **December 8, 2009.**

The Court addresses Defendants' Joint Motion for Leave to file Supplemental Briefing in Support of Fed.R.Evid. 702 Challenges (**Doc. #154**)

There is no objection from opposing counsel.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendants' Joint Motion fo Leave to file Supplemental Briefing in Support of Fed.R.Evid. 702 Challenges (**Doc. #154**) is **GRANTED**. Supplemental Briefing will be filed by **January 29, 2010.**

The Court addresses the pending Motion(s) for Summary Judgment filed by the defendants.

Oral motion from plaintiff's counsel for opportunity to respond to the motions.

**ORDER:** Responses to all Motion(s) for Summary Judgment will be filed by **January 29, 2010.**

The Court addresses Plaintiff's Emergency Motion to Consolidate (**Doc. #148**).

Argument by Mr. Powers for plaintiff. The plaintiff withdraws the Motion at Doc. #148. Defendants have no objection.

**ORDER:** Plaintiff's Emergency Motion to Consolidate **(Doc. #148) is deemed WITHDRAWN.**

The Court addresses defense counsel's request to set the 702 hearings. Argument by counsel Kirpalani and Powers.

The 702 hearings will not be set at this time.

**ORDER:** The Final Pretrial Conference scheduled on **February 2, 2010 at 4:00 p.m.** is converted to a Rule 16 conference. No Final Pretrial Order will be due and the parties may participate in the hearing by telephone if arrangements are made at least 48 hours in advance with the Courtroom Deputy at (303) 335-2185.

**9:59 a.m.** **Court in recess.**

**Total Time:   41 minutes.**
**Hearing concluded.**