**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.:** 08-cv-00365-MSK-CBS      **FTR** - Reporter Deck - Courtroom A402
**Date:** February 25, 2010      **Courtroom Deputy:** Linda Kahoe

STACEY ANN HANSEN,      Thomas B. Powers

   Plaintiff,

   v.

DJO, INCORPORATED,      Rachel Laine Carnaggio
I-FLOW CORPORATION,      Jordan Lee Lipp

   Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session:** 10:00 a.m.
Court calls case. Appearances of counsel.

Discussion regarding the status of the case.

Mr. Powers states that Plaintiff would like to withdraw her opposition to Defendant DJO, Incorporated's Motion for Order Allowing Disclosure of Expert Beyond Deadline, doc #[169].

Ms. Carnaggio states that the expert, Dr. Anderson, has provided a report.

For the reasons as stated on the record, it is:

**ORDERED**: Defendant DJO, Incorporated's Motion for Order Allowing Disclosure of Expert Beyond Deadline, doc #[169], is **DENIED AS MOOT**.

Mr. Powers states response briefs on the summary judgment motions are due March 4th. Briefing is stayed on the Rule 702 motions.

Mr. Powers states that the MDL Panel will be meeting on March 28th.

HEARING CONCLUDED.
**Court in recess:** 10:05 a.m.
Total time in court: 00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.