IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc.;
REABLE THERAPEUTICS, LLC; and
I-FLOW CORPORATION;

Defendants.

---

**DECLARATION OF THOMAS B. POWERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO I-FLOW'S MOTION FOR SUMMARY JUDGMENT; AND PLAINTIFF'S RESPONSE TO DJO, INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**

---

I, Thomas B. Powers, state as follows:

1. I am one of the attorneys representing plaintiffs in this lawsuit. I make this declaration based on my own personal knowledge and in support of *Plaintiff's Response to I-Flow's Motion for Summary Judgment*; and *Plaintiff's Response to DJO, Incorporated's Motion for Summary Judgment.*

2. Attached hereto as Ex. 01 is a true and correct copy of the Report of Stephen Trippel, M.D.

3. Attached hereto is as Ex. 02 is a true and correct copy of J. Levy, et al., *Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty*, J. SHOULDER ELBOW SURG. (2008).

4. Attached hereto as Ex. 03 is a true and correct copy of K. Tamai, et al., *Chondrolysis of the shoulder following a "color test" – assisted rotator cuff repair – a report of 2 cases*, 68(4) ACTA ORTHOP. SCAND. 401-02 (1997).

5. Attached hereto as Ex. 04 is a true and correct copy of Y. Nakagawa, et al., *Glenohumeral Osteoarthritis Following A "Color Test" during Rotator Cuff Repair*, 57 BULL. HOSP. FOR JOINT DISEASES 216-18 (1998);

6. Attached hereto as Ex. 05 is a true and correct copy of Y. Shibata, et al., *Chondrolysis of the glenohumeral joint following a color test using gentian violet*, 25 INT'L ORTHOPEDICS 401-03 (2001).

7. Attached hereto as Ex. 06 is a true and correct copy of C. Douw, et al., *Clinical and pathological changes in the knee after accidental chlorhexidine irrigation during arthroscopy*, 80 J. BONE JOINT SURG. (B) 437-40 (1998).

8. Attached hereto as Ex. 07 is a true and correct copy of A. *van Huyssteen, and D. Bracey*, Chlorhexidine and chondrolysis in the knee. 81 J. BONE JOINT SURG. (B) 995-96 (1999).

9. Attached hereto as Ex. 08 is a true and correct copy of A. Reading, *Chlorhexidine and chondrolysis in the knee(Letter)*, 82 J. BONE JOINT SURG. (B) 620 (2000).

10. Attached hereto as Ex. 09 is a true and correct copy of A. Reading et al., *Quantitative Assessment of the Effect Of 0.05% Chlorhexidine in Rat Articular Cartilage Metabolism In Vitro and In Vivo*, 18 J. ORTHOPAEDIC RES. 762-67 (2000);

11. Attached hereto as Ex. 10 is a true and correct copy of R. B. Edwards, et al., *Thermal Chondroplasty of Chondromalacic Human Cartilage: An Ex Vivo Comparison of Bipolar and Monopolar Radiofrequency Devices*, 30(1) AM. J. SPORTS MED. 90-97 (2002).

12. Attached hereto as Ex. 11 is a true and correct copy of C. Hogan and D. Diduch, *Progressive Articular Cartilage Loss Following Radiofrequency Treatment of a Partial-Thickness Lesion*, 17(6) ARTHROSCOPY E24 (2001).

13. Attached hereto as Ex. 12 is a true and correct copy of Y. Lu, et al., *Thermal Chondroplasty With Radiofrequency Energy: An In Vitro Comparison of Bipolar and Monopolar Radiofrequency Devices*, 29(1) AM. J. SPORTS MED. 42-49 (2001).

14. Attached hereto as Ex. 13 is a true and correct copy of W. Levine, et al., *Chondrolysis Following Arthroscopic Thermal Capsulorrhaphy to Treat Shoulder Instability: A Report of Two Cases.* 87 J. BONE JOINT SURG. AM. 616-621 (2005).

15. Attached hereto as Ex. 14 is a true and correct copy of D. Petty, et al., *Glenohumeral Chondrolysis After Shoulder Arthroscopy: Case Reports and Review of the Literature*, 32 AM. J. SPORTS. MED. 509-515 (2004).

16. Attached hereto as Ex. 15 is a true and correct copy of K. Wong, and G. Williams, *Complications of Thermal Capsulorrhaphy of the Shoulder*, 83-A Supp. 2 Part 2 J. BONE JOINT SURG. 151-155 (2001).

17. Attached hereto as Ex. 16 is a true and correct copy of A. Miniaci, and M. Codsi, *Thermal Capsulorrhaphy for the Treatment of Shoulder Instability*, 34(8) AM. J. SPORTS MED. 1356-63, 1362 (Aug. 2006);

18. Attached hereto as Ex. 17 is a true and correct copy of G. Athwal et al., *Osteolysis and Arthropathy of The Shoulder After Use of Bioabsorbable Knotless Suture Anchors*, 88-A(8) J. BONE & JOINT SURG. 1840-45 (Aug. 2006).

19. Attached hereto as Ex. 18 is a true and correct copy of P. Clavert and J. Warner, *Panacryl Synovitis: Fact or Fiction?* 21 ARTHROSCOPY 200-03 (2005).

20. Attached hereto as Ex. 19 is a true and correct copy of Report of Charles Beck, M.D. Regarding Gordon Addis.

21. Attached hereto as Ex. 20 is a true and correct copy of L. Paulos, M.C.'s letter to B. Shirley (Feb. 11, 2005).

22. Attached hereto as Ex. 21 is a true and correct copy of L. Paulos, M.C.'s emails to and from B. Shirley and D. Kelley (Feb. 15, 2005).

23. Attached hereto as Ex. 22 is a true and correct copy of B. P. Hansen, et al., Podium Presentation (Mar. 23, 2006).

24. Attached hereto as Ex. 23 is a true and correct copy of B. P. Hansen, et al., *Postarthroscopic Glenohumeral Chondrolysis*, AM. J. SPORTS MED. (July 2007) Epub ahead of print.

25. Attached hereto as Ex. 24 is a true and correct copy of C. Chu, et al., *In Vitro Exposure to 0.5% Bupivacaine is Cytotoxic to Bovine Articular Chondrocytes*, 22 ARTHROSCOPY 693-99.

26. Attached hereto as Ex. 25 is a true and correct copy of A. Gomoll, et al., *Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experiemental Model Investigating Chondrotoxicity in the Rabbit Shoulder*, 22:8 ARTHROSCOPY 813-19 (Aug. 2006).

27. Attached hereto as Ex. 26 is a true and correct copy of J. Karpie and C. Chu, *Lidocaine Exhibits Dose- and Time- Dependent Cytotoxic Effects on Bovine Articular Chondrocytes In Vitro*, 10 AM. J. SPORTS MED. 1-6 (Jul. 2007).

28. Attached hereto as Ex. 27 is a true and correct copy of I. Lo, et al., *Local anaesthetics induce chondrocyte death in bovine articular cartilage*, 7[5th] Annual Meeting Podium Presentations AAOS (Mar. 5, 2008)

29. Attached hereto as Ex. 28 is a true and correct copy of M. Yeger-McKeever, et al., *Low Doses of Bupivacaine Are Cytotoxic to Articular Cartilage In Vitro*, 7[th] Annual Meeting AAOS (Mar. 5, 2008).

30. Attached hereto as Ex. 29 is a true and correct copy of S. Piper and H. Kim, *Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes*, 90:5 J. BONE JOINT SURG. Am. 986-91 (May 2008).

31. Attached hereto as Ex. 30 is a true and correct copy of J. Dragoo, et al., *The Effect of Local Anesthetics Administered Via Pain Pump on Chondrocyte Viability*, 36:8 AM. J. SPORTS MED. 1484-88 (Jun. 1, 2008).

32. Attached hereto as Ex. 31 is a true and correct copy of P. Greis, et al., *Bilateral Shoulder Chondrolysis Following Arthroscopy. A Report of Two Cases*, 90 J. BONE JOINT SURG. AM. 1338-1344 (2008).

33. Attached hereto as Ex. 32 is a true and correct copy of S. Anderson, et al., *Chondrolysis of the Glenohumeral Joint*, J ARTHROSCOPY SUPP e13 (2008).

34. Attached hereto as Ex. 33 is a true and correct copy of A. McNickle, et al., *Postsurgical Glenohumeral Arthritis in Young Adults*, AM. J. SPORTS MED. (Jun. 9, 2009).

35. Attached hereto as Ex. 34 is a true and correct copy of M. Saltzman et al., *Postsurgical Chondrolysis of the Shoulder*, 32 ORTHOPEDICS 215 (2009).

36. Attached hereto as Ex. 35 is a true and correct copy of C. Chu, et al., *The in vitro effects of bupivacaine on articular chondrocytes*, 90-B:6 J. BONE & JOINT SURG. (BR) 814-20 (2008).

37. Attached hereto as Ex. 36 is a true and correct copy of S. Webb and S. Ghosh, *Further opinion: The in vitro effects of bupivacaine on articular chondrocytes,* J. BONE JOINT SURG. (B) (2008).

38. Attached hereto as Ex. 37 is a true and correct copy of E. Fester and F. Noyes, *Postoperative Chondrolysis of the Knee: 3 Case Reports and a Review of the Literature,* AM. J. SPORTS MED. (Jun 17, 2009) (Epub ahead of print).

39. Attached hereto as Ex. 38 is a true and correct copy of M. Slabaugh, et al., *Rapid Chondrolysis of the Knee After Anterior Cruciate Ligament Reconstruction: A Case Report*, 92 J. BONE JOINT SURG. 186-189 (2010).

40. Attached hereto as Ex. 39 is a true and correct copy of B. Busfield and D. Romero, *Current Concepts: Pain Pump Use After Shoulder Arthroscopy As a Cause of Glenohumeral Chondrolysis,* 25(6) J. ARTHROSCOPIC RELATED SURG. 647-652 (Jun. 2009).

41. Attached hereto as Ex. 40 is a true and correct copy of Baillieul, R. J., *The peri-operative use of intra-articular local anesthetics: A review*, 60 ACTA ANAESTH BELG 101-08 (2009).

42. Attached hereto as Ex. 41 is a true and correct copy of A. Wei and L. Galatz, *Ch. 19, Complications of Shoulder Arthroscopy,* p.918, in THE SHOULDER, FOURTH ED., Vol. 2, Rockwood, Matsen, Wirth and Lippitt, eds. (Saunders Elsevier 2009).

43. Attached hereto as Ex. 42 is a true and correct copy of D. Jackson, *Intra-articular injections of local anesthetics: How much is too much?* 28:5 ORTHOPEDICS TODAY (2008).

44. Attached hereto as Ex. 43 is a true and correct copy of Oxford Center for Evidence-based Medicine Levels of Evidence (Mar. 2009).

45. Attached hereto as Ex. 44 is a true and correct copy of Charels Beck, M.D.'s August 31, 2009 deposition transcript (pages 259-261, 449-450, 499, and 609).

46. Attached hereto as Ex. 45 is a true and correct copy of K. ROTHMAN AND S. GREENLAND, *Ch. 7, Cohort Studies*, 100 in MODERN EPIDEMIOLOGY 3D ED., (K. Rothman, S. Greenland & T. Lash, eds., Lippincott Williams & Wilkins 2008).

47. Attached hereto as Ex. 46 is a true and correct copy of *Report to Michael L. Williams, Esq. Re: Shoulder Chondrolysis Causation* [Greenland Report], dated August 24, 2009 by Sander Greenland, M.A., M.S., Dr. P.H., C. Stat.

48. Attached hereto as Ex. 47 is a true and correct copy of the *Declaration of Martin T. Wells, Ph.D.* [Wells Report], dated August 24, 2009.

49. Attached hereto as Ex. 48 is a true and correct copy of MICHAEL J. SAKS, ET AL., ANNOTATED REFERENCE MANUAL ON SCIENTIFIC EVIDENCE, SECOND 534 (Federal Judicial Center)(2005-2006).

50. Attached hereto as Ex. 49 is a true and correct copy of Wayne Z. Burkhead, Jr., M.D.'s August 31, 2009 deposition transcript (pages 1-7, 30, 34-36, 38-41, 47-48, 56-59, 70-71, 79-80, 82-83, 144-146, 168-170, and 188).

51. Attached hereto as Ex. 50 is a true and correct copy of *Report of Frederick Matsen, M.D. Intra-Articular Use of Pain Pumps as a Scientifically Plausible Cause of Glenohumeral Chondrolysis* [Matsen Report], dated May 25, 2009.

52. Attached hereto as Ex. 51 is a true and correct copy of *Grossnickle, et al. v. Stryker Corporation, et al.*, Volume 7-A Transcript of Proceedings of March 5, 2009 (pages 1587-1588, 1636, 1664-1666).

53. Attached hereto as Ex. 52 is a true and correct copy of B. Hill, *The Environment and Disease: Association or Causation?* 58 PROCEEDINGS OF THE ROYAL SOCIETY OF MEDICINE 295-300 (1965).

54. Attached hereto as Ex. 53 is a true and correct copy of J. Rapley et al., *Glenohumeral chondrolysis after shoulder arthroscopy associated with continuous bupivacaine infusion*, 25:12 ARTHROSCOPY: J ARTHROSCOPIC AND RELATED SURG. 1367-73 (Dec. 2009).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2010.

/s/ Thomas B. Powerts
Thomas B. Powers, OSB # 98393
tpowers@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 295-2924
Facsimile: (503) 295-3720

Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 4th day of March, 2010, according to this Court's provision for service on the following:

Jeffrey R. Pilkington, Esq.
jeff.Pilkington@dgslaw.com
Jordan Lipp, Esq.
Jordan.lipp@dgslaw.com
Davis Graham & Stubbs LLP
1550 – 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379

Maynard Kirpalani, Esq.
maynard.kirpalani@wilsonelser.com
Geoffrey M. Coan, Esq.
geoffrey.coan@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112

*Attorneys for I-Flow Corporation*

Brett Marshall Godfrey, Esq.
godfrey@godlap.com
Rachel L. Carnaggio, Esq.
carnaggio@godlap.com
James A. Johnson
johnson@godlap.com
Godfrey & Lapuyade, PC
9557 S. Kingston Court
Englewood, CO 80112
Telephone: 303-228-0700
Facsimile: 303-228-0701

*Attorneys for DJO, Incorporated f/k/a DJ Orthopedics, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

/s/ Thomas B. Powers
Thomas B. Powers, OSB # 98393
tpowers@wdolaw.com

cc: Co-counsel