# EXHIBIT 1

# REPORT OF STEPHEN TRIPPEL, M.D.

## I. INTRODUCTION AND CREDENTIALS

I am a board-certified orthopedic surgeon and have been since 1982. Clinically, my special interest is total joint replacement surgery. Research-wise, my special interest is in articular cartilage. I have been involved in the study and research of articular cartilage since 1977. My professional education and activities are set forth in my CV which accompanies this report. The following is a summary of excerpts of those activities.

I went to Swarthmore College in Pennsylvania. Upon graduation, I went to Columbia College of Physician and Surgeons, a medical school in New York City. After that, I did my internship in general surgery in the Harvard training program based at what was then the Peter Bent Brigham Hospital, which is now part of Brigham and Women's Hospital.

Following my general surgery internship, I did a six-month research fellowship at the Massachusetts General Hospital to learn how to do research in cartilage. I then became an orthopedic resident to learn how to become a specialist surgeon in orthopedic surgery that was in the Harvard combined orthopedic residency program, which trains physicians at multiple hospitals in Boston. Following that, I did a chief residency in orthopedic surgery at Massachusetts General Hospital, and then went on to do a research fellowship in pediatric endocrinology at the University of North Carolina.

I then joined the faculty at Harvard and the orthopedic staff at Massachusetts General Hospital, practiced there for many years before assuming the chairmanship of the department of orthopedics at Indiana University. I did that for a couple of years and then went back to doing research, teaching and just clinical work, without the administrative component, and I continue to work there as professor of orthopedics. I have a laboratory at Indiana University where I head and manage the laboratory and conduct research on cartilage. I have published numerous peer reviewed articles in the medical literature on the general subject of cartilage research.

I have received, among others, the following honors and awards: the Traveling Fellowship of the American Orthopedic Association, deputy editor for biology in the Journal of Orthopedic Research; served as a chairman of the Gordon Research Conference on bioengineering and orthopedic sciences; served as a fellow of the American Orthopedic Association, a member of the National Institute of Health, orthopedics and musculoskeletal study section, and received an award from the National Aeronautics and Space Administration.

I am a member of numerous professional societies, including the American College of Surgeons, the American Orthopedic Association, the American Academy of Orthopedic Surgeons, and the Orthopaedic Research Society.

I have served on numerous regional and national committees over the years, including the Task Force on Guidelines for Clinical Trials for Osteoarthritis, chairman of the Task Force on

Clinical Research for the American Orthopedic Association, and president of the Orthopedic Research Society.

I have served as a reviewer for a number of journals, including the American Journal of Sports Medicine, the Journal of Clinical Orthopedics and Related Research, the Journal of Bone and Joint Surgery, the Journal of Cell Biology, the Journal of Orthopedic Research, the New England Journal of Medicine. As a reviewer I evaluate the scientific validity of the methods and conclusions reported in the studies.

I have served on several editorial boards, including: The Journal of Orthopedic Research, the Osteoarthritis and Cartilage Journal, and the Contemporary Inflammation, Autoimmunity Arthritis, Orthopedics and Osteoporosis web site.

I have written and published approximately 50 articles that have been peer-reviewed and published in medical journals regarding articular cartilage. I have also published chapters in medical textbooks or treatises that concern articular cartilage. I have also published a number of abstracts and editorials regarding my field of interest.

I have received grants and funding to conduct research involving articular cartilage, including numerous National Institute of Health grants.

I have been a consultant for pharmaceutical companies and medical device companies. I've done sponsored research with biotech companies and pharmaceutical companies, involving articular chondrocytes. I have consulted with G.D. Searle Company regarding orthopedic and rheumatological applications. I have also consulted with Syntex Laboratories regarding the effects of naproxen on chondrocytes, and with Genentech Company regarding the effect of human growth hormone on bone fractures. I have consulted with Zimmer Medical regarding concepts and technology applicable to medical devices, with Wyeth Laboratories regarding some of their pre-pharmaceutical products, and multiple types of consulting for Genetics Institute.

Over the years, I have been invited to provide numerous lectures and presentations regarding articular cartilage at continuing medical education courses, for medical students, and conferences sponsored by medical/pharmaceutical companies and biological manufacturers. In the course of lecturing and speaking to these groups, I have traveled throughout the United States and throughout the world over the years to speak on my field of interest, cartilage.

I served on the American Academy of Orthopedic Surgeons Council For Research, assessing, among other things, ideas or products that were coming out that would become available to orthopedic surgeons, to evaluate the justification for the new technology. In other words, we evaluated whether or not there was good evidence to support use of the medical device on patients.

I have served on a Food and Drug Administration advisory panel. The FDA is the safety watchdog for prescription drugs and medical devices in the United States. Its responsibility is to

protect the public from potentially serious side effects of food and drugs that are going to be marketed for human use. The FDA often invites scientists and physicians to form a panel to evaluate a proposed new treatment. The panel then reviews the data that has been submitted by the entity, usually a drug company or medical device manufacturer that has come up with this new treatment, and determines whether the data submitted by the company shows that it's safe and effective. The panel receives testimony from the public, from scientists within the FDA, and information from representatives of the companies. But not all medical devices go through this rigorous process. For example, the pain pumps in question here did not.

In this case, I have been asked to give opinions regarding the shoulder, articular cartilage, the body of scientific literature available to medical device manufacturers prior to 2004, and the scientific validity of considering the use of a pain pump in the glenohumeral joint as a possible cause of chondrolysis. My opinions set forth in this Report are based on my education, professional training and experience as an orthopedic surgeon and researcher regarding articular cartilage and certain scientific and medical literature. A list of materials I reviewed in reaching my opinions is identified in this Report. The opinions set forth in this report are true to a reasonable medical and scientific probability. My hourly rates are on the attached list. During the previous four years, I have testified as an expert at trial or by deposition in the following cases: Grossnickle, et al v. Stryker Corporation, et al., Multnomah County Circuit Court Case No. 0703-02834.

## II. Summary of Topics Covered in this Report.

In addition to my professional education, qualifications, and activities, which are set forth in my curriculum vitae accompanying this Report and excerpts of which are summarized hereinabove, this Report will cover the following topics: (1) the anatomy of the shoulder joint and articular cartilage within joints; (2) general knowledge of articular cartilage and joint spaces available to pain pump manufacturers regarding likely harm to cartilage from continuous injection of commonly used anesthetic medications for two to three days or more; (3) medical literature available to pain pump manufacturers (4) the paucity or lack of safety testing of intra-articular use of pain pumps, and (5) intra-articular use of pain pumps as a scientifically plausible cause of glenohumeral chondrolysis.

## III. Anatomy of the Shoulder Joint and Articular Cartilage.

The shoulder is comprised of, among other structures, the acromial clavicular ("A-C") joint and the glenohumeral joint. The acromial clavicular joint is at the roof of the shoulder. Beneath the deltoid and above the rotator cuff is the subacromial bursa. The glenohumeral joint is a ball-and-socket joint. The glenohumeral joint is an intra-articular space. In contrast, the subacromial space is extra-articular because there is no cartilage there. "Joint space," "intra-articular space," "synovial space" and "synovial cavity" all mean the same thing. They all refer to a joint containing synovial tissue and articular cartilage. The shoulder joint, or glenohumeral joint, is one example.

Underneath the rotator cuff lies a structure called the capsule. A capsule is made of fibers and encases the glenohumeral joint. Inside the capsule of the glenohumeral joint is where the synovium lies, the synovial space.

The articular cartilage in the glenohumeral joint is the gliding surface for the joint. It is a thin layer of tissue that covers the ends of bone. Its job is to provide a very low friction surface for the bones so that they can move. Articular cartilage is also somewhat unusual because it is isolated. It is made up mainly of matrix, proteins and other molecules that are not cellular. The cells of cartilage (chondrocytes) are separated from each other. Each of the chondrocytes is responsible for supporting and maintaining the surrounding matrix. Articular cartilage has no blood supply. It gets its nutrients from the joint. The chondrocytes are therefore insulated and isolated from much of what's going on in the rest of the body. Very few other tissues in the body are like that. There are no nerves in articular cartilage. Articular cartilage also has no lymphatics.

Articular cartilage is only present in joints, within the synovial space. "Synovial space" simply means the inside of the joint. The glenohumeral joint contains nutrient fluid for cartilage. The synovium has several roles. One of them is to produce synovial fluid, which comes from the blood plasma through the synovial membrane. The synovial fluid is what supplies the necessary nutrients into the articular cartilage and the cells within the cartilage. In addition, it can react to foreign bodies within the articular space or even within the blood system.

So, the glenohumeral space is a unique enclosed environment. The articular cartilage is a unique type of tissue found only in joint spaces. And the articular cartilage is different than most other tissues in the body because it is not supported, maintained, and supplied with life-giving nutrients by a blood supply. Instead, it is supplied from synovial fluid created by the synovial tissues inside the joint space. The synovial fluid supplies the nutrients that cartilage needs in order to survive. This is analogous to the essential function of blood supply to nourish other types of tissues and cells outside of joints. Synovial fluid is the lifeblood for articular cartilage.

All of this information regarding joints, cartilage, the role of synovial fluid in supporting cartilage, the lack of blood supply to cartilage, and the absence of nerves in cartilage, was widely known amongst the many physicians and scientists such as myself who have studied cartilage throughout their careers. This information was readily available to pain pump manufacturers. Pain pump manufacturers who were not previously aware of this information, could have learned it by having a qualified individual review the pertinent medical literature, which is widely available to the public, and some of which is included in this report, or by consulting with any of the many physicians or scientists who are experts in the field of articular cartilage.

In response to my inquiry, I am informed that a medical device manufacturer is held to the standard of the expert in the field regarding its medical devices and has a duty to continuously monitor the medical literature for information regarding the safety of its devices under the case of McEwen v. Ortho Pharmaceutical Co., 270 Or 375, 385-390, 528 P2d 522 (1974), and similar decisions in other jurisdictions. If the manufacturer of the pain pumps had been continuously

monitoring the medical literature for information regarding the biology of joints and cartilage , it would have been aware of the information I set forth in this Report, including the risk of continuous infusion of solutions of commonly used anesthetics into the glenohumeral joint for two to three days or more.

Orthopedic surgeons rely upon the manufacturers of prescription drugs and medical devices for the information necessary to use the drugs and devices safely. Practicing orthopedic surgeons do not generally search the medical literature for information about the safety of using a medical device, for two reasons. First, they do not have time or reason to conduct a detailed analysis of the literature related to every device that they use. Second, orthopedic surgeons generally trust medical device makers to thoroughly review the medical literature, and conduct the necessary research and testing to be sure that orthopedic surgeons in the field can use these medical devices safely. For these reasons, I would not expect most practicing orthopedic surgeons to be aware of the medical literature cited in this Report. The "expert in the field" regarding the device, namely the manufacturer, should be aware of all of the medical literature mentioned in this Report since it bears on the important issue of the safety of the use of its pain pumps. In addition, cartilage researchers such as myself, who practice in an academic environment and consult with medical device manufacturers, would be aware of the medical literature cited in this Report if they were asked to thoroughly review and investigate the safety of intra-articular use of pain pumps. But most orthopedic surgeons would not be expected to be aware of this medical literature. Instead, they would rely upon the pain pump manufacturers and their sales representatives for the necessary information on how to safely use their pain pumps.

The Food and Drug Administration also relies upon the manufacturer to supply the necessary information and do the necessary investigation, research, and testing to be sure that its device can be used safely for the intended uses. Like the orthopedic surgeons treating patients throughout the United States, the FDA also relies upon the manufacturer to do this homework and to provide this information. The entire regulatory system for prescription medical devices depends upon a relationship of trust and confidence that the manufacturers of the devices will do the necessary research, investigation, and testing, and properly inform both the FDA and orthopedic surgeons throughout the United States, so that their devices can be used safely for the intended uses, and serious and disabling injuries like chondrolysis can be avoided for patients throughout the United States.

IV. <u>Long before 2000, existing medical and scientific knowledge of the anatomy and physiology of joint spaces and intra-articular cartilage indicated that continuous exposure to foreign olutions could be harmful to the articular cartilage</u>.

Prior to 2000, what was known by medical science about joints and the fragility of cartilage would have put a careful and prudent and reasonable medical device maker on notice that continuous infusion of commonly used anesthetics over a period of two to three days into a joint space would likely risk injury to the cartilage. There was enough information available, even before studies investigating the effect of irrigation solutions and local anesthetics on articular cartilage, to raise serious concern that there would likely be a problem if the articular

cartilage were continually exposed to these substances for two to three days.

It was known that if articular cartilage is exposed to a solution, the constituents of that solution will get into the articular cartilage through the matrix by a process of diffusion. How fast it goes through the matrix and how much of it gets to the cartilage cells (chondrocytes) will depend in part on the size of the molecules that are in the solution. [Maroudas A. 1976. Transport of solutes through cartilage: permeability to large molecules. J Anat. 122:335-347]. Once the solution is in the matrix it can only get out by diffusion, or going into the cartilage cell and having the cell try to deal with it.

If something were injected into the joint it would start diffusing into the cartilage. The longer it is in there, the deeper into the articular cartilage it will penetrate, and the more of the cartilage cells it will affect. The longer it is in the joint space, and the more that goes into the cartilage tissue, the higher the concentration of the molecule in the tissue is, the longer it takes for the solution to come out again. The synovial fluid, the lifeblood of cartilage, is initially diluted and then displaced by the injected solution. One effect on the chondrocytes of having the synovial fluid replaced by unphysiologic solutions is that they do not have their nutrition anymore and they can become sick and die. Once a cartilage cell is dead, it is forever gone.

Chondrocytes live in an environment where there is no blood supply. If you inject something into the joint that will go into the articular cartilage, those chondrocytes cannot get rid of it. They are stuck in that pool of solution that you have injected. It takes a while for that material to get into the cartilage; and once it's in there, it takes just as long for it to get out. If the material is bound to the interior of the cartilage, it can take even longer to get out [Garcia et al. 2003. Transport and binding of insulin-like growth factor I through articular cartilage. Arch Biochem Biophys 415: 69-79]

Articular cartilage is important. It has been recognized as important since over a thousand years ago, when people realized that arthritis, a very common and very disabling disease, is a result of damage to cartilage. It would be one thing if you were getting rid of a cell that didn't really do anything important, where you wouldn't miss it if it were gone. In the case of cartilage, that's not true. We need our cartilage in order to use our joints.

Continuous injection into a joint of commonly used anesthetics over a two to three day period was not feasible or practical before pain pumps were introduced into the market. It was a significant medical change to go from one-time injections into a joint with a syringe of 30 ml. or so of 0.5% Marcaine or 1% lidocaine, with or without epinephrine, to continuous injection over a two to three day period. The continuous injection displaces and dilutes the synovial fluid that the chondrocytes rely upon to get their nutrition and create a healthy environment for them. In contrast, a single 30 ml. injection of 0.5% Marcaine into the joint just very temporarily dilutes the synovial fluid, and then gets cleared away through the synovium and is replaced by the normal environment of synovial fluid.

But a prolonged and continuous period of exposure to cartilage gives the solution time to

diffuse deeply into the articular cartilage matrix and envelop the chondrocyte cells. A single injection is cleared out of the joint often before the material gets down into the depths of the cartilage, so it doesn't even get to the deeper cells. And that's not necessarily bad. You don't want an injection that's designed to treat pain, to be affecting the chondrocytes. The chondrocytes don't feel pain. There are no nerves in cartilage. The injection of pain medication isn't meant for the cartilage; it's meant for the soft tissues around the cartilage that do have the nerve fibers. Injecting the pain medication into the joint requires it to pass through the cartilage to reach the target nerves,

The other thing about the traditional single injection is that those cells that do get exposed to it can tolerate it perhaps for a while, even if they can't tolerate it for a really long time. [Nole et al. 1985. Bupivicaine and saline effects on articular cartilage. Arthroscopy: The Journal of Arthroscopic and Related Surgery. 1:123-127]. The chondrocytes that are exposed to a solution for a short while can breathe again after it's gone. But if they're infused in solution continuously for a couple of days or more, they may not be able to recover.

Given what was known about articular cartilage by 1998, before use of the high volume pumps became widespread in the surgical market, it was likely that injection of a low volume of anesthetic medication for a short period would be safer than injection of higher volumes continuously.

An important difference between the common one-time injections and continuous injection of those drugs for two to three days or more is that with a one-time injection, as the literature discussed below had established, the cartilage is exposed to the foreign solution for a shorter period of time which will cause less harm to the cartilage than continuous exposure to the solution or medication. The pain pumps incautiously expanded the boundary of established medical practice–from one-time injections to continuous injections for two to three days.

V. A careful, reasonable and prudent medical device maker would should have known from the scientific literature that continuous infusion into the intra-articular space was likely to be unsafe.

Aside from the foregoing general knowledge that was available to any careful and safety conscious manufacturer, there were also warning signs in specific medical literature. Medical and scientific literature existed, and was widely available to pain pump manufacturers and their expert consultants, which would have put a careful and prudent and reasonable medical device maker on notice that continuous injection of commonly used anesthetics over a period of two to three days into a joint space would likely harm the cartilage. I base this opinion, in part, upon the following literature, all of which is of the type relied upon by experts in my field for purposes of drawing inferences and forming opinions:

(1) Key, Albert J., "The Production of Chronic Arthritis By the Injection of Weak Acids, Alkalies, Distilled Water, and Salt Solution into Joints," J Bone Joint Surg Am, 1933; 15:67-84.

This 1933 study was designed to better understand the effect of injecting substances into joints. The model that the researcher used was a rabbit knee. He used a weak acid and a weak alkali. He also used simple salt solution at a physiologic concentration, and he used water, pure water, without the salt in it. And he gave a series of injections over time. Some of the animals got only a few injections, some animals got a lot of injections. Some of them got up to 28 injections. And then after the injections, he looked at the joints at graded time periods. So some he looked at shortly after the injections, others he looked at later after injections. What he found was that in all cases, that is for all of these solutions, even the regular saline, the injections led to the rabbits getting arthritis in their knees.

All of the substances that were injected repeatedly into the rabbit joints caused harm. Dr. Key's conclusion as to the impact of the number of repeated injections was that the severity of the arthritis increased with the number of injections for each of the substances he injected.

Dr. Key's interpretation was that if you inject a substance just once that wouldn't have caused a problem, but if you inject it many times, then it is no longer innocuous and it can cause damage. Any manufacturer reading this study would know that continuous injection into a joint for two to three days could risk harm to the cartilage. This study has been available to manufacturers since 1933.

(2) Reagan, Brian F., et al., "Irrigating Solutions for Arthroscopy, A Metabolic Study," J Bone Joint Surg Am, 1983; 65A, No 5., 629-31.

This 1983 study was designed to look at the effect of different solutions on articular cartilage. The reason for doing the study was that solutions are used for irrigation of joints during arthroscopic surgery. This study tested the different solutions that can be used by arthroscopists and their different effects on articular cartilage metabolism. By "metabolism," they're looking at a particular protein. It's one of the main proteins that make the articular cartilage matrix. And they have a very sophisticated way of measuring the synthesis, or production of this protein.

What they found was that normal saline solution is actually an inhibitor to cartilage. It cuts down on the cartilage cells' ability to synthesize matrix protein. They also found that in contrast, another solution called Ringer's solution, was not as harmful. When they compared it to a solution that contains lots of nutrients in it, and is known to support the metabolism of cartilage, that it is pretty much the same. So here they found that normal saline concentrations when given for one, two, five and eight hours was inhibitory to cartilage health. It cut down on the cartilage cells' ability to do their job.

The time-and-dose response addressed in this article showed that the longer the cartilage was exposed to the saline, the worse the effect on the cartilage cells could be. In this study, it turns out that even an exposure of only two hours shut down the synthetic machinery of the cartilage cells. And then over the next several hours, out to eight hours, the cartilage cells did

not recover. This study is relevant to the safety of continuous bathing of articular cartilage with substances such as commonly used anesthetics because it shows that the cartilage cells, once they're put in this environment of not having their nutrients anymore, just the saline, are unable to perform their job of keeping the cartilage healthy by making matrix for it. And although it only addresses the first eight hours, what it means is that the cells cannot function for that entire time period.

This study serves as a warning to the manufacturer of pain pumps that continuous infusion over two to three days may be harmful to cartilage.

(3) Nole, Roberta, et al., "Bupivacaine and Saline Effects on Articular Cartilage," Arthroscopy, 1985: J(2):123-7

This is a study of a commonly used local anesthetic, bupivacaine, also called Marcaine. It's looking at its effect on articular cartilage, and it's comparing that effect to the effect of saline. In this study, they are using slices of articular cartilage from pig and dog joints, exposing the tissue to the solutions for only two hours, and then allowing the cartilage cells to recover for up to about a day.

What they found was that the saline suppresses the synthetic activities of the cartilage cells. They found that the Marcaine inhibited the cartilage cells. And if you use Marcaine and saline together, which is how surgeons would use them clinically, the inhibitor effect was additive. So it made it worse to use them both together.

Then they took these materials and they injected them into the joint. They found that after one day, there was inhibition; but that after three days the cells had recovered.

In this particular part of the study, the length of exposure of the cartilage to these medications was very short. It was simply one injection. And it was allowed to clear out of the joints.

The cartilage could have recovered under those circumstances because the chondrocytes, when they are exposed to an inhibitory agent will shut down. When that inhibitory agent leaves, they can start up again. When that inhibitory agent leaves the joint the synovial fluid's nourishment of cartilage returns to normal.

But this study was a warning to pain pump manufacturers that constant injection of Marcaine, a commonly used anesthetic, along with saline, into joints, risks harming the cartilage.

(4) Fulkerson, John P., et al, "Articular Cartilage Response to Arthroscopic Surgery: A Review of Current Knowledge," Arthroscopy, 1986; 3:184-89

This is a 1986 review article in which the authors have gone to the literature, read it, consolidated what they read, and put it into a summary form. One part discusses the exposure of

cartilage to irrigation solutions and how that can inhibit the metabolic activity of the cells. It also points out that little is known about the long-term effects of such acute inhibition of chondrocytes. This tells pain pump manufacturers that testing is needed to determine the long-term effect of continuous exposure, for two to three days, of the commonly used anesthetics. This had not yet been tested.

They also refer back to the study where bupivacaine was injected with or without the saline, and they found that they had a deleterious and additive effect on the cartilage.

Another thing that they mention in here is that based on previous studies where bupivacaine was given to muscle, muscle turned out to be damaged by the anesthetic agent, as well. They pointed out that it's particularly toxic to skeletal muscle. It causes damage at multiple points within the cell machinery. And so it's a medication that isn't innocuous in that tissue.

(5) Neidel, J., et al., "Intra-articular Injections and Articular Cartilage Metabolism: An experimental study in rabbits.," Arch Orthop Trauma Surg, (1992) 111:237-242

This article also contains information pertinent to the safety of intra-articular use of pain pumps that deliver medication with saline.

In this study, the investigators injected saline into the knees of rabbits. They gave up to 20 injections over a period of four weeks, and then looked at the ability of the cartilage cells to synthesize the protein that they need to synthesize. In addition, they looked at the amount of protein that was left in the cartilage at the end of the four-week experiment. They used a special technique for measuring the presence of that protein, and what they found was that the repeated injections of saline did inhibit the synthesis of the protein; and that even after time had gone by, the amount of protein that was in the cartilage tissue had not recovered back to normal. In other words, the study shows repeated exposures of the cartilage were harmful.

This study also showed that not only is the ability of the cell to make the protein reduced, but it's also actually having an effect on the structure of the tissue. The tissue doesn't have the protein in it anymore. The protein doesn't get to stay around as long as you might want. It does leave. The cells need to keep making it. And if they don't, it's gone.

This was another warning to pain pump manufacturers that use of pain pumps in joints will present a safety risk.

(6) Jurvelin, J.S., et al., "Effects of Different Irrigation Liquids and Times on Articular Cartilage: An Experimental, Biomechanical Study," Arthroscopy, 1994; 10(6):667-672

This study is a slightly different approach to looking at the effect of irrigating solutions on the articular cartilage. They are using different solutions and a different outcome measure.

The other studies looked at metabolic activity, the cells. This one is looking at a biomechanical outcome measure. They are looking at the entire composite of cells with the matrix around them to see whether the irrigating solutions alter the biomechanical properties. What they found is that two of the four solutions that they used caused a softening of the cartilage tissue. One of them caused the softening quite quickly. It softened the tissue as early as at two hours. In the case of the other solution that caused softening, it took 20 hours of exposure to the solution to cause the softening.

Since cartilage, in order to do its job, needs to bear weight successfully, a pump manufacturer needs to know whether use of pain pumps in joints will cause the tissue to lose its ability to bear weight. In this case, they found that it does.

This study addressed time-and-dose response. It looked at the effect of cartilage exposure to the solutions for two hours, four hours, and 20 hours. The duration of time that the exposure occurs has an effect on the health of the cartilage. In the case of one of the solutions, the cartilage did okay for up to 20 hours. In other words, it didn't have an effect at either two or four hours. But at 20 hours, it had started to have a softening effect. For the other one that had an effect, the softening occurred very quickly at two hours, and it stayed present.

This study warned pain pump manufacturers that the constant injection into joints for two to three days will likely be harmful to the cartilage.

(7) Bulstra, S.K., et al., "The Effect In Vitro of Irrigating Solutions on Intact Rat Articular Cartilage," J Bone Joint Surg [Br], 1994; 76-B:468-70

This study was designed to test the effect of various type of irrigating solutions on articular cartilage. In this case, they're using the rat kneecap as their model for articular cartilage. And they put the rat kneecaps, with their cartilage on them, into the various solutions and then measured the synthesis of cartilage matrix protein. What they found was that each of the solutions did inhibit the synthesis of the cartilage protein and it differed for the different solutions. The one that was least harmful was a solution called Ringer's. The worst was a solution of iodine.

Once again, this study shows that a variety of different types of solutions when put in contact with articular cartilage inhibit the function of those cells.

The cartilage was put into the irrigating material, the solution being tested, for one hour. It was then placed in a supplemented medium for another hour. This is a solution that has all of the nutrients in it that the articular cartilage wants and needs. Then it was put into a solution that contains a tracer for the protein for 16 hours, and that was the period during which they were measuring the function of the cells.

This study also served as an alert to pain pump manufacturers that prolonged exposure to solutions is likely unsafe for the cartilage.

(8) Petty, Damon H., et al, "Glenohumeral Chondrolysis After Shoulder Arthroscopy," Am J. Sports Med, March 2004; 32(2):509-515

This study is a report of only three cases and a review of the literature. From a scientific rigor standpoint, the scientific validity of this study is not high, but it's an important contribution in that it calls attention to chondrolysis, which was very rare before 2004.

This is a completely different type of article. This is now looking at only three patients who have been treated by arthroscopic surgery. It's not being done in a laboratory. It wasn't intended as an experiment when it started out. These doctors looked back at the results of some of the procedures that they had done, and they found that their patients had experienced a problem with the cartilage of their shoulders; specifically, the cartilage had eroded away -- and they've called this chondrolysis. Glenohumeral simply means it's involving the articular surfaces of the shoulder joint.

What they found was that, in each of these three patients, some months after they had undergone their operation, the cartilage simply disappeared and the patients' shoulders became extremely painful and somewhat stiff. They identified a couple of parameters that they thought might be involved in the disease process. In two of them, the arthroscopy had used a device that increases the temperature inside a joint. And in the third, they used a pain pump to deliver pain medication into the joint, and that person also went on to develop this chondrolysis.

Other than an article from Japan a number of years earlier, where they had used a chemical dye, this is one of the earliest known examples of this particular disease. It's almost like reporting a new disease that had not previously existed, or, if it had existed, recognized. The authors specifically state: "No case reports of glenohumeral chondrolysis after routine shoulder arthroscopy appear in the literature." So this is the first time that the potential association between pain pumps and chondrolysis has been called to anybody's attention.

The message to any prudent and safety-conscious pain pump manufacturer from this literature and what was known about cartilage, chondrocytes, and the glenohumeral joint, was that continuous infusion of solutions containing commonly used anesthetics over two or three days or more was not only a risk for causing injury to the cartilage, but that cartilage damage in the shoulder can be a serious clinical problem. All of this information was available to any pain pump manufacturer and its expert consultants as soon as these articles were published.

VI. There was inadequate testing of the safety of intra-articular use of pain pumps.

As noted above, the pain pumps created an entirely new form of treatment and therapy for post-operative pain management that was previously impractical and unavailable to surgeons. But there was no published research found that reported on the safety of continuous injection of commonly used anesthetics into the joint space for two to three or more days following shoulder surgery. The safety had apparently not been adequately studied.

Many studies were done that were designed to determine whether intra-articular use of

pain pumps was effective. But studies designed to determine the effectiveness of pain pumps do not adequately study the safety of intra-articular use of pain pumps. Studies on effectiveness are generally short-term studies, designed to determine the patient's perception of pain shortly before, during, and shortly after use of the pain pump. In contrast, a study designed to determine the safety of intra-articular use of pain pumps would require following up on the patient six or twelve months or more after the pain pump had been used and then studying the condition of the cartilage by shoulder joint MRI, arthroscopic inspection or x-rays. There were no safety studies found in the medical literature that established the safety of intra-articular use of pain pumps prior to 2004.

Even the studies on the effectiveness of using pain pumps by placing the catheter directly into the glenohumeral joint are not all in agreement. Some of the effectiveness studies produced evidence that pain pumps are not particularly effective when used in joints. For example, Quick and Guache, Journal of Shoulder and Elbow Surgery, 12:618-621 (2003) used 0.5% bupivacaine infused into the glenohumeral joint, but had to discontinue this placement because of the catheters becoming stuck in the joint. Further, they concluded that the pump produced no benefit with regard to pain, demand for rescue narcotic or recovery of motion. Klein, et al, Canadian Journal of Anesthesia, 50:265-269 (2003) used 0.5% ropivacaine infused intra-articularly into the glenohumeral joint following rotator cuff surgery and concluded that high pain scores and need for additional medical care suggested that intra-articular administration may not be reasonable for this magnitude of surgery. There are, however, studies such as Barber and Herbert, Arthroscopy, 18:76-81 (2002) which report that 0.5% bupivacaine used in the glenohumeral joint produced some pain relief. These were all efficacy studies by design, and did not establish the safety of injecting the joint with local anesthetic for two to three days. The Quick and Guache study had a follow-up of up to 10 days, the Klein study had a followup of two days, and the Barber and Herbert study had a followup of 8 days. These follow-up time periods are inadequate to make a determination of safety.

Two early efficacy studies sometimes incorrectly cited as showing safety of pump use in the glenohumeral joint were Mallon et al (2000) and Savoie et al(2000). Neither study, however, used the pump in the glenohumeral joint. Rather, the catheter was placed in the subacromial space:

(1) Mallon WJ, et al, "Patient Controlled Analgesia for Acromioplasty Surgery," Journal of Shoulder and Elbow Surgery, 9:85-88 March, 2000.

In this study, lidocaine 2% was infused not into the glenohumeral joint, but into the subacromial space for 72 hours at 2 cc/hr. Pain scores were lower in the pump group than in the control group. The patients were followed for only three days.

(2) Savoie, F.H., et al, "The Pain Control Infusion Pump for Postoperative Pain Control in Shoulder Surgery," Arthroscopy, 16:339-342 March, 2000.

In this efficacy study, 31 patients received a continuous infusion of 0.25% bupivacaine into the subacromial space, not in the glenohumeral joint, for 48 hours and 31 patients received

saline infusions. The bupivacaine group had statistically significant lower pain scores. The patients were followed for only seven days.

Because of the conflicting results of the studies on effectiveness of intra-articular use of pain pumps, there is evidence that pain pumps are an unnecessary device. The efficacy of the oral and injectable medications used for arthroscopic shoulder surgery before intra-articular use of pain pumps began was, in some studies, comparable to that of the pain pumps. This is importatant because decisions regarding patient care involve the balance between risk and benefit, such that the lower the chance of benefit, the lower the chance of risk needs to be in order to achieve balance.

Safety studies on the intra-articular use of pain pumps were fully capable of being conducted prior to 2000. Studies on live animals such as rabbits, or laboratory studies on articular cartilage from rabbits, cows, sheep, or even humans, were all possible by the 1990s. Unfortunately, it was not until after the previously almost unheard of condition of chondrolysis of the shoulder joint began appearing with some frequency that concerned orthopedic surgeons and scientists undertook the necessary safety studies. Studies such as those discussed below could have been conducted, supported, and funded by a safety conscious pain pump manufacturer prior to 2000. And when these studies, discussed below, were conducted, there is no indication that they were funded or supported by a safety conscious pain pump manufacturer.

Any careful and safety-conscious manufacturer who wanted to investigate the safety of intra-articular use of their pain pumps would have realized that studies that focused on the safety of intra-articular use of pain pumps were not readily available, and were apparently lacking. Any pain pump manufacturer could have learned that there appeared to be a paucity, if any, of reported studies in the medical literature establishing the safety of intra-articular use of pain pumps, prior to 2004.

VII. Intra-Articular Use of Pain Pump as a Scientifically Plausible Cause of Glenohumeral Chondrolysis.

Based on my education, training, and experience, and research in the field, it is my opinion, based upon a reasonable medical probability, that intra-articular use of pain pumps is a scientifically plausible cause of chondrolysis in the glenohumeral joint. When using the widely accepted differential diagnosis or differential etiology approach, and studies elucidating chondrocyte biology, to determine the cause of chondrolysis in the glenohumeral joint, including intra-articular use of pain pumps in the differential, it is scientifically plausible. In forming this opinion, I rely upon much of the foregoing information, which was readily available to the pain pump manufacturers in or prior to 2004, as well as much of the following material, which includes the types of studies relied upon by experts in my field for purposes of drawing inferences and forming opinions, and which are all available at the cites listed:

(1) Dogan, N., et al, "The Effects of Bupivacaine and Neostigmine on Articular Cartilage and Synovium in the Rabbit Knee Joint," J Int Med Res, September-October 2004; 32:513-519

This is a study that looked at bupivacaine (Marcaine) rather than just the carrier solution, and compared it to another medication, neostigmine. This study was done in the rabbit knee model. The investigators injected the solutions directly into the knee; and then after one injection, the animals were followed for either one day, two days, or ten days, to see what the effect over time was. They found abnormalities in the articular cartilage at all three follow-up time points. Exposure to either neostigmine or bupivacaine produced abnormalities in the articular cartilage. The neostigmine produced greater abnormatilies than the bupivacaine.

(2) Bojescul, J. A., et al, "Idiopathic Chondrolysis of the Ankle," Arthroscopy, February 2005; 21(2):224-227

This is a case study relevant to understanding causes of chondrolysis of joints. This case report involved intra-articular use of a postoperative continuous infusion pump with Marcaine. The patient developed chondrolysis in the ankle joint where that pump was used.

(3) Hansen, B. P. et al, Post-Arthroscopic Shoulder Chondrolysis With Associated Intraarticular Pain Pump Catheter Use, AAOS Podium Presentation, March 22-26, 2006, Chicago, IL

This is a American Academy of Orthopedic Surgeons podium presentation presented by Hansen et al, and is a report of 177 arthroscopic shoulder surgeries evaluated for postoperative chondrolysis. The authors found a suspected association between pain pump use in a joint and the subsequent development of chondrolysis in that joint.

(4) Chu, C. R. et al, "In Vitro Exposure to 0.5% Bupivacaine is Cytotoxic to Bovine Articular Chondrocytes," Arthroscopy, July, 2006; 22:693-699

This study showed that 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes after only 15 to 30 minutes of exposure in vitro. The authors concluded that "caution should be exercised in the intraarticular use of 0.5% bupivacaine solution." The authors note that careful delineation of the dose and time dependent effects of bupivacaine on human chondrocytes in human articular cartilage is critically important for a proper risk-benefit analysis regarding intraarticular use of bupivacaine. They cite clinical studies questioning the efficacy of intraarticular use of bupivacaine and note that additional studies should be done. They suggest caution should be exercised in the intraarticular use of bupivacaine.

(5) Gomoll A.H., et al, "Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder," August, 2006, "Arthroscopy: The Journal of Arthroscopic and Related Surgery."

The authors note that the literature indicates that there are significant side effects associated with bupivacaine including immediate and delayed hypersensitivity reactions, systemic toxicity, myotoxicity, and chondrotoxicity. They further note that even a single

intraarticular injection of bupivacaine has been shown to cause histopathologic changes in articular cartilage similar to those associated with the development of arthritis. In this study they injected rabbit shoulders for 48 hours at a continuous flow rate equivalent to 4.16 ml. per hour in a human size shoulder joint. They compared saline, 0.25% bupivacaine, or 0.25% bupivacaine with epinephrine. Five days after the 48 hours of infusion, the rabbits were sacrificed and their cartilage studied. They found significant histopathologic and functional changes in the cartilage in the rabbits given bupivacaine with or without epinephrine. Cell viability was reduced by 20-32% and sulfate uptake decreased by 50-56% compared to saline. The authors suggest that no rigorous clinical evaluation of bupivacaine and chondrolysis has yet been conducted and sporadic cases are likely to go unreported, so it may be several years before an increase in chondrolysis can be observed in clinical practice. They caution against intra-articular use of pain pumps with bupivacaine.

(6) Sciore, Gomoll, International Society of Arthroscopy, Knee Surgery and Orthopedic Sports Medicine, May 2007, Paper Presentation No. 6 and 7 at meeting.

Sciore, P., et al--Paper No. 6. The authors used bovine articular cartilage disks placed in various concentrations of bupivacaine for 1, 3, 12, and 24 hours. They looked at both bupivacaine and bupivacaine with epinephrine. They concluded, "We demonstrated that bupivacaine and bupivacaine with epinephrine had a negative effect on chondrocyte viability." "The effect of bupivacaine and bupivacaine with epinephrine on chondrocyte viability was in a dose-dependent and time-dependent manner."

Gomoll, A.H.et al--Paper No. 7. This is another presentation of the authors' data on 30 rabbit shoulders using bupivacaine. They concluded that "Continuous intra-articular infusion of bupivacaine with and without epinephrine led to significant histopathologic and functional changes in articular cartilage."

(7) Karpie, J.C. and Chu, C.R. "Lidocaine Exhibits Dose- and Time-Dependent Cytotoxic Effects on Bovine Articular Chondrocytes In Vitro," American Journal of Sports Medicine, e-published July 2007, Vol. 10, pp. 1-6.

This paper reports work similar to Dr. Chu's previous paper on bupivacaine, this time using lidocaine. Again, the authors used both articular chondrocytes themselves and osteochondral cores from cows. The chondrocytes were tested in 1% or 2% lidocaine or buffered saline. The chondrocytes or cartilage was incubated with the test solutions for 15, 30, or 60 minutes. Cell viability was then assayed at 1 hour, 24 hours, and 1 week. Their results were: (1) chondrocyte viability decreased to 77% by 1 hour after a 15 minute exposure to 1% lidocaine; (2) 1 hour after 60 minute exposures to 1 and 2% lidocaine, the chondrocyte viability was further reduced to 66% and 28%; (3) the chondrotoxicity of 2% lidocaine was greater than that of 1% lidocaine. The authors state: "Cell viability progressively declined through the one week study period. These data suggest that even a 15 minute lidocaine exposure 'terminally stressed' chondrocytes, leading to eventual cell death."

A pain pump manufacturer could have done this type of study prior to 2000.

(8) Hansen, B. P., et al, "Post Arthroscopic Glenohumeral Chondrolysis," PreView published July 2007, American Journal of Sports Medicine, 35:1628-1634.

The authors report on a series of shoulder arthroscopic procedures in their own patients. Intra-articular pain pumps filled with 0.25% bupivacaine infusing at a rate of 4 ml./hr for 48 hours were used in 19 shoulders. Of these 19 shoulders, 12 (63%) developed chondrolysis. Thirteen patients who also received the stabilization procedure, but no pain pump, did not develop chondrolysis. The authors state: "We have identified a concerning and strong association between postarthroscopic chondrolysis and intra-articular pain pump catheter use with bupivacaine and epinephrine." and "Until further investigation has been done, the authors recommend that the use of intraarticular pain pump catheters in combination with bupivacaine with or without epinephrine be avoided in all joints with an intact cartilage surface."

(9) Lo, Yeger-McKeever, Piper and Kim, Dragoo, March 2008 AAOS Meeting Papers.

This is a series of four presentations or papers given at the 2008 AAOS meeting.

Paper 1, Lo, I., et al: "Local Anesthetics Induce Chondrocyte Death in Bovine Articular Cartilage." This work was done on bovine articular cartilage disks. The disks were subjected to bupivacaine, lidocaine, and ropivacaine. The authors state, "Results demonstrated that 0.25% bupivacaine, 1% lidocaine, and 0.5% ropivacaine had a negative effect on chondrocyte viability in bovine articular cartilage disks. This effect was both dose and duration dependent." The authors further noted, "The addition of epinephrine did not consistently or significantly effect (sic) chondrocyte viability."

Paper 2, Yeger-McKeever, M.Z., et al: "Low Doses of Bupivacaine Are Cytotoxic to Articular Cartilage In Vitro." In this paper, the authors used low doses of bupivacaine i.e. 0.25%, 0.125%, and 0.0625% bupivacaine for culturing the chondrocytes for 24 or 48 hours. "Results demonstrated greater than 99% cell death in monolayers treated with every concentration of bupivacaine compared to less than 20% cell death in saline controls." In addition, percentage cell death in cartilage explants was dose-dependent and was ~50% at the lowest dosage. Epinephrine had no effect on isolated cells or explants. They concluded that "This study shows that even low concentrations of bupivacaine are cytotoxic to isolated articular chondrocytes and those in explant culture."

Paper 3, Piper, S.L.and Kim, H.T.: "Ropivacaine is Less Cytotoxic Than Bupivacaine to Human Articular Chondrocytes." This study used human chondrocytes and compared saline, bupivacaine, and ropivacaine. They found that 0.5% bupivacaine was cytotoxic to the chondrocytes.

Paper 4, Dragoo, J.L., et al: "Effect of Local Anesthetics Delivered via Peri-operative Pain Pumps on Chondrocyte Viability." The authors used freshly isolated human articular

chondrocytes in a bioreactor. They found, "Significantly more chondrocyte necrosis was found in all cultures with medications containing epinephrine at all time points." They also found 0.25% bupivacaine along with 1% lidocaine exhibited similar necrosis rates compared to controls at 24 and 48 hours, however, 0.25% and 0.5% bupivacaine produced significantly more cell death at 72 hours." They conclude, "All anesthetics containing epinephrine (pH 4), as well as infusion of 0.25% and 0.5% bupivacaine for 72 hours, were chondrotoxic and cannot be advocated for pain pump use."

(10) Levy, J.C., et al: "Young Patients With Shoulder Chondrolysis Following Arthroscopic Shoulder Surgery Treated with Total Shoulder Arthroplasty," Journal of Shoulder and Elbow Surgery, e-published March 2008.

Levy, et al. studied 11 patients with shoulder chondrolysis following arthroscopy. At least 9 of these patients had indwelling pain catheters implanted into the glenohumeral joint. After listing possible causes of chondrolysis in these patients, such as infection and thermal energy, the authors state, "Finally the development of chondrolysis may be related to the presence of an indwelling glenohumeral pain pump. The bupivacaine anesthetic used may cause direct cartilage damage or indirectly cause cartilage degeneration by predisposing the shoulder to infection." Two of the patients had suspected infection. They also allude to literature indicating that cytotoxicity of bupivacaine has been demonstrated in vitro on bovine articular chondrocytes and in vivo in the rabbit shoulder.

(11) Piper, S.L., et al, "Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes," May 2008, Journal of Bone and Joint Surgery. 90-A: 986-991.

This study shows that bupivacaine is toxic to human articular cartilage. The study demonstrates that a 30 minute exposure to 0.5% bupivacaine is cytotoxic to human articular chondrocytes, both in human articular cartilage explants and in chondrocyte culture. This type of study also could have been conducted prior to 2000.

(12) Chu, C.R., et al, "The *In Vitro* Effects of Bupivacaine on Articular Chondrocytes," June, 2008, Journal of Bone and Joint Surgery. 90-B: 814-820.

This study showed that 0.5% and 0.25% bupivacaine solutions are toxic to both human and bovine articular chondrocytes in vitro and the chondrotoxicity was dose- and time-dependent.

> The authors note: "Our results may provide an explanation for an absence of clinical reports on the association between chondrolysis and the use of intra-articular bupivacaine before the introduction of continuous-infusion pumps. In addition to systemic absorption and to the potential counteraction of the expected dilutional effects of joint fluid, continuous intra-articular infusion protocols may prolong the exposure of chondrocytes to bupivacaine. Eventually, the threshold for chondrolysis may be reached, as has been suggested clinically."

"These data suggest that intra-articular bupivacaine should be used at the lowest dosage and for the shortest period of time necessary. This data also suggests that prolonged, continuous intra-articular use of 0.25% and 0.5% bupivacaine may increase the potential for chondrotoxicity."

(13) Anderson, S.L., et al, "Chondrolysis of the Glenohumeral Joint," Arthroscopy Supplement, June 2008, Vol. 24:E13-E14.

This is an abstract of a presentation. Anderson et al report on 18 patients who developed chondrolysis of the glenohumeral joint following arthroscopic shoulder surgery. All 18 patients received an intraarticular pain pump loaded with 0.5% bupivacaine with epinephrine. They conclude: "We suspect a continuous intra-articular infusion of bupivacaine may have contributed to the development of glenohumeral chondrolysis." They also note that no radiofrequency energy was used and no post operative infections were diagnosed. The authors caution against use of pain pumps until their safety has been proven.

(14) Greis, P.E., et al, "Bilateral Shoulder Chondrolysis Following Arthroscopy: A Report of Two Cases," June 2008. Journal of Bone and Joint Surgery, 90:1338-1344.

The authors detail two cases of bilateral shoulder chondrolysis in 14 and 18 year old females. Both of these patients had bilateral pain pumps placed. The authors review the literature on pain pumps causing chondrolysis including Petty, Hansen, and the Chu work. They conclude, "Since other causes did not seem to play a role (i.e. no evidence of infection, no use of thermal devices), we believe that the intraarticular infusion of bupivacaine through an indwelling catheter over a period of 48 hours was a probable causative factor in these four shoulders. Because each of the patients was doing well in the early post-operative period and because the symptoms were bilateral, the contra-lateral shoulder was treated in an identical manner. The exposure of our patients to an indwelling intraarticular catheter that infused bupivacaine was exacerbated by a second exposure in the three shoulders that underwent a repeat arthroscopy to evaluate the progressive symptoms. Ultimately these three shoulders exhibited the most severe chondrolysis and joint deterioration, precipitating the need for joint arthroplasty. Given the concerns raised in the report of our two patients as well as the concerns raised in the other recent reports in the literature we caution against the use of continuous intraarticular infusion of bupivacaine into the shoulder through an indwelling catheter."

(15) Series of e-published letters to the Editor of Journal of Bone and Joint Surgery:

Levy, J.C. and Frankle, M., "Chondrolysis Following Shoulder Arthroscopy: A Multitude of Contributing Factors." Letter to the Editor, Journal of Bone and Joint Surgery, June, 2008. This is a comment on the Greis and Burks Report on 2 patients with bilateral chondrolysis following the use of intra-articular pain pumps. The authors contend "While the report suggests that the in-dwelling continuous pain pump was a probable causative factor, we wish to re-emphasize that this clinical entity is still poorly understood." They list several other possible

causes or contributing factors: rheumatoid arthritis, response to bioabsorbable implants, infection, mechanical arthropathy from implants, drugs, and radiofrequency ablation. Nonetheless, the authors no longer uses intra-articular pain management catheters. The letter also indiciates "One or more of the authors or a member of his or her immediate family received, in any one year, payments or other benefits in excess of $10,000 … from a commercial entity (Encore Medical)"

Greis, P.E. and Burks, R.T.,"Drs. Greis and Burks Respond to Drs. Levy and Frankle" Letter to the Editor, Journal of Bone and Joint Surgery, July, 2008. This is a strongly worded reply to Levy and Frankle's differential diagnosis issue. They agree that a complete understanding of this problem remains a work in progress, but emphasize, "there remains a very substantial and convincing body of literature associating indwelling intra-articular catheters and the infusion of bupivacaine and chondrolysis, which we feel needs to be acknowledged," citing the work by Hansen, Levy, and their own. "The purpose of our case report was to call attention to this as an issue, in an effort to stop the use of indwelling intra-articular catheters with bupivacaine . . . "[We] hope to bring attention to what we feel is a major player in this problem so as to hopefully avoid further harm."

Turner, J.A. and Clarke, H.,(Portsmouth, UK), "An Association Between Chondrolysis and Use of Certain Intraarticular Anesthetic Agents," Letter to the Editor, Journal of Bone and Joint Surgery, September, 2008. This is another comment on the Greis and Burks paper. The authors also cite Hansen, Chu, Piper, and Dragoo. They conclude, "Despite some variance, all of the above studies including the case report (Greis) add to the growing evidence to support the hypothesis that bupivacaine and lidocaine cause chondrocyte cell death. We support the authors' caution against the use of bupivacaine infusion into the shoulder and suggest that if it is going to be used, a concentration of 0.25% or even 0.125% will minimise the risk of damage, and that epinephrine should not be added."

(16) Dragoo, J.L., et al, "The Effect of Local Anesthetics Administered via Pain Pump on Chondrocyte Viability," August, 2008, American Journal of Sports Medicine. 36:1484-1488.

The authors studied chondrocyte cultures from human knee cartilage. Cell cultures were perfused with differing concentrations of lidocaine and bupivacaine with and without epinephrine for 24, 48, and 72 hours. Cultures perfused with growth media only served as controls. A pain pump was the delivery system. Flow rates were 0.5 ml./hr or 1 ml./hr. Live/dead staining was performed, and the ratio of dead:live cells was assessed by fluorescent microscopy and histomorphometry. They concluded, "In this in vitro model, 0.25% and 0.5% bupivacaine caused minimal chondrocyte necrosis when used in pain pumps for a maximum of 48 hours. All anesthetics containing epinephrine ($pH \leq 4$) were chondrotoxic and cannot be advocated for pain pump use. The use of 0.5% bupivacaine for greater than 48 hours is not recommended."

(17) Gomoll, A.H., et al, "Long Term Effects of Bupivacaine on Cartilage in a Rabbit Shoulder Model," American Journal of Sports Medicine, e-published October,

2008.

This paper represents a longer term follow-up from Gomoll et al's previous work on rabbits. 36 rabbits received either saline, 0.25% bupivacaine, or 0.25% bupivacaine and epinephrine for 48 hours via an intraarticular pain pump. The opposite shoulder served as control. Animals were sacrificed at 3 months. No difference in cell viability, radiographs, or histological scores was found. Proteoglycan synthesis was increased in the bupivacaine groups compared to controls. They concluded, "Bupivacaine toxicity has recently been implicated in the development of chondrolysis after arthroscopic shoulder procedures, but these findings suggest that additional noxious stimuli might be required before permanent damage ensues." These include "surpassing a yet to be determined threshold concentration, or other factors besides bupivacaine exposure."

(18) Saltzman, M., et al. Post Surgical Chondrolysis of the Shoulder: A Case Controlled Study, e-published 10/30/2008, https://www.orthop.uwmedicine.org/uw/shoulderand/tabID_3376/ItemID_273/PageID_657/Articles/Default.aspx.

The authors report on a 37 year old woman who had injured both shoulders during a fall. Multiple procedures had been performed including left subacromial decompression, slap repair, capsulorrhaphy, debridement, Bankart repair, and distal clavicle excision. Post operative pain pumps had been placed after both the left and right-sided surgeries, however, the right-sided pump never functioned properly and continued to leak outside of her shoulder until the time it was removed. At the time of her last surgery, the articular cartilage on the left humeral head was noted to be nearly completely absent. The authors state "It is interesting to note that nearly identical procedures were performed on each shoulder and that chondrolysis only developed on the side that had a functioning post-operative pain catheter placed."

(19) Jackson, "Intra-articular injections of local anesthetics: How much is too much?" Orthopedics Today, 28:5 (November, 2008).

This is an interview published on the Orthosupersite that Dr. Jackson did with Connie Chu. First, Dr. Chu discusses her work as published. Dr. Jackson then asks her what recommendations to residents and fellows she has regarding the use of local anesthetics. She responds: "The most important recommendation I have made is to avoid continuous intra-articular infusion of local anesthetics.... In discussing my rationale I would like to introduce the concept of 'clinically unapparent' as different from 'clinically insignificant.' As described earlier, we are observing subtle signs of chondrocyte loss and injury in our 0.5% bupivacaine single injection in vivo study. . . . Given the demonstrated dose and time dependent chondrotoxicity of these agents, the magnitude of chondrocyte morbidity following a single injection would be far less than a continuous infusion scenario. My opinion is that the theoretical chondrocyte morbidity would range from miniscule following small dose injection into a large joint to limited with large dose injection into a small joint." She concludes "given my repeated personal observations of the chondrotoxicity of local anesthetics in the laboratory, I have chosen to err on the side of caution in minimizing the possibility of contributing to

'clinically unapparent' cartilage damage."

(20) Morrell, S.M.,"Use of Intra-articular continuous infusion pumps and chondrotoxicity," AAOS Now, 2:12 (December 2008).

This is from the American Academy of Orthopedic Surgeons. Dr. Morrell states, "Recent reports of the toxicity of bupivacaine on articular cartilage have ....resulted in a reevaluation of the merits of continuous infusion pumps using local anesthetics, particularly bupivacaine. . . . Surgeons who have previously used intra-articular continuous infusion pumps and those who may be considering their use should be aware of the risks and complications related to these devices/medications when used in the management of postoperative pain in selected arthroscopic procedures. In addition, surgeons should be aware of the Food and Drug Administration (FDA) labeling of these devices." The author gives a discussion of litigation status and suggests that if a physician is going to use a device in a manner not approved by the FDA the physician is responsible for understanding and having a thorough knowledge of the device and getting appropriate informed consent from the patient. He further suggests that surgeons should develop an understanding of the basic science of chondrocyte toxicity as it relates to local anesthetic choices in delivery. He concludes, "The surgeon should approach these evolving technologies with the critical eye of the scientist and avoid the pitfalls that may subject patients to unwanted complications."

(21) Webb, S.T., and Ghosh, S., (Consultant Anesthetists, Cambridge, UK), Further Opinion-"Intra-articular injection of bupivacaine: *Primum non nocere*," British Journal of Bone and Joint Surgery (2008).

This is basically a comment on the Chu et al article of June, 2008 - "The *in vitro* effects of bupivacaine on articular chondrocytes." The authors discuss not only the Chu paper but also Nole, Dogan, Piper, Hansen. The authors state, "For the first time, a rational explanation for a variable effect of intra-articular bupivacaine can be provided based on demonstration of the dose- and time-dependent chondrotoxicity of drug. It can be concluded that the continuous intra-articular administration of high-concentration bupivacaine for a prolonged duration may result in adverse clinical effects, whereas the single injection of low concentration bupivacaine is less likely to cause harm. . . . We commend our surgical colleagues on bringing the subject of bupivacaine-associated chondrotoxicity and its potentially devastating clinical consequences to the attention of the broader medical community. To date little has been published in this area in the anesthesia literature and we are currently reviewing the subject to bring it to the forefront of the attention of anesthetists. The putative benefits of continuous intra-articular local anesthetic infusions, including improved pain relief, better mobilization and shorter hospital stay, are worthy aims, but such novel techniques must not compromise patient safety.... We also suggest a call for a moratorium on the use of continuous intra-articular infusions of bupivacaine unless further investigation can provide an assurance of a lack of patient harm: Primum non nocere."

(22) Chu, C.R. and Coyle, C.H., "Chondrocytes Fail to Recover From Lidocaine-Induced Injury," 2009 Annual Meeting Poster Presentation #P437, AAOS, Las Vegas, February 25-28, 2009.

The authors start this presentation as follows: "This study shows that articular chondrocytes are highly susceptible to lidocaine-induced cell death and as such may be important to risk-benefit analyses regarding intraarticular use of lidocaine….. This study was performed to determine whether lidocaine-induced bovine chondrocyte injury is potentially reversible." In this paper, the authors use Fluo-4 which is a calcium sensor and a Mito Tracker which is a mitochondrial probe. Using these methods, they find that even after short exposure, 5 to 60 minutes, of chondrocytes to lidocaine, the chondrocytes died: "Following 5 minute exposure to clinical and subclinical concentrations of lidocaine, chondrocytes failed to recover mitochondrial potential and progressed to necrosis."

(23) Korotkova, T., et al, 2009 AAOS Annual Meeting Poster Presentation #P452 "Chondrotoxicity of pH and Epinephrine Found in Local Anesthetics Administered by a Pain Pump," Las Vegas, February 25-28, 2009.

This presentation is an extension of Dragoo et al's earlier article published in the American Journal of Sports Medicine in July, 2008. That prior paper (Amer. J. Sports Med, 2008) concluded that all anesthetics containing epinephrine were chondrotoxic, and further that the use of 0.5% bupivacaine for greater than 48 hours is not recommended. Doing the same sort of research as in that paper, this presentation again concludes that local anesthetics containing epinephrine are chondrotoxic. Additionally, the authors conclude that 1% lidocaine and 0.25% bupivacaine are chondrotoxic if used for greater than 24 hours: "Caution should be exercised when using intraarticular pain pumps especially for greater than 24 hours."

(24) Scheffel, P.T., et al, 2009 Annual Meeting Podium Presentation, "Characteristics of Chondrolysis Associated with Intraarticular Pain Pumps After Shoulder Surgery," 2009 AAOS Annual Meeting, February 25-28, 2009, Podium No. 563.

The authors identified 66 cases of chondrolysis associated with shoulder arthroscopy followed by intraarticular infusion of local anesthetic. Two-thirds of the cases the infusate was bupivacaine and in one-third, lidocaine. Epinephrine was used in over half of the cases. The infusion rates ranged from 2 to 5cc per hour. X-ray documentation of chondrolysis was established at an average of 707 days after the arthroscopic procedure. X-ray and MRI changes were consistent: joint space narrowing, marginal erosions, subchondral cysts of the glenoid and humeral head, periarticular osteopenia, bone edema, and minimal osteophytosis. The authors noted "In contrast to previous reports, the arthroscopic operations in this series were not limited to stabilization procedures and were not limited to cases in which bupivacaine was used." The authors conclude, "Surgeons and patients need to be aware of this potential complication of the infusion of local anesthetic after shoulder arthroscopy."

The foregoing materials mentioned in this section of my report are all probative of the safety of intra-articular use of pain pumps with solutions containing commonly used anesthetics such as Marcaine. The studies show that the solutions of commonly used anesthetics such as Marcaine delivered continuously as by pain pump can be harmful to cartilage. Although these studies were not done until reports of chondrolysis of the glenohumeral joint became known to

the medical community, most of the knowledge, technology, and resources for conducting similar safety studies had existed for many years previously. If a careful and safety conscious pain pump manufacturer had chosen to conduct them, the laboratory and animal safety studies, and their results could have been available prior to using the pumps in patients.

Based upon all of the foregoing information mentioned above, I conclude, based upon a reasonable medical probability, that solutions of 0.25% or 0.5% bupivacaine injected directly into the glenohumeral joint space for two or three days or more by means of a pain pump catheter are toxic to cartilage, whether or not epinephrine is included as an additional medication injected by the pain pump.

I reserve the right to amend or supplement this Report in the event that additional pertinent information becomes available or additional issues that are not adequately addressed in this Report are raised in reports of other experts.

Dated: May 27, 2009

Stephen Trippel, M.D.

# APPENDIX 1

Scientific and Medical Literature Reviewed By Stephen Trippel, M.D.


(1) Key, "The Production of Chronic Arthritis By the Injection of Weak Acids, Alkalies, Distilled Water, and Salt Solution into Joints," J Bone Joint Surg Am, 15:67-84 (1933)

(2) Reagan et al, "Irrigating Solutions for Arthroscopy, A Metabolic Study," J Bone Joint Surg Am, 65A, No 5., 629-31 (1983)

(3) Nole et al "Bupivacaine and Saline Effects on Articular Cartilage," Arthroscopy, 2:123-7 (1985)

(4) Fulkerson and Winters, "Articular Cartilage Response to Arthroscopic Surgery: A Review of Current Knowledge," Arthroscopy, 3:184-89 (1986)

(5) Neidel et al, "Intra-articular Injections and Articular Cartilage Metabolism: An experimental study in rabbits," Arch Orthop Trauma Surg, 111:237-242 (1992)

(6) Jurvelin et al, "Effects of Different Irrigation Liquids and Times on Articular Cartilage: An Experimental, Biomechanical Study," Arthroscopy, 10(6):667-672; (1994)

(7) Bulstra et al, "The Effect In Vitro of Irrigating Solutions on Intact Rat Articular Cartilage," J Bone Joint Surg [Br], 76-B:468-70 (1994)

(8) Petty et al, "Glenohumeral Chondrolysis After Shoulder Arthroscopy," Am J. Sports Med, 32(2):509-515 (March 2004)

(9) Dogan et al, "The Effects of Bupivacaine and Neostigmine on Articular Cartilage and Synovium in the Rabbit Knee Joint," J Int Med Res, 32:513-519 (September-October 2004)

(10) Bojescul et al, "Case Report – Idiopathic Chondrolysis of the Ankle," Arthroscopy: The Journal Of Arthroscopic And Related Surgery, 21:224-227 (February 2005)

(11) Hansen et al, "Post-Arthroscopic Shoulder Chondrolysis With Associated Intraarticular Pain Pump Catheter Use," AAOS Podium Presentation, March 22-26, 2006, Chicago, IL

(12) Chu et al, "In Vitro Exposure to .5% Bupivacaine is Cytotoxic to Bovine Articular Chondrocytes," Arthroscopy: The Journal Of Arthroscopic And Related Surgery, 22:693-699 (July 2006)

(13) Gomoll et al, "Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder," Arthroscopy: The Journal of Arthroscopic and Related Surgery, 22:813-819 (August 2006)

(14) Karpie et al, "Lidocaine Exhibits Dose and Time Dependent Cytotoxic Effects on Bovine Articular Chondrocytes In Vitro," American Journal of Sports Medicine, 35:1621-1627 (2007); e-published July 2007

(15) Hansen et al, "Post Arthroscopic Glenohumeral Chondrolysis," American Journal of Sports Medicine, 35:1628-1634 (October 2007)

(16) Sciore, Gomoll, International Society of Arthroscopy, Knee Surgery and Orthopedic Sports Medicine, May 2007, Paper Presentations No. 6 and 7 at meeting.

(17) Chu et al, "The In Vitro Effects of Bupivacaine on Articular Chondrocytes," Journal of Bone and Joint Surgery, 90-B:814-820 (June, 2008)

(18) Piper and Kim, "Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes," Journal Of Bone And Joint Surgery, 90:986-991 (May 2008)

(19) Anderson et al, "Chondrolysis of the Glenohumeral Joint," Arthroscopy Supplement, Vol. 24:E13-E14 (June 2008)

(20) 2008 AAOS Meeting

Paper 1, Lo et al: "Local Anesthetics Induce Chondrocyte Death in Bovine Articular Cartilage"

Paper 2, Yeger-McKeever et al: "Low Doses of Bupivacaine Are Cytotoxic to Articular Cartilage In Vitro"

Paper 3, Piper and Kim: "Ropivacaine is Less Cytotoxic Than Bupivacaine to Human Articular Chondrocytes"

Paper 4, Dragoo et al: "Effect of Local Anesthetics Delivered via Perioperative Pain Pumps on Chondrocyte Viability"

(21) Levy et al, "Young Patients With Shoulder Chondrolysis Following Arthroscopic Shoulder Surgery Treated with Total Shoulder Arthroplasty," Journal of Shoulder and Elbow Surgery, 17:380-388 (2008); e-published March 2008

(22) Greis and Burks, "Bilateral Shoulder Chondrolysis Following Arthroscopy: A Report of Two Cases," Journal of Bone and Joint Surgery, Vol. 90:1338-1344 (June 2008)

(23) Journal of Bone and Joint Surgery (September, 2008). This is a series of Letters to the Editor

(24) Dragoo et al, "The Effect of Local Anesthetics Administered via Pain Pump on Chondrocyte Viability," American Journal of Sports Medicine, 36:1484-1488 (August, 2008)

(25) Gomoll et al, "Long Term Effects of Bupivacaine on Cartilage in a Rabbit Shoulder Model," American Journal of Sports Medicine, 37:72-77 (2009), e-published October, 2008

(26) Saltzman et al, Post Surgical Chondrolysis of the Shoulder: A Case Controlled Study, e-published 10/30/2008, https://www.orthop.uwmedicine.org/uw/shoulderand/tabID_3376/ItemID_273/PageID_657/Articles/Default.aspx.

(27) Webb and Ghosh (Consultant Anesthetists, Cambridge, UK), Further Opinion- "Intra-articular injection of bupivacaine: Primum non nocere," British Journal of Bone and Joint Surgery (2008)

(28) Jackson, "Intra-articular injections of local anesthetics: How much is too much?" Orthopedics Today, 28:5 (November, 2008)

(29) Morrell, "Use of Intra-articular continuous infusion pumps and chondrotoxicity," AAOS Now, 2:12 (December 2008)

(30) Chu and Coyle, "Chondrocytes Fail to Recover From Lidocaine-Induced Injury," 2009 Annual Meeting Poster Presentation #P437, AAOS, Las Vegas, February 25-28, 2009.

(31) Korotkova et al, 2009 AAOS Annual Meeting Poster Presentation #P452 "Chondrotoxicity of pH and Epinephrine Found in Local Anesthetics Administered by a Pain Pump," Las Vegas, February 25-28, 2009

(32) Scheffel et al, 2009 Annual Meeting Podium Presentation, "Characteristics of Chondrolysis Associated with Intraarticular Pain Pumps After Shoulder Surgery," 2009 AAOS Annual Meeting, February 25-28, 2009, Podium No. 563

(33) Quick and Guache, "Evaluation of an Anesthetic Pump for Post-Operative Care After Shoulder Surgery," Journal of Shoulder and Elbow Surgery, 12:618-621 (2003)

(34) Klein et al, "The Difficulties of Ambulatory Interscalene and Intra-articular Infusions for Rotator Cuff Surgery: A Preliminary Report," Canadian Journal of Anesthesia, Vol. 50:265-269 (2003)

(35) Mallon and Thomas, "Patient Controlled Analgesia for Acromioplasty Surgery," Journal of Shoulder and Elbow Surgery, 9:85-88 (March, 2000)

(36) Savoie et al, "The Pain Control Infusion Pump for Postoperative Pain Control in Shoulder Surgery," Arthroscopy, 16:339-342 (May, 2000)

(37) Barber and Herbert, "The Effectiveness of an Anesthetic Continuous-Infusion Device on Post-Operative Pain Control," Arthroscopy, 18:76-81 (2002)

(38) Liu et al, "Efficacy of Continuous Wound Catheters Delivering Local Anesthetic for Postoperative Analgesia: A Quantitative and Qualitative Systematic Review of Randomized Controlled Trials," American College of Surgeons, 203:914-932 (2006)

(39) Maroudas, "Transport of Solutes Through Cartilage: Permeability to Large Molecules," J Anatomy 122:335-347 (1976)

(40) Garcia, Trippel et al, "Transport and Binding of Insulin-like Growth Factor I Through Articular Cartilage," Arch Biochem Biophys, 415:69-79 (2003)