# EXHIBIT 2

# Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty

Jonathan C. Levy, MD,[a] Nazeem A. Virani, MD,[b] Mark A. Frankle, MD,[c] Derek Cuff, MD,[d] Derek R. Pupello, MBA,[b] and Jeff A. Hamelin, PA-C,[c] *Fort Lauderdale, Tampa, and Venice, FL*

*Chondrolysis following shoulder arthroscopy is a devastating complication, often seen in young patients. After nonoperative measures have been exhausted, there are few treatment options available that reliably improve pain and function. The purpose of this study is to examine the intra-operative findings, radiographic features, and clinical outcomes of a series of patients with chondrolysis following arthroscopic surgery managed with a total shoulder arthroplasty. A retrospective review was performed on 11 patients (average age 39) with shoulder chondrolysis following arthroscopy. Attention was focused on review of the index arthroscopy, radiographs, and functional outcome scores prior to total shoulder arthroplasty, as well as intra-operative cultures, histology, radiographs, and functional outcomes from most recent follow-up. All patients were treated with total shoulder arthroplasty at an average of 26 months after the index arthroscopy. Preoperative and postoperative radiographs were reviewed, and outcomes were compared using validated measurements. Statistically significant improvements in shoulder abduction (89°-123°, P = .027), external rotation (26°-48°, P = .037), total ASES scores (30-77.5, P = .0039), and SST scores (3-8, P = .0078) were noted. Ten patients subjectively rated their outcomes as good or excellent, with 1 as satisfactory. Chondrolysis after shoulder arthroscopy has a rapid clinical progression and is likely multifactorial in etiology. Early results of total shoulder arthroplasty show an opportunity for improvements in pain and function; however, progressive glenoid radiolucencies may develop in these patients.*
*(J Shoulder Elbow Surg 2008;■:■-■.)*

From the [a]Orthopaedic Institute at Holy Cross Hospital, Fort Lauderdale; [b]Florida Orthopaedic Institute Research Foundation, Tampa; [c]Shoulder & Elbow Division, Florida Orthopaedic Institute, Tampa; and [d]Suncoast Orthopaedic Surgery & Sports Medicine, Venice, FL

Reprint requests: Mark Frankle, MD, Chief of Shoulder and Elbow Division, Florida Orthopaedic Institute, 13020 N Telecom Parkway, Tampa, FL 33637. (E-mail: *frankle@pol.net*).

Copyright © 2008 by *Journal of Shoulder and Elbow Surgery* Board of Trustees.

1058-2746/2008/$34.00
doi:10.1016/j.jse.2007.11.004

Glenohumeral chondrolyisis following shoulder arthroscopy has been reported in several case reports.[13,16,22,24,29] The true etiology has yet to be identified. Suggestions of chemical chondrocyte toxicity of gentian violet,[29] radiofrequency or laser damage,[8,9,12,16-18] immunologic reaction,[24] and infection have all been reported as possible causes. Common to all reports is an unexpected, rapidly progressive obliteration of the glenohumeral joint space following an arthroscopic procedure.

Only 1 series has reported the use of arthroplasty in the management of these patients. Levine et al reported the use of humeral head resurfacing with a meniscal interposition allograft to manage 2 patients with chondrolysis after arthroscopic thermal capsulorrhaphy;[16] however, the long-term durability of this reconstruction has not been documented. The selection of total shoulder arthroplasty (TSA) to manage these patients has been questioned, as patients with chondrolysis following shoulder arthroplasty tend to be younger. Nonetheless, the longevity of TSA has been shown to be similar to that of hemiarthroplasty in patients younger than 50 years old.[5,28] The hypothesis is that TSA can be used to treat patients with chondrolysis following previous arthroscopy successfully. To prove this hypothesis, we examined the clinical course, intra-operative findings, and outcomes of a series of young patients with chondrolysis managed with a TSA.

## MATERIALS AND METHODS

Between January 2001 and August 2004, a TSA was used to treat 11 patients with chondrolysis that developed after shoulder arthroscopy. Three were referred with the diagnosis of chondrolysis. Of the remaining 8, the diagnosis of chondrolysis was made at an average of 16 months (range, 3-27 months) from the index arthroscopic procedure. Follow-up averaged 37 months (range, 24-66 months)

after TSA. No patient was lost to follow-up. All elected to have a TSA because of worsening symptoms at an average of 26 months (range, 8-51 months) from arthroscopy. All patients failed attempts at nonoperative measures, including medical management, physical therapy, and cortisone injections. As part of informed consent, potential alternative treatments were discussed, including arthroscopic debridement, arthrodesis, and interposition procedures. There were 6 males and 5 females, with an average age of 39 years (range, 16-64 years).

### *Index arthroscopic procedure*

A review of the operative report from the index arthroscopic procedure was performed for each patient. Three of the arthroscopic surgeries were done at outside institutions. Only 1 of these operative reports was available for review. Emphasis was placed on identifying the procedure performed, implants used, and the use of indwelling operative site pain pump, as well as use of radiofrequency ablation.

### *Assessment prior to TSA*

Clinical assessment was done with several validated scoring instruments.[25] Prior to TSA, patients completed the American Shoulder and Elbow Surgeons (ASES) assessment for pain and function, as well as a Simple Shoulder Test (SST). Radiographs and range of motion were reviewed.

### *Intra-operative histology and cultures*

Special attention is paid to the quality of the bone, degree of inflammation, quality of the tissue, and intra-operative frozen section results. Intraoperative specimens were obtained prior to implantation of the TSA. These specimens were examined by a standard protocol known as the "BONE protocol," which examines both fluid and tissue. The intraoperative specimens included: (1) tissue or bone (4 pieces – 1 cm size) in a sterile container; (2) anaerobic portacult (1 sample); and (3) a bone piece in formalin for permanent section.

Sample tissue obtained at the time of surgery was cultured for aerobes, anaerobes, and acid fast bacilli (AFB). Stat gram stain and acid fast stains were also performed. Using the Mirra criteria, frozen sections were performed at the time of the operation and examined for acute inflammation[21] Frozen section was considered positive when any single high-power field contained at least 5 neutrophils. Tissue was also examined as a permanent specimen, and a specimen was frozen for potential future reculture, if deemed necessary. Standard incubation plates were held for 2 days and broth for 14 days. AFB smears were held for 1 day and incubated for 8 weeks.

### *Assessment following TSA*

Radiographs were taken immediately following TSA to serve as a baseline for later comparison. At most recent follow-up, patients completed the ASES assessment for pain and function and an SST. Radiographs and range-of motion from the most recent follow-up were reviewed and measured. Patients rated their satisfaction with the outcome of the surgery as either unsatisfactory, satisfactory, good, or excellent.

### *Range of motion assessment*

Clinical videos of each patient were taken in abduction with both arms simultaneously while standing, forward flexion (one arm at a time) while standing, and external rotation with the arms at the side and the elbows at 90° of flexion while seated. A digital goniometer (Screen Protracter; Iconico, NY, NY) was used by an orthopaedic surgeon not involved in the treatment to measure the digital videos of each patient in each plane.

### *Radiographic assessment*

All patients were evaluated prior to arthroplasty, early postoperatively, and at final follow-up with AP, scapular Y, internal and external rotation Grashey, and/or axillary view plain radiographs. Radiographs prior to total shoulder arthroplasty were assessed for joint space narrowing, degree of glenoid erosion, joint position of the humeral head, degree of humeral erosion, and presence of osteophytes.

Following total shoulder arthroplasty, the initial and most recent postoperative radiographs were systematically assessed by an orthopaedic surgeon not involved in the surgical management. The radiographs were classified using established criteria.[14,26,27] The seating of the glenoid component was graded from A to E, using criteria established by Lazarus et al (Table I). Radiolucencies noted around the pegs or keel of the glenoid component were graded on a scale of 0-5.[14] X-ray views of the glenoid were also evaluated on a yes/no basis for a shift in component position (medial migration, tilting, or both)[26]. The humeral component was analyzed using criteria established by Sperling et al.[27] Peri-prosthetic radiolucencies around the humeral component were graded from 0 to 5, and humeral component subluxation was graded as none, mild, moderate, or severe (Table II). When present, the direction of humeral head subluxation was noted. Results from the assessment of early and last available postoperative radiographs were compared, and the above-mentioned endpoints were listed as progressive if there was advancement in radiolucency/component seating grade, degree of humeral subluxation, or presence of a shift in component position; otherwise, the endpoints were listed as nonprogressive.

### *Statistical methods*

Pain and function scores, as well as range of motion, were compared preoperatively and postoperatively by an independent statistician using Wilcoxon signed rank tests for paired samples of nonparametric data (MedCalc version 8.2.1.0; Mariakerke, Belgium).

## RESULTS

Review of the previous arthroscopic procedures revealed a large number of procedures that involved the glenohumeral capsular-labral complex (Table III). There were 6 patients treated with arthroscopic antero-inferior capsule-labral repair (Bankart); 2 with

**Table I** Grading scales for radiolucencies and component seating of pegged and keeled glenoid components after TSA[25]

| Radiolucency around pegs | | Radiolucency around keel | | Glenoid Component seating-pegged or keel | |
|---|---|---|---|---|---|
| **Grade** | **Finding** | **Grade** | **Finding** | **Grade** | **Finding** |
| 0 | No radiolucency | 0 | No radiolucency | A | Complete component seating |
| 1 | Incomplete radiolucency around one or two pegs | 1 | Radiolucency at superior and/or inferior flange | B | < 25% incomplete contact, single radiograph |
| 2 | Complete radiolucency (≤ 2-mm wide) around one peg only, with or without incomplete radiolucency around one other peg | 2 | Incomplete radiolucency at keel | C | 25-50% incomplete contact, single radiograph |
| 3 | Complete radiolucency (≤ 2-mm wide) around two or more pegs | 3 | Complete radiolucency (≤ 2-mm wide) around keel | D | < 50% incomplete contact, two radiographs |
| 4 | Complete radiolucency (> 2-mm wide around two or more pegs | 4 | Complete radiolucency (> 2-mm wide) around keel | E | > 50% incomplete contact, single radiograph |
| 5 | Gross loosening | 5 | Gross loosening | | |

**Table II** Grading scales for radiolucency around humeral component and degree of humeral head subluxation after TSA[26]

| Humeral radiolucencies | | Humeral Head Subluxation | |
|---|---|---|---|
| **Grade** | **Finding** | **Degree** | **Finding** |
| 0 | No radiolucent line | None | No translation |
| 1 | 1-mm wide or less and incomplete | Mild | 25% translation |
| 2 | 1-mm wide and complete | Moderate | 25-50% translation |
| 3 | 1.5-mm wide and incomplete | Severe | > 50% translation |
| 4 | 1.5-mm wide and complete | | |
| 5 | 2-mm wide and complete | | |

an arthroscopic superior labral anteroposterior lesion (SLAP) repair; 2 with arthroscopic capsular release; and 1 with arthroscopic thermal capsulorraphy. Bio-absorbable anchors were used in 7 patients: 2 were treated with all Panalok polylactic acid anchors (DePuy Mitek, Raynham, MA); 2 with all SureTac polyglycolic acid fixators (Acufex MicroSurgical Inc., Northwood, MA); 2 with a combination of Panelok anchors and a SureTac fixator; and 1 with a combination of a bioabsorbable corkscrew anchor, a SureTac fixator, and a knotless rotator cuff Arthrex anchor (Arthrex, Naples, FL). Three patients did not have anchors placed, as 2 underwent capsular release and 1 a thermal capsulorraphy. The operative note for 1 patient who underwent a Bankart procedure was not available; thus the anchors used could not be determined. Nine patients had indwelling pain catheters implanted into the glenohumeral joint. The anesthetic used was not specified in the operative reports. Operative notes for the arthroscopic procedure (1 Bankart and 1 thermal capsulorraphy) were not available in 2 patients who had the procedure performed at another facility. An arthroscopic thermal probe was used in all 9 cases where the operative note was available for review. Four patients underwent an additional arthroscopic debridement after chondrolysis was suspected, in an attempt to delay shoulder arthroplasty.

Preoperative radiographs revealed erosive changes on both the glenoid and humeral head in all patients (Table IV). Ten patients had severe joint space narrowing while one had moderate narrowing (Figure 1, *B*). In all patients, the humeral head was not displaced and the joint position was central. Cystic changes were seen on both the glenoid (9 patients) and the humeral head (10 patients). Two patients had small (< 1 cm) marginal osteophytes of the inferior humeral head.

Intraoperative findings common to all patients were erosive changes on both the humeral head and glenoid with complete loss of cartilage. All patients had subjective capsular thickening and poor bone quality (soft) on the glenoid. This was most evident during reaming of the glenoid, which was done with very little force to avoid over-reaming of glenoid. None of the patients had obvious signs of infection (purulence). Frozen section and histology demonstrated no acute inflammation in 9 patients (Table IV). One patient had acute inflammation on both frozen section and histology. The other patient was found to have fibrinopurulent exudates without neutrophils on frozen section with final histology revealing histiocytic and foreign body giant cell reaction. Histiocytes and/or

Case No. 1:08-cv-00365-MSK-CBS Document 197-2 filed 03/04/10 USDC Colorado pg 5 of 10
ARTICLE IN PRESS



**Table III** Details on prior arthroscopic procedures along with pre-TSA and post-TSA pain, functional, and patient satisfaction measures

| # | Age at TSA | Arthroscopic procedure | Implant used | Indwelling pain catheter | Time from arthroscopy to TSA | | f/u | ASES total | ASES pain | ASES func | SST | FF | AB | ER | Pt sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 43 | Bankart | Panelok (x3) Surtac (x1) | Glenohumeral | 8 | Preop | | N/A | N/A | N/A | N/A | 180 | N/A | 20 | |
| | | | | | | Postop | 66 | 55 | 30 | 25 | 1 | 79 | 91 | 55 | good |
| 2 | 39 | Bankart | Suretac (x2) | Glenohumeral | 21 | Preop | | 30 | 17.5 | 12.5 | 6 | 90 | 60 | 0 | |
| | | | | | | Postop | 30 | 45 | 22.5 | 22.5 | 8 | 128 | 105 | 43 | exc |
| 3 | 54 | Bankart | Panelok (x3) Suretac (x1) | Glenohumeral | 18 | Preop | | 52.5 | 37.5 | 15 | 3 | 90 | 90 | 20 | |
| | | | | | | Postop | 49 | 92.5 | 50 | 42.5 | 10 | 165 | 90 | 45 | exc |
| 4 | 28 | Capsular release | None | Glenohumeral | 15 | Preop | | 27.5 | 15 | 12.5 | 1 | 95 | 145 | 5 | |
| | | | | | | Postop | 46 | 57.5 | 30 | 27.5 | 1 | 130 | 124 | 49 | exc |
| 5 | 47 | Bankart | Panelok (x2) | Glenohumeral | 30 | Preop | | N/A | N/A | N/A | 2 | 94 | 68 | 50 | |
| | | | | | | Postop | 43 | 67.5 | 35 | 32.5 | 5 | 90 | 90 | 20 | good |
| 6 | 64 | Capsular release | None | Glenohumeral | 29 | Preop | | 62.5 | 40 | 22.5 | 2 | 166 | 168 | 60 | |
| | | | | | | Postop | 25 | 92.5 | 50 | 42.5 | 8 | 165 | 177 | 60 | exc |
| 7 | 18 | Thermal capsulo-rrhaphy | N/A | N/A | 26 | Preop | | 12.5 | 5 | 7.5 | 0 | 77 | 62 | 50 | |
| | | | | | | Postop | 37 | 47.5 | 22.5 | 25 | 3 | 86 | 76 | 62 | sat |
| 8 | 43 | Bankart | Panelok (x3) | Glenohumeral | 32 | Preop | | 30 | 5 | 25 | N/A | 132 | 108 | 80 | |
| | | | | | | Postop | 31 | 62.5 | 20 | 42.5 | 6 | 166 | 175 | 64 | exc |
| 9 | 16 | Bankart | N/A | N/A | 13 | Preop | | 55 | 35 | 20 | 4 | 98 | 84 | 0 | |
| | | | | | | Postop | 30 | 77.5 | 37.5 | 40 | 8 | 98 | 90 | 21 | good |
| 10 | 46 | SLAP | Bioabsorbable arthroscopic corkscrew anchor (x1) Suretac (x1) Knotless RC Arthrex anchor (x1) | Glenohumeral | 48 | Preop | | 27.5 | 10 | 17.5 | 3 | 85 | 60 | 0 | |
| | | | | | | Postop | 26 | 100 | 50 | 50 | 12 | 140 | 158 | 70 | exc |
| 11 | 31 | SLAP | Suretac (x2) | Glenohumeral | 51 | Preop | | 37.5 | 17.5 | 20 | 5 | 100 | 40 | 0 | |
| | | | | | | Postop | 24 | 87.5 | 45 | 42.5 | 10 | 139 | 132 | 41 | exc |

*f/u*, follow-up; *FF*, forward flexion; *AB*, abduction; *ER*, external rotation; *Pt sat*, patient satisfaction; *N/A*, not available; *RC*, rotator cuff.

foreign body giant cells were found in the final histology specimens in 3 out of 11 patients. Cultures were negative in all but one patient who grew out *Propionibacterium acnes* from the tissue.

Review of immediate postoperative and last available radiographs (Table IV) revealed 3 patients with a progressive grade 1 radiolucency around the pegs and 1 patient with a progressive grade 3 radiolucency around the keel (Table I). Two patients (1 pegged and 1 keel) had progressive grade B component seating while 1 patient had progressive grade C component seating. There were no radiolucent lines (grade 0) around any of the humeral components (Table II). There were 2 patients with progressive, mild, superior humeral head subluxation.

Significant improvements were noted in the mean ASES and SST scores, as well as mean abduction and external rotation ($P < .05$). Total ASES scores improved from 37 (SD 16.2) pre-op to 77.5 (SD 19.8) post-op, ASES pain scores improved from 20.3 (SD 13.8) pre-op to 36.4 (SD 12.9) post-op, and ASES function scores improved from 16.9 (SD 5.5) pre-op to 37.2 (SD 9.6) post-op ($P = .0039$ for all). SST scores improved from 2.8 (SD 1.9) pre-op to 7.2 (SD 3.6) post-op ($P = .0078$). Abduction improved from 89° (SD 39) pre-op to 123° (SD 36) post-op ($P = .027$). External rotation improved from 26° (SD 29) to 48° (SD 16) ($P = .037$). Finally, forward flexion improved from 110° (SD 34) to 126° (SD 33) but was not significant ($P = .16$). Ten out of 11 patients rated their outcome as excellent or good. The other patient underwent an arthroscopic capsular release because of continued stiffness 6 months after TSA and rated her outcome as satisfactory at last follow-up.

Nine out of 9 patients had improvements in total ASES, ASES pain, and ASES function scores. Eight out of 9 patients had improvements in SST scores while 1 patient stayed the same. Preoperative ASES and SST scores were not available in 2 patients

who did not completely fill out their preoperative questionnaires. Forward flexion improved in 7 out of 11 patients, stayed the same in 1, and decreased in 3. External rotation improved in 8 of 11 patients, stayed the same in 1 patient, and declined in 2 patients. Finally, abduction improved in 8 out of 10 patients, stayed the same in 1 patient, and declined in 1 patient. Preoperative abduction was not available in 1 patient.

## DISCUSSION

Alarming reports of rapidly progressive chondrolysis following arthroscopic procedures have been recently discussed; yet, the etiology remains unidentified. Common to all reports is a rapid loss of glenohumeral joint space.[13,16,22,24,29] Additional radiographic findings include glenoid and humeral head bone loss,[16] with occasional presence of marginal osteophytes.[24] Patients typically present with an increase in pain, progressive loss of motion, and loss of shoulder function. These symptoms progress rapidly. Intraoperative findings include complete loss of articular cartilage from both the glenoid and humerus, with destruction of the normal osseous anatomy and a profound red villous synovitis.[16,24] Thickening of the capsule has also been described.[24]

In the current series, patients with chondrolysis after shoulder arthroscopy had findings consistent with a chronic inflammatory process. Intraoperative findings seen in all patients were the presence of a thickened capsule, significant synovitis, and brittle glenoid bone. All of these findings are consistent with an inflammatory mediated process. The central wear pattern with a paucity of marginal osteophytes also supports an inflammatory type of arthritic process. Nonetheless, histologic findings did not consistently support this inflammatory process, as only one patient had findings consistent with acute inflammation and three patients had findings consistent with chronic inflammation (Table IV).

The arthroscopic treatment of intra-articular pathology of the capsule-labrum complex may play a role in the development of rapidly progressive chondrolysis. Whether this is from the operative technique, use of implants, thermal devices, or an undetected infectious process remains unknown. All patients in this series were initially treated with arthroscopic procedures for pathology of the capsule or labrum. Six patients had arthroscopic Bankart repairs, 2 SLAP repairs, 2 capsular release, and 1 a thermal capsulorraphy. Levine et al described chondrolysis in 2 patients after arthroscopic thermal capsulorrhaphy.[16] However, others have noted similar presentations after treatment of extra-articular pathology, such as the impingement syndrome[24] or rotator cuff disease.[29]

One possible cause of chondrolysis is the use of an implant in the management of capsulolabral repairs. This may be due to direct abrasion by the implant on the articular surface or by a tissue-reaction to the implant itself.[7] A recent report[1] of 4 cases of joint destruction following the use of Bioabsorbable knotless suture anchors (Mitek, Norwood, MS) suggested a mechanical cause of cartilage damage. This report found that there was a sharply demarcated separation between the areas of damaged cartilage on the humeral head that was in contact with the loosened bioabsorbable anchors and the areas of undamaged cartilage.

Different material properties of bio-absorbable implants may lead to different soft-tissue reactions. An exaggerated inflammatory response following the use of polyglycolic acid in shoulder surgery has been reported.[4,7] On the other hand, a lack of soft-tissue response from polylactic acid absorbable anchors has been demonstrated through in vivo studies.[2] Additionally, Barber et al reported the results of 57 patients after capsulolabral repairs with polylactic acid anchors.[3] After an average follow-up of 24 months, there was no radiographic evidence of lytic, resorptive bone changes or anchor loosening. Nonetheless, a recent report by Athwal et al[1] strongly suggests a causal relationship between the polylactic Bioknotless suture anchors and the development of destructive glenoid osteolysis.

In the current series, a variety of different bioabsorbable implants were used, including those made of polyglycolic and polylactic acid. A giant cell reaction was seen on final histology specimens in 2 patients: 1 treated with polylactic acid anchors and 1 treated with both polylacted and polyglycolic anchors. This suggests a foreign-body reaction may have developed in these 2 patients, which could have played a role in chondrolysis.

A second possible etiology for chondrolysis is the use of radiofrequency ablation. Levine et al[16] felt the use of radiofrequency for arthroscopic capsulorraphy may have resulted in rapidly progressive chondrolysis in 2 patients. The use of monopolar and bipolar radiofrequencies applied to bovine and human articular cartilage has been shown to result in chondrocyte death.[8,19] A clear causal relationship between the use of radiofrequency and rapidly progressive chondrolysis cannot be established in this study, although at least 9 patients were treated with a radiofrequency probe. While radiofrequency was widely used in this study during arthroscopy, only 1 patient underwent a thermal capsulorraphy.

A third possible etiology is a low-grade infection introduced at the time of arthroscopy or through an indwelling pain catheter, and remained undetected even at the TSA procedure. In this series, 1 patient was found to have acute inflammation on final

**Table IV** Radiographic analysis and diagnostic tests for infection

| | Preoperative radiographs | | | | |
|---|---|---|---|---|---|
| # | Joint space narrowing | Glenoid erosion | Humeral surface | Joint position | Osteophytes |
| 1 | Mod | Mild erosion with progressive severe cysts (13 mm) | Subchondral sclerosis with subchondral cyst | Central | No |
| 2 | Severe | Mild erosion with subchondral cysts | Subchondral sclerosis with subchondral cyst | Central | No |
| 3 | Severe | Mild erosion | Large 11-mm humeral head cyst | Central | 2 mm |
| 4 | Severe | Moderate | Severe irregular surface; severe subchondral cyst | Central | No |
| 5 | Severe | Mild erosion with subchondral cysts | Mild subchondral sclerosis | Central | No |
| 6 | Severe | Moderate erosion with subchondral cysts (4mm) | Mod subchondral sclerosis; Mild cystic changes | Central | No |
| 7 | Severe | Mild erosion with subchondral cysts | Subchondral sclerosis; sbuchondral cyst | Central | 2 mm |
| 8 | Severe | Moderate erosion with subchondral cysts (4mm) | Mod bone erosion of superior humerus; mild cystic change | Central | No |
| 9 | Severe | Mild erosion with subchondral cysts | Small cyst | Central | No |
| 10 | Severe | Moderate erosion; subchondral sclerosis; subchondral cyst | Severe erosion with irregular surface; subchondral cyst and subchondral sclerosis | Central | No |
| 11 | Severe | Mild erosion; subchondral sclerosis; subchondral cyst | Subchondral cyst and subchondral sclerosis | Central | No |

histology. Another grew *Propionibacterium acnes* on cultures. It is, therefore, essential to consider infection as a possibility, and intra-operative frozen section and cultures should be performed during the surgical treatment of rapidly progressive chondrolysis. For the 2 patients in whom infections were suspected, a 6-week course of intravenous antibiotics was used. Based on an algorithm used at our institution for treatment of potential total joint infections, patients with positive frozen sections or positive permanent sections (with or without positive intraoperative cultures) are treated with 6 weeks of postoperative antibiotics. Patients with negative frozen and permanent sections, but positive intraoperative cultures, are treated with 2 weeks of postoperative antibiotics, as it is felt that positive cultures with negative histology could potentially represent a contaminate.

Finally, the development of chondrolysis may be related to the presence of an indwelling glenohumeral pain pump. The bupivacaine anesthetic used may cause direct cartilage damage or indirectly cause cartilage degeneration by predisposing the shoulder to infection. Several articles have noted the inhibitory effect of bupivacaine on neutrophil function.[11,20,30] Additionally, the cytotoxicity of bupivacaine has also been demonstrated in vitro on bovine articular chondrocytes[6] and in vivo in the rabbit shoulder.[10] In this series, at least 9 patients had intra-articular pain pump catheters inserted during the index arthroscopy, and 2 of them had diagnostic tests suggestive of infection. It must be noted that a causal relationship between intra-articular pain pumps and chondrolysis cannot be established by this study. Nonetheless, we now prefer the use of an extra-articular subacromial pain pump.

After nonoperative measures are exhausted, there are few options available for the patient who presents with chondrolysis after shoulder arthroscopy. Clinical reports have described the use of interposition arthroplasty with[15] and without[23] hemiarthroplasty. However, the use of total shoulder arthroplasty in this

Case No. 1:08-cv-00365-MSK-CBS Document 197-2 filed 03/04/10 USDC Colorado pg 8 of 10
ARTICLE IN PRESS



**Table IV** Continued.

| Intraoperative infection studies | | | Postoperative radiographs | | | | |
|---|---|---|---|---|---|---|---|
| | | | Glenoid | | | Humerus | |
| Frozen section | Final histology | Final cultures | Radiolucency grade | Seating grade | Shift | Radiolucency grade | Degree of subluxation |
| Fibrinopurulent exudates without neutrophils | Histiocytic and foreign body giant cell reaction | Negative | 1 progressive | A | No | 0 | None |
| No Acute Inflammation | Severe inflammatory arthritis | Negative | 0 | A | No | 0 | None |
| Acute Inflammation | Acute inflammation | Negative | 0 | A | No | 0 | Mild superior progressive |
| No acute inflammation | No acute inflammation | Negative | 0 | A | No | 0 | None |
| Foreign Body Granulmatous Reaction with no acute inflammation | Foreign body giant cell reaction | Negative | 0 | A | No | 0 | None |
| No acute inflammation | Degenerative arthritis | Negative | 3 progressive (Keel) | B progressive | No | 0 | None |
| No acute inflammation | No Acute inflammation | Negative | 1 progressive | A | No | 0 | None |
| No acute inflammation | Degenerative arthritis | Negative | 0 | A | No | 0 | None |
| No acute inflammation | Degenerated fibroconnective tissue | Negative | 1 progressive | A | No | 0 | None |
| No acute inflammation | Benign histiocytic proliferation | Negative | 0 | B progressive | No | 0 | None |
| No acute inflammation | Degenerative changes | *P. acnes* | 0 | C progressive | No | 0 | Mild superior progressive |

patient population has not been reported. Long-term analysis of TSA and hemiarthroplasty in patients younger than 50 years has shown no difference in outcomes between the 2 treatments, with those treated with hemiarthroplasty developing more significant glenoid erosion.[5,28]

For patients with chondrolysis after shoulder arthroscopy, concerns remain in regard to the quality of glenoid bone and the risk of glenoid loosening, as the patients who develop chondrolysis tend to be younger and the bone quality tends to be weak. In this study, 4 patients were found to have progressive radiolucency around the pegs or keel and 3 were found to have progressive decline in component seating. None of these patients required revision arthroplasty. Emphasis must be made on proper cement technique at the time of glenoid preparation to ensure maximum cement pressurization and glenoid fixation. Additionally, we prefer to reserve a keel glenoid component for cases where stable fixation of a pegged glenoid is not possible.

Results of this series illustrate significant improvements in pain and functional scores and a high rate of good to excellent short-term results (10 out of 11 patients). No patient has required revision. It is important to compare the efficacy of other treatment options for chondrolysis to the current study.

Findings from this study have furthered our understanding of rapidly progressive chondrolysis after arthroscopy and have helped us modify our current practice of shoulder arthroscopy. We no longer use intra-articular pain catheters, minimize the use of the thermal probe in the intra-articular space, and preferentially use bio-inert anchors for capsulorrhaphy procedures. Additionally, when performing TSA in these patients, we look for infection and send tissue for diagnostic studies. Our normal procedure includes keeping culture material for 2 weeks, not excluding testing for pathogens of low virulence such as *p. acnes*. Finally, we recognize the importance of intraoperative measures to try and minimize radiolucencies around cemented glenoid components.

M0019




**Figure 1 A**, Right shoulder radiographs of a patient (#8 on Tables III and IV) 2 months prior to arthroscopic Bankart repair. Note the smooth surfaces of both the humeral head and glenoid with preserved joint space. **B**, Same shoulder 30 months after the Bankart repair and 2 months prior to TSA. The joint space is completely obliterated. **C**, Same shoulder after TSA

## REFERENCES

1. Athwal GS, Shridharani SM, O'Driscoll SW. Osteolysis and arthropathy of the shoulder after use of bioabsorbable knotless suture anchors. A report of four cases. J Bone Joint Surg Am 2006;88:1840-5.
2. Barber FA, Deck MA. The in vivo histology of an absorbable suture anchor: a preliminary report. Arthroscopy 1995;11:77-81.
3. Barber FA, Snyder SJ, Abrams JS, Fanelli GC, Savoie FH III. Arthroscopic Bankart reconstruction with a bioabsorbable anchor. J Shoulder Elbow Surg 2003;12:535-8.
4. Bennett WF. Bioabsorbable soft tissue fasteners: failure mode an exaggerated inflammatory response? Arthroscopy 1998;14:449-50.
5. Burroughs PL, Gearen PF, Petty WR, Wright TW. Shoulder arthroplasty in the young patient. J Arthroplasty 2003;18:792-8.
6. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. Arthroscopy 2006;22:693-9.
7. Edwards DJ, Hoy G, Saies AD, Hayes MG. Adverse reactions to an absorbable shoulder fixation device. J Shoulder Elbow Surg 1994;3:230-3.
8. Edwards RB III, Lu Y, Nho S, Cole BJ, Markel MD. Thermal chondroplasty of chondromalacic human cartilage. An ex vivo comparison of bipolar and monopolar radiofrequency devices. Am J Sports Med 2002;30:90-7.
9. Edwards RB III, Lu Y, Rodriguez E, Markel MD. Thermometric determination of cartilage matrix temperatures during thermal chondroplasty: comparison of bipolar and monopolar radiofrequency devices. Arthroscopy 2002;18:339-46.
10. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular Bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. Arthroscopy 2006;22:813-9.
11. Hollmann MW, Kurz K, Herroeder S, Struemper D, Hahnenkamp K, Berkelmans NS, et al. The effects of S(-)-, R(+)-, and racemic bupivacaine on lysophosphatidate-induced priming of human neutrophils. Anesth Analg 2003;97:1053-8.
12. Hogan CJ, Diduch DR. Progressive articular cartilage loss following radiofrequency treatment of a partial-thickness lesion. Arthroscopy 2001;17:E24.
13. Kahan A, Amor B, Benhamou CL. Rapidly progressive idiopathic chondrolysis simulating tuberculosis of the shoulder. J Rheumatol 1983;10:291-3.
14. Lazarus MD, Jensen KL, Southworth C, Matsen FA III. The radiographic evaluation of keeled and pegged glenoid component insertion. J Bone Joint Surg Am 2002;84:1174-82.
15. Levine WN, Bigliani LU, Ahmad CS. Thermal capsulorrhaphy. Orthopedics 2004;27:823-6.

Case No. 1:08-cv-00365-MSK-CBS Document 197-2 filed 03/04/10 USDC Colorado pg 10 of 10
ARTICLE IN PRESS



16. Levine WN, Clark AM Jr, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. J Bone Joint Surg Am 2005;87:616-21.
17. Lu Y, Edwards RB III, Cole BJ, Markel MD. Thermal chondroplasty with radiofrequency energy. An in vitro comparison of bipolar and monopolar radiofrequency devices. Am J Sports Med 2001;29:42-9.
18. Lu Y, Edwards RB III, Kalscheur VL, Nho S, Cole BJ, Markel MD. Effect of bipolar radiofrequency energy on human articular cartilage. Comparison of confocal laser microscopy and light microscopy. Arthroscopy 2001;17:117-23.
19. Lu Y, Edwards RB III, Nho S, Cole BJ, Markel MD. Lavage solution temperature influences depth of chondrocyte death and surface contouring during thermal chondroplasty with temperature-controlled monopolar radiofrequency energy. Am J Sports Med 2002;30:667-73.
20. Mikawa K, Akamarsu H, Nishina K, Shiga M, Obara H, Niwa Y. Effects of ropivacaine on human neutrophil function: comparison with bupivacaine and lidocaine. Eur J Anaesthesiol 2003;20:104-10.
21. Mirra JM, Amstutz HC, Matos M, Gold R. The pathology of the joint tissues and its clinical relevance in prosthesis failure. Clin Orthop 1976;117:221-40.
22. Nakagawa Y, Ueo T, Miki T, Kotani H, Onishi E, Nakamura T. Glenohumeral osteoarthritis following a "color test" during rotator cuff repair: a case report and review of the literature. Bull Hosp Jt Dis 1998;57:216-8.
23. Pennington WT, Bartz BA. Arthroscopic glenoid resurfacing with meniscal allograft: a minimally invasive alternative for treating glenohumeral arthritis. Arthroscopy 2005;21:1517-20.
24. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. Am J Sports Med 2004;32:509-15.
25. Richards RR, An KN, Bigliani LU, Friedman RJ, Gartsman GM, Gristina AG, et al. A standardized method for the assessment of shoulder function. J Shoulder Elbow Surg 1994;3:347-52.
26. Sperling JW, Cofield RH, O'Driscoll SW, Torchia ME, Rowland CM. Radiographic assessment of ingrowth total shoulder arthroplasty. J Shoulder Elbow Surg 2000;9:507-13.
27. Sperling JW, Cofield RH, Rowland CM. Neer hemiarthroplasty and Neer total shoulder arthroplasty in patients fifty years old or less. Long-term results. J Bone Joint Surg Am 1998;80:464-73.
28. Sperling JW, Cofield RH, Rowland CM. Minimum fifteen-year follow-up of Neer hemiarthroplasty and total shoulder arthroplasty in patients aged fifty years or younger. J Shoulder Elbow Surg 2004;13:604-13.
29. Tamai K, Higashi A, Cho S, Yamaguchi T. Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair–a report of 2 cases. Acta Orthop Scand 1997;68:401-2.
30. Welters ID, Menzebach A, Langefeld TW, Menzebach M, Hempelmann G. Inhibitory effects of S-(-) and R-(+) bupivacaine on neutrophil function. Acta Anaesthesiol Scand 2001;45:570-5.