# EXHIBIT 4

216 Bulletin *Hospital for Joint Diseases* Volume 57, Number 4 1998

# Glenohumeral Osteoarthritis Following a "Color Test" during Rotator Cuff Repair

## A Case Report and a Review of the Literature

**Yasuaki Nakagawa** MD **Toyoji Ueo** MD **Takaaki Miki** MD **Hironobu Kotani** MD **Eijiro Onishi** MD and **Takashi Nakamura** MD

*Key words:* glenohumeral osteoarthritis; gentian violet, color test, contraindications; rotator cuff repair, complications

### Abstract

*A case of glenohumeral osteoarthritis in a 35-year-old female following a color test during rotator cuff repair is described. The patient had a tear in the rotator cuff involving the supraspinatus muscle and rotator interval. A color test with a 0.4% aqueous solution of gentian violet was performed during the operation and the ruptured cuff was not tightly sutured. The patient developed glenohumeral osteoarthritis 25 months postoperatively. Plain film radiographs showed joint space narrowing and bone sclerosis of the humeral head, but there was no evidence of osteophytes. This pathology was thought to have been caused by the aqueous gentian violet solution.*

Glenohumeral osteoarthritis has been reported as a late complication of surgery for recurrent anterior instability, including Putti-Platt repair,[1,2] the Bristow procedure,[2,3] and Bankart repair.[2,4] Over tightening of an anterior repair, leading to substantial limitation of motion, is believed to contribute to late degenerative arthritis.[1] On the other hand, there have been few reports of glenohumeral osteoarthritis after rotator cuff repair.[5-7] Fukuda suggested that glenohumeral osteoarthritis was caused by impingement after repair of a minimal rotator cuff tear.[5] Tamai suggested that use of gentian violet might cause post-cuff-repair arthropathy.[7]

Yasuaki Nakagawa, M.D., and Takashi Nakamura, M.D., are in the Department of Orthopaedic Surgery, Faculty of Medicine, Kyoto University, Kyoto, Japan. Toyoji Ueo, M.D., Takaaki Miki, M.D., Hironobu Kotani, M.D., and Eijiro Onishi, M.D., are in the Department of Orthopaedic Surgery, Tamatsukuri Koseinenkin Hospital, Kyoto, Japan.

*Reprint requests:* Yasuaki Nakagawa, M.D., Department of Orthopaedic Surgery, Faculty of Medicine, Kyoto University, 54 Kawahara-cho, Shogoin, Sakyo-ku, Kyoto 606-8507, Japan.

Recently, we experienced a case of glenohumeral osteoarthritis after rotator cuff repair, which appeared to have been caused by a 0.4% aqueous solution of gentian violet that was used during the operation.

### Case Report

A 35-year-old female developed right shoulder pain at night and noticed decreased elevation of her shoulder starting in 1991. She was involved in a traffic accident in February 1992, and thereafter her shoulder pain increased. She was an office worker and her right arm was her dominant arm.

Preoperative radiography showed no abnormal findings in the glenohumeral joint, but leakage of contrast medium into the subacromial bursa was revealed by right shoulder arthrography (Fig. 1). At surgery, in June 1992, we were initially unable to confirm the area of rotator cuff rupture. A color test with a 0.4% aqueous solution of gentian violet was performed to visualize the torn area. This revealed that the supraspinatus was ruptured 2 cm transversely and the rotator interval was ruptured 3 cm longitudinally. End-to-end suturing and anterior acromioplasty were easily performed, after which the patient wore an abduction brace for five weeks.

Internal rotation was regained and the abduction contracture disappeared 10 weeks after the operation. At that time, the patient's right shoulder elevation was 160° and there was no shoulder pain. However, internal rotation of the shoulder barely reached the sacrum and this prevented the patient from putting on her brassiere herself.

At follow-up, 25 months after the operation, she noticed dullness in her right shoulder only when she had to work for long periods, but had no pain during other activities such as playing tennis. The range of motion measurements of her right shoulder revealed flexion of 180°, abduction of 160°, external rotation of 70°, extension of 10°, and internal rotation reaching the sacrum. The pa-

Bulletin *Hospital for Joint Diseases* Volume 57, Number 4 1998 217



**Figure 1** A, Preoperative anteroposterior roentgenogram showing no abnormal findings. B, Preoperative arthrogram showing leakage of contrast medium into the subacromial bursa in the right shoulder joint.

tient was unable to tie a sash at her lower back, but she had no impairment of other daily living activities. However, plain radiographs showed features of glenohumeral osteoarthritis, such as joint space narrowing and bone sclerosis of the humeral head and glenoid (Fig. 2). There was no radiographic evidence of osteophytes of the humeral head and glenoid. No sign of glenohumeral joint infection was recognized throughout the entire course of therapy.

## Discussion

In considering the etiology of this case, it was possible to rule out trauma, rheumatoid arthritis, and pyogenic arthritis on the basis of anamnesis, physical examination, and blood and biochemical tests. Cuff tear arthropathy[8] was also discounted since the acromiohumeral distance was preserved as judged by the patient's radiographs. The age of the patient, and lack of osteolysis on radiographs, made Milwaukee shoulder syndrome[9] and idiopathic destructive arthritis of the shoulder[10] unlikely. Radiographs in this case showed joint space narrowing and bone sclerosis, but absence of osteophytes on the humeral head and glenoid. Therefore, it appeared that the causative factor in this case was probably the 0.4% aqueous solution of gentian violet used in the operation, as has been reported by Tamai.[7]

Gentian violet is reported to cause irritation and necrosis of the skin or mucosa as an adverse reaction, although little has been stated about this in the current orthopaedic literature.[11] In addition, animal studies have shown that this dye has cytotoxic or carcinogenic potential.[12] Tamai showed experimentally that gentian violet might be harmful to the articular cartilage as well as to the skin and mucosa. He concluded that the gentian violet color test during rotator cuff repair surgery may cause chondrolysis and warned against the use of this technique.[7] In Tamatsukuri Koseinenkin Hospital, we performed 29 rotator cuff repairs between July 1986 and March 1994. The present case was the only one in which a color test was performed, and we inadvertently used gentian violet dye. Therefore, we must also concur with Tamai about the adverse effects of gentian violet when used in operations involving the joints.

Fukuda divided post-cuff-repair arthropathy into two types: typically glenohumeral osteoarthritis with osteophytes and chondrolysis without osteophytes.[6] As Tamai indicated, two cases of chondrolysis, and another four reported by Fukuda, were probably caused by gentian violet. Here we have added another case of the typically glenohumeral osteoarthritis type and speculate that another (unpublished) case that we observed was caused by postoperative joint contracture, although there is no



**Figure 2** Roentgenograms 25 months after the operation. **A**, Anteroposterior roentgenogram showing severe degenerative changes in the glenohumeral joint, including marked loss of joint space, subchondral sclerosis, but no osteophytes. **B**, Axillary lateral roentgenogram.

positive evidence for this. The cause of this type of post-cuff-repair arthropathy, including the three cases reported by Fukuda and our other case, is still unknown.

## Conclusion

We describe a case of glenohumeral osteoarthritis in a 35-year-old female following a color test with a 0.4% aqueous solution of gentian violet during rotator cuff repair. In consideration of the other cases reported in the literature, this pathology was considered to have been caused by the aqueous gentian violet solution. We believe, therefore, that the use of gentian violet in orthopaedic surgery is contraindicated.

## References


1. Hawkins RJ, Angelo RL: Glenohumeral osteoarthritis: A late complication of the Putti-Platt repair. J Bone Joint Surg 72A:1193-1197, 1990.
2. Lusardi MDA, Wirth MA, Wurtz MD, Rockwood Jr CA: Loss of external rotation following anterior capsulorrhaphy of the shoulder. J Bone Joint Surg 75A:1185-1192, 1993.
3. Young DC, Rockwood Jr CA: Complications of a failed Bristow procedure and their management. J Bone Joint Surg 73A:969-981, 1991.
4. Rosenberg BN, Richmond JC, Levine WN: Long-term follow-up of Bankart reconstruction. Incidence of late degenerative glenohumeral arthrosis. Am J Sports Med 23:538-544, 1995.
5. Fukuda H: Glenohumeral osteoarthritis [in Japanese]. M B Orthop 3:27-35, 1988.
6. Fukuda H, Hamada K: Post-cuff-repair arthropathy [in Japanese]. J Jpn Orthop Assoc 70:S512, 1996.
7. Tamai K, Higashi A, Cho S, Yamaguchi T: Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair: A report of 2 cases. Acta Orthop Scand 68:401-402, 1997.
8. Neer II CS, Craig EV, Fukuda H: Cuff-tear arthropathy. J Bone Joint Surg 65A:1232-1244, 1983.
9. McCarty DJ, Halverson PB, Carrera GF, Brewer BJ, Kozin F: "Milwaukee shoulder"-association of microspheroids containing hydroxyapatite crystals, active collagenase, and neutral protease with rotator cuff defects: I. Clinical aspects. Arthritis Rheum 24:464-473, 1981.
10. Campion GV, McCrae F, Alwan W, Watt I, Bradfield J, Dieppe PA: Idiopathic destructive arthritis of the shoulder. Semin Arthritis Rhem 17:232-245, 1988.
11. Piatt JP: Gentian violet toxicity. Clin Pediatr 31:756-757, 1992.
12. Littlefield NA, Gaylor DW, Blackwell BN, Allen RR: Chronic toxicity/carcinogenicity studies of gentian violet in Fischer 344 rats: Two-generation exposure. Food Chem Toxicol 27:239-247, 1989.