# EXHIBIT 9

*Journal of Orthopaedic Research*
**18:**762-767 The Journal of Bone and Joint Surgery, Inc.
© 2000 Orthopaedic Research Society

# Quantitative Assessment of the Effect of 0.05% Chlorhexidine on Rat Articular Cartilage Metabolism *In Vitro* and *In Vivo*

A. D. Reading, P. Rooney, and G. J. S. Taylor

*Department of Orthopaedic Surgery, The Glenfield Hospital, Leicester, England*

**Summary:** Wound infection remains a problem. Syringe and needle jet lavage of chlorhexidine gluconate 0.05% removed or killed 99.8% of contaminating bacteria within 1 minute in a wound model. In clinical use, however, possible toxicity to articular cartilage is a concern. In an established intact rat patella model *in vitro,* 1 minute of exposure to chlorhexidine 0.05% and chlorhexidine jet lavage did not significantly alter cartilage metabolism. A 1-hour exposure decreased metabolic activity. *In vivo,* a 30-minute exposure with or without rinsing produced no impairment of metabolic activity 6 weeks later, suggesting that cartilage has the potential for biological recovery. However, injecting and leaving chlorhexidine 0.05% in the joints was detrimental to the metabolic activity of the articular cartilage as assessed 6 weeks later. Thus, chlorhexidine gluconate 0.05% could be used on normal articular cartilage. Any potential damage from prolonged exposure can be avoided by rinsing after 1 minute.

Wound infection remains a problem for orthopaedic surgeons, both in joint replacement and trauma surgery where sizable implants or fixation devices promote infection. In a tissue model, chlorhexidine 0.05% delivered by syringe and needle jet lavage (16) removed or killed 99.8% of contaminating bacteria within 1 minute (17). Unlike other antiseptics, such as povidone-iodine and hydrogen peroxide, chlorhexidine maintained its full antiseptic activity in the presence of tissue or blood (17). This was confirmed in a human surgical wound experiment where chlorhexidine jet lavage resulted in a 99% reduction in wound contamination (18). The method compares favorably with cefuroxime antibiotic prophylaxis, which has a reported sensitivity of 84% (14). In a model where guinea pigs were inoculated with $10^8$ *Staphylococcus aureus*, chlorhexidine 0.05% was the only antiseptic to reduce wound infection to zero. The 0.02% concentration was not as effective (10).

Occasional anaphylactic reactions to chlorhexidine have been reported, particularly with concentrations greater than 0.5% and when it is applied to mucous membranes (9). Anaphylaxis also occurs with antibiotic prophylaxis, but the small risk is considered acceptable for the benefits. The only limitation to more widespread clinical use of jet lavage of chlorhexidine 0.05% in orthopaedic surgery is its possible adverse effect on articular cartilage. A 29-year-old farmer was reported to have narrowing of the joint space following open meniscectomy when chlorhexidine of an unspecified concentration was used to irrigate the wound prior to closure (19). Another case of chondrolysis after arthrotomy of the knee, in which chlorhexidine 0.5% was used to rinse the joint at the end of the procedure (11), was reported.

Injection of canine stifle joints with chlorhexidine 0.5 and 0.02%, assessed by histological study of articular cartilage 7 weeks later, revealed that the 0.5% concentration was toxic to articular cartilage whereas the 0.02% concentration was not. The case of a 41-year-old woman who had an open excision of an abnormal synovial fold followed by wound irrigation with 0.02% chlorhexidine was also reported (2). Postoperatively, the knee became swollen and painful and was reexplored and drained. Nine months later, destruction of articular cartilage was noted and attributed to the 0.02% chlorhexidine. More recently, severe chondrolysis developed in six knees in five patients following irrigation at arthroscopy with 1% chlorhexidine in aqueous solution (6). All the patients had clinical symptoms of pain, swelling, and crepitus within 6 months of surgery. In an additional study, canine joints were irrigated with 0.05% chlorhexidine and assessed histologically 8 days later. Synovial inflammation was noted, but there was no damage to cartilage or chondrocytes (1). Only qualitative histological assessment was used in these studies.

There are several ways of assessing cartilage; however, only one method of quantitatively assessing the

Received January 20, 1999; accepted November 18, 1999.
Address correspondence and reprint requests to A. D. Reading at Orthopaedic Department, Glasgow Royal Infirmary, 84 Castle Street, Glasgow, Scotland G4 OSF. E-mail: alexreading@hotmail.com

**TABLE 1.** In vitro *experimental design*

| Experiment | Experimental conditions | Simulated clinical use |
|---|---|---|
| 1 | Incubated in 5 ml of M199 tissue culture medium for 1 hour | Control—to assess the effect of collection and storage |
| 2 | Incubated in 5 ml povidone-iodine 10% for 1 hour | To assess the effect of a known inhibitor of chondrocyte metabolism—a control for experimental technique[4] |
| 3 | Incubated in 5 ml chlorhexidine 0.05% for 1 hour | To assess the effect of a prolonged exposure |
| 4 | Incubated in 5 ml chlorhexidine 0.05% for 1 minute | To assess the effect of a brief exposure |
| 5 | Exposed to 5 ml of M199 jet lavage | To assess the effect of jet lavage |
| 6 | Exposed to 5 ml chlorhexidine 0.05% jet lavage | To assess the effect of a single chlorhexidine 0.05% jet lavage application at the end of a procedure |
| 7 | Exposed to 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml M199 jet lavage after 1 minute | To assess the effect of a single application of chlorhexidine 0.05% and rinsing at end of a procedure |
| 8 | Exposed to 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml M199 jet lavage after 1 minute, repeated after incubation in M199 for 1 hour | To assess the effect of the application of chlorhexidine 0.05% and rinsing at the beginning and end of a procedure |

metabolic activity of articular cartilage has been described (4,20). This method relies on measuring the uptake of radioactive sulphate by proteoglycans during synthesis. The rate of proteoglycan synthesis is reported to vary with the distance from the articular surface (7), however, and may also differ with location within the weight-bearing or nonweight-bearing areas of the joint (13). Cartilage explants also have an initial period of enhanced proteoglycan synthesis and loss of proteoglycan into the culture medium, presumably from the exposed edge of the cartilage (21). The model used to overcome these potential problems is the intact rat patella (20). The intact patella can be used as an anatomical unit for the assessment of cartilage metabolism *in vitro* and *in vivo* (4,5,20). The rat patella model is established and has been used to assess the effects of various irrigating solutions during arthroscopic surgery on articular cartilage. Although there is biological variability between patellae, it is sufficiently small to have allowed the model to detect differences between normal saline solution, Ringer's solution, and povidone-iodine 10% (4).

Chlorhexidine 0.05% has a persistent effect, with demonstrated wound-decontaminating abilities even when a bacterial inoculum is administered 45 minutes after the chlorhexidine (10). Thus, applying chlorhexidine at the start of an operation could have a decontaminating effect throughout the procedure. However, longer exposure to chlorhexidine may have an adverse effect on articular cartilage. Jet lavage with chlorhexidine 0.05% has a decontaminating effect within 1 minute (17); therefore, any residual chlorhexidine could be rinsed out after 1 minute to reduce any potential chondral toxicity without loss of effectiveness. Although articular cartilage has a limited capacity to regenerate, biological recovery may occur following limited chemical insult. No studies of chlorhexidine and articular cartilage have investigated the time of contact, the effect of rinsing, or the potential for chondrocyte recovery.

In this study, the rat patella model was used *in vitro* to assess quantitatively the effect of 0.05% chlorhexidine, applied simply or with jet lavage, and the effect of the time of contact and rinsing on articular cartilage to determine if such lavage can be safely used to decontaminate wounds where articular cartilage is exposed. The model was used *in vivo* to assess any biological recovery.

## MATERIALS AND METHODS

Local approval and a Home Ofice License to undertake experiments were obtained before the use of these animals.

### Materials

*In Vitro*

Patellae were dissected with a cuff of soft tissue from 28-day-old inbred male Lewis rats. The soft-tissue cuff prevented damage to the articular cartilage prior to radiolabelling and provided a handle with which to manipulate the tissues. The patellae were immediately submersed in 5 ml of supplemented M199 culture medium (10% foetal calf serum, 250 μg/ml L-glutamine, 50 μg/ml ascorbic acid, 500 U/ml penicillin, and 500 μg/ml streptomycin; GIBCO BRL Life Technologies, Paisley, Scotland). They were incubated for 1 hour. The patellae were then exposed to a variety of experimental conditions as outlined in the experimental design. Next, they were rinsed in 5 ml of M199 and incubated for 1 hour in an additional 5 ml of M199. Each patella was radiolabelled for 18 hours in 2 ml of M199 containing 5 μCi $^{35}SO_4$ (Amersham Life Sciences, Little Chalfont, England). The patellae were washed four times in 5 ml of phosphate buffered saline to remove unbound $^{35}SO_4$ and then dissected out from their soft-tissue bed and washed twice in 5 ml of phosphate buffered saline for 20 minutes. Articular cartilage was not removed from the bone because 98% of the radioactivity is found in the articular cartilage (20). The whole patellae were digested for 24 hours in 1 ml of Proteinase K (2.5 U in 1 ml 0.05 *M* Tris-HCl, 1 m*M* $CaCl_2$, pH 7.9; Sigma Chemical, Poole, England). The digest was centrifuged to remove debris, and three 100-μl aliquots of each digest were added to 3 ml of Bioflour scintillation fluid. The samples were counted in a scintillation counter (Packard Tri-Carb 1500 liquid scintillation analyzer; Packard Instrument, Meriden, CT, U.S.A.) to determine the amount of $^{35}SO_4$ in the cartilage. All periods of incubation were at 37°C in a humidified atmosphere of 5% $CO_2$. All solutions were at 37°C.

Case No. 1:08-cv-00365-MSK-CBS Document 197-9 filed 03/04/10 USDC Colorado pg 4 of 7



**TABLE 2.** In vivo *experimental design—patellae assessed 34 days following exposure to experimental conditions*

| Experiment | Experimental conditions | Simulated clinical use |
|---|---|---|
| 1 | Joint opened and left exposed to air for 35 minutes | Exposure of cartilage during an operation |
| 2 | Exposed to 5 ml chlorhexidine 0.05% jet lavage—exposed to air for 30 minutes—repeat exposure to 5 ml chlorhexidine 0.05% jet lavage | To assess the effect of chlorhexidine 0.05% jet lavage at the beginning and end of a procedure |
| 3 | Exposed to 5 ml povidone-iodine 10% jet lavage—exposed to air for 30 minutes—repeat exposure to 5 ml povidone-iodine 10% jet lavage | To assess the effect of biological recovery following exposure to a known chondrocyte toxin at the beginning and end of a procedure |
| 4 | Exposed to 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml Ringer's solution jet lavage after 1 minute—exposed to air for 30 minutes—repeat exposure to 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml Ringer's solution jet lavage after 1 minute | To assess the effect of chlorhexidine 0.05% jet lavage followed by rinsing at the beginning and end of a procedure |
| 5 | 0.5 ml of chlorhexidine 0.05% injected into anatomically intact joint | Worst-case scenario—chlorhexidine left in contact with the articular cartilage for 34 days |

The patella can be used as a unit for the assessment of cartilage metabolism (5), and the average of three scintillation counts per patella was taken.

*In Vivo*

Medial arthrotomies were performed on the knee joints of 28-day-old male Lewis rats that were anaesthetised with an intraperitoneal injection of Hypnorm/Hypnoval. The joints were exposed to a variety of experimental conditions designed to simulate the use of antiseptics in the operating theatre, as set out in the experimental design. The arthrotomies were closed with interrupted Vicryl sutures and subcuticular Vicryl to the skin. The rats were fed on a commercial pellet and water diet. After 34 days, they were killed and the patellae were removed and assessed for metabolic activity as for the *in vitro* experiment.

The data obtained were normally distributed (Minitab N-Plot; Minitab, State College, PA, U.S.A.), and a one-way analysis of variance test was used for statistical analysis. Statistical significance was taken at $p \leq 0.05$.

## Experimental Design

*In Vitro*

The experimental design aims to simulate clinical use of jet lavage with chlorhexidine 0.05% (0.05% wt/vol 1:2,000 dilution pyrogen free chlorhexidine gluconate; Parkfields, Wolverhampton, England) with additional assessment of the time of exposure and rinsing off of residual chlorhexidine. Controls for storage and collection and for a worst-case scenario were included.

Any alteration of the metabolism of articular cartilage demonstrated may have been caused by several variables, including the trauma of collection and storage, the jet lavage, the chlorhexidine, the length of exposure to the chlorhexidine, and the rinsing. Each variable was addressed. The experimental design is set out in Table 1. Twelve patellae were used for each experimental group.




**FIG. 1.** The boxes represent 95% confidence intervals, the line across the box represents the mean, and the whiskers show the outliers range. 1 = Control (5 ml of M199 tissue culture medium for 1 hour); 2 = 5 ml povidone-iodine 10% for 1 hour (significantly lower than control [p = 0.0001]); 3 = 5 ml chlorhexidine 0.05% for 1 hour (significantly lower than control [p = 0.0001] and significantly lower than experiment 2 [p = 0.011]); 4 = 5 ml chlorhexidine 0.05% for 1 minute (not significantly different from control); 5 = 5 ml M199 jet lavage (not significantly different from control); 6 = 5 ml chlorhexidine 0.05% jet lavage (not significantly different from control); 7 = 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml M199 jet lavage after 1 minute (significantly increased count compared with control [p = 0.017]); and 8 = 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml M199 jet lavage after 1 minute, repeated after 1 hour (not significantly different from control).

*In Vivo*

The *in vivo* experiments were aimed to discover if biological recovery of the cartilage occurred. The experimental design is set out in Table 2. Twelve patellae were used in each experimental group. Controls for exposure in the operating theatre and worst-case scenarios were included. After 34 days, the patellae were assessed by the radioisotope analysis method as described for the *in vitro* experiments.

## RESULTS

### *In Vitro*

The effects of the various experimental conditions on chondrocyte metabolism represented by the uptake of radiolabel per patella after each experiment are shown in Fig. 1. Exposure to povidone-iodine 10% (10% wt/vol aqueous, Betadine; Seton, Oldham, England) and chlorhexidine 0.05% for 1 hour inhibited chondrocyte metabolism more than 90 and 80%, respectively, compared with the controls ($p = 0.0001$). Povidone-iodine 10%, however, was significantly more toxic than the chlorhexidine ($p = 0.011$). Exposure to chlorhexidine 0.05% for 1 minute did not show any significant inhibition of chondrocyte metabolism.

Jet lavage with M199 or chlorhexidine did not cause any significant inhibition of chondrocyte metabolism, nor was any significant inhibition caused by double jet lavage with chlorhexidine and rinsing of the patellae. Single jet lavage with chlorhexidine followed by jet lavage with M199 caused a significant increase in the metabolism of the articular cartilage ($p = 0.017$).

### *In Vivo*

One animal died within 24 hours of surgery due to an overdose of the intraperitoneal anaesthetic agent used. The animal was from experiment number 4; therefore, only 10 patellae were available for radioisotope analysis in this group compared with 12 in all other groups. The mean results for each experiment are shown in Fig. 2.

The group of patellae in experiment 5 (chlorhexidine injected into and left in the joint) had a significantly lower scintillation count than that found for the patellae in any other group ($p = 0.03$). The only other significant result was that patellae in groups 2 and 4 (chlorhexidine lavage, and chlorhexidine lavage and wash out) had higher counts than those in the control group ($p = 0.014$ and $p = 0.008$, respectively). There were no statistical differences between patellae in groups 2, 3, and 4. The scintillation count values for the *in vivo* part of the experiment are greater than for the *in vitro* section due to the increased size of the patellae during the 34-day recovery.

One patella from an animal in the group treated with double jet lavage with povidone-iodine 10% showed gross signs of damage when dissected from the stifle joint, and the scintillation count produced by it was just over half of the mean count for that group.

## DISCUSSION

The ideal method of antiseptic wound irrigation would be effective at killing or removing bacteria, be active in the presence of blood and tissues, and have a prolonged action. These criteria are, at present, best filled by jet lavage with chlorhexidine gluconate 0.05%. The final criterion is that it should be safe to use in as many situations as possible.




**FIG. 2.** The boxes represent 95% confidence intervals, the line across the box represents the mean, and the whiskers show the outliers range. 1 = Control, exposed to air for 35 minutes; 2 = 5 ml chlorhexidine 0.05% jet lavage, 30 minutes exposure, 5 ml chlorhexidine 0.05% jet lavage (significantly higher count than control [$p = 0.014$]); 3 = 5 ml povidone-iodine 10% jet lavage, 30 minutes exposure, 5 ml povidone-iodine 10% jet lavage (not significantly different from control); 4 = 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml Ringer's solution jet lavage, 30 minutes exposure, 5 ml chlorhexidine 0.05% jet lavage followed by 5 ml Ringer's solution jet lavage (significantly higher count than control [$p = 0.008$]), and 5 = 0.5 ml chlorhexidine 0.05% injection into anatomically intact joint and left there (significantly lower count than that of other groups [$p = 0.03$]). No statistical difference between groups 2, 3, and 4.

The results of the *in vitro* part of this study included use of povidone-iodine 10% as a worst-case scenario and confirm that our results were in agreement with those of previous studies (4). Our results show that prolonged exposure to povidone-iodine 10% or chlorhexidine gluconate 0.05% is toxic to normal articular cartilage. Pressurised jet lavage alone or with chlorhexidine 0.05%, a 1-minute exposure to chlorhexidine 0.05%, and chlorhexidine 0.05% followed by rinsing do not appear to damage the cartilage. *In vivo,* prolonged exposure to chlorhexidine 0.05% by injecting it into the joint was toxic to the cartilage; this was included as a worst-case scenario. The results for the other three experiments *in vivo* were not significantly different from each other; however, chlorhexidine jet lavage and chlorhexidine jet lavage with rinsing caused a significant increase in the metabolism of articular cartilage. This could be due to the effects of desiccation on the control patellae, because they were exposed to air for 30 minutes while those in the experimental groups were immersed in one of the experimental fluids. Prolonged desiccation has been shown to have an adverse effect on articular cartilage (8). Although an additional control group of patellae immersed in Ringer's solution *in vivo* might have been useful, the control groups were chosen to represent the situation in the operating theatre. The results of this study therefore imply that an application of chlorhexidine, although not an ideal solution, might be better than allowing desiccation.

Previous studies have shown that chlorhexidine 0.05% does not impair wound healing (12) or formation of granulation tissue (3) and is no more toxic than physiological saline solution to rat arteries and veins (15). Chlorhexidine is, however, toxic to the brain, meninges, and middle ear.

The results presented here suggest that a brief exposure of chlorhexidine 0.05% to normal articular cartilage does not inhibit chondrocyte metabolism or have any long-term effects on the cartilage metabolism. These quantitative results corroborated the findings of previous histological studies (1). However, the worst-case scenario, *in vivo*, of injecting chlorhexidine 0.05% into the joint and leaving it *in situ* did have a detrimental effect long-term on the metabolism of articular cartilage.

We would therefore recommend the use of jet lavage with chlorhexidine 0.05% for the decontamination of all wounds in both the elective and the emergency situation, except in the brain, meninges, or the middle ear. In the presence of normal articular cartilage, exposure should be safe if it is limited to the shortest time for chlorhexidine 0.05% to work: 1 minute. This would allow the use of chlorhexidine 0.05% during hemiarthroplasties, wound explorations, and management of open fracture. The effect on human and damaged cartilage is not known; therefore, the decision to use chlorhexidine for wound irrigation where cartilage is exposed should be based on a balance of risk and benefit. If the wound is heavily contaminated, at a higher risk of infection, or infection would have serious consequences (such as in hip hemiarthroplasty), then the benefits would probably outweigh the risks. In consideration of the results of injecting chlorhexidine into the rat joint, excess chlorhexidine should be removed by rinsing. Lavage *in vivo* with chlorhexidine 0.05% did not produce any long-term detrimental effect.

Any conclusions from this study have to take into account that this is an animal model with normal rat articular cartilage. The model is sensitive; however, it offers no information on the effects on different anatomical layers within the cartilage. Previous autoradiographic investigations have shown that radioactive sulphate is taken up evenly (20), and histological studies did not show damage in any particular layers within the cartilage (1). It was therefore assumed that any adverse effect would occur in all layers. Although autoradiography could be used to show effects on the anatomical layers, it would not offer the quantitative assessment sought in this study. Human cartilage may respond differently, and in the clinical setting the fact that human cartilage is exposed might indicate that the cartilage is not normal, having been damaged by trauma or osteoarthritis. The effects on human—normal or abnormal—cartilage are not known, but we intend to investigate this in a subsequent study. Any procedure with the potential for leaving large quantities of chlorhexidine in contact with the joint surface (for example, arthroscopy) is not recommended. Previous research suggests the best rinsing solution is Ringer's solution (4).

**Acknowledgment:** The authors wish to gratefully acknowledge the financial support received from the Welcome Trust to enable this study to be performed. No benefits have been or will be received by the authors related to the subject of this article.

## REFERENCES

1. Anderson MA, Payne JT, Kreeger JM, Wagner-Mann CC, Schmidt DA, Mann FA: Effects of intra-articular chlorhexidine diacetate lavage on the stifle in healthy dogs. *Am J Vet Res* 54:1784-1789, 1993
2. Bellen P: Chondrolysis caused by chlorhexidine. *Acta Orthop Belg* 53:112-113, 1987
3. Brennan SS, Foster ME, Leaper DJ: Antiseptic toxicity in wounds healing by secondary intention. *J Hosp Infect* 8:263-267, 1986
4. Bulstra SK, Kuijer R, Eerdmans P, van der Linden AJ: The effect in vitro of irrigating solutions on intact rat articular cartilage. *J Bone Joint Surg [Br]* 76:468-470, 1994
5. de Vries BJ, van den Berg WB, Vitters E, van de Putte LB: Quantitation of glycosaminoglycan metabolism in anatomically intact articular cartilage of the mouse patella: in vitro and in vivo studies with $^{35}$S-sulfate, $^{3}$H-glucosamine, and $^{3}$H-acetate. *Rheumatol Int* 6:273-281, 1986
6. Douw CM, Bulstra SK, Vandenbroucke J, Geesink RGT, Ver-

Case No. 1:08-cv-00365-MSK-CBS Document 197-9 filed 03/04/10 USDC Colorado pg 7 of 7



meulen A: Clinical and pathological changes in the knee after accidental chlorhexidine irrigation during arthroscopy: case reports and review of the literature. *J Bone Joint Surg [Br]* 80:437-440, 1998

7. Jacoby RK, Jason MI: Synthesis of glycosaminoglycan in adult human articular cartilage in organ culture from patients with rheumatoid arthritis. *Ann Rheum Dis* 35:32-36, 1976
8. Mitchell N, Shepard N: The deleterious effects of drying on articular cartilage. *J Bone Joint Surg [Am]* 71:89-95, 1989
9. Okano M, Nomura M, Hata S, Okada N, Sato K, Kitano Y, Tashiro M, Yoshimoto Y, Hama R, Aoki T: Anaphylactic symptoms due to chlorhexidine gluconate. *Arch Dermatol* 125:50-52, 1989
10. Platt J, Bucknall RA: An experimental evaluation of antiseptic wound irrigation. *J Hosp Infect* 5:181-188, 1984
11. Rombouts JJ, Werg PE, Delloye C, Noël H, Vincent A: Du bon usage des solutions de rinçage en chirurgie orthopaédique: a propos d'un cas de chondrolyse à la chlorhexidine. *Acta Orthop Belg* 52:685-702, 1986
12. Sanchez IR, Swaim SF, Nusbaum KE, Hale AS, Henderson RA, McGuire JA: Effects of chlorhexidine diacetate and povidone-iodine on wound healing in dogs. *Vet Surg* 17:291-295, 1988
13. Sandy JD, Lowther DA, Brown HL: Antigen-induced arthritis: studies on the inhibition of proteoglycan synthesis observed in articular cartilage during short-term joint inflammation. *Arthritis Rheum* 23:433-447, 1980
14. Scheibel JH, Jensen I, Pedersen S: Bacterial contamination of air and surgical wounds during joint replacement operations: comparison of two different types of staff clothing. *J Hosp Infect* 19:167-174, 1991
15. Severyns AM, Lejeune A, Rocoux G, Lejeune G: Non-toxic antiseptic irrigation with chlorhexidine in experimental revascularisation in the rat. *J Hosp Infect* 17:197-206, 1991
16. Stevenson TR, Thacker JG, Rodeheaver GT, Bacchetta C, Edgerton MT, Edlich RF: Cleansing the traumatic wound by high pressure syringe irrigation. *JACEP* 5:17-21, 1976
17. Taylor GJS, Leeming JP, Bannister GC: Effect of antiseptics, ultraviolet light and lavage on airborne bacteria in a model wound. *J Bone Joint Surg [Br]* 75:724-730, 1993
18. Taylor GJS, Calder S, Vickers M: Surgical wound decontamination with chlorhexidine jet lavage. *Trans Eur Orthop Res Soc* 7:98, 1997
19. Tricoit M, Sillion I, Yaffi D, Maitre F, Delplace J: Chondrolyse à la chlorhexidine, un cas contrôlé histologiquement. *Rev Chir Orthop* 70:348-349, 1984
20. van den Berg WB, Kruijsen MWM, van de Putte LBA: The mouse patella assay: an easy method of quantitating articular cartilage chondrocyte function in vivo and in vitro. *Rheumatol Int* 1:165-169, 1982
21. Verbruggen G, Luyten FP, Veys EM: Repair function in organ cultured human cartilage: replacement of enzymatically removed proteoglycans during longterm organ culture. *J Rheumatol* 12:665-674, 1985