IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc.;
REABLE THERAPEUTICS, LLC; and
I-FLOW CORPORATION;

Defendants.

---

**EXHIBITS 10-18 TO THE**
**DECLARATION OF THOMAS B. POWERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO I-FLOW'S MOTION FOR SUMMARY JUDGMENT; AND TO PLAINTIFF'S RESPONSE TO DJO, INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**

---

Dated: March 4, 2010,

Respectfully submitted,

/s/ Thomas B. Powerts

Thomas B. Powers, OSB # 98393
tpowers@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 295-2924
Facsimile: (503) 295-3720

Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 4th day of March, 2010, according to this Court's provision for service on the following:

Jeffrey R. Pilkington, Esq.
jeff.Pilkington@dgslaw.com
Jordan Lipp, Esq.
Jordan.lipp@dgslaw.com
Davis Graham & Stubbs LLP
1550 – 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379

Maynard Kirpalani, Esq.
maynard.kirpalani@wilsonelser.com
Geoffrey M. Coan, Esq.
geoffrey.coan@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112

*Attorneys for I-Flow Corporation*

Brett Marshall Godfrey, Esq.
godfrey@godlap.com
Rachel L. Carnaggio, Esq.
carnaggio@godlap.com
James A. Johnson
johnson@godlap.com
Godfrey & Lapuyade, PC
9557 S. Kingston Court
Englewood, CO 80112
Telephone: 303-228-0700
Facsimile: 303-228-0701

*Attorneys for DJO, Incorporated f/k/a DJ Orthopedics, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

/s/ Thomas B. Powers
Thomas B. Powers, OSB # 98393
tpowers@wdolaw.com

cc: Co-counsel