# EXHIBIT 13

THE JOURNAL OF BONE & JOINT SURGERY

JBJS

*This is an enhanced PDF from The Journal of Bone and Joint Surgery*

*The PDF of the article you requested follows this cover page.*

---

# Chondrolysis Following Arthroscopic Thermal Capsulorrhaphy to Treat Shoulder Instability. A Report of Two Cases

William N. Levine, A. Martin Clark, Jr., Donald F. D'Alessandro and Ken Yamaguchi
*J Bone Joint Surg Am.* 2005;87:616-621. doi:10.2106/JBJS.D.02158

---

**This information is current as of July 22, 2007**

**Subject Collections** Articles on similar topics can be found in the following collections

Adult Disease (1292 articles)

**Reprints and Permissions** Click here to **order reprints or request permission** to use material from this article, or locate the article citation on jbjs.org and click on the [Reprints and Permissions] link.

**Publisher Information** The Journal of Bone and Joint Surgery
20 Pickering Street, Needham, MA 02492-3157
**www.jbjs.org**

Case No. 1:08-cv-00365-MSK-CBS Document 198-4 filed 03/04/10 USDC Colorado pg 3 of 8



COPYRIGHT © 2005 BY THE JOURNAL OF BONE AND JOINT SURGERY, INCORPORATED

# CHONDROLYSIS FOLLOWING ARTHROSCOPIC THERMAL CAPSULORRHAPHY TO TREAT SHOULDER INSTABILITY

## A REPORT OF TWO CASES

BY WILLIAM N. LEVINE, MD, A. MARTIN CLARK JR., MD, DONALD F. D'ALESSANDRO, MD, AND KEN YAMAGUCHI, MD

*Investigation performed at Columbia University Medical Center and Washington University School of Medicine*

Despite the paucity of long-term supportive studies, the use of thermal energy for the treatment of shoulder instability has become increasingly popular during the last decade. Axillary nerve injury, recurrent instability, capsular obliteration, and adhesive capsulitis are known complications of thermal capsulorrhaphy that have been documented in the literature[1-5]. A recent report highlighted the complication of chondrolysis following shoulder arthroscopy in three patients[6]; however, none of these patients had chondrolysis severe enough to warrant arthroplasty. We present the cases of two young athletes who had severe chondrolysis following thermal capsulorrhaphy for the treatment of shoulder instability. Our patients were informed that data concerning each case would be submitted for publication.

### Case Reports

CASE 1. A nineteen-year-old right-hand-dominant competitive gymnast and diver presented with symptoms of left-sided shoulder instability, which had first developed when he was fifteen years of age and had been treated conservatively for three years; he had no dislocations. Physical examination demonstrated 2+ anterior load and shift, 2+ posterior load and shift, a 2+ sulcus sign[7], positive apprehension and relocation tests, and no signs of generalized ligamentous laxity. A magnetic resonance imaging-arthrogram demonstrated a normal glenohumeral joint and a patulous capsule (Fig. 1). Despite nonoperative management, including activity modification, physical therapy, and treatment with anti-inflammatory medications, the instability pattern persisted and the patient elected to proceed with arthroscopic surgery. The intraoperative findings demonstrated a patulous capsular pouch. The treating surgeon believed that thermal capsulorrhaphy was indicated on the basis of the preoperative examination and the intraoperative findings and treated the capsule thermally with the "zebra-striping" technique, which is designed to leave normal strips of capsular tissue intertwined with the thermally altered tissue. A monopolar radiofrequency device (Oratec ORA-50; Oratec Interventions, Menlo Park, California) was used with the standard settings of 67°C and a power of 40 W. Irrigation flow was set on low during the procedure, and the fluid was at room temperature. The chondral surfaces were normal, and no thermal treatment of the chondral surfaces was performed.

The shoulder was placed in a sling immediately postoperatively, and a progressive range-of-motion exercise program was begun at two weeks. By eight weeks after surgery, the pa-




Fig. 1

**Figs. 1 through 5** Case 1. **Fig. 1** A fat-suppressed, T1-weighted magnetic resonance imaging-arthrogram demonstrating a normal glenohumeral articulation and a patulous capsule.

M00194

Case No. 1:08-cv-00365-MSK-CBS Document 198-4 filed 03/04/10 USDC Colorado pg 4 of 8





Fig. 2-A

Six-month postoperative true anteroposterior (Fig. 2-A) and axillary (Fig. 2-B) radiographs demonstrating complete loss of the joint space and humeral head destruction.

tient had regained a nearly full range of motion. He had no pain and no instability and had normal function for six months, during which time he returned to competitive diving. Slowly, however, left shoulder pain, a decreased range of motion, and decreased function developed and began to affect his diving performance. Radiographs (Figs. 2-A and 2-B) and a magnetic resonance image (Fig. 3) demonstrated complete obliteration of the joint space, and a provisional diagnosis of chondrolysis was made. The pain became constant and was poorly controlled with oral pain medication. Despite six



Fig. 2-B

M00194



Fig. 3

Six-month postoperative axial gradient magnetic resonance image showing complete loss of the joint space, subchondral cyst formation, and an intact rotator cuff.

months of physical therapy following the diagnosis of chondrolysis, the pain, dysfunction, and range of motion continued to worsen.

The patient was then referred to us for further evaluation and treatment. On physical examination, the active range of motion of the left shoulder consisted of forward elevation to 30°, external rotation to –20°, and internal rotation to the L5 level. The passive forward elevation was 60°, and abduction was 30°. The range of motion of the contralateral, right shoulder consisted of 180° of forward elevation, 60° of external rotation at the side, 90° of external rotation in 90° of abduction, and internal rotation to the T7 level. The patient had profound tenderness to palpation of the left shoulder and mild atrophy of the left upper extremity. All major muscle groups had 5 of 5 strength. Sensation and reflexes were all normal. The results of laboratory studies, including the white blood-cell count, the measurement of erythrocyte sedimentation rate, and the measurement of the level of C-reactive protein, were normal, and cultures of specimens from the glenohumeral joint were negative.

Because of the age of the patient, a standard total shoulder replacement was not performed as a result of concerns regarding polyethylene glenoid loosening and the extent of bone resection necessary for a standard humeral head replacement. Therefore, the patient elected to undergo a resurfacing arthroplasty on the humeral side and a meniscal allograft resurfacing procedure on the glenoid side[8]. A standard deltopectoral approach was used. Findings included a sclerotic glenoid with-



Fig. 4

Intraoperative photograph of the humeral head, showing gross destruction of the normal osseous anatomy and nearly complete loss of the articular cartilage.

Case No. 1:08-cv-00365-MSK-CBS Document 198-4 filed 03/04/10 USDC Colorado pg 6 of 8





Fig. 5
True anteroposterior radiograph made twelve months after the Copeland resurfacing arthroplasty.

out articular cartilage, a denuded humeral head with gross destruction of the normal osseous anatomy, and profound synovitis (Fig. 4). A medium hydroxyapatite-coated humeral head resurfacing prosthesis (Copeland shoulder cementless surface replacement; Biomet, Warsaw, Indiana) was fitted, and a lateral meniscal allograft glenoid resurfacing procedure was then performed. The lateral meniscal allograft was obtained from the American Red Cross Transplantation Services (Eatontown, New Jersey). The allograft was fresh-frozen and treated with low-dose gamma irradiation (1.0 to 1.8 Mrad [10,000 Gy to 18,000 Gy]) to reduce the bioburden. The patient underwent a standard postoperative protocol to regain motion during the first six weeks. Progressive active range-of-motion and strengthening exercises were instituted at six weeks and were continued for six months. At the one-year follow-up examination, the patient had active range of motion that consisted of 160° of forward elevation, 50° of external rotation at the side, 90° of external rotation in 90° of abduction, and internal rotation to the T10 level. He had no pain at the time of the most recent follow-up, and the most recent radiograph demonstrated good preservation of the new glenohumeral joint space (Fig. 5).

CASE 2. A twenty-year-old right-hand-dominant man presented to another institution with symptoms of anterior shoulder instability. He had a history of four traumatic anterior dislocations of the left shoulder, all of which required assisted reduction. The first dislocation occurred when the patient was seventeen years of age, during a game of football. The physical examination showed a positive apprehension sign in abduction and external rotation as well as a positive relocation maneuver. Nonoperative management (physical therapy, activity modification, and the use of anti-inflammatory medication) failed, and the patient agreed to undergo surgery. The surgeon elected to perform arthroscopic labral repair as well as thermal capsulorrhaphy with use of a monopolar radiofrequency device (Oratec ORA-50; Oratec Interventions) set to the standard settings of 67°C and a power of 40 W. Irrigation flow was set on low during the procedure, and the fluid was at room temperature. The chondral surfaces were found to be normal, and no thermal treatment was applied to the chondral surfaces. Although the patient initially did well postoperatively, he began to have pain, decreased motion, and decreased function approximately six months postoperatively. Twelve months following the thermal capsulorrhaphy, an examination demonstrated forward elevation to 60°, external rotation to –10°, and internal rotation to the side. Radiographs showed complete obliteration of the glenohumeral joint space (Figs. 6-A and 6-B). The results of laboratory tests, including the white blood-cell count, measurement of the erythrocyte sedimentation rate, and measurement of the level of C-reactive protein, were normal, and cultures of specimens from the glenohumeral joint were negative. The patient underwent an arthroscopic débridement and manipulation under anesthesia, at which time it was noted that there was complete loss of the articular cartilage of the glenoid and a loss of >75% of the humeral head. Four months after the arthroscopic procedure, the patient returned with increased pain, decreased motion, and decreased function, at which time he was referred to us for further care. We performed a modified total shoulder replacement with a Copeland resurfacing humeral arthroplasty and a lateral meniscal allograft glenoid resurfacing procedure. At the twelve-month postoperative evaluation, the patient had active forward elevation of the shoulder to 160°, external rotation in abduction to 90°, and internal rotation to the T7 level. He had returned to normal activity without pain, and shoulder strength was symmetric with the contralateral side.

## Discussion

Chondrolysis is a rare but devastating complication about which little is currently known. Tamai et al. reported on the cases of two patients in whom chondrolysis developed following a "color test"-assisted rotator-cuff repair[9] in which gentian violet was injected into the glenohumeral joint to facilitate the identification of a rotator cuff tear. Gentian violet, which has been identified as being toxic to chondrocytes, was believed to be the source of the chondrolysis. Nakagawa et al. also implicated gentian violet as a toxic source of chondrolysis in a single-patient case report[10].

During the application of thermal energy, the tissue is heated to 65°C and the heat-labile collagen cross-links are damaged. The triple-helix arrangement of the collagen polypeptide chains is unwound. Early postoperative histologi-

M00194

Case No. 1:08-cv-00365-MSK-CBS Document 198-4 filed 03/04/10 USDC Colorado pg 7 of 8





Fig. 6-A

Case 2. True anteroposterior (Fig. 6-A) and axillary (Fig. 6-B) radiographs demonstrating complete loss of the joint space and humeral head destruction.

cal studies have shown that the treated tissue undergoes an inflammatory response with collagen fusion, pyknosis of fibroblasts, and vascular thrombosis. The tissue also undergoes a repair response with synovial hyperplasia and fibroblast proliferation[11]. Some authors[12] have reported that thermal chondroplasty can be safely used to smooth roughened articular surfaces and areas of chondromalacia without destroying chondrocytes. However, others have shown that monopolar and bipolar radiofrequencies applied to bovine and human articular cartilage can result in chondrocyte death[13,14]. Since chondrocytes have a very limited ability to regenerate, these authors have recommended limiting the clinical application of these modalities, especially bipolar radiofrequency. Furthermore, Lu et al.[13] reported that lavage temperature may influence chondrocyte death. In their ex vivo study, decreased chondrocyte death was seen when the lavage solution was at a temperature of 37°C compared with the standard room temperature of 22°C.

Petty et al.[6] recently reported on three cases of rapid glenohumeral joint destruction following arthroscopy of the shoulder. A sixteen-year-old boy underwent extensive synovectomy and resection of the coracoacromial ligament and a modified subacromial decompression with use of radiofrequency ablation. Because the patient had continued pain, radiographic changes, and loss of motion, repeat arthroscopy was performed eight months after the index procedure, demonstrating complete loss of the glenoid articular cartilage. The articular cartilage of the humeral head was intact, but marginal osteophytes were present. The second patient in their series had an arthroscopic subacromial decompression and undersurface rotator-cuff débridement with insertion of a pain pump. Severe glenohumeral osteoarthritis was found during a second arthroscopic procedure six months following the index procedure. Chondrolysis developed in the third patient following thermal capsulorrhaphy with a monopolar device. Although the cause of the chondrolysis remains unclear from this report, thermal treatment was used in all three patients; however, thermal capsulorrhaphy



Fig. 6-B

was used only in the one patient who had multidirectional instability. While all three of these patients were successfully treated with subsequent arthroscopic débridement, the duration of follow-up averaged only twelve months, and the long-term outlook is unknown.

The cause of the chondrolysis in our two patients appears to be related to previous thermal capsulorrhaphy. In both instances, the procedures were performed by experienced shoulder surgeons and a review of the operative images and reports showed no deviation from the standard of care. One of the patients underwent a second arthroscopic procedure, but that procedure failed and the patient had continued pain, loss of motion, and substantial functional loss. Both patients eventually required joint replacement to treat the advanced glenohumeral destruction. Although the long-term results of joint resurfacing and biological resurfacing with meniscal allograft are unknown, we believed that these procedures offered both of our patients the best potential outcome.

Although this report presented the cases of only two patients, it may be appropriate to be concerned about the effects of thermal capsulorrhaphy, not only because of its previously described[1,2,4,6] high rate of complications, but also because of the unknown effects that thermal treatment may have on chondrocytes. Additional long-term studies should be performed to investigate the link between thermal capsulorrhaphy and chondrolysis, and the devastating complications presented in this report should cause serious consideration with regard to the use of thermal capsulorrhaphy. ■

William N. Levine, MD
A. Martin Clark Jr., MD
The Center for Shoulder, Elbow, and Sports Medicine, New York Orthopaedic Hospital, Columbia University Medical Center, 622 West 168th Street, PH-1117, New York, NY 10032. E-mail address for W.N. Levine: wnl1@columbia.edu

Donald F. D'Alessandro, MD
Miller Orthopaedic Clinic, Medical Center Plaza, 1001 Blythe Boulevard, Suite 200, Charlotte, NC 28203

Ken Yamaguchi, MD
Shoulder and Elbow Service, Department of Orthopaedic Surgery, Washington University School of Medicine at Barnes-Jewish Hospital, One Barnes-Jewish Hospital Plaza, Suite 11300, West Pavilion, St. Louis, MO 63110

The authors did not receive grants or outside funding in support of their research or preparation of this manuscript. They did not receive payments or other benefits or a commitment or agreement to provide such benefits from a commercial entity. No commercial entity paid or directed, or agreed to pay or direct, any benefits to any research fund, foundation, educational institution, or other charitable or nonprofit organization with which the authors are affiliated or associated.

doi:10.2106/JBJS.D.02158

## References

**1.** Abrams JS. Thermal capsulorrhaphy for instability of the shoulder: concerns and applications of the heat probe. Instr Course Lect. 2001;50:29-36.

**2.** Anderson K, Warren RF, Altchek DW, Craig EV, O'Brien SJ. Risk factors for early failure after thermal capsulorrhaphy. Am J Sports Med. 2002;30:103-7.

**3.** Gryler EC, Greis PE, Burks RT, West J. Axillary nerve temperatures during radiofrequency capsulorrhaphy of the shoulder. Arthroscopy. 2001;17:567-72.

**4.** Rath E, Richmond JC. Capsular disruption as a complication of thermal alteration of the glenohumeral capsule. Arthroscopy. 2001;17:E10.

**5.** Sperling JW, Anderson K, McCarty EC, Warren RF. Complications of thermal capsulorrhaphy. Instr Course Lect. 2001;50:37-41.

**6.** Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. Am J Sports Med. 2004;32:509-15.

**7.** Silliman JF, Hawkins RJ. Classification and physical diagnosis of instability of the shoulder. Clin Orthop. 1993;291:7-19.

**8.** Ball CM, Galatz LM, Yamaguchi K. Meniscal allograft interposition arthroplasty for the arthritic shoulder: description of a new surgical technique. Tech Shoulder Elbow Surg. 2001;2:247-54.

**9.** Tamai K, Higashi A, Cho S, Yamaguchi T. Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair—a report of 2 cases. Acta Orthop Scand. 1997;68:401-2.

**10.** Nakagawa Y, Ueo T, Miki T, Kotani H, Onishi E, Nakamura T. Glenohumeral osteoarthritis following a "color test" during rotator cuff repair. A case report and a review of the literature. Bull Hosp Jt Dis. 1998;57:216-8.

**11.** Hecht P, Hayashi K, Cooley AJ, Lu Y, Fanton GS, Thabit G 3rd, Markel MD. The thermal effect of monopolar radiofrequency energy on the properties of joint capsule. An in vivo histologic study using a sheep model. Am J Sports Med. 1998;26:808-14.

**12.** Kaplan L, Uribe JW. The acute effects of radiofrequency energy in articular cartilage: an in vitro study. Arthroscopy. 2000;16:2-5.

**13.** Lu Y, Edwards RB 3rd, Nho S, Cole BJ, Markel MD. Lavage solution temperature influences depth of chondrocyte death and surface contouring during thermal chondroplasty with temperature-controlled monopolar radiofrequency energy. Am J Sports Med. 2002;30:667-73.

**14.** Edwards RB 3rd, Lu Y, Nho S, Cole BJ, Markel MD. Thermal chondroplasty of chondromalacic human cartilage. An ex vivo comparison of bipolar and monopolar radiofrequency devices. Am J Sports Med. 2002;30:90-7.