# EXHIBIT 20

ADVANCED Orthopedics & Sports Medicine

February 11, 2005

Brady Shirley
Vista Ridge
750 State Hwy 121 Bypass St. #190
Lewis, TX 75067
FAX: 214-488-1122

RE: Anesthetic-pain pump

Brady,

I want to let you know what I am hearing about complications with drip pain pumps. Over the past 2 years there have been a number of incidences of chondrolysis in younger patients. We have been perplexed and thought it could be the heat wand used.

It now appears that the only common thread through all cases is the Marcain and/or Lidocain with the Epinephrine solution which tends to be very acidic and is probably the cause.

You might want to look into this development and advise Stryker to change labeling. If you have any questions, please call me. Thanks.

Regards,

Lonnie Paulos, MC

LEP/rrj

EXHIBIT
254
PENGAD 800-631-6989

5250 South Commerce Drive (320 West) • Murray, Utah 84107 • 801.269.2800 • Fax 801.268.4080

Official Sports Science & Medicine Provider

HP LaserJet 3100
Printer/Fax/Copier/Scanner

SEND CONFIRMATION REPORT for
ASOM
801 268 4794
Feb-11-05 12:37PM

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|---|---|---|---|---|---|---|---|
| 636 | 2/11 12:36PM | 0'23" | 214 488 1122 | Send............ | 1/ 1 | EC144 | Completed.................................... |

Total 0'23" Pages Sent: 1 Pages Printed: 0

ADVANCED Orthopedics & Sports Medicine

February 11, 2005

Brady Shirley
Vista Ridge
750 State Hwy 121 Bypass St. #190
Lewis, TX 75067
FAX: 214-488-1122

RE: Anesthetic-pain pump

Brady,

I want to let you know what I am hearing about complications with drip pain pumps. Over the past 2 years there have been a number of incidences of chondrolysis in younger patients. We have been perplexed and thought it could be the heat wand used.

It now appears that the only common thread through all cases is the Marcain and/or Lidocain with the Epinephrine solution which tends to be very acidic and is probably the cause.

You might want to look into this development and advise Stryker to change labeling. If you have any questions, please call me. Thanks.

Regards,

Lonnie Paulos, MC

LEP/rrj

5250 South Commerce Drive (320 West) • Murray, Utah 84107 • 801.269.2800 • Fax 801.268.4080
Official Sports Science & Medicine Provider

HP LaserJet 3100
Printer/Fax/Copier/Scanner

SEND CONFIRMATION REPORT for
ASOM
801 268 4794
Feb-15-05 5:02PM

| Job | Start Time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|---|---|---|---|---|---|---|---|
| 685 | 2/15 5:01PM | 0'25" | 801 523 6278 | Send........... | 1/ 1 | EC 96 | Completed............................... |

Total 0'25" Pages Sent: 1 Pages Printed: 0

Don Kelly

ADVANCED Orthopedics & Sports Medicine

February 11, 2005

Brady Shirley
Vista Ridge
750 State Hwy 121 Bypass St. #190
Lewis, TX 75067
FAX: 214-488-1122

RE: Anesthetic-pain pump

Brady,

I want to let you know what I am hearing about complications with drip pain pumps. Over the past 2 years there have been a number of incidences of chondrolysis in younger patients. We have been perplexed and thought it could be the heat wand used.

It now appears that the only common thread through all cases is the Marcain and/or Lidocain with the Epinephrine solution which tends to be very acidic and is probably the cause.

You might want to look into this development and advise Stryker to change labeling. If you have any questions, please call me. Thanks.

Regards,

Lonnie Paulos, MC

LEP/rrj