# EXHIBIT 21

**From:** Petty, Nicole
**Sent:** Friday, March 04, 2005 03:00 AM
**To:** Docsa, Steve; Saunders, John; Mars, Jennifer
**CC:** Parker, Rod; Allen, Jason
**Subject:** RE: Answer to your Question - "problems with Marcaine pumps"

All,

We should document these as complaints if these doctors were using our pumps. In regards to the epi concern, we warn against the use of epi in our IFU.

Jen - can you please follow up with Steve and Don Kelley to get the info and enter into SuPER?

Thanks,

Nicole

---

From: Docsa, Steve
Sent: Thursday, March 03, 2005 4:29 PM
To: Saunders, John
Cc: Parker, Rod; Allen, Jason; Petty, Nicole
Subject: RE: Answer to your Question - "problems with Marcaine pumps"

Hello John,

I believe the two surgeons are experiencing something real and have encountered an event which is documented in the literature or at least there is anecdotal information to support it. I spoke to Don and he was appreciative of the articles and he said he would cover this information with them. Hopefully after reading the articles they understand it is not the pump which is causing this event and it is probably the epinephrine which is there culprit.

I don't believe we need to do anything else unless someone expresses interest or is in need of further information.

I have asked Don to let me know what the surgeon's reactions are after he meets with them with the information.

Steve

---

Confidential/Trade Secret Information Governed by Protective Order

From: Saunders, John
Sent: Thursday, March 03, 2005 4:00 PM
To: Docsa, Steve
Cc: Parker, Rod; Allen, Jason; Petty, Nicole
Subject: RE: Answer to your Question - "problems with Marcaine pumps"

Steve,

Is there more we need to do? I have not read through the articles in detail, but it looks like their concerns have some validity.

John

---

From: Docsa, Steve
Sent: Tuesday, March 01, 2005 4:06 PM
To: Kelley, Don
Cc: Petty, Nicole; Parker, Rod; Crotty, Dylan; Allen, Jason; Saunders, John; Mars, Jennifer
Subject: Answer to your Question - "problems with Marcaine pumps"
Importance: High

Hello Don,

I spoke with one of the anesthesiologist we work with regarding the statement made (below) by Dr(s). Paulos and Beck that Marcaine with epinephrine is acidic and is rotting the cartilage in their patient's shoulders.

Dr. Ilfeld feels it's the epinephrine which is causing the problem they are experiencing. I have attached an article which appeared in the May 2004 journal issue of Anesthesiology. The authors report a possible reason for wound ischemia and necrosis to be the infusion of Marcaine in combination with epinephrine. Also I am including a review article which discusses the myotoxicity of locally administered anesthetic drugs.

I hope this helps. Please let us know if we can do anything more for you.

Steven Docsa

Stryker Instruments

Clinical Monitor

4100 East Milham Avenue

Kalamazoo MI 49001

T: 269.323.7700 Ext. 3562

F: 269.324.5412

E: steve.docsa@stryker.com

Confidential/Trade Secret Information Governed by Protective Order

This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.

-----Original Message-----
From: Parker, Rod
Sent: Thursday, February 17, 2005 9:14 PM
To: Docsa, Steve
Subject: FW: problems with Marcain pumps
Importance: High

Steve

Can you this up for Dylan?

Rod

-----Original Message-----

From: Crotty, Dylan [mailto:dylan.crotty@stryker.com]

Sent: Wed Feb 16 09:22:09 2005

To: Parker, Rod

Subject: FW: problems with Marcain pumps

Rod, do you have any thoughts? I agree that this is a very urgent issue. Sorry to pile on, we need more Rod's.

Thanks

Dylan

-----Original Message-----

From: Kelley, Don [mailto:don.kelley@stryker.com]

Sent: Wed Feb 16 09:15:05 2005

To: Crotty, Dylan

Cc: Landa, Mike

Subject: FW: problems with Marcain pumps

Dylan,

Dr. Lonnie Paulos and Dr. Charles Beck feel that Marcain w/epi is acidic and is rotting the cartilage in shoulders. Dr. Beck is adamant about it, as is Dr. Paulos who I spoke to yesterday. Dr. Beck plans to present a paper at an orthopedic meeting in Colorado this summer indicating this. I had previously exchanged voice mails with Jay Arnold regarding this when Dr. Beck brought it to my attention. Jay spoke with someone at Stryker about this and indicated that this has not been a previously reported problem elsewhere. We need to research this and get back with these doctors as it impacts patient care and our business (whether it be real or perceived).

Can you let me know what you find out? Thanks-Don

p.s. Brady Shirley is Sales VP at endo-Lonnie is a consultant for endo.

-----Original Message-----

From: Ronda Jones [mailto:torjones@aosmgroup.com]

Sent: Tuesday, February 15, 2005 5:43 PM

To: Shirley, Brady

Cc: Kelley, Don

Subject: re: problems with Marcain pumps

Brady,

I know I sent a fax to you the other day but wanted to send this email to reinforce the importance of this issue.

Guaranteed! This summer when Charlie Beck presents his paper at the Herodicus Society there will be a huge out pouring of other cases that have been smoldering for several years. Buddy Savioe has at least a dozen, Jim Andrews has an equal number and Charlie and I have about 6-8 cases. These are cases that I know of personally, the only common link is the pain dripping devices with Marcain or Lidocain and Epinephrine. It is an extremely acidic solution when Epinephrine is included. Without Epinephrine it becomes less acidic and probably not an issue.

I strongly recommend that Stryker change it's labeling as soon as possible. They should recommend against using Marcain or Lidocain with Epinephrine because of the acidic nature of the fluid. Stryker should change the label for now until we can do an animal study.

What I propose is an animal study that we can start, complete and have information within 30 days. We can do this study at Medicine Lodge with rabbits, dogs or sheep. 10 animals per group, 3 groups. One with Epinephrine, one without Epinephrine and one saline. We will sacrifice them several days later and send the cartilage biopsies to either the University of Utah or to a facility of your choice. Costs of this will probably be well below $25,000 and you could have meaningful information back within 30-60 days.

I believe that Stryker should "cover it's butt" through label changes now and immediate study knowing that by this summer there will be a great deal of controversy created. Be happy to talk to you about this at your convenience.

Regards,

Lonnie

Ronda R. Jones

Fellowship/CME/Credentialing Coordinator

Confidential/Trade Secret Information Governed by Protective Order