# EXHIBIT 28

2008 AAOS

to acute chondrolysis. However, the effect of local anesthetics on articular cartilage is unclear. The purpose of this study was to evaluate the effect of various local anaesthetics (i.e. bupivacaine, lidocaine, ropivacaine) on chondrocyte viability on bovine articular cartilage discs. Bovine articular cartilage was obtained form the condylar surfaces of the radial-carpal joint. Full thickness cartilage discs were isolated from the joint surface using a 4 mm punch. Following washing, discs were incubated in various concentrations of local anaesthetics (0.25% bupivacaine, 1% lidocaine, 0.5% ropivacaine) +/- epinephrine for 1,3,12 and 24 hours. Following incubation discs were cut into 70 um sections and cell viability determined using SYTO 13 green fluorescent nucleic acid stain and ethidium bromide. Results demonstrated that 0.25% bupivacaine, 1% lidocaine and 0.5% ropivacaine had a negative effect on chondrocyte viability in bovine articular cartilage discs. This effect was both dose and duration dependent. For example when cultured for 12 hours in increasing concentrations (2.5%, 5%, 10%, 25%, 50%, 100%) of 0.25% bupivacaine chondrocyte viability decreased from 90%, 87%, 83%, 76%, 23%, and 5% respectively. Similar results were obtained from 1% lidocaine and 0.5% ropivacaine. In addition when cultured in a 50% soluation of 0.25% bupivacaine for increasing time periods (1hr, 3 hrs, 5 hrs, 8 hrs, and 24 hrs) chondrocyte viability decreased from 88%, 70%, 63%, 53%, 30%, and 3%, respectively. Similar results were obtained for 1% lidocaine and 0.5% ropivacaine. The addition of epinephrine did not have a consistent or significant effect on chondrocyte viability. The results of this study demonstrate that commonly used local anaesthetics bupivacaine, lidocaine and ropivicaine have a negative effect on chondrocyte viability in cultured bovine articular cartilage discs. Using a well characterized model this study demonstrated that the effect of exposure to bupivacaine, lidocaine and ropivacaine was in both a dose and duration dependent fashion. Furthermore addition of epinephrine did not consistently or significantly effect chondrocyte viability suggesting that it is the active drug itself which is likely cytotoxic. Since adult chondrocytes have little or no capacity to regenerate, these results suggest that high-dose, long-term intra-articular use of local anaesthetics should be used with caution.

PAPER NO. 123 *

## Low Doses of Bupivacaine Are Cytotoxic to Articular Cartilage in Vitro

*Meira Z Yeger-McKeever, MD, Philadelphia, PA*
*Gregory F Carolan, MD, San Diego, CA*
*Robert Mauck, New York, NY*
*Lawrence Wells, MD, Philadelphia, PA*

Intra-articular pain pumps that deliver analgesics are useful for local control of post surgical pain. However, recent reports that bupivacaine solutions are cytotoxic to articular chondrocytes have brought their use into question. These previous studies examined relatively high doses of 0.5% and 0.25% bupivacaine. In the present work we examined the cytotoxicity of lower bupivacaine doses that still retain analgesic efficacy. Adult human and juvenile bovine articular chondrocytes were isolated from native tissue and plated as cell monolayers at 80% confluency. Monolayers were treated with saline, culture medium containing antibiotics and 10% fetal bovine serum, or 0, 0.25%, 0.125%, and 0.0625% bupivacaine in culture medium for 24 or 48 hours. Additional monolayers were treated with 0.25% bupivacaine with epinephrine or saline plus epinephrine controls. At each time point assays for total DNA content and cell viability were performed, including MTT metabolic assays and LIVE/DEAD staining. Juvenile bovine cartilage explants were also exposed to these same conditions for 48 hours. Results demonstrated >99% cell death in monolayers treated with every concentration of bupivacaine, compared to <20% cell death in saline controls. Epinephrine had no effect on isolated cells or explants. Percentage death in explants was dose dependent, though even the lowest dosage led to ~50% death. Viable, metabolically active chondrocytes are critical for cartilage ECM homeostasis, and cell death resulting from exogenous pharmacologics may lead to degenerative changes. This study shows that even low concentrations of bupivacaine are cytotoxic to isolated articular chondrocytes and those in explant culture with in vitro exposure. Although these results cannot be directly extrapolated to the in vivo setting, these data suggest that caution should be exercised in using continuous intra-articular pain pumps containing bupivacaine.

PAPER NO. 124 *

## Ropivacaine is Less Cytotoxic than Bupivacaine to Human Articular Chondrocytes

*Samantha L Piper, BA,*
*Hubert T Kim, MD, San Francisco, CA*

It has been reported that bupivacaine is cytotoxic to bovine articular chondrocytes. Ropivacaine is as effective as bupivacaine for intra-articular analgesia and has less systemic toxicity. We compared the viability of human articular chondrocytes after exposure to normal saline, bupivacaine, and ropivacaine. Healthy human articular cartilage was harvested from the femoral head or tibial plateau of five patients. Full-thickness cartilage plugs and cultured chondrocytes from each patient were treated with 0.9% normal saline, 0.5% ropivacaine, or 0.5% bupivacaine for 30 minutes. 24 hours after treatment, chondrocyte viability was measured using the Live/Dead Cell Viability Assay (Molecular Probes, OR) for cartilage plugs, and the CellTiter-Glo Luminescent Cell Viability Assay (Promega, WI) for cultured chondroyctes. Chondrocyte viability for cartilage plugs was significantly lower after treatment with bupivacaine compared to both ropivacaine and saline [bupivacaine = 78+/-12.6%; ropivacaine = 94.4+/-9.0% ($p<0.01$); normal saline = 95.8+/-5.7% ($p<0.01$)]. There was no difference between treatment with ropivicaine and saline ($p = 0.6$). Viability of cultured chondrocytes was significantly lower after treatment with bupivacaine compared to both ropivacaine and saline [bupivacaine = 37.4+/-12% of saline control ($p<0.01$); ropivicaine = 63.9+/-19% of saline control, ($p<0.01$)]. 0.5% bupivacaine is cytotoxic to human articular chondrocytes, both in intact cartilage and in tissue culture. Ropivicaine is far less toxic than bupivicaine. For intact cartilage, a 30-minute exposure to ropivicaine caused no increased cell death compared to saline control. Therefore, ropivacaine may be a safer alternative to bupivacaine for intra-articular injection.

PAPER NO. 125

## ◆Dynamic Contact Mechanics of a Scaffold for Partial Meniscal Replacement

***Robert Brophy, MD, St Louis, MO***
*Jocelyn Cottrell, MS,*
*Xiang-Hua Deng, MD, New York, NY*
*Scott Alan Rodeo, MD, New York, NY*
*Timothy M Wright, PhD, New York, NY*
*Suzanne A Maher, New York, NY*
*Russell F Warren, MD, New York, NY*

Few options exist to reconstitute a meniscus after partial meniscectomy. The objective of this study was to develop a procedure to measure the dynamic contact mechanics of meniscal substi-





◆ The FDA has not cleared the drug and/or medical device for the use described in this presentation (i.e. the drug or medical device is being discussed for an off label use). For full information, refer to page 2. An alphabetical faculty financial disclosure list can be found starting on page 18.