# EXHIBIT 30

# The Effect of Local Anesthetics Administered Via Pain Pump on Chondrocyte Viability

Jason L. Dragoo,* MD, Tatiana Korotkova, Raj Kanwar, and Billy Wood
*From the Stanford University Department of Orthopaedic Surgery, Division of Sports Medicine, Palo Alto, California*

**Background:** Chondrolysis initiated by postoperative, intra-articular pain pumps has recently been described by multiple institutions.

**Purpose:** To evaluate the in vitro chondrotoxicity of anesthetic formulations commonly used in pain pumps.

**Study Design:** Controlled laboratory study.

**Methods:** Freshly isolated human articular chondrocytes were cultured for 24-, 48-, and 72-hour trials in a custom bioreactor that mimics the metabolism of synovial fluid. Chondrocytes were perfused in Dulbecco's Modified Eagle's Medium 10% fetal bovine serum and one of the following medications: 1% lidocaine, 1% lidocaine with epinephrine, 0.25% bupivacaine, 0.25% bupivacaine with epinephrine, 0.5% bupivacaine, or 0.5% bupivacaine with epinephrine. Static and perfusion cultures with growth media were used as controls. All experiments were run in duplicate. Live/dead staining was performed, and the ratio of dead:live cells was assessed by fluorescent microscopy and histomorphometry.

**Results:** Significantly more chondrocyte necrosis was found in all cultures with medications containing epinephrine ($P < .05$) at all time points. Similar necrosis rates were exhibited in 0.25% and 0.5% bupivacaine compared with controls at 24 and 48 hours. However, 0.5% bupivacaine produced significantly more cell death at 72 hours. Similar necrosis rates were exhibited with 1% lidocaine compared to controls at 24 hours.

**Conclusion:** In this in vitro model, 0.25% and 0.5% bupivacaine caused minimal chondrocyte necrosis when used in pain pumps for a maximum of 48 hours. All anesthetics containing epinephrine ($pH \leq 4$) were chondrotoxic and cannot be advocated for pain pump use. The use of 0.5% bupivacaine for greater than 48 hours is not recommended.

**Clinical Relevance:** The results of this study may help improve the safety of intra-articular pain pump use by examining the effects of local anesthetics on chondrocyte viability.

**Keywords:** chondrolysis; anesthetics; pain pump; bupivacaine; lidocaine; chondrocyte viability

An increasing number of outpatient surgical procedures have created the need for improved pain management techniques. The anesthetic pain pump has been used successfully for years, providing good pain relief and less use of narcotic medications.[1,7]

Pain pump devices that have been used intra-articularly have been associated with rare but significant complications, most notably chondrolysis[4,6] (also R. Burks, MD, unpublished data, 2007). Although a direct link of anesthetic-induced chondrolysis has not been established, multiple studies have shown the detrimental effects of local anesthetics on chondrocyte viability.

Chu et al[2] evaluated the effects of administering 0.5% bupivacaine to bovine chondrocytes in vitro. They reported greater than 99% chondrocyte death in all bupivacaine-exposed cultures. Gomoll et al[3] have similarly shown significant histopathologic and metabolic changes with continuous infusion of 0.25% bupivacaine with and without epinephrine in rabbit shoulder. Karpie and Chu[5] have also shown chondrotoxic effects of 1% and 2% lidocaine on bovine chondrocytes. Although the use of static and alginate bead cultures, bovine chondrocytes, or rabbit shoulders prevent the direct correlation to human disease, these studies clearly establish chondrotoxicity of bupivicaine and lidocaine.

No group has previously evaluated differing local anesthetics, other than bupivicaine, that are commonly used in

*Address correspondence to Jason L. Dragoo, MD, Assistant Professor, Department of Orthopaedic Surgery, Stanford University, 1000 Welch Road, Suite 100, Palo Alto, CA 94305.

Presented at the 34th annual meeting of the AOSSM, Orlando, Florida, July 2008.

No potential conflict of interest declared.

The American Journal of Sports Medicine, Vol. 36, No. 8
DOI: 10.1177/0363546508318190
© 2008 American Orthopaedic Society for Sports Medicine



Downloaded from http://ajs.sagepub.com at WELCH MEDICAL LIBRARY on July 25, 2008
© 2008 American Orthopaedic Society for Sports Medicine. All rights reserved. Not for commercial use or unauthorized distribution.

M000

Case No. 1:08-cv-00365-MSK-CBS Document 200-5 filed 03/04/10 USDC Colorado pg 3 of 6



pain pump formulations. This study will evaluate the effects of commonly used local anesthetics administered via pain pumps on human chondrocyte viability using a physiologically relevant model in vitro. The time-dependent effects of these medications will be analyzed by 24-, 48- and 72-hour trials.

## MATERIALS AND METHODS

### Chondrocyte Isolation and Culture

Human articular cartilage samples were obtained during total knee arthroplasty (n = 2) after Institutional Review Board approval was granted. Peripheral intact cartilage was sliced off the femoral condyle, washed in phosphate-buffered saline (PBS), then minced with a scalpel. Freshly prepared digestion solution containing Dulbecco's Modified Eagle's Medium (DMEM) (GIBCO, Invitrogen Coorporation, Carlsbad, California), 5% fetal bovine serum (FBS), L-glutamine, and a combination of 0.05% collagenase type II and type IV (CLS2 and CLS4; Worthington Biochemical Corporation, Lakewood, New Jersey) was used for enzymatic digestion for 24 hours. Collagenase was neutralized, and the chondrocytes were filtered through a 70-μm filter and centrifuged at 200 g. Chondrocytes were seeded at a density of $1.5 \times 10^5$ cells/well in 24-well plates and were grown in DMEM medium supplemented with 10% FBS and gentamicin. All experiments were performed using primary (passage 0) cells. Cells were cultured for 1 week after collagenase treatment. Cultures were maintained at 37°C in humidified air containing 5% $CO_2$. Perioperative pain pumps (Stryker Corporation, Kalamazoo, Michigan) were used as the drug and media delivery system to mimic therapeutic conditions. The system used is an electronic, fully programmable digital infusion pump with a small catheter that is inserted directly into the treatment area. This pump is designed to administer a controlled amount of anesthetic and narcotic at an hourly flow rate to postsurgical sites.

Pumps were then filled with medications and growth media (Table 1). Catheters of each pump were connected to 1 well of the 24-well plate through a custom-designed drip system fitted in the cover of the plate (Figure 1). A hole was drilled in the side wall of each well approximately 1 cm from the top to allow outflow of medication and media. Culture plates were plasma-sterilized before being seeded with chondrocytes. As the medication was pumped in, rising fluid level and pressure within the well forced the mixture out of the well into a collecting container (Figure 1). Gentle oscillation of the plates allowed mixing of culture media with medication before outflow. The apparatus was designed to ensure a constant flow of the medication/media mixture to the cells, mimicking normal joint fluid metabolism.

Chondrocytes were perfused with DMEM-10% FBS and one of the following medications: 1% lidocaine, 1% lidocaine with epinephrine, 0.25% bupivacaine, 0.25% bupivacaine with epinephrine, 0.5% bupivacaine, or 0.5% bupivacaine with epinephrine for 24-, 48- and 72-hour trials. Perfusion cultures with growth media only served as controls. All experiments were run in duplicate and repeated for each specimen. The flow rate for 0.25% bupivacaine, with or without epinephrine, was 1 mL/h and was 0.5 mL/h for the rest of the medications (Table 1). This change in flow rate for 0.25% bupivacaine was necessary to equalize total daily dose for all medications, since 0.25% bupivacaine is formulated in a different concentration. The amount of medication used was a typical dose for postoperative pain management and was well below the daily recommended maximum dose (Table 1). The pH of the medication in the bioreactor was monitored using litmus testing.

### Analysis

Live/Dead Reduced Biohazard Viability/Cytotoxicity Assay (Invitrogen, Carlsbad, California), which is a 2-color fluorescence assay that monitors cell viability as a function of the membrane integrity of the cell, was used to quantify chondrocyte viability. SYTO-10 fluorescent nucleic acid dye, which is highly membrane-permeant and stains all cells with green fluorescence, was used to identify the total number of cells in culture, and DEAD Red dye (Invitrogen), which is cell-impermeant and marks only those cells with compromised plasma membranes (necrotic cells) with red fluorescence, identified dead cells. After respective 24-, 48-, and

TABLE 1
Medications, pH, and Dosage Used for Trials

| Medication | pH | Recommended Max Dosage (mg/24 h) | Total Dose 24 Hours (mg) | Total Dose 48 Hours (mg) | Total Dose 72 Hours (mg) | Flow Rate (mL/h) |
|---|---|---|---|---|---|---|
| Media control | 7.4 | 0 | 0 | 0 | 0 | 0.5 |
| 1% lidocaine | 6.5 | 300 | 79.2 | 158.4 | 237.6 | 0.5 |
| 1% lidocaine with epinephrine (1:100 000) | 4.5 | 500 | 79.2 | 158.4 | 237.6 | 0.5 |
| 0.25% bupivicaine | 5.0 | 400 | 41.76 | 83.52 | 125.28 | 1.0 |
| 0.25% bupivicaine with epinephrine (1:200 000) | 4.5 | 400 | 41.76 | 83.52 | 125.28 | 1.0 |
| 0.5% bupivicaine | 5.0 | 400 | 45.6 | 91.2 | 136.8 | 0.5 |
| 0.5% bupivicaine with epinephrine (1:200 000) | 4.0 | 400 | 45.6 | 91.2 | 136.8 | 0.5 |

Downloaded from http://ajs.sagepub.com at WELCH MEDICAL LIBRARY on July 25, 2008
© 2008 American Orthopaedic Society for Sports Medicine. All rights reserved. Not for commercial use or unauthorized distribution.

M00C

Case No. 1:08-cv-00365-MSK-CBS Document 200-5 filed 03/04/10 USDC Colorado
pg 4 of 6






**Figure 1.** Bioreactor design allows physiologic exchange of fluid and medication throughout trials.




**Figure 2.** Combined data of medication effect on cell viability after 24 hours. Data represents mean values ± SE. *$P$ < .05. Lido, lidocaine; E, epinephrine; BUP, bupivacaine.

72-hour trials, cells were washed with 4-(2-hydroxyethyl)-1-piperazineethanesulfonic acid (HEPES)–buffered saline solution ([HBSS]: 135 mM NaCl, 5 mM KCl, 1 mM $MgSO_4$, 1.8 mM $CaCl_2$, 10 mM HEPES, pH 7.4). SYTO-10 and DEAD Red markers were diluted to 1:500 dilution, mixed thoroughly, and 200 µL of this mixture was used for staining. Cells were stained at room temperature for 15 minutes in the dark, washed with HBSS to remove dye solution and fixed for 1 hour at 4°C with freshly prepared 4% gluteraldehyde. After incubation, fixative was removed and cells were covered with HBSS. The ratio of dead:live cells was assessed by fluorescent microscopy.

Images were digitally captured on a Zeiss fluorescent sensitive charge-coupled device camera (Carl Zeiss Inc, Thornwood, New York) using standard filter cubes for FITC and rhodamine. MetaMorph imaging software (Carl Zeiss Inc) was used for image acquisition. Four random high-powered fields (400×) were acquired for each culture condition. Cell counting was performed using ImageJ software (NIH, Bethesda, Maryland). Each image was adjusted to maximize image quality and equalize flatness. Automated cell counting parameters were set based on the size of the smallest and largest cells visualized. Each color image was then converted to a binary image, and stained cells that met threshold requirements were automatically counted. Preliminary studies determined that cells could be accurately identified if the number of contiguous pixels was ≤1000 and ≥40. Manual counting was performed to validate automated cell counting parameters. Manual and automated counts were equal ±4 cells. The ratio of dead:live cells was then calculated.

### Statistical Analysis

Two-way analysis of variance (ANOVA) was used to determine interaction effects between 2 trials for each time point—24, 48, and 72 hours, respectively. The data were then combined, and 1-way ANOVA and post hoc testing using Dunnett's multiple comparison method was used to determine $P$ values for each medication in comparison with media control. Results were considered significant at $P$ < .05.

## RESULTS

### 24-Hour Trials

Twenty-four–hour perfusion cultures illustrated a significant decease in chondrocyte viability with all medications containing epinephrine compared with media controls (Figure 2). Lidocaine with epinephrine appeared to be the most chondrotoxic with an almost 60% necrosis rate. There was no significant difference in viability comparing 1% lidocaine, 0.25% bupivicaine, or 0.5% bupivicaine.

### 48-Hour Trials

Forty-eight–hour cultures showed a similar increase in chondrotoxicity of all medications with epinephrine (Figure 3). A significant decrease in viability was seen in 1% lidocaine compared with controls. The most cell viability was seen in 0.25% bupivacaine trials at 48 hours (76%).

### 72-Hour Trials

Seventy-two–hour cultures showed significant decreases in chondrocyte viability with all medication containing epinephrine and 0.5% bupivacaine (Figure 4). Although 1% lidocaine produced significant decreases in viability at 48 hours, this was not seen during the 72-hour trials ($P$ = .97).

Downloaded from http://ajs.sagepub.com at WELCH MEDICAL LIBRARY on July 25, 2008
© 2008 American Orthopaedic Society for Sports Medicine. All rights reserved. Not for commercial use or unauthorized distribution.

M00C




**Figure 3.** Combined data of medication effect on cell viability after 48 hours. Data represents mean values ± SE. *$P < .05$. Lido, lidocaine; E, epinephrine; BUP, bupivacaine.




**Figure 4.** Combined data of medication effect on cell viability after 72 hours. Data represents mean values ± SE. *$P < .05$. Lido, lidocaine; E, epinephrine; BUP, bupivacaine.

## Trial Summary

Microscopic examination showed a significant decrease in chondrocyte viability in all cultures perfused with local anesthetics containing epinephrine at all time points. Lidocaine (1%) with epinephrine had the highest necrosis rate among all medications used at 24, 48 and 72 hours, with greater than 2-fold cell death compared with media control even at 24 hours ($P < .001$) (Figure 2).

Rates of cell death comparable to controls were seen in 1% lidocaine at 24 hours and 0.25% and 0.5% bupivacaine at 24 and 48 hours (Figures 2 and 3), but 0.5% bupivacaine showed significant necrosis at 72 hours (Figure 4). Overall, there was a trend of increasing incubation times causing increased necrosis rates. Lidocaine 1% exhibited similar necrosis rates compared with controls at the 24- and 72-hour trials only.

## DISCUSSION

There have been many recent anecdotal reports citing severe chondrolysis after the use of intra-articular pain pumps. Although the current literature contains few reported cases,[2-4] there are numerous groups currently submitting manuscripts. There likely will be more reports as awareness increases.

According to the results of this study, care should be exercised when using intra-articular pain pumps for longer than 48 hours. Chondrocyte viability in cultures perfused with 1% lidocaine changed little through the course of this experiment but became statistically significant only at the 48-hour trial. This result is likely because of lower baseline necrosis rates in the controls compared with the other trials. Bupivacaine 0.25% and 0.5% appeared to have little effect on chondrocyte viability compared with controls up to 48 hours in culture; however, 0.5% bupivacaine used for 72 hours and all medications containing epinephrine produced significant cell death and cannot be advocated for intra-articular use.

There was a significant loss in chondrocyte viability at all time points with medications containing epinephrine. Table 1 illustrates that the pH of medications with epinephrine is between 4.0 and 4.5, compared with 5.0 and 6.5 for the same medications without epinephrine. The increase in cell death may be attributed to pH effects alone, or may be due to preservatives used in medications with epinephrine. Karpie's study[5] using bovine chondrocytes showed no difference in chondrocyte viability with a pH ranging from 5.0 to 7.4; however, this study used preservative-free lidocaine, which is typically not used in clinical practice. Additional testing of chondrocyte viability in an acidic pH environment without medication will be necessary. An additional investigation aimed at buffering the pH of these medications and delineating the effects of pH, preservatives, or epinephrine on chondrocyte viability is currently under way.

Physicians have used single injections of 1% lidocaine and 0.25% bupivacaine for years without detrimental effect. This investigation confirms the safety of single injections of these medications in regard to articular cartilage viability.

The shortcomings of this study include the use of chondrocytes from older patients with arthritis. Although only

Downloaded from http://ajs.sagepub.com at WELCH MEDICAL LIBRARY on July 25, 2008
© 2008 American Orthopaedic Society for Sports Medicine. All rights reserved. Not for commercial use or unauthorized distribution.

Case No. 1:08-cv-00365-MSK-CBS Document 200-5 filed 03/04/10 USDC Colorado pg 6 of 6



normal-appearing, peripheral cartilage was used, these cells may be more susceptible to damage and may not reflect the response of young, healthy chondrocytes. Chondrocytes in monolayer culture may also be more susceptible to damage compared with intact articular surfaces. However, a recent study by Karpie and Chu[5] found no difference in chondrotoxicity of lidocaine when using isolated chondrocytes versus intact articular surfaces. The authors stated that the use of human autologous chondrocytes is more reflective of human articular cartilage than bovine tissue or immortalized cell lines.

Another possible shortcoming is that the chondrocytes were harvested from the knee, not the shoulder, where most cases of chondrolysis have been reported. However, there are currently no data to suggest that knee cartilage or chondrocytes are different than cartilage or chondrocytes from the shoulder. Although an attempt was made to design a bioreactor to mimic physiologic metabolism of medications and media, this in vitro model may not perfectly reproduce the intra-articular environment in a susceptible joint such as the shoulder, where other factors not reproducible in this model may contribute to toxicity and chondrolysis. Placing growth media in the pain pump may cause loss of oxygen saturation within the media. These scenarios may explain the relatively high death rate in the control groups (26%-31%).

In summary, 0.25% bupivacaine appeared to have little effect on chondrocyte viability when used for 48 hours or less. Lidocaine 1% had little effect on chondrocyte viability, as the significant chondrotoxicity in 48-hour cultures was likely the result of lower control death rates compared with the other trials. The use of local anesthetics containing epinephrine has significant chondrotoxicity and cannot be advocated for intra-articular use. Caution must be exercised with the use of 0.5% bupivacaine due to the multiple reports of chondrolysis in the literature[5,6] as well as significant chondrotoxicity at 72 hours in this study.

## REFERENCES


1. Barber FA, Herbert MA. The effectiveness of an anesthetic continuous-infusion device on postoperative pain control. *Arthroscopy.* 2002;18(1):76-81.
2. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy.* 2006;22(7):693-699.
3. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy.* 2006;22(8):813-819.
4. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med.* 2007;35(10):1628-1634.
5. Karpie JC, Chu CR. Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. *Am J Sports Med.* 2007;35(10):1621-1627.
6. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med.* 2004;32(2):509-515.
7. Yamaguchi K, Sethi N, Bauer GS. Postoperative pain control following arthroscopic release of adhesive capsulitis: a short-term retrospective review study of the use of an intra-articular pain catheter. *Arthroscopy.* 2002;18(4):359-365.


Downloaded from http://ajs.sagepub.com at WELCH MEDICAL LIBRARY on July 25, 2008
© 2008 American Orthopaedic Society for Sports Medicine. All rights reserved. Not for commercial use or unauthorized distribution.

M00C