# EXHIBIT 36

THE JOURNAL OF BONE & JOINT SURGERY (Br)

# Further opinion

ë **The *in vitro* effects of bupivicaine on articular chrondrocytes.**
C. R. Chu, N. J. Izzo, C. H. Coyle, N. E. Papas, A. Logar
*J Bone Joint Surg [Br]* 2008;90-B:814-20.

## Intra-articular injection of bupivicaine: *Primum non nocere*

The management of acute pain following orthopaedic surgery is a challenge for both surgeon and anaesthetist. The administration of local anaesthetic drugs into the joint space, either by single injection or by continuous infusion, has become a well-recognised technique for postoperative analgesia, in particular following arthroscopic surgery.

Local anaesthetic drugs bind to sodium channels and block sodium influx into nerve cells thereby preventing depolarisation and blocking nerve conduction. These agents vary in their relative potency, speed of onset of action, duration of action and toxicity. Adverse drug reactions are rare. Overdose or inadvertent systemic delivery of local anaesthetic results in central nervous system and cardiovascular toxicity. Local anaesthetics may be administered by a variety of routes depending on the anaesthetic technique employed including local infiltration, peripheral nerve block, epidural, spinal and intra-articular anaesthesia. Bupivacaine belongs to the amino-amide group of local anaesthetics and is commonly used for intra-articular analgesia because of its long duration of action. Despite their widespread use, the effects of local anaesthetic drugs on joint structures have not been fully elucidated.

Early evidence suggested that bupivicaine acutely inhibited synthesis of articular cartilage.[1] A later study found that intra-articular bupivicaine resulted in articular cartilage inflammation and synovial membrane changes.[2] Recently a number of studies have added to the mounting evidence suggesting that local anaesthetic drugs may be injurious to articular cartilage. Agents implicated in local anaesthetic-associated chrondrotoxicity include bupivicaine,[3,4] lidocaine,[5] and ropivicaine.[6]

Moreover clinical reports have begun to appear of chondrolysis of the shoulder joint following arthroscopic surgery that may be associated with the use of continuous intra-articular infusions of bupivicaine for postoperative analgesia.[7-9] The consequences of postoperative shoulder chondrolysis for the patient are clearly dire: increasing pain and reduced mobility define a condition with limited effective treatment options. Although single-shot intra-articular local anaesthetic injections have been used for many years, the introduction of catheters and infusion devices for continuous intra-articular delivery of local anaesthetic is a relatively new innovation. Adverse clinical effects appear only to occur after continuous intra-articular infusions of bupivicaine and not after single injections.

Now new evidence has become available offering critical insight into the proposed mechanism of bupivicaine-associated chrondotoxicity. Chu et al recently published an elegant in vitro study in this journal that analysed the dose- and time-dependent toxicity of bupivicaine on human cartilage.[10] The authors compared the effects of 0.5% bupivicaine, 0.25% bupivicaine, 0.125% bupivicaine and 0.9% saline on bovine and human articular chondrocytes. The results demonstrated that both 0.5% and 0.25% bupivicaine display dose- and time-dependent chondrotoxicity. The toxicity of 0.5% was more marked than 0.25% bupivicaine at all time points. The toxicity of both doses increased as the duration of exposure increased (from 15 minutes to 60 minutes) and as the time after exposure increased (from 1 hour to 1 week). The effect of bupivicaine 0.125% on bovine and human articular chondrocytes was no different from 0.9% saline. The investigators also exposed intact bovine articular cartilage to 0.5% bupivicaine and 0.25% bupivicaine and demonstrated dose-dependent chondrotoxicity. However, the effect of 0.125% bupivicaine on intact bovine articular cartilage showed no difference compared with 0.9% saline. Bupivicaine 0.5% was found to be toxic to intact human articular cartilage.

The potential chondrotoxic effect of intra-articular bupivicaine in clinical practice may be influenced by the protective effect of intact articular cartilage, by local absorption of the drug into the joint, by dilution of the drug by synovial fluid and arthroscopic lavage fluid, and by ongoing joint repair processes. Despite the limitations of extrapolating from the in vitro to the in vivo environment, the clinical relevance of this study is highly significant. For the first time, a rational explanation for a variable effect of intra-articular bupivicaine can be provided based on demonstration of the dose- and time-dependent chondrotoxicity of drug. It can be concluded that the continuous intra-articular administration of high-concentration bupivicaine for a prolonged duration may result in adverse clinical effects, whereas the single injection of low-concentration bupivicaine is less likely to cause harm.

©2008 British Editorial Society of Bone and Joint Surgery

doi:10.1302/0301-620X.90B6.21821



M00342

As the specialty whose Royal College's coat of arms contains the plant from which cocaine is derived, anaesthetists stand by the importance of local anaesthetics for pain relief. However, we must be prepared to modify our approach to drug usage in the light of new knowledge of adverse effects, even turning away from previously well-recognised practices. We commend our surgical colleagues on bringing the subject of bupivicaine-associated chrondotoxicity and its potentially devastating clinical consequences to the attention of the broader medical community. To date little has been published in this area in the anaesthesia literature and we are currently reviewing the subject to bring it to the forefront of the attention of anaesthetists. The putative benefits of continuous intra-articular local anaesthetic infusions, including improved pain relief, better mobilisation and shorter hospital stay, are worthy aims, but such novel techniques must not compromise patient safety. We agree with the recommendation of Chu et al that 'intra-articular bupivicaine should be used at the lowest dosage and for the shortest period of time necessary'. We also suggest a call for a moratorium on the use of continuous intra-articular infusions of bupivicaine unless further investigation can provide an assurance of a lack of patient harm: Primum non nocere.

By Dr Stephen T. Webb, Consultant Anaesthetist
Dr Sunit Ghosh, Consultant Anaesthetist
Papworth Hospital NHS Foundation Trust,
Cambridge CB23 3RE, UK

## References

1. **Nole R, Munson NM, Fulkerson JP**. Bupivicaine and saline effects on articular cartilage. *Arthroscopy* 1985;1:123-7.
2. **Dogan N, Erdem AF, Erman Z, Kizilkaya M**. The effects of bupivicaine and neostigimine on articular cartilage and synovium in the rabbit knee joint. *J Int Med Res* 2004;32:513-19.
3. **Chu CR, Izzo NJ, Papas NE, Fu H**. In vitro exposure to 0.5% bupivicaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy* 2006;22:693-9.
4. **Gommoll AH, Kang RW, Williams JM, Bach BR, Cole BJ.** Chondrolysis after continuous intra-articular bupivicaine infusion:an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy* 2006;22:813-9.
5. **Karpie JC, Chu CR.** Lidocaine exhibits dose-and time-dependent cytotoxic effects on bovine articular chondrocytes *in vitro. Am J Sports Med* 2007;35:1622-7.
6. **Piper SL, Kim HT.** Comparison of ropivicaine and bupivicaine toxicity in human articular chondrocytes. *J Bone Joint Surg [Am]* 2008;90-A:986-91.
7. **Hansen BP, Beck CL, Beck EP, Townsley RW.** Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med* 2007;35:1628-34.
8. **Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA**. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder Elbow Surg* 2008;17:380-8.
9. **Greis PE, Legrand A, Burks RT.** Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. *J Bone Joint Surg [Am]* 2008;90-A:1338-44.
10. **Chu CR, Izzo NJ, Coyle CH, Papas NE, Logar A.** The in vitro effects of bupivicaine on articular chondrocytes. J *Bone Joint Surg [Br]* 2008;90-B:814-20.