# EXHIBIT 37

AJSM PreView, published on June 17, 2009 as doi:10.1177/0363546509334999

# Postoperative Chondrolysis of the Knee

## 3 Case Reports and a Review of the Literature

Eric W. Fester,*†‡§ MD, Lt Col, USAF, MC, FS, and Frank R. Noyes,‖¶ MD
*From †Wright-Patterson Medical Center, Wright-Patterson AFB, Ohio, ‡Uniformed Services University of the Health Sciences, Bethesda, Maryland, §Department of Orthopaedics, Wright State University, Dayton, Ohio, ‖Cincinnati SportsMedicine and Orthopaedic Center, Cincinnati, Ohio, and ¶Department of Orthopaedic Surgery, University of Cincinnati, Cincinnati, Ohio*

**Keywords:** chondrolysis; knee arthroscopy; bupivacaine; pain pump

Postarthroscopic glenohumeral chondrolysis has recently been linked to the use of intra-articular pain pump catheters eluting bupivacaine with epinephrine.[8,10] In vitro studies in animals, as well as 1 study on human specimens, have shown that bupivacaine is toxic to chondrocytes.[3,5,7,14,18,20] We present 3 patients recently referred to our clinic with chondrolysis after knee surgery. Our analysis of these cases implicated the use of a postoperative pain pump with bupivacaine as the cause of the chondrolysis, as no other explanations could be found. This represents the first report in the published literature we are aware of that links chondrolysis of the knee to use of an intra-articular pain pump.

## CASE 1

A healthy 21-year-old female collegiate basketball player was seen with right knee instability after a plant and twist injury sustained during a game. Physical examination was consistent with an anterior cruciate ligament (ACL) tear; radiographs of the knee were normal. An MRI scan revealed an ACL tear, grade 2 signal in the medial meniscus, and bone bruise of the posterolateral tibial plateau, but no chondral changes. She underwent an ACL reconstruction at another institution. Arthroscopic findings included a complete ACL tear, no meniscal tears, and normal-appearing articular cartilage (Figure 1, A and B). The reconstruction was performed with a semitendinosus/gracilis (STG) autograft using a LINX-HT implant (Mitek, Raynham, Massachusetts) for femoral fixation and a bioabsorbable interference screw (TCP/PLGA [tricalcium phosphate/poly(lactic-co-glycolic acid)]) for tibial fixation. At the conclusion of the procedure, a bolus of bupivacaine with epinephrine and morphine was injected into the knee, followed by placement of a bupivacaine pain pump (dose and flow rates not documented). The pain pump was removed approximately 48 hours postoperatively.

She had no postoperative problems and progressed well through a physical therapy program. Approximately 7 months after her index surgery, she began to increase her activity and experienced generalized pain symptoms to the knee joint. She denied any instability episodes and a KT-1000 arthrometer test was reported to show that the ACL graft was functional. Her pain symptoms continued to limit her activity and did not respond to anti-inflammatory medications. Seventeen months after her surgery, she was seen at our center with increasing knee pain that had progressed to limiting activities of daily life. She also had occasional swelling of the knee during activities of daily living. She graded her knee as 4 of 10 (fair) using the Cincinnati Knee Rating System.[1] Physical examination revealed full range of knee motion, mild crepitus of the patellofemoral joint, and negative Lachman and pivot-shift tests. Radiographs were obtained that showed mild narrowing of the medial and patellofemoral joint spaces with some associated sclerosis. An MRI scan obtained 12 months postoperatively showed an intact ACL graft and partial- to full-thickness tricompartment cartilage loss. An aspiration of the knee revealed clear joint fluid, a white blood cell (WBC) count of 75 cells/uL, and a negative Gram stain and culture. Serum blood studies showed

*Address correspondence to Lt Col Eric W. Fester, USAF, MC, FS, 4881 Sugar Maple Dr, Wright-Patterson AFB, OH 45433 (e-mail: cfleckenstein@csmref.org).

The views expressed in this article are those of the author and do not reflect the official policy of the United States Air Force, Department of Defense, or the United States Government.

No potential conflict of interest declared.

The American Journal of Sports Medicine, Vol. X, No. X
DOI: 10.1177/0363546509334999
© 2009 The Author(s)




**Figure 1.** Case 1 arthroscopic images. A and B, index surgery images: normal cartilage of the patella (A) and medial joint (B). C and D, second surgery images: C, full-thickness lesions of the patella and trochlea; D, full-thickness delamination of the cartilage of the medial tibial plateau and normal medial meniscus.

a WBC of 5800/μL and an erythrocyte sedimentation rate of 5 mm/h. At the time of the aspiration, her knee was injected with 2 mL each of methylprednisolone and lidocaine. She was also prescribed diclofenac. Because of her continued pain symptoms, an arthroscopic evaluation was performed that showed diffuse partial- to full-thickness cartilage lesions in all 3 compartments. Of note was the delaminating appearance of the cartilage lesions (Figure 1, C and D). Both menisci and the ACL graft were intact. The biointerference screw used in the tibial tunnel could not be visualized and there were no loose screw fragments in the joint. The fragmented cartilage was debrided from all 3 compartments. In addition, biopsy specimens were taken of the cartilage and synovium. The pathology examination showed no signs of infection and the synovial biopsy showed dense fibroconnective tissue consistent with scar. The patient was counseled concerning the advanced articular cartilage deterioration, appropriate limitation of symptomatic activities, and medical management of the joint arthritis. At her age, there are limited treatment options and no surgical procedure is currently planned.

## CASE 2

An 18-year-old female basketball player reported instability in her right knee after a pivoting injury during a game. Physical examination was consistent for a complete ACL tear. Plain radiographs of the knee were normal (Figure 2). An MRI scan showed an ACL tear, a bone bruise of the lateral femoral condyle, and no cartilage lesions. One month later, she underwent an ACL reconstruction after her pain and swelling resolved. Findings at the diagnostic arthroscopy included normal articular cartilage (Figure 3, A-C), no meniscal tears, and a complete ACL tear. The reconstruction was performed with an STG autograft. The LINX-HT implant was used for femoral fixation, and a bioabsorbable interference screw was used for tibial fixation. The knee was then injected with morphine and bupivacaine with epinephrine. A bupivacaine pain pump was inserted and removed 2 days postoperatively (doses and flow rates not documented).

Her postoperative course was unremarkable with a standard physical therapy protocol. At 10 months postoperatively she started to develop pain and swelling in the knee



**Figure 2.** Case 2 preoperative AP radiograph demonstrating normal joint spaces.

joint. The symptoms persisted despite anti-inflammatory medication. At 19 months postoperatively, radiographs showed mild narrowing of the medial compartment. An MRI scan showed an intact ACL graft, a small area of edema in the lateral femoral condyle, no meniscal tears, and diffuse thinning of the cartilage throughout the knee. Because of her persistent pain, she underwent a second procedure 20 months after the first. Findings of the diagnostic arthroscopy included an intact ACL graft and no meniscal tears. No loose hardware or fragments of the biointerference screw were visualized. There were tricompartment chondral changes with full-thickness defects of the patella, trochlea, medial femoral condyle, and tibial plateau. The full-thickness defects were noted to have large chondral flaps with a delaminating appearance (Figure 3, D-F). Microfracture was performed to the areas of exposed bone on the medial femoral condyle and tibial plateau. The patient had some improvement, but a few months later she again developed pain and swelling in the knee. She was referred to our center about 5 months after the second surgery. Physical examination of the right knee showed a small effusion, mild tenderness of her patellofemoral and medial compartments, and negative Lachman and pivot-shift tests. Radiographs showed narrowing of the patellofemoral and medial compartments of the knee (Figure 4). A diagnosis of chondrolysis of the right knee was made. She is currently being managed on a medical program for her joint arthrosis and received a course of viscosupplementation. She is being followed on a regular outpatient basis with continued symptoms of pain in the knee. She currently rates her knee as 5 of 10 (fair to good) using the Cincinnati Knee Rating System.[1]

## CASE 3

A 41-year-old female flight attendant sustained an ACL tear of the left knee after a skiing accident and underwent an ACL reconstruction with an STG autograft. Preoperative radiographs showed mild articular cartilage narrowing (<50%) and sclerosis of all 3 compartments of the knee (Figure 5). The preoperative MRI showed an ACL tear, horizontal medial and lateral meniscal tears, and a mild amount of articular cartilage thinning throughout the knee. The diagnostic arthroscopy showed a complete disruption of the ACL, as well as horizontal medial and lateral meniscal tears. No articular cartilage lesions were noted (Figure 6). Partial medial and lateral meniscectomies and an STG autograft ACL reconstruction were performed. Fixation was achieved with bioabsorbable interference screws. At the end of the procedure, the knee was injected with 0.5% bupivacaine, and a bupivacaine pain pump was placed (doses and flow rates not documented). The pump was removed 48 hours postoperatively.

She had no postoperative complications and progressed well through a physical therapy program. She returned to her regular activities and had no pain or problems. However, 21 months postoperatively, she developed the onset of significant knee pain affecting all activities of daily living. She graded her knee as 4 of 10 using the Cincinnati Knee Rating System[1] (fair) when she was seen at our center at her 23rd postoperative month. Physical examination showed a positive Lachman test with a grade 2 pivot shift. Radiographs showed diffuse tricompartment changes with near bone-on-bone appearance of the medial compartment and greater than 50% loss of joint space of the lateral compartment (Figure 7). The MRI scan showed a disrupted graft and tricompartment articular cartilage lesions with full-thickness defects, especially in the medial compartment. Owing to her arthrosis and pain, she was treated with a nonoperative arthritis protocol with activity modification and prudent use of anti-inflammatory medication. She was advised that no surgical procedure would be of benefit at this time and she will subsequently require a total knee replacement.

## DISCUSSION

The 3 cases were referred to our center within a few months of each other. After reviewing the English-language literature, we found 4 case reports of postoperative chondrolysis of the knee. Two of these reports were the result of irrigating the knee with chlorhexidine.[6,26] The other 2 reports were after partial lateral meniscectomy. The chondrolysis was isolated to the lateral compartment of the knee.[12,16] All 3 of our patients had an ACL reconstruction with no postoperative problems. There was a delay in all of the patients before developing symptoms. Case 1 had an extensive workup, which was negative for infection and rheumatologic disease. Case 2, the youngest patient at 18 years of age, had significant full-thickness cartilage lesions at the time of her second surgery. Case 3 did show some evidence of arthrosis before her index surgery. However, there was a significant loss of joint space between preoperative and postoperative films (Figures 5 and 7).




**Figure 3.** Case 2 arthroscopic images. A-C, index surgery images: normal cartilage of the patella (A), trochlea (B), and medial joint (C). D-F, second surgery images: D, exposed bone on the patella; E, full-thickness cartilage lesions of the trochlea; and F, a full-thickness delaminated lesion of the medial femoral condyle.



**Figure 4.** Case 2 postoperative AP radiograph demonstrating mild (<50%) narrowing of the medial compartment of the knee.



**Figure 5.** Case 3 preoperative AP radiograph demonstrating some narrowing (approximately 50%) of the medial and lateral compartments of the knee.



**Figure 6.** Case 3 arthroscopic image at the time of the index procedure. The view of the lateral compartment demonstrates a predominantly horizontal tear of the lateral meniscus and normal cartilage of the femoral condyle and tibial plateau.



**Figure 7.** Case 3 postoperative posteroanterior radiograph demonstrating bone-on-bone appearance of the medial compartment and severe (>50%) narrowing of the lateral compartment.

Chondrolysis is a general diagnostic term that refers to the loss of articular cartilage leading to progressive narrowing of the joint space, and subsequent pain and swelling. It has most commonly been seen in the hip, but also the shoulder, knee, and ankle.[2] Numerous causes of chondrolysis have been identified. These causes include pin penetration and leakage of bone cement in the hip, and use of gentian violet to test the integrity of the rotator cuff in the shoulder.[2,17,24] Radiofrequency energy has also been implicated as a cause

Case No. 1:08-cv-00365-MSK-CBS Document 201-2 filed 03/04/10 USDC Colorado pg 7 of 8



of chondrolysis. Radiofrequency was not used in the 3 cases reported here. Bioabsorbable implants were used in all 3 cases discussed here. Published complications with these implants include intra-articular migration, chondral injury from abrasion, and inconsistent degredation.[9,15,23] Chondrolysis has not been listed as a complication. The implants did not migrate in any of the cases discussed here.

Bupivacaine and other intra-articular agents have been used for pain control since the arthroscope was first introduced.[18] There are numerous reports of the efficacy of bupivacaine in controlling postoperative pain.[4,13,21,25] These reports, however, did not study the potential harmful effects of bupivacaine. In other studies, it has been associated with myotoxicity, hypersensitivity reactions, systemic toxicity, and, most importantly, chondrotoxicity.[7]

Nole et al[18] were the first to show bupivacaine chondrotoxicity in a pig and dog model in 1985. They reported "profound acute inhibition of articular cartilage synthesis noted with increasing concentrations of bupivacaine," and in their discussion stated that "the possibility of long-term effects must be considered." Dogan et al[5] showed significant histopathologic changes in rabbit knee joints injected with bupivacaine with neostigmine. Using flow cytometry and confocal microscopy, Chu et al[3] were able to directly measure chondrocyte viability. Previous studies inferred viability based on proteoglycan synthesis. After exposing bovine articular cartilage to bupivacaine, the researchers showed 99% cell death versus 20% in controls.[3] Gomoll et al[7] developed a pain pump model instilling bupivacaine as well as bupivacaine with epinephrine into the rabbit shoulder. The flow rate used in the model was proportional by weight to the rate used in humans. That study also showed profound chondrotoxic events. A recent study showed that a 30-minute exposure to 0.5% bupivacaine (via 1-time dose of 200 μL) significantly reduced chondrocyte viability in human articular chondrocytes retrieved after hip and knee arthroplasty.[20]

There are 4 clinical reports in patients implicating postoperative pain pumps using bupivacaine as an apparent cause for joint chondrolysis. Hansen et al[10] reported postarthroscopic glenohumeral chondrolysis in 12 of 19 cases where an intra-articular pain pump was used for postoperative pain control. Extensive evaluation of these patients revealed no evidence of infection or rheumatologic disease. There was also no association with the use of radiofrequency energy, suture anchor type, suture type, or operative time. The authors recommended that intra-articular pain pump catheters be avoided in all joints with an intact cartilage surface. Petty et al[19] reported 3 cases of postarthroscopic glenohumeral chondrolysis. They mentioned "chemical trauma" as a possible cause. Greis et al[8] also recently reported 2 cases of postarthroscopic glenohumeral chondrolysis linked to the use of a pain pump. There is 1 case report of postoperative chondrolysis of the ankle in a healthy 21-year-old man.[2] Extensive evaluation was also negative for infection and rheumatologic disease. No known cause for the chondrolysis was found. However, a review of the report indicates a postoperative pain pump was used on the patient.

It is important to note that pain pumps with bupivacaine have been used for many years, and this represents the first published report related to the knee joint. However, there may be a number of cases where underreporting occurs because the chondrolysis develops a number of months after the initial surgical procedure and use of the pain pump. By the time the patient develops symptoms, the association can be easily missed.[7,10] It should also be noted that single-shot bupivacaine injections have been performed in the clinical setting for years with no apparent clinical side effects, especially in the knee. We agree with Gomoll et al,[7] that the continuous infusion over 48 hours increases the amount of cell damage and ultimately the higher likelihood of clinical symptoms. It is possible that the deleterious effects of a pain pump are greater in smaller capacity joints due to the higher concentration of the anesthetic agent on thinner articular cartilage. Alternatively, larger capacity joints may tolerate a higher flow rate of the pump, leading to a higher concentration. Regardless, this seems to be a dose-related phenomenon. The flow rates of the pain pumps used in these cases were not documented. Flow rates of 2 of the commonly used pumps range from 0.1 to 20 mL/h, with 0.5% bupivacaine at 2 mL/h being used most often.

Of major significance is the age of patients in whom pain pumps are being used. They are usually placed after ACL reconstructive or shoulder instability procedures, which are more commonly performed in younger patients. Treatment options for significant arthrosis at this age are limited. Hansen et al[10] reported that all of the patients continued to have symptoms despite arthroscopic debridement and microfracture. Other reported treatment options include cartilage restoration procedures, anti-inflammatory medication, glucosamine, joint rest, steroid injection, and viscosupplementation.[2,19] Hyaluronic acid has been shown to block the chondrolytic activities of proteoglycan suppression and enhanced release of stromelysin-1, and thus may play a role in treatment of this condition.[11]

In summary, there is currently a significant amount of in vitro and in vivo evidence that the use of pain pumps with bupivacaine and epinephrine may lead to significant chondrolysis when placed into a joint. We agree with Bruce Reider,[22] that one contemplating the use of intra-articular medications must be confident with their morbidity. Until this association between intra-articular pain pumps and chondrolysis is better understood and characterized, we do not recommend the use of intra-articular pain pumps. Also, further research is necessary on the potential deleterious effects of single bupivacaine joint injections, as well as other local anesthetics placed intra-articularly.

## ACKNOWLEDGMENT

Cassie Fleckenstein, MS is gratefully recognized for her assistance in the completion of this manuscript.

## REFERENCES

1. Barber-Westin SD, Noyes FR, McCloskey JW. Rigorous statistical reliability, validity, and responsiveness testing of the Cincinnati Knee

Case No. 1:08-cv-00365-MSK-CBS Document 201-2 filed 03/04/10 USDC Colorado pg 8 of 8



Rating System in 350 subjects with uninjured, injured, or anterior cruciate ligament-reconstructed knees. *Am J Sports Med.* 1999;27:402-416.
2. Bojescul JA, Wilson GW, Taylor DC. Idiopathic chondrolysis of the ankle. *Arthroscopy.* 2005;21:224-227.
3. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy.* 2006;22:693-699.
4. Denti M, Randelli P, Bigoni M, Vitale G, Marino MR, Fraschini N. Pre- and postoperative intra-articular analgesia for arthroscopic surgery of the knee and arthroscopy-assisted anterior cruciate ligament reconstruction: a double-blind randomized, prospective study. *Knee Surg Sports Traumatol Arthrosc.* 1997;5:206-212.
5. Dogan N, Erdem AF, Erman Z, Kizilkaya M. The effects of bupivacaine and neostigmine on articular cartilage and synovium in the rabbit knee joint. *J Int Med Res.* 2004;32:513-519.
6. Douw CM, Bulstra SK, Vandenbroucke, Geeskink RG, Vermeulen A. Clinical and pathological changes in the knee after accidental chlorhexidine irrigation during arthroscopy: case reports and review of the literature. *J Bone Joint Surg Br.* 1998;80:437-440.
7. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy.* 2006;22:813-819.
8. Greis PE, LeGrand A, Burks RT. Bilateral shoulder chondrolysis following arthroscopy: a report of two cases. *J Bone Joint Surg Am.* 2008;90:1338-1344.
9. Gunja NJ, Athanasiou KA. Biodegradable materials in arthroscopy. *Sports Med Arthrosc.* 2006;14(3):112-119.
10. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med.* 2007;35:1628-1634.
11. Homandberg GA, Hui F, Wen C, Kuettner KE, Williams JM. Hyaluronic acid suppresses fibronectin fragment mediated cartilage and chondrolysis: I, in vitro. *Osteoarthritis Cartilage.* 1997;5:309-319.
12. Ishida K, Kuroda R, Sakai H, Doita M, Kurosaka M, Yoshiya S. Rapid chondrolysis after arthroscopic partial lateral meniscectomy in athletes: a case report. *Knee Surg Sports Traumatol Arthrosc.* 2006;14:1266-1269.
13. Kaeding CC, Hill JA, Katz J, Benson L. Bupivacaine use after knee arthroscopy: pharmacokinetics and pain control study. *Arthroscopy.* 1990;6:33-39.
14. Karpie JC, Chu CR. Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. *Am J Sports Med.* 2007;35:1621-1627.
15. Macdonald P, Arneja S. Biodegradable screw presents as a loose intra-articular body after anterior cruciate ligament reconstruction. *Arthroscopy.* 2003;19(6):E22-E24.
16. Mariani PP, Garofalo R, Margheritini F. Chondrolysis after partial lateral meniscectomy in athletes. *Knee Surg Sports Traumatol Arthrosc.* 2008;16:574-580.
17. Nakagawa Y, Ueo T, Miki T, Kotani H, Onishi E, Nakamura T. Glenohumeral osteoarthritis following a “color test” during rotator cuff repair: a case report and a review of the literature. *Bull Hosp Jt Dis.* 1998;57:216-218.
18. Nole R, Munson NML, Fulkerson JP. Bupivacaine and saline effects on articular cartilage. *Arthroscopy.* 1985;1:123-127.
19. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy. *Am J Sports Med.* 2004;32:509-515.
20. Piper SL, Kim HT. Comparison of ropivacaine and bupivacaine toxicity in human articular chondrocytes. *J Bone Joint Surg Am.* 2008;90:986-991.
21. Rasmussen S, Larsen AS, Thomsen ST, Kehlet H. Intra-articular glucocorticoid, bupivacaine and morphine reduces pain, inflammatory response and convalescence after arthroscopic meniscectomy. *Pain.* 1998;78:131-134.
22. Reider B. Caveat injector. *Am J Sports Med.* 2007;35:1619-1620.
23. Ross G, Grabill J, McDevitt E. Chondral injury after meniscal repair with bioabsorbable arrows. *Arthroscopy.* 2000;16(7):754-756.
24. Sternlicht AL, Ehrlich MG, Armstrong AL, Zaleske DJ. Role of pin protrusion in the etiology of chondrolysis: a surgical model with radiographic, histologic, and biomechanical analysis. *J Pediatr Orthop.* 1992;12:428-433.
25. Tetzlaff JE, Brems J, Dilger J. Intraarticular morphine and bupivacaine reduces postoperative pain after rotator cuff repair. *Reg Anesth Pain Med.* 2000;25:611-614.
26. van Huyssteen AL, Bracey DJ. Chlorhexidine and chondrolysis in the knee. *J Bone Joint Surg Br.* 1999;81:995-996.