# EXHIBIT 39

Current Concepts

# Pain Pump Use After Shoulder Arthroscopy As a Cause of Glenohumeral Chondrolysis

Benjamin T. Busfield, M.S., M.D., and Denise M. Romero, M.D.

**Abstract:** Shoulder arthroscopy has become a routine outpatient surgery. Pain control is a limiting factor for patient discharge after surgery, and several modalities are used to provide continued analgesia postoperatively. Regional anesthetic blocks and shoulder pain pumps are common methods to provide short-term pain control. Shoulder pain pumps can be used either in the subacromial space or within the glenohumeral joint. Several clinical studies suggested—which was confirmed by a bovine and rabbit cartilage study—that there is significant chondrotoxicity from bupivacaine, a local anesthetic commonly used in pain pumps. Postarthroscopic glenohumeral chondrolysis is a noninfectious entity associated with factors including use of radiofrequency thermal instruments and intra-articular pain pumps that administer bupivacaine, but there have been no cases reported with subacromial pain pump placement. Treatment options are difficult in a young patient with postarthroscopic glenohumeral chondrolysis, and understanding the literature with regard to risk factors is paramount to counseling patients and preventing this devastating complication. **Key Words:** Pain pump—Shoulder—Chondrolysis—Arthroscopy—Glenohumeral.

Outpatient surgery has become routine for most arthroscopic shoulder surgeries. Facility of discharge after shoulder arthroscopy is largely attributed to the minimally invasive aspect of the surgery, but postoperative pain control options in addition to oral opiate medications have played a role as well. Regional anesthetic blocks, including interscalene blocks and suprascapular nerve blocks, have been shown to be very effective for pain control. Effective pain control and decreased opiate use have been shown for interscalene blocks as single injections or with indwelling infusion pumps.[1-3] Interscalene blocks have a success rate of up to 98% and a 1% complication rate.[3,4] Rare complications from administration include death, seizure, respiratory or cardiac complications, and neck cellulitis.[5-7] More common complications of interscalene regional anesthesia are transient neurologic injuries or ineffectiveness.[4,8] Suprascapular nerve blocks with or without axillary nerve blocks have been described recently and were found to be effective with a 0% complication rate in 2 small studies.[9,10] Because many regional nerve blocks are performed only by specially trained anesthesiologists, these options might not be available routinely for all surgeries. Furthermore, complications from interscalene regional blocks are inversely correlated with the experience of the anesthesiologist.[6]

The shoulder pain pump is an external device with a reservoir that can be filled with a mixture of local anesthetic and opiate with a catheter that can be placed either in the glenohumeral joint space or in the subacromial space. The catheters can be placed in minutes under direct arthroscopic visualization and can be

*From the Arthritis, Orthopedic, and Sports Medical Center (B.T.B.), Glendale, California, and Department of Orthopedic Surgery, Harbor-UCLA Medical Center (D.M.R.), Torrance, California, U.S.A.*

*The authors report no conflict of interest.*

*Address correspondence and reprint requests to Benjamin T. Busfield, M.S., M.D., Arthritis, Orthopedic, and Sports Medical Center, 1505 Wilson Terr, Suite 200, Glendale, CA 91206, U.S.A. E-mail: bbusfield@yahoo.com*

*© 2009 by the Arthroscopy Association of North America*
*0749-8063/09/2506-8725$36.00/0*
*doi:10.1016/j.arthro.2009.01.019*

used for continuous infusion with or without patient-controlled anesthesia supplemental boluses. The pump catheter can easily be removed by the patient typically at 24 or 48 hours. Subacromial pain pumps have been shown in most of the literature to be effective for pain control and to have a less than 1% complication rate.[11-15] Chondrolysis, the rapid destruction of glenohumeral articular cartilage, has been associated with intra-articular pain pump use and confirmed to have chondrotoxicity in 2 animal study models.[16,17]

## POSTARTHROSCOPIC GLENOHUMERAL CHONDROLYSIS

Chondrolysis of the glenohumeral joint was initially reported in 1997 after the use of an injection for imaging of rotator cuff tears.[18,19] The first report of postoperative chondrolysis was in 2004 and detailed 3 noninfectious postarthroscopic shoulder patients who underwent varying procedures that resulted in chondrolysis evident on radiographs at 5 months.[20] The study implicated the use of radiofrequency ablation as a cause because it was performed in 2 cases. Although no radiofrequency ablation was used in the third case, it did involve the use of an intra-articular pain pump with 0.5% bupivacaine and epinephrine.[15]

## RADIOFREQUENCY DEVICES

Radiofrequency thermal use has been well described in the literature for shoulder arthroscopy for both capsular and labral applications. Complications including capsular and nerve injury have been well documented.[21] Its implication as a contributing factor to postarthroscopic glenohumeral chondrolysis (PAGCL) is evident in reviewing the case reports of Petty et al.[20] (1 of 3) and Hansen et al.[22] (4 of 12), in which 33% of the surgeries involved radiofrequency ablation.

Several studies have examined the temperatures created in the glenohumeral intra-articular space with radiofrequency ablation.[23,24] The supposition is that an elevation in the temperature of the chondrocytes from the heat transferred from the radiofrequency device via the arthroscopic fluid may be the mechanism of chondrotoxicity. One study used a cadaveric model with thawed fresh-frozen shoulders and measured the temperature at several locations during thermal capsulorrhaphy and subacromial decompression.[23] Other than near the probe tip, no other significant temperature elevation was recorded.[23] Because the cadaveric shoulder was not warmed to room temperature, extrapolation to in vivo temperatures from this model is uncertain. Another study used a model with a chamber of fluid representing the shoulder that contained bovine capsular tissue.[24] The temperatures elevated significantly within the chamber from 23°C to a maximum of 80°C with radiofrequency instrument use.[24] Continuous radiofrequency use and no-flow conditions were responsible for the significant elevations in temperatures in this study model.[24] PAGCL has been reported in the absence of pain pump use with thermal capsulorrhaphy implicated as the cause.[25] In a retrospective review of 8 cases of PAGCL with thermal energy use, 5 underwent thermal capsulorrhaphy.[25] Another study confirmed this association with PAGCL in a single case report of radiofrequency use for capsular release for adhesive capsulitis.[26] These studies confirm that PAGCL may indeed be multifactorial and that thermal or radiofrequency use can also be associated with chondrolysis.

## PAIN PUMPS

Hansen et al.[22] reported 12 cases of postoperative chondrolysis from a retrospective review of shoulder arthroscopy patients from 2003 to 2005 and coined the term *postarthroscopic glenohumeral chondrolysis*. They found a common factor in that all 12 cases involved arthroscopic shoulder stabilization. Although 4 of these cases involved use of radiofrequency ablation, all cases involved the use of a high-flow intra-articular pain pump with 0.25% bupivacaine with epinephrine.[22] PAGCL developed with the use of the intra-articular pain pump in 12 of 19 cases (63%) from the study period overall.[22] The authors created the following diagnostic criteria for PAGCL[22]:

1. Increased shoulder pain
2. Shoulder stiffness
3. Shoulder crepitus independent of range of motion
4. Radiographic glenohumeral joint space narrowing

## INTRA-ARTICULAR PAIN PUMPS

The efficacy of intra-articular pain pumps has been shown in isolation and in combination with an interscalene block.[11,27] Quick and Guanche[28] abandoned the use of intra-articular placement in favor of subacromial placement, given the difficulty in removing the pump from the joint. Holmes et al.[29] concluded that the intra-articular pain pumps appear to be effective but reported 3 cases of intra-articular catheter

breakage and retention. Hansen et al.[22] concluded that "use of intra-articular pain pump catheters eluting bupivacaine with epinephrine appear highly associated with postarthroscopic glenohumeral chondrolysis." They further noted that the symptoms of PAGCL seemed to be delayed for 3 to 5 months after surgery and suggested that postoperative immobilization initially protected the cartilage and that with increased forces in rehabilitation, the radiographic appearance was evident at 5 months.[22]

## CAPSULORRHAPHY

Hansen et al.[22] did not comment on the possibility of capsulorrhaphy for their 12 cases of PAGCL, although the cases represented 40% (12 of 30) of capsular procedures. In this same study group, 4 of 12 patients had thermal capsular procedures performed and all patients had arthroscopic stabilization performed.[22] The rapid onset of the chondrolysis, which is atypical for post-capsulorrhaphy osteoarthritis makes capsulorrhaphy alone without thermal devices an unlikely cause of PAGCL. The fact that PAGCL developed in 63% of the intra-articular pain pump cases in the Hansen et al. study, the pain pump certainly appears to be the main risk factor although it may certainly be multifactorial.[22]

## SUBACROMIAL PAIN PUMP

Subacromial pain pump use has been shown to be effective for postoperative pain control in the literature with both bupivacaine and ropivacaine.[11-15,30] Its use has been shown to be equally effective with no increase in complication rate compared with interscalene block in one study, but it was found to be less effective in another study.[31,32] The long-term outcome after arthroscopic surgery is unaffected by this pain modality.[33] One study found a decrease in recovery room times but recommended against subacromial pain pump use because of inconvenience of use and no difference in patient use of narcotics to control postoperative pain.[28] Another study examined the rate of infusion of 0.25% bupivacaine and found that 2 mL/h and 5 mL/h showed a nonsignificant paradoxical trend toward less pain and more pain postoperatively, respectively.[34]

Although complication rates have been very low and have been similar to interscalene regional anesthesia in the literature, the patient populations studied have been very small because the focus has been on efficacy. In the largest series reported to date on subacromial pain pump use for shoulder arthroscopy, only 1 complication occurred in a consecutive series of 583 patients, resulting from external catheter breakage because of incorrect removal by the patient.[12] Although this study had short-term follow-up of at least 1 month, no cases of PAGCL were detected in the series subset of 409 patients with rotator cuff repairs.[12] This finding may be because of the 3- to 5-month delay in presentation of diagnostic criteria as reported by Hansen et al.[22] On the other hand, subacromial pain pump use has not been associated with PAGCL in any study to date. In the same study that implicated intra-articular pain pump use, 104 patients were treated with the same preoperative and postoperative intra-articular injections of 25 mL of 0.25% bupivacaine with epinephrine and 5 mg of morphine sulfate but with extra-articular pain pumps, with no cases of PAGCL.[22] Even with an adequate repair of the rotator cuff and underlying superior joint capsule, the repairs may not be watertight and may allow leakage of the pain pump contents into the glenohumeral joint. Perhaps this leakage results only in a low concentration of local anesthetic in the joint, given the small amount of drug that reaches the cartilage or the larger volume for drug diffusion. Further study with longer-term follow-up will be necessary to confirm the lack of PAGCL in association with subacromial pain pumps and in the setting of rotator cuff tears.

## BASIC SCIENCE STUDIES

After several clinical studies showed an association between PAGCL and intra-articular pain pump use with bupivacaine and epinephrine, this chondrotoxicity was studied in a rabbit model.[17] Because the clinical studies used both bupivacaine and epinephrine, both had to be considered as chondrotoxic agents. One study examined 3 groups of rabbits with either saline solution infusion, 0.25% bupivacaine infusion, or 0.25% bupivacaine and epinephrine infusion over a period of 48 hours, and the animals were killed at 1 week.[17] The continuous infusion of 0.25% bupivacaine with and without epinephrine proved to be chondrotoxic with increased sulfate uptake, decreased cell viability, and lower histologic analysis scores.[17] The same study was repeated in a rabbit model with animal sacrifice after a longer term of 3 months, but interestingly, no permanent impairment of cartilage function was found.[35] A significant increase in sulfate uptake in the bupivacaine groups with and without epinephrine was noted, which may be a reparative response.[35] This basic science study, compared with the previous study, suggested that the cartilage was able to recover from

Case No. 1:08-cv-00365-MSK-CBS Document 201-4 filed 03/04/10 USDC Colorado pg 5 of 7



**TABLE 1.** *Treatment Methods and Short-Term Results for PAGCL*

| Study | No. of Patients | AD or MF | HHR With BR | BR Only | TSA | Mosaicplasty | Mean Age (yr) | Follow-up Range (mo) | Treatment Results |
|---|---|---|---|---|---|---|---|---|---|
| Good et al.[25] | 8 | 0 | 50% | 25% | 12.5% | 12.5% | 23 | Not reported | Not reported |
| Hansen et al.[22] | 10 | 30% | 60% | 0 | 10% | 0 | Not reported | 5-25 | 100% had continued pain, 30% were considering further surgery |
| Petty et al.[20] | 3 | 100% | 0 | 0 | 0 | 0 | 18 | 12-14 | 100% had continued pain with limited return to sport |
| Levy et al.[39] | 11 | 0 | 0 | 0 | 100% | 0 | 39 | 24-66 | Improved range of motion and outcomes scores, good-excellent outcomes in 91% |
| Greis et al.[38] | 4 (bilateral in 2 patients) | 25% | 50% (+25% without BR) | 0 | 0 | 0 | 16 | 6-24 | 50% had pain, 50% had decreased pain |

Abbreviations: AD, arthroscopic debridement; MF, microfracture; HHR, humeral head replacement; BR, biologic resurfacing; TSA, total shoulder arthroplasty.

initial insult, and the authors suggest that additional noxious stimuli may be required to cause PAGCL.[17,35]

In another study using a bovine model, chondrocytes were exposed to 0.5% bupivacaine for 1 hour, 1 day, or 1 week and compared with a saline solution control group.[16] All bupivacaine groups showed 99% chondrocyte death.[16] When treating osteochondral core specimens with or without intact superficial cartilage surface in 0.5% bupivacaine, the percentage of cartilage death was 42% and 75%, respectively.[16] In a study extrapolating the chondrotoxicity of bupivacaine to a human cartilage in vitro model, the cells were examined 24 hours later for viability after 30 minutes of exposure to local anesthetics.[36] Cartilage toxicity of 0.5% bupivacaine and 0.5% ropivacaine was 78% and 94%, respectively.[36] Another study with human chondrocyte cultures using varying concentrations of several local anesthetics found that the presence of epinephrine and the corresponding decrease in pH increased chondrocyte necrosis in all experiments.[37] This study suggested that 0.25% and 0.5% bupivacaine, the 2 most common concentrations used in clinical studies, caused minimal chondrocyte necrosis in this model if incubated for less than 48 hours.[37]

Although each of these basic science studies uses different study models and durations of exposure to

**TABLE 2.** *Key Points*

| Pain Modality | Benefits | Complication Rate | Ease of Use | Association With PAGCL | Risks |
|---|---|---|---|---|---|
| Regional anesthesia | Single injection, effective, can supplement with infusion pump | 1%-3% | Dependence on trained anesthesiologist | None | Respiratory, circulatory, and central nervous system complications (seizures); transient neurologic injuries |
| Intra-articular pain pump | Effective in a small study | 63% rate of PAGCL in 19 patients with arthroscopic stabilization[22] | Yes | Yes | PAGCL, difficulty with removal or breakage of tubing with retention |
| Subacromial pain pump | Effective in several studies | 0%-0.2% | Yes | None in several small short-term studies and 1 large short-term study | None in small short-term studies, 1 case of external catheter breakage at removal |

bupivacaine, most in vitro studies confirm the direct chondrotoxicity without epinephrine in the short term. The only long-term study, done in vivo in a rabbit model, questioned the chondrotoxicity as an isolated factor at 3 months after initially confirming the role of bupivacaine in PAGCL.[28]

## MANAGEMENT

Management of PAGCL is difficult in this patient group because many are young active patients who have shoulder arthroscopy for sports injuries. The pain and stiffness common to these patients and lack of documentation of any reconstitution of cartilage after the initial insult that caused PAGCL make treatment difficult. Arthroscopic procedures such as debridement and microfracture would likely only provide short-term relief. Many patients reported in the literature have required multiple surgeries within the first 2 years after PAGCL onset.[22,25] Shoulder arthroplasty options are difficult to manage in such a young and active patient population, and many studies favor hemiarthroplasty with biologic resurfacing of the glenoid, given the finite longevity of a total shoulder arthroplasty.[22,25,38] The 1 total shoulder arthroplasty patient in the study by Hansen et al.[22] required revision in the short term. A study of 11 patients with PAGCL treated with total shoulder arthroplasty showed encouraging results with significant improvement in range of motion and outcomes scores.[39] In most studies with reported outcomes for treatment of PAGCL, patients continued to have symptoms despite various surgical interventions, and no formal outcomes scores were used[20,22,25,37,39] (Table 1). With short-term follow-up of at least 5 months in 1 study, 3 of 8 patients were considering additional surgery.[22] With at least 1 year of follow-up in the original study reporting this postoperative complication, all 3 patients continued to have symptoms after arthroscopic debridement but were able to play sports as designated hitters only, given the difficulty of overhead throwing in their sport.[20] Clearly, avoiding this complication is paramount because many of the patients have continued pain and activity restrictions despite the various treatment options.

## CONCLUSIONS

PAGCL is a devastating complication of shoulder arthroscopy, and prevention is ideal, given the very few treatment options and continued symptoms in the literature. Both thermal capsulorrhaphy and intra-articular pain pump use have been associated with PAGCL in clinical studies presumably from direct injury, although basic science research examining the chondrotoxicity of bupivacaine is unclear (Table 2). Intra-articular pain pumps cannot be recommended based on the literature, and radiofrequency instruments should be used intermittently with caution and appropriate outflow (Table 3). Subacromial pain pumps have been shown to be effective in most of the literature and have an extremely low to negligible complication rate. The role of ropivacaine as an alternative to bupivacaine as potentially non-chondrotoxic medication for the pain pump requires further study. Although further study is warranted with longer-term follow-up, at this time, subacromial pain pump use with bupivacaine appears to be safe and effective and has not been associated with PAGCL.

**TABLE 3.** *Surgical Tips*

| |
|---|
| Thermal devices |
| Use intermittently |
| Verify appropriate outflow |
| Associated with PAGCL even in absence of pain pump use |
| Intra-articular pain pump |
| Not currently recommended given association with PAGCL |
| Subacromial pain pump |
| Short-term studies show minimal complication rate |
| Longer-term studies needed to definitively conclude lack of PAGCL in setting of pathology (rotator cuff tear) that allows communication with joint space |
| Recommend direct visualization of placement with arthroscope |

## REFERENCES

1. Hadzic A, Williams BA, Karaca PE, et al. For outpatient rotator cuff surgery, nerve block anesthesia provides superior same-day recovery over general anesthesia. *Anesthesiology* 2005;102:1001-1007.
2. Ilfeld BM, Morey TE, Wright TW, Chidgey LK, Enneking FK. Continuous interscalene brachial plexus block for postoperative pain control at home: A randomized, double-blinded, placebo-controlled study. *Anesth Analg* 2003;96:1089-1095.
3. Klein SM, Grant SA, Greengrass RA, et al. Interscalene brachial plexus block with a continuous catheter insertion system and a disposable infusion pump. *Anesth Analg* 2000;91:1473-1478.
4. Bishop JY, Sprague M, Gelber J, et al. Interscalene regional anesthesia for arthroscopic shoulder surgery: A safe and effective technique. *J Shoulder Elbow Surg* 2006;15:567-570.
5. Faryniarz D, Morelli C, Coleman S, et al. Interscalene block anesthesia at an ambulatory surgery center performing predominantly regional anesthesia: A prospective study of one hundred thirty-three patients undergoing shoulder surgery. *J Shoulder Elbow Surg* 2006;15:686-690.
6. Lenters TR, Davies J, Matsen FA. The types and severity of complications associated with interscalene brachial plexus

block anesthesia: Local and national evidence. *J Shoulder Elbow Surg* 2007;16:379-387.
7. Capdevila X, Jaber S, Pesonen P, Borgeat A, Eledjam JJ. Acute neck cellulitis and mediastinitis complicating a continuous interscalene block. *Anesth Analg* 2008;107:1419-1421.
8. Fredrickson MJ, Ball CM, Dalgleish AJ. Successful continuous interscalene analgesia for ambulatory shoulder surgery in a private practice setting. *Reg Anesth Pain Med* 2008;33:122-128.
9. Checcucci G, Allegra A, Bigazzi P, Gianesello L, Ceruso M, Gritti G. A new technique for regional anesthesia for arthroscopic shoulder surgery based on a suprascapular nerve block and an axillary nerve block: An evaluation of the first results. *Arthroscopy* 2008;24:689-696.
10. Jerosch J, Saad M, Greig M, Filler T. Suprascapular nerve block as a method of preemptive pain control in shoulder surgery. *Knee Surg Sports Traumatol Arthrosc* 2008;16:602-607.
11. Barber FA, Herbert MA. The effectiveness of an anesthetic continuous-infusion device on postoperative pain control. *Arthroscopy* 2002;18:76-81.
12. Busfield BT, Lee GH, Carrillo M, Ortega R, Kharrazi FD. Subacromial pain pump use with arthroscopic shoulder surgery: A short-term prospective study of complications in 583 patients. *J Shoulder Elbow Surg* 2008;17:860-862.
13. Little K, Pillai A, Fazzi U, Storey N. Local anesthetic infusion with elastomeric pump after arthroscopic subacromial decompression. *Ann R Coll Surg Engl* 2007;89:410-413.
14. Park JY, Lee GW, Kim Y, Yoo MJ. The efficacy of continuous intrabursal infusion with morphine and bupivacaine for postoperative analgesia after subacromial arthroscopy. *Reg Anesth Pain Med* 2002;27:145-149.
15. Savoie FH, Field LD, Jenkins RN, Mallon WJ, Phelps RA. The pain control infusion pump for postoperative pain control in shoulder surgery. *Arthroscopy* 2000;16:330-342.
16. Chu CR, Izzo NJ, Papas NE, Fu F. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy* 2006;22:693-699.
17. Gomoll AH, Yanke AB, Kang RW, et al. Long-term effects of bupivacaine on cartilage in a rabbit shoulder model. *Am J Sports Med* 2009;37:72-77.
18. Nakagawa Y, Ueo T, Miki T, et al. Glenohumeral osteoarthritis following a "color test" during rotator cuff repair: A case report and review of the literature. *Bull Hosp Jt Dis* 1998;57:216-218.
19. Tamal K, Higashi A, Cho S, et al. Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair: A report of 2 cases. *Acta Orthop Scand* 1997;68:401-402.
20. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: Case reports and review of the literature. *Am J Sports Med* 2004;32:509-515.
21. Miniaci A, Codsi MJ. Thermal capsulorrhaphy for the treatment of shoulder instability. *Am J Sports Med* 2006;34:1356-1363.
22. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med* 2007;35:1628-1634.
23. McKeon B, Baltz MS, Curtis A, Scheller A. Fluid temperatures during radiofrequency use in shoulder arthroscopy: A cadaveric study. *J Shoulder Elbow Surg* 2007;16:107-111.
24. Lu Y, Bogdanske J, Lopez M, Cole BJ, Markel MD. Effect of simulated shoulder thermal capsulorrhaphy using radiofrequency energy on glenohumeral fluid temperature. *Arthroscopy* 2005;21:592-596.
25. Good CR, Shindle MK, Kelly BT, Wanich T, Warren RF. Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. *Arthroscopy* 2007;23:797.e1-797.e5. Available online at www.arthroscopyjournal.org.
26. Jerosch J, Aldawoudy AM. Chondrolysis of the glenohumeral joint following arthroscopic capsular release for adhesive capsulitis: A case report. *Knee Surg Sports Traumatol Arthrosc* 2007;15:292-294.
27. Klein SM, Nielsen KC, Martin A, et al. Interscalene brachial plexus block with continuous intraarticular infusion of ropivacaine. *Anesth Analg* 2001;93:601-605.
28. Quick DC, Guanche CA. Evaluation of an anesthetic pump for postoperative care after shoulder surgery. *J Shoulder Elbow Surg* 2003;12:618-621.
29. Holmes TT, Buzzell JE, Dunn WR, Kuhn JE. Intra-articular pain pump catheter breakage after arthroscopic shoulder surgery: A case series. *J Shoulder Elbow Surg* 2007;16:e6-e9.
30. Harvey GP, Chelly JE, AlSamsam T, Couple K. Patient-controlled ropivacaine analgesia after arthroscopic subacromial decompression. *Arthroscopy* 2004;20:451-455.
31. Ciccone WJ, Busey TD, Weinstein DM, Walden DL, Elias JJ. Assessment of pain relief provided by interscalene regional block and infusion pump after arthroscopic shoulder surgery. *Arthroscopy* 2008;24:14-19.
32. Webb D, Guttmann D, Cawley P, Lubowitz JH. Continuous infusion of a local anesthetic versus interscalene block for postoperative pain control after arthroscopic shoulder surgery. *Arthroscopy* 2007;23:1006-1011.
33. Jarvela T, Jarvela S. Long-term effect of the use of a pain pump after arthroscopic subacromial decompression. *Arthroscopy* 2008;24:1402-1406.
34. Banerjee SS, Pulido P, Adelson WS, Fronek J, Hoenecke HR. The efficacy of continuous bupivacaine infiltration following arthroscopic rotator cuff repair. *Arthroscopy* 2008;24:397-402.
35. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: An experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy* 2006;22:813-819.
36. Piper SL, Kim HT. Comparison of ropivacaine and bupivacaine toxicity in human articular chondrocytes. *J Bone Joint Surg Am* 2008;90:986-991.
37. Dragoo JL, Korotkova T, Kanwar R, Wood B. Effect of local anesthetics delivered via peri-operative pain pumps on chondrocyte viability. *Am J Sports Med* 2008;36:1484-1488.
38. Greis PE, LeGrand A, Burks RT. Bilateral shoulder chondrolysis following arthroscopy: A report of two cases. *J Bone Joint Surg Am* 2008;90:1338-1344.
39. Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder Elbow Surg* 2008;17:380-388.