# EXHIBIT 45

THIRD EDITION

# MODERN EPIDEMIOLOGY

**Kenneth J. Rothman**
Vice President, Epidemiology Research
RTI Health Solutions
Professor of Epidemiology and Medicine
Boston University
Boston, Massachusetts

**Sander Greenland**
Professor of Epidemiology and Statistics
University of California
Los Angeles, California

**Timothy L. Lash**
Associate Professor of Epidemiology and Medicine
Boston University
Boston, Massachusetts

Wolters Kluwer Health | Lippincott Williams & Wilkins
Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

CHAPTER 7

# Cohort Studies

Kenneth J. Rothman and Sander Greenland

**Definition of Cohorts and Exposure Groups 100**
Classifying Person-Time 102
Chronic Exposures 103
Unexposed Time in Exposed Subjects 104
Categorizing Exposure 105
Average Intensity and Alternatives 106
Immortal Person-Time 106
Postexposure Events 107
**Timing of Outcome Events 107**
**Expense 108**
**Tracing of Subjects 109**
**Special-Exposure and General-Population Cohorts 109**

The goal of a cohort study is to measure and usually to compare the incidence of disease in one or more study cohorts. As discussed in Chapter 3, the word *cohort* designates a group of people who share a common experience or condition. For example, a birth cohort shares the same year or period of birth, a cohort of smokers has the experience of smoking in common, and a cohort of vegetarians share their dietary habit. Often, if there are two cohorts in the study, one of them is described as the exposed cohort—those individuals who have experienced a putative causal event or condition—and the other is thought of as the unexposed, or reference, cohort. If there are more than two cohorts, each may be characterized by a different level or type of exposure.

The present chapter focuses on basic elements for the design and conduct of cohort studies. Further considerations for the design of cohort studies are given in Chapters 9 through 11, whereas analysis methods applicable to cohort studies are given in Chapters 14 through 21. Many special aspects of exposure assessment that are not covered here can be found in Armstrong et al. (1992).

## DEFINITION OF COHORTS AND EXPOSURE GROUPS

In principle, a cohort study could be used to estimate average risks, rates, or occurrence times. Except in certain situations, however, average risks and occurrence times cannot be measured directly from the experience of a cohort. Observation of average risks or times of specific events requires that the whole cohort remain at risk and under observation for the entire follow-up period. Loss of subjects during the study period prevents direct measurements of these averages, because the outcome of lost subjects is unknown. Subjects who die from competing risks (outcomes other than the one of interest) likewise prevent the investigator from estimating conditional risks (risk of a specific outcome conditional on not getting other outcomes) directly. Thus, the only situation in which it is feasible to measure average risks and occurrence times directly is in a cohort study, in which there is little or no loss to follow-up and little competing risk. Although some clinical trials provide these conditions, many epidemiologic studies do not. When losses and competing risks do occur,

Case No. 1:08-cv-00365-MSK-CBS Document 202-1 filed 03/04/10 USDC Colorado pg 4 of 13



one may still estimate the incidence rate directly, whereas average risk and occurrence time must be estimated using survival (life-table) methods (see Chapters 3 and 16).

Unlike average risks, which are measured with individuals as the unit in the denominator, incidence rates have person-time as the unit of measure. The accumulation of time rather than individuals in the denominator of rates allows flexibility in the analysis of cohort studies. Whereas studies that estimate risk directly are tied conceptually to the identification of specific cohorts of individuals, studies that measure incidence rates can, with certain assumptions, define the comparison groups in terms of person-time units that do not correspond to specific cohorts of individuals. A given individual can contribute person-time to one, two, or more exposure groups in a given study, because each unit of person-time contributed to follow-up by a given individual possesses its own classification with respect to exposure. Thus, an individual whose exposure experience changes with time can, depending on details of the study hypothesis, contribute follow-up time to several different exposure-specific rates. In such a study, the definition of each exposure group corresponds to the definition of person-time eligibility for each level of exposure.

As a result of this focus on person-time, it does not always make sense to refer to the members of an exposure group within a cohort study as if the same set of individuals were exposed at all points in time. The terms *open population* or *dynamic population* describe a population in which the person-time experience can accrue from a changing roster of individuals (see Chapter 3). (Sometimes the term *open cohort* or *dynamic cohort* is used, but this usage conflicts with other usage in which a cohort is a fixed roster of individuals.) For example, the incidence rates of cancer reported by the Connecticut Cancer Registry come from the experience of an open population. Because the population of residents of Connecticut is always changing, the individuals who contribute to these rates are not a specific set of people who are followed through time.

When the exposure groups in a cohort study are defined at the start of follow-up, with no movement of individuals between exposure groups during the follow-up, the groups are sometimes called *fixed cohorts*. The groups defined by treatment allocation in clinical trials are examples of fixed cohorts. If the follow-up of fixed cohorts suffers from losses to follow-up or competing risks, incidence rates can still be measured directly and used to estimate average risks and incidence times. If no losses occur from a fixed cohort, the cohort satisfies the definition of a *closed population* (see Chapter 3) and is often called a *closed cohort*. In such cohorts, unconditional risks (which include the effect of competing risks) and average survival times can be estimated directly.

In the simplest cohort study, the exposure would be a permanent and easily identifiable condition, making the job of assigning subjects to exposed and unexposed cohorts a simple task. Unfortunately, exposures of interest to epidemiologists are seldom constant and are often difficult to measure. Consider as an example the problems of identifying for study a cohort of users of a specific prescription drug. To identify the users requires a method for locating those who receive or who fill prescriptions for the drug. Without a record-keeping system of prescriptions, it becomes a daunting task. Even with a record system, the identification of those who receive or even those who fill a prescription is not equivalent to the identification of those who actually use the drug. Furthermore, those who are users of this drug today may not be users tomorrow, and vice versa. The definition of drug use must be tied to time because exposure can change with time. Finally, the effect of the drug that is being studied may be one that involves a considerable induction period. In that case, the exposure status at a given time will relate to a possible increase or decrease in disease risk only at some later time. Thus, someone who began to take the drug today might experience a drug-related effect in 10 years, but there might be no possibility of any drug-related effect for the first 5 years after exposure.

It is tempting to think of the identification of study cohorts as simply a process of identifying and classifying individuals as to their exposure status. The process can be complicated, however, by the need to classify the experience of a single individual in different exposure categories at different times. If the exposure can vary over time, at a minimum the investigator needs to allow for the time experienced by each study subject in each category of exposure in the definition of the study cohorts. The sequence or timing of exposure could also be important. If there can be many possible exposure sequences, each individual could have a unique sequence of exposure levels and so define a unique exposure cohort containing only that individual.

A simplifying assumption that is common in epidemiologic analysis is that the only aspect of exposure that determines current risk is some simple numeric summary of exposure history. Typical summaries include current level of exposure, average exposure, and cumulative exposure, that is,

Case No. 1:08-cv-00365-MSK-CBS Document 202-1 filed 03/04/10 USDC Colorado pg 5 of 13



the sum of each exposure level multiplied by the time spent at that level. Often, exposure is *lagged* in the summary, which means that only exposure at or up to some specified time before the current time is counted. Although one has enormous flexibility in defining exposure summaries, methods based on assuming that only a single summary is relevant can be severely biased under certain conditions (Robins, 1987). For now, we will assume that a single summary is an adequate measure of exposure. With this assumption, cohort studies may be analyzed by defining the cohorts based on person-time rather than on persons, so that a person may be a member of different exposure cohorts at different times. We nevertheless caution the reader to bear in mind the single-summary assumption when interpreting such analyses.

The time that an individual contributes to the denominator of one or more of the incidence rates in a cohort study is sometimes called the *time at risk,* in the sense of being at risk for development of the disease. Some people and, consequently, all their person-time are not at risk for a given disease because they are immune or they lack the target organ for the study disease. For example, women who have had a hysterectomy and all men are by definition not at risk for uterine cancer, because they have no uterus.

## CLASSIFYING PERSON-TIME

The main guide to the classification of persons or person-time is the study hypothesis, which should be defined in as much detail as possible. If the study addresses the question of the extent to which eating carrots will reduce the subsequent risk of lung cancer, the study hypothesis is best stated in terms of what quantity of carrots consumed over what period of time will prevent lung cancer. Furthermore, the study hypothesis should specify an induction time between the consumption of a given amount of carrots and the subsequent effect: The effect of the carrot consumption could take place immediately, begin gradually, or begin only after a delay, and it could extend beyond the time that an individual might cease eating carrots (Rothman, 1981).

In studies with chronic exposures (i.e., exposures that persist over an extended period of time), it is easy to confuse the time during which exposure occurs with the time at risk of exposure effects. For example, in occupational studies, time of employment is sometimes confused with time at risk for exposure effects. The time of employment is a time during which exposure accumulates. In contrast, the time at risk for exposure effects must logically come after the accumulation of a specific amount of exposure, because only after that time can disease be caused or prevented by that amount of exposure. The lengths of these two time periods have no constant relation to one another. The time at risk of effects might well extend beyond the end of employment. It is only the time at risk of effects that should be tallied in the denominator of incidence rates for that amount of exposure.

The distinction between time of exposure accrual and the time at risk of exposure effects is easier to see by considering an example in which exposure is very brief. In studies of the delayed effects of exposure to radiation emitted from the atomic bomb, the exposure was nearly instantaneous, but the risk period during which the exposure has had an effect has been very long, perhaps lifelong, although the risk for certain diseases did not increase immediately after exposure. Cancer risk after the radiation exposure increased only after a minimum induction period of several years, depending on the cancer. The incidence rates of cancer among those exposed to high doses of radiation from the bomb can be calculated separately for different times following exposure, so that one may detect elevations specific to the induction period addressed by the study hypothesis. Without stratification by time since exposure, the incidence rate measured among those exposed to the bomb would be an average rate reflecting periods of exposure effect and periods with no effect, because they would include in the denominator some experience of the exposed cohort that corresponds to time in which there was no increased risk from the radiation.

How should the investigator study hypotheses that do not specify induction times? For these, the appropriate time periods on which to stratify the incidence rates are unclear. There is no way to estimate exposure effects, however, without making some assumption, implicitly or explicitly, about the induction time. The decision about what time to include for a given individual in the denominator of the rate corresponds to the assumption about induction time. If in a study of delayed effects in survivors of the atomic bombs in Japan, the denominator of the rate included time experienced by study subjects beginning on the day after the exposure, the rate would provide a diluted effect

estimate unless the induction period (including the "latent" period) had a minimum of only 1 day. It might be more appropriate to allow for a minimum induction time of some months or years after the bomb explosion.

What if the investigator does not have any basis for hypothesizing a specific induction period? It is possible to learn about the period by estimating effects according to categories of time since exposure. For example, the incidence rate of leukemia among atomic bomb survivors relative to that among those who were distant from the bomb at the time of the explosion can be examined according to years since the explosion. In an unbiased study, we would expect the effect estimates to rise above the null value when the minimum induction period has passed. This procedure works best when the exposure itself occurs at a point or narrow interval of time, but it can be used even if the exposure is chronic, as long as there is a model to describe the amount of time that must pass before a given accumulation of exposure would begin to have an effect. More sophisticated approaches for analyzing induction time are discussed in Chapter 16.

## CHRONIC EXPOSURES

The definition of chronic exposure based on anticipated effects is more complicated than when exposure occurs only at a point in time. We may conceptualize a period during which the exposure accumulates to a sufficient extent to trigger a step in the causal process. This accumulation of exposure experience may be a complex function of the intensity of the exposure and time. The induction period begins only after the exposure has reached this hypothetical triggering point, and that point will likely vary across individuals. Occupational epidemiologists have often measured the induction time for occupational exposure from the time of first exposure, but this procedure involves the extreme assumption that the first contact with the exposure can be sufficient to produce disease. Whatever assumption is adopted, it should be made an explicit part of the definition of the cohort and the period of follow-up.

Let us consider the steps to take to identify study cohorts when exposure is chronic. First, the investigator must determine how many exposure groups will be studied and determine the definitions for each of the exposure categories. The definition of exposure level could be based on the maximum intensity of exposure experienced, the average intensity over a period of time, or some cumulative amount of exposure. A familiar measure of cigarette smoking is the measure "pack-years," which is the product of the number of packs smoked per day and the number of years smoked. This measure indexes the cumulative number of cigarettes smoked, with one pack-year equal to the product of 20 cigarettes per pack and 365 days, or 7,300 cigarettes. Cumulative indices of exposure and time-weighted measures of average intensity of exposure are both popular methods for measuring exposure in occupational studies. These exposure definitions should be linked to the time period of an exposure effect, according to the study hypothesis, by explicitly taking into account the induction period.

In employing cumulative or average exposure measures, one should recognize the composite nature of the measures and, if possible, separately analyze the components. For example, pack-years is a composite of duration and intensity of smoking: 20 pack-years might represent half a pack a day for 40 years, one pack a day for 20 years, or two packs a day for 10 years, as well as innumerable other combinations. If the biologic effects of these combinations differ to an important degree, use of pack-years would conceal these differences and perhaps even present a misleading impression of dose–response patterns (Lubin and Caporaso, 2006). Supplemental analyses of smoking as two exposure variables, duration (years smoked) and intensity (packs smoked per day), would provide a safeguard against inadequacies of the pack-years analysis. Other exposure variables that are not accounted for by duration and intensity, such as age at start of exposure, age at cessation of exposure, and timing of exposure relative to disease (induction or lag period), may also warrant separation in the analyses.

Let us look at a simplified example. Suppose the study hypothesis is that smoking increases the risk for lung cancer with a minimum induction time of 5 years. For a given smoking level, the time experienced by a subject is not "exposed" person-time until the individual has reached that level and then an additional 5 years have passed. Only then is the lung cancer experience of that individual related to smoking according to the study hypothesis. The definition of the study cohort with 20 pack-years of smoking will be the person-time experience of exposed individuals

Case No. 1:08-cv-00365-MSK-CBS Document 202-1 filed 03/04/10 USDC Colorado pg 7 of 13



beginning 5 years after they have smoked 20 pack-years. Note that if the cohort study measures incidence rates, which means that it allocates the person-time of the individual study subjects, exposure groups are defined by person-time allocation rather than by rosters of individual subjects. Analysis of these rates depends on the assumption that only "current" exposure, defined as having smoked 20 pack-years as of 5 years ago, is relevant and that other aspects of exposure history, such as amount smoked after 5 years ago, are irrelevant.

## UNEXPOSED TIME IN EXPOSED SUBJECTS

What happens to the time experienced by exposed subjects that does not meet the definition of time at risk of exposure effects according to the study hypothesis? Specifically, what happens to the time after the exposed subjects become exposed and before the minimum induction has elapsed, or after a maximum induction time has passed? Two choices are reasonable for handling this experience. One possibility is to consider any time that is not related to exposure as unexposed time and to apportion that time to the study cohort that represents no exposure. Possible objections to this approach would be that the study hypothesis may be based on guesses about the threshold for exposure effects and the induction period and that time during the exposure accumulation or induction periods may in fact be at risk of exposure effects. To treat the latter experience as not at risk of exposure effects may then lead to an underestimate of the effect of exposure (see Chapter 8 for a discussion of misclassification of exposure). Alternatively, one may simply omit from the study the experience of exposed subjects that is not at risk of exposure effects according to the study hypothesis. For this alternative to be practical, there must be a reasonably large number of cases observed among subjects with no exposure.

For example, suppose a 10-year minimum induction time is hypothesized. For individuals followed from start of exposure, this hypothesis implies that no exposure effect can occur within the first 10 years of follow-up. Only after the first 10 years of follow-up can an individual experience disease due to exposure. Therefore, under the hypothesis, only person-time occurring after 10 years of exposure should contribute to the denominator of the rate among exposed. If the hypothesis were correct, we should assign the first 10 years of follow-up to the denominator of the unexposed rate. Suppose, however, that the hypothesis were wrong and exposure could produce cases in less than 10 years. Then, if the cases and person-time from the first 10 years of follow-up were added to the unexposed cases and person-time, the resulting rate would be biased toward the rate in the exposed, thus reducing the apparent differences between the exposed and unexposed rates. If computation of the unexposed rate were limited to truly unexposed cases and person-time, this problem would be avoided.

The price of avoidance, however, would be reduced precision in estimating the rate among the unexposed. In some studies, the number of truly unexposed cases is too small to produce a stable comparison, and thus the early experience of exposed persons is too valuable to discard. In general, the best procedure in a given situation would depend on the decrease in precision produced by excluding the early experience of exposed persons and the amount of bias that is introduced by treating the early experience of exposed persons as if it were equivalent to that of people who were never exposed. An alternative that attempts to address both problems is to treat the induction time as a continuous variable rather than a fixed time, and model exposure effects as depending on the times of exposure (Thomas, 1983, 1988). This approach is arguably more realistic insofar as the induction time varies across individuals.

Similar issues arise if the exposure status can change from exposed to unexposed. If the exposure ceases but the effects of exposure are thought to continue, it would not make sense to put the experience of a formerly exposed individual in the unexposed category. On the other hand, if exposure effects are thought to be approximately contemporaneous with the exposure, which is to say that the induction period is near zero, then changes in exposure status should lead to corresponding changes in how the accumulating experience is classified with respect to exposure. For example, if individuals taking a nonsteroidal anti-inflammatory drug are at an increased risk for gastrointestinal bleeding only during the period that they take the drug, then only the time during exposure is equivalent to the time at risk for gastrointestinal bleeding as a result of the drug. When an individual stops using the drug, the bleeding events and person-time experienced by that individual should be reclassified from exposed to unexposed. Here, the induction time is zero and the definition of exposure does not involve exposure history.

## CATEGORIZING EXPOSURE

Another problem to consider is that the study hypothesis may not provide reasonable guidance on where to draw the boundary between exposed and unexposed. If the exposure is continuous, it is not necessary to draw boundaries at all. Instead one may use the quantitative information from each individual fully either by using some type of smoothing method, such as moving averages (see Chapter 17), or by putting the exposure variable into a regression model as a continuous term (see Chapters 20 and 21). Of course, the latter approach depends on the validity of the model used for estimation. Special care must be taken with models of repeatedly measured exposures and confounders, which are sometimes called longitudinal-data models (see Chapter 21).

The simpler approach of calculating rates directly will require a reasonably sized population within categories of exposure if it is to provide a statistically stable result. To get incidence rates, then, we need to group the experience of individuals into relatively large categories for which we can calculate the incidence rates. In principle, it should be possible to form several cohorts that correspond to various levels of exposure. For a cumulative measure of exposure, however, categorization may introduce additional difficulties for the cohort definition. An individual who passes through one level of exposure along the way to a higher level would later have time at risk for disease that theoretically might meet the definition for more than one category of exposure.

For example, suppose we define moderate smoking as having smoked 50,000 cigarettes (equivalent to about 7 pack-years), and we define heavy smoking as having smoked 150,000 cigarettes (about 21 pack-years). Suppose a man smoked his 50,000th cigarette in 1970 and his 150,000th in 1980. After allowing for a 5-year minimum induction period, we would classify his time as moderate smoking beginning in 1975. By 1980 he has become a heavy smoker, but the 5-year induction period for heavy smoking has not elapsed. Thus, from 1980 to 1985, his experience is still classified as moderate smoking, but from 1985 onward his experience is classified as heavy smoking (Figure 7–1). Usually, the time is allocated only to the highest category of exposure that applies. This example illustrates the complexity of the cohort definition with a hypothesis that takes into account both the cumulative amount of exposure and a minimum induction time. Other apportionment schemes could be devised based on other hypotheses about exposure action, including hypotheses that allowed induction time to vary with exposure history.

One invalid allocation scheme would apportion to the denominator of the exposed incidence rate the unexposed experience of an individual who eventually became exposed. For example, suppose that in an occupational study exposure is categorized according to duration of employment in a




*FIGURE 7–1* • Timeline showing how a smoker moves into higher categories of cumulative smoking exposure and how the time at risk that corresponds to these categories is apportioned to take into account a 5-year minimum induction period.

Case No. 1:08-cv-00365-MSK-CBS Document 202-1 filed 03/04/10 USDC Colorado pg 9 of 13



particular job, with the highest-exposure category being at least 20 years of employment. Suppose a worker is employed at that job for 30 years. It is a mistake to assign the 30 years of experience for that employee to the exposure category of 20 or more years of employment. The worker only reached that category of exposure after 20 years on the job, and only the last 10 years of his or her experience is relevant to the highest category of exposure. Note that if the worker had died after 10 years of employment, the death could not have been assigned to the 20-years-of-employment category, because the worker would have only had 10 years of employment.

A useful rule to remember is that the event and the person-time that is being accumulated at the moment of the event should both be assigned to the same category of exposure. Thus, once the person-time spent at each category of exposure has been determined for each study subject, the classification of the disease events (cases) follows the same rules. The exposure category to which an event is assigned is the same exposure category in which the person-time for that individual was accruing at the instant in which the event occurred. The same rule—that the classification of the event follows the classification of the person-time—also applies with respect to other study variables that may be used to stratify the data (see Chapter 15). For example, person-time will be allocated into different age categories as an individual ages. The age category to which an event is assigned should be the same age category in which the individual's person-time was accumulating at the time of the event.

## AVERAGE INTENSITY AND ALTERNATIVES

One can also define current exposure according to the average (arithmetic or geometric mean) intensity or level of exposure up to the current time, rather than by a cumulative measure. In the occupational setting, the average concentration of an agent in the ambient air would be an example of exposure intensity, although one might also have to take into account any protective gear that affects the individual's exposure to the agent. Intensity of exposure is a concept that applies to a point in time, and intensity typically will vary over time. Studies that measure exposure intensity might use a time-weighted average of intensity, which would require multiple measurements of exposure over time. The amount of time that an individual is exposed to each intensity would provide its weight in the computation of the average.

An alternative to the average intensity is to classify exposure according to the maximum intensity, median intensity, minimum intensity, or some other function of the exposure history. The follow-up time that an individual spends at a given exposure intensity could begin to accumulate as soon as that level of intensity is reached. Induction time must also be taken into account. Ideally, the study hypothesis will specify a minimum induction time for exposure effects, which in turn will imply an appropriate lag period to be used in classifying individual experience.

Cumulative and average exposure-assignment schema suffer a potential problem in that they may make it impossible to disentangle exposure effects from the effects of time-varying confounders (Robins 1986, 1987). Methods that treat exposures and confounders in one period as distinct from exposure and confounders in other periods are necessary to avoid this problem (Robins et al., 1992; see Chapter 21).

## IMMORTAL PERSON-TIME

Occasionally, a cohort's definition will require that everyone meeting the definition must have survived for a specified period. Typically, this period of immortality comes about because one of the entry criteria into the cohort is dependent on survival. For example, an occupational cohort might be defined as all workers who have been employed at a specific factory for at least 5 years. There are certain problems with such an entry criterion, among them that it will guarantee that the study will miss effects among short-term workers who may be assigned more highly exposed jobs than regular long-term employees, may include persons more susceptible to exposure effects, and may quit early because of those effects. Let us assume, however, that only long-term workers are of interest for the study and that all relevant exposures (including those during the initial 5 years of employment) are taken into account in the analysis.

The 5-year entry criterion will guarantee that all of the workers in the study cohort survived their first 5 years of employment, because those who died would never meet the entry criterion and

so would be excluded. It follows that mortality analysis of such workers should exclude the first 5 years of employment for each worker. This period of time is referred to as *immortal person-time*. The workers at the factory were not immortal during this time, of course, because they could have died. The subset of workers that satisfy the cohort definition, however, is identified after the fact as those who have survived this period.

The correct approach to handling immortal person-time in a study is to exclude it from any denominator, even if the analysis does not focus on mortality. This approach is correct because including immortal person-time will downwardly bias estimated disease rates and, consequently, bias effect estimates obtained from internal comparisons. As an example, suppose that an occupational mortality study includes only workers who worked for 5 years at a factory, that 1,000 exposed and 1,000 unexposed workers meet this entry criterion, and that after the criterion is met we observe 200 deaths among 5,000 exposed person-years and 90 deaths among 6,000 unexposed person-years. The correct rate ratio and difference comparing the exposed and unexposed are then $(200/5{,}000)/(90/6{,}000) = 2.7$ and $200/5{,}000 - 90/6{,}000 = 25/1{,}000\ \text{year}^{-1}$. If, however, we incorrectly include the 5,000 exposed and 5,000 unexposed immortal person-years in the denominators, we get a biased ratio of $(200/10{,}000)/(90/11{,}000) = 2.4$ and a biased difference of $200/10{,}000 - 90/11{,}000 = 12/1{,}000\ \text{year}^{-1}$. To avoid this bias, if a study has a criterion for a minimum amount of time before a subject is eligible to be in a study, the time during which the eligibility criterion is met should be excluded from the calculation of incidence rates. More generally, the follow-up time allocated to a specific exposure category should exclude time during which the exposure-category definition is being met.

## POSTEXPOSURE EVENTS

Allocation of follow-up time to specific categories should not depend on events that occur after the follow-up time in question has accrued. For example, consider a study in which a group of smokers is advised to quit smoking, with the objective of estimating the effect on mortality rates of quitting versus continuing to smoke. For a subject who smokes for a while after the advice is given and then quits later, the follow-up time as a quitter should only begin at the time of quitting, not at the time of giving the advice, because it is the effect of quitting that is being studied, not the effect of advice (were the effect of advice under study, follow-up time would begin with the advice). But how should a subject be treated who quits for a while and then later takes up smoking again?

When this question arose in an actual study of this problem, the investigators excluded anyone from the study who switched back to smoking. Their decision was wrong, because if the subject had died before switching back to smoking, the death would have counted in the study and the subject would not have been excluded. A subject's follow-up time was excluded if the subject switched back to smoking, something that occurred only *after* the subject had accrued time in the quit-smoking cohort. A proper analysis should include the experience of those who switched back to smoking up until the time that they switched back. If the propensity to switch back was unassociated with risk, their experience subsequent to switching back could be excluded without introducing bias. The incidence rate among the person-years while having quit could then be compared with the rate among those who continued to smoke over the same period.

As another example, suppose that the investigators wanted to examine the effect of being an ex-smoker for at least 5 years, relative to being an ongoing smoker. Then, anyone who returned to smoking within 5 years of quitting would be excluded. The person-time experience for each subject during the first 5 years after quitting should also be excluded, because it would be immortal person-time.

## TIMING OF OUTCOME EVENTS

As may be apparent from earlier discussion, the time at which an outcome event occurs can be a major determinant of the amount of person-time contributed by a subject to each exposure category. It is therefore important to define and determine the time of the event as unambiguously and precisely as possible. For some events, such as death, neither task presents any difficulty. For other outcomes, such as human immunodeficiency virus (HIV) seroconversion, the time of the event can be defined in a reasonably precise manner (the appearance of HIV antibodies in the bloodstream),

Case No. 1:08-cv-00365-MSK-CBS Document 202-1 filed 03/04/10 USDC Colorado pg 11 of 13



but measurement of the time is difficult. For others, such as multiple sclerosis and atherosclerosis, the very definition of the onset time can be ambiguous, even when the presence of the disease can be determined unambiguously. Likewise, time of loss to follow-up and other censoring events can be difficult to define and determine. Determining whether an event occurred by a given time is a special case of determining when an event occurred, because knowing that the event occurred by the given time requires knowing that the time it occurred was before the given time.

Addressing the aforementioned problems depends heavily on the details of available data and the current state of knowledge about the study outcome. We therefore will offer only a few general remarks on issues of outcome timing. In all situations, we recommend that one start with at least one written protocol to classify subjects based on available information. For example, seroconversion time may be measured as the midpoint between time of last negative and first positive test. For unambiguously defined events, any deviation of actual times from the protocol determination can be viewed as measurement error (which is discussed further in Chapter 9). Ambiguously timed diseases, such as cancers or vascular conditions, are often taken as occurring at diagnosis time, but the use of a minimum lag period is advisable whenever a long latent (undiagnosed or prodromal) period is inevitable. It may sometimes be possible to interview cases about the earliest onset of symptoms, but such recollections and symptoms can be subject to considerable error and between-person variability.

Some ambiguously timed events are dealt with by standard, if somewhat arbitrary, definitions. For example, in 1993, acquired immunodeficiency syndrome (AIDS) onset was redefined as occurrence of any AIDS-defining illnesses or clinical event (e.g., CD4 count $<200/\mu L$). As a second example, time of loss to follow-up is conventionally taken as midway between the last successful attempt to contact and the first unsuccessful attempt to contact. Any difficulty in determining an arbitrarily defined time of an event is then treated as a measurement problem, which can be addressed by the methods described in Chapter 19. One should recognize, however, that the arbitrariness of the definition for the time of an event represents another source of measurement error, with potential bias consequences that will be discussed in Chapter 9.

## EXPENSE

Cohort studies are usually large enterprises. Most diseases affect only a small proportion of a population, even if the population is followed for many years. To obtain stable estimates of incidence requires a substantial number of cases of disease, and therefore the person-time giving rise to the cases must also be substantial. Sufficient person-time can be accumulated by following cohorts for a long span of time. Some cohorts with special exposures (e.g., Japanese victims of atomic bombs [Beebe, 1979]) or with detailed medical and personal histories (e.g., the Framingham, Massachusetts, study cohort [Kannel and Abbott, 1984]) have indeed been followed for decades. If a study is intended to provide more timely results, however, the requisite person-time can be attained by increasing the size of the cohorts. Of course, lengthy studies of large populations are expensive. It is not uncommon for cohort studies to cost millions of dollars, and expenses in excess of $100 million have occurred. Most of the expense derives from the need to establish a continuing system for monitoring disease occurrence in a large population.

The expense of cohort studies often limits feasibility. The lower the disease incidence, the poorer the feasibility of a cohort study, unless public resources devoted to health registries can be productively employed (see Chapter 23). Feasibility is further handicapped by a long induction period between the hypothesized cause and its effect. A long induction time contributes to a low overall incidence because of the additional follow-up time required to obtain exposure-related cases. To detect any effect, the study must span an interval at least as long as, and in practice considerably longer than, the minimum induction period. Cohort studies are poorly suited to study the effect of exposures that are hypothesized to cause rare diseases with long induction periods. Such cohort studies are expensive in relation to the amount of information returned, which is to say that they are not efficient.

The expense of cohort studies can be reduced in a variety of ways. One way is to use an existing system for monitoring disease occurrence (see Chapter 23). For example, a regional cancer registry may be used to ascertain cancer occurrence among cohort members. If the expense of case ascertainment is already being borne by the registry, the study will be considerably cheaper.

Another way to reduce cost is to rely on historical cohorts. Rather than identifying cohort members concurrently with the initiation of the study and planning to have the follow-up period occur during the study, the investigator may choose to identify cohort members based on records of previous exposure. The follow-up period until the occurrence of disease may be wholly or partially in the past. To ascertain cases occurring in the past, the investigators must rely on records to ascertain disease in cohort members. If the follow-up period begins before the period during which the study is conducted but extends into the study period, then active surveillance or a new monitoring system to ascertain new cases of disease can be devised.

To the extent that subject selection occurs after the follow-up period under observation (sometimes called retrospective cohort selection; see Chapter 6), the study will generally cost less than an equivalent study in which subject selection occurs before the follow-up period (sometimes called prospective). A drawback of retrospective cohort studies is their dependence on records, which may suffer from missing or poorly recorded information. Another drawback is that entire subject records may be missing. When such "missingness" is related to the variables under study, the study may suffer from selection biases similar to those that can occur in case-control studies (see Chapter 8). For example, if records are systematically deleted upon the death of a cohort member, then all of the retrospective person-time will be immortal, and should therefore be excluded.

A third way to reduce cost is to replace one of the cohorts, specifically the unexposed cohort, with general population information. Rather than collecting new information on a large unexposed population, existing data on a general population is used for comparison. This procedure has several drawbacks. For one, it is reasonable only if there is some assurance that only a small proportion of the general population is exposed to the agent under study, as is often the case with occupational exposures. To the extent that part of the general population is exposed, there is misclassification error that will introduce a bias into the comparison, which is ordinarily in the direction of underestimating the effect (see Chapter 9). Another problem is that information obtained for the exposed cohort may differ in quality from the existing data for the general population. If mortality data are used, the death certificate is often the only source of information for the general population. If additional medical information were used to classify deaths in an exposed cohort, the data thus obtained would not be comparable with the general population data. This noncomparability may reduce or increase bias in the resulting comparisons (Greenland and Robins, 1985a). Finally, the exposed cohort is likely to differ from the general population in many ways that are not measured, thus leading to uncontrollable confounding in the comparison. The classical "healthy worker effect" is one example of this problem, in which confounding arises because workers must meet a minimal criterion of health (they must be able to work) that the general population does not.

A fourth way to reduce the cost of a cohort study is to conduct a case-control study within the cohort, rather than including the entire cohort population in the study (Chapter 8). Such "nested" case-control studies can often be conducted at a fraction of the cost of a cohort study and yet produce the same findings with nearly the same precision.

## TRACING OF SUBJECTS

Cohort studies that span many years present logistic problems that can adversely affect validity. Whether the study is retrospective or prospective, it is often difficult to locate people or their records many years after they have been enrolled into study cohorts. In prospective studies, it may be possible to maintain periodic contact with study subjects and thereby keep current information on their location. Such tracking adds to the costs of prospective cohort studies, yet the increasing mobility of society warrants stronger efforts to trace subjects. A substantial number of subjects lost to follow-up can raise serious doubts about the validity of the study. Follow-ups that trace less than about 60% of subjects are generally regarded with skepticism, but even follow-up of 70% or 80% or more can be too low to provide sufficient assurance against bias if there is reason to believe that loss to follow-up may be associated with both exposure and disease (Greenland, 1977).

## SPECIAL-EXPOSURE AND GENERAL-POPULATION COHORTS

An attractive feature of cohort studies is the capability they provide to study a range of possible health effects stemming from a single exposure. A mortality follow-up can be accomplished just as

easily for all causes of death as for any specific cause. Health surveillance for one disease endpoint can sometimes be expanded to include many or all endpoints without much additional work. A cohort study can provide a comprehensive picture of the health effect of a given exposure. Attempts to derive such comprehensive information about exposures motivate the identification of "special-exposure" cohorts, which are identifiable groups with exposure to agents of interest. Examples of such special-exposure cohorts include occupational cohorts exposed to workplace exposures, studies of fishermen or farmers exposed chronically to solar radiation, atomic bomb victims and the population around Chernobyl exposed to ionizing radiation, the population around Seveso, Italy, exposed to environmental dioxin contamination, Seventh-day Adventists who are "exposed" to vegetarian diets, and populations who are exposed to stress through calamities such as earthquakes and terrorist attacks. These exposures are not common and require the identification of exposed cohorts to provide enough information for study.

Common exposures are sometimes studied through cohort studies that survey a segment of the population that is identified without regard to exposure status. Such "general-population" cohorts have been used to study the effects of smoking, oral contraceptives, diet, and hypertension. It is most efficient to limit a general-population cohort study to exposures that a substantial proportion of people have experienced; otherwise, the unexposed cohort will be inefficiently large relative to the exposed cohort. A surveyed population can be classified according to smoking, alcoholic beverage consumption, diet, drug use, medical history, and many other factors of potential interest. A disadvantage is that the exposure information usually must be obtained by interviews with each subject, as opposed to obtaining information from records, as is often done with special-exposure cohorts.