# EXHIBIT 47

# DECLARATION OF MARTIN T. WELLS PH.D.

1. I, Martin T. Wells Ph.D., have been asked to review statistical aspects of relevant epidemiological, scientific literature and data relating to postsurgical use of an intra-articular pain-pump and subsequent glenohumeral chondrolysis.

## BACKGROUND EDUCATION AND TRAINING

2. I am the Charles A. Alexander Professor of Statistical Sciences, Chair of the Department of Statistical Science at Cornell University, and served for six years as founding Chair and Chair of the Department of Biological Statistics and Computational Biology at Cornell University. I am also Professor of Social Statistics, Professor of Clinical Epidemiology and Health Services Research at Cornell Weill Medical School, and the Director of Research in the School of Industrial and Labor Relations at Cornell University. I am also an Elected Member of the Cornell Law School Faculty. I teach undergraduate and graduate students in statistical methodology. My students are in a variety of academic fields such as agriculture, biology, epidemiology, finance, immunology, law, medicine, nutrition, social science, and veterinary medicine. I have served on high-level national statistical committees, and have published many articles in leading statistical journals. I am the an Editor of *Statistical Science*, *Journal Multivariate Analysis*, and *The Journal of Empirical Legal Studies*; and I served as an Editor of *The Journal of the American Statistical Association* and Editor in Chief of the *ASA-SIAM Series on Statistics and Applied Probability*. I am a Fellow of the American Statistical Association, the Royal Statistical Society, Institute of Mathematical Statistics and an elected member of the International Statistics Institute. My qualifications are further summarized on my curriculum vitae, appended hereto as Exhibit A. My fee is $500 per hour. I have relied on standard statistical and epidemiological publications and may rely on additional material as discovery in this case progresses. I reserve the right to supplement or modify this declaration in the light of any new information, including

more detailed information about the analyses conducted by others. I hold all of these opinions to a reasonable degree of scientific certainty.

## SUMMARY OF OPINIONS

3. The retrospective cohort by Hansen et al.[1] gives convincing evidence for a causal association between the postsurgical use of intra-articular pain pump catheters to deliver anesthesia for periods of 48 hours (intra-articular pumps) and postarthroscopic glenohumeral chondrolysis (chondrolysis). The association of postsurgical use of intra-articular pump with chondrolysis is extremely high and is well beyond what could occur by chance. The risk difference between the pump and no pump groups with respect to chondrolysis is well beyond what could occur by chance. The magnitude of odds ratio and risk difference results are far too large to be plausibility explained by any other factor that has been shown linked to chondrolysis. See paragraphs 7 – 9.

4. The strikingly high association between intra-articular pumps and chondrolysis in the study by Hansen et al. is robust and the level is consistent with other intra-articular pain pump comparisons. See paragraphs 10 and 11.

5. The association between intra-articular pumps and chondrolysis in the unpublished study of 396 arthroscopic shoulder surgeries by Dr. Frederick Matsen is extremely high and is consistent with the results in Hansen et al. See paragraphs 12 and 13.

6. The relationship between intra-articular pumps and chondrolysis are concordant with the Hill criteria of causation. See paragraphs 14 – 17.

## ANALYSIS

---

[1] Hansen BP, Beck CL, Beck EP, and Townsley, RW, Postarthroscopic Glenohumeral Chondrolysis *Journal of Sports Medicine* 35, 1628-1634, 2007.

7. The structure of the Hansen et al. study is that there are two "case series" of surgeries, or more precisely stated, two cohorts of surgeries. As in all cohort studies, the first objective is to establish two groups, exposed and nonexposed. In Hansen et al. the exposed cohort of surgeries are those in which the shoulder was exposed to intra-articular pump use while the other cohort was not exposed to intra-articular pump use. The primary outcome in the Hansen et al. retrospective cohort study is whether shoulders experience chondrolysis after their surgery. The post-surgical outcomes reported in Hansen et al. are given in Table 1 of the Appendix.

8. The association of postsurgical use of intra-articular pump with chondrolysis is well beyond what could occur by chance. The one and two-sided mid p-values from Fisher's exact test for association of the intra-articular pump with chondrolysis are both less than 0. 001. The odds of chondrolysis in the intra-articular pump group divided by odds of chondrolysis in the no pump group (that is, the odds ratio) is extraordinarily large[2]. The median unbiased estimate[3] of the odds ratio is 321 and continuity corrected[4] odds ratio is 7925 (95% CI: 150.8, 416500). The Fisher's mid-p exact 95% confidence limit for odds ratio is (61.08, infinity). This later lower confidence limit can be interpreted as rejecting the statistical test (at level of significance equal to .05) that the odds ratio is less than 61.

9. The magnitude of the risk difference between the pump and no pump groups is quite large. The risk of getting chondrolysis in the intra-articular pump group is 63.16% (95% CI: 40.94, 80.95) as compared to 0% (95% CI: 0.0, 2.855) in the no pump group. The estimated risk difference is 63.16% (95% CI: 41.47, 84.85). As with the odds ratio, the

---

[2] With rare outcomes, a trial will sometimes contain no events in one arm, which yields problems when computations involve ratios or reciprocals of numbers of events. Consider study where $a$ of the participants in the exposed group experience events and $b$ do not, and $c$ participants in the unexposed group experience events and $d$ do not. When event rates are low, both $a$ and $c$ could possibly be zero. The odds ratio and risk difference for a study are computed as $OR = ad/bc$, and $RD = a/(a+b) - c/(c+d)$, respectively. If $c=0$, the odds ratio is infinite.

[3] In instances when the odds ratio is infinite one can apply the median unbiased estimate of the odds ratio as developed in Parzen et al. (2002), An Estimate of the Odds Ratio that Always Exists, *Journal of Computational and Graphical Statistics*, 11:420-436.

[4] Cox DR. The continuity correction. *Biometrika* 1970; 57:217–219. When zero event data occur most often researchers use a constant correction factor. By far the most widespread constant that is chosen is .5. Cox's analysis states that when using the odds as the effect measure, choosing a correction factor of .5 gives the least biased estimator of the true log odds in a single treatment group situation.

risk difference between the pump and no pump groups with respect to chondrolysis is extremely large and is well beyond what could occur by chance and far too large to be credibly explained by any other factor that has been shown linked to chondrolysis.

10. In order to assess the robustness of the association and risk difference above I looked at additional data in Hansen et al. related to the association between the use of intra-articular pain pumps and chondrolysis. In Hansen et al. an additional chart review of the 152 patients treated in this same time frame, another 104 patients were treated with the same preoperative and postoperative injection and pain pump techniques but with the catheters placed extra-articularly (superficial to the rotator cuff tendons). None of these patients experienced chondrolysis based on that chart review. The results are listed in the first and second row of Table 2 in the Appendix. The magnitude of the association intra-articular pump with chondrolysis is again well beyond what could occur by chance. The one and two-sided mid p-values from Fisher's exact test for association of the intra-articular pump with chondrolysis are less than 0. 001. The odds of chondrolysis in the intra-articular pump group divided by odds of chondrolysis in the extra-articularly group (that is, the odds ratio) is extraordinarily large; the Fisher's mid-p exact 95% confidence limit for odds ratio is (40.06, infinity). The magnitude of the risk difference between the pump and with the catheters placed extra-articularly group is quite large, with an estimated risk difference of 63.16% (95% CI: 41.47, 84.85).

11. Of the 30 arthroscopic stabilization procedures in Hansen et al., 19 shoulders were given intra-articular pain pump catheters, of which 12 have developed chondrolysis. An additional 13 patients were treated with arthroscopic stabilization but no pain pump catheters, and none of these patients have since developed symptoms related to chondrolysis, as confirmed by continued clinical follow-up through the first postoperative year. The results are listed in the first and third row of Table 2 in the Appendix. The magnitude of the association intra-articular pump with chondrolysis is again well beyond what could occur by chance. The one and two-sided mid p-values from Fisher's exact test for associations of the intra-articular pump with chondrolysis are less than 0. 001. The odds of chondrolysis in the intra-articular pump group divided by odds of

chondrolysis in the arthroscopic stabilization group is again extraordinarily large; the Fisher's mid-p exact 95% confidence limit for odds ratio is (4.651, infinity). The magnitude of the risk difference between the pump and with the catheters placed arthroscopic stabilization group is quite large, with an estimated risk difference of 63.16% (95% CI: 41.47, 84.85).

12. Data reported in the unpublished study of 396 arthroscopic shoulder surgeries is described by Dr. Frederick Matsen[5] in the March 5, 2009 testimony in Grossnickle et al. vs. Stryker Corp. et al. The 396 arthroscopic shoulder surgeries were performed by Dr. Brooke Benz from 1996 to 2008. The results from Dr. Matsen's data are strikingly similar to those reported in the Hansen et al. article. Based on the outcomes that Dr. Matsen describes (on pages 1664-1666 of the transcript) there were no cases of chondrolysis reported among the 281 surgeries that did not receive the intra-articular pain pump. The post-surgical outcomes reported by Dr. Frederick Matsen are given in Table 3 in the Appendix.

13. The association observed by Dr. Matsen is far too large to be credibly explained by any other factor that has been shown linked to chondrolysis. Among the 115 surgeries that received the intra-articular pump 41.74% (= 48/115) developed chondrolysis whereas among the 281 surgeries that did not use an intra-articular pump 0% (= 0/281) developed chondrolysis. The estimated risk difference between the pump and no pump groups with respect to chondrolysis is 41.74% (95% CI: 32.73, 50.75). As in the Hansen et al., the Matsen data presents an extremely high association, with a (one and two-sided) Fisher exact p-values less than .001, ruling out chance factors among those using the intra-articular as a sole explanation. The odds ratio is again infinite (95%CI mid-p exact: 62.58, infinity), with a median-unbiased estimate for the odds ratio of 282 and continuity corrected odds ratio of 404.5 (95% CI: 24.64, 6642). The results from the Dr. Matsen data, and their extraordinary magnitude, are in concert with those from the Hansen et al.

[5] Dr. Matsen appears to be eminently qualified to carry out such a study given his qualifications that are set out on pp 1598-1611 of his testimony in Grossnickle et al. vs. Stryker Corp. et al.

study. The study by discussed by Dr. Matsen strongly confirms the findings of Hansen et al.

## CAUSATION

14. Bradford Hill's criteria of causation[6] are principles to be considered when assessing causation. While it is straightforward to claim that agent "A" (i.e. intra-articular pump as used in the Hansen et al. study) causes a harm "B" (i.e. chondrolysis), it is quite another matter to establish a meaningful, statistically valid connection between the two phenomena. Hill's criteria provide an additional valuable assessment by which to evaluate the proposed theories and explanations. The Hill criteria include: 1) temporality 2) strength of association, 3) consistency, 4) consideration of alternate explanations, 5) specificity, 6) dose response, 7) plausibility, 8) coherence, and 9) experiment. As a biostatistician, I have the background, training and experience to comment upon the first four criteria.

15. In both the Hansen et al. and Matsen studies a pain pump was used in the joint before the chondrolysis occurred. After Dr. Benz stopped using pain pumps in 2006, the incidence of chondrolyis completely ceased[7]. Hansen et al. also reported that once they stopped using intraarticular pain pumps there were no further cases of chondrolysis, confirming Hill's temporality criteria.

16. The size of the association and risk differences discussed in the paragraphs 8, 9, 10, 11, and 13 are startlingly high, confirming Hill's strength of association criteria.

17. The association is consistent when results are replicated in studies in different settings, as the associations are in the various analyses of the Hansen et al. study (in

---

[6] The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine*, 58 (1965), 295-300.
[7] Dr. Matsen's March 5, 2009 testimony in Grossnickle et al. v. Stryker Corp. et al., p 1636

paragraphs 7 – 11), the Matsen study (in paragraphs 12-13), and various case studies[8]. If a relationship is causal, we would expect to find it consistently in different studies and in different populations, as is the case with the use of intra-articular pumps and chondrolysis.

18. In judging whether a reported association is causal, it is necessary to determine the extent to which researchers have taken other possible explanations into account and have effectively ruled out such alternate explanations. In other words, it is always necessary to consider multiple hypotheses before making conclusions about the causal relationship between any two items under investigation. Dr. Jones' report lists factors that have been associated with chondrolysis, and most of these factors are also listed in Petty et al.[9] and are addressed in the discussion of the Hansen et al. Dr. Jones provides no evidence that the factors, or combinations of the factors, she lists are the primary drivers of chondrolysis and that these factors can credibly explain away the startlingly high incidence of chondrolysis found in the Hansen et al. study. Similarly, Dr. Matsen also ruled out the possible confounders and alternate explanations in his study on pp. 1627-1631 and again on pp 1648-49 of his testimony in Grossnickle et al. vs. Stryker Corp. et al.

19. For a hypothetical confounder to provide a probable explanation of the high incidence of chondrolysis it would be need to be present only when the intra-articular pump is used. In order to believe that such a confounder was in fact responsible for and a

---

[8] Bojescul JA, Wilson G, Taylor, DC. Idiopathic Chondrolysis of the Ankle. Arthroscopy, 21, 224-7, 2005. Busfield B and Romero D. Pain Pump Use After Shoulder Arthroscopy As a Cause of Glenohumeral Chondrolysis. *Arthroscopy: The Journal of Arthroscopic and Related Surgery*, 25, 647-652, 2009. Fester, E and Noyes, F. Postoperative Chondrolysis of the Knee: Three Case Reports and a Review of the Literature. *American Journal of Sports Medicine*, 10,1-8, 2009. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder. *Arthroscopy*, Vol 22, 813-819, 2006. Greis P, LeGrand A, and Burks R. Bilateral Shoulder Chondrolysis Following Arthroscopy, A Report of Two Cases. *Journal of Bone and Joint Surgery*, 90, 1338-44, 2008. Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *Journal of Shoulder and Elbow Surgery*, 17, 380-8, 2008. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med.* 2004; 32:509-515, 2004.

[9] Petty et al. op. cit.

primary contributory cause of chondrolysis, rather than the intra-articular pump, it would need to be even more highly associated with chondrolysis than intra-articular pump use. No such alternate explanation has been found. Another hypothetical situation would be if a number of other factors acted together, as causal cofactors, along with intra-articular pump use to produce chondrolysis. However, if this were the case intra-articular pump use would still be a substantial contributory cause of the chondrolysis.

SIGNED:

August 24, 2009

## APPENDIX

Table 1: Post-surgical outcomes reported in Hansen et al., intra-articular v. no pump

| | Chondrolysis | No Chondrolysis | Total | Risk |
|---|---|---|---|---|
| Intra-articular pump | 12 | 7 | 19 | 63.16% |
| No pump | 0 | 158 | 158 | 0% |
| Total | 12 | 165 | 177 | |

Table 2: Post-surgical outcomes reported in Hansen et al., intra-articular v. extra-articular pump and arthroscopic stabilization with no pump

| | Chondrolysis | No Chondrolysis | Total | Risk |
|---|---|---|---|---|
| Intra-articular pump | 12 | 7 | 19 | 63.16% |
| Extra-articular pump | 0 | 104 | 104 | 0% |
| Arthroscopic stabilization | 0 | 13 | 13 | 0% |

Table 3: Post-surgical outcomes reported in Dr. Fredrick Matsen, intra-articular v. no pump

| | Chondrolysis | No Chondrolysis | Total | Risk |
|---|---|---|---|---|
| Intra-articular pump | 48 | 67 | 115 | 41.74% |
| No pump | 0 | 281 | 281 | 0% |
| Total | 48 | 348 | 396 | |