# EXHIBIT 51

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

DANIKA GROSSNICKLE and TIMOTHY
GROSSNICKLE, husband and wife;
ROBIN LABAW; CHRISTINE O'RILEY
and MICHAEL O'RILEY, husband and wife;
CHARLES SHWALLON and TRISHA SHWALLON,
husband and wife; TROY STANPHILL and
MARGARET STANPHILL, husband and wife;
JUANITA BERRY and JEFFREY BERRY, husband
and wife; and SCOTT ROONEY and MISTI
ROONEY, husband and wife,

Plaintiffs,

vs. NO. 0703-02834

(Caption continued on next page.)

TRANSCRIPT OF PROCEEDINGS

Volume 7-A

(Pages 1587 to 1709)

BEFORE THE HONORABLE MICHAEL H. MARCUS

Thursday, March 5, 2009

STRYKER CORPORATION, a Michigan corporation;
STRYKER SALES CORPORATION, a Michigan corporation;
I-FLOW CORPORATION, a Delaware corporation;
PROVIDENCE HEALTH SYSTEM-OREGON, an Oregon nonprofit corporation; TUALITY HEALTHCARE, an Oregon nonprofit corporation, doing business as TUALITY COMMUNITY HOSPITAL; and A. BROOKE BENZ, M.D., individual and doing business as BENZ BONE & JOINT CLINIC,

Defendants.

scientific standpoint.

And I should say here, if you don't mind, that I'm not an arthroscopic surgeon. This type of surgery is not something I do. But because of what I mentioned before, I'm always interested in studying adverse outcomes of any kind of treatment.

So I said sure, I'd like to look at those cases. And that -- that led to a study that we actually presented just last week at the American Academy of Orthopedic Surgeons' meeting in Las Vegas, and it was well-received. And that was a study in which we were able to present 65 or 67 new cases that had been previously unreported, which more than doubled the number of cases of chondrolysis from any cause that had been previously reported in the literature. So that was peer-reviewed in that sense.

Then I had another discussion with the attorney. And I said, you know, the problem with that study, the one I just referred to, is we don't know what the denominator is. We know that these cases had chondrolysis, but we don't know anything about the population from which

A Only if there was joint space loss or if we -- and that -- you're bringing up such an important point because arthroscopic surgery, like any kind of surgery, can not do well for lots of different reasons. And so we wanted to be very specific that we understood that the reason was chondrolysis, and this is why we had this rather narrow definition of what we'd accept as the definition.
Q By the way, how many cases were in the group of patients in which pain pumps were used?
A Could you state that question again?
Q Yeah. How many of the three -- of the 396 patients -- is that a precise number, or is that an estimate?
A That was the entire number of the data sheet that the team gave me.
Q Okay. 396?
A 396.
Q Okay. How many of the 396 actually received pain pumps?
A Well, the number -- we'd have to -- I'd have to back calculate it. But it was 12 percent, plus whatever it was on the graph, 17 percent.
Q All right.

A So I -- I --
Q So 39 percent of 396; is that how you would compute that?
A I don't know if I'm remembering -- I don't want to misstate what it said on the slide. But I think it was 19 and 17.
Q No, I'm looking at it. It's 12 and 17.
A You've got an unfair advantage.
Q Oh, I'm sorry.. I thought you had it in front of you.
A No, sir.
Thank you.
Q Sorry.
A For the mathematicians in the group, it would be 12 percent -- it would be 29 percent of the cases got pain pumps and -- was that the answer to your question?
Q Yes. Give me one second. So roughly about 116, plus or minus 2, patients actually received pain pumps?
A That's what the data said.
Q And then of that group, about 40 percent, if I did the math right quickly -- and I'm not holding you to this exact number, I promise -- about 40 percent developed chondrolysis by your

definition, and about 60 percent did not.
A Slightly less than half did develop chondrolysis. I agree with you.
Q Okay. So in the 60, approximately 60 percent, the pain pump did not appear to be a factor, they didn't develop chondrolysis?
A It was not associated with chondrolysis, that's correct.
Q Now, let me look at a different -- a different issue.
Of the patients that did not use pain pumps, and that would be the overwhelming majority, about 300 of them, maybe 285, roughly --
A Right.
Q -- those would be more current patients, correct, because Dr. Benz had a practice of using pain pumps regularly for surgeries that required work in the glenohumeral joint?
A During that period that we showed on the slide, that was when those cases were done. There were some cases before that had no pain pump use and some cases after, and also some patients during the period of interest that didn't get pain pumps.