# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.:  08-cv-00365-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  May 4, 2010 | Courtroom Deputy:   Kathleen Finney |

| | |
|---|---|
| STACEY ANN HANSEN, | Donald Robert Jones (telephone) |
| | Thomas B. Powers (telephone) |
| Plaintiff, | |
| v. | |
| DJO, INCORPORATED, | Rachel Laine Carnaggio |
| I-FLOW CORPORATION, | Jordan Lee Lipp |
| | Matthew Marshall (telephone) |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION/STATUS CONFERENCE**
**Court in session:  9:23 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

For reasons stated on the record,

**It is ORDERED:**     Defendant I-flow Corporation's Unopposed Motion to Lift Stay [Doc. No. 220, filed 4/26/2010] is **GRANTED** to the extent the briefing of 702 issues go forward.

**It is ORDERED:**     Parties shall file a joint Status Report **on or before JUNE 4, 2010,** as to all other issues discussed.


HEARING CONCLUDED.
**Court in recess:        9:37 a.m.**
Total time in court:    00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.