# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc.;
REABLE THERAPEUTICS, LLC; and
I-FLOW CORPORATION;

Defendants.

---

**NOTICE OF PLAINTIFF'S WITHDRAWAL OF EXPERT REPORTS OF CARL BASAMANIA, M.D. AND STEPHEN B. TRIPPEL, M.D.**

---

PLEASE TAKE NOTICE that plaintiff hereby withdraws the following experts from disclosure in this action:

1) Carl J. Basamania, M.D. report on Addis, parts I-III, VI and VII, May 26, 2009; and

2) Stephen B. Trippel, M.D., report dated May 27, 2009.

Dated: June 18, 2010.

WILLIAMS LOVE O'LEARY & POWERS, P.C.

Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com
Michael L. Williams, OSB No. 78426
mwilliams@wdolaw.com

Thomas B. Powers, OSB # 98393
tpowers@wdolaw.com
Heather A. Brann, OSB #040495
hbrann@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 295-2924
Facsimile: (503) 295-3720

Laura B. Kalur, OSB No. 023424
lbkalur@kalurlaw.com
Kalur Law Office
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 595-4145
Facsimile: (503) 295-3720

D. Robert Jones, CSB No. 25393
Jones@drjpc.com
D. Robert Jones, PC
219 West Colorado Ave Suite 210
Colorado Springs, CO 80903
Telephone: (719) 630-1556
Facsimile: (719) 630-7004

Ernest Franklin Woodson, ASB No. 0479-W66E
frank.woodson@beasleyallen.com
Beasley Allen Crow Methvin Portis & Miles, P.C.
234 Commerce St.
Montgomery, AL 36104-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served electronically via email and U.S. Mail, first class postage prepaid, on the 18th day of June, 2010, on the following:

Jeffrey R. Pilkington, Esq.
jeff.Pilkington@dgslaw.com
Jordan Lipp, Esq.
Jordan.lipp@dgslaw.com
Davis Graham & Stubbs LLP
1550 – 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379

Chad J. Layton, Esq.
clayton@smsm.com
Erin N. Graham, Esq.
egraham@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Sears Tower, #5500
Chicago, IL 60606-6306

*Attorneys for I-Flow Corporation*

Brett Marshall Godfrey, Esq.
godfrey@godlap.com
James A. Johnson
johnson@godlap.com
Godfrey & Lapuyade, PC
9557 S. Kingston Court
Englewood, CO 80112
Telephone: 303-228-0700
Facsimile: 303-228-0701

*Attorneys for DJO, Incorporated f/k/a DJ Orthopedics, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com

cc: Co-counsel