IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 1:08-cv-003650-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.; I-FLOW CORPORATION

Defendants.

---

**DEFENDANT I-FLOW'S MEMORANDUM IN SUPPORT OF ITS RULE 702 MOTION TO EXCLUDE EXPERT OPINION ON GENERAL CAUSATION**

---

**APPENDIX I**