# Appendix I, Tab 6

Editorial

# Glenohumeral Thermal Capsulorrhaphy Is Not Recommended—Shoulder Chondrolysis Requires Additional Research

In this issue, a report of 8 cases by Good, Shindle, Kelly, Wanich, and Warren[1] confirms a concern voiced in previously published literature[2,3] that the devastating complication of glenohumeral chondrolysis is associated with shoulder thermal capsulorrhaphy.

Also reported in this issue, by Creighton, Romeo, Brown, Hayden, and Verma,[4] is that glenohumeral thermocapsular shrinkage had been performed in 9 of the 18 patients who later required a revision of their previous shoulder instability repair.

Finally, as reported in this issue, capsular attenuation or ablation, yet another complication of shoulder thermal capsulorrhaphy,[5] is one of the few shoulder stabilization challenges that Kropf, Tjoumakaris, and Sekiya[6] believe may result in the possible need for open (as opposed to arthroscopic) shoulder stabilization.

As the Editors of *Arthroscopy*, we cannot help but conclude that, pending evidence to the contrary, shoulder thermal capsulorrhaphy is a procedure in which these and other reported risks[5] outweigh any potential benefits.

What is more, chondrolysis has also been reported to be caused by the use of gentian violet[7-9] and with intra-articular use of a pain pump.[3] Additionally, in animal[10] and in vitro[11] models, chondrolysis or chondrocyte cytotoxicity has been found to result from extreme levels of local anesthetic infusion. Idiopathic shoulder chondrolysis has also been described.[12] The etiology of glenohumeral chondrolysis may be multifactorial.[3]

Future research is required to determine the cause, and proper prevention, of shoulder chondrolysis.

*© 2007 by the Arthroscopy Association of North America*
*0749-8063/07/2307-7221$32.00/0*
*doi:10.1016/j.arthro.2007.05.001*

JAMES H. LUBOWITZ, M.D.
*Assistant Editor-in-Chief*
GARY G. POEHLING, M.D.
*Editor-in-Chief*

## REFERENCES

1. Good CR, Shindle MK, Kelly BT, Wanich T, Warren RF. Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. *Arthroscopy* 2007;23:797.e1-797.e5.
2. Levine WN, Clark AM Jr, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. *J Bone Joint Surg Am* 2005;87:616-621.
3. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: Case reports and review of the literature. *Am J Sports Med* 2004;32:509-515.
4. Creighton RA, Romeo AA, Brown FM, Hayden JK, Verma NN. Revision arthroscopic shoulder instability repair. *Arthroscopy*. In press 2007.
5. Sperling JW, Anderson K, McCarty EC, Warren RF. Complications of thermal capsulorrhaphy. *Instr Course Lect* 2001;50:37-41.
6. Kropf EJ, Tjoumakaris FP, Sekiya JK. Arthroscopic shoulder stabilization: Is there ever a need to open? *Arthroscopy*. 2007;23:779-784.
7. Nakagawa Y, Ueo T, Miki T, Kotani H, Onishi E, Nakamura T. Glenohumeral osteoarthritis following a "color test" during rotator cuff repair. A case report and a review of the literature. *Bull Hosp Jt Dis* 1998;57:216-218.
8. Shibata Y, Midorikawa K, Koga T, Honjo N, Naito M. Chondrolysis of the glenohumeral joint following a color test using gentian violet. *Int Orthop* 2001;25:401-403.
9. Tamai K, Higashi A, Cho S, Yamaguchi T. Chondrolysis of the shoulder following a "color test"–assisted rotator cuff repair—A report of 2 cases. *Acta Orthop Scand* 1997;68:401-402.
10. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: An experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy* 2006;22:813-819.
11. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivicaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy* 2006;22:693-699.
12. Kahan A, Amor B, Benhamou CL. Rapidly progressive idiopathic chondrolysis simulating tuberculosis of the shoulder. *J Rheumatol* 1983;10:291-293.