# Appendix I, Tab 17

Poster # 9

**Complications Associated with the Use of Pain Control Infusion Pumps (PCIPs) After Arthroscopic Shoulder Surgery**

**Authors:**
Reuben Gobezie MD, Bryan Krastins BA, Kyle Lavery BA, Jon P. Warner MD, Peter J. Millett MD (Boston, MA; Vail, CO)

**Objective:**
Prior studies have confirmed the efficacy of an intraarticular pain pump for postoperative analgesia after shoulder surgery. However, no large study has evaluated the rate of complications with these devices. Thus, the purpose of this study was to evaluate the rate of complications associated with the use of a pain control infusion pump (PCIP) for postoperative pain control after arthroscopic shoulder surgery.

**Methods:**
We performed a retrospective review of a consecutive series of 687 patients undergoing arthroscopic shoulder procedures between December of 2000 and January of 2005. All 687 patients received 0.25% bupivicaine at a constant rate of 2ml or 5 mL per hour for 48 hours

**Results:**
There were 2 (0.3%, 95% CI=0.3%-1%) complications associated with the use of the pain control infusion pump in our study. Both complications involved breakage while trying to remove the intra-articular catheter after 48 hours. One of these patients had an infection associated with her retained catheter fragment. One of the patients had the intraarticular catheter break during attempted removal treated with observation and 11 months out from surgery remains asymptomatic. The other patient is 8 months from her index procedure, and after removal of the catheter and arthroscopic irrigation, remains asymptomatic.

**Conclusions:**
While PCIP's are an effective method of achieving postoperative analgesia there is a small but definite risk of complication. Extraction of the catheter is rarely associated with breakage which is likely the consequence of twisting and knotting inside the shoulder. Patients should be informed of this and the surgeon may want to consider this risk when deciding on the use of these devices.