# Appendix II, Tab 1

**Expert Report of Stephen F. Badylak, May 31, 2009**

**May 31, 2009**

**Expert Report**

My name is Stephen F. Badylak and I am currently employed at the University of Pittsburgh in the McGowan Institute for Regenerative Medicine. I have been employed by the University of Pittsburgh since January 1, 2003. I am the Deputy Director of the McGowan Institute and Director of the Center for Preclinical studies. I am a full Professor with tenure with the Department of Surgery and have a secondary appointment as full Professor in the Department of Bioengineering.

My qualifications to render an opinion in this case include my training as a veterinarian (DVM Purdue University, 1976), a clinical pathologist (MS, Purdue University, 1979), an anatomic pathologist (PhD, Purdue University, 1981), and a medical doctor (MD, Indiana University, 1985). I have both practiced clinical medicine (Sports Medicine and General Medicine) as the head team physician for Purdue University from 1985 to 2001 and conducted research from 1985 until the present time in the field of tissue engineering and regenerative medicine. Tissue engineering and regenerative medicine are the study of diseased or missing tissues and the development of strategies and methodologies for the reconstruction or regeneration of such tissues.

I have authored more than 200 peer reviewed articles in this area of study including many that focus upon the restoration of musculoskeletal tissues. I hold more than 50 US patents in the field of regenerative medicine including patents directed toward technology to treat shoulder pathology in patients with rotator cuff injury. I have both served on advisory committees for the Food and Drug Administration (FDA) and have participated in the preparation of applications to the FDA for approvals, allowances, and labeling of new medical devices. I am the president elect of the International Society of Tissue Engineering and Regenerative Medicine (TERMIS) and have been principal investigator for more than 200 sponsored research projects in this and related areas. Of relevance, I am currently the principal investigator upon projects for the United States Defense Department that involve the restoration of healthy limb and digit structures as a therapeutic option for soldiers suffering from traumatic limb injury.

**SUMMARY OF OPINIONS:**

In developing my opinions, I used the same scientific methodology with the same degree of rigor that I use in my research.

In addition I have used my education, training, clinical and research experience and general references within my field of research to reach my opinions. (See Appendix 1)

I hold my opinions to a reasonable degree of scientific and medical certainty. I reserve the right to supplement my opinions as new scientific data and medical literature come to light that I did not have available to me prior to this date, and as data are provided to me in the form of opinions of other experts in this litigation.

I have no vested interest in any of the defendant manufacturers in this litigation to disclose.

It is my opinion that:

1. The use of pain pumps to deliver intra-articular medications such as marcaine alone, marcaine with epinephrine, or other local anesthetics that have been shown to be cytotoxic to chondrocytes is the primary cause of chondrolysis in these patients.

2. Epinephrine alone may be toxic to chondrocytes in high doses and prolonged exposure. The likely mechanism by which chondrolysis is caused when epinephrine is used with local anesthetics such as marcaine however, is by decreasing the turnover rate of synovial fluid as a consequence of the vasoconstriction to the blood vessels that supply the lining cells of the joint capsule (synoviocytes). By decreasing the blood supply and thus decreasing the turnover rate of synovial fluid, the high concentration of the of the primary chondrotoxin, marcaine, remains in direct contact with the articular surface for a longer period of time causing progressive death of the articular surface cartilage cells.

3. Chondrolysis is the destruction of cartilage cells which cover the surface of bones within a joint. Chondrolysis as a result of exposure to pharmacologic agents (drugs) such as marcaine is time and dose dependent. That is, the destructive effect becomes worse with increasing time and/or increasing dose of the drug in contact with the cartilage cells.

4. There have been and remain today safe alternatives to using a pain pump to relieve post operative pain; including systemic analgesics and local anesthetics when administered as periarticular or regional blocks.

5. Practicing physicians, including surgeons, rely upon accurate labeling of drugs and devices to guide the safe and effective use of these drugs and devices. The misrepresentation of FDA sanctioned use of intra-articular application of pain pumps by industry representatives is clearly

and causally related to chondrolysis caused by continuous intra-articular infusion of marcaine at either 0.25% or 0.50 %, with or without associated use of epinephrine.

6. There is no reason to suspect other causes of chondrolysis in cases in which continous intra-articular infusion of marcaine has been used. Primary chondrolysis, immune mediated chondrolysis such as seen with rheumatoid arthritis, and infectious causes of chondrolysis would have a different presentation and can be effectively ruled out.

**Background**

Pain pumps are devices manufactured with the intent of delivering local anesthetic medication, with low but steady pressure, to a selected anatomic site for extended periods of time. These devices are typically used in the immediate post surgical setting to provide analgesic relief for patients and are frequently associated with the administration of systemic analgesics. The intended sites of delivery of the local anesthetic in patients subjected to shoulder surgery are typically the periarticular soft tissue and the intraarticular joint space.

The intraarticular (inside the joint) shoulder joint space includes the articulating surfaces of the humerus and the glenoid cavity. This glenohumeral joint is also referred to as a "ball and socket" joint. The articular surface of the humeral head and the shallow cup shaped surface of the glenoid are covered by a smooth, glistening, thin layer of hyaline cartilage. Hyaline cartilage is a unique type of cartilage within the body that does not have the ability to regenerate following irreversible injury. Instead, following destruction of the articular cartilage as a result of causes such as trauma, age, exposure to noxious or toxic substances, among others, the site is repaired by the deposition of fibrocartilage or other connective tissues that attempt to fill the void left by the damaged cartilage. Chondrocytes are the cells that reside within normal cartilage tissue. Chondrocytes secrete an extracellular matrix ("outside" of the cell) that accounts for a large portion of normal cartilage tissue. Cartilage tissue does not have a blood supply. Instead, this tissue and its resident cells receive nourishment entirely by way of diffusion from the fluid within the joint space (synovial fluid). The synovial fluid volume of normal individuals ranges from approximately 16 mL to 27 mL. [Wiater et al. J Shoulder Elbow Surg, Vol. 16, Number 6] The normal turnover (i.p., rate of replacement) of synovial fluid approximately 2-4 uL/hr/cm$^2$, or stated differently, one to two mL per hour. Therefore, the constituents of the joint fluid, including any introduced pharmacologic agents, are in continuous contact with the surface chondrocytes for prolonged periods of time. Joint fluid is replaced by the cells that line the soft tissue of joint cavity.

These cells are called synoviocytes and they cover the inner surface of the joint capsule. These cells receive their nutrition from the underlying blood supply to the joint capsule. Any interference with this blood supply, either through pharmacologic or non pharmacologic means, will compromise the production of new synovial fluid and reduce the turnover rate. For example, constriction of vascular flow to the joint capsule that occurs following administration of epinephrine will decrease production of new joint fluid and prolong the exposure of chondrocytes to joint fluid and its contents.

It is known that exposure of chondrocytes to bupivacaine and related long acting local anesthetic drugs (including bupivacaine with or without epinephrine, and lidocaine) is harmful and can cause injury and cell death [Chu, C.R., et al, *The Journal of Bone and Joint Surgery*. 2008;90-B:814-20; Dragoo, Jason L., et al. *Papers, Posters;* Fulkerson, John P., et al. *The Journal of Arthroscopic and Related Surgery*. 1986;2(3):184-89]. It is logical and rational given the physiology of the shoulder joint, that the anesthetic drugs' toxicity is related to dose and length of exposure. As stated earlier, chondrocytes have limited ability to recover from injury. When injury leads to death of the chondrocytes (chondrolysis), the course of events is irreversible. There will be no restoration of healthy intact chondrocytes or extracellular matrix. Instead there will be replacement of the dead tissue by the articular surface version of scar tissue, which is typically fibrocartilage. Because of the constant motion of the shoulder joint, there is often erosion of the unprotected articular surface and eventual exposure of the bone tissue that underlies the cartilage. The resulting outcome of this injury therefore is typically exposure of subchondrial bone, deposition of proliferation of fibrocartilage, deformation of the normal articulation between the head of the humerus and the glenoid, with resulting pain, limitation of range of motion, and loss of function. These events are irreversible and the outcomes are present for the remainder of life of the individual.

It is evident, based on the available medical and scientific data that the use of pain pumps that deliver bupivacaine and analogs of bupivacaine to the intra-articular space, and result in the exposure of chondrocytes to the toxic effects of bupivacaine, can cause irreversible joint damage with resultant adverse pathologic and clinical outcomes in some people. In the largest case series so far reported, the "attack rate" was about 63%, that is, of all the people who had pain pump catheters inserted into their shoulder joint, 63% of them developed chondrolysis and 37% did not.

Deposition and Trial Testimony within the last 4 years: NONE

am being compensated at a rate of $375/hr for my efforts in preparing for this report, any deposition estimony and trial testimony.

\ copy of my Curriculum Vitae and a list of literature I considered are attached as appendices to this report. I did not necessarily rely on all the listed articles as authoritative but I have considered and reviewed them in preparing my report.

Steve Badylak

Stephen F. Badylak, DVM, MD, PhD

01 June, 2009

Date

**Documents Reviewed**


1. Anz, Alan, et al. The Effect of Bupivacaine and Morphine in a Coculture Model of Diarthrodial Joints. *Arthroscopy: The Journal of Arthroscopic and Related Surgery.* 2009.

2. Bailie, David S., et al. Severe Chrondolysis after Shoulder Arthroscopy: A Case Series. *Journal of Shoulder and Elbow Surgery.* 2008.

3. Busfield, Benjamin T., et al. Subacromial Pain Pump Use with Arthroscopic Shoulder Surgery: A Short-Term Prospective Study of Complications in 583 Patients. *Journal of Shoulder and Elbow Surgery.* 2008. 17:860-62.

4. Cawley, Patrick D., et al. Chondrolysis Following Arthroscopy of the Shoulder: A Review of Literature and Discussion of Potential Etiologies.

5. Chu, Constance R., et al. In Vitro Exposure to 0.5% Bupivacaine Is Cytotoxic to Bovine Articular Chondrocytes. *Arthroscopy: The Journal of Arthroscopic and Related Surgery.* 2006;22: 693-99

6. Chu, Constance R., et al. Articular Cartilage Transplantation: Clinical Results in the Knee. *Clinical Orthopaedics and Related Research.* 1999;360:159-168.

7. Chu, C.R., Izzo, N.J., Coyle, C.H., Papas, N.E. and Logar, A. The *in vitro* effects of bupivacaine on articular chondrocytes. *The Journal of Bone and Joint Surgery.* 2008;90-B:814-20.

8. Dragoo, Jason L., Kanwar, Rajdeep, Korotkova, Tatiana, and Wood, Billy. Effect of Local Anesthetics Delivered via Peri-Operative Pain Pumps on Chondrocyte Viability. *Papers, Posters and Scientific Exhibits Sports/Arthro.* Poster # P422.

9. Expert report of Dr. Gary Poehling, Kilpatrick v. Breg.

10. Expert report of Dr. Jason Dragoo, March 17, 2009

11. Expert report of Dr. Wayne Z. Burkhead, Jr.

12. Expert report of Dr. Judith K. Jones. April 17, 2009.

13. Fulkerson, John P., et al. Articular Response to Arthroscopic Surgery: A review of Current Knowledge. *The Journal of Arthroscopic and Related Surgery.* 1986;2(3):184-89.

14. Gomoll, Andreas H., Kang, Richard W., Williams, James M., Bach, Bernard R., and Cole Brian J. Chondrolysis after continuous intra-articular bupivacaine infusion: An experimental Model Investigating chondrotoxicity in the rabbit shoulder. *The Journal of Arthroscopic and Related Surgery.* 2006. 22(8):813-819.

15. Gomoll, Andreas H., Yanke, Adam B., Kang, Richard W., Chubinskaya, Susan, Williams, James M., Bach, Bernard R. and Cole Brian J. Long-Term Effects of Bupivacaine on Cartilage in a Rabbit

Shoulder Model. *The American Journal of Sports Medicine*. Published October 2, 2008 as doi:10.1177/0363546508323748.

16. Gommol, Andreas H. , et al. Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder. *Arthroscopy: The Journal of Arthroscopic and Related Surgery.* 2006;22:813-19.

17. Greis, Patrick E., LeGrand, Alexander and Burks, Robert T. Bilateral Shoulder Chondroysis Following Arthroscopy. A Report of Two Cases. *The Journal of Bone and Joint Surgery.* 2008;90:1338-1344.

18. Hansen, Brent P., Beck, Charles L., Beck, Elizabether P. and Townsley, Robert W. *Postarthroscopic Glenohumeral Chondroylsis.* Published on July 3, 2007 as doi 10.1177/0363446507304136.

19. Karpie, John C., et al. Lidocaine Exhibits Dose- and Time- Dependent Cytotoxic Effects of Bovine Articular Chondrocytes In Vitro. *The American Journal of Sports Medicine.* 2007;10:1-6.

20. Key, Albert J. The Production of Chronic Arthritis by the injection of Weak Acids, Alkalines, Distilled Water, and Salt Solution Into Joints. *The Journal of Bone & Joint Surgery.* 1933. 15:67-84.

21. Levy, Jonathan C. and Frankle, Mark. Bilateral Shoulder Chondrolysis Following Arthroscopy. A Report of Two Cases. *The Journal of Bone and Joint Surgery.* 2008;90:2546-2547.

22. Levy, Jonathan C., et al. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder and Elbow Surgery.* 2008.

23. Mitchell, Larsen W. et al. Severe Glenohumeral Chondrolysis Following Shoulder Arthroscopy Resulting in Arthroplasty. Paper No:284, AAOS Annual Meeting, March 23, 2006.

24. Nole, Roberta, et al. Bupivacaine and Saline Effects on Articular Cartilage. *The Journal of Arthroscopic and Related Surgery.* 1985;1(2):123-27.

25. Petty, Damon H., et al. Glenohumeral Chondrolysis After Shoulder Arthroscopy: Case Reports and Reviews of the Literature. *American Journal of Sports Medicine.* 2004. 32:509-515.

26. Piper, Samantha L., et al. Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes. *The Journal of Bone and Joint Surgery.* 2008. 90:986-991.

27. Tonary, Angela, et al. Local Anesthetic Infusion with Post Operative Pain Pumps and Articular Chondrolysis. *Canadian Adverse Reaction Newsletter.* 2009. 19:1-3.

28. Wiater et al. Glenohumeral joint volume reduction with progressive release and shifting of the inferior shoulder capsule. *J Shoulder Elbow Surg.* 2007 Nov-Dec;16(6):810-4.

29. Tonary, Angela, et al. Local Anesthetic Infusion with Post Operative Pain Pumps and Articular Chondrolysis. *Canadian Adverse Reaction Newsletter.* 2009. 19:1-3.

30. Accufuser® Post-Op Pain Control Pump Instructions for Use.

31. Busfield, Bejanmin Thomas and Romero, Denise M. Shoulder Post-Operative Arthroscopy Pain Pump Use and Glenohumeral Chondrolysis. *The Journal of Arthroscopic and Related Surgery.* Manuscript Draft January 2009.

32. Busfiled, Benjamin, T. and Romero, Denise, M. Pain Pump Use After Shoulder Arthroscopy As a Cause of Glenohumeral Chondrolysis. *The Journal of Arthroscopic and Related Surgery.* 2009. June; Vol 25(6);647-652.

33. Bulkerson, John P. and Winters, Thomas F. Jr. Articular Cartilage Response to Arthroscopic Surgery: A Review of Current Knowledge. *The Journal of Arthroscopic and Related Surgery.* 2(3)184-189. 1986.

34. Dr. Beck PER 27793 – Chondrolysis. (Complaint info)

35. Cawley, Patrick, Bailie, David S., Guttman, Dan and Lubowitz, James. Chondrolysis Following Arthroscopy of the Shoulder: A review of the Literature and Discussion of Potential Etiologies. Manuscript drafted by Bailie prior to getting his article accepted.

36. Chu, Connie. Excerpt from interview to Dr. Douglas Jackson of Orthopedics Today. November, 2008.

37. Coobs, Benjamin, R., and LaPrade, Robert F. Severe Chondrolysis of the Glenohumeral Joint After Shoulder Thermal Capsulorrhaphy. *The Journal of Orthopedics.* 2009;38(2):E34-E37.

38. Cox, Donnell – Expert report by John W. Swanson, M.D. May 17, 2009.

39. Cox, Donnell – 3 surgical records from East Portland; Providence Portland and Oregon Outpatient Surgery.

40. Crothers, Dr. Omar D. Letter regarding questions about Pain Pump and Epinephrine.

41. Docsa, Steven. Email correspondence regarding problems with Marcaine w epi.

42. Gobezie, Reuben, Krastins, Bryan, Lavery, Kyle, Warner, Jon P. and Millett, Peter J. Complications Associated with the Use of Pain Control Infusion Pumps (PCIPs) After Arthroscopic Shoulder Surgery. *Poster # 9 UHHS ORTHO.* Oct 10, 2007.

43. Fester, Eric, W. and Noyes, Frank, R. Postoperative Chondrolysis of the Knee. *The American Journal of Sports Medicine.* 2009. Vol. X, No. X. (DOI: 10.1177/0363546509334999).

44. Hearing (Mclellan, Turner, Addis) re Case Management and Discovery, October 3, 2008.

45. Hoffman, Jennifer. Email correspondence regarding problems with Marcaine w epi.

46. Huggins, Caleb and Turner, Gregory et al. protective orders.

47. Intra-Articular Bupivacaine Infusion Study. DaVinci Biomedical Research Products. Draft final report. December 20, 2007.

48. Levy, Jonathan, C. and Frankle, Mark. Bilateral Shoulder Chondrolysis Following Arthroscopy. A Report of Two Cases. *The Journal of Bone & Joint Surgery.* 2008;90:2546-2547.

49. Lo, Ian, K., Sciore, Paul, Chung, May, Liang, Sherri, Boorman, Richard, B., Thornton, Gail, M., Rattner, Jerome, B. and Muldrew, Kenneth. Local Anesthetics Induce Chondrocyte Death in Bovine Articular Cartilage Disks in a Dose- and Duration-Dependent Manner. *The Journal of Arthroscopic and Related Surgery.* 2009. July Vol 25(7);707-715.

50. Lonnie, Paulos M.D. Deposition. August 15, 2008.

51. St-Gelais, Fannie. Local anesthetic infusion with postoperative pain pumps and articular chondrolysis. *Canadian Adverse Reaction Newsletter.* Vol 19(1) January, 2009.

52. McKinley Medical. 1998-1999. Plantiffs Exhibit 0244.

53. McNickle, Allison, G., L'Heureux, Daniel, R., Provencher, Matthew, T., Romeo, Anthony, A. and Cole, Brian, J. Postsurgical Glenohumeral Arthritis in Young Adults. *The American Journal of Sports Medicine.* 2009. Vol. X, No. X (DOI: 10.1177/0363546509333481).

54. NetRegulus Activity Reports. December 4, 2006.

55. Order Modifying and Clarifying Stipulated Qualified Protective Order and Acknowledgement of Stipulated Qualified Protective Order from Oregon State court case *Grossnickle.*

56. Townshend, D., Emmerson, K., Jones, S., Partington, P. and Muller, S. Intra-articular injection *versus* portal infiltration of 0.5% bupivacaine following arthroscopy of the knee. *The Journal of Bone & Joint Surgery.* 2009. May Vol 91-B(5);601-603.

*Stephen F. Badylak, D.V.M., Ph.D., M.D.*

# Curriculum Vitae

**Personal Information:**


| | |
|---|---|
| Name | Stephen Francis Badylak |
| Address | University of Pittsburgh<br>Department of Surgery<br>McGowan Institute for Regenerative Medicine<br>100 Technology Drive, Suite 200<br>Pittsburgh, PA 15219-3130 |
| Phone | 412-235-5145 |
| Fax | 412-235-5224 |
| E-mail | badylaks@upmc.edu |


| | |
|---|---|
| Birth | December 22, 1952; Gary, Indiana |
| Nationality | U.S. Citizen |
| Education | Purdue University, W. Lafayette, IN<br>DVM, 1976 |
| | Purdue University, West Lafayette, IN<br>MS, Clinical Pathology, 1978 |
| | Purdue University, West Lafayette, IN<br>PhD, Anatomic Pathology, 1981 |
| | Indiana University, Indianapolis, IN<br>MD, 1985 |

**Professional Experience:**

| | |
|---|---|
| January 2003 – present | Professor<br>Department of Surgery<br>Deputy Director- McGowan Institute for Regenerative Medicine<br>Director – McGowan Center for Preclinical Studies<br>University of Pittsburgh, Pittsburgh, PA |
| June 2003 – 2008 | Adjunct Professor, Wake Forest University School of Medicine<br>Division of Surgical Sciences<br>Wake Forest Institute for Regenerative Medicine |
| July 1998 – October 2002 | Senior Research Scientist<br>Department of Biomedical Engineering<br>Purdue University, West Lafayette, Indiana |
| July 1995 – 2002 | Adjunct Associate Professor of Pathology & Laboratory Medicine<br>Indiana University School of Medicine<br>Indianapolis, Indiana |
| June 1995 – 1998 | Director, Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| July 1993 – 1996 | Associate Professor<br>Department of Veterinary Physiology & Pharmacology<br>Purdue University, West Lafayette, Indiana |
| July 1993 – 1995 | Director of Research<br>Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| May 1987 – 2002 | Head Team Physician for Athletic Department<br>Purdue University, West Lafayette, Indiana |
| August 1986 – 1993 | Associate Research Scholar,<br>Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| August 1985 – 1986 | Postdoctoral Research Associate,<br>Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| May 1978 – May 1979 | Practicing Veterinarian, Small Animal Practice<br>Hobart, Indiana |
| May 1976 – January 1977 | Practicing Veterinarian, Mixed Animal Practice |

Glenwood, Illinois

January 1982 – 2005 — Senior Partner, Director and Pathologist for the Veterinary Professional Laboratory
West Lafayette, Indiana

**Honors:**

Innovation Award (University of Pittsburgh) - 2008

Inventor of the Year Award (Pittsburgh Intellectual Property Law Association) – 2008

Chancellor's Distinguished Research Award (Senior Scholars category) – 2008

Carnegie Science Center Award for Excellence (Biomaterials) - 2008

Carnegie Science Center Award for Excellence (Research) – 2005

Clemson Award (Society for Biomaterials) – 2005

Sigma Xi (Scientific Research Society – Research Award) – 2002

**Membership in Professional Organizations:**

International Society for Applied Cardiovascular Biology (ISACB)

Tissue Engineering and Regenerative Medicine International Society (TERMIS) – President Elect

American Institute for Medical and Biological Engineering (Fellow)

Society for Biomaterials

OESO The Esophagus (World Organization for Specialized Studies on Diseases of the Esophagus)

Macromolecular Bioscience

**Major Research Interests:**

Tissue Engineering/Regenerative Medicine

Biologic Scaffolds and Extracellular Matrix Biology

Biomaterials and Host-Biomaterial Interactions

Host Immune Response and Role in Remodeling of Biomaterials

Orthopaedic Surgery and Biology, Soft Tissue and Limb Regeneration

Updated 5/21/2009

Biomedical Engineering as it Relates to Device Development and Biomaterials

**Grants Funded as Principal Investigator:**

1. Functional Cardiac Assistance. Methodist Hospital of Indianapolis, Inc. June, 1986. $50,000.

2. Development of a Patentable Device for the Stimulation of Autologously Transplanted Skeletal Muscle to Increase Cardiac Output. The TRASK Fund. 1986. $25,000.

3. Phase I of Research to Study and to Optimize the Effect of Urokinase and Other Agents upon Thrombolysis is Dog and Rat Models of Arterial Thrombosis. Abbott Laboratories. January, 1987. $162,000.

4. Continued Studies of Functional Cardiac Assistance. Methodist Hospital of Indianapolis, Inc. April, 1987. $30,000.

5. Comparison of Temporary Pacemaker Leads. Abbott Laboratories. September, 1987. $8,190.

6. Addendum to: Phase I of Research to Study and to Optimize the Effect of Urokinase and Other Agents upon Thrombolysis is Dog and Rat Models of Arterial Thrombosis. Abbott Laboratories. September, 1987. $58,924.

7. Autogenous Small Intestine as a Vascular Graft. Methodist Hospital of Indianapolis, Inc. September, 1987. $96,000.

8. Treatment for Reperfusion Injury in Dogs with Gastric Dilatation-Volvulus. American Veterinary Medical Association Foundation for Research. November, 1987. $13,909.

9. The Effect of Lazeroids Upon Survival in Dogs with Gastric Dilatation-Volvulus. Upjohn Company, Inc. December, 1987. $2,250.

10. Phase II of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1988. $148,500.

11. Functional Cardiac Assistance with a Skeletal Muscle Pouch. NIH. September, 1988. $325,000.

12. Prevention of Reperfusion Injury in Canine Gastric Dilatation-Volvulus. Morris Foundation. July 1988. $18,200.

13. Research to Optimize the Use of Autogenous Small Intestine as an Arterial and Venous Graft. Methodist Hospital of Indianapolis, Inc. September, 1988. $90,000.

14. Addendum to: A Proposal for Phase Two of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. December, 1988. $37,000.

15. A Proposal for Research to Study the Safety of Laser Angioplasty. Vaser, Inc. March, 1989. $49,243.

16. Phase III of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1989. $192,676.

17. A Proposal for Research to Study and Optimize the Use of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly Laboratories. April, 1989. $254,371.

18. Electrical Stimulation of Conditioned Skeletal Muscle and Development of a Skeletal Muscle Ventricle Pacemaker. Showalter Foundation. July, 1989. $50,000.

19. Reduction of GDV Mortality in the Dog. American Veterinary Medical Association Foundation. December, 1989. $13,013.

20. Phase IV of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1990. $200,000.

21. Preliminary Studies to Evaluate the Analgesic Properties of Butamben in Animal Models. Abbott Laboratories. February, 1990. $9,651.

22. Fellowship to Support Studies of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly, Inc. January, 1990. $20,000.

23. Phase II of Research to Develop Small Intestinal Submucosa as a Small Diameter Arterial Graft. Eli Lilly, Inc. July, 1990. $276,585.

24. Development of Cardiomyoplasty Expertise at Methodist Hospital. Methodist Foundation. August 1, 1990. $61,346.

25. A Pilot Study to Evaluate the Potential of Devices Intended for Use in Thrombolytic Therapy. Lake Region Manufacturing Co., Inc. July 1, 1990. $14,186.

26. Fellowship to Support Studies of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly, Inc. January, 1991. $20,000.

27. A Pilot Study to Evaluate the Effectiveness of β-Galactosidase in the Diet of Dogs. Lactaid, Inc. January, 1991. $4,500.

28. A Cooperative Agreement for Further Development of SIS Technology. Methodist Hospital of Indianapolis. February, 1991. $32,667.

29. A Proposal for Research on Studies to Investigate the Use of SIS as a Renal Dialysis Access Site. Methodist Hospital of Indianapolis. February, 1991. $5,000.

30. A Pilot Study to Evaluate the Potential of U74006F for Protection Against Intestinal Reperfusion Injury. Upjohn Co., Inc. February, 1991. $9,979.

31. Phase V of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1991. $196,743.

32. Phase III of Research to Develop Small Intestinal Submucosa as a Small Diameter Arterial Graft. Eli Lilly, Inc. May, 1991. $298,850.

33. A Proposal to Build Implantable Stimulators. Philadelphia Heart Institute. April, 1991. $9,356.

34. The Effect of Lys-Plasminogen Upon T-PA Induced Thrombolysis. American Heart Association, Indiana Affiliate. July, 1991. $3,000.

35. Evaluation of a New Spinal Catheter. Abbott Laboratories. May, 1991. $13,016.

36. Studies to Evaluate the Effectiveness of β-Galactosidase in the Diet of Dogs. AK Pharma, Inc. May, 1991. $5,500.

37. Phase II of Studies to Evaluate the Potential of Devices Intended for Use in Thrombolytic Therapy. Lake Region Manufacturing Co., Inc. July, 1991. $15,965.

38. Fellowship to Support Studies of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly, Inc. January, 1992. $20,000.

39. Alternative Applications for Small Intestinal Submucosa. Trask Fund. January, 1992. $48,400.

40. Phase VI of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1992. $168,738.

41. Phase I of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1992. $304,406.

42. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1992. $223,025.

43. Phase IV of Research to Develop Small Intestinal Submucosa as a Small Diameter Arterial Graft. Eli Lilly, Inc. May, 1992. $232,944.

44. A Comparative Study to Determine the Usefulness of SIS vs. PTFE as an Arterio-Venous Shunt. Methodist Hospital of Indianapolis. June, 1992. $9,130.

45. The Use of a Novel Biomaterial as a Gene Transfer Device. University Of Michigan, Biochemistry Dept. August, 1992. $5,000.

46. Cardiomyoplasty for Cardiac Assistance. National Institute of Health, NHLBI. July, 1992-June, 1995. $877,470.

47. Phase II of Use of a Novel Biomaterial as a Gene Transfer Device. University Of Michigan, Biochemistry Department. December, 1992. $5,000.

48. Investigation of Small Intestinal Submucosa as a Culture Template and as a Urologic Device. Indiana University Department of Plastic Surgery. January, 1993. $1,000.

49. Phase VII of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1993. $149,601.

50. Research and Technology Development of SIS at Purdue University: Mechanism of Action and Other Sources of SIS: New Patents. TRASK Fund. September, 1993. $202,467.

51. Studies to Evaluate Tissue Engineering as a Treatment Modality for Urinary Sphincter Incontinence. Eli Lilly, Inc. September, 1993. $135,028.

52. A Biomaterial to Promote Skin and Wound Healing. NIH - National Institute of Child Health and Human Development. January, 1994-December, 1996. $541,221.

53. Testing of a Novel Thrombolytic Device. Lake Region Manufacturing Co., Inc. June, 1993-July, 1993. $4,250.

54. Additional Studies in Phase VII of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. December, 1993. $15,000.

55. Evaluation of SIS as a Wound Repair Material for the Patellar Tendon Defect in ACL Repair. Methodist Sports Medicine Center; Unrestricted Gift. January, 1994. $7,500.

56. Phase VIII of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1994-February, 1995. $134,464.

57. Development of SIS Biomaterial as a Hernia Repair Device - Phase I. SENMED, Inc. January, 1994-December, 1995. $554,833.

58. Phase II of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1994-February, 1995. $285,224.

59. Gift from DePuy for Investigation into Tissue Engineering Phenomena. April, 1994. $15,000.

60. Gift from Community Foundation (Munster, IN) for Tissue Engineering Research. May, 1994. $2,000.

61. Factors Which Influence Developmental Biology: A Cross-Disciplinary Feasibility Study. Purdue University Development Funds. September, 1994. $40,000.

62. Testing to Evaluate the Efficacy of Heparin-Coated Wires. Abbott Laboratories. October, 1994. $2,991.

63. Development of SIS Biomaterial as a Wound Covering in Human Patients. Global Initiatives Travel Grant Program. December, 1994. $2,500.

64. Mechanism of Action of SIS: Continuation. TRASK Fund. December, 1994. $190,000.

65. Phase IX of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1995-February, 1996. $74,880.

66. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1995. $197,063.

67. Gift from DePuy, Inc. of Warsaw, IN for Tissue Engineering Research in Orthopedics. March, 1995. $46,000.

68. Studies to Investigate Tissue Engineering Aspects of SIS. Cook Biotech, Inc. September, 1995. $399,999.

69. A Testing Agreement to Conduct Pre-Clinical Studies to Evaluate Butamben. Abbott Laboratories. October, 1995. $215,706.

70. The Use of SIS as a Patellar Tendon Defect Repair Device. Methodist Sports Medicine Center. July, 1995. $22,500.

71. Testing of an SIS Hernia Repair Device - Phase II. SenMed, Inc. January, 1996. $201,327.

72. Phase III of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1996. $80,956.

73. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1996. $145,437.

74. Gift to Study Orthopedic Applications of SIS. Methodist Sports Medicine Center. March, 1996. $8,000.

75. A Testing Agreement of Studies to Evaluate the Efficacy of ProUrokinase for the Treatment of Immune Mediated Glomerulonephritis in Two Animal Models. Abbott Laboratories. September, 1996. $64,942

76. Studies to Investigate Tissue Engineering Aspects of SIS: Phase II. Cook Biotech, Inc. November, 1996, $247,758.

77. Gift to Study Orthopedic Applications of SIS. Methodist Sports Medicine Center. December, 1996. $8,000.

78. Amendment to Testing of an SIS Hernia Repair Device - Phase II. SenMed, Inc. January, 1997. $62,784.

79. Gift to Study Orthopedic Applications of SIS. Methodist Sports Medicine Center. January, 1997. $7,000.

80. Development of a New Extracellular Matrix Biomaterial for Tissue Engineering Applications. TRASK Fund. February, 1997. $84,432.

81. SIS as a Full-thickness Wound Covering in an Animal Model: Comparative Study. Cook Biotech, Inc. June, 1997. $95,681.

82. Phase IV of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1997. $44,683.

83. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1997. $101,658.

84. Gift to Study Immunology Aspects of SIS. DePuy, Inc. June, 1997. $75,000.

85. Development of a New Composite Biodegradable Material. Showalter Trust Fund. July, 1997. $50,000.

86. Evaluation of a New Catheter for Cardiopulmonary Bypass Procedures. Cardiothoracic Systems. September, 1997. $3,400.

87. An Agreement to Test the Efficacy of SIS in Dermal and Oral Applications of SIS. Cook Biotech, Inc. November, 1997. $39,803.

88. Studies to Investigate Tissue Engineering Aspects of SIS, Phase III. Cook Biotech, Inc. November, 1997. $253,325.

89. Studies to Investigate the Anti-angiogenic Properties of Various Test Compounds. Abbott Laboratories. December, 1997. $25,421.

90. SIS as a Dermal Substitute to Support Split Thickness Skin Autografts (STSG) in a Pig Model. Cook Biotech, Inc. February, 1998. $95,681.00.

91. Evaluate the Capillary Filtrate Collector (CFC) and Subcutaneous Infusion Access Device. HemoCleanse, Inc. February, 1998. $26,915.

92. Phase V of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1998. $136,616.

93. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1998. $79,002.

94. Studies to Investigate the Anti-Angiogenic Properties of Various Test Compounds. Abbott Laboratories. July, 1998. $6,500.

95. Immune Responses to Porcine Small Intestinal Submucosa. NIH. July, 1998. $500,000.

96. DNA-charcoal Plasma Sorption for Treatment of SLE. HemoCleanse. August, 1998. $57,018.

97. Studies to Evaluate the Effect of SIS upon Human Microvascular Endothelial Cell. Cook Biotech, Inc. January, 1999. $94,080.

98. *In Vivo* Degradation of SIS Using $^{14}$C-Label. Cook Biotech, Inc. January, 1999. $47,761.

99. Endothelial Cell Attachment and its Effect upon SIS-Induced Neovascularization. Cook Biotech, Inc. January, 1999. $10,445.

100. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. January, 1999. $20,000.

101. Phase V of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1999. $80,533.

102. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1999. $108,012.

103. A Testing Agreement to Evaluate the Efficacy of Folate Conjugation for Chemotherapeutic Agent Delivery to Tumor Tissue. Endocyte, Inc. May, 1999. $3,500.

104. Enhancement of Extracellular Matrix Technology for Biomedical Applications. Purdue TRASK Fund. June, 1999. $121,112.

105. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. July, 1999. $40,000.

106. Immune Responses to Porcine Small Intestinal Submucosa. NIH – subcontract from Albany Medical Center Hospital. September, 1999. $47,274.

107. The Testing of a Multilaminate Sheet of UBS-ECM as a Resorbable Scaffold for Vocal Cord Remodeling in a Dog Model. ACell, Inc. October, 1999. $34,000

108. Studies to Investigate the Utility of SIS in the Gastrointestinal Tract. Cook Biotech, Inc. February, 2000. $60,000.

109. Studies to Evaluate Medical Devices in a Rat Subcutaneous Implant Model. Cook Biotech, Inc. February, 2000. $40,000.

110. Phase VI of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa – Amendment 7. DePuy, Inc. March, 2000. $91,625.

111. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. DePuy, Inc. March, 2000. $100,817.

112. Engineering of Biosystems for the Detection of Listeria Monocytogenes in Foods. USDA. March, 2000. $64,519.

113. Tissue Engineered Heart Valve. NIH-SBIR award, subcontract from ACell, Inc. July, 2000. $35,000.

114. An ECM Scaffold for Head and Neck Repair. NIH-SBIR award, subcontract to ACell, Inc. July, 2000. $356,402.

115. Origin of Cells that Repopulate Resorbable ECM Scaffolds. NIH. July, 2000. $1,649,497.

116. Methods to Construct Three-Dimensional Scaffolds from Powdered ECM. Trask Fund. July, 2000. $25,000.

117. Evaluation of the Efficacy of an ECM Scaffold for Head and Neck Repair. NIH-SBIR award, subcontract from ACell, Inc. July, 2000. $302,950.

118. ECM Scaffold Development. Cook Biotech, Inc. July, 2000. $3,000.

119. Body Fluid pH Device. IAMS Company. July, 2000. $83,000.

120. Testing of Controlled Insulin Infusion System in a Rat Model. HemoCleanse, Inc. October, 2000. $117,500.

121. Surface Modification of an Arterial Graft Bioscaffold (SIS). Cook Biotech, Inc. January, 2001. $180,000.

122. Neuronal Differentiation of PC12 Cells Induced by SIS Conditional Media. Cook Biotech, Inc. January, 2001. $7,313.

123. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. January, 2001. $20,000.

124. A Testing Agreement to Compare Biomaterials for Use as a Urethral Sling. Boston Scientific Corporation. February, 2001. $47,446.

125. Phase VII of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa – Amendment 8. DePuy, Inc. March, 2001. $130,705.

126. A Biomaterial for Esophageal Repair. NIH-SBIR award, subcontract from ACell, Inc. April, 2001. $35,000.

127. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. DePuy, Inc. March, 2001. $81,642.

128. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. July, 2001. $20,000.

129. Studies to Investigate Tissue Engineering. Unrestricted gift. Cook Biotech, Inc. August, 2001. $4,500.

130. ECM Scaffold for Repair of Mucogingival Tissue. NIH-SBIR award, subcontract from ACell, Inc. August, 2001. $36,043.

131. A Bioscaffold for Repair of Congenital Defects. NIH-SBIR award, subcontract from ACell, Inc. August, 2001. $35,000.

132. Tissue Engineering Heart Valve. NIH-SBIR award, subcontract from ACell, Inc. October, 2001. $86,094.

133. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. Supplement. DePuy, Inc. October, 2001. $15,094.

134. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. January, 2002. $40,000.

135. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. Supplement. DePuy, Inc. March, 2002. $115,623.

136. Phase VII of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa-Amendment 9. DePuy, Inc. March, 2001. $109,353.

137. Studies to Investigate the Properties of the Urinary Bladder Matrix Scaffold for Tissue Repair. ACell, Inc. February, 2002. $209,000.

138. Engineered Tissue Constructs: The Artificial Lymph Node. DARPA, subcontract from Sciperio, Inc. August, 2002. $329,578.

139. ECM Scaffolds for Esophageal Repair. NIH-SBIR award, subcontract from ACell, Inc. April 2003. $259,992.

140. ECM Scaffolds for Cardiovascular Tissue Repair. NIH-SBIR award, subcontract from ACell, Inc. July, 2003. $96,000.

141. Studies to Evaluate the Efficacy of SIS for Orthopaedic Tissue Repair and Replacement. DePuy, Inc. July, 2003. $215,000.

142. Non-Clinical Laboratory Study to Evaluate a Vascular Occlusion Device in a Rabbit Model. Biomerix, Inc. August, 2003. $40,800.

143. Pilot Study to Evaluate Rapidgraft™ as a Vascular Substitute in a Sheep Model. Miravant, Inc. August, 2003. $37,778.

144. Mechanisms of ECM Scaffold Remodeling. NIH. September, 2003. $1,824,944

145. Further Testing of a Respiratory Assist Catheter. ALung Technologies, Inc. September 2003. $150,327.

146. The Role of the National Tissue Engineering Center Administered for the Department of Defense (DOD) by the Pittsburgh Tissue Engineering Initiative and McGowan Institute for Regenerative Medicine (MIRM) (NTEC II). Department of Defense. October, 2003. $183,807

147. The Evaluation of Thrombolytic Agents in the Canine Model of Experimentally Induced Arterial Thrombosis. Vascular Laboratories, Inc. December, 2003. $33,319

148. Non-Clinical Laboratory Study to Evaluate the Effect of Extracellular Matrix upon the Myocardium following Acute Ischemia. Guidant Corp. December 2003. $85,000

149. A Regenerative Medicine Approach to Esophageal Reconstruction. Commonwealth of PA. January, 2004. $80,000.

150. Efficacy of SIS for Orthopaedic Tissue Repair and Replacement. DePuy Spine. March, 2004. $208,812

151. Studies to Support the Development of a Lymphoid Tissue Equivalent (LTE). Act 77: The Tobacco Settlement Act. May, 2004. $22,965

152. Tracheal Reconstruction Using the Principles of Regenerative Medicine. Commonwealth of PA. July, 2004. $85,000.

153. Three Dimensional ECM Scaffolds for Tissue Engineering. NIH-SBIR award, subcontract from ACell, Inc. September, 2004. $21,000.

154. Accelerated Vaccine Creation and Testing – The Artificial Lymph Node Project Phase II. DARPA, subcontract from Vax Design Corporation. September 2004. $945,035.

155. The Role of the National Tissue Engineering Center Administered for the Department of Defense (DOD) by the Pittsburgh Tissue Engineering Initiative and McGowan Institute for Regenerative Medicine (MIRM) (NTEC III). Department of Defense. October, 2004. $148,610.

156. In Vitro Cell Growth Assay for ECM Bioscaffolds. ACell, Inc. November 2004. $30,000.

157. Evaluation of Novel Vascular Graft Device in a Porcine Model. University of Limerick. January, 2005. $38,042.

158. Study to Evaluate an Articular Cartilage Remodeling with the UBM Bioscaffold in the Mouse Model. ScanVet. January 2005. $25,000.

159. Vascularization of Tissue Engineered Lymphoid Structures. January 2005. $18,000.

160. Extracellular Matrix (ECM) Scaffolds for Beta Cell Regeneration. Juvenile Diabetes Research Foundation. March, 2005. $200,000.

161. Studies to Evaluate the Efficacy of SIS for Orthopaedic Tissue Repair and Replacement. DePuy Spine, Inc. March 2005. $215,000.

162. Chronic Tissue Remodeling with Topical Negative Pressure. Respironics, Inc. June 2005. $22,525.

163. Repair and Evaluation of a Polymeric Surgical Mesh for Repair of an Annular Fibrosis Lesion in the Rabbit Model. Biomerix Corporation. July 2005. $51,780

164. In Vivo Evaluation of Biomerix Patch in a Rat Body Wall Model. Biomerix, Inc. July 2005. $42,900.

165. Canine Model of Laryngeal Remodeling. Commonwealth of Pennsylvania. July 2005. $172,285.

166. Restore™ one Year Shelf Life Study. DePuy Products, Inc. June 2005. $25,840.

167. Esophageal Reconstruction with a Regenerative Medicine Approach. The Pittsburgh Foundation. August 2005. $202,637.

168. Testing of a Paracorporeal Respiratory Assist Devices in an Ovine Model. ALung Technologies, Inc. November 2005. $78,070.

169. Inductive Scaffolds for Tissue Regeneration following Traumatic Injury (NTEC IV). Department of Defense. October 2005. $233,473

170. Ex Vivo Pump-Oxygenator Study. Ension, Inc. December 2005. $37,536

171. Cell-Seeded Scaffolds for Esophageal Reconstruction. Commonwealth of Pennsylvania (Tobacco). January 2006. $14,800

172. Mammalian Limb Restoration. DARPA. March 2006. $7,318,050.

173. Use of Pancreatic ECM to enhance in vitro growth of pancreatic progenitors. JDRF May 2006. $25,000.

174. Further Development of Artificial and Biohybrid Organs and Therapeutic Applications of Regenerative Medicine and Tissue Engineering. Commonwealth of Pennsylvania. July 2006. $90,565.

175. Cell Recruitment Induced by ECM Scaffold Degradation. NIH. August 2006. $285,498.

176. Non-clinical Laboratory Study for the Evaluation of Novel Vascular Graft Devices (Prolong I and II) in an Ovine Model. University of Limerick. August 2006. $62,541.

177. ECM Bioscaffold for ASD Repair. NIH-SBIR award, subcontract from ACell, Inc. September 2006. $24,407.

178. Seroma Reduction in Modified Abdominoplasty Model. Cohera Medical, Inc. March 2007. $73,239.

179. In vitro Cell Growth Assay for ECM Bioscaffolds II. ACell, Inc. March 2007. $5,223.

180. Studies to Support Two Year Shelf Life for Restore™ Device. DePuy Products, Inc. $6,417.

181. Cellular Remodeling of ECM Bioscaffolds. NIH. April 2007. $215,811.

182. UBM Sterilization Study. Kensey Nash, May 2007, $87,650.

183. In Vitro Mesotherapy Study. American Network of Lipolysis, May 2007, $7,818.

184. Evaluation of the Biologic Response to Porcine Acellular Matrices. Revivicor, Inc., June 2006, $160,816.

185. Advanced Regenerative Medicine (ARM 1): Pilot Study to Evaluate Reconstruction/Extension of Partially Amputated Digits. Department of Defense, November 2006, $68,184.

186. Esophageal Reconstruction with a Regenerative Medicine Approach. The Pittsburgh Foundation, July 2005. $68,451.

187. Advanced Regenerative Medicine (ARM 1): Reconstruction of Musculotendinous Tissue in a Dog Model. Pittsburgh Tissue Engineering Initiative Department of Defense. June 2007. $149,990.

188. *In Vivo* Evaluation of Biomerix Composite Meshes in a Rat Body Wall Model. Biomerix. October 2007. $30,273.

189. Evaluation of a Surgical Mesh in a Rabbit Model. Generic Medical, November 2007. $40,400.

190. Mitogenic Factors Derived from Extracellular Matrix. Juvenile Diabetes Research Foundation (JDRF), March 2008. $108,182.

191. In Situ Regeneration of Muscle Tissue through Host Cell Recruitment. Armed Forces Institute of Regenerative Medicine (AFIRM), March 2008. $72,830.

192. Regenerative Medicine Strategies for Digit Reconstruction. Armed Forces Institute of Regenerative Medicine (AFIRM), March 2008. $212,480.

193. Biologic Scaffold Development. C.R. Bard. June, 2008. $233,712.

194. Tissue Response and Degradation of Adhesive Formulations. Cohera Medical, Inc. June, 2008. $10,947.

195. Pilot Study to Evaluate Urinary Bladder Matrix (ECM) Gel as a Therapeutic Intervention for Myocardial Infarction. August, 2008. $31,285.

196. Porcine Model of Arterial Venus (AV Shunt) to Evaluate Novel ePTFE Graft Design. October, 2008. $62,163.

197. Testing of Paracorporeal Respiratory Assist Devices in an Ovine Model. ALung Technologies, November, 2008. $14,031.

198. Armed Forces Institute for Regenerative Medicine (AFIRM): Biologic Scaffold for Functional Muscle Replacement: Evaluation in 15 patients. USAMRAA. March 2009. 1,000,000.

199. Mechanobiology and Regenerative Medicine. NIH December 2008. $250,000.

200. Armed Forces Institute for Regenerative Medicine (AFIRM)/Department of Defense (DoD). Matrix Mediated Enhancement of Musculotendinous Tissue Regeneration: Mechanisms and Practical Application. April 2010. $21,384.

**Patents:**

1. The Use of Small Intestinal Submucosa as a Vascular Graft Material - Tissue Graft Composition and Method, Patent #4,902,508 (issued 2/20/90).

2. Tissue Graft Composition and Method, Patent #4,956,178 (issued 9/11/90).

3. Treatment to Reduce Ischemic Tissue Injury, Patent #4,978,668 (issued 12/18/90).

4. Muscle-powered Cardiac Assist Device, Patent #5,007,927 (issued 4/16/91).

Updated 5/21/2009