# MARCAINE®

Bupivacaine Hydrochloride Injection, USP

# MARCAINE®

With Epinephrine 1:200,000 (as bitartrate)

Bupivacaine Hydrochloride and Epinephrine Injection, USP

## *DESCRIPTION*

Bupivacaine hydrochloride is 2-Piperidinecarboxamide, 1-butyl-*N*-(2,6-dimethylphenyl)-, monohydrochloride, monohydrate, a white crystalline powder that is freely soluble in 95 percent ethanol, soluble in water, and slightly soluble in chloroform or acetone. It has the following structural formula:



Epinephrine is (-)-3,4-Dihydroxy-α-[(methylamino)methyl] benzyl alcohol. It has the following structural formula:



MARCAINE is available in sterile isotonic solutions with and without epinephrine (as bitartrate) 1:200,000 for injection via local infiltration, peripheral nerve block, and caudal and lumbar epidural blocks. Solutions of MARCAINE may be autoclaved if they do not contain epinephrine. Solutions are clear and colorless.

Bupivacaine is related chemically and pharmacologically to the aminoacyl local anesthetics. It is a homologue of mepivacaine and is chemically related to lidocaine. All three of these anesthetics contain an amide linkage between the aromatic nucleus and the amino, or piperidine group. They differ in this respect from the procaine-type local anesthetics, which have an ester linkage.

*MARCAINE*—Sterile isotonic solutions containing sodium chloride. In multiple-dose vials, each mL also contains 1 mg methylparaben as antiseptic preservative. The pH of these solutions is adjusted to between 4 and 6.5 with sodium hydroxide or hydrochloric acid.

*MARCAINE with epinephrine 1:200,000* (as bitartrate)—Sterile isotonic solutions containing sodium chloride. Each mL contains bupivacaine hydrochloride and 0.0091 mg epinephrine bitartrate, with 0.5 mg sodium metabisulfite, 0.001 mL monothioglycerol, and 2 mg ascorbic acid as antioxidants, 0.0017 mL 60% sodium lactate buffer, and 0.1 mg edetate calcium disodium as stabilizer. In multiple-dose vials, each mL also contains 1 mg methylparaben as antiseptic preservative. The pH of these solutions is adjusted to between 3.4 and 4.5 with sodium hydroxide or hydrochloric acid. The specific gravity of MARCAINE 0.5% with epinephrine 1:200,000 (as bitartrate) at 25° C is 1.008 and at 37° C is 1.008.

## *CLINICAL PHARMACOLOGY*

Local anesthetics block the generation and the conduction of nerve impulses, presumably by increasing the threshold for electrical excitation in the nerve, by slowing the propagation of the nerve impulse, and by reducing the rate of rise of the action potential. In general, the progression of anesthesia is related to the diameter, myelination, and conduction velocity of affected nerve fibers. Clinically, the order of loss of nerve function is as follows: (1) pain, (2) temperature, (3) touch, (4) proprioception, and (5) skeletal muscle tone.

Systemic absorption of local anesthetics produces effects on the cardiovascular and central nervous systems (CNS). At blood concentrations achieved with normal therapeutic doses, changes in cardiac conduction, excitability, refractoriness, contractility, and peripheral vascular resistance are minimal. However, toxic blood concentrations depress cardiac conduction and excitability, which may lead to atrioventricular block, ventricular arrhythmias, and cardiac arrest, sometimes resulting in fatalities. In addition, myocardial contractility is depressed and peripheral vasodilation occurs, leading to decreased cardiac output and arterial blood pressure. Recent clinical reports and animal research suggest that these cardiovascular changes are more likely to occur after unintended intravascular injection of bupivacaine. Therefore, incremental dosing is necessary.

Following systemic absorption, local anesthetics can produce central nervous system stimulation, depression, or both. Apparent central stimulation is manifested as restlessness, tremors and shivering progressing to convulsions, followed by depression and coma progressing ultimately to respiratory arrest. However, the local anesthetics have a primary depressant effect on the medulla and on higher centers. The depressed stage may occur without a prior excited state.

Pharmacokinetics: The rate of systemic absorption of local anesthetics is dependent upon the total dose and concentration of drug administered, the route of administration, the vascularity of the administration site, and the presence or absence of epinephrine in the anesthetic solution. A dilute concentration of epinephrine (1:200,000 or 5 mcg/mL) usually reduces the rate of absorption and peak plasma concentration of MARCAINE, permitting the use of moderately larger total doses and sometimes prolonging the duration of action.

The onset of action with MARCAINE is rapid and anesthesia is long lasting. The duration of anesthesia is significantly longer with MARCAINE than with any other commonly used local anesthetic. It has also been noted that there is a period of analgesia that persists after the return of sensation, during which time the need for strong analgesics is reduced.

The onset of action following dental injections is usually 2 to 10 minutes and anesthesia may last two or three times longer than lidocaine and mepivacaine for dental use, in many patients up to 7 hours. The duration of anesthetic effect is prolonged by the addition of epinephrine 1:200,000.

Local anesthetics are bound to plasma proteins in varying degrees. Generally, the lower the plasma concentration of drug the higher the percentage of drug bound to plasma proteins.

Local anesthetics appear to cross the placenta by passive diffusion. The rate and degree of diffusion is governed by (1) the degree of plasma protein binding, (2) the degree of ionization, and (3) the degree of lipid solubility. Fetal/maternal ratios of local anesthetics appear to be inversely related to the degree of plasma protein binding, because only the free, unbound drug is available for placental transfer. MARCAINE with a high protein binding capacity (95%) has a low fetal/maternal ratio (0.2 to 0.4). The extent of placental transfer is also determined by the degree of ionization and lipid solubility of the drug. Lipid soluble, nonionized drugs readily enter the fetal blood from the maternal circulation.

Depending upon the route of administration, local anesthetics are distributed to some extent to all body tissues, with high concentrations found in highly perfused organs such as the liver, lungs, heart, and brain.

Pharmacokinetic studies on the plasma profile of MARCAINE after direct intravenous injection suggest a three-compartment open model. The first compartment is represented by the rapid intravascular distribution of the drug. The second compartment represents the equilibration of the drug throughout the highly perfused organs such as the brain, myocardium, lungs, kidneys, and liver. The third compartment represents an equilibration of the drug with poorly perfused tissues, such as muscle and fat. The elimination of drug from tissue distribution depends largely upon the ability of binding sites in the circulation to carry it to the liver where it is metabolized.

After injection of MARCAINE for caudal, epidural, or peripheral nerve block in man, peak levels of bupivacaine in the blood are reached in 30 to 45 minutes, followed by a decline to insignificant levels during the next three to six hours.

Various pharmacokinetic parameters of the local anesthetics can be significantly altered by the presence of hepatic or renal disease, addition of epinephrine, factors affecting urinary pH, renal blood flow, the route of drug administration, and the age of the patient. The half-life of MARCAINE in adults is 2.7 hours and in neonates 8.1 hours.

Amide-type local anesthetics such as MARCAINE are metabolized primarily in the liver via conjugation with glucuronic acid. Patients with hepatic disease, especially those with severe hepatic disease, may be more susceptible to the potential toxicities of the amide-type local anesthetics. Pipecoloxylidine is the major metabolite of MARCAINE.

The kidney is the main excretory organ for most local anesthetics and their metabolites. Urinary excretion is affected by urinary perfusion and factors affecting urinary pH. Only 6% of bupivacaine is excreted unchanged in the urine.

When administered in recommended doses and concentrations, MARCAINE does not ordinarily produce irritation or tissue damage and does not cause methemoglobinemia.

## *INDICATIONS AND USAGE*

MARCAINE is indicated for the production of local or regional anesthesia or analgesia for surgery, dental and oral surgery procedures, diagnostic and therapeutic procedures, and for obstetrical procedures. Only the 0.25% and 0.5% concentrations are indicated for obstetrical anesthesia. (See WARNINGS.)

Experience with nonobstetrical surgical procedures in pregnant patients is not sufficient to recommend use of 0.75% concentration of MARCAINE in these patients.

MARCAINE is not recommended for intravenous regional anesthesia (Bier Block). See WARNINGS.

The routes of administration and indicated MARCAINE concentrations are:

| | |
|---|---|
| • local infiltration | 0.25% |
| • peripheral nerve block | 0.25% and 0.5% |
| • retrobulbar block | 0.75% |
| • sympathetic block | 0.25% |
| • lumbar epidural | 0.25%, 0.5%, and 0.75% (0.75% not for obstetrical anesthesia) |
| • caudal | 0.25% and 0.5% |
| • epidural test dose | 0.5% with epinephrine 1:200,000 |
| • dental blocks | 0.5% with epinephrine 1:200,000 |

(See DOSAGE AND ADMINISTRATION for additional information.)

Standard textbooks should be consulted to determine the accepted procedures and techniques for the administration of MARCAINE.

## *CONTRAINDICATIONS*

MARCAINE is contraindicated in obstetrical paracervical block anesthesia. Its use in this technique has resulted in fetal bradycardia and death.

MARCAINE is contraindicated in patients with a known hypersensitivity to it or to any local anesthetic agent of the amide-type or to other components of MARCAINE solutions.

## *WARNINGS*

**THE 0.75% CONCENTRATION OF MARCAINE IS NOT RECOMMENDED FOR OBSTETRICAL ANESTHESIA. THERE HAVE BEEN REPORTS OF CARDIAC ARREST WITH DIFFICULT RESUSCITATION OR DEATH DURING USE OF MARCAINE FOR EPIDURAL ANESTHESIA IN OBSTETRICAL PATIENTS. IN MOST CASES, THIS HAS FOLLOWED USE OF THE 0.75% CONCENTRATION. RESUSCITATION HAS BEEN DIFFICULT OR IMPOSSIBLE DESPITE APPARENTLY ADEQUATE PREPARATION AND APPROPRIATE MANAGEMENT. CARDIAC ARREST HAS OCCURRED AFTER CONVULSIONS RESULTING FROM SYSTEMIC TOXICITY, PRESUMABLY FOLLOWING UNINTENTIONAL INTRAVASCULAR INJECTION. THE 0.75% CONCENTRATION SHOULD BE RESERVED FOR SURGICAL PROCEDURES WHERE A HIGH DEGREE OF MUSCLE RELAXATION AND PROLONGED EFFECT ARE NECESSARY.**

LOCAL ANESTHETICS SHOULD ONLY BE EMPLOYED BY CLINICIANS WHO ARE WELL VERSED IN DIAGNOSIS AND MANAGEMENT OF DOSE-RELATED TOXICITY AND OTHER ACUTE EMERGENCIES WHICH MIGHT ARISE FROM THE BLOCK TO BE EMPLOYED, AND THEN ONLY AFTER INSURING THE *IMMEDIATE* AVAILABILITY OF OXYGEN, OTHER RESUSCITATIVE DRUGS, CARDIOPULMONARY RESUSCITATIVE EQUIPMENT, AND THE PERSONNEL RESOURCES NEEDED FOR PROPER MANAGEMENT OF TOXIC REACTIONS AND RELATED EMERGENCIES. (See also ADVERSE REACTIONS, PRECAUTIONS, and OVERDOSAGE.) DELAY IN PROPER MANAGEMENT OF DOSE-RELATED TOXICITY, UNDERVENTILATION FROM ANY CAUSE, AND/OR ALTERED SENSITIVITY MAY LEAD TO THE DEVELOPMENT OF ACIDOSIS, CARDIAC ARREST AND, POSSIBLY, DEATH.

Local anesthetic solutions containing antimicrobial preservatives, i.e., those supplied in multiple-dose vials, should not be used for epidural or caudal anesthesia because safety has not been established with regard to intrathecal injection, either intentionally or unintentionally, of such preservatives.

It is essential that aspiration for blood or cerebrospinal fluid (where applicable) be done prior to injecting any local anesthetic, both the original dose and all subsequent doses, to avoid intravascular or subarachnoid injection. However, a negative aspiration does not ensure against an intravascular or subarachnoid injection.

MARCAINE with epinephrine 1:200,000 or other vasopressors should not be used concomitantly with ergot-type oxytocic drugs, because a severe persistent hypertension may occur. Likewise, solutions of MARCAINE containing a vasoconstrictor, such as epinephrine, should be used with extreme caution in patients receiving monoamineoxidase inhibitors (MAOI) or antidepressants of the triptyline or imipramine types, because severe prolonged hypertension may result.

Until further experience is gained in pediatric patients younger than 12 years, administration of MARCAINE in this age group is not recommended.

Mixing or the prior or intercurrent use of any other local anesthetic with MARCAINE cannot be recommended because of insufficient data on the clinical use of such mixtures.

There have been reports of cardiac arrest and death during the use of MARCAINE for intravenous regional anesthesia (Bier Block). Information on safe dosages and techniques of administration of MARCAINE in this procedure is lacking. Therefore, MARCAINE is not recommended for use in this technique.

*MARCAINE with epinephrine 1:200,000* contains sodium metabisulfite, a sulfite that may cause allergic-type reactions including anaphylactic symptoms and life-threatening or less severe asthmatic episodes in certain susceptible people. The overall prevalence of sulfite sensitivity in the general population is unknown and probably low. Sulfite sensitivity is seen more frequently in asthmatic than in nonasthmatic people. Single-dose ampuls and single-dose vials of *MARCAINE* without epinephrine do not contain sodium metabisulfite.

## *PRECAUTIONS*

**General:** The safety and effectiveness of local anesthetics depend on proper dosage, correct technique, adequate precautions, and readiness for emergencies. Resuscitative equipment, oxygen, and other resuscitative drugs should be available for immediate use. (See WARNINGS, ADVERSE REACTIONS, and OVERDOSAGE.) During major regional nerve blocks, the patient should have IV fluids running via an indwelling catheter to assure a functioning intravenous pathway. The lowest dosage of local anesthetic that results in effective anesthesia should be used to avoid high plasma levels and serious adverse effects. The rapid injection of a large volume of local anesthetic solution should be avoided and fractional (incremental) doses should be used when feasible.

*Epidural Anesthesia:* During epidural administration of MARCAINE, 0.5% and 0.75% solutions should be administered in incremental doses of 3 mL to 5 mL with sufficient time between doses to detect toxic manifestations of unintentional intravascular or intrathecal injection. Injections should be made slowly, with frequent aspirations before and during the injection to avoid intravascular injection. Syringe aspirations should also be performed before and during each supplemental injection in continuous (intermittent) catheter techniques. An intravascular injection is still possible even if aspirations for blood are negative.

During the administration of epidural anesthesia, it is recommended that a test dose be administered initially and the effects monitored before the full dose is given. When using a "continuous" catheter technique, test doses should be given prior to both the original and all reinforcing doses, because plastic tubing in the epidural space can migrate into a blood

vessel or through the dura. When clinical conditions permit, the test dose should contain epinephrine (10 mcg to 15 mcg has been suggested) to serve as a warning of unintended intravascular injection. If injected into a blood vessel, this amount of epinephrine is likely to produce a transient "epinephrine response" within 45 seconds, consisting of an increase in heart rate and/or systolic blood pressure, circumoral pallor, palpitations, and nervousness in the unsedated patient. The sedated patient may exhibit only a pulse rate increase of 20 or more beats per minute for 15 or more seconds. Therefore, following the test dose, the heart rate should be monitored for a heart rate increase. Patients on beta-blockers may not manifest changes in heart rate, but blood pressure monitoring can detect a transient rise in systolic blood pressure. The test dose should also contain 10 mg to 15 mg of MARCAINE or an equivalent amount of another local anesthetic to detect an unintended intrathecal administration. This will be evidenced within a few minutes by signs of spinal block (e.g., decreased sensation of the buttocks, paresis of the legs, or, in the sedated patient, absent knee jerk). The Test Dose formulation of MARCAINE contains 15 mg of bupivacaine and 15 mcg of epinephrine in a volume of 3 mL. An intravascular or subarachnoid injection is still possible even if results of the test dose are negative. The test dose itself may produce a systemic toxic reaction, high spinal or epinephrine-induced cardiovascular effects.

Injection of repeated doses of local anesthetics may cause significant increases in plasma levels with each repeated dose due to slow accumulation of the drug or its metabolites, or to slow metabolic degradation. Tolerance to elevated blood levels varies with the status of the patient. Debilitated, elderly patients and acutely ill patients should be given reduced doses commensurate with their age and physical status. Local anesthetics should also be used with caution in patients with hypotension or heartblock.

Careful and constant monitoring of cardiovascular and respiratory (adequacy of ventilation) vital signs and the patient's state of consciousness should be performed after each local anesthetic injection. It should be kept in mind at such times that restlessness, anxiety, incoherent speech, lightheadedness, numbness and tingling of the mouth and lips, metallic taste, tinnitus, dizziness, blurred vision, tremors, twitching, depression, or drowsiness may be early warning signs of central nervous system toxicity.

Local anesthetic solutions containing a vasoconstrictor should be used cautiously and in carefully restricted quantities in areas of the body supplied by end arteries or having otherwise compromised blood supply such as digits, nose, external ear, or penis. Patients with hypertensive vascular disease may exhibit exaggerated vasoconstrictor response. Ischemic injury or necrosis may result.

Because amide-local anesthetics such as MARCAINE are metabolized by the liver, these drugs, especially repeat doses, should be used cautiously in patients with hepatic disease. Patients with severe hepatic disease, because of their inability to metabolize local anesthetics normally, are at a greater risk of developing toxic plasma concentrations. Local anesthetics should also be used with caution in patients with impaired cardiovascular function because they may be less able to compensate for functional changes associated with the prolongation of AV conduction produced by these drugs.

Serious dose-related cardiac arrhythmias may occur if preparations containing a vasoconstrictor such as epinephrine are employed in patients during or following the administration of potent inhalation anesthetics. In deciding whether to use these products concurrently in the same patient, the combined action of both agents upon the myocardium, the concentration and volume of vasoconstrictor used, and the time since injection, when applicable, should be taken into account.

Many drugs used during the conduct of anesthesia are considered potential triggering agents for familial malignant hyperthermia. Because it is not known whether amide-type local anesthetics may trigger this reaction and because the need for supplemental general anesthesia cannot be predicted in advance, it is suggested that a standard protocol for management should be available. Early unexplained signs of tachycardia, tachypnea, labile blood pressure, and metabolic acidosis may precede temperature elevation. Successful outcome is dependent on early diagnosis, prompt discontinuance of the suspect triggering agent(s) and prompt institution of treatment, including oxygen therapy, indicated supportive measures and dantrolene. (Consult dantrolene sodium intravenous package insert before using.)

*Use in Head and Neck Area:* Small doses of local anesthetics injected into the head and neck area, including retrobulbar, dental, and stellate ganglion blocks, may produce adverse reactions similar to systemic toxicity seen with unintentional intravascular injections of larger doses. The injection procedures require the utmost care. Confusion, convulsions, respiratory depression, and/or respiratory arrest, and cardiovascular stimulation or depression have been reported. These reactions may be due to intra-arterial injection of the local anesthetic with retrograde flow to the cerebral circulation. They may also be due to puncture of the dural sheath of the optic nerve during retrobulbar block with diffusion of any local anesthetic along the subdural space to the midbrain. Patients receiving these blocks should have their circulation and respiration monitored and be constantly observed. Resuscitative equipment and personnel for treating adverse reactions should be immediately available. Dosage recommendations should not be exceeded. (See DOSAGE AND ADMINISTRATION.)

*Use in Ophthalmic Surgery:* Clinicians who perform retrobulbar blocks should be aware that there have been reports of respiratory arrest following local anesthetic injection. Prior to retrobulbar block, as with all other regional procedures, the immediate availability of equipment, drugs, and personnel to manage respiratory arrest or depression, convulsions, and cardiac stimulation or depression should be assured (see also WARNINGS and Use in Head and Neck Area, above). As with other anesthetic procedures, patients should be constantly monitored following ophthalmic blocks for signs of these adverse reactions, which may occur following relatively low total doses.

A concentration of 0.75% bupivacaine is indicated for retrobulbar block; however, this concentration is not indicated for any other peripheral nerve block, including the facial nerve, and not indicated for local infiltration, including the conjunctiva (see INDICATIONS and PRECAUTIONS, General). Mixing MARCAINE with other local anesthetics is not recommended because of insufficient data on the clinical use of such mixtures.

When MARCAINE 0.75% is used for retrobulbar block, complete corneal anesthesia usually precedes onset of clinically acceptable external ocular muscle akinesia. Therefore, presence of akinesia rather than anesthesia alone should determine readiness of the patient for surgery.

*Use in Dentistry:* Because of the long duration of anesthesia, when MARCAINE 0.5% with epinephrine is used for dental injections, patients should be cautioned about the possibility of inadvertent trauma to tongue, lips, and buccal mucosa and advised not to chew solid foods or test the anesthetized area by biting or probing.

*Information for Patients:* When appropriate, patients should be informed in advance that they may experience temporary loss of sensation and motor activity, usually in the lower half of the body, following proper administration of caudal or epidural anesthesia. Also, when appropriate, the physician should discuss other information including adverse reactions in the package insert of MARCAINE.

Patients receiving dental injections of MARCAINE should be cautioned not to chew solid foods or test the anesthetized area by biting or probing until anesthesia has worn off (up to 7 hours).

*Clinically Significant Drug Interactions:* The administration of local anesthetic solutions containing epinephrine or norepinephrine to patients receiving monoamine oxidase inhibitors or tricyclic antidepressants may produce severe, prolonged hypertension. Concurrent use of these agents should generally be avoided. In situations when concurrent therapy is necessary, careful patient monitoring is essential.

Concurrent administration of vasopressor drugs and of ergot-type oxytocic drugs may cause severe, persistent hypertension or cerebrovascular accidents.

Phenothiazines and butyrophenones may reduce or reverse the pressor effect of epinephrine.

*Carcinogenesis, Mutagenesis, Impairment of Fertility:* Long-term studies in animals of most local anesthetics including bupivacaine to evaluate the carcinogenic potential have not been conducted. Mutagenic potential or the effect on fertility has not been determined. There is no evidence from human data that MARCAINE may be carcinogenic or mutagenic or that it impairs fertility.

*Pregnancy Category C:* Decreased pup survival in rats and an embryocidal effect in rabbits have been observed when bupivacaine hydrochloride was administered to these species in doses comparable to nine and five times respectively the maximum recommended daily human dose (400 mg). There are no adequate and well-controlled studies in pregnant women of the effect of bupivacaine on the developing fetus. Bupivacaine hydrochloride should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. This does not exclude the use of MARCAINE at term for obstetrical anesthesia or analgesia. (See Labor and Delivery.)

IFLOW0003420

**Labor and Delivery:** SEE BOXED WARNING REGARDING OBSTETRICAL USE OF 0.75% MARCAINE.
MARCAINE is contraindicated for obstetrical paracervical block anesthesia.

Local anesthetics rapidly cross the placenta, and when used for epidural, caudal, or pudendal block anesthesia, can cause varying degrees of maternal, fetal, and neonatal toxicity. (See Pharmacokinetics in CLINICAL PHARMACOLOGY.) The incidence and degree of toxicity depend upon the procedure performed, the type, and amount of drug used, and the technique of drug administration. Adverse reactions in the parturient, fetus, and neonate involve alterations of the central nervous system, peripheral vascular tone, and cardiac function.

Maternal hypotension has resulted from regional anesthesia. Local anesthetics produce vasodilation by blocking sympathetic nerves. Elevating the patient's legs and positioning her on her left side will help prevent decreases in blood pressure. The fetal heart rate also should be monitored continuously and electronic fetal monitoring is highly advisable.

Epidural, caudal, or pudendal anesthesia may alter the forces of parturition through changes in uterine contractility or maternal expulsive efforts. Epidural anesthesia has been reported to prolong the second stage of labor by removing the parturient's reflex urge to bear down or by interfering with motor function. The use of obstetrical anesthesia may increase the need for forceps assistance.

The use of some local anesthetic drug products during labor and delivery may be followed by diminished muscle strength and tone for the first day or two of life. This has not been reported with bupivacaine.

It is extremely important to avoid aortocaval compression by the gravid uterus during administration of regional block to parturients. To do this, the patient must be maintained in the left lateral decubitus position or a blanket roll or sandbag may be placed beneath the right hip and gravid uterus displaced to the left.

**Nursing Mothers:** It is not known whether local anesthetic drugs are excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when local anesthetics are administered to a nursing woman.

**Pediatric Use:** Until further experience is gained in pediatric patients younger than 12 years, administration of MARCAINE in this age group is not recommended. Continuous infusions of bupivacaine in pediatric patients have been reported to result in high systemic levels of bupivacaine and seizures; high plasma levels may also be associated with cardiovascular abnormalities. (See WARNINGS, PRECAUTIONS, and OVERDOSAGE.)

## ADVERSE REACTIONS

Reactions to MARCAINE are characteristic of those associated with other amide-type local anesthetics. A major cause of adverse reactions to this group of drugs is excessive plasma levels, which may be due to overdosage, unintentional intravascular injection, or slow metabolic degradation.

The most commonly encountered acute adverse experiences which demand immediate counter-measures are related to the central nervous system and the cardiovascular system. These adverse experiences are generally dose related and due to high plasma levels which may result from overdosage, rapid absorption from the injection site, diminished tolerance, or from unintentional intravascular injection of the local anesthetic solution. In addition to systemic dose-related toxicity, unintentional subarachnoid injection of drug during the intended performance of caudal or lumbar epidural block or nerve blocks near the vertebral column (especially in the head and neck region) may result in underventilation or apnea ("Total or High Spinal"). Also, hypotension due to loss of sympathetic tone and respiratory paralysis or underventilation due to cephalad extension of the motor level of anesthesia may occur. This may lead to secondary cardiac arrest if untreated. Factors influencing plasma protein binding, such as acidosis, systemic diseases which alter protein production, or competition of other drugs for protein binding sites, may diminish individual tolerance.

**Central Nervous System Reactions:** These are characterized by excitation and/or depression. Restlessness, anxiety, dizziness, tinnitus, blurred vision, or tremors may occur, possibly proceeding to convulsions. However, excitement may be transient or absent, with depression being the first manifestation of an adverse reaction. This may quickly be followed by drowsiness merging into unconsciousness and respiratory arrest. Other central nervous system effects may be nausea, vomiting, chills, and constriction of the pupils.

The incidence of convulsions associated with the use of local anesthetics varies with the procedure used and the total dose administered. In a survey of studies of epidural anesthesia, overt toxicity progressing to convulsions occurred in approximately 0.1% of local anesthetic administrations.

**Cardiovascular System Reactions:** High doses or unintentional intravascular injection may lead to high plasma levels and related depression of the myocardium, decreased cardiac output, heartblock, hypotension, bradycardia, ventricular arrhythmias, including ventricular tachycardia and ventricular fibrillation, and cardiac arrest. (See WARNINGS, PRECAUTIONS, and OVERDOSAGE sections.)

**Allergic:** Allergic-type reactions are rare and may occur as a result of sensitivity to the local anesthetic or to other formulation ingredients, such as the antimicrobial preservative methylparaben contained in multiple-dose vials or sulfites in epinephrine-containing solutions. These reactions are characterized by signs such as urticaria, pruritus, erythema, angioneurotic edema (including laryngeal edema), tachycardia, sneezing, nausea, vomiting, dizziness, syncope, excessive sweating, elevated temperature, and possibly, anaphylactoid-like symptomatology (including severe hypotension). Cross sensitivity among members of the amide-type local anesthetic group has been reported. The usefulness of screening for sensitivity has not been definitely established.

**Neurologic:** The incidences of adverse neurologic reactions associated with the use of local anesthetics may be related to the total dose of local anesthetic administered and are also dependent upon the particular drug used, the route of administration, and the physical status of the patient. Many of these effects may be related to local anesthetic techniques, with or without a contribution from the drug.

In the practice of caudal or lumbar epidural block, occasional unintentional penetration of the subarachnoid space by the catheter or needle may occur. Subsequent adverse effects may depend partially on the amount of drug administered intrathecally and the physiological and physical effects of a dural puncture. A high spinal is characterized by paralysis of the legs, loss of consciousness, respiratory paralysis, and bradycardia.

Neurologic effects following epidural or caudal anesthesia may include spinal block of varying magnitude (including high or total spinal block); hypotension secondary to spinal block; urinary retention; fecal and urinary incontinence; loss of perineal sensation and sexual function; persistent anesthesia, paresthesia, weakness, paralysis of the lower extremities and loss of sphincter control all of which may have slow, incomplete, or no recovery; headache; backache; septic meningitis; meningismus; slowing of labor; increased incidence of forceps delivery; and cranial nerve palsies due to traction on nerves from loss of cerebrospinal fluid.

Neurologic effects following other procedures or routes of administration may include persistent anesthesia, paresthesia, weakness, paralysis, all of which may have slow, incomplete, or no recovery.

## OVERDOSAGE

Acute emergencies from local anesthetics are generally related to high plasma levels encountered during therapeutic use of local anesthetics or to unintended subarachnoid injection of local anesthetic solution. (See ADVERSE REACTIONS, WARNINGS, and PRECAUTIONS.)

**Management of Local Anesthetic Emergencies:** The first consideration is prevention, best accomplished by careful and constant monitoring of cardiovascular and respiratory vital signs and the patient's state of consciousness after each local anesthetic injection. At the first sign of change, oxygen should be administered.

The first step in the management of systemic toxic reactions, as well as underventilation or apnea due to unintentional subarachnoid injection of drug solution, consists of immediate attention to the establishment and maintenance of a patent airway and effective assisted or controlled ventilation with 100% oxygen with a delivery system capable of permitting immediate positive airway pressure by mask. This may prevent convulsions if they have not already occurred.

If necessary, use drugs to control the convulsions. A 50 mg to 100 mg bolus IV injection of succinylcholine will paralyze the patient without depressing the central nervous or cardiovascular systems and facilitate ventilation. A bolus IV dose of 5 mg to 10 mg of diazepam or 50 mg to 100 mg of thiopental will permit ventilation and counteract central nervous system stimulation, but these drugs also depress central nervous system, respiratory, and cardiac function, add to postictal depression and may result in apnea. Intravenous barbiturates, anticonvulsant agents, or muscle relaxants should only be administered by those familiar with their use. Immediately after the institution of these ventilatory measures, the adequacy of the circulation should be evaluated. Supportive treatment of circulatory depression may require administration of intravenous fluids, and when appropriate, a vasopressor dictated by the clinical situation (such as ephedrine or

epinephrine to enhance myocardial contractile force).

Endotracheal intubation, employing drugs and techniques familiar to the clinician, may be indicated after initial administration of oxygen by mask if difficulty is encountered in the maintenance of a patent airway, or if prolonged ventilatory support (assisted or controlled) is indicated.

Recent clinical data from patients experiencing local anesthetic-induced convulsions demonstrated rapid development of hypoxia, hypercarbia, and acidosis with bupivacaine within a minute of the onset of convulsions. These observations suggest that oxygen consumption and carbon dioxide production are greatly increased during local anesthetic convulsions and emphasize the importance of immediate and effective ventilation with oxygen which may avoid cardiac arrest.

If not treated immediately, convulsions with simultaneous hypoxia, hypercarbia, and acidosis plus myocardial depression from the direct effects of the local anesthetic may result in cardiac arrhythmias, bradycardia, asystole, ventricular fibrillation, or cardiac arrest. Respiratory abnormalities, including apnea, may occur. Underventilation or apnea due to unintentional subarachnoid injection of local anesthetic solution may produce these same signs and also lead to cardiac arrest if ventilatory support is not instituted. *If cardiac arrest should occur, successful outcome may require prolonged resuscitative efforts.*

The supine position is dangerous in pregnant women at term because of aortocaval compression by the gravid uterus. Therefore during treatment of systemic toxicity, maternal hypotension or fetal bradycardia following regional block, the parturient should be maintained in the left lateral decubitus position if possible, or manual displacement of the uterus off the great vessels be accomplished.

The mean seizure dosage of bupivacaine in rhesus monkeys was found to be 4.4 mg/kg with mean arterial plasma concentration of 4.5 mcg/mL. The intravenous and subcutaneous $LD_{50}$ in mice is 6 mg/kg to 8 mg/kg and 38 mg/kg to 54 mg/kg respectively.

## DOSAGE AND ADMINISTRATION

The dose of any local anesthetic administered varies with the anesthetic procedure, the area to be anesthetized, the vascularity of the tissues, the number of neuronal segments to be blocked, the depth of anesthesia and degree of muscle relaxation required, the duration of anesthesia desired, individual tolerance, and the physical condition of the patient. The smallest dose and concentration required to produce the desired result should be administered. Dosages of MARCAINE should be reduced for elderly and debilitated patients and patients with cardiac and/or liver disease. The rapid injection of a large volume of local anesthetic solution should be avoided and fractional (incremental) doses should be used when feasible.

For specific techniques and procedures, refer to standard textbooks.

In recommended doses, MARCAINE produces complete sensory block, but the effect on motor function differs among the three concentrations.

0.25%—when used for caudal, epidural, or peripheral nerve block, produces incomplete motor block. Should be used for operations in which muscle relaxation is not important, or when another means of providing muscle relaxation is used concurrently. Onset of action may be slower than with the 0.5% or 0.75% solutions.

0.5%—provides motor blockade for caudal, epidural, or nerve block, but muscle relaxation may be inadequate for operations in which complete muscle relaxation is essential.

0.75%—produces complete motor block. Most useful for epidural block in abdominal operations requiring complete muscle relaxation, and for retrobulbar anesthesia. Not for obstetrical anesthesia.

The duration of anesthesia with MARCAINE is such that for most indications, a single dose is sufficient.

Maximum dosage limit must be individualized in each case after evaluating the size and physical status of the patient, as well as the usual rate of systemic absorption from a particular injection site. Most experience to date is with single doses of MARCAINE up to 225 mg with epinephrine 1:200,000 and 175 mg without epinephrine; more or less drug may be used depending on individualization of each case.

These doses may be repeated up to once every three hours. In clinical studies to date, total daily doses have been up to 400 mg. Until further experience is gained, this dose should not be exceeded in 24 hours. The duration of anesthetic effect may be prolonged by the addition of epinephrine.

The dosages in Table 1 have generally proved satisfactory and are recommended as a guide for use in the average adult. These dosages should be reduced for elderly or debilitated patients. Until further experience is gained, MARCAINE is not recommended for pediatric patients younger than 12 years. MARCAINE is contraindicated for obstetrical paracervical blocks, and is not recommended for intravenous regional anesthesia (Bier Block).

*Use in Epidural Anesthesia:* During epidural administration of MARCAINE, 0.5% and 0.75% solutions should be administered in incremental doses of 3 mL to 5 mL with sufficient time between doses to detect toxic manifestations of unintentional intravascular or intrathecal injection. In obstetrics, only the 0.5% and 0.25% concentrations should be used; incremental doses of 3 mL to 5 mL of the 0.5% solution not exceeding 50 mg to 100 mg at any dosing interval are recommended. Repeat doses should be preceded by a test dose containing epinephrine if not contraindicated. Use only the single-dose ampuls and single-dose vials for caudal or epidural anesthesia; the multiple-dose vials contain a preservative and therefore should not be used for these procedures.

*Test Dose for Caudal and Lumbar Epidural Blocks:* The Test Dose of MARCAINE (0.5% bupivacaine with 1:200,000 epinephrine in a 3 mL ampul) is recommended for use as a test dose when clinical conditions permit prior to caudal and lumbar epidural blocks. This may serve as a warning of unintended intravascular or subarachnoid injection. (See PRECAUTIONS.) The pulse rate and other signs should be monitored carefully immediately following each test dose administration to detect possible intravascular injection, and adequate time for onset of spinal block should be allotted to detect possible intrathecal injection. An intravascular or subarachnoid injection is still possible even if results of the test dose are negative. The test dose itself may produce a systemic toxic reaction, high spinal or cardiovascular effects from the epinephrine. (See WARNINGS and OVERDOSAGE.)

*Use in Dentistry:* The 0.5% concentration with epinephrine is recommended for infiltration and block injection in the maxillary and mandibular area when a longer duration of local anesthetic action is desired, such as for oral surgical procedures generally associated with significant postoperative pain. The average dose of 1.8 mL (9 mg) per injection site will usually suffice; an occasional second dose of 1.8 mL (9 mg) may be used if necessary to produce adequate anesthesia after making allowance for 2 to 10 minutes onset time. (See CLINICAL PHARMACOLOGY.) The lowest effective dose should be employed and time should be allowed between injections; it is recommended that the total dose for all injection sites, spread out over a single dental sitting, should not ordinarily exceed 90 mg for a healthy adult patient (ten 1.8 mL injections of 0.5% MARCAINE with epinephrine). Injections should be made slowly and with frequent aspirations. Until further experience is gained, MARCAINE in dentistry is not recommended for pediatric patients younger than 12 years.

Unused portions of solution not containing preservatives, i.e., those supplied in single-dose ampuls and single-dose vials, should be discarded following initial use.

This product should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. Solutions which are discolored or which contain particulate matter should not be administered.

Table I. Recommended Concentrations and Doses of MARCAINE

| Type of Block | Conc. | Each Dose (mL) | Each Dose (mg) | Motor Block[1] |
|---|---|---|---|---|
| Local infiltration | 0.25%[4] | up to max. | up to max. | — |
| Epidural | 0.75%[2,4] | 10-20 | 75-150 | complete |
| | 0.5%[4] | 10-20 | 50-100 | moderate to complete |
| | 0.25%[4] | 10-20 | 25-50 | partial to moderate |
| Caudal | 0.5%[4] | 15-30 | 75-150 | moderate to complete |
| | 0.25%[4] | 15-30 | 37.5-75 | moderate |
| Peripheral nerves | 0.5%[4] | 5 to max. | 25 to max. | moderate to complete |
| | 0.25%[4] | 5 to max. | 12.5 to max. | moderate to complete |
| Retrobulbar[3] | 0.75%[4] | 2-4 | 15-30 | complete |
| Sympathetic | 0.25% | 20-50 | 50-125 | — |
| Dental[3] | 0.5% w/epi | 1.8-3.6 per site | 9-18 per site | — |
| Epidural[3] Test Dose | 0.5% w/epi | 2-3 | 10-15 (10-15 micrograms epinephrine) | — |

[1]With continuous (intermittent) techniques, repeat doses increase the degree of motor block. The first repeat dose of 0.5% may produce complete motor block. Intercostal nerve block with 0.25% may also produce complete motor block for intra-abdominal surgery.
[2]For single-dose use, not for intermittent epidural technique. Not for obstetrical anesthesia.
[3]See PRECAUTIONS.
[4]Solutions with or without epinephrine.

## HOW SUPPLIED

**These solutions are not for spinal anesthesia.**

Store at controlled room temperature, between 15° C and 30° C (59° F and 86° F).

*MARCAINE* —Solutions of MARCAINE that do not contain epinephrine may be autoclaved. Autoclave at 15-pound pressure, 121° C (250° F) for 15 minutes.

0.25%—Contains 2.5 mg bupivacaine hydrochloride per mL.

List 1559 Single-dose ampuls of 50 mL, box of 5
List 1559 Single-dose vials of 10 mL, box of 10
List 1559 Single-dose vials of 30 mL, box of 10
List 1587 Multiple-dose vials of 50 mL, box of 1

0.5%—Contains 5 mg bupivacaine hydrochloride per mL.

List 1560 Single-dose ampuls of 30 mL, box of 5
List 1560 Single-dose vials of 10 mL, box of 10
List 1560 Single-dose vials of 30 mL, box of 10
List 1610 Multiple-dose vials of 50 mL, box of 1

0.75%—Contains 7.5 mg bupivacaine hydrochloride per mL.

List 1582 Single-dose ampuls of 30 mL, box of 5
List 1582 Single-dose vials of 10 mL, box of 10
List 1582 Single-dose vials of 30 mL, box of 10

*MARCAINE with epinephrine 1:200,000* (as bitartrate)—Solutions of MARCAINE that contain epinephrine should not be autoclaved and should be protected from light. Do not use the solution if its color is pinkish or darker than slightly yellow or if it contains a precipitate.

0.25%—with epinephrine 1:200,000
Contains 2.5 mg bupivacaine hydrochloride per mL.

List 1746 Single-dose ampuls of 50 mL, box of 5
List 1746 Single-dose vials of 10 mL, box of 10
List 1746 Single-dose vials of 30 mL, box of 10
List 1752 Multiple-dose vials of 50 mL, box of 1

0.5%—with epinephrine 1:200,000
Contains 5 mg bupivacaine hydrochloride per mL.

List 1749 Single-dose ampuls of 3 mL, box of 10
List 1749 Single-dose ampuls of 30 mL, box of 5
List 1749 Single-dose vials of 10 mL, box of 10
List 1749 Single-dose vials of 30 mL, box of 10
List 1755 Multiple-dose vials of 50 mL, box of 1

0.75%—with epinephrine 1:200,000
Contains 7.5 mg bupivacaine hydrochloride per mL.

List 1750 Single-dose ampuls of 30 mL, box of 5

℞ only

©Abbott 1997 03-0355-R2-Rev. April, 1998 Printed in USA

ABBOTT LABORATORIES, NORTH CHICAGO, IL 60064 USA

## APPENDIX 2

Scientific and Medical Literature Reviewed By Charles Beck, M.D.


(1) Mallon, "Patient Controlled Analgesia for Acromioplasty Surgery," Journal of Shoulder and Elbow Surgery, 9:85-88 March, 2000

(2) Savoie, Mallon, "The Pain Control Infusion Pump for Postoperative Pain Control in Shoulder Surgery," Arthroscopy, 16:339-342 March, 2000

(3) Hansen, C. Beck, E. Beck, Townsley, "Post Arthroscopic Glenohumeral Chondrolysis," American Journal of Sports Medicine, 35:1628-1634 (October 2007)

(4) Nole et al "Bupivacaine and Saline Effects on Articular Cartilage," Arthroscopy, 2:123-7 (1985)

(5) Fulkerson and Winters, "Articular Cartilage Response to Arthroscopic Surgery: A Review of Current Knowledge," Arthroscopy, 3:184-89 (1986)

(6) Petty et al, "Glenohumeral Chondrolysis After Shoulder Arthroscopy," Am J. Sports Med, 32(2):509-515 (March 2004)

(7) Dogan et al, "The Effects of Bupivacaine and Neostigmine on Articular Cartilage and Synovium in the Rabbit Knee Joint," J Int Med Res, 32:513-519 (September-October 2004)

(8) Bojescul et al, "Case Report - Idiopathic Chondrolysis of the Ankle," Arthroscopy: The Journal Of Arthroscopic And Related Surgery, 21:224-227 (February 2005)

(9) Hansen et al, "Post-Arthroscopic Shoulder Chondrolysis With Associated Intraarticular Pain Pump Catheter Use," AAOS Podium Presentation, March 22-26, 2006, Chicago, IL

(10) Chu et al, "In Vitro Exposure to .5% Bupivacaine is Cytotoxic to Bovine Articular Chondrocytes," Arthroscopy: The Journal Of Arthroscopic And Related Surgery, 22:693-699 (July 2006)

(11) Chu et al, "The In Vitro Effects of Bupivacaine on Articular Chondrocytes," Journal of Bone and Joint Surgery, 90-B:814-820 (June, 2008)

(12) Chu and Coyle, "Chondrocytes Fail to Recover From Lidocaine-Induced Injury," 2009 Annual Meeting Poster Presentation #P437, AAOS, Las Vegas, February 25-28, 2009

(13) Gomoll et al, "Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder," Arthroscopy: The Journal of Arthroscopic and Related Surgery, 22:813-819 (August 2006)

(14) Lo et al: "Local Anesthetics Induce Chondrocyte Death in Bovine Articular Cartilage." 2008 AAOS Meeting Paper

(15) Yeger-McKeever, et al: "Low Doses of Bupivacaine Are Cytotoxic to Articular Cartilage In Vitro." 2008 AAOS Meeting Paper

(16) Piper and Kim: "Ropivacaine is Less Cytotoxic Than Bupivacaine to Human Articular Chondrocytes." 2008 AAOS Meeting Paper

(17) Piper and Kim, "Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes," Journal Of Bone And Joint Surgery, 90:986-991 (May 2008)

(18) Dragoo et al: "Effect of Local Anesthetics Delivered via Perioperative Pain Pumps on Chondrocyte Viability." 2008 AAOS Meeting Paper

(19) Dragoo et al, "The Effect of Local Anesthetics Administered via Pain Pump on Chondrocyte Viability," American Journal of Sports Medicine, 36:1484-1488 (August, 2008)

(20) Karpie et al, "Lidocaine Exhibits Dose and Time Dependent Cytotoxic Effects on Bovine Articular Chondrocytes In Vitro," American Journal of Sports Medicine, 35:1621-1627 (2007); e-published July 2007

(21) Anderson et al, "Chondrolysis of the Glenohumeral Joint," Arthroscopy Supplement, Vol. 24:E13-E14 (June 2008)

(22) Greis and Burks, "Bilateral Shoulder Chondrolysis Following Arthroscopy: A Report of Two Cases," Journal of Bone and Joint Surgery, Vol. 90:1338-1344 (June 2008)

(23) Webb and Ghosh (Consultant Anesthetists, Cambridge, UK), Further Opinion-"Intra-articular injection of bupivacaine: Primum non nocere," British Journal of Bone and Joint Surgery (2008)

(24) Korotkova et al, 2009 AAOS Annual Meeting Poster Presentation #P452 "Chondrotoxicity of pH and Epinephrine Found in Local Anesthetics Administered by a Pain Pump," Las Vegas, February 25-28, 2009

(25) Tamai et al, "Chondrolysis of the Shoulder Following a "Color Test"-Assisted Rotator Cuff Repair-a Report of 2 Cases," Acta Orthopaedica Scandinavica, 68:401-402 (1997)

(26) Nakagawa et al, "Glenohumeral Osteoarthritis Following a 'Color Test' During Rotator Cuff Repair," Bulletin of the Hospital for Joint Diseases, 57:216-218 (1998)

(27) Douw et al, "Clinical and Pathological Changes in the Knee After Accidental Chlorhexidine Irrigation During Arthroscopy," The Journal Of Bone And Joint Surgery, 80-B 437-440 (1998)

(28) van Huyssteen, "Chlorhexidine and Chondrolysis in the Knee," Journal of Bone and Joint Surgery (British) 81-B:995-6 (1999)

(29) LeClaire et al, "Rapid Chondrolysis After an Intra-articular Leak of Bone Cement in Treatment of a Benign Acetabular Subchondral Cyst: an Unusual Complication of Percutaneous Injection of Acrylic Cement," Skeletal Radiology, 29:275-278 (2000)

(30) Lu et al, "Thermal Chondroplasty with Radiofrequency Energy," American Journal of Sports Medicine, 29:42-49 (2001)

(31) Edwards et al, "Thermal Chondroplasty of Chondromalacic Human Cartilage," American Journal of Sports Medicine, 30:90-97 (2002)

(32) Levine et al, "Chondrolysis Following Arthroscopic Thermal Capsulorrhaphy to Treat Shoulder Instability," Journal of Bone and Joint Surgery, 87A:616-621 (2005)

(33) Lubowitz, "Glenohumeral Thermal Capsulorrhaphy is Not Recommended-Shoulder Chondrolysis Requires Additional Research," Arthroscopy, 23:687 (2007)

(34) Good, "Glenohumeral Chondrolysis After Shoulder Arthroscopy With Thermal Capsulorraphy," Arthroscopy, 23:797.EL 797.E1-EL 797.E5 (2007)

MEDICAL EXPENSE SUMMARY
of
# GORDON ADDIS

| Date | Provider | Amount Charged |
|---|---|---|
| 6/29/2007 | Cascade Pathology Services, Corp. | 213.75 |
| | Subtotal | **213.75** |
| | | |
| 1/25/2008 | Columbia Anesthesia Group | 1,292.00 |
| | Subtotal | **1,292.00** |
| | | |
| 6/5/2007 | Columbia Imaging Group | 95.00 |
| | Subtotal | **95.00** |
| | | |
| 4/8/2004 | Concentra Medical Centers | 179.78 |
| 4/13/2004 | | 129.86 |
| 4/15/2004 | | 153.21 |
| 4/19/2004 | | 134.21 |
| 4/21/2004 | | 134.21 |
| 4/23/2004 | | 134.21 |
| 4/27/2004 | | 134.21 |
| 5/11/2004 | | 101.32 |
| | Subtotal | **1,101.01** |
| | | |
| 1/10/2007 | Diagnostic Imaging NW PC | 837.63 |
| | | **837.63** |
| | | |
| 4/1/2004 | Emanuel Apothecary | 64.43 |
| 4/5/2004 | | 1.91 |
| 7/2/2007 | | 131.92 |
| 7/16/2007 | | 21.04 |
| 1/25/2008 | | 89.03 |
| | Subtotal | **308.33** |
| | | |
| 5/24/2004 | Good Samaritan Apothecary | 152.05 |
| 6/15/2004 | | 156.55 |
| 7/13/2004 | | 124.55 |
| 7/15/2004 | | 156.55 |
| 8/9/2004 | | 209.33 |
| 8/16/2004 | | 1.50 |
| 8/25/2004 | | 84.02 |
| 8/30/2004 | | 1.50 |
| 9/8/2004 | | 1.50 |
| 9/13/2004 | | 82.39 |
| 9/17/2004 | | 0.74 |
| 9/24/2004 | | 0.68 |
| 10/4/2004 | | 0.68 |

| Date | Provider | Amount Charged |
|---|---|---|
| 10/20/2004 | | 82.39 |
| 11/30/2004 | | 82.39 |
| 12/20/2004 | | 82.39 |
| 1/12/2005 | | 162.00 |
| 2/11/2005 | | 162.00 |
| 3/9/2005 | | 162.00 |
| 4/12/2005 | | 162.00 |
| 5/13/2005 | | 162.00 |
| 6/8/2005 | | 162.00 |
| 8/11/2005 | | 162.00 |
| 9/13/2005 | | 162.00 |
| 10/6/2005 | | 162.00 |
| 11/7/2005 | | 162.00 |
| 1/4/2006 | | 162.00 |
| 10/25/2006 | | 16.78 |
| 12/1/2006 | | 5.00 |
| 12/20/2006 | | 5.00 |
| 1/3/2007 | | 10.77 |
| 1/9/2007 | | 5.72 |
| 1/15/2007 | | 7.00 |
| 1/17/2007 | | 178.98 |
| 1/26/2007 | | 10.77 |
| 2/8/2007 | | 189.75 |
| 2/23/2007 | | 10.77 |
| 3/8/2007 | | 7.00 |
| 3/19/2007 | | 10.77 |
| 3/30/2007 | | 7.00 |
| 4/12/2007 | | 7.00 |
| 4/25/2007 | | 178.98 |
| 5/1/2007 | | 13.73 |
| 5/15/2007 | | 13.73 |
| 5/29/2007 | | 7.00 |
| 6/7/2007 | | 7.00 |
| 1/31/2008 | | 7.00 |
| 2/7/2008 | | 202.61 |
| 3/13/2008 | | 202.61 |
| 4/15/2008 | | 202.61 |
| 5/7/2008 | | 105.80 |
| 6/30/2008 | | 105.80 |
| 8/8/2008 | | 105.80 |
| | Subtotal | **4,626.19** |
| | | |

| Date | Provider | Amount Charged |
|---|---|---|
| 3/8/2007 | Robert J. Gross, M.D. | 250.00 |
| | Subtotal | **250.00** |
| | | |
| 1/17/2009 | Hooper Detoxification Center | 50.00 |
| | Subtotal | **50.00** |
| | | |
| 6/26/2007 | Legacy Emanuel Hospital | 195.00 |
| | Subtotal | **195.00** |
| | | |
| 3/31/2004 | Legacy Good Samaritan Hospital | 6,903.50 |
| 5/18/2004 | | 410.00 |
| 6/1/2004 | | 973.00 |
| 7/1/2004 | | 973.00 |
| 8/1/2004 | | 856.00 |
| 9/1/2004 | | 155.00 |
| 12/1/2006 | | 226.00 |
| 1/1/2007 | | 216.00 |
| 1/10/2007 | | 2,054.00 |
| | Subtotal | **12,766.50** |
| | | |
| 5/10/2007 | Legacy Laboratory Service | 87.60 |
| 5/24/2007 | | 57.40 |
| 6/15/2007 | | 134.30 |
| 1/7/2008 | | 57.40 |
| 1/12/2008 | | 68.20 |
| | Subtotal | **404.90** |
| | | |
| 5/24/2007 | Legacy Salmon Creek Hospital | 540.00 |
| 6/12/2007 | | 3,083.00 |
| 6/20/2007 | | 428.60 |
| 6/26/2007 | | 38,849.19 |
| 7/2/2007 | | 825.00 |
| 1/11/2008 | | 985.00 |
| | Subtotal | **44,710.79** |
| | | |
| 5/10/2007 | NW Surgical Specialists | 289.22 |
| 6/25/2007 | | 110.05 |
| 6/29/2007 | | 4,091.39 |
| 7/19/2007 | | 63.44 |
| 8/28/2007 | | 63.44 |
| 10/4/2007 | | 130.89 |
| 1/7/2008 | | 173.49 |
| 1/23/2008 | | 110.05 |
| 1/25/2008 | | 1,707.26 |
| 3/13/2008 | | 62.01 |
| 5/7/2008 | | 190.26 |

| Date | Provider | Amount Charged |
|---|---|---|
| 6/12/2008 | | 77.25 |
| 7/16/2008 | | 77.25 |
| 9/19/2008 | | 139.26 |
| 10/28/2008 | | 77.25 |
| 1/8/2009 | | 190.26 |
| | Subtotal | **7,552.77** |
| | | |
| 3/31/2004 | **Occupational Orthopaedic** | 6,536.00 |
| 4/1/2004 | | 67.00 |
| 4/2/2004 | | 63.50 |
| 4/5/2004 | | 15.00 |
| 4/8/2004 | | 28.65 |
| 4/12/2004 | | 150.30 |
| 4/16/2004 | | 26.30 |
| 4/21/2004 | | 26.30 |
| 4/26/2004 | | 28.65 |
| 4/27/2004 | | 50.00 |
| 4/30/2004 | | 26.30 |
| 5/4/2004 | | 26.30 |
| 6/28/2004 | | 26.30 |
| 7/12/2004 | | 26.30 |
| 7/19/2004 | | 26.30 |
| 8/9/2004 | | 134.00 |
| 8/30/2004 | | 134.00 |
| 9/13/2004 | | 0.00 |
| 9/14/2004 | | 67.00 |
| 10/12/2004 | | 160.30 |
| 11/29/2004 | | 0.00 |
| 10/10/2006 | | 516.00 |
| 11/16/2006 | | 337.00 |
| 1/2/2007 | | 134.00 |
| 1/11/2007 | | 151.00 |
| 2/1/2007 | | 134.00 |
| 3/22/2007 | | 134.00 |
| 3/29/2007 | | 334.00 |
| 4/12/2007 | | 95.08 |
| 4/26/2007 | | 102.60 |
| 5/14/2007 | | 95.08 |
| 6/7/2007 | | 95.08 |
| 8/5/2008 | | 200.00 |
| 9/25/2008 | | 204.60 |
| 10/30/2008 | | 2,204.60 |
| | Subtotal | **12,355.54** |
| | | |
| 3/31/2004 | **Oregon Anesthesiology Group** | 980.00 |
| | Subtotal | **980.00** |

| Date | Provider | Amount Charged |
|---|---|---|
| | | |
| 9/12/2008 | **Providence Portland Med. Ctr.** | 541.00 |
| | Subtotal | **541.00** |
| | | |
| 6/29/2007 | **Salmon Creek Anesthiologists** | 3,588.00 |
| | Subtotal | **3,588.00** |
| | | |
| 7/31/2007 | **SW Washington Med. Ctr.** | 2,807.00 |
| | Subtotal | **2,807.00** |
| | | |
| 1/25/2008 | **SW Washington Med. Ctr. Labs** | 252.64 |
| | Subtotal | **252.64** |
| | | |
| 1/25/2008 | **SW Washington Regional Surgery Ctr** | 2,375.00 |
| | Subtotal | **2,375.00** |
| | | |
| 6/15/2007 | **Vancouver Clinic** | 454.08 |
| | Subtotal | **454.08** |
| | | |
| 5/24/2007 | **Vancouver Radiologists** | 253.00 |
| 6/12/2007 | | 292.00 |
| 6/20/2007 | | 253.00 |
| 6/29/2007 | | 50.00 |
| 6/30/2007 | | 25.00 |
| 1/11/2008 | | 148.00 |
| | Subtotal | **1,021.00** |
| | | |
| 7/21/2007 | **West Portland Physical Therapy** | 237.00 |
| 7/27/2007 | | 126.00 |
| 7/30/2007 | | 126.00 |
| 8/6/2007 | | 126.00 |
| 8/10/2007 | | 126.00 |
| 8/13/2007 | | 181.00 |
| 8/17/2007 | | 181.00 |
| 8/22/2007 | | 181.00 |
| 8/30/2007 | | 181.00 |
| 8/31/2007 | | 236.00 |
| 9/6/2007 | | 181.00 |
| 9/7/2007 | | 173.00 |
| 9/12/2007 | | 173.00 |
| 9/18/2007 | | 173.00 |
| 9/19/2007 | | 173.00 |
| 9/21/2007 | | 118.00 |
| 9/25/2007 | | 173.00 |
| 10/1/2007 | | 173.00 |
| 2/13/2008 | | 189.00 |

| Date | Provider | Amount Charged |
|---|---|---|
| 2/14/2008 | | 13.00 |
| 2/28/2008 | | 173.00 |
| 3/6/2008 | | 173.00 |
| 3/12/2008 | | 173.00 |
| 3/20/2008 | | 118.00 |
| 3/27/2008 | | 118.00 |
| 4/1/2008 | | 181.00 |
| 4/3/2008 | | 181.00 |
| 4/10/2008 | | 173.00 |
| 4/17/2008 | | 149.00 |
| 4/22/2008 | | 118.00 |
| 4/25/2008 | | 236.00 |
| 4/29/2008 | | 225.00 |
| 5/23/2008 | | 252.00 |
| 5/27/2008 | | 244.00 |
| 6/13/2008 | | 126.00 |
| 6/20/2008 | | 110.00 |
| 6/26/2008 | | 118.00 |
| 7/3/2008 | | 173.00 |
| 7/9/2008 | | 173.00 |
| 7/18/2008 | | 236.00 |
| 7/25/2008 | | 165.00 |
| 7/31/2008 | | 244.00 |
| 8/15/2008 | | 173.00 |
| 8/26/2008 | | 346.00 |
| 8/28/2008 | | 63.00 |
| 9/2/2008 | | 307.00 |
| 9/11/2008 | | 173.00 |
| 9/16/2008 | | 165.00 |
| 9/26/2008 | | 173.00 |
| 10/10/2008 | | 165.00 |
| 10/17/2008 | | 165.00 |
| | Subtotal | **8,829.00** |
| | | |
| | **GRAND TOTAL** | **107,607.13** |

**CHARLES L. BECK, JR., M.D.**
CURRICULUM VITAE

OFFICE ADDRESS: Center of Orthopedic & Rehabilitation Excellence
3584 West 9000 South Ste. 405
West Jordan, Utah 84088

HOME ADDRESS: 2318 East Walker Lane
Salt Lake City, Utah 84117
(801) 278-3711

BIRTH DATE AND BIRTHPLACE: July 11, 1956 - Lafayette, Louisiana

MARITAL STATUS: Married to Elizabeth P. Beck, 1984

CHILDREN: Ariana Leigh Beck
Lise Christine Beck
Larissa Nicole Beck
Kimberly Rae Beck
Anastasia Katherine Pantiledes (Niece, ward)

SPECIALTY: Orthopedic Surgery, Sports Injuries, Knee & Shoulder Specialist

BOARD CERTIFICATION: Diplomat, American Board of Orthopaedic Surgery - 1991
Recertification 1998 (through 2011)

LICENSURE: Louisiana - 6/82-inactive, 2000
Utah - 6/87
Nevada - 9/89
Wyoming-2/2000

EDUCATION:

1974-1978 Bachelor of Science - Louisiana State University
University - Baton Rouge, La. - Graduated Magna Cum Laude

1978-1982 Doctor of Medicine - Louisiana State University School of Medicine - New Orleans, La. - AOA

INTERNSHIP:

1982-1983 Louisiana State University School of Medicine New Orleans, LA.
Charity Hospital- New Orleans, La.

RESIDENCY:

| | |
|---|---|
| 1983-1987 | Louisiana State University School of Medicine Department of Orthopaedics, New Orleans, La. |

FELLOWSHIP:

| | |
|---|---|
| 1987-1988 | Sports Medicine Fellowship with Thomas D. Rosenberg, M.D. and Lonnie E. Paulos, M.D. at Salt Lake Knee & Sports Medicine, Salt Lake City, Utah. |
| 1994 | Participant in the AOSSM/EKSSM European Traveling Fellowship. |

HONORS/HONOR SOCIETY MEMBERSHIPS:

Alpha Epsilon Delta Honor Society, LSU, 1975
Phi Kappa Phi Honor Society, LSU, 1977
Alpha Omega Alpha Honor Society, LSUMC, 1982
Orthopaedic Award for Outstanding Graduating Medical Student, 1982
"Guide to America's Top Physicians", selected 2003 by Consumers Research Council of America

CURRENT POSITION:

Aug 1988-July 2003: The Orthopedic Specialty Hospital - Private Practice.
Head Team Physician, U.S. Snowboard Team
Team Physician, U.S. Ski Team, U.S. Speed Skating Team, Utah
Medical Director Institute For Sport Science & Medicine, TOSH
Alumni Coordinator - The Orthopedic Specialty Clinic Sports Medicine Fellowship Program.
Co-Director, Orthopedic Biomechanics Institute & Orthopedic Biomechanics Laboratory.
Instructor, Orthopedic Specialty Hospital Sports Medicine Fellowship

Aug 2003 – Sept. 2005: Private Practice, Advanced Orthopedics & Sports Medicine
Consultant – US Ski & Snowboard Team
Team Physician – Salt Lake REAL, Major League Soccer.

Sept. 2005 – Present: The Center of Orthopedic and Rehabilitation Excellence
Consultant – US Ski and Snowboard Teams
Team Physician – Salt Lake Real MLS

HOSPITAL AFFILIATIONS:

Jordan Valley Hospital - Active
The Orthopedic Specialty Hospital - Active
Salt Lake Regional Medical Center - Courtesy
LDS Hospital – Courtesy
St. Mark's Hospital – Courtesy
HealthSouth Surgical Center –Park City – Active
SouthTowne Surgical Center – Sandy, - Active

PROFESSIONAL SOCIETY AFFILIATIONS:

American Orthopaedic Society for Sports Medicine
Active Member - 1994
American Academy of Orthopaedic Surgeons -
Active Fellow - 1993
Arthroscopy Association North America -
Active Member 1993
American Doctors Association
American Medical Association
Southern Medical Association
Utah Medical Association
Salt Lake County Medical Association
Orthopaedics Overseas
Magellan Society-Active since 1994
European Society of Knee Surgery and Arthroscopy-1994
Herodicus Society-Active since 1999

SPECIAL INTERESTS IN ORTHOPAEDICS:

American Journal of Sports Medicine Editorial Board, 2003 - present
Sports Medicine, Clinical and Basic Science Research

PROFESSIONAL SOCIETY ACTIVITIES

President of Medical Staff, The Orthopedic Specialty Hospital;
1993-94, 1998-99.
Member of AOSSM Education Committee; 1996-98
Utah Workers' Compensation Council: Chairman,
Knee Protocol/Ad Hoc Committee, 1996.
American Orthopedic Society for Sports Medicine Fellowship
Examination Committee - 1994

PROFESSIONAL SOCIETY ACTIVITIES, CONT:

American Academy of Orthopedic Surgeons Subcommittee on Sports Medicine Evaluation - Field Tester for 1992 Sports Medicine test
AOSSM-ESSKA European Traveling Fellowship 1994
Volunteer Mexican Ionian village – Youth Camp in Greece 2003
Volunteer Physicians 4th St. Clinic for the indigent, 1995 – present
Member, Diocesan Council, Denver Diocese of the Greek Orthodox Church in North America, 2001- present

CIVIC ACTIVITIES:

Holladay Baptist Church -
Member of the Finance and Budget Committee 1993-95
Greek Orthodox Community of Greater Salt Lake City
Sunday School Teacher, 11th-12th Grade 1995-present
Member of the Parish Council 1999-2005
Member, Diocesan Council, Denver Diocese 2001-2005.

PUBLICATIONS:

1. Dabezies, E.; Beck, C.L.; Shoji, H.: Current Practice with Chymopapain for Treatment of Herniated Nucleus Pulposus. Orthopaedics Vol. 6/12: December 1983.

2. Jennings, L.; Beck, C.L.; Dabezies, E.: Osteoid Osteoma. Orthopaedics Vol. 6/12: December 1983.

3. Beck, C.L.; Dabezies, E.: Monteggia Fracture-Dislocation. Orthopaedics Vol. 7/2: February 1984.

4. Dabezies, E.; Beck, C.L.; Shoji, H.: Chymopapain in Perspective. Clinical Orthopaedics and Related Research 206:10-14, May 1986.

5. Beck, C.L.; Drez, D.: Instrumented Testing of Functional Knee Braces. American Journal of Sports Medicine: 14:253-56, 1986.

6. Solomonow, M.; Baratta, R.; Zhou, BH.; Shoji, H.; Bose, W.; Beck, C.; D'Ambrosia, R.D.: The Synergistic Action of the ACL and Thigh Muscles in Maintaining Joint Stability. American Journal of Sports Medicine: 15:207-213, 1987.

PUBLICATIONS, CON'T:

7. Beck, C.L., Burke, S.W., Roberts, J.S., et al: Physeal Bridge Resection in Infantile Blount's Disease. Journal Pediatric Orthopedics: 7:161-163, 1987.

8. Paulos, L.E.; Rosenberg, T.D.; Beck, C.L.: Post Surgical Care in Arthroscopic Surgery of the Knee and Shoulder. Orthopaedic Clinics of North America: 19:715-723, 1988.

9. Beck, C.L., Paulos, L.E.: Rehabilitation After Arthroscopic Surgery. Operative Arthroscopy, Chapter 11, 129-153. John McGinty ed., Raven Press, New York, NY.,1991.

10. Paulos, L.E.; Franklin, J.; Beck, C.L.: Arthroscopic Management of Rotator Cuff Tears. Operative Arthroscopy, Chapter 41, 543-556. John McGinty ed., Raven Press, New York, NY., 1991.

11. Paulos, L.E.; Wnorowski, D.C.; Beck, C.L.: Rehabilitation Following Knee Surgery. Recommendations. Sports Med.(New Zealand), April, 1991, 11 (4) 257-75.

12. Paulos, L.E.; Cherf, J,; Rosenberg, T.D.; Beck, C.L.: Anterior Cruciate Ligament Reconstruction with Autograft. Clinics in Sports Medicine, 10:469-86, W.B. Saunders Co., 1991.

13. Beck, C.L.; Paulos, L.E.; Rosenberg, T.D.: Endoscopic Anterior Cruciate Ligament Reconstruction Surgical Technique. Operative Techniques In Orthopaedics, 2:86-98, 1992, W.B. Saunders Co.

14. Paulos, L.E.; Rosenberg, T.D.; Grewe, S.; Tearse, D.; Beck, C.L.: The Gore-Tex Anterior Cruciate Ligament Prosthesis: A Long Term Follow-up. American Journal of Sports Medicine 20: 246-52, 1992.

15. Beck, C.L.; Delee, J.: "Endoscopic ACL Reconstruction". Videotape produced by AAOS after "Arthroscopically assisted ACL reconstruction", Memphis, TN, June, 1993.

16. Paulos, L.E.; Pinkowski, J.L.; Beck, C.L.: The Use of Soft- Tissue Allografts in Knee Ligament Reconstruction. Biology & Biomechanics of the Traumatized Synovial Joint: The Knee as a Model. AAOS publication, March, 1993, p:513-531.

17. Cooper, J.L.; Beck, C.L.: History of Soft-Tissue Allografts in Orthopedics. Sports Medicine and Arthroscopy Review, Vol 1, Spring 1993, p:2-16.

PUBLICATIONS, CON'T:

18. Adkison, D.; Beck, C.L.: Plain Film Radiographic Analysis of Endoscopic Anterior Cruciate Ligament Reconstruction Utilizing the Patellar Tendon. Orthopedic Transactions, 17:496, 1993.

19. Cooper, J.; Beck, C.L.; Paulos, L.E.: Allograft Anterior Cruciate Ligament Remodeling: Histologic Evaluation. Orthopedic Transactions, 18 (4):1097, 1994.

20. Cooper, J.; Beck, C.L., et.al: A Prospective & Retrospective Long-term Analysis Comparing Allograft & Autograft Tissue For Anterior Cruciate Ligament Reconstruction. Orthopedic Transactions, 19 (1):12, 1994.

21. Beck, C.L., West, H., Newman, A.: "Protocols for the Treatment of Knee Injuries." Utah Workers Compensation Advisory Council. Published 1994.

22. Franklin, J.; Beck, C.L., Paulos, L.E.: Arthroscopic Management of Rotator Cuff Tears. Operative Arthroscopy, Second Edition, 1995. Pub: Raven Press.

23. Beck, C.L., Weiss, J.A., Greenwald, R.M.: Microvasculature of the normal and healing medial collateral ligament. ORS, 1995, page 162.

24. Paulos, LE.; Trawick, R.H.; Beck, C.L.: Methods of Soft Tissue Fixation to Cortical Bone. Techniques in Orthopaedics, March 1999, 14 (1) 63-73.

24. Beck, C.L., Heitz, N.A., Eisenman, P.A., Walker, J.A.: Hormonal Changes Throughout the Menstrual Cycle and Increased Anterior Cruciate Ligament Laxity in Females. Journal of Athletic Training, June 1999, 34 (2) 144-149.

25. Hansen, B., Beck, C., Townsley, R: Arthroscopic Removal of a Loose Body Osteophyte Fragment after Superior Patellar Dislocation with Locked Osteophytes. Arthroscopy, 2003; March 19(3): 25E

PROFESSIONAL PRESENTATIONS:

1. Resident's Day Conference, LSUMC, Dept of Orthopaedics, New Orleans, LA, May 1983; "Patterns of Fracture in the Calcaneus - an Experimental Model."

2. AAOS Summer Institute - Lab instructor with David Drez, M.D., San Diego, CA, Sept. 1984. "ACL reconstruction techniques".

3. Louisiana Orthopaedic Association Annual Meeting, New Orleans, LA, October 1984; "Chymopapain in Perspective."

PRESENTATIONS AND INSTRUCTIONAL COURSES, CONT:

4. Resident's Day Conference, LSUMC, Dept of Orthopaedics, New Orleans, LA, May 1985; "Chymopapain in Perspective."

5. American Orthopaedic Society of Sports Medicine, Nashville, TN, July 1985; "Instrumented Testing of Functional Knee Braces."

6. Gulf South Pediatric Orthopaedic Group Meeting, New Orleans, LA, December 1985; "Treatment of Epiphyseal Bars in Blount's Disease - Childrens Hospital Experience."

7. Louisiana State University Residents and Alumni Meeting, New Orleans, LA, May 1986; "Instrumented Testing of Functional Knee Braces."

8. Salt Lake Knee and Sports Medicine Research Foundation Fellowship Reunion, Park City, Utah, March, 1988. " Three year follow-up of Gortex ACL reconstruction".

9. Salt Lake Knee and Sports Medicine Symposium on ACL Reconstruction, Salt Lake City, Utah, July 15, 1989; Presentation "Lateral extra articular reconstruction for ACL insufficiency." (Laboratory Instructor).

10. Arthroscopy 1990 (Metcalf Course), Salt Lake City, Utah, January 8-12, 1990; "Ankle arthroscopy: Indications and technique."

11. Salt Lake Knee and Sports Medicine Research Foundation Fellowship Reunion, Snowbird, Utah, April 12-15, 1990. "Endosteal versus periosteal healing in ACL reconstruction in a rabbit model".

12. Salt Lake Knee and Sports Medicine Symposium on ACL Reconstruction and Repair, Salt Lake City, Utah, June 1-2, 1990; Presentation "Lateral Extra-articular Surgery". (Laboratory Instructor).

13. AAOS Summer Institute - Laboratory Instructor, Monterey, California, September 8-12, 1990; "Intensive Surgical Skills - Intra articular ACL Reconstruction".

14. Rhode Island Hospital/Brown University - Grand Rounds and Lecturer, Providence, Rhode Island, November 1990; "Anterior Cruciate Ligament Reconstruction with the Endoscopic Technique".

15. Allen Memorial Hospital meeting for area practitioners - Lecturer - Moab, Utah, December 1990; "High School Sports Injuries".

PRESENTATIONS AND INSTRUCTIONAL COURSES, CON'T:

16. Salt Lake Knee and Sports Medicine Research Foundation Fellowship Reunion, Park City, Utah, February 8-9, 1991; "Allograft anterior cruciate ligament reconstruction biopsy results".

17. Wyoming Academy of Family Physicians, Jackson Hole, Wyoming, February, 1991; "Diagnosis and Treatment of Common Sports Injuries about the Knee and Ankle".

18. Wyoming Academy of Family Physicians, Casper, Wyoming, May, 1991; "Office Evaluation and Treatment of Shoulder Problems".

19. Advances '91: Shoulder, Elbow, Wrist, Hip, Knee and Ankle: International Symposium, Munich, Germany, September 27-28, 1991; "Anterior Cruciate Ligament Reconstruction using a Semitendinosus Graft, Patella Tendon Graft or Allograft." "Arthroscopic Subacromial Decompression (ASD)." "Elbow Arthroscopy." Panel discussion; "Indication, Techniques, Rehabilitation of Knee Ligament Injuries."; Moderator.

20. The Orthopedic Specialty Hospital Symposium on ACL Reconstruction and Meniscal Repair, SLC, UT, October 18-19, 1991; Co-Director. Presentations: "MRI Evaluation." "Lateral Extra-Articular Surgery." Director; Cadaver Lab.

21. AAOS-NIH-AOSSM Workshop: Biology and Biomechanics of the Synovial Joint; Scottsdale, AZ, October, 1991. "Histology of Allograft ACL Reconstructions."

22. LSU visiting lecturer; Sports Medicine Fellowship. Lake Charles, LA, December, 1991."Endoscopic ACL Reconstruction (lecture and surgical demonstration)" and "Use of Allografts in ACL Reconstruction".

23. Health Science Center, Texas Tech University Visiting Professor/Lecturer, Lubbock, TX, December, 1991. "Perspectives on ACL Reconstruction Techniques and Results".

24. The Orthopedic Specialty Hospital Symposium on PCL Reconstruction. SLC, UT, January 18, 1992; Co-Director. Presentations: "PCL Knee Examination", "Medial Extra-articular Procedures". Co-Director; Cadaver Lab.

25. The Orthopedic Specialty Hospital Fellowship Reunion, SLC, UT, March 27-28, 1992; "Biopsy Results & Update of Allograft Tendons in ACL Reconstruction".

26. AAOS Course "Arthroscopically Assisted ACL Reconstructions", San Antonio, TX, June 6-7, 1992. Presentation: "Technical Problems in Arthroscopic ACL Reconstruction and Their Solution". Video Presentation: "Endoscopic ACL Reconstruction". Live demonstration, ACL reconstruction.

PROFESSIONAL PRESENTATIONS, CON'T:

27. The Orthopedic Specialty Hospital Symposium on ACL Reconstruction and Meniscal Repair, SLC, UT, October 9-10, 1992; Co-Director. Presentations: "Use of Allografts?", "Extra-articular Surgery" and "Rehabilitation and Bracing."

28. Society of Military Orthopedic Surgeons, Annual Meeting, Colorado Spring, CO, Dec, 1992. "Plain Film Radiographic Analysis of Endoscopic ACL Reconstructions Utilizing Patellar Tendon (co-author)."

29. The Orthopedic Specialty Hospital Symposium on Arthroscopic Enhanced Surgery of the Shoulder, SLC, UT, December 19, 1992; Co-Director. Presentations: "Examination of Shoulder Instability" and "Rehabilitation for Instability and Impingement (Instructor, Moderator and Lab Director)".

30. University of California School of Medicine, San Francisco: Tenth Annual Office Based Sports Medicine. Park City, UT. February 11, 1993; "Elbow Tendinitis: Medial and Lateral Epicondylitis" and "Throwing Injuries of the Elbow".

31. The Orthopedic Specialty Hospital Fellowship Reunion, SLC, UT, March 26-27, 1993. Co-author of presentations: "Acute vs. Chronic ACL reconstruction: Loss of motion and reoperation rate." "Results of Allograft vs Autograft ACL reconstructions." "Histology of Allografts; an update." "Radiographic Analysis of ACL Reconstructions."

32. AAOS Course "Arthroscopically Assisted ACL Reconstructions", Memphis, TN, June 12-13, 1993. Presentation: "Technical Problems in Arthroscopic ACL Reconstruction and Their Solution". Video Presentation: "Endoscopic ACL Reconstruction". Live ACL reconstruction demonstration - endoscopic techniques. (Instructor, Moderator and Laboratory Instructor).

33. AOSSM annual meeting, Sun Valley, ID. July, 1993; "MRI in the diagnosis and management of meniscal tears: A prospective, cost analysis, outcome study". (co-author) Winner of the 3M Healthcare Award for Applied Science.

34. The Orthopedic Specialty Hospital Symposium on ACL Reconstruction and Meniscal Repair, SLC, UT, November 12-13, 1993; Co-Director. Presentations: "Use of Allografts?", "Extra-articular Surgery" and "Rehabilitation and Bracing."

35. AAOS Annual Meeting; New Orleans, LA, February, 1994: "Radiographic Evaluation of Endoscopic Anterior Cruciate Ligament Reconstructions". (co-author)

PROFESSIONAL PRESENTATIONS, CON'T:

36. AAOS Annual Meeting; New Orleans, LA, February, 1994: "Allograft Anterior Cruciate Ligament Remodeling: Histologic Evaluation". (co-author)

37. AAOS Annual Meeting; New Orleans, LA, February, 1994: Video; "Rotator Cuff Surgical Approaches - Anatomical Dissection". (co-author).

38. University of California School of Medicine, San Francisco: Eleventh Annual Office Based Sports Medicine. Park City, UT. February 22, 1994; "Non-Operative Treatment of Lateral and Medial Epicondylitis of the Elbow".

39. The Orthopedic Specialty Hospital Symposium on Arthroscopic Enhanced Surgery of the Shoulder, SLC, UT, May 21, 1994, Co-Director. Presentations: "Examination of Shoulder Instability" and "Rehabilitation for Instability and Impingement (Instructor, Moderator and Lab Director)".

40. Southwestern Sports Medicine Conference, Albuquerque, NM, May 13, 1994; "ACL Reconstruction: Allograft or Autograft?", (Presenter).

41. AAOS Course "Arthroscopically Assisted ACL Reconstructions", New Orleans, LA, June 11-12, 1994. Presentation: "Technical Problems in Arthroscopic ACL Reconstruction and Their Solution". Video Presentation: "Endoscopic ACL Reconstruction", Live ACL reconstruction demonstration - Endoscopic technique. (Instructor, Moderator and Laboratory Instructor).

42. AOSSM 20th Annual Summer Meeting, Palm Desert, CA, June 26-29, 1994. "A Prospective & Retrospective Long-Term Analysis Comparing Allograft and Autograft Tissue for ACL Reconstruction", (co-author).

43. AASP 15th Annual Meeting, Deer Valley, UT, July 29-31, 1994. "Allograft Experience in Anterior Cruciate Ligament Reconstruction: Clinical and Histologic Results", (Presenter, co-author).

44. Visiting Professor for the "Fowler B. Roberts, M.D., Memorial Lectureship at Akron General Medical Center", Akron, OH, September 16-17, 1994.

45. The Orthopaedic Guild Annual Meeting, Deer Valley, UT, September 24, 1994. "Allograft Anterior Cruciate Ligament Remodeling: Histologic Evaluation", (Presenter/co-author).