PROFESSIONAL PRESENTATIONS, CON'T:

46. KONA Resort Seminar 14th Annual Meeting, Kona, HI, November 7-11, 1994. "Allograft Anterior Cruciate Ligament Remodeling: Histologic Evaluation", (Lecturer).

47. The Orthopedic Specialty Hospital Physical Therapy Knee Conference, SLC, UT., January 27, 1995. "Cruciate Ligaments of the Knee", "Semitendinosus/CPT/Allograft", (Lecturer and Lab Instructor).

48. ORS, 41st Annual Meeting, Orlando, FL., February 13-16, 1995. "Effects of Platelet-Derived Growth Factor on Early Medial Collateral Ligament Healing", (Co-author).

49. ORS, 41st Annual Meeting, Orlando, FL., February 13-16, 1995. "Microvasculature of the Normal and Healing Medial Collateral Ligament", (Co-author).

50. The Orthopedic Specialty Hospital Symposium on Arthroscopic Enhanced Surgery of the Shoulder, SLC, UT, March 4, 1995, Co-Director. Presentations: "Open Stabilization for TUBS" and "Physical Examination & Assessment for Impingement Syndrome Rotator Cuff Pathology", (Moderator and Lab Director)".

51. International Symposium on Bone & Soft Tissue Allografts; Sponsored by the Musculoskeletal Transplant Foundation: Washington, D.C., April 28-30, 1995, "Histology of ACL Allografts" (Presenter).

52. Sports Medicine West a division of The Orthopedic Specialty Hospital seminar for "Specialized Sports Medicine": SLC, UT, July 7-8, 1995, "Syndesmotic Ankle Sprains" (Presenter).

53. Sports Medicine West a division of The Orthopedic Specialty Hospital 17th Annual Coaches Conference: SLC, UT, August 23, 1995, "Common Shoulder Injuries In Athletes" (Presenter).

54. 19th Annual Meeting of the American Association of Tissue Banks: Atlanta, Georgia, September 9-13, 1995, Allograft Experience in Anterior Cruciate Ligament Reconstruction (Presenter).

55. The Orthopedic Specialty Hospital Physical Therapy Conference on The Shoulder, SLC, UT, September 22-23, 1995. Impingement/Rotator Cuff (Presenter and cadaver lab instructor).

PROFESSIONAL PRESENTATIONS, CON'T:

56. The Orthopedic Specialty Hospital 7th Annual Endoscopic Reconstruction of the ACL and Meniscal Repair, SLC, UT, October 13-14, 1995. Secondary Restraint Correction in Chronic ACL Deficiency and Patient Evaluation & Indications for ACL Reconstruction (Presenter & panel member).

57. Utah Workers Compensation Seminar on Shoulder Injuries, SLC, UT, June 11, 1996. Impingement Syndrome & Rotator Cuff Disorders (Presenter).

58. TOSH 2nd Annual Specialized Sports Medicine Conference, SLC, UT, June 26-27, 1996. Problems of the Patella (Presenter).

59. TOSH 18th Annual Coaches Conference, SLC, UT, August 28, 1996. Ankle Sprains (Presenter).

60. The Orthopedic Specialty Hospital Symposium on ACL Reconstruction and Meniscal Repair, SLC, UT, September 20-21, 1996; Faculty. Presentations: "Secondary Restraint Correction in Chronic ACL Deficiency" and "Patient Evaluation & Indications for ACL Reconstruction." Panel member: 1: Optimizing Technique. 2: ACL Revision.

61. The Orthopedic Specialty Hospital Foot & Ankle Conference, SLC, UT, February 7-8, 1997; Faculty. Presentation: Ankle Pathology/Surgery. Cadaver Lab Instructor.

62. Utah Workers Compensation Seminar on Knee Ligament Injuries, SLC, UT, March 18, 1997. Ligamentous Injuries of the Knee. (Presenter).

63. Western Slope Chapter Western Orthopaedic Association Spring Meeting, Grand Junction, CO, April 18-19, 1997. Graft Selection in ACL Reconstruction, Technical Considerations of Hamstring ACL Reconstruction (Presenter).

64. The Orthopedic Specialty Hospital Symposium on ACL Reconstruction and Meniscal Repair, & Regenerative Chondroplasty, SLC, UT, October 3-4, 1997; Faculty. Presentations: "Meniscal Replacement by Collagen Meniscus Implant". Panel member: 1: Regenerative Chondroplasty: Optional Techniques. 2: ACL Revision.

65. Orthopedic Study Series - Sportsmed & Interwest Sports & Orthopaedics - Bountiful, UT, March 5, 1998. Surgical Demonstration of Patellar Tendon Graft & Semitendinosis Graft for ACL Reconstruction with fresh frozen cadaveric specimens.

66. 3rd Catarinense Journey of the Orthopedics and Traumatologic Physiotherapy, Joinville, Santa Catarina, Brazil, May 27-30, 1998. Lateral Ankle Reconstruction, Reconstruction of the ACL with Hamstring Tendons and Meniscus Replacements Using a Collagen Scaffold Implant.

PROFESSIONAL PRESENTATIONS, CON'T:

67. ACSM-FIMS 1998 World Congress, Orlando, FL, May 30 to June 3, 1998. The Shoulder in Overhead Sports: Impingement Syndrome & Rotator Cuff Problems (Moderator).

68. The Orthopedic Specialty Hospital Physical Therapy Conference - The Knee - SLC, UT, August 28-29, 1998. Meniscal Surgery Options, Collagen Meniscal Implants (CMI) and Surgical Treatment of ACL Injuries. Presenter & Lab Instructor.

69. The Orthopedic Specialty Hospital 11th Annual Cub Bear Reunion & Symposium, SLC, UT. 1999. Meniscus repair with CMI: A Preliminary Look. Director & Presenter.

70. 1999 Second Annual Workmed/Instacare Skills course: October 23, 1999- The Orthopedic Specialty Hospital. Overview Of Physical Examination, Instability, Evaluation And Treatment, Workshops: Physical Exam, Anatomy And Injection Techniques.

71. Sports Medicine Symposium, Advanced Arthroscopy And Current Concepts: Knee & Shoulder, March 31, to April 1, 2000, Park City, Utah- ACL Graft Selection and Clinical Results, Cadaver Arthroscopy Surgery Demonstration of Osteochondral Grafting. Moderator, demonstrator and lab instructor.

72. 5th Catarinense Journey of the Orthopedics and Traumatologic Physiotherapy, Joinville, Santa Catarina, Brazil, May 25-29, 2000. ACL Reocnstruction-Overview, Surgical Technique., Patello-Femoral Disorders And Their Surgical Correction.

73. Patella Femoral Conference, The Orthopedic Specialty Hospital Physical Therapy Department, Surgical Presentation/Procedures and Expected Outcomes Of The Patellofemoral Joint, November 3, 2000.

74. Mitek Sports Medicine Symposium Advanced Arthroscopy Shoulder and knee. Cadaver Arthroscopy Demo. ACL Reconstruction using STG Graft with RigidFix and Intrafix.Lecture Patella Realignment. Moderator, demonstrator, Lecturer and lab instructor. Park City, Utah, March 16-18, 2001.

PROFESSIONAL PRESENTATIONS, CON'T:

75. Herodicus Society Annual Meeting. Comparison of Single vs. Double/Divergent Femoral Tunnel ACL Reconstruction with Semitendinosus and Gracilis Autograft-Initial Results. Vail, Colorado, June 23-26, 2001.

76. The Orthopedic Specialty Hospital Physical Therapy Shoulder Instability Conference, Anterior/Posterior capsular shift +/- Bankart Repair, Oct. 12, 2001.

77. Herodicus Society Annual Meeting, Chondrolysis After Arthroscopic Shoulder Surgery, Vail, Colorado, July 9-12, 2005.

MEETINGS ATTENDED:

1. AAOS, "Winter Sports Injuries," Steamboat Springs, CO, 1984.

2. AAOS Summer Institute - Lab Director, San Diego, CA, 1984.

3. Louisiana Orthopaedic Association, New Orleans, LA, 1984.

4. Current Practice with Chymopapain, New Orleans, LA, 1984.

5. AAOS Annual Meeting, Las Vegas, NV, 1985.

6. AOSSM Summer Meeting, Nashville, TN, 1985.

7. Gulf South Pediatric Group, New Orleans, LA, 1985.

8. AAOS Annual Meeting, New Orleans, LA, 1986.

9. Midas Rex Course, New Orleans, LA, 1986.

10. Regional Review course in Hand Surgery, New Orleans, LA, 1986 (Laboratory Instructor).

11. University of Florida Musculoskeletal Pathology Course, St. Augustine, FL, 1986.

12. Richards Medical Company, "Total Knee Arthroplasty," Louisville, KY, 1986.

13. Zimmer Medical, "Advanced Technologies for Total Joint Arthroplasty," San Antonio, TX, 1987.

MEETINGS ATTENDED, CON'T:

14. AAOS, "Upper Extremity Trauma" - Lab Instructor, New Orleans, LA, 1987.

15. "Infections in Orthopaedic Surgery," Orlando, FL, 1987.

16. Arthroscopic Surgery 1988, Salt Lake City, UT, 1988.

17. Salt Lake Knee and Sports Medicine Research Foundation, Fellowship Reunion, Park City, UT, 1988.

18. AAOS Annual Meeting; AANA, AOSSM Specialty Day, Atlanta, GA, 1988.

19. AAOS Annual Meeting, Shoulder and Elbow Society Specialty Day, Las Vegas, NV, 1989.

20. AAOS, "Shoulder State of the Art," Kuaui, HI, 1989.

21. Salt Lake Knee and Sports Medicine Symposium on ACL Reconstruction, Salt Lake City, UT, 1989.

22. Salt Lake Knee and Sports Medicine Research Foundation Fellowship Reunion, Salt Lake City, UT, 1989.

23. Metcalf Course, "Arthroscopic Surgery", Snowbird, UT, 1990 (Instructor).

24. AAOS Annual Meeting, AOSSM Specialty Day, New Orleans, LA, 1990.

25. Salt Lake Knee and Sports Medicine Research Foundation Fellowship Reunion, Snowbird, UT, 1990.

26. Salt Lake Knee and Sports Medicine Symposium on ACL Reconstruction and Repair, Salt Lake City, UT, 1990.

27. American Orthopaedic Society for Sports Medicine, Sun Valley, ID, 1990.

28. AAOS Summer Institute; Monterey, CA, 1990.

29. Salt Lake Knee and Sports Medicine Research Foundation Fellowship Reunion, Park City, UT, 1991.

30. Wyoming Academy of Family Physicians, Jackson Hole, WY, 1991 (Instructor).

MEETINGS ATTENDED, CON'T:

31. AAOS Annual Meeting; AOSSM Specialty Day, Anaheim, CA, 1991.

32. Wyoming Academy of Family Physicians, Casper, WY, 1991 (Instructor).

33. Advances '91: Shoulder, Elbow, Wrist, Hip, Knee and Ankle International Symposium, Munich, Germany, 1991 (Moderator and instructor).

34. The Orthopedic Specialty Hospital Symposium on ACL Reconstruction and Meniscal Repair, SLC, UT, 1991 (Instructor).

35. AAOS-NIH-AOSSM Workshop: Biology and Biomechanics of the Synovial Joint; "The Knee as a Model". Scottsdale, AZ, 1991 (Instructor).

36. The Orthopedic Specialty Hospital Symposium on PCL Reconstruction, SLC, UT, 1992 (Instructor).

37. The Orthopedic Specialty Hospital Fellowship Reunion, SLC, UT, 1992.

38. AAOS Course "Arthroscopically Assisted ACL Reconstructions:, San Antonio, TX, 1992.

39. AOSSM annual meeting, San Diego, CA, 1992.

40. The Orthopedic Specialty Hospital Symposium "Endoscopic Reconstruction of the Anterior Cruciate Ligament", Salt Lake City, UT, 1992.

41. The Orthopedic Specialty Hospital Symposium "Arthroscopic Enhanced Surgery of the Shoulder: Salt Lake City, UT, 1992.

42. University of California School of Medicine, San Francisco: Tenth Annual Office Based Sports Medicine. Park City, UT, 1993.

43. AAOS Annual Meeting; AANA Specialty Day, San Francisco, CA, 1993.

44. The Orthopedic Specialty Hospital Annual Fellowship Reunion, SLC, UT, 1993.

45. AANA 12th annual meeting, Palm Desert, CA, 1993.

46. AAOS Course "Arthroscopically Assisted ACL Reconstructions:, Memphis, TN, 1993.

47. AOSSM Summer Meeting, Sun Valley, ID, 1993.

MEETINGS ATTENDED, CON'T:

48. The Orthopedic Specialty Hospital Symposium "Endoscopic Reconstruction of the Anterior Cruciate Ligament", Salt Lake City, UT, 1993.

49. University of California School of Medicine, San Francisco: Eleventh Annual Office Based Sports Medicine. Park City, UT, 1994.

50. The Orthopedic Specialty Hospital Fellowship Reunion, SLC, UT, 1994.

51. The Orthopedic Specialty Hospital Symposium "Arthroscopic Enhanced Surgery of the Shoulder: Salt Lake City, UT, 1994.

52. Southwestern Sports Medicine Conference: Albuquerque, NM, 1994.

53. AAOS Course "Arthroscopically Assisted ACL Reconstructions:, New Orleans, LA, 1994.

54. AOSSM 20th Annual Summer Meeting, Palm Desert, CA, 1994.

55. KONA Resort Seminar; 14th Annual Meeting, Kona, HI, 1994.

56. The Orthopedic Specialty Hospital Therapy Department, 1st Annual Knee Conference, SLC, UT, 1995.

57. The Orthopedic Specialty Hospital Symposium "Arthroscopic Enhanced Surgery of the Shoulder: Salt Lake City, UT, 1995.

58. The Orthopedic Specialty Hospital 8th Annual Cub Bear Reunion & Symposium, SLC, UT, 1995.

59. International Symposium on Bone & Soft Tissue Allografts: Sponsored by the Musculoskeletal Transplant Foundation, Washington, D.C., 1995.

60. AANA 14th Annual Meeting, SF, CA, 1995.

61. American Association of Tissue Banks 19th Annual Meeting, Atlanta, GA, 1995.

MEETINGS ATTENDED, CON'T

62. The Orthopedic Specialty Hospital 7th Annual Symposium on Endoscopic ACL Reconstruction and Meniscal Repair, SLC, UT, 1995.

63. The 15th Annual Kona Village Seminar, Kona, HI, 1995.

64. The Orthopedic Specialty Hospital 9th Annual Cub Bear Reunion & Symposium, SLC, UT, 1996.

65. Utah Workers Compensation Fund Seminar on Shoulder Injuries: SLC, UT, 1996.

66. Second World Congress on Sports Trauma/AOSSM 22nd Annual Summer Meeting, Lake Buena Vista, FL, 1996.

67. The Orthopedic Specialty Hospital 8th Annual Symposium on Endoscopic ACL Reconstruction and Meniscal Repair, SLC, UT, 1996.

68. AAOS Annual Meeting; AOSSM Specialty Day, San Francisco, CA, 1997.

69. Western Orthopaedic Association Western Slope Chapter Spring Meeting, Grand Junction, CO, 1997.

70. AOSSM 23rd Annual Meeting, Sun Valley, ID, 1997.

71. The Orthopedic Specialty Hospital 10th Annual Cub Bear Reunion & Symposium, SLC, UT, 1997.

72. The Orthopedic Specialty Hospital 9th Annual Symposium on Endoscopic ACL Reconstruction, meniscal repair and regenerative chondroplasty, SLC, UT, 1997.

73. AAOS Annual Meeting, New Orleans, LA, 1998.

74. 3rd Catarinense Journey of the Orthopedics & Traumatologic Physiotherapy, Joinville, Brazil, 1998.

75. ACSM-FIMS 1998 World Congress, Orlando, FL, 1998.

76. AOSSM 24th Annual Meeting, Vancouver, B.C., 1998.

77. The Orthopedic Specialty Hospital 11th Annual Cub Bear Reunion & Symposium, SLC, UT. 1999.

78. AANA Annual Meeting, Vancouver, BC, Canada, 1999.

MEETINGS ATTENDED, CON'T

79. The Orthopedic Specialty Hospital 12th Annual Cub Bear Reunion & Symposium, SLC, UT. 2000.

80. 5th Catarinense Journey of the Orthopedics & Traumatologic Physiotherapy, Joinville, Brazil, 2000.:

81. Herodicus Society Annual Meeting, Sun Valley, Idaho. 2000.

82. AOSSM 26th Annual Meeting, Sun Valley Idaho. 2000.

83. Arthroscopy Association Of North America, 2002 Annual Meeting, Washington, DC., April 25-28, 2002.

84. Herodicus Society Annual Meeting,Vail, Colorado, June 23-26, 2001.

85. AAOS 70th Annual Meeting, New Orleans, La., Feb. 5-9, 2003.

86. 2002 AANA Annual Meeting, April 25-28, 2002 Washington, DC.

87. 2002 AANA Annual Meeting April 27, 2002 Washington DC., AM301 Complex Knee Reconstruction.

88. 2002 ANNA Annual Meeting April 26, 2002 Washington DC,. AM202 New Frontiers of Articular Cartilage Injuries.

89. HealthStream Education Design, Current Issues in Hip and Knee Reconstruction- Live Surgery Symposium, November 22, 2002

90. AAOS 70th Annual Meeting, New Orleans, La., Feb. 5-9, 2003. Instructional Courses.

91. TOSH Fellowship Annual Clinical Update. March 7-8, 2003.

92. AOSSM Annual Meeting, Quebec City, Quebec, Ca. June 24-27, 2004.

93. AAOS 72 Annual Meeting, Washington, D.C. 02/23/05
AOSSM American Journal of Sports Medicine, July 2005 Journal Review Educational Activity.
"American Journal of Sports Medicine Journal Review Educational Activity"

94. Herodicus Society Annual Meeting, July 9-12, 2005 Vail, Colorado.

MEETINGS ATTENDED, CON'T

95. AOSSM 2005 Annual Meeting July 14-17, 2005 Keystone Conference Center, Keystone, CO.

96. AOSM (Advanced Orthopedic And Sports Medicine) Grand Rounds, August 1, 2004-July 31, 2005. Salt Lake City, Utah

97. 2005 AANA Annual Meeting , Phoenix, Arizona, Dec. 2-4, 2005.

98. Herodicus Society Annual Meeting, June, 24-26, 2006