# Appendix II, Tab 3

**Expert Report of Dr. Jason Dragoo, March 19, 2009**

## Expert Report of Dr. Jason Dragoo

1. I am currently an Assistant Professor of Orthopedic Surgery at Stanford University School of Medicine, Sports Medicine, Stanford, California. I am currently head team physician for Stanford athletics as well as a physician for the US Ski Team. My research interests are in functional restoration of cartilage, particularly with the use of adult stem cells, and the mechanisms of cartilage degeneration including the use of local anesthetics. I have received numerous national awards for my research in articular cartilage and ACL injury. I have been studying the use of adult stem cells and their ability to be induced into articular cartilage for the last ten years. I currently operate a stem cell lab at Stanford with a full time research assistant, fellows, post-doctoral students, as well as undergraduate students. I give scientific presentations nationally and internationally.
2. A complete summary of my academic accomplishments and documentation of my scientific expertise can be found in my CV, attached as Exhibit A.
3. The opinions that I offer in this report I believe to be true based on all available data and reasonable scientific and medical principals. I offer these opinions with a reasonable degree of certainty or scientific probability based on my education, research experience, communications with colleagues, and constant review of peer-reviewed literature. The methods that I have used to reach my opinions in this report have undergone the same scrutiny that I use in my research.
4. Attached is a list of references which are relevant to the opinions rendered in this report. I have also relied upon my extensive education and research experience, as well as reading general reference works in my field to render the following opinions. It would be impossible to list every scientific article that has helped form my opinions, but I have chosen those articles that are

representative of the body of scientific literature available. I may supplement my opinions as new and relevant scientific literature becomes available.

5. The opinions expressed in this report are focused on chondrolysis after the use of a post-arthroscopic pain pump containing a local anesthetic.

## Post-Arthroscopic Pain Pumps

### Chondrolysis

6. Chondrolysis is the degradation of the articular surface which is typically due to an environmental insult rather than the long term degeneration seen with osteoarthritis. Chondrolysis typically is caused by an acute insult. It is an irreversible, degenerative, disabling and extremely painful condition. See Fig. 1(x-ray of normal shoulder) and Fig. 2(x-ray of shoulder with glenohumeral chondrolysis).



*Fig. 1*



*Fig. 2*

7. There are several known causes of chondrolysis, although not specifically in the shoulder. Over-tightening of the joint has been shown in the literature to cause osteoarthritis. Bipolar radio frequency probes, commonly known as "thermal probes" or "thermal wands" are sometimes used during capsular release shoulder surgeries to treat shoulder instability. Some studies have found that if a probe raises the temperature of the fluid inside the joint high enough, it can kill the cartilage cells. (Petty 2004, Jerosch 2007). Other causes include gentian violet (a color test which is no longer used in shoulders), Chlorhexidine (an agent used as an irrigation solution during surgical procedures), methyl methacrylate (a bone cement), meniscectomy (surgical removal of part or all of a torn meniscus), HO:YAG laser (used to assist treatment of articular cartilage or meniscal pathology), prominent hardware (hardware implanted in the shoulder can mechanically rub away localized areas of cartilage), chronic synovitis (inflammation of the synovial membrane such as in rheumatoid arthritis), and fibronectin (glycoprotein). (Petty 2004, Hansen 2007). Joint infection (septic arthritis) is a widely recognized factor in causing chondrolysis. However, with the exception of the gentian violet, most cause localized damage and not global cartilage loss.

**Pain Pumps and Chondrolysis**

8. I first began hearing reports of chondrolysis in the shoulder in association with pain pumps in 2005. These reports were on an internet forum for orthopedic surgeons specializing in the shoulder and knee who have been trained by Richard Hawkins. The forum is designed so that surgeons may discuss complications from surgery and difficult cases. Bob Burks from Salt Lake City first posted a note regarding chondrolysis with anesthetic pain pumps and wondered if anyone else had encountered this problem. At first there were one or two reports, then more began appearing.

9. Then we began hearing about chondrolysis at the national conventions such as AAOS.

10. In 2005, to the best of my recollection, I spoke with an I-Flow sales representative who came into my office and asked him about the reports I had been hearing about cartilage damage and pain pumps. He said that I-Flow thought it was a pH problem , and that they were putting together a pamphlet for physicians warning them about using medications with a low pH in the pumps.

11. It was then that I decided to do research relating to the effect of the pH of the medication associated with the pain pumps and the articular cartilage.

12. I contacted I-FLOW in late 2005 with a research proposal regarding their pain pump and cartilage damage and was told in no uncertain terms that they would not supply pain pumps for my study. I then contacted Stryker and they were willing to provide pain pumps for my study. Stryker stated that they had heard that there were problems with the pain pumps when used intra-articularly and they were willing to help with a study that would guide physicians in proper use. I simply asked if Stryker would donate the pumps to be used in the study. Stryker had no say in the design, outcome, or publication of the study.

13. By this time the Beck/Hansen group was very vocal about anecdotal reports of complications, specifically chondrolysis, involving the pumps.

14. I wanted to create a model that would best reflect the human condition that occurs in the shoulder. The ideal situation would be to use cartilage from a human shoulder, however, when humans undergo total shoulder replacement, there is too little viable cartilage remaining. Therefore, a human shoulder articular cartilage study was not possible. Also, in the US, taking biopsies of cartilage from normal shoulders is not allowed per IRB regulations.

15. Therefore, we chose to use human articular cartilage from those undergoing total knee replacement. I felt it was important to use human cells, as they had not been studied. Previous

studies had used bovine or porcine cartilage. We have taken great care to only use grossly non-arthritic cartilage in our studies.

16. The next task was to design a culture system that would best reflect the normal physiology of the shoulder.

17. I believed that putting anesthetics in static culture would not represent what happens in the human body where there is constant exchange of synovial fluid, and all substances within the synovial fluid, with the surrounding vasculature. It is a dynamic system. We created a customized bioreactor system which allows the constant inflow of fluid in the cultures as per what typically happens in the human shoulder. This model mimics metabolism of medication which would be applied to the shoulder through a pain pump.

18. This bioreactor allowed the infusion through the pain pump at rate which is the same that is used clinically in humans.

19. The medications used in this study were the most common ones used in pain pump applications per information supplied from the pain pump manufacturers. All doses of medications used in this experiment were compatible with doses used in clinical practice in the US and were well below the maximal dosage recommended by the manufacturers of the medications themselves.

20. It was also important to investigate the time dependant effects of the medications using this bioreactor system. Trials for 24, 48 and 72 hour times were constructed which correlated to the most common applications of the pain pumps.

21. The results of the trial showed that any local anesthetic preparation containing epinephrine showed a significant decrease in chondrocyte viability at all time points. At 72 hours, pumps containing 0.5% bupivacaine without epinephrine also showed significant loss of chondrocyte viability. Follow-up studies currently submitted for publication were constructed to evaluate the chondrotoxic components of these medications containing epinephrine. These studies

showed no loss of cell viability when the cells were cultured with epinephrine alone, however, when the cell cultures were titrated to the pH of the meds containing epinephrine (4.0-4.5) there was a significant loss of chondrocyte viability.

22. The preservative sodium metabiosulfate, used only in anesthetic preparations containing epinephrine, also caused a significant loss in cartilage viability. Therefore, we concluded that the chondrotoxic effects of local anesthetics containing epinephrine are likely due to both pH and the preservative sodium metabiosulfite.

23. I began my study in December of 2007 and completed it in April of 2008. It was published in the American Journal of Sports Medicine in August of 2008. The science and technology used in my study were not novel and the overall study cost did not exceed $10,000.00.

24. My study demonstrates, and it is my opinion, that local anesthetics with epinephrine continuously infused by a pain pump are chondrotoxic. Additionally, local anesthetics without epinephrine infused by a pain pump may be chondrotoxic when infused for less than 48 hours and are likely chondrotoxic when infused for greater than 48 hours.

**Early Studies**

25. Two earlier studies from the 1980's, Fulkerson and Nole, showed only that a single injection of bupivacaine in the joint space of six week old pigs caused no damage. No conclusion regarding continuous infusion can be drawn from these studies.

26. In 2006, Chu et al. evaluated the effects of administering 0.5% bupivacaine to bovine chondrocytes in vitro. They reported a greater than 99% chondrocyte death in all bupivacaine exposed cultures. While this study indicates that bupivacaine could be detrimental to chondrocytes, it does not adequately mimic physiologic conditions.

27. Gomoll et al., also in 2006, demonstrated significant histopathologic changes with continuous infusion of 0.25% bupivicaine with and without epinephrine in rabbit shoulders. Concluding that "[c]ontinuous intra-articular infusion of bupivacaine with and without epinephrine led to significant histopathologic and metabolic changes in articular cartilage. In particular, bupivacaine showed profound chondrotoxic effects in an experimental model that closely followed the current clinical application of postoperative pain pumps."

28. In 2007, Karpie and Chu further demonstrated that 1% and 2% lidocaine were chondrotoxic to bovine chondrocytes. In 2008, Chu et al. demonstrated that 0.5% and 0.25% bupivacaine solutions caused human and bovine chondrocyte death after short term exposure in vitro.

29. Piper and Kim, 2008, compared the effects of 0.5% ropivacaine to 0.5% bupivacaine on human tissue cultures after 30 minutes of exposure. At twenty-four hours incubation, bupivacaine was significantly more chondrotoxic than ropivacaine.

**Clinical Studies**

30. The 2007 study by Hansen et al. is the only clinical study available at this time. The study of 10 patients, 12 shoulders, revealed a strong association between chondrolysis and the use of intra-articular pain pumps in combination with bupivacaine and epinephrine.

**Conclusions**

31. Based upon the information from my own research and the research of others, it is my opinion to a reasonable degree of medical certainty that the use of intra-articular pain pumps with a local anesthetic, with or without epinephrine, can cause cartilage degeneration in a dose-duration dependant manner.

32. There is no known difference in the articular cartilage from one joint to the next, except that the weight-bearing joints have thicker cartilage. The structure of the cartilage appears to be the

same. The articular cartilage used in my study was prepared into a monolayer of cartilage cells, thereby removing the variable of the difference of cartilage thickness between the shoulder and knee joints.

**List of Cases**

33. I have not served as an expert witness in any prior litigation.

**Billing**

34. My fee is $600/hr for reports, preparation and depositions, and $6,000/day for court appearances.

Jason Dragoo, M.D.

3/19/09
Date

Citations

Chu et al. “In Vitro Exposure to 0.5% Bupivacaine Is Cytotoxic to Bovine Articular Chondrocytes.” Arthroscopy. July 2006 22(7):693-699.

Chu et al. “The *in vitro* effects of bupivacaine on articular chondrocytes.” J Bone Joint Surg Br. 2008;90(6):814-20.

Dragoo et al. “The effect of local anesthetics administered via pain pump on chondrocyte viability.” Am J Sports Med. 2008;36(8):1484-8

Fulkerson JP, Winters TF. “Articular Cartilage Response to Arthroscopic Surgery: A Review of Current Knowledge.” Arthroscopy. 1986;2(3):184-9.

Gomoll et al. “Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder.” Arthroscopy August 2006 22(8):813-819.

Hansen et al. “Postarthroscopic Glenohumeral Chondrolysis.” AJSM July 3, 2007 [Epublished ahead of print].

Karpie et al. “Lidocaine Exhibits Dose- and Time- Dependent Cytotoxic Effects on Bovine Articular Cartilage In vitro.” ASJM July30, 2007 [Epublished ahead of print].

Nole et al. “Bupivacaine and Saline Effects on Articular Cartilage.” Arthroscopy. 1985;1(2):123-127.

Piper SL, Kim HT. “Comparison of ropivacaine and bupivacaine toxicity in human articular chondrocytes.” J Bone Joint Surg Am. 2008;90(5):986-91.

# Jason Louis Dragoo, MD

## A. Academic History

1. Colleges and universities attended, degrees received, dates

| | |
|---|---|
| 1988-1992 | Cal Poly State University<br>BS, Biological Sciences/Sports Medicine<br>*Summa Cum Laude* |
| 1994-1998 | University of Arizona, College of Medicine<br>Doctor of Medicine<br>*USMLE* Step 1 (6/96) 243-98th percentile |

2. Scholarships and honors

| | |
|---|---|
| 1989-1992 | President's List, Cal Poly |
| 1992 | Academic Excellence Award, Cal Poly |
| 1992 | Outstanding Biological Sciences Student, Cal Poly |
| 1996 | McGraw-Hill Award-Top student in the basic sciences<br>University of Arizona College of Medicine |
| 1996 | Junior Alpha Omega Alpha Honor Society<br>University of Arizona College of Medicine |
| 1998 | Bernard Revsin Scholarship Award for Academic Excellence<br>University of Arizona College of Medicine |
| 1998 | University of Arizona Foundation<br>Top Medical Student at Graduation<br>University of Arizona College of Medicine |
| 2002 | Aventis Orthopaedic Resident Scholarship<br>UCLA Department of Orthopaedics |
| 2001 | American College of Surgeons<br>"Best and Brightest: Current Research in Surgery. Award-Winning Studies by California Surgeons and Residents"<br>First Prize-Best Overall Manuscript<br>Scientific Meeting, San Diego Chapter |

| | |
|---|---|
| 2001 | American Orthopaedic Association<br>Zimmer Resident Research Award<br>Annual AOA Meeting<br>Palm Beach, Florida |
| 2002 | California Orthopaedic Association<br>Orthopaedic Hospital Resident Award<br>Annual Meeting,<br>Palm Springs, California |
| 2002 | American Orthopaedic Association<br>Zimmer Resident Research Award<br>Annual AOA Meeting<br>Victoria, British Columbia |
| 2002 | Best Basic Science Manuscript Award<br>Smith and Nephew National Resident Research Awards<br>Residents Conference<br>Memphis, Tennessee |
| 2004 | Edgar Dawson Memorial Award<br>Most Outstanding Orthopaedic Surgery Resident- Peer Selected |

3. Post-doctoral and residency training

| | |
|---|---|
| 1998-2004 | University of California, Los Angeles<br>Department of Orthopaedic Surgery<br>Orthopaedic Surgery Residency |
| 2000-2001 | University of California, Los Angeles<br>Department of Orthopaedic Surgery<br>Basic Science Fellowship |
| 2004-2005 | Steadman-Hawkins Sports Medicine Foundation<br>Vail, Colorado<br>Sports Medicine Fellowship |

4. Board eligibility and boards passed, with date(s)

Board Certified — American Board of Orthopaedic Surgery

5. Other study and research opportunities

| | |
|---|---|
| 2003 | Shriners Hospital for Children Educational Grant<br>Investigation of treatments for osteochondral defects in children using stem cells |

| | |
|---|---|
| 2005 | InScope Innovative Scientific Centers of Orthopaedic Excellence, Orthopeadic Research Grant |
| 2006 | Omeros Corporation Clinical Grant to study post-operative pain control after ACL reconstruction |
| 2006 | Arthroscopy Association of North America Research Grant Award |

**B. Employment History**

| | |
|---|---|
| 1992-1993 | Rehabilitation Specialist<br>FutureCare Physical Medicine Clinic<br>Phoenix, AZ |
| 1993-1994 | Faculty<br>Long Medical Institute<br>Physical Therapy Aide Education Program<br>Phoenix, AZ |

**C. Public and Professional Service**

| | |
|---|---|
| 1990-1992 | Athletic Trainer<br>Cal Poly Athletic Department |
| 1993 | Football Coach<br>McClintock High School<br>Tempe, AZ |
| 1994-1996 | Headstart Physical Exam and Wellness Program<br>Phoenix, AZ |
| 1994-1997 | Founder<br>Arizona Sports Medicine Community Education Program<br>Phoenix, AZ |
| 1994-1997 | High School Physical Exam Program<br>Phoenix, AZ |
| 1995 | American College of Physicians<br>Summer Internal Medicine Externship Program |
| 2004 | Clinical Advisory Panel |

| | |
|---|---|
| | Sanofi-Synthelabo LLC<br>Evaluation of efficacy of Factor Xa Inhibitors<br>on Orthopaedic Surgery |
| 2004-Present | Consulting Physician<br>US Ski Team<br>Solden, Austria |
| 2004 | Sideline Physician<br>Denver Broncos Training Camp |
| 2004 | Team Physician<br>Battle Mountain High School<br>Eagle-Vail, CO |
| 2005 | Team Physician<br>Colorado Rockies Training Camp |
| 2005 | Head Orthopaedic Surgeon<br>Tucson Professional Rodeo |
| 2005-Present | Team Physician<br>Football<br>Womens Basketball<br>Baseball<br>Stanford University Athletics |
| 2007 | Consultant<br>iBalance Corporation |
| 2007 | Journal Reviewer<br>Tissue Engineering |
| 2007 | Journal Reviewer<br>Physician and Sports Medicine |
| 2007 | Consultant<br>Genzyme Corporation |

**D. Post-degree honors and awards, including memberships in professional organizations**

| | |
|---|---|
| 2005 | InScope Innovative Scientific Centers of Orthopaedic Excellence<br>Orthopaedic Fellowship Award |
| 2005 | Member, Arthroscopy Association of North America |

| | |
|---|---|
| 2005 | Member, American Orthopaedic Society of Sports Medicine |
| 2006 | Bone and Joint Decade Young Investigator Award, Toronto |
| 2006 | Smith and Nephew Research Award |
| 2006 | Member, International Cartilage Research Society |
| 2008 | Listed, Consumers Research Council of America's "Top US Orthopeadic Surgeons" |

## E. Scholarship

1. Peer-reviewed articles (16 of 16 Total)

1. **Dragoo JL**, Samimi B, Zhu M, Hame SL, Thomas BJ, Lieberman JR, Hedrick MH, Benhaim P. (2003). "Tissue-engineered cartilage and bone using stem cells from human infrapatellar fat pads". *J Bone Joint Surg*, 85-B, Jul; 31(4):577-84.

2. De Ugarte DA, Morizono K, Elbarbary A, Alfonso Z, Zuk PA, Zhu M, **Dragoo JL**, Ashjian P, Thomas B, Benhaim P, Chen I, Fraser J, Hedrick MH. (2003). "Comparison of multi-lineage cells from human adipose tissue and bone marrow". *Cells Tissues Organs*, 174(3):101-9.

3. **Dragoo JL**, Choi JY, Lieberman JR, Huang J, Zuk PA, Zhang J, Hedrick MH, Benhaim P. "Bone induction by BMP-2 transduced stem cells derived from human fat". *J Orthop Res*, July; 21(4):622-9.

4. McAllister DR, Tsai AM, **Dragoo JL**, McWilliams J, Dorey FJ, Hame SL, Finerman GA. (2003). "Knee function after anterior cruciate ligament injury in elite collegiate athletes". *Am J Sports Med*, Jul-Aug; 31(4):560-3.

5. **Dragoo JL**, Lee RS, Benhaim P, Finerman GA, Hame SL. "Relaxin receptors in the human female anterior cruciate ligament". *Am J Sports Med*, Jul-Aug; 31(4):577-84.

6. Kay SP, **Dragoo JL**, Lee R. (2003). "Long-term results of arthroscopic resection of the distal clavicle with concomitant subacromial decompression". *Arthroscopy*, Oct; 19(8):805-9.

7. Carlson GA, **Dragoo JL**, Samimi B, Bruckner DA, Bernard GW, Hedrick M, Benhaim P. (2004). "Bacteriostatic Effect of Biomatrices on Common Orthopaedic Pathogens". *Biochem Biophys Res Commun*, Aug 20; 321(2):472-8.

8. **Dragoo JL,** Lieberman JL, Lee RS, Deugarte DA, Lee YP, Zuk PA, Hedrick MH Benhaim P. (2005). “Tissue-engineered bone from BMP-2-transduced stem cells derived from human fat”. *Plast Reconstr Surg*, May; 115(6):1665-73.

9. Stevens KJ, **Dragoo JL**. (2006). "Anterior Cruciate Ligament Tears and Associated Injuries." *Top Magn Reson Imaging*, 17: 5: 347-362.

10. **Dragoo JL**, Carlson GA, McCormick F, Khan-Farooqi H, Zhu M, Zuk, PA, Benhaim P. (2007). “Healing Full-Thickness Cartilage Defects using Adipose Derived Stem Cells.” *Tissue Engineering*, Jul; 13(7):1615-1621.

11. **Dragoo, JL**, Abnousi, F. (2008). “Disorders of the Suprapatellar Pouch of the Knee.” Knee. 2008 Apr 11.

12. **Dragoo JL**, Korotkova T, Kanwar R, Wood, B. (2008). “The Effect of Local Anesthetics Administered via Pain Pump on Chondrocyte Viability.“ Am J Sports Med. 2008 Aug; 36(8):1484-8.

13. Steadman JR, **Dragoo JL**, Briggs KK, Hines SL. (2008). “The Anterior Interval of the Knee.” Am J Sports Med. 2008 Sept; 36(9).

14. Bales CP, Matheson G, Ouyang D, **Dragoo JL.** (2008). “College Football Player with Unstable C1 Fracture: A Case Report.” Am J Sports Med. 2008 Sept; 36(9).

15. **Dragoo JL,** Padrez K, Workman R; Lindsey DP. (2008). “The Effect of Relaxin on the Female Anterior Cruciate Ligament Part II: Analysis of mechanical properties in an animal model.” *Knee*, in press.

16. Vaughn ZD ; Schmidt J, Lindsey DP, **Dragoo JL**. (2008). “Biomechanical Evaluation of a one-stage ACL Revision Technique Using a Structural Bone Void Filler.” Am J Sports Med. 2008, in press.

2. Non-peer-reviewed articles (1 TOTAL)

1. *Motion Magazine* Article. (2004)“Developing the Next Generation of Joint Replacements. Tissue Engineered Joint Resurfacing using Stem Cells.”

3. Books (1 of 1 Total)

1. Dragoo, Jason L. (1992). <u>Handbook of Sports Medicine</u>. Tempe, AZ: Renaissance Publishing.

4. Book chapters (none)

5. Book reviews (none)

6. Abstracts (not listed)

7. Invited Presentations (57 total)

1. **Slipped Capital Femoral Epiphysis**, Grand Rounds, Orthopaedic Hospital, Los Angeles, CA 8/99, oral presentation.

2. **Cartilage Tissue Engineering,** Grand Rounds, Shriners Hospital for Children, Los Angeles, CA 2/00, oral presentation.

3. **Wrist Injuries in Athletes,** UCLA Department of Orthopaedics, Hand Trauma Lecture Series 3/00, oral presentation.

4. **Bone Production by Human Adipose-Derived Stem Cells versus Bone Marrow Stem Cells Using Bone Morphogenetic Protein-2 Gene Therapy,** American College of Surgeons, 2001 Spring Scientific Meeting, San Diego, CA 3/01, oral presentation.

5. **Common Pitfalls in Orthopaedic Patient Management,** UCLA Department of Medicine Surgical Lecture Series 3/01, oral presentation.

6. **In-Vitro Osteogenesis of BMP-2 Transfected Human Stem Cells,** American Orthopaedic Association-34th Annual Residents Conference, Hershey, PA 3/01, oral presentation.

7. **Examination of the Knee,** UCLA Department of Medicine Surgical Lecture Series 5/01, oral presentation.

8. **Bone Production by Human Adipose-Derived Stem Cells versus Bone Marrow Stem Cells Using Bone Morphogenetic Protein-2 Gene Therapy**, California Society of Plastic Surgery, 2001 Annual Meeting, Monterey, California 5/01, oral presentation.

9. **In-Vitro Osteogenesis of BMP-2 Transfected Human Stem Cells**, Plastic Surgery Research Council, Milwaukee, Wisconsin 6/01, oral presentation.

10. **In-Vitro Osteogenesis of BMP-2 Transfected Human Stem Cells**, 2001 Annual American Orthopaedic Association Meeting, West Palm Beach, FL 6/01, poster presentation.

11. **Bone and Cartilage Tissue Engineering using Fat Derived Stem Cells**, 2001 Annual Plastic Surgery Research Forum, UCLA Department of Plastic Surgery 6/01, oral presentation.

12. **Long-term Results of Arthroscopic Distal Clavicle Resection**, 2001 Western Orthopaedic Association Meeting, San Francisco, CA 9/01, poster presentation.

13. **Bone Induction by BMP-2 Transduced Stem Cells Derived from Human Fat, 2001** Western Orthopaedic Association Meeting, San Francisco, CA 9/01, oral presentation.

14. **Relaxin Receptors in the Human Female ACL,** 2001 Western Orthopaedic Association Meeting, San Francisco, CA 9/01, oral presentation.

15. **Osteogenic Induction by Genetically Manipulated Stem Cells Derived from Human Fat,** 2001 Annual Meeting American Society for Bone and Mineral Research, Phoenix, AZ 10/01, poster presentation.

16. **Bone Production by BMP-2 Transduced Stem Cells Derived from Human Fat,** 4th International Meeting of the Tissue Engineering Society International and the 1st Biennial Meeting of the European Tissue Engineering Society, Freiburg, Germany 11/01, oral presentation.

17. **Cartilage Tissue Engineering using Stem Cells Derived from Human Fat,** American College of Surgeons, Southern California Chapter 2002 Scientific Meeting, Santa Barbara, CA 1/02, oral presentation.

18. **Optimal Cartilage Induction Media using Stem Cells Derived from Human Fat,** American College of Surgeons, Southern California Chapter 2002 Scientific Meeting, Santa Barbara, CA 1/02, oral presentation.

19. **Bone Induction by BMP-2 Transduced Stem Cells Derived from Human Fat,** Orthopaedic Research Society, Dallas, TX 2/02, oral presentation.

20. **Relaxin Receptors in the Human Female ACL,** Orthopaedic Research Society, Dallas, TX 2/02, poster presentation.

21. **Bone Production by Genetically Manipulated Stem Cells Derived from Human Fat,** 69th Annual Meeting American Academy of Orthopaedic Surgeons, Dallas, TX 2/02, oral presentation.

22. **Cartilage Tissue Engineering using Stem Cells Derived from Human Fat,** 47th Annual Plastic Surgery Research Council, Boston, Massachusetts 4/02, oral presentation.

23. **In-vivo Bone Production by Genetically Manipulated Stem Cells Derived from Human Fat,** 47th Annual Plastic Surgery Research Council, Boston, Massachusetts 4/02, oral presentation.

24. **Optimal Cartilage Induction Media using Stem Cells Derived from Human Fat,** 47th Annual Plastic Surgery Research Council, Boston, Massachusetts 4/02, oral presentation.

25. **Bone Production by Genetically Manipulated Stem Cells Derived from Human Fat,** California Orthopaedic Association, 2002 Annual Meeting, Palm Springs, CA 4/02, oral presentation.

26. **Relaxin Receptors in the Human Female ACL,** American Orthopaedic Association-35th Annual Residents Conference, Memphis, TN 4/02, oral presentation.

27. **Long-term Results of Arthroscopic Distal Clavicle Resection with Concomitant Subacromial Decompression,** 2001 Arthroscopy Association of North America Annual Meeting, Washington, DC 4/02, oral presentation.

28. **Examination of the Shoulder,** UCLA Department of Medicine Surgical Lecture Series 5/01, oral presentation.

29. **Examination of the Knee,** UCLA Department of Medicine Surgical Lecture Series 5/01, oral presentation.

30. **Cartilage and Bone Production using Stem Cells from Arthroscopically Harvested Infrapatellar Fat Pads,** American Orthopaedic Society for Sports Medicine 28th Annual Meeting, Orlando, FL 6/02, poster presentation.

31. **Cartilage and Bone Production using Stem Cells from Arthroscopically Harvested Infrapatellar Fat Pads**, 2002 Annual American Orthopaedic Association Meeting, Victoria, BC 6/02, poster presentation.

32. **Cartilage and Bone Production using Stem Cells from Arthroscopically Harvested Infrapatellar Fat Pads**, 2002 Western Orthopaedic Association Meeting, Maui, HI 9/02, oral presentation.

33. **Cartilage and Bone Production using Stem Cells from Arthroscopically Harvested Infrapatellar Fat Pads,** 2002 Smith and Nephew National Resident Research Awards, Memphis, TN 9/02, oral presentation.

34. **Cartilage and Bone Production using Stem Cells from Arthroscopically Harvested Infrapatellar Fat Pads,** 70th Annual Meeting American Academy of Orthopaedic Surgeons, New Orleans, LA 2/03, poster presentation.

35. **Comparison of Multi-lineage Cells from Human Adipose and Bone Marrow,** Orthopaedic Research Society, New Orleans, LA 2/03, poster presentation.

36. **Cartilage Induction using Fat-Derived Stem Cells,** Orthopaedic Research Society, New Orleans, LA 2/03, oral presentation.

37. **Shoulder Injuries in the Young Athlete**, Grand Rounds, Orthopaedic Hospital, Los Angeles, CA 2/03, oral presentation.

38. **The Future of Arthritis Surgery: The use of stem cells,** Grand Rounds, Orthopaedic Hospital, Los Angeles, CA 2/03, oral presentation.

39. **Articular Surface Repair using Stem Cells Derived from Human Fat,** Orthopaedic Research Society, San Francisco, CA 3/04, poster presentation.

40. **The Future of Arthritis Surgery: The use of stem cells,** Wilson-Bost Traveling Fellowship Presentation, Los Angeles, CA 2/03, oral presentation.

41. **Articular Surface Repair using Stem Cells Derived from Human Fat,** 71st Annual Meeting American Academy of Orthopaedic Surgeons, San Francisco, CA 3/04, poster presentation.

42. **Articular Surface Repair using Stem Cells Derived from Human Fat,** 2006 Smith and Nephew Research Awards, San Diego, CA 1/06, oral presentation.

43. **New Frontiers in Sports Medicine: Hip Arthroscopy,** Grand Rounds, Stanford university, 1/06.

44. **Anterior Interval of the Knee,** American Arthroscopy Association North America, Ft. Lauderdale, FL, Eposter, 5/06.

45. **Biomechanics and Treatment of Anterior Interval Lesions of the Knee,** American Orthopaedic Society for Sports Medicine, Hershey, PA, oral presentation 6/06.

46. **Modern Techniques of Cartilage Regeneration,** Western Orthopaedic Association, Napa, CA 11/06.

47. **Basic Science of Articular Cartilage,** 74th Annual Meeting American Academy of Orthopaedic Surgeons, San Diego, CA 2/07, symposium-Treatment of Cartilage Defects of the Ankle.

48. **The Effect of Local Anesthetics Administered via Pain Pump on Chondrocyte Viability,** International Cartilage Research Society, Warsaw, Poland, 9/07.

49. **The Effect of Relaxin on ACL Integrity**, 6th Combined Meeting of the Orthopaedic Research Societies, Honolulu, HI, 10/2007.

50. **The Effect of Local Anesthetics Administered via Pain Pump on Chondrocyte Viability**, 6th Combined Meeting of the Orthopaedic Research Societies, Honolulu, HI, 10/2007.

51. **Effect of Local Anesthetics Delivered via Peri-operative Pain Pumps on Chondrocyte Viability**, 75th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA, 3/2008.

52. **Biomechanical Evaluation of a one-stage ACL Revision Technique using a Structural Bone Void Filler,** 75th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA , 3/2008.

53. **Relationship between Knee Flexion Moment and Early Cartilage Changes in the ACL Reconstructed Knee.** American Society of Biomechanics Annual Meeting Stanford, CA, 3/2007.
54. **Sagital ACL Graft Orientation Influences Passive and Dynamic Anterior Tibial Translation**. American Society of Biomechanics Annual Meeting, Stanford, CA, 3/2007.
55. **Accuracy of building a three-dimensional model of a complex articular cartilage defect from 1.5T MRI.** 16th Annual Meeting of the International Society for Magnetic Resonance in Medicine, Toronto, Canada, 5/2008.
56. **Effect of Local Anesthetics Delivered via Peri-operative Pain Pumps on Chondrocyte Viability**, American Orthopaedic Society for Sports Medicine Annual Meeting, Orlando, FL, 7/2008.
57. **The Effect of Relaxin on ACL Integrity**, American Orthopaedic Society for Sports Medicine Annual Meeting, Orlando, FL, 7/2008.