# CURRICULUM VITAE

Sander Greenland

E-mail address: lesdomes@ucla.edu

Telephone: 1-310-455-1197 (no fax)

## Education

| | | |
|---|---|---|
| 1972 | A.B. | University of California, Berkeley<br>Major: Mathematics; Minor: Psychology<br>Honors: Departmental Scholar; High Honors at Graduation; Phi Beta Kappa |
| 1973 | M.A. | University of California, Berkeley<br>Major: Mathematics<br>Honors: Regents Fellowship in Mathematics |
| 1976 | M.S. | University of California, Los Angeles<br>Major: Public Health |
| 1978 | Dr.P.H. | University of California, Los Angeles<br>Major: Epidemiology; Minor: Mathematics<br>Honors: Regents Fellowship in Epidemiology |

## Professional Positions

| | |
|---|---|
| 1973-74 | Research Assistant, Department of Statistics, University of California, Berkeley |
| 1975-78 | Statistician, UCLA School of Nursing and UCLA School of Public Health |
| Fall 1978 | Assistant Professor of Health Sciences, California State University Northridge |
| Winter 1979 | Assistant Professor of Biostatistics, Harvard School of Public Health |
| Summer-Fall 1979 | Assistant Research Epidemiologist, UCLA School of Public Health |
| 1980-1984 | Assistant Professor of Epidemiology, UCLA School of Public Health |
| 1984-1989 | Associate Professor of Epidemiology, UCLA School of Public Health |
| Fall 1985 | Visiting Associate Professor of Biostatistics, University of Sydney School of Public Health |

| | |
|---|---|
| 1995-2004 | Research Professor of Preventive Medicine, University of Southern California School of Medicine (collaborative appointment) |
| 1989-present | Professor of Epidemiology, UCLA School of Public Health (primary appointment) |
| 1999-present | Professor of Statistics, UCLA College of Letters and Science (secondary appointment) |

## Professional Certifications and Honors

1993: Chartered Statistician and Fellow, Royal Statistical Society
1998: Fellow, American Statistical Association
2009: Mildred Morehouse Visiting Professor, Albert Einstein Medical College

## Memberships

American Statistical Association
Biometric Society
Royal Statistical Society
Society for Epidemiologic Research

## Published Articles

1. **Greenland, S.** (1977). Response and follow-up bias in cohort studies. *American Journal of Epidemiology*, **106**, 184-187.

2. Stern, E., Misczynski, M., **Greenland, S.**, Damus, K. and Coulson, A.H. (1977). "Pap" testing and hysterectomy prevalence: a survey of communities with high and low cervical cancer rates. *American Journal of Epidemiology*, **106**, 295-309.

3. Neutra, R.R., Fienberg, S.E., **Greenland, S.** and Friedman, E.A. (1978). The effect of fetal monitoring on neonatal death rates. *New England Journal of Medicine*, **299**, 324-326.

4. Haile, R.W., Sullivan, C.B. and **Greenland, S.** (1978). Multiple sclerosis and dogs: a closer look. *Annals of Neurology*, **4**, 577-578.

5. **Greenland, S.** (1978). Interaction of nitrites with food, drugs, and contaminants. *Journal of Environmental Health*, **41**, 214-217.

6. Strassburg, M.A., **Greenland, S.** and Fannin, S.L. (1979). Vaccine failures in the epidemiology and control of measles. *American Journal of Public Health*, **69**, 1055-1057.

7. Strassburg, M.A. and **Greenland, S.** (1979). Methodologic problems in evaluating the carcinogenic risk potential of environmental agents. *Journal of Environmental Health*, **41**, 214-217.

8. **Greenland, S.** (1979). Limitations of the logistic analysis of epidemiologic data. *American Journal of Epidemiology*, **110**, 693-698.

9. Strassburg, M.A., Marquard, J., Fannin, S.L. and **Greenland, S.** (1980). Rubella on a university campus: an evaluation of case immunity histories. *Nursing Research*, **29**, 390-391.

10. Scalzi, C.C., Burke, L.E. and **Greenland, S.** (1980). Evaluation of an inpatient educational program for coronary patients and families. *Heart and Lung*, **9**, 846-853.

11. Neutra, R.R., **Greenland, S.** and Friedman, E.A. (1980). The effect of fetal monitoring on cesarean section rates. *Obstetrics and Gynecology*, **55**, 175-180.

12. Rothman, K.J., **Greenland, S.** and Walker, A.M. (1980). Concepts of interaction. *American Journal of Epidemiology*, **112**, 467-470.

13. **Greenland, S.**, Reisbord, L.S., Haldeman, S. and Buerger, A.A. (1980). Controlled clinical trials of manipulation: a review and a proposal. *Journal of Occupational Medicine*, **22**, 670-676.

14. **Greenland, S.** and Neutra, R.R. (1980). Control of confounding in the assessment of medical technology. *International Journal of Epidemiology*, **9**, 361-367.

15. **Greenland, S.** (1980). The effect of misclassification in the presence of covariates. *American Journal of Epidemiology*, **112**, 564-569.

16. Strassburg, M.A., **Greenland, S.**, Marron, J.A. and Mahoney, L.E. (1981). Animal bites: patterns of treatment. *Annals of Emergency Medicine*, **10**, 193-197.

17. Stewart, M.E., **Greenland, S.** and Hoffman, J.S. (1981). First-aid treatment for poisonous snakebite: are currently recommended procedures justified? *Annals of Emergency Medicine*, **10**, 331-335.

18. Neutra, R.R., **Greenland, S.** and Friedman, E.A. (1981). The relationship between electronic fetal monitoring and the Apgar score. *American Journal of Obstetrics and Gynecology*, **140**, 440-445.

19. **Greenland, S.**, Watson, E. and Neutra, R.R. (1981). The case-control method in medical care evaluation. *Medical Care*, **19**, 872-878.

20. **Greenland, S.**, Neutra, R.R. and Galan, R. (1981). An attempt at measuring the impact of sanitation and economics on health: a reanalysis of the Colombian National Health Survey. *Public Health*, **95**, 264-272.

21. **Greenland, S.**, Morgenstern, H. and Thomas, D.C. (1981). Considerations in determining matching criteria and stratum sizes for case-control studies. *International Journal of Epidemiology*, **10**, 389-392.

22. **Greenland, S.** and Criqui, M.H. (1981). Are case-control studies more vulnerable to response bias? *American Journal of Epidemiology*, **114**, 175-177.

23. **Greenland, S.** and Neutra, R.R. (1981). An analysis of detection bias and proposed corrections in the study of estrogens and endometrial cancer. *Journal of Chronic Diseases*, **34**, 433-438.

24. **Greenland, S.** (1981). Multivariate estimation of exposure-specific incidence from case-control studies. *Journal of Chronic Diseases*, **34**, 445-453.

25. Hazaleus, R.E., **Greenland, S.** and Berdischewsky, M. (1982). Injectable cephalosporin use in a community teaching hospital. *American Journal of Hospital Pharmacy*, **39**, 482-483.

26. **Greenland, S.**, Staisch, K.J., Brown, N. and Gross, S.J. (1982). The effects of marijuana use during pregnancy I: a preliminary epidemiologic study. *American Journal of Obstetrics and Gynecology*, **143**, 408-413. Edited version reprinted as "The effect of marijuana on human pregnancy, labor, and delivery", *Neurobiobehavioral Toxicology*, 4, 447-450 (1982).

27. **Greenland, S.** and Thomas, D.C. (1982). On the need for the rare disease assumption in case-control studies. *American Journal of Epidemiology*, **116**, 547-553.

28. **Greenland, S.** (1982). Interpretation and estimation of summary ratios under heterogeneity. *Statistics in Medicine*, **1**, 217-227.

29. **Greenland, S.** (1982). The effect of misclassification in matched-pair case-control studies. *American Journal of Epidemiology*, **116**, 402-406.

30. Strassburg, M.A., **Greenland, S.** and Wang, S.M. (1983). A correlational study of neural tube defects and infectious diseases. *Public Health*, **97**, 275-284.

31. Strassburg, M.A., **Greenland, S.**, Portigal, L.D. and Sever, L.E. (1983). A population-based case-control study of anencephalus and spina bifida aperta in a low-risk area. *Developmental Medicine and Child Neurology*, **25**, 632-641.

32. Thomas, D.C. and **Greenland, S.** (1983). The relative efficiencies of matched and independent sample designs for case-control studies. *Journal of Chronic Diseases*, **36**, 685-697.

33. Strassburg, M.A. and **Greenland, S.** (1983). Anencephaly and spina bifida aperta: a study of secular trends, seasonality, and geographic distribution in a low-risk area. *Neuroepidemiology*, **2**, 5-15.

34. **Greenland, S.**, Richwald, G.A. and Honda, G.D. (1983). The effects of marijuana use during pregnancy II: a study in a low-risk home-delivery population. *Drug and Alcohol Dependence*, **11**, 359-366.

35. **Greenland, S.** and Kleinbaum, D.G. (1983). Correcting for misclassification in two-way tables and matched-pair studies. *International Journal of Epidemiology*, **12**, 93-97.

36. **Greenland, S.** (1983). Tests for interaction in epidemiologic studies: a review and a study of power. *Statistics in Medicine*, **2**, 243-251.

37. **Greenland, S.** (1984). A counterexample to the test-based principle of setting confidence limits. *American Journal of Epidemiology*, **120**, 4-7.

38. **Greenland, S.** (1984). Bias in methods for deriving standardized morbidity ratios and attributable fraction estimates. *Statistics in Medicine*, **3**, 131-141.

39. Strassburg, M.A., **Greenland, S.**, Stephenson, T.G., Weiss, B.P., Auerbach, D., Habel, L.A. and Lieb, L.E. (1985). Clinical effectiveness of rubella vaccine in a college population. *Vaccine*, **3**, 109-112.

40. Reisbord, L.S. and **Greenland, S.** (1985). Factors associated with self-reported back-pain prevalence: a population-based study. *Journal of Chronic Diseases*, **38**, 691-702.

41. Thomas, D.C. and **Greenland, S.** (1985). The efficiency of matching in case-control studies of risk-factor interactions. *Journal of Chronic Diseases*, **38**, 569-574.

42. **Greenland, S.**, Olsen, J., Rachootin, P. and Thomsen-Pederson, G. (1985). The effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section. *Acta Obstetricia et Gynecologica Scandinavica*, **64**, 75-80.

43. **Greenland, S.** and Robins, J.M. (1985). Confounding and misclassification. *American Journal of Epidemiology*, **122**, 495-506.

44. **Greenland, S.** and Robins, J.M. (1985). Estimation of a common effect parameter from sparse follow-up data. *Biometrics*, **41**, 55-68.

45. **Greenland, S.** (1985). Elementary models for biological interaction (invited paper). *Journal of Hazardous Materials*, **10**, 449-454.

46. **Greenland, S.** (1985). An application of logistic response models to the analysis of ordinal responses. *Biometrical Journal*, **27**, 189-197.

47. **Greenland, S.** (1985). Control-initiated case-control studies. *International Journal of Epidemiology*, **14**, 130-134.

48. **Greenland, S.** (1985). Power, sample size, and smallest detectable effect determination for multivariate studies. *Statistics in Medicine*, **4**, 117-127.

49. Robins, J.M., Breslow, N.E. and **Greenland, S.** (1986). Estimators of the Mantel-Haenszel variance consistent in both sparse-data and large-stratum limiting models. *Biometrics*, **42**, 311-323.

50. Strassburg, M.A., **Greenland, S.**, Sorvillo, F.J., Lieb, L.E. and Habel, L.A. (1986). Influenza in the elderly: a report of an outbreak and a review of previous vaccine effectiveness reports. *Vaccine*, **4**, 38-44.

51. Robins, J.M., **Greenland, S.** and Breslow, N.E. (1986). A general estimator for the variance of the Mantel-Haenszel odds ratio. *American Journal of Epidemiology*, **124**, 719-723.

52. Robins, J.M. and **Greenland, S.** (1986). The role of model selection in causal inference from nonexperimental data. *American Journal of Epidemiology*, **123**, 392-402.

53. **Greenland, S.**, Schlesselman, J.J. and Criqui, M.H. (1986). The fallacy of employing standardized regression coefficients and correlations as measures of effect. *American Journal of Epidemiology*, **123**, 203-208.

54. **Greenland, S.**, Thomas, D.C. and Morgenstern, H. (1986). The rare-disease assumption revisited: a critique of "Estimators of relative risk for case-control studies." *American Journal of Epidemiology*, **124**, 869-876.

55. **Greenland, S.** and Robins, J.M. (1986). Identifiability, exchangeability, and epidemiological confounding. *International Journal of Epidemiology*, **15**, 413-419.

56. **Greenland, S.** (1986). Partial and marginal matching in case-control studies (invited paper). In Moolgavkar, S. H. and Prentice, R. L. (eds.), *Modern Statistical Methods in Chronic Disease Epidemiology*. New York, Wiley, 35-49.

57. **Greenland, S.** (1986). Adjustment of risk ratios in case-base studies (hybrid epidemiologic designs). *Statistics in Medicine*, **5**, 579-584.

58. **Greenland, S.** (1986). Estimating variances of standardized estimators in case-control studies and sparse data. *Journal of Chronic Diseases*, **39**, 473-477.

59. **Greenland, S.** (1987). Interpretation and choice of effect measures in epidemiologic analysis. *American Journal of Epidemiology*, **125**, 761-768.

60. **Greenland, S.** (1987). Bias in indirectly adjusted comparisons due to taking the total study population as the reference group. *Statistics in Medicine*, **6**, 193-195.

61. **Greenland, S.** (1987). Quantitative methods in the review of epidemiologic literature. *Epidemiologic Reviews*, **9**, 1-30.

62. **Greenland, S.** (1987). Interpreting time-related trends in effect estimates. *Journal of Chronic Diseases*, **40**, suppl. 2, 17-24.

63. **Greenland, S.** (1987). Variance estimators for attributable fraction estimates consistent in both large strata and sparse data. *Statistics in Medicine*, **6**, 701-708.

64. **Greenland, S.** (1987). Estimation of exposure-specific rates from sparse case-control data. *Journal of Chronic Diseases*, **40**, 1087-1094.

65. Honda, G.D., Bernstein, L., Ross, R. K., **Greenland, S.**, Gerkins, V. and Henderson, B.E. (1988). Vasectomy, cigarette smoking, and age at first sexual intercourse as risk factors for prostate cancer in middle-aged men. *British Journal of Cancer*, **57**, 326-331.

66. Richwald, G.A., **Greenland, S.**, Johnson, B.J., Friedland, J.M., Goldstein, E.J.C. and Plichta, D.T. (1988). An assessment of the excess risk of serious *Salmonella dublin* infection associated with the use of certified raw milk. *Public Health Reports*, **103**, 489-493.

67. Baker, D.B., **Greenland, S.**, Mendlein, J. and Harmon, P. (1988). A health study of two communities near the Stringfellow waste disposal site. *Archives of Environmental Health*, **43**, 325-334.

68. **Greenland, S.** and Morgenstern, H. (1988). Classification schemes for epidemiologic research designs. *Journal of Clinical Epidemiology*, **41**, 715-716.

69. **Greenland, S.** and Frerichs, R.R. (1988). On measures and models for the effectiveness of vaccines and vaccination programs. *International Journal of Epidemiology*, **17**, 456-463.

70. **Greenland, S.** and Poole, C. (1988). Invariants and noninvariants in the concept of interdependent effects. *Scandinavian Journal of Work, Environment, and Health*, **14**, 125-129.

71. **Greenland, S.** and Mickey, R.M. (1988). Closed-form and dually consistent methods for inference on collapsibility in 2×J×K tables. *Applied Statistics*, **37**, 335-343.

72. **Greenland, S.** and Robins, J.M. (1988). Conceptual problems in the definition and interpretation of attributable fractions. *American Journal of Epidemiology*, **128**, 1185-1197.

73. **Greenland, S.** (1988). Probability versus Popper: An elaboration of the insufficiency of current Popperian approaches in epidemiologic analysis (invited paper). In Rothman, K.J. (ed.) *Causal Inference*. Chestnut Hill, MA, Epidemiology Resources Incorporated, 95-104.

74. **Greenland, S.** (1988). On sample-size and power calculations for studies using confidence intervals. *American Journal of Epidemiology*, **128**, 231-237.

75. **Greenland, S.** (1988). Significance tests versus continuity principles in scientific applications of statistics (invited paper). *1987 Proceedings of the Section on Statistical Education*. Alexandria, VA, American Statistical Association, 57-58.

76. **Greenland, S.** (1988). Variance estimation for epidemiologic effect estimates under misclassification. *Statistics in Medicine*, **7**, 745-757.

77. **Greenland, S.** (1988). Statistical uncertainty due to misclassification: implications for validation substudies. *Journal of Clinical Epidemiology*, **41**, 1167-1176.

78. Khoury, M.J., Flanders, W.D., **Greenland, S.** and Adams, M.J. (1989). On the measurement of susceptibility in epidemiologic studies. *American Journal of Epidemiology*, **129**, 183-190.

79. Kraus, J.F., **Greenland, S.** and Bulterys, M.G. (1989). Risk factors for sudden infant death syndrome in the U.S. Collaborative Perinatal Project. *International Journal of Epidemiology*, **18**, 113-120.

80. Richwald, G.A., **Greenland, S.**, Gerber, M.M., Potik, R., Kersey, L. and Gallagher, D.M. (1989). Effectiveness of the cavity-rim cervical cap: results of a large clinical study. *Obstetrics and Gynecology*, **74**, 143-148.

81. Mickey, R.M. and **Greenland, S.** (1989). The impact of confounder selection criteria on effect estimation. *American Journal of Epidemiology*, **129**, 125-137.

82. Robins, J.M. and **Greenland, S.** (1989). Estimability and estimation of excess and etiologic fractions. *Statistics in Medicine*, **8**, 845-859.

83. Robins, J.M. and **Greenland, S.** (1989). The probability of causation under a stochastic model for individual risks. *Biometrics*, **46**, 1125-1138. (Erratum: 1991, **48**, 824)

84. **Greenland, S.** and Morgenstern, H. (1989). What is directionality? *Journal of Clinical Epidemiology*, **42**, 821-824.

85. **Greenland, S.** and Morgenstern, H. (1989). Ecological bias, confounding, and effect modification. *International Journal of Epidemiology*, **18**, 269-274. (Erratum: 1991, **20**, 824)

86. **Greenland, S.** (1989). Modeling and variable selection in epidemiologic analysis. *American Journal of Public Health*, **79**, 340-349.

87. **Greenland, S.** (1989). Cautions in the use of preliminary-test estimators. *Statistics in Medicine*, **8**, 669-673.

88. **Greenland, S.** (1989). Generalized Mantel-Haenszel estimators for K 2×J tables. *Biometrics*, **45**, 183-191.

89. **Greenland, S.** (1989). On correcting for misclassification in twin studies and other matched-pair studies. *Statistics in Medicine*, **8**, 825-829.

90. **Greenland, S.** (1989). Reader reaction: Confounding in epidemiologic studies. *Biometrics*, **45**, 1309-1310.

91. Chow, J.M., Yonekura, M.L., Richwald, G.A., **Greenland, S.**, Sweet, R.L. and Schachter, J. (1990). The association between *Chlamydia trachomatis* and ectopic pregnancy: a matched case-control study. *Journal of the American Medical Association*, **263**, 3164-3167.

92. Drews, C., Kraus, J.F. and **Greenland, S.** (1990). Recall bias in a case-control study of sudden infant death syndrome. *International Journal of Epidemiology*, **19**, 405-411.

93. Savitz, D.A., **Greenland, S.**, Stolley, P.D. and Kelsey, J.L. (1990). Scientific standards of criticism: a response to "Scientific standards in epidemiologic studies of the menace of daily life" by A. R. Feinstein. *Epidemiology*, **1**, 78-83.

94. Bulterys, M.G., **Greenland, S.** and Kraus, J.F. (1990). Chronic fetal hypoxia and sudden infant death syndrome: Interaction between maternal smoking and low hematocrit during pregnancy. *Pediatrics*, **86**, 535-540.

95. Morgenstern, H. and **Greenland, S.** (1990). Graphing ratio measures of effect. *Journal of Clinical Epidemiology*, **43**, 539-542.

96. Drews, C. and **Greenland, S.** (1990). The impact of differential recall on the results of case-control studies. *International Journal of Epidemiology*, **19**, 1107-1112.

97. **Greenland, S.** and Morgenstern, H. (1990). Matching and efficiency in cohort studies. *American Journal of Epidemiology*, **131**, 151-159.

98. **Greenland, S.** and Salvan, A. (1990). Bias in the one-step method for pooling study results. *Statistics in Medicine*, **9**, 247-252.

99. **Greenland, S.** (1990). Randomization, statistics, and causal inference. *Epidemiology*, **1**, 421-429.

100. Robins, J.M. and **Greenland, S.** (1991). Estimability and estimation of expected years of life lost due to a hazardous exposure. *Statistics in Medicine*, **10**, 79-93.

101. Kass, P. and **Greenland, S.** (1991). Collapsibility, comparability, and epidemiologic confounding. *Journal of the American Veterinary Medical Association*, **11**, 1569-1573.

102. Flanders, W. D. and **Greenland, S.** (1991). Analytic methods for two-stage case-control studies and other stratified designs. *Statistics in Medicine*, **10**, 739-747.

103. **Greenland, S.**, Maclure, M., Schlesselman, J.J., Poole, C. and Morgenstern, H. (1991). Standardized regression coefficients: A further critique and a review of alternatives. *Epidemiology*, **2**, 387-392.

104. **Greenland, S.** and Holland, P.W. (1991). Estimating standardized risk differences from odds ratios. *Biometrics*, **47**, 319-322.

105. **Greenland, S.** and Robins, J. M. (1991). Empirical-Bayes adjustments for multiple comparisons are sometimes useful. *Epidemiology*, **2**, 244-251.

106. **Greenland, S.** (1991). Science versus advocacy: The challenge of Dr. Feinstein. *Epidemiology*, **2**, 72-79.

107. **Greenland, S.** (1991). Those who were wrong are still wrong (Invited Commentary). *American Journal of Epidemiology*, **133**, 435-436.

108. **Greenland, S.** (1991). Estimating standardized parameters from generalized linear models. *Statistics in Medicine*, **10**, 1069-1074.

109. **Greenland, S.** (1991). A mathematical analysis of the "epidemiologic necropsy". *Annals of Epidemiology*, **1**, 551-558.

110. **Greenland, S.** (1991). Reducing mean squared error in the analysis of stratified epidemiologic studies. *Biometrics*, **47**, 773-775.

111. **Greenland, S.** (1991). On the logical justification of conditional tests for two-by-two-contingency tables. *The American Statistician*, **45**, 248-251.

112. Brenner, H., Savitz, D. A., Jöckel, K.-H. and **Greenland, S.** (1992). The effects of nondifferential misclassification in ecologic studies. *Epidemiology*, **3**, 85-95.

113. Brenner, H., **Greenland, S.** and Savitz, D. A. (1992). The effects of nondifferential confounder misclassification in ecologic studies. *Epidemiology*, **3**, 456-459.

114. Maclure, M. and **Greenland, S.** (1992). Tests for trend and dose-response: misinterpretations and alternatives. *American Journal of Epidemiology*, **135**, 96-104.

115. Robins, J. M. and **Greenland, S.** (1992). Identifiability and exchangeability for direct and indirect effects. *Epidemiology*, **3**, 143-155.

116. **Greenland, S.** and Longnecker, M. P. (1992). Methods for trend estimation from summarized dose-response data, with applications to meta-analysis. *American Journal of Epidemiology*, **135**, 1301-1309.

117. **Greenland, S.** (1992). A semi-Bayes approach to the analysis of correlated associations, with an application to an occupational cancer-mortality study. *Statistics in Medicine*, **11**, 219-230.

118. **Greenland, S.** (1992). Likelihood-ratio testing as a diagnostic method for small-sample regressions. *Annals of Epidemiology*, **2**, 311-316.

119. **Greenland, S.** (1992). Divergent biases in ecologic and individual-level studies. *Statistics in Medicine*, **11**, 1209-1223.

120. Sahl, J.D., Kelsh, M. A. and **Greenland, S.** (1993). Cohort and nested case-control studies of hematopoietic cancers among electric utility workers. *Epidemiology*, **4**, 104-114.

121. Berlin, J.A., Longnecker, M.P. and **Greenland, S.** (1993). Meta-analysis of epidemiologic dose-response data. *Epidemiology*, **4**, 218-228.

122. Brenner, H., Gefeller, O. and **Greenland, S.** (1993). Risk and rate advancement periods as measures of exposure impact on the occurrence of disease. *Epidemiology*, **4**, 229-236.

123. Drews, C., **Greenland, S.** and Flanders, W. D. (1993). The use of restricted controls to prevent recall bias in case-control studies of reproductive outcomes. *Annals of Epidemiology*, **3**, 86-92.

124. Maldonado, G. and **Greenland, S.** (1993). Interpreting model coefficients when the true model form is unknown. *Epidemiology*, **4**, 310-318.

125. Maldonado, G. and **Greenland, S.** (1993). A simulation study of confounder-selection strategies. *American Journal of Epidemiology*, **138**, 923-936.

126. **Greenland, S.** and Brenner, H. (1993). Correcting for nondifferential misclassification in ecologic analyses. *Applied Statistics*, **42**, 117-126.

127. **Greenland, S.** and Drescher, K. (1993). Maximum-likelihood estimation of attributable fractions from logistic models. *Biometrics*, **49**, 865-872.

128. **Greenland, S.** (1993). Basic problems in interaction assessment (invited paper). *Environmental Health Perspectives*, **101**, Suppl. 4, 59-66.

129. **Greenland, S.** (1993). Additive-risk versus additive relative-risk models. *Epidemiology*, **4**, 32-36.

130. **Greenland, S.** (1993). Summarization, smoothing, and inference. *Scandinavian Journal of Social Medicine*, **21**, 227-232.

131. **Greenland, S.** (1993). Methods for epidemiologic analyses of multiple exposures: A review and a comparative study of maximum-likelihood, preliminary testing, and empirical-Bayes regression. *Statistics in Medicine*, **12**, 717-736.

132. **Greenland, S.** (1993). A meta-analysis of coffee, myocardial infarction, and sudden coronary death. *Epidemiology*, **4**, 366-374.

133. Weinberg, C. R., Umbach, D. M. and **Greenland, S.** (1994). When will nondifferential misclassification preserve the direction of a trend? *American Journal of Epidemiology*, **140**, 565-571.

134. Ackerman, D. L., **Greenland, S.**, Morgenstern, H. and Bystritsky, A. (1994). Predictors of treatment response in obsessive compulsive disorder: Multivariate analyses from a multicenter trial of clomipramine. *Journal of Clinical Psychopharmacology*, **14**, 247-254.

135. Witte, J. S., **Greenland, S.**, Haile, R. W. and Bird, C. L. (1994). Hierarchical regression analysis applied to a study of multiple dietary exposures and breast cancer. *Epidemiology*, **5**, 612-621.

136. Maldonado, G. and **Greenland, S.** (1994). A comparison of the performance of model-based confidence intervals when the correct model form is unknown. *Epidemiology*, **5**, 171-182.

137. Robins, J. M. and **Greenland, S.** (1994). Adjusting for differential rates of prophylaxis therapy for PCP in high- versus low-dose AZT treatment arms in an AIDS randomized trial. *Journal of the American Statistical Association*, **89**, 737-749.

138. **Greenland, S.**, Salvan, A., Wegman, D. H., Hallock, M. F. and Smith, T. J. (1994). A case-control study of cancer mortality at a transformer-assembly facility. *International Archives of Occupational and Environmental Health*, **66**, 49-54.

139. **Greenland, S.** and Poole, C. (1994). Empirical-Bayes approaches to occupational and environmental hazard surveillance. *Archives of Environmental Health*, **49**, 9-16.

140. **Greenland, S.** and Robins, J. M. (1994). Ecologic studies: Biases, misconceptions, and counterexamples (invited commentary). *American Journal of Epidemiology*, **139**, 747-760.

141. **Greenland, S.** and Robins, J. M. (1994). Accepting the limits of ecologic studies (invited commentary). *American Journal of Epidemiology*, **139**, 769-771.

142. **Greenland, S.** and Maldonado, G. (1994). Inference on collapsibility in generalized linear models. *Biometrical Journal*, **36**, 771-782.

143. **Greenland, S.** and Maldonado, G. (1994). The interpretation of multiplicative model parameters as standardized parameters. *Statistics in Medicine*, **13**, 989-999.

144. **Greenland, S.** (1994). A critical look at some popular meta-analytic methods (invited commentary). *American Journal of Epidemiology*, **140**, 290-296.

145. **Greenland, S.** (1994). Quality scores are useless and potentially misleading (invited commentary). *American Journal of Epidemiology*, **140**, 300-301.

146. **Greenland, S.** (1994). Hierarchical regression for epidemiologic analyses of multiple exposures (invited paper). *Environmental Health Perspectives*, **109**, suppl. 8, 33-39.

147. **Greenland, S.** (1994). Can meta-analysis be salvaged? (invited commentary). *American Journal of Epidemiology*, **140**, 783-787.

148. **Greenland, S.** (1994). Modeling risk ratios from matched-cohort data: an estimating-equation approach. *Applied Statistics*, **43**, 223-232.

149. **Greenland, S.** (1994). Alternative models for ordinal logistic regression. *Statistics in Medicine*, **13**, 1665-1677.

150. Working Group on Meta-Analysis in Environmental Epidemiology (1995). Guidelines for application of meta-analysis in environmental epidemiology. *Regulatory Toxicology and Pharmacology*, **22**, 189-197.

151. Ursin, G., Longnecker, M. P., Haile, R. W. and **Greenland, S.** (1995). A meta-analysis of body mass index and risk of premenopausal breast cancer. *Epidemiology*, **6**, 137-141.

152. Finkle, W. D., **Greenland, S.**, Miettinen, O. S. and Ziel, H. K. (1995). Endometrial cancer risk after discontinuing use of unopposed conjugated estrogens. *Cancer Causes and Control*, **6**, 99-102.

153. Coleman, A. L. and **Greenland, S.** (1995). Glaucoma outcome studies using existing databases: opportunities and limitations. *Journal of Glaucoma*, 4, 295-298.

154. Joffe, M. M. and **Greenland, S.** (1995). Standardized estimates from categorical regression models. *Statistics in Medicine*, **14**, 2131-2141.

155. **Greenland, S.** and Poole, C. (1995). Interpretation and analysis of differential exposure variability and zero-exposure categories for continuous exposures. *Epidemiology*, **6**, 326-328.

156. **Greenland, S.** and Ackerman, D. L. (1995). Clomiphene citrate and neural-tube defects: A pooled analysis of controlled epidemiologic studies and recommendations for future studies. *Fertility and Sterility*, **64**, 935-941.

157. **Greenland, S.** and Finkle, W. D. (1995). A critical look at methods for handling missing covariates in epidemiologic regression analysis. *American Journal of Epidemiology*, **142**, 1255-1264.

158. **Greenland, S.** (1995). Dose-response and trend analysis: Alternatives to category-indicator regression. *Epidemiology*, **6**, 356-365.

159. **Greenland, S.** (1995). Avoiding power loss association with categorization and ordinal scores in dose-response and trend analysis. *Epidemiology*, **6**, 450-454.

160. **Greenland, S.** (1995). Problems in the average-risk interpretation of categorical dose-response analyses. *Epidemiology*, **6**, 563-565.

161. Ackerman, D. L., **Greenland, S.** and Bystritsky, A. (1996). Relationship between early side effects and therapeutic effects of clomipramine therapy in obsessive-compulsive disorder. *Journal of Clinical Psychopharmacology*, **16**, 324-328.

162. Ackerman, D. L., **Greenland, S.** and Bystritsky, A. (1996). Use of receiver-operator characteristic (ROC) curve analysis to evaluate predictors of response to clomipramine therapy. *Psychopharmacology Bulletin*, **32**, 157-165.

163. Maldonado, G. and **Greenland, S.** (1996). Impact of model-form selection on rate estimation. *Epidemiology*, **7**, 46-54.

164. Witte, J. S. and **Greenland, S.** (1996). Simulation study of hierarchical regression. *Statistics in Medicine*, **15**, 1161-1170.

165. Boshuizen, H. and **Greenland, S.** (1996). Estimation of differences and ratios of average age at first occurrence. *Biometrical Journal*, **38**, 387-392.

166. Robins, J. M. and **Greenland, S.** (1996). Comment: The estimation of global average treatment effects using instrumental variables. *Journal of the American Statistical Association*, **91**, 456-458.

167. **Greenland, S.**, Leib, L., Simon, P., Ford, W. and Kerndt, P. (1996). Evidence for late growth of the HIV epidemic among African-American men and younger male cohorts in Los Angeles County. *Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology*, **11**, 401-409.

168. **Greenland, S.** and Finkle, W. D. (1996). A case-control study of prosthetic implants and selected chronic diseases. *Annals of Epidemiology*, **6**, 530-540.

169. **Greenland, S.** (1996). Confounding and exposure trends in case-crossover and case-time-control designs. *Epidemiology*, **7**, 231-239.

170. **Greenland, S.** (1996). Basic methods for sensitivity analysis of bias. *International Journal of Epidemiology*, **25**, 1107-1116.

171. **Greenland, S.** (1996). Absence of confounding does not correspond to collapsibility of the rate ratio or rate difference. *Epidemiology*, **7**, 498-501.

172. **Greenland, S.** (1996). Historical HIV incidence modelling in regional subgroups: Use of flexible discrete models with penalized splines based on prior curves. *Statistics in Medicine*, **15**, 513-525.

173. **Greenland, S.** (1996). A lower bound for the correlation of exponentiated bivariate normal pairs. *The American Statistician*, **50**, 163-164.

174. Ackerman, D. L., **Greenland, S.**, Bystritsky, A. and Small, G. W. (1997). Characteristics of fluoxetine vs placebo responders in a randomized trial of geriatric depression. *Psychopharmacology*, **33**, 707-714.

175. Aragaki, C. C., **Greenland, S.**, Probst-Hensch, N. M. and Haile, R. W. (1997). Hierarchical modeling of gene-environment interactions: Estimating NAT2* genotype-specific dietary effects on adenomatous polyps. *Cancer Epidemiology Biomarkers and Prevention*, **6**, 307-314.

176. Witte, J. S. and **Greenland, S.** (1997). A nested approach to evaluating dose-response and trend. *Annals of Epidemiology*, **7**, 188-193.

177. Maldonado, G. and **Greenland, S.** (1997). The importance of critically interpreting simulation studies. *Epidemiology*, **8**, 453-456.

178. Boshuizen, H. and **Greenland, S.** (1997). Average age at first occurrence as an alternative occurrence parameter in epidemiology. *International Journal of Epidemiology*, **26**, 867-872.

179. Poole, C. and **Greenland, S.** (1997). How a court accepted a possible explanation. *The American Statistician*, **51**, 112-114.

180. **Greenland, S.** (1997). Second-stage least squares versus penalized quasi-likelihood for fitting hierarchical models in epidemiologic analysis. *Statistics in Medicine*, **16**, 515-526.

181. Zaffanella, L. E., Savitz, D. A., **Greenland, S.** and Ebi, K. L. (1998). The residential case-specular method to study wire codes, magnetic fields, and disease. *Epidemiology*, **9**, 16-20.

182. Coleman, A. L., Yu, F. and **Greenland, S.** (1998). Annual predictions of adverse outcomes after glaucoma surgery in the United States. *Ophthalmic Epidemiology*, **5**, 29-40.

183. Ziel, H. K., Finkle, W. D. and **Greenland, S.** (1998). Decline in incidence of endometrial cancer following use of opposed conjugated estrogens in a prepaid health plan. *Gynecologic Oncology*, **68**, 253-255.

184. Coleman, A. L., Yu, F. and **Greenland, S.** (1998). Factors associated with elevated complication rates after partial-thickness or full-thickness glaucoma surgical procedures in the United States during 1994. *Ophthalmology*, **105**, 1165-1169.

185. Michels, K. B., **Greenland, S.** and Rosner, B. A. (1998). Does body-mass index adequately capture the relation of body mass and body composition to health outcomes? *American Journal of Epidemiology*, **147**, 167-172.

186. Ackerman, D. L., **Greenland, S.** and Bystritsky, A. (1998). Clinical characteristics of response to fluoxetine treatment of obsessive-compulsive disorder. *Journal of Clinical Psychopharmacology*, **18**, 185-192.

187. Witte, J. S., **Greenland, S.** and Kim, L.-L. (1998). Software for hierarchical modelling of epidemiologic data. *Epidemiology*, **9**, 563-566.

188. Maldonado, G. and **Greenland, S.** (1998). Factoring versus linear modeling in rate estimation: A simulation study of relative accuracy. *Epidemiology*, **9**, 432-435.

189. **Greenland, S.**, Satterfield, M. and Lanes, S. F. (1998). A meta-analysis of effects of the transdermal nicotine patch. *Drug Safety*, **18**, 297-308.

190. **Greenland, S.** and Finkle, W. D. (1998). A case-control study of prosthetic implants and selected chronic diseases in Medicare claims data. *Annals of Epidemiology*, **8**, 319-326.

191. **Greenland, S.** (1998). The sensitivity of a sensitivity analysis (invited paper). In: *1997 Proceedings of the Biometrics Section*, Alexandria, VA. American Statistical Association, 19-21.

192. **Greenland, S.** (1998). Probability logic and probabilistic induction. *Epidemiology*, **9**, 322-332.

193. **Greenland, S.** (1998). Induction versus Popper: Substance versus semantics. *International Journal of Epidemiology*, **27**, 543-548.

194. Ebi, K. L., Zaffanella, L. E. and **Greenland, S.** (1999). Application of the case-specular method to two studies of wire codes and childhood leukemia. *Epidemiology*, **10**, 398-404.

195. Ackerman, D. L., **Greenland, S.** and Bystritsky, A. (1999). Side effects as predictors of drug response in OCD. *Journal of Clinical Psychopharmacology*, **19**, 459-465.

196. Robins, J. M., **Greenland, S.** and Hu, F. (1999). Estimation of the causal effect of time-varying exposure on the marginal means of a repeated binary outcome (with discussion). *Journal of the American Statistical Association*, **94**, 687-712.

197. Poole, C. and **Greenland, S.** (1999). Random-effects meta-analyses are not always conservative. *American Journal of Epidemiology*, **150**, 469-475.

198. Beyea, J. and **Greenland, S.** (1999). The importance of specifying the underlying biologic model in estimating the probability of causation. *Health Physics*, **76**, 269-274.

199. McKelvey, W., **Greenland, S.**, Chen, M.-J., Harper, J., Longnecker, M. P., Frankl, H. D., Lee, H. R. and Haile, R. W. (1999). A case-control study of the relation of colorectal adenatomatous polyps to foods containing hydrogenated oils. *Cancer Epidemiology Biomarkers and Prevention*, **8**, 519-524.

200. **Greenland, S.**, Michels, K. B., Robins, J. M., Poole, C. and Willett, W. C. (1999). Presenting statistical uncertainty in trends and dose-response relations. *American Journal of Epidemiology*, **149**, 1077-1086.

201. **Greenland, S.**, Pearl, J. and Robins, J. M. (1999). Causal diagrams for epidemiologic research. *Epidemiology*, **10**, 37-48.

202. **Greenland, S.**, Robins, J. M. and Pearl, J. (1999). Confounding and collapsibility in causal inference. *Statistical Science*, **14**, 29-46.

203. **Greenland, S.** (1999). Multilevel modeling and model averaging. *Scandinavian Journal of Work Environment and Health*, **25**, Suppl. 4, 43-48.

204. **Greenland, S.** (1999). A unified approach to the analysis of case-distribution (case-only) studies. *Statistics in Medicine*, **18**, 1-15.

205. **Greenland, S.** (1999). The relation of the probability of causation to the relative risk and the doubling dose: A methodologic error that has become a social problem. *American Journal of Public Health*, **89**, 1166-1169.

206. Anderson, C. L., Agran, P. F., Winn, D. G. and **Greenland, S.** (2000). Fatalities to occupants of cargo areas of pickup trucks. *Accident Analysis and Prevention*, **32**, 533-540.

207. Steenland, K., Bray, I., **Greenland, S.** and Boffetta, P. (2000). Empirical-Bayes adjustments for occupational surveillance analysis. *Cancer Epidemiology Biomarkers and Prevention*, **9**, 895-903 (recipient of 2001 Statistical Science Award, *Best Applied Papers*).

208. Witte, J. S., **Greenland, S.**, Kim, L. L. and Arab, L.K. (2000). Multilevel modeling in epidemiology with GLIMMIX. *Epidemiology*, **11**, 684-688.

209. Ackerman, D. L., **Greenland, S.**, Bystritsky, A. and Small, G. W. (2000). Side effects and time course of response in a placebo-controlled trial of fluoxetine in geriatric depression. *Journal of Clinical Psychopharmacology*, **20**, 658-665.

210. McKelvey, W., **Greenland, S.** and Sandler, R.S. (2000). A second look at the relation between colorectal adenomatous polyps and consumption of foods containing partially hydrogenated oils. *Epidemiology*, **11**, 469-473.

211. Gareen, I., **Greenland, S.** and Morgenstern, H. (2000). Intrauterine devices and pelvic inflammatory disease: Meta-analyses of published studies, 1974-1990. *Epidemiology*, **11**, 589-597.

212. Robins, J. M. and **Greenland, S.** (2000). Comment: The message of counterfactual causality. *Journal of the American Statistical Association*, **95**, 431-435.

213. **Greenland, S.**, Sheppard, A.R., Kaune, W.T., Poole, C. and Kelsh, M.A. (2000). A pooled analysis of magnetic fields, wire codes, and childhood leukemia. *Epidemiology*, **11**, 624-634.

214. **Greenland, S.**, Schwartzbaum, J.A. and Finkle, W.D. (2000). Problems from small samples and sparse data in conditional logistic regression analysis. *American Journal of Epidemiology*, **151**, 531-539.

215. **Greenland, S.** and Finkle, W.D. (2000). A retrospective cohort study of implanted medical devices and selected chronic diseases in Medicare claims data. *Annals of Epidemiology*, **10**, 205-213.

216. **Greenland, S.** and Robins, J.M. (2000). Epidemiology, justice, and the probability of causation. *Jurimetrics*, **40**, 321-340.

217. **Greenland, S.** (2000). Principles of multilevel modelling. *International Journal of Epidemiology*, **29**, 158-167.

218. **Greenland, S.** (2000). Causal analysis in the health sciences (invited paper). *Journal of the American Statistical Association*, **95**, 286-289. Reprinted in: Raftery, A.E., Tanner, M.A., and Wells, M.T. (2001). *Statistics in the 21st Century*. New York: Chapman and Hall/CRC, 12-19.

219. **Greenland, S.** (2000). Small-sample bias and corrections for conditional maximum-likelihood odds-ratio estimators. *Biostatistics*, 1, 113-122.

220. **Greenland, S.** (2000). An introduction to instrumental variables for epidemiologists. *International Journal of Epidemiology*, **29**, 722-729. (Erratum: 2000, **29**, 1102)

221. **Greenland, S.** (2000). When should epidemiologic regressions use random coefficients? *Biometrics*, **56**, 915-921.

222. **Greenland, S.** and Morgenstern, H. (2001). Confounding in health research. *Annual Reviews of Public Health*, **22**, 189-212.

223. **Greenland, S.** and O'Rourke, K. (2001). On the bias produced by quality scores in meta-analysis, and a hierarchical view of proposed solutions. *Biostatistics*, **2**, 463-471.

224. **Greenland, S.** and Christensen, R. (2001). Data augmentation for Bayesian and semi-Bayes analyses of conditional-logistic and proportional-hazards regression. *Statistics in Medicine*, **20**, 2421-2428.

225. **Greenland, S.** (2001). Estimating population attributable fractions from fitted incidence ratios and exposure survey data, with an application to electromagnetic fields and childhood leukemia, *Biometrics*, **57**, 182-188.

226. **Greenland, S.** (2001). Sensitivity analysis, Monte-Carlo risk analysis, and Bayesian uncertainty assessment. *Risk Analysis*, **21**, 579-583.

227. **Greenland, S.** (2001). Putting background information about relative risks into conjugate priors. *Biometrics*, **57**, 663-670.

228. **Greenland, S.** (2001). Attributable fractions: Bias from broad definition of exposure. *Epidemiology*, **12**, 518-520.

229. **Greenland, S.** (2001). Ecologic versus individual-level sources of confounding in ecologic estimates of contextual health effects. *International Journal of Epidemiology*, **30**, 1343-1350.

230. Harawa, N.T., Bingham, T., Cochran, S., **Greenland, S.** and Cunningham, W.E. (2002). HIV-1 prevalence among foreign- and U.S.-born public STD clinic clients. *American Journal of Public Health*, **92**, 1958-1963.

231. Jiraphongsa, C., Danmoensawat, W., **Greenland, S.**, Frerichs, R., Siraprapasiri, T., Glik, D.C. and Detels, R. (2002). Acceptance of HIV testing and counseling among unmarried young adults in Northern Thailand. *AIDS Education and Prevention*, **14**, 89-101.

232. Ackerman, D.L., Unützer, J., **Greenland, S.** and Gitlin, M. (2002). Inpatient treatment of depression and associated hospital charges. *Pharmacoepidemiology and Drug Safety*, **11**, 219-227.

233. Finkle, W.D., Adams, J.L., **Greenland, S.** and Melmon, K.L. (2002). Increased risk of injury following an initial prescription for diphenhydramine. *Annals of Allergy, Asthma and Immunology*, **89**, 244-250.

234. Ackerman, D.L. and **Greenland, S.** (2002). A multivariate meta-analysis of controlled trials of OCD drug studies. *Journal of Clinical Psychopharmacology*, **22**, 309-317.

235. Maldonado, G.M. and **Greenland, S.** (2002). Estimating causal effects (with discussion). *International Journal of Epidemiology*, **31**, 421-438.

236. **Greenland, S.** and Brumback, B.A. (2002). An overview of relations among causal modelling methods. *International Journal of Epidemiology*, **31**, 1030-1037.

237. **Greenland, S.** (2002). A review of multilevel theory for ecologic analyses. *Statistics in Medicine*, **21**, 389-395.

238. Husson, G.H., Herrinton, L.J., Brox T., Finkle, W.D., Bernstein, A., Shoor, S. and **Greenland, S.** (2003). A cohort study of systemic and local complications of toe prostheses. *American Journal of Orthopedics*, **32**, 585-592.

239. Rudy, E.T., Detels, R., Douglas, W. and **Greenland, S.** (2003). Factors affecting hepatitis vaccination refusal in a sexually transmitted disease clinic among men who have sex with men. *Sexually Transmitted Diseases*, 30, 411-418.

240. Herrinton, L.J., Brox T., **Greenland, S.**, Finkle, W.D., Cattolica, E. and Shoor, S. (2003). A cohort study of systemic and local complications following implantation of testicular prostheses. *Annals of Epidemiology*, **13**, 73-77.

241. Gareen, I. F., Morgenstern, H., **Greenland, S.** and Gifford, D.S. (2003). Explaining the association between maternal age with cesarean delivery for nulliparous and parous women. *Journal of Clinical Epidemiology*, **56**, 1100-1110.

242. Cummings, P., McKnight, B. and **Greenland, S.** (2003). Matched cohort methods for injury research. *Epidemiologic Reviews*, **25**, 43-50.

243. Harawa, N.T., **Greenland, S.**, Cochran, S.D., Cunningham, W.E. and Visscher, B.V. (2003). Do differences in relationship and partner attributes explain disparities in sexually transmitted disease among young white and black women? *Journal of Adolescent Health*, **32**, 187-191.

244. Brumback, B.A., **Greenland, S.**, Redman, M., Kiviat, N. and Diehr, P. (2003). The intensity-score approach to adjusting for confounding. *Biometrics*, **59**, 274-285.

245. **Greenland, S.** (2003). Quantifying biases in causal models: classical confounding versus collider-stratification bias. *Epidemiology*, **14**, 300-306.

246. Greenland S. (2003). Generalized conjugate priors for Bayesian analysis of risk and survival regressions. *Biometrics*, **59**, 92-99.

247. **Greenland, S.** (2003). The impact of prior distributions for uncontrolled confounding and response bias: a case study of the relation of wire codes and magnetic fields to childhood leukemia. *Journal of the American Statistical Association*, **98**, 47-54.

248. Christenfeld, N.J.S., Sloan, R.P., Carroll, D. and **Greenland, S.** (2004). Risk factors, confounding, and the illusion of statistical control. *Psychosomatic Medicine*, **66**, 868-875.

249. Harawa, N.T., **Greenland, S.**, Cochran, S.D., Bingham, T.A., Johnson, D., Cunningham, W.E., Celentano, D.D., Koblin, B.A., LaLota, M., MacKellar D.A., McFarland, W., Shehan, D., Stoyanoff, S., Thiede, H., Torian, L. and Valleroy, L.A. (2004). Associations of race/ethnicity with HIV prevalence and HIV-related behaviors among young men who have sex with men (MSM) in 7 urban centers in the United States. *Journal of Acquired Immune Deficiency Syndromes*, **35**, 526-536.

250. Steenland, K. and **Greenland, S.** (2004). Monte-Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *American Journal of Epidemiology*, **160**, 384-392.

251. **Greenland, S.**, Gago-Dominguez, M. and Castellao, J.E. (2004). The value of risk-factor ("black-box") epidemiology (with discussion). *Epidemiology*, **15**, 519-535.

252. **Greenland, S.** (2004). The need for critical appraisal of expert witnesses in epidemiology and statistics. *Wake Forest Law Review*, **39**, 291-310.

253. **Greenland, S.** (2004). Bounding analysis as an inadequately specified methodology. *Risk Analysis*, **24**, 1085-1092.

254. **Greenland, S.** (2004). Model-based estimation of relative risks and other epidemiologic measures in studies of common outcomes and in case-control studies. *American Journal of Epidemiology*, **160**, 301-305.

255. **Greenland, S.** (2004). Interval estimation by simulation as an alternative to and extension of confidence intervals. *International Journal of Epidemiology*, **33**, 1389-1397.

256. Kalantar-Zadeh, K., Kilpatrick, R.D., Kuwae, N., McAllister, C.J., Alcorn, H., Kopple, J.D., and **Greenland, S.** (2005). Revisiting outcome predictability of serum in hemodialysis patients: Time dependency, changes over time and population attributable fraction. *Nephrology Dialysis Transplantation*, **20**, 1880-1888.

257. Kalantar-Zadeh, K., Kopple, J.D., Kilpatrick, R.D., McAllister, C.J., Shinaberger, C.S., Gjertson D.W., and **Greenland, S.** (2005). Association of morbid obesity and weight change over time with cardiovascular survival in hemodialysis population. *American Journal of Kidney Diseases*, **46**, 489-500.

258. Hashibe, M., Straif, K., Tashkin, D.P., Morgenstern, H., **Greenland, S.**, and Zhang, Z-F. (2005). A review of epidemiologic studies of marijuana use and cancer. *Alcohol*, **35**, 265-275.

259. Kalantar-Zadeh, K., Kilpatrick, R.D., McAllister, C.J., **Greenland, S.**, and Kopple, J.D. (2005). Reverse epidemiology of hypertension and cardiovascular death in the hemodialysis population. *Hypertension*, **45**, 811-817.

260. Kaufman, S., Kaufman, J.S., MacLehose, R.F., **Greenland, S.** ,and Poole, C. (2005). Improved estimation of controlled direct effects in the presence of unmeasured confounding by intermediate variables. *Statistics in Medicine*, **24**, 1683-1702.

261. Fox, M.P., Lash, T.L., and **Greenland, S.** (2005). A method to automate probabilistic sensitivity analyses of misclassified binary variables. *International Journal of Epidemiology*, **34**, 1370-1377.

262. Jurek, A.M., **Greenland, S.**, Maldonado, G.M., and Church, T.R. (2005). Proper interpretation of nondifferential misclassification effects: expectations versus observations. *International Journal of Epidemiology*, **34**, 680-687.

263. Rothman, K.J., and **Greenland, S.** (2005). Causation and causal inference in epidemiology (invited paper). *American Journal of Public Health*, **95** (supplement), S144-S150.

264. **Greenland, S.** (2005). Epidemiologic measures and policy formulation: Lessons from potential outcomes (with discussion). *Emerging Themes in Epidemiology*, **2**, 1-4.

265. **Greenland, S.** (2005). Multiple-bias modeling for analysis of observational data (with discussion). *Journal of the Royal Statistical Society*, Series A, **168**, 267-308.

266. Hashibe, M., Morgenstern, H., Cui, Y., Tashkin, D.P., Zhang, Z-F., Cozen, W., Mack, T.M., and **Greenland, S.** (2006). Marijuana use and the risk of lung and upper-aerodigestive tract cancers: results of a population-based case-control study. *Cancer Epidemiology Biomarkers and Prevention*, **15**, 1829-1834.

267. Regidor, D.L., Kopple, J.D., Kovesdy, C.P., Kilpatrick, R.D., McAllister, C.J., Aronovitz, J., **Greenland, S.**, and Kalantar-Zadeh, K. (2006). Association between changes in hemoglobin and administered erythropoiesis stimulating agent and survival of hemodialysis patients. *Journal of the American Society of Nephrology*, **17**, 1181-1191.

268. Shinaberger, C.S., Kilpatrick, R.D., Regidor, D.L., McAllister, C.J., **Greenland, S.**, Kopple, J.D., and Kalantar-Zadeh, K. (2006). Longitudinal associations between dietary protein intake and survival in hemodialysis patients. *American Journal of Kidney Diseases*, **48**, 37-49.

269. Chu, H., Wang, Z., Cole, S.R. and **Greenland, S.** (2006). Illustration of a graphical and a Bayesian approach to sensitivity analysis of misclassification. *Annals of Epidemiology*, **16**, 834-841.

270. Cui, Y., Morgenstern, H., **Greenland, S.**, Tashkin, D.P., Mao, J., Cao, W., Cozen, W., Mack, T.M. and Zhang, Z-F. (2006). Polymorphism of *xeroderma pigmentosum* group G and the risk of lung cancer and squamous cell carcinoma of the oropharynx, larynx and esophagus. *International Journal of Cancer*, **118**, 714-720.

271. Jurek, A.M., Maldonado, G.M., **Greenland, S.**, and Church, T.R. (2006). Exposure measurement error is frequently ignored when interpreting epidemiologic study results. *European Journal of Epidemiology*, **21**, 871-876.

272. Kheifets, L., Swanson, J. and **Greenland, S.** (2006). Childhood leukemia, electric and magnetic fields, and temporal trends. *Bioelectromagnetics*, **27**, 545-552.

273. Cole, S.R., Chu, H. and **Greenland, S.** (2006). Multiple-imputation for measurement error correction (with comment). *International Journal of Epidemiology*, **35**, 1074-1082.

274. Orsini, N., Bellocco, R. and **Greenland, S.** (2006). Generalized least squares for trend estimation of summarized dose-response data. *The Stata Journal*, **6**, 40-57.

275. Poole, C., **Greenland, S.**, Luetters, C., Kelsey, J.L. and Mezei, G. (2006). The relation of socioeconomic status to childhood leukemia: a review of the literature (with comment). *International Journal of Epidemiology*, **35**, 370-385.

276. Yang, Q., **Greenland, S.** and Flanders, W.D. (2006). Separating the impact of changes in maternal age and age-specific prevalence on trends in low birth weight prevalence in the United States, 1980-2000. *American Journal of Public Health*, **96**, 856-861.

277. Gustafson, P. and **Greenland, S.** (2006). Curious phenomena in Bayesian adjustment for exposure misclassification. *Statistics in Medicine*, **25**, 87-103.

278. Gustafson, P. and **Greenland, S.** (2006). The performance of random coefficient regression in accounting for residual confounding. *Biometrics*, **62**, 760-768.

279. **Greenland, S.** and Kheifets, L. (2006). Leukemia attributable to residential magnetic fields: Results from analyses allowing for study biases. *Risk Analysis*, **26**, 471-482.

280. **Greenland, S.** and Gustafson, P. (2006). Adjustment for independent nondifferential misclassification does not increase certainty that an observed association is in the correct direction. *American Journal of Epidemiology*, **164**, 63-68.

281. **Greenland, S.** (2006). Bayesian perspectives for epidemiologic research. I. Foundations and basic methods (with comment and reply). *International Journal of Epidemiology*, **35**, 765-778.

282. **Greenland, S.** (2006). Smoothing observational data: a philosophy and implementation for the health sciences. *International Statistical Review*, **74**, 31-46.

283. Kalantar-Zadeh, K., McAllister, C.J., Kilpatrick, R.D., Miller, L.G., Daar, E.S., Gjertson, D.W., Kopple, J.D., and **Greenland, S.** (2007). Hepatitis C virus and death risk in hemodialysis patients. *Journal of the American Society of Nephrology*, **18**, 1584-1593.

284. Kovesdy, C.P., Regidor, D.L., Mehotra, R., Jing, J., McAllister, C.J., **Greenland, S.**, Kopple, J.D., and Kalantar-Zadeh, K. (2007). Serum and dialysate potassium concentrations and survival in hemodialysis patients. *Clinical Journal of the American Society of Nephrology*, **2**, 999-1007.

285. Hoffman, F.O., Ruttenber, J.A., Apostoaei, A.I., Carroll, R.J., and **Greenland, S.** (2007). The Hanford thyroid disease study: An alternative view of the findings. *Health Physics*, **92**, 99-111.

286. Jurek, A.M., Maldonado, G.M., **Greenland, S.**, and Church, T.R. (2007). Uncertainty analysis: An example of its application to estimating a survey proportion. *Journal of Epidemiology and Community Health*, **61**, 651-654.

287. Chiba, Y., Sato, T., and **Greenland, S.** (2007). Bounds on potential risks and causal risk differences under assumptions about confounding parameters. *Statistics in Medicine*, **26**, 5125-5135.

288. Thomas, D.C., Witte, J.S., and **Greenland, S.** (2007). Dissecting complex mixtures: Who's afraid of informative priors? *Epidemiology*, **18**, 186-190.

289. **Greenland, S.** (2007). Bayesian perspectives for epidemiologic research. II. Regression analysis. *International Journal of Epidemiology*, **36**, 195-202.

290. **Greenland, S.** (2007). Prior data for non-normal priors. *Statistics in Medicine*, **26**, 3578-3590.

291. **Greenland, S.** (2007). Maximum-likelihood and closed-form estimators of epidemiologic measures under misclassification. *Journal of Statistical Planning and Inference*, **138**, 528-538.

292. Park, S.L., Chang, S-C, Cai, L., Cordon-Cardo, C., Ding, B-G., **Greenland, S.**, Hussain, S.K., Jiang, Q., Lu, M-L., Mao, J.T., Morgenstern, H., Mu, L-N., Ng, L.J., Pantuck, A., Rao, J., Reuter, V.E., You, N-C. Y., Yu, S-Z., Zhao, J., Belldegrun, A., and Zhang, Z-F. (2008). Associations between variants of the 8q24 chromosome and nine smoking related cancer sites. *Cancer Epidemiology Biomarkers and Prevention*, **17**, 3193-3202.

293. Shinaberger, C.S., Kopple, J.D., Kovesdy, C.P., McAllister, C.J., **Greenland, S.**, and Kalantar-Zadeh, K. (2008). The ratio of paricalcitol dose to parathyroid hormone in the study of survival in maintenance hemodialysis patients. *Clinical Journal of the American Society of Nephrology*, **3**, in press.

294. Orsini, N., Bellocco, R., Bottai, M., Wolk, A., and **Greenland, S.** (2008) A tool for deterministic and probabilistic sensitivity analysis of epidemiologic studies. *The Stata Journal*, **8**, 29-48.

295. Lee, Y-C.A., Morgenstern, H., **Greenland, S.**, Tashkin, D.P., Papp, J., Wei Cao, W., Hashibe, M., You, N-C.Y., Mao, J.T., Cozen, W., Mack, T.M., and Zhang, Z-F. (2008). A case-control study of the association of polymorphisms and haplotypes of DNA *Ligase I* with lung and upper aerodigestive-tract cancers. *International Journal of Cancer*, **122**, in press.

296. Cui, Y., Morgenstern, H., **Greenland, S.**, Tashkin, D.P., Mao, J., Cai, L., Cozen, W., Mack, T.M., Lu, Q-Y., and Zhang, Z-F. (2008). A case-control study of dietary flavonoid intake and lung cancer. *Cancer*, **112**, 2241-2248.

297. Streja, E., Kovesdy, C.P., **Greenland, S.**, Kopple, J.D., McAllister, C.J., Nissenson, A.R., and Kalantar-Zadeh, K. (2008). Erythropoietin, iron deficiency and thrombocytosis: A possible explanation for hemoglobin-survival paradox in chronic kidney disease. *American Journal of Kidney Diseases*, **52**, 727-736.

298. Casteel, C., Peek-Asa , C., **Greenland, S.**, Chu, L.D., Menesian, L., and Kraus, J.F. (2008). A study of the effectiveness of a workplace violence intervention for small retail and service establishments. *Journal of Occupational and Environmental Medicine*, **50**, 1365-1370.

299. Arah, O., Chiba, Y., and **Greenland, S.** (2008). Bias formulas for external adjustment and sensitivity analysis of unmeasured confounders. *Annals of Epidemiology*, **18**, 637-646.

300. Jurek, A., Maldonado, G.M., and **Greenland, S.** (2008). How far from nondifferential exposure or disease does misclassification have to be to bias measures of association away from the null? *International Journal of Epidemiology*, **37**, 382-385.

301. Shinaberger, C.S., **Greenland, S.**, Kopple, J.D., Van Wyck, D., Kovesdy, C.P., and Kalantar-Zadeh, K. (2008). Is controlling serum phosphorus by decreasing protein intake beneficial or harmful in individuals with chronic kidney disease? *American Journal of Clinical Nutrition*, **88**, 1511-1518.

302. **Greenland, S.**, Lanes, S.F., and Jara, M. (2008). Estimating efficacy from randomized trials with discontinuations: The need for intent-to-treat design and g-estimation. *Clinical Trials*, **5**, 5-13.

303. **Greenland, S:** (2008). Variable selection and shrinkage in the control of multiple confounders (invited commentary). *American Journal of Epidemiology*, **167**, 523-529. Erratum: *American Journal of Epidemiology*, **167**, 1142.

304. **Greenland, S.** (2008). The need for reorientation toward cost-effective prediction (invited commentary). *Statistics in Medicine*, **27**, 109-206. Correction: *Statistics in Medicine*, **27**, 316.

305. **Greenland, S.** (2008). Bayesian interpretation and analysis of research results (invited paper). *Seminars in Hematology*, **45**, 141-149.