306. **Greenland, S.** (2008). Multiple testing and association selection in general epidemiology (invited commentary). *International Journal of Epidemiology*, **37**, 430-434.

307. Miller J.E., Kovesdy, C.P., Nissenson, A.R., Mehrotra, R., Streja, E., Van Wyck, D., **Greenland, S.**, and Kalantar-Zadeh, K. (2009). Association of hemodialysis treatment time and dose: The role of race and sex. *American Journal of Kidney Diseases*, **53**, in press.

308. Berthiller, J.P., Lee, Y-C.A., Boffetta, P., Wei, Q., Sturgis, E.M., **Greenland, S.**, Morgenstern, H., Zhang, Z-F., Lazarus, P., Muscat, J., Chen, C., Schwartz, S.M., Neto, J.E., Filho, V.W., Koifman, S., Curado, M.P., Matos, E., Fernandez, L., Menezes, A., Daudt, A.W., Ferro, G., Brennan, P., and Hashibe, M. (2009). Marijuana smoking and the risk of head and neck cancer: pooled analysis in the INHANCE Consortium. *Cancer Epidemiology Biomarkers and Prevention*, **18**, 1544-1551.

309. Cain, L.E., Cole, S.R., **Greenland, S.**, Brown, T.T., Chmiel, J.S., Kingsley, L., and Detels, R. (2009). Effect of highly active antiretroviral therapy on incident AIDS using calendar period as an instrumental variable. *American Journal of Epidemiology*, **170**, 1124-1132.

310. Hoggatt, K.J., **Greenland, S.**, and Ritz, B. (2009). Adjustment for response bias via two-phase analysis: An application. *Epidemiology*, **20**, in press.

311. **Greenland, S.** and Robins, J.M. (2009). Identifiability, exchangeability, and confounding revisited (invited paper). *Epidemiologic Perspectives and Innovations*, in press.

312. **Greenland, S.**, and Kheifets, L. (2009). Designs and analyses for exploring the relation of magnetic fields to childhood leukaemia: A pilot project for the Danish National Birth Cohort. *Scandinavian Journal of Public Health*, **37**, 83-92.

313. **Greenland, S.** (2009). Interactions in epidemiology: relevance, identification, and estimation (invited commentary). *Epidemiology*, **20**, 14-17.

314. **Greenland, S.** (2009). Weaknesses of certain Bayesian methods for meta-analysis: The case of vitamin E and mortality (invited commentary). *Clinical Trials*, **6**, 42-46.

315. **Greenland, S.** (2009). Dealing with uncertainty about investigator bias: disclosure is informative (invited paper). *Journal of Epidemiology and Community Health*, **63**, 593-598.

316. **Greenland, S.** (2009). Bayesian perspectives for epidemiologic research. III. Bias analysis via missing-data methods. *International Journal of Epidemiology*, **38**, in press.

317. Corliss, H.L., Cochran, S.D., Mays, V.M., **Greenland, S.**, and Seeman, T.E. (2010). Age of minority sexual orientation development and risk of childhood maltreatment and suicide attempts in women. *American Journal of Orthopsychiatry*, **80**, in press.

318. **Greenland, S.** (2010). Relaxation penalties and priors for plausible modeling of nonidentified bias sources. *Statistical Science*, **24**, in press.

## Submitted Articles

319. Lauer, J.A. and **Greenland, S.** Deriving logistic distributions from basic processes.

320. Gustafson, P. and **Greenland, S.** Interval estimation for messy observational data.

321. Finkle, W.D., **Greenland, S.**, Ridgeway, G., and Adams, J. Increased risk of myocardial infarction and cerebrovascular events in patients over forty following an initial prescription for meloxicam or naproxen in the Kaiser Foundation Health Plan, Southern California.

322. Oh, S.S., Chang, S-C., Cai, L., Cordon-Cardo, C., Ding, B-D., **Greenland, S.**, He, N., Jiang, Q., Le, A., Amy Lee, Y-C.A., Liu, S., Lu, M-L., Mao, J-T., Morgenstern, H., Mu, L-N., Pantuck, A., Park, S.L., Rao, J.Y., Reuter, V.E., Tashkin, D.P., Wang, H., You, N-C.Y., Yu, S-Z., Zhao, J-K., Belldegrun, A., and Zhang, Z-F. Single-nucleotide polymorphisms of inflammation-related genes and their associations with smoking-related cancers.

323. **Greenland, S.** "Our data are reassuring": The strange case of paroxetine and cardiac malformations.

324. Junod, B., Zahl, P.H., Kaplan, R.M., Olsen, J., and **Greenland, S.** An investigation of the apparent breast-cancer epidemic in France

## Books

1. **Greenland, S.** (ed.) (1987). *Evolution of Epidemiologic Ideas: Annotated Readings on Concepts and Methods*. Chestnut Hill, MA: Epidemiology Resources Inc.

2. Rothman, K. J. and **Greenland, S.** (1998). *Modern Epidemiology*, 2nd ed. Philadelphia: Lippincott-Raven.

3. Porta, M., S. **Greenland, S.**, and Last, J.M. (eds). (2008). A Dictionary of Epidemiology, 5th ed. New York: Oxford University Press.

4. Rothman, K. J., **Greenland, S.**, and Lash, T.L. (2008). *Modern Epidemiology*, 3rd ed. Philadelphia: Lippincott-Williams-Wilkins.

## Book Chapters

1. Neutra, R. R. and **Greenland, S.** (1984). Continuous intrapartum electronic fetal monitoring. Chapter 22 in: Wald, N. (ed.) *Antenatal and Neonatal Screening for Disease*. New York: Oxford University Press, 480-509.

2. Rothman, K. J. and **Greenland, S.** (1997). Causation and causal inference. Chapter 15 in: Detels, R., Holland, W. W., McEwen, J. and Omenn, G. S. (eds.), *The Oxford Textbook of Public Health*, Vol. 2 (3rd ed.). New York: Oxford University Press, 617-629.

3. **Greenland, S.** (1997). Concepts of validity in epidemiological research. Chapter 14 in: Detels, R., Holland, W. W., McEwen, J. and Omenn, G. S. (eds.), *The Oxford Textbook of Public Health*, Vol. 2 (3rd ed.). New York: Oxford University Press, 597-615.

4. **Greenland, S.** (2002). Causality theory for policy uses of epidemiologic measures. Chapter 6.2 in: Murray, C.J.L., Salomon, J.A., Mathers, C.D. and Lopez, A.D. (eds.). *Summary Measures of Population Health*. Cambridge, MA: Harvard University Press/WHO, 291-302.

5. **Greenland, S.** (2003). The need for multiple-bias modeling of observational data. *Proceedings of the Section on Statistics in Epidemiology*. Alexandria, VA, American Statistical Association, 1681-1688.

6. **Greenland, S.** (2004). Ecologic inference problems in studies based on surveillance data. Chapter 12 in: Stroup, D.F. and Brookmeyer, R. (eds.). *Monitoring the Health of Populations: Statistical Principles and Methods for Public Health Surveillance*. New York: Oxford University Press, 315-340.

7. **Greenland, S.** (2004). An overview of methods for causal inference from observational studies. Chapter 1 in: Gelman, A. and Meng, X.L. (eds.). *Applied Bayesian Modeling and Causal Inference from an Incomplete-Data Perspective*. New York: Wiley, 3-13.

8. Rothman, K.J. and **Greenland, S.** (2005). Basic concepts. Chapter I.1 in: Ahrens, W. and Pigeot, I. (eds.). *Handbook of Epidemiology*. New York: Springer, 43-88.

9. Pearce, N. and **Greenland, S.** (2005). Confounding and interaction. Chapter I.9 in: Ahrens, W. and Pigeot, I. (eds.). *Handbook of Epidemiology*. New York: Springer, 371-397.

10. **Greenland, S.** (2005). Regression modeling. Chapter II.3 in: Ahrens, W. and Pigeot, I. (eds.). *Handbook of Epidemiology*. New York: Springer, 625-691.

11. Rothman, K. J., **Greenland, S.**, and Lash, T.L. (2008). Epidemiologic study designs. Chapter 3 in: Rao, C.R., Miller, J.P., and Rao, D.C. (eds.), *Handbook of Statistics*, vol. 27. New York: Elsevier, 64-108.

12. Hoggatt, K.J. and **Greenland, S.** (2009). Causation and causal inference. Chapter 6.13 in: Detels, R., McEwen, J., Beaglehole, R., and Heizo Tanaka, H. (eds.), *The Oxford Textbook of Public Health*, Vol. 2 (4th ed.). New York: Oxford University Press, 616-622.

13. **Greenland, S.** (2009). Validity and bias in epidemiological research. Chapter 6.12 in: Detels, R., McEwen, J., Beaglehole, R., and Heizo Tanaka, H. (eds.), *The Oxford Textbook of Public Health*, Vol. 2 (4th ed.). New York: Oxford University Press, 596-615.

14. Djulbegovic, B., Hozo, I., and **Greenland, S.** (2010). Uncertainty in clinical medicine. In: Gifford, F. (ed.). *Philosophy of Medicine*. New York: Elsevier, to appear.

15. **Greenland, S.** (2010). The logic and philosophy of causal inference: A statistical perspective. In: Forster, M., and Bandyopadhyay, P. (eds.). *Philosophy of Statistics*. New York: Elsevier, to appear.

**Grants and Contracts**

1. National Institute of Child Health and Human Development: Electronic fetal monitoring and the Apgar Score. Acting Director. 7/1/80 to 11/30/80, $38,566.

2. Biomedical Research Support Grant: Effects of marijuana use during pregnancy. Principal Investigator. 10/1/81 to 6/30/82, $4,000.

3. Jonsson Cancer Center: Dietary questionnaire for use in studies of diet and cancer. Co-Investigator. 7/1/83 to 6/30/84, $5,435.

4. American Association of Medical Commissioners: Analysis of health risks of raw milk. Co-Principal Investigator. 7/1/83 to 6/30/85, $31,318.

5. State of California Department of Health Services: Riverside environmental study. Co-Principal Investigator. 7/1/84 to 12/31/85, $44,374.

6. National Cancer Institute: Cancer epidemiology training grant. Co-Director. 7/1/80 to 6/30/85, $543,720.

7. National Institute of Child Health and Human Development: An epidemiologic analysis of SIDS in a predefined cohort. Co-Principal Investigator. 7/1/84 to 12/31/86, $56,761.

8. General Electric Corporation: Case-control study of cancer mortality associated with pyranol exposure. Co-Principal Investigator. 4/1/85 to 9/30/87, $206,821.

9. University of Lowell Research Foundation: Cancer mortality at G. E. Pittsfield. Principal Investigator. 10/1/87 to 4/30/90, $174,368.

10. National Center for Health Services Research: A comparative evaluation of methods for confounder selection in nonexperimental evaluation of medical technology. Principal Investigator. 2/1/88 to 7/31/90, $49,908.

11. Southern California Edison, Environmental Research Division: Development of occupational injury surveillance methods. Contractor. 1/30/90 to 6/30/92, $24,000.

12. Southern California Edison, Occupational Research Division: Analysis of occupational injury database. Contractor. 5/1/93 to 12/31/94, $36,000.

13. Battelle Corporation, Survey Research Associates: Estimation of smoking-attributable mortality in the U.S. Contractor. 6/30/94 to 12/31/95, $15,000.

14. Los Angeles County Department of Health Services HIV Epidemiology Program: Back-projection of human immunodeficiency virus incidence. Contractor. 12/1/92 to 12/31/96, $58,000.

15. Epidemiology Resources: Cross-design synthesis of studies of the transdermal nicotine patch. Contractor. 10/1/95 to 1/31/97, $42,000.

16. National Highway and Traffic Safety Administration. Pickup-truck occupants: Injuries and policy interventions. Principal Investigator. 9/01/96 to 8/31/97, $7,119.

17. Electric Power Research Institute: Applying the case-specular method to the Savitz Denver study homes. Contractor. 2/2/96 to 12/31/98, $30,100.

18. National Institute of Environmental Health Sciences: Attributable fraction estimates for EMF exposures. Principal Investigator. 2/01/97 to 1/31/99, $24,770.

19. Electric Power Research Institute: Full uncertainty assessment of the relation of magnetic fields to childhood leukemia. Contractor. 8/1/01 to 6/30/02, $47,000.

20. Public Health Institute: Assessment of lifetime risk of skin cancer from the use of coal-tar containing shampoos. Contractor. 5/22/00 to 6/30/02, $50,000.

21. National Institute of Mental Health: OCD treatment outcomes beyond phase 3 drug trials. Co-Investigator. 8/1/98 to 7/31/03, $400,136.

22. Rockefeller Foundation: Development of a clinical assessment scale to predict end-stage dementia. Co-Investigator. 12/1/00-11/30/03, $100,000.

23. National Institute of Mental Health: Risk for psychopathology among lesbians and gay men. Co-Investigator. 9/29/00 to 8/31/03, $1,344,889.

24. National Institute on Drug Abuse: Marijuana use and the risks of lung and other cancers. Co-Investigator. 4/01/99 to 3/31/04, $2,084,531.

25. National Kidney Foundation: Reverse epidemiology in maintenance dialysis patients. Consultant. 7/01/03 to 6/30/06, $200,000.

26. National Institute of Environmental Health Science: Parkinson's disease susceptibility genes and pesticides. Co-Investigator. 9/1/00 to 6/30/06, $2,149,741.

27. National Institute of Allergy and Infectious Diseases: Interdisciplinary training in HIV/AIDS epidemiology. Program Faculty. 8/1/01 to 7/31/07, $1,402,705.

28. Boehringer-Ingelheim Corporation: Estimation of the effects of tiotropium on chronic obstructive pulmonary disease. Contractor. 7/1/06 to 12/31/08, $90,000.

29. National Center for Complementary and Alternative Medicine: Mind/brain/body interactions in stress-related disorders. Co-Investigator. 6/30/04 to 6/30/09, $3,908,516.

30. National Cancer Institute: Cancer epidemiology training program. Co-Investigator. 12/01/98 to 12/31/09, $2,397,580.

31. National Institute of Environmental Health Sciences: Registry study of Parkinson's disease in Denmark. Co-Investigator. 9/19/06 to 7/31/11, $4,575,787.

32. National Insititute of Diabetes Digestive and Kidney Diseases: Examining racial and cardiovascular paradoxes in chronic kidney disease. Consultant. 6/01/07 to 5/31/12, $875,000.

33. National Institutes of Health/Fogarty: AIDS international training and research program. Program Faculty. 9/30/98 to 5/31/13, $9,129,588.

**Miscellaneous Publications**

1. **Greenland, S.** (1986). Review of Miettinen, O.S., "Theoretical Epidemiology". *Journal of the American Medical Association*, **256**, 929-930. Reprinted in *Statistics in Medicine*, **6**, 209-211, 1987.

2. **Greenland, S.** (1990). Foreword. In Oakes, M., *Statistical Inference*. Epidemiology Resources.

3. **Greenland, S.** (1991). Contribution to discussion of paper by N. Keiding. *Journal of the Royal Statistical Society, Series A*, **154**, 401-402.

4. Working Group on Recommendations for Reporting Clinical Trials in the Biomedical Literature. (1994). Call for comments on a proposal to improve reporting of clinical trials in the biomedical literature. *Annals of Internal Medicine*, **121**, 895-896.

5. **Greenland, S.** (1995). Introduction for Rothman, K. J., "Causes". *American Journal of Epidemiology*, **141**, 89.

6. **Greenland, S.** (1995). Review of Clayton, D., Hills, M. "Statistical Models in Epidemiology". *American Journal of Epidemiology*, **141**, 181-182.

7. Working Group on Recommendations for Reporting of Clinical Trials in the Biomedical Literature. (1996). Checklist of information for inclusion in reports of clinical trials. *Annals of Internal Medicine*, **124**, 741-743.

8. **Greenland, S.** (1996). Review of Rosenbaum, P.R., "Observational Studies". *Statistics in Medicine*, **15**, 2629-2632.

9. **Greenland, S.** (1997). Contribution to discussion of paper by J.B. Copas and H.G. Li. *Journal of the Royal Statistical Society, Series B*, **59**, 85.

10. **Greenland, S.** (1997). Bayes and empirical-Bayes methods for epidemiologic analyses: a commentary and a review of two new books. *American Journal of Epidemiology*, **146**, 367-370.

11,12. Rothman, K. J. and **Greenland, S.** (1998). Articles on Hill's Criteria, Validity and Generalizability. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*. New York: Wiley. Reprinted in: Gail, M.H. and Benichou, J. (eds.) (2000). *Encyclopedia of Epidemiologic Methods*. New York: Wiley.

13. **Greenland, S.** and Draper, D. (1998). Article on Exchangeability. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*. New York: Wiley.

14-18. **Greenland, S.** (1998). Articles on Causation, Collapsibility, Confounding, Identifiability, Target Population. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*. New York: Wiley. Reprinted in 2nd ed. and in: Gail, M.H. and Benichou, J. (eds.), *Encyclopedia of Epidemiologic Methods*. New York: Wiley.

19. **Greenland, S.** (2001). Article on Confounding, Confounding Factors. In: Breslow, L. (ed.). *Encyclopedia of Public Health*. New York: MacMillan.

20. **Greenland, S.** (2002). Article on Control Group. In: El-Shaarawi, A.H. and Piegorsch, W.W. (eds.), *Encyclopedia of Environmetrics*. New York: Wiley.

21,22. **Greenland, S.** (2003). Articles on Confounding, Effect Modification. In: Anderson, N. (ed.). *Encyclopedia of Health and Behavior*. Thousand Oaks, CA: Sage Publications.

23. **Greenland, S.** (2004). Article on Confounding. In: Lewis-Beck, M., Bryman, A.E. and Liao, T.F. (ed.). *Encyclopedia of Social Science Research Methods*. Oregon, OH: Sage Publications.

24. **Greenland, S.** (2004). Article on Ecologic Inference. In: Chow, S-C. (ed.), *Encyclopedia of Biopharmaceutical Statistics*, 2nd ed. Arlington, TX: Marcel Dekker.

25. **Greenland, S.** (2005). Contribution to discussion of J. Copas and S. Eguchi. *Journal of the Royal Statistical Society*, Series B, **67**, 504-505.

26. **Greenland, S.** (2005). Article on Smoothing Methods in Epidemiology. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*, 2nd ed. New York: Wiley, 4997-5009.

27. **Greenland, S.** (2005). Contribution to discussion of Prentice, Pettinger, and Anderson. *Biometrics*, **61**, 920-921.

28. Kheifets, L., Mezei, G. and **Greenland, S.** (2006). Comment concerning "Childhood leukemia and residential magnetic fields: Are pooled analyses more valid than the original studies?" *Bioelectromagnetics*, **27**, 674-675.

29. **Greenland, S.** (2007). Commentary: On "Quality in epidemiological research: should we be submitting papers before we have the results and submitting more hypothesis generating research?" *International Journal of Epidemiology*, **36**, 944-945.

30. **Greenland, S.** and Pearl, J. (2007). Article on Causal Diagrams. In: Boslaugh, S. (ed.). *Encyclopedia of Epidemiology.* Thousand Oaks, CA: Sage Publications, 149-156. Reprinted in: Sereika, S.M. (ed.). *Encyclopedia of Risk Assessment.* New York: John Wiley and Sons, 2008.

31-33. **Greenland, S.** (2007). Articles on Causation and Causal Inference, Confounding, Effect Modification and Interaction. In: Boslaugh, S. (ed.). *Encyclopedia of Epidemiology.* Thousand Oaks, CA: Sage Publications.

34. Rothman, K.J., **Greenland, S.**, and Lash, T.L. (2008). Article on Case-Control Studies. In: Sereika, S.M. (ed.). *Encyclopedia of Quantitative Risk Assessment.* New York: John Wiley and Sons.

35-36. **Greenland, S.** (2008). Articles on Attributable Fraction and Probability of Causation, Effect Modification and Interaction. In: Sereika, S.M. (ed.). *Encyclopedia of Quantitative Risk Assessment.* New York: John Wiley and Sons, 73-77.

37. **Greenland, S.** (2008). Article on Confounding. In: D'Agostino, R.B., Sullivan, L., and Massaro, J. *Encyclopedia of Clinical Trials*. New York: John Wiley and Sons

38. **Greenland, S.** (2008). Comment: Addressing corporate influence through ethical guidelines. *International Journal of Epidemiology*, **37**, 57-59.

39. **Greenland, S.** (2008). Contribution to discussion of "Estimates of human immunodeficiency virus prevalence and proportion diagnosed based on Bayesian multiparameter synthesis of surveillance data" by A. Goubar et al. *Journal of the Royal Statistical Society*, Series A, **171**, 574-575.


**Published Letters**


1. Neutra, R. R., Friedman, E. A. and **Greenland, S.** (1978). Fetal monitoring. *New England Journal of Medicine*, **299**, 1371.

2. **Greenland, S.**, Stewart, M. E. and Hoffman, J. R. (1982). Australian work in first-aid for poisonous snakebite. *Annals of Emergency Medicine*, **11**, 108.

3. Kraus, J. F. and **Greenland, S.** (1983). Survival from spinal cord injury. *Journal of Chronic Diseases*, **36**, 297.

4. **Greenland, S.**, Neutra, R. R. and Staisch, K. J. (1983). The relation of electronic fetal monitoring to infant outcome measures. *American Journal of Epidemiology*, **117**, 637-638.

5. **Greenland, S.** and Morgenstern, H. (1983). Morgenstern corrects a conceptual error. *Journal of the American Public Health Association*, **73**, 703-704.

6. **Greenland, S.** (1986). Admission criteria for nonexperimental studies of treatments. *Journal of Chronic Diseases*, **39**, 327.

7. **Greenland, S.** (1986). Cohorts versus dynamic populations: a dissenting view. *Journal of Chronic Diseases*, **39**, 565-566.

8. **Greenland, S.**, Schlesselman, J. J. and Criqui, M. H. (1987). Re: "The fallacy of employing standard regression coefficients and correlations as measures of effect". *American Journal of Epidemiology*, **125**, 349-350.

9. **Greenland, S.** and Engelman, L. (1988). Re: "Inferences on odds ratios, relative risks, and risk differences based on standard regression programs". *American Journal of Epidemiology*, **128**, 445.

10. **Greenland, S.** (1988). The author replies. *American Journal of Epidemiology*, **128**, 1182-1184.

11. **Greenland, S.**, Morgenstern, H., Poole, C. and Robins, J. M. (1989). Re: "Confounding confounding." *American Journal of Epidemiology*, **130**, 1086-1089.

12. **Greenland, S.** and Mickey, R.M. (1989). Re: "The impact of confounder selection on effect estimation". *American Journal of Epidemiology*, **130**, 1066.

13. Kraus, J.F., Bulterys, M. and **Greenland, S.** (1990). A nested case-control study of oxytocin and sudden infant death syndrome. *American Journal of Obstetrics and Gynecology*, **162**, 604-605.

14. **Greenland, S.** and Fairweather, W. F. (1990). Re: "Comparing proportions exposed in case-control studies using several control groups". *American Journal of Epidemiology*, **131**, 944.

15. **Greenland, S.** and Morgenstern, H. (1990). Letter to Editor. *Internal Journal of Epidemiology*, **19**, 766-767.

16. **Greenland, S.** (1990). Re: "A method for combining matched and unmatched binary data." *American Journal of Epidemiology*, **132**, 197-198.

17. **Greenland, S.** (1990). Re: "Those who were wrong". *American Journal of Epidemiology*, **132**, 585-586.

18. **Greenland, S.** and Morgenstern, H. (1991). Design versus directionality. *Journal of Clinical Epidemiology*, **44**, 211-214.

19. **Greenland, S.** and Morgenstern, H. (1991). Neither within-region nor cross-regional independence of exposure and covariates prevents ecological bias. *International Journal of Epidemiology*, **20**, 816-817.

20. **Greenland, S.** (1991). Re: "A simple method to calculate the confidence interval of a standardized mortality rate". *American Journal of Epidemiology*, **133**, 212-213.

21. **Greenland, S.** (1991). The author replies. *American Journal of Epidemiology*, **133**, 964-965.

22. **Greenland, S.** and Morgenstern, H. (1992). From Sander Greenland and Hal Morgenstern. *International Journal of Epidemiology*, **21**, 424-425.

23. **Greenland, S.** and Holland, P.W. (1992). Response. *Biometrics*, **48**, 963-964.

24. **Greenland, S.** (1992). Author's reply. *Annals of Epidemiology*, **2**, 769-770.

25. **Greenland, S.** (1992). Author's reply. *Statistics in Medicine*, **11**, 559-560.

26. **Greenland, S.** (1992). Re: "The bootstrap method for standard errors and confidence intervals of the adjusted attributable risk". *Epidemiology*, **3**, 271.

27. **Greenland, S.** (1992). Re: "Statistical reasoning in epidemiology". *American Journal of Epidemiology*, **135**, 1186-1187.

28. **Greenland, S.** (1992). Reply. *The American Statistician*, **46**, 163.

29. Maclure, M. and **Greenland, S.** (1992). The authors reply. *American Journal of Epidemiology*, **136**, 1173.

30. **Greenland, S.** (1992). Re: "Falsification in clinical trials". *Statistics in Medicine*, **11**, 1263-1264.

31. **Greenland, S.** and Robins, J. M. (1993). Re: "Measures of effect based on the sufficient causes model". *Epidemiology*, **4**, 385.

32. Sahl, J.D., Kelsh, M. A. and **Greenland, S.** (1993). SCE cancer study of electric utility workers: an exchange. *Microwave News*, **13**, 7.

33. Joffe, M.M. and **Greenland, S.** (1994). Re: "Toward a clearer definition of confounding". *American Journal of Epidemiology*, **139**, 962.

34. Pearce, N. and **Greenland, S.** (1994). Cumulative incidence and risk. *International Journal of Epidemiology*, **23**, 1105.

35. **Greenland, S.** (1994). The author replies. *Epidemiology*, **5**, 264.

36. **Greenland, S.** (1994). Re: "P values, hypothesis tests, and likelihood: implications for epidemiology of a neglected historical debate." *American Journal of Epidemiology*, **140**, 116-117.

37. Weinberg, C.R., Umbach, D. and **Greenland, S.** (1995). Weinberg et al. reply. *American Journal of Epidemiology*, **142**, 784.

38. Willett, W., **Greenland, S.**, MacMahon, B., Trichopoulos, D., Rothman, K., Thomas, D. B., Thun, M. and Weiss, N. (1995). The discipline of epidemiology. *Science*, **269**, 1325-1326.

39. **Greenland, S.** and Robins, J.M. (1995). The authors reply. *American Journal of Epidemiology*, **141**, 277-278.

40. **Greenland, S.** (1995). Author's reply. *Statistics in Medicine*, **14**, 328-329.

41. Greenland, S. (1995). Dr. Greenland replies. *American Journal of Epidemiology*, **142**, 102-103.

42. **Greenland, S.** (1995). Dr. Greenland replies. *American Journal of Epidemiology*, **142**, 781-782.

43. **Greenland, S.** (1995). Re: "Should an expected number of cases be an integer?". *Epidemiology*, **6**, 463.

44. **Greenland, S.** (1995). The author replies. *American Journal of Epidemiology*, **142**, 1008-1009.

45. **Greenland, S.** (1995). Previous research on power loss associated with categorization. *Epidemiology*, **6**, 641-642.

46. **Greenland, S.** and Robins, J.M. (1996). The authors reply. *American Journal of Epidemiology*, **143**, 523.

47. **Greenland, S.** (1996). The author replies. *Epidemiology*, **7**, 211-212.

48. **Greenland, S.** (1997). Re: "Estimating relative risk functions in case-control studies using a nonparametric logistic regression". *American Journal of Epidemiology*, **146**, 883-884.

49. Zaffanella, L.A., Savitz, D.A., **Greenland, S.** and Ebi, K.L. (1998). The authors reply. *Epidemiology*, **9**, 474.

50. Michels, K.B., **Greenland, S.** and Rosner, B.A. (1999). The authors reply. *American Journal of Epidemiology*, **149**, 681-682.

51. **Greenland, S.** (1999). Re: "Comments on a meta-analysis of the relation between dietary calcium intake and blood pressure". *American Journal of Epidemiology*, **149**, 786-787.

52. **Greenland, S.** (1999). Re: "Confidence limits made easy: interval estimation using a substitution method". *American Journal of Epidemiology*, **149**, 884.

53. **Greenland, S.** (1999). Re: "Assessing the sensitivity of regression results to unmeasured confounders in observational studies". *Biometrics*, **55**, 990.

54. **Greenland, S.**, Michels, K.B., Poole, C. and Willett, W.C. (2000). Four authors reply. *American Journal of Epidemiology*, **152**, 394.

55. **Greenland, S.** (2001). The first author replies. *American Journal of Epidemiology*, **152**, 688-689.

56. **Greenland, S.** (2001). Comment on Agresti and Caffo. *The American Statistician*, **55**, 172.

57. **Greenland, S.**, Michels, K.B., Poole, C., Robins J.M. and Willett, W.E. (2002). The authors reply. *American Journal of Epidemiology*, **154**, 978-979.

58. **Greenland, S.** (2002). Choosing effect measures for epidemiologic data. *Journal of Clinical Epidemiology*, **55**, 423-424.

59. **Greenland, S.** (2003). Comment on King and Ryan. *The American Statistician*, **57**, 221.

60. **Greenland, S.** (2003). Choosing sensible effect measures for practice and policy. *Journal of Clinical Epidemiology*, **56**, 392-393.

61. **Greenland, S.**, Gago-Domiguez, M., and Castellao, J.E. (2005). The authors reply. *Epidemiology*, **16**, 419.

62. Kaufman, J.S., MacLehose, R.F., Kaufman, S. and **Greenland, S.** (2005). The mediation proportion. *Epidemiology*, **16**, 710.

63. Hoffman, F.O., Ruttenber, J.A., **Greenland, S.**, and Carroll, R.J. (2006). Radiation exposure and thyroid cancer. *Journal of the American Medical Association*, **296**, 513.

64. Fox, M.P., Lash, T.L., and **Greenland, S.** (2006). Response to "Dimensional errors of metaphorical measurements: can they be resolved?". *International Journal of Epidemiology*, **35**, 1592-1593.

65. Yang, Q., **Greenland, S.**, and Flanders, W.D. (2006). Yang et al. respond. *American Journal of Public Health*, **96**, 1899-1901.

66. **Greenland, S.**, Fox, M.P., and Lash, T.L. (2006). Reply to Roger Marshall. *International Journal of Epidemiology*, **35**, 1589-1590.

67. **Greenland, S.** (2006). Comment on Gelman, A.: "The Boxer, the Wrestler and the Coin Flip." *The American Statistician*, **60**, 347.

68. Goodman, S., and **Greenland, S.** (2007). Why most published research findings are false: Problems in the analysis. *PLoS Med* 4(4): e168. doi:10.1371/journal. pmed.0040168


## Published Abstracts


1 Cherry, J.D., Deseda-Tous, J., Krause, P.J., Fannin, S.L., **Greenland, S.**, Odom, S.M., Strassburg, M. A. and Sullivan, C. B. (1977). Measles - California, Oregon (California section). *MMWR*, **26**, 161.

2. Neutra, R.R., **Greenland, S.** and Friedman, E.A. (1978). Electronic monitoring and cesarean section rates. *Program of the 106th Annual APHA Meeting*, 125.

3. Strassburg, M.A., **Greenland, S.** and Fannin, S.L. (1979). An evaluation of reported vaccine failures in a community setting. *Program of the 107th Annual APHA Meeting*, 172.

4. Strassburg, M.A. and **Greenland, S.** (1979). Methodologic problems in evaluating the carcinogenic risk of environmental agents. *Pollution Abstracts*, **10**, 1219.

5. Neutra, R.R. (1980). The relative importance of weight loss as an explanatory cause of changes HDL and LDL cholesterol. *American Journal of Epidemiology*, **112**, 450.

6. Rothman, K.J., **Greenland, S.** and Walker, A.M. (1980). Statistical, biological and public health concepts of interaction. *American Journal of Epidemiology*, **112**, 424.

7. **Greenland, S.** and Neutra, R.R. (1980). Estimating exposure-specific rates from case-control data using Bayes' theorem: extensions to multiple exposure factors. *American Journal of Epidemiology*, **112**, 425.

8. Strassburg, M.A., Sever, L.E. and **Greenland, S.** (1980). An evaluation of an anecdotal epidemic of neural tube defects in Los Angeles County. *Program of the 108th Annual APHA Meeting*, 199.

9. **Greenland, S.** (1980). Dose-response considerations in logistic regression. *Program of the 108th Annual APHA Meeting*, 183.

10. **Greenland, S.**, Chan, T.C., Fielding, J., Neutra, R.R. and Kleeman, C. (1981). The short-term on blood pressure of an integrated risk-factor reduction program. *Abstracts of the 9th IEA Meeting*.

11. Reisbord, L.A. and **Greenland, S.** (1981). Back pain prevalence: association with demographic and socioeconomic factors. *Program of the 109th Annual APHA Meeting*, 229-230.

12. Strassburg, M.A., **Greenland, S.** and Portigal, L.D. (1981). A population-based case-control study of anencephalus and spina-bifida in Los Angeles County. *Program of the 109th Annual APHA Meeting*, 229.

13. Thomas, D.C. and **Greenland, S.** (1981). The relative efficiency of matched and independent sample designs for case-control studies. *Program of the 109th Annual APHA Meeting*, 157.

14. **Greenland, S.**, Morgenstern, H. and Thomas, D.C. (1981). Issues in determining matching criteria and stratum sizes in case-control studies. *Program of the 109th Annual APHA Meeting*, 157.

15. **Greenland, S.** (1981). The power of tests for interaction in epidemiologic studies. *Biometrics*, **37**, 851.

16. **Greenland, S.** (1982). Interpretation of summary measures when interaction in present. *American Journal of Epidemiology*, **116**, 587.

17. **Greenland, S.** (1982). Problems of interaction in the planning, conduct, and analysis of clinical studies. *Programme of the Third International ISCB Meeting*, 5.

18. **Greenland, S.**, Richwald, G.A., Honda, G.D. and Stewart, S.M. (1982). The effect of marijuana use during pregnancy in a home-delivery population. *Abstracts of the 110th Annual APHA Meeting*, 45.

19. **Greenland, S.**, Staisch, K.J. and Brown, N. (1983). Marijuana use: does it affect pregnancy outcome? *Modern Medicine of Canada*, **38**, 250.

20. Richwald, G.A., Honda, G.D., **Greenland, S.** and Stuart, S.M. (1983). A preliminary evaluation of labor and infant outcomes in a homebirth practice in Los Angeles. *American Journal of Epidemiology*, **118**, 445.

21. **Greenland, S.**, Olsen, J., Rachootin, P. and Thomsen-Pedersen, G. (1983). Effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section. *American Journal of Epidemiology*, **118**, 434.

22. Baker, D., **Greenland, S.**, Mendlein, J. and Salvan, A. (1984). Health impact of a toxic waste disposal site. *Abstracts of the 10th IEA Meeting*, 194.

23. **Greenland, S.** and Robins, J.M. (1984). Estimation of risk ratios and risk differences from sparse follow-up data. *Abstracts of the 10th IEA Meeting*, 113; and *American Journal of Epidemiology* **120**, 465.

24. **Greenland, S.** (1984). Power, sample size, and smallest detectable effect determination in epidemiologic studies of multiple risk factors. *Abstracts of the 10th IEA Meeting*, 159.

25. **Greenland, S.**, Schlesselman, J.J., Criqui, M.H. and Morgenstern, H. (1985). The fallacy of employing standardized regression coefficients as measures of biologic effect. *American Journal of Epidemiology*, **122**, 508.

26. Richwald, G.A., Kersey, L.H., Calabro, T.A., **Greenland, S.**, Potik, R. and Comas, M.A. (1985). The Los Angeles Cervical Cap Study: effectiveness and safety of the cavity-rim cervical cap in 1852 users. *Abstracts of the 113th Annual APHA Meeting*, 202.

27. **Greenland, S.**, Olsen, J., Rachootin, P. and Thomsen-Pedersen, G. (1986). Effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section. *Obstetrics and Gynecology Digest*, 14-15.

28. Baker, D.B. and **Greenland, S.** (1986). A health study of two communities near the Stringfellow acid pits. *American Journal of Epidemiology*, **124**, 498-499.

29. **Greenland, S.** (1986). Identifiability, exchangeability, and epidemiologic confounding. *American Journal of Epidemiology*, **124**, 526.

30. Richwald, G.A., **Greenland, S.**, Goldstein, E.J.C., Plichta, D.T. and Johnson, B. (1986). An assessment of risks associated with raw milk consumption in California. *Program of the 114th Annual APHA Meeting*, 120.

31. Bulterys, M., Kraus, J F., **Greenland, S.** and Nourjah, P. (1987). Risk factors for sudden infant death syndrome within the U.S. Collaborative Perinatal Project: new findings. *Abstracts of the 11th IEA Meeting*, 304.

32. Mickey, R. M. and **Greenland, S.** (1987). A study of the impact of confounder-selection criteria on effect estimation. *American Journal of Epidemiology*, **126**, 737.

33. Bulterys, M., Kraus, J.F., **Greenland, S.** and Nourjah, P. (1987). A nested case-control study of maternal cigarette smoking during pregnancy and sudden infant death syndrome. *American Journal of Epidemiology*, **126**, 744-745.

34. Drews, C., Kraus, J. and **Greenland, S.** (1987). The magnitude of recall error in a case-control study of sudden infant death syndrome. *American Journal of Epidemiology*, **126**, 745.

35. **Greenland, S.** (1987). On the design of studies using confidence intervals. *American Journal of Epidemiology*, **126**, 758.

36. Robins, J.M. and **Greenland, S.** (1988). Limits of empirical epidemiologic data to estimate the probability of causation in toxic tort suits. *American Journal of Epidemiology*, **128**, 907.

37. **Greenland, S.** (1988). Validation substudy or validated study? *American Journal of Epidemiology*, **128**, 906.

38. **Greenland, S.** (1988). Open population follow-up as an alternative to a fixed cohort study: implications for validity, efficiency, and generalizability. *American Journal of Epidemiology*, **128**, 945.

39. **Greenland, S.** (1989). Probability versus Popper. *Philosophy Index*, **23**, 435.

40. **Greenland, S.** and Morgenstern, H. (1989). Matching and efficiency in cohort studies. *American Journal of Epidemiology*, **130**, 797.

41. **Greenland, S.** (1989). Use of the case-control study design in evaluating preventive interventions. *American Journal of Epidemiology*, **130**, 854.

42. Salvan, A. and **Greenland, S.** (1990). Combining results from epidemiologic studies: a word of caution. *Program of the Conference on Statistics in Epidemiologic and Pharmacologic Research*, Bressanone, Italy, Sept. 1990.

43. Maldonado, G. and **Greenland, S.** (1991). Analyzing epidemiologic data with an incorrect model form: impact on confidence-interval performance. *American Journal of Epidemiology*, **132**, 782. Also in *Biometric Bulletin* **8**, 14.

44. **Greenland, S.** and Robins, J.M. (1990). The nonidentifiability of direct and indirect effects. *American Journal of Epidemiology*, **132**, 826.

45. **Greenland, S.** and Salvan, A. (1990). A semi-Bayes approach to the analysis of multivariate epidemiologic data, with an application to an occupational cancer-mortality study. *Proceedings of the XVth International Biometrics Conference*, 23. Also in *American Journal of Epidemiology* **132**, 762 (1990).

46. **Greenland, S.** and Salvan, A. (1990). Case-control analyses of site-specific cancer mortality in a large-transformer manufacturing plant. *Abstracts of the 12th IEA Meeting*, 45.

47. **Greenland, S.** (1991). Current quantitative understanding and directions for future empirical study. *Archives of Environmental Health*, **46**, 123.

48. Maldonado, G. and **Greenland, S.** (1991). Analyzing epidemiologic data with an incorrect model form: impact on point estimators. *American Journal of Epidemiology*, **134**, 716-717.

49. **Greenland, S.** (1991). Semi-Bayes methods for screening effects of toxic exposure. *Abstracts of the Joint Statistical Meetings*, 208.

50. **Greenland, S.** (1991). Modeling risk ratios from incomplete matched-cohort data: an estimating-equation approach. *Biometric Bulletin*, **8**, 14.

51. Joffe, M.M. and **Greenland, S.** (1992). Estimates and confidence intervals for model-based standardized parameters from the continuation ratio model. *American Journal of Epidemiology*, **136**, 989. Also *Biometric Bulletin* **9**, 16.

52. Maldonado, G.M. and **Greenland, S.** (1992). A simulation study of confounder-selection strategies. *American Journal of Epidemiology*, **136**, 999.

53. **Greenland, S.** (1992). A comparative study of maximum-likelihood, empirical-Bayes, and preliminary testing in logistic regression analysis of multiple exposures. *American Journal of Epidemiology*, **136**, 1035.

54. **Greenland, S.** (1992). A method for modeling risk ratios from matched-cohort data. *American Journal of Epidemiology*, **136**, 988-989.

55. **Greenland, S.** (1992). Hierarchical regression for epidemiologic analyses of multiple exposures. *Abstracts of the Fourth Japan-US Biostatistics Conference*, 53.

56. Maldonado, G. and **Greenland, S.** (1992). Analyzing epidemiologic data when the correct model form is unknown: Impact of model-form selection on the performance of confidence intervals. *Biometric Bulletin*, **9**, 17.

57. **Greenland, S.** (1992). Maximum-likelihood estimation of the attributable fraction from logistic models. *Biometric Bulletin*, **9**, 15-16.

58. **Greenland, S.** (1992). Causal inference as a prediction problem. *Biometric Bulletin*, **9**, 15.

59. Witte, J.S., **Greenland, S.** and Haile, R.W. (1993). Hierarchical regression analysis of studies with multiple exposures: An application to a study of diet and breast cancer using a knowledge-based prior. *American Journal of Epidemiology*, **138**, 598.

60. Joffe, M.M. and **Greenland, S.** (1993). An alternative approach to controlling confounding in cohort studies. *American Journal of Epidemiology*, **138**, 598.

61. **Greenland, S.** and Maldonado, G. (1993). Interpretation of multiplicative-model parameters as standardized parameters. *American Journal of Epidemiology*, **138**, 664.

62. **Greenland, S.** (1993). A critical look at some popular meta-analytic methods. *American Journal of Epidemiology*, **138**, 672.

63. Robins, J.M., Hu, F.-C. and **Greenland, S.** (1995). Estimation of the causal effect of a time-varying exposure on the marginal mean of a repeated binary outcome. *American Journal of Epidemiology*, **141**, S19.

64. Maldonado, G. and **Greenland, S.** (1995). When does factoring increase the accuracy of rate estimation? *American Journal of Epidemiology*, **141**, S68.

65. Witte, J.S. and **Greenland, S.** (1995). A nested approach to evaluating dose-response and trend. *American Journal of Epidemiology*, **141**, S48.

66. **Greenland, S.** (1995). Historical HIV incidence modeling in regional subgroups: Use of flexible discrete models with penalized splines based on prior curves. *Program of the 1995 Joint Meeting of IMS/WNAR*, 27.

67. Aragaki, C.C., Probst-Hensch, N.M., **Greenland, S.** and Haile, R.W. (1995). Use of a hierarchical model to estimate NAT2* genotype-specific heterocyclic amine effects. In *Program of the 6th International Conference on Carcinogenic N-Substituted Aryl Compounds*, Monterey, CA.

68. Ackerman, D.L. and **Greenland, S.** (1996). ROC curve analysis and logistic regression modeling to predict treatment outcome. *American Journal of Epidemiology*, **143**, S53.

69. Maldonado, G. and **Greenland, S.** (1996). Impact of model-form selection on the performance of confidence levels. *American Journal of Epidemiology*, **143**, S24.

70. Witte, J.S., Elston, R.C. and **Greenland, S.** (1996). Hierarchical modeling in genetic epidemiology: evaluating the spectrum of BRCA1 mutations. *American Journal of Epidemiology*, **143**, S11.

71. Poole, C. and **Greenland, S.** (1996). Expected person-time. *American Journal of Epidemiology*, **143**, S2.

72. **Greenland, S.** (1996). Confounding in case-crossover and case-time-control studies. *American Journal of Epidemiology*, **143**, S28.

73. **Greenland, S.** and Finkle, W.D. (1996). A case-control study of prosthetic implants and selected chronic diseases. *Epidemiology*, 7, S51.

74. Sheppard, A.R., Kelsh, M.A., Kaune, W.T. and **Greenland, S.** (1997). Unified magnetic field exposure assignments for epidemiologic studies of childhood cancer. *Abstracts of the Annual Review of Research on Biological Effects of Electric and Magnetic Fields*, 45.

75. Ebi, K.L., Zaffanella, L.E., Savitz, D.A. and **Greenland, S.** (1997). Application of the case-specular epidemiologic investigation method to the Savitz Denver study homes. *Abstracts of the Second World Congress for Electricity and Magnetism in Biology*, 105.

76. Gareen, I., Morgenstern, H. and **Greenland, S.** (1997). Explaining the association between maternal age and risk of cesarean delivery. *American Journal of Epidemiology*, **145**, S63.

77. Aragaki, C.C., **Greenland, S.**, Probst-Hensch, N. and Haile, R. (1997). A case-control study of food groups as risk factors for colorectal polyps within NAT2* acetylator status. *American Journal of Epidemiology*, **145**, S67.

78. Ackerman, D.L., **Greenland, S.**, Small, G.W. and Bystritsky, A. (1997). Characteristics of fluoxetine vs. placebo responders in a randomized trial of geriatric depression. *American Journal of Epidemiology*, **145**, S37.

79. Maldonado, G. and **Greenland, S.** (1997). Interpreting simulation studies of epidemiologic methods. *American Journal of Epidemiology*, **145**, S56.

80. **Greenland, S.** (1997). A unified theory for case-distribution analyses. *American Journal of Epidemiology*, **145**, S57.

81. **Greenland, S.** (1998). Combining ecologic and individual data: The multilevel approach. In *Program of the 13th International Symposium on Epidemiology in Occupational Health*, Helsinki, Finland. 191.

82. **Greenland, S.** (1998). Meta-analysis as an emerging meta-disaster. In *Abstracts of the Royal Statistical Society International Conference*, Glasgow, Scotland. 80.

83. Gareen, I., Morgenstern, H. and **Greenland, S.** (1998). Adverse outcomes of repeat elective cesarean section. *American Journal of Epidemiology*, **147**, S76.

84. Gareen, I., **Greenland, S.** and Morgenstern, H. (1998). Mixed and missing data categories in meta-analysis. *American Journal of Epidemiology*, **147**, S83.

85. Maldonado, G. and **Greenland, S.** (1998). Estimating causal effects. *American Journal of Epidemiology*, **147**, S80.

86. **Greenland, S.** (1998). There are no statistical advances in meta-analysis. *American Journal of Epidemiology*, **147**, S81.

87. Murphy, P.A., Poole, C., Harvey, T. and **Greenland, S.** (1999). Meta-analysis of epidemiologic studies of chlorinated drinking water and cancer: Contraindications to summary aggregation. *American Journal of Epidemiology*, **149**, S5.

88. Poole, C. and **Greenland, S.** (1999). Random-effects meta-analysis is not always conservative to fixed-effects meta-analysis. *American Journal of Epidemiology*, **149**, S56.

89. Michels, K.B., **Greenland, S.** and Rosner, B.A. (1999). Issues in the modeling of height and weight. *Obesity Research*, **7**, Suppl. 1, 6S.

90. **Greenland, S.** and Finkle, W.D. (1999). A retrospective cohort study of implanted medical devices and chronic diseases. *American Journal of Epidemiology*, **149**, S8.

91. **Greenland, S.**, Sheppard, A.R., Kelsh, M.A. and Kaune, W.T. (1999). A pooled analysis of magnetic fields, wire codes, and childhood leukemia. *American Journal of Epidemiology*, **149**, S57.

92. **Greenland, S.**, Schwartzbaum, J.A. and Finkle, W.D. (1999). Small-sample and sparse-data problems in conditional logistic regression analysis. *American Journal of Epidemiology*, **149**, S16.

93. **Greenland, S.** (1999). Sensitivity of inferences to choice of prior distributions for odds-ratio and rate-ratio estimation. *Program of the Meeting of the International Biometric Society (ENAR).*

94. **Greenland, S.** (2000). Overthrowing the tyranny of the null hypothesis. *Program of the AAAS Meeting*, A65.

95. Harawa, N., **Greenland, S.** and Bingham, T. (2000). Race/ethnicity and HIV risk among young MSM. *American Journal of Epidemiology*, **151**, S51.

96. Maldonado, G. and **Greenland, S.** (2000). The causal-contrast study design. *American Journal of Epidemiology*, **151**, S39.

97. Maldonado, G. and **Greenland, S.** (2000). A method to examine whether error due to misclassification of a binary exposure can explain an association. *American Journal of Epidemiology*, **151**, S40.

98. Maldonado, G., **Greenland, S.**, and Phillips C. (2000). Approximately nondifferential misclassification does not ensure bias toward the null. *American Journal of Epidemiology*, **151**, S39.

99. **Greenland, S.** (2000). Ecologic bias in estimating ecologic effects. *American Journal of Epidemiology*, **151**, S70.

100. **Greenland, S.** (2000). Bayesian and partial-Bayesian analysis of epidemiologic studies via data augmentation. *American Journal of Epidemiology*, **151**, S18.

101. **Greenland, S.** (2000). Variable selection versus shrinkage in model-based control of confounding. *Program of the International Biometrics Conference 2000*, 183-185.

102. **Greenland, S.** (2000). The probability of causation cannot be used in an equitable manner to resolve radiation tort claims and design compensation schemes. *Radiation Research*, **154**, 718-719.

103. Maldonado, G. and **Greenland, S.** (2001). The intervention-prediction design. *American Journal of Epidemiology*, **153**, S182.

104. Brumback, B., **Greenland, S.**, Redman, M. and Diehr, P. (2001). The intensity score approach to adjusting for confounding. *Abstracts of the NCI Causal Inference Conference*, 1.

105. **Greenland, S.** (2001). Data say nothing about epidemiologic associations or effects. *American Journal of Epidemiology*, **153**, S4.

106. **Greenland, S.** (2001). Sensitivity analysis versus Bayesian analysis of uncontrolled confounding. *Abstracts of the NCI Causal Inference Conference*, 5.

107. Brumback, B., **Greenland, S.**, Redman, M., Diehr, P. and Kiviat, N. (2002). The intensity score approach to adjusting for confounding. *American Journal of Epidemiology*, **155**, S76.

108. Maldonado, G. and **Greenland, S.** (2002). The role of the target population in estimating causal effects. *American Journal of Epidemiology*, **155**, S34.

109. **Greenland, S.** (2002). Epidemiologists in court, part 2: Further experiences, and proposals for improving practice. *American Journal of Epidemiology*, **155**, S30.

110. Maldonado, G. and **Greenland, S.** (2003). An introduction to uncertainty analysis for epidemiologists. *American Journal of Epidemiology*, **157**, S31.

111. **Greenland, S.** (2003). Multiple-bias modeling for epidemiologic data. *American Journal of Epidemiology*, **157**, S30.

112. **Greenland, S.** (2003). The need for multiple-bias modeling in observational studies. *Abstracts of the 2003 Joint Statistical Meetings*, 1.

113. Kalantar-Zadeh, K., Kilpatrick, R.D., McAllister, C.J., Shinaberger, C.S., Gjertson, D.W., Kopple, J.D., and **Greenland, S.** (2004). Time-dependant association between body mass index and cardiovascular mortality in hemodialysis patients. *Journal of the American Society of Nephrology*, **15**, suppl:126A.

114. Kalantar-Zadeh, K., Kilpatrick, R.D., Kuwae, K., McAllister, C.J., Gjertson, D.W., **Greenland, S.**, and Kopple, J.D. (2004). Population attributable mortality risk for albumin <3.8 g/dL: how many lives can be saved if hypoalbuminemia can be corrected in hemodialysis patients? *Journal of the American Society of Nephrology*, **15**, suppl, 382A-383A.

115. Kalantar-Zadeh, K., Kilpatrick, R.D., Gjertson, D.W., **Greenland, S.**, McAllister, C.J., and Kopple, J.D. (2004). Is a low or high serum phosporus a mortality predictor in hemodialysis patients. *American Journal of Kidney Disease.*

116. Kuwae, N., McAllister, C., Gjertson, D., **Greenland, S.**, Kopple, J., and Kalantar-Zadeh, K. (2004). Mortality predictability of serum potassium in dialysis patients. *American Journal of Kidney Disease.*

117. Jurek, A., Maldonado, G., Church T. and **Greenland, S.** (2004). Exposure measurement error is frequently ignored when interpreting epidemiologic study results. *American Journal of Epidemiology*, **159**, S72.

118. Jurek, A., Maldonado, G., and **Greenland, S.** (2004). Uncertainty analysis: An example of its application to estimating a survey proportion. *Epidemiology*, **15**, S155.

119. Moncau, J.E., Wunsch-Filho, V. and **Greenland, S.** (2004). Occupations associated with lung cancer in Sao Paulo Brazil: Application of hierarchical regression analysis. *American Journal of Epidemiology*, **159**, S53.

120. Cole, S.R., Chu, H. and **Greenland, S.** (2004). Using multiple imputation for measurement error correction in pediatric chronic kidney disease. *American Journal of Epidemiology*, **159**, S31.

121. Kilpatrick, R.D., **Greenland, S.**, McAllister, C.J., Kopple, J.D., and Kalantar-Zadeh, K. (2004). Time-dependent association between dialysis dose and cardiovascular mortality in hemodialysis patients. *Journal of the American Society of Nephrology*, **15**, suppl, 2A-3A.

122. Steenland, K. and **Greenland, S.** (2004). Monte-Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *American Journal of Epidemiology*, **159**, S72.

123. **Greenland, S.**, Luetters, C.M., Kelsey, J.L. and Mezei G. (2004). Is socioeconomic status related to childhood leukemia incidence? *American Journal of Epidemiology*, **159**, S95.

124. **Greenland, S.**, Gustafson, P. and Dunson, D. (2004). Application of Bayesian methods in epidemiology. *American Journal of Epidemiology*, **159**, S70.

125. **Greenland, S.** (2004). Statistics as a hindrance and an aid for inference from nonexperimental data. *American Journal of Epidemiology*, **159**, S70.

126. **Greenland, S.** (2005). Multiple-bias modeling for analysis of observational data. *Program of the 51st Meeting of the International Biometric Society*, 160.

127. Hoggatt, K.J., Ritz, B. and **Greenland, S.** (2005). An application of survival analysis methods to the study of infant birthweight. *American Journal of Epidemiology*, **161**, S73.

128. Yang, Q., **Greenland, S.** and Flanders, W.D. (2005). Separating the impact of changes in maternal age and age-specific prevalence on trends in low birth weight rates in the United States, 1980-2000. *American Journal of Epidemiology*, **161**, S129.

129. Hoggatt, K.J., **Greenland, S.** and Ritz, B. (2005). A novel application of survival analysis methods to the study of infant birthweight. *Abstracts of the Joint Statistical Meetings*, Session 72, 63.

130. **Greenland, S.** (2005). Extending likelihood-based algorithms and inference to nonidentified models. *Abstracts of the Joint Statistical Meetings*, Session 373, 315.

131. Hoggatt, K.J., Greenland, S, and Ritz, B. (2006). A two-phase analysis of air pollution and adverse birth outcomes. *Abstracts of the Joint Statistical Meetings*, Session 251, 215-216.

132. Morgenstern, H., Hashibe, M., Cui, Y., Tashkin, D.P., Zhang, Z-F., Cozen, W., Mack, T.M., and **Greenland, S.** (2006). Marijuana use and the risk of lung and upper-aerodigestive tract cancers. *American Journal of Epidemiology*, **163**, S108.

133. **Greenland, S.** (2006). Statistics for addressing methodologic issues in epidemiology. *American Journal of Epidemiology*, **163**, S166.

134. **Greenland, S.** (2006). Bias modeling via missing-data methods. *American Journal of Epidemiology*, **163**, S231.

135. **Greenland, S.** (2006). Marginal science: Facing the task of inference about an unobserved margin from an insufficient set of observed margins. *Abstracts of the 22nd Conference on Uncertainty in Artificial Intelligence*, 9.

136. Arah, O.A., Chiba, Y., and **Greenland, S.** (2007). Toward a framework for external adjustment for unmeasured confounding. *American Journal of Epidemiology*, **165**, S89.

137. **Greenland, S.** (2007). Hierarchical models for biases in observational studies. *Abstracts of the Joint Statistical Meetings*, Session 357, 283.

138. Jurek, A., **Greenland, S.**, and Carlin, B. (2009). Accounting for data errors in a birth-certificate study of maternal cigarette smoking and cleft lip and palate. *American Journal of Epidemiology*, **169**, S42.

139. Maldonado, G.M., **Greenland, S.**, and Poole, C. (2009). Assumptions, assumptions, assumptions. *American Journal of Epidemiology*, **169**, S38.

140. Gustafson, P. and **Greenland, S.** (2009). A diagnostic for uncertainty intervals from nonidentified models. *American Journal of Epidemiology*, **169**, S90.

141. **Greenland, S.** (2009). Overthrowing the tyranny of the null hypothesis in graphs. *American Journal of Epidemiology*, **169**, S39.

142. **Greenland, S.** (2009). Translating graphical models into statistical methods. *American Journal of Epidemiology*, **169**, S126.

**Invited Presentations**

1. April 1976, Los Angeles, California: UCLA School of Public Health. "Bias from subject loss in cohort studies."

2. November 1977, Boston, Massachusetts: Harvard School of Public Health. "Regression analysis of matched-pair case-control studies."

3. October 1978, Los Angeles, California: American Public Health Association. "Confounding and the selection of variables for analytic control."

4. October 1980, Montreal, Canada: Department of Epidemiology, McGill University. "Current methodologic issues in epidemiology."

5. October 1980, Detroit, Michigan: American Public Health Association. "Methodologic problems in case-control studies" (roundtable leader).

6. October 1980, Detroit, Michigan: American Public Health Association. "Dose-response considerations in logistic regression."

7. September 1981, Oxford, England: Oxford University. "Why we should abandon the P value as measure of evidence for or against the null hypothesis."

8. November 1981, Los Angeles, California: American Public Health Public Health Association. "Issues in determining matching criteria and stratum sizes in case-control studies."

9. February 1982, New Haven, Connecticut: Yale University School of Public Health. "Interpretation of summary measures when interaction present."

10. February 1982, Bethesda, Maryland: USUHS Medical School. "The effects of marijuana use during pregnancy."

11. March 1982, Los Angeles, California: UCLA Cancer Center. "Assessment of synergy."

12. June 1982, Cincinnati, Ohio: Society for Epidemiologic Research. "Interpretation of summary measures when interaction is present."

13. June 1982, San Diego, California: IMS-Biometric Society (WNAR). "Estimation of standardized parameters from multivariate and matched data."

14. August 1982, Ottawa, Canada: University of Ottawa. "A summary of two epidemiologic studies of the effect of marijuana use on labor and delivery."

15. September 1982, Odense, Denmark: Institute for Social Medicine, Odense University. "Internal electronic fetal monitoring: an epidemiologic evaluation of the American experience."

16. September 1982, Rotterdam, The Netherlands: Erasmus University, Department of Epidemiology: "A short course on theory and quantitative methods in epidemiology" (series of 4 lectures).

17. September 1982, Rotterdam, The Netherlands: International Society for Clinical Biostatistics. "Problems of interaction in the planning, analysis, and comparison of clinical studies."

18. October 1982, Albuquerque, New Mexico: University of New Mexico Tumor Registry. "Current methods and problems in analytic epidemiology."

19. October 1982, Albuquerque, New Mexico: University of New Mexico School of Medicine. "The effect of marijuana use on labor and delivery."

20. March 1983, Honolulu, Hawaii: University of Hawaii Cancer Center. "The relationship of confounding to selection bias in case-control studies."

21. February 1984, Loma Linda, California: Loma Linda University, School of Public Health. "Confounding in epidemiologic studies: some recent developments."

22. May 1984, Melbourne, Australia: University of Melbourne. "An evaluation of a home-birth practice."

23. May 1984, Adelaide Australia: Australia-New Zealand Society for Epidemiologic Research National Conference. "A workshop on current developments in design and analysis of epidemiologic studies" (series of 4 lectures).

24. May 1984, Adelaide, Australia: Australia-New Zealand Society for Occupational Medicine National Conference. "Some problems in epidemiologic analysis."

25. May 1984, Adelaide, Australia: Commonwealth Scientific and Industrial Research Organization. "Pitfalls of a statistical modeling in epidemiologic analysis."

26. May 1984, Perth, Australia: National Health and Medical Research Council, University of Western Australia. "Some current developments in epidemiologic methods" (series of 4 lectures).

27. June 1984, Sydney, Australia: Commonwealth Institute of Health, University of Sydney. "Control-initiated case-control studies."

28. June 1984, Newcastle, Australia: Department of Mathematics, University of Newcastle. "Power, sample size, and smallest detectable effect determination in epidemiologic studies."