29. June 1984, Brisbane, Australia: Queensland Institute of Medical Research, University of Queensland. "Evaluating the impact of electronic fetal monitoring."

30. June 1984, Auckland, New Zealand: Department of Community Health, University of Auckland. "Epidemiologic evaluation of medical technology."

31. September 1984, Boston, Massachusetts: Dept. of Epidemiology, Harvard School of Public Health. "Confounding and misclassification."

32. September 1984, Chapel Hill, North Carolina: Dept. of Biostatistics, University of North Carolina. "Recent issues and developments in the estimation of relative risks."

33. October 1984, Seattle, Washington: Department of Epidemiology, University of Washington. "Problems in the detection of confounding when measurement errors are present."

34. October 1984, Seattle, Washington: Dept. of Biostatistics, Fred Hutchison Cancer Research Center. "Power, sample size, and smallest detectable effect determination in multivariate studies."

35. November 1984, Anaheim, California: American Public Health Association. "Confounding, selection bias, and misclassification."

36. November 1984, Albuquerque, New Mexico: University of New Mexico Tumor Registry. "Basic survival analysis: relation to the proportional hazards model."

37. April 1985, Washington, D.C.: National Cancer Institute. "Interpreting time-related trends in effect estimates."

38. April 1985, New York, New York: Division of Epidemiology, Columbia University, School of Public Health. "Interpretation and choice of effect measures in epidemiologic analysis."

39. June 1985, Alta, Utah: Society for Industrial and Applied Mathematics. "Partial and marginal matching in case-control studies."

40. May 1986, Boston, Massachusetts: Department of Population Sciences, Harvard School of Public Health. "Raw milk: a case study of the interplay of science, public health, and politics."

41. May 1986, New York, New York: Division of Epidemiology, Columbia University School of Public Health. "Invalidity of some proposed criteria for covariate control."

42. June 1986, Minneapolis, Minnesota: Department of Epidemiology, University of Minnesota School of Public Health. "Entrenched fallacies in epidemiologic statistics."

43. September 1986, Las Vegas, Nevada: American Public Health Association. "The role of significance tests in epidemiologic analysis."

44. April 1987, San Francisco, California: Department of Preventive Medicine, University of California. "Misuses of statistics in causal analysis."

45. August 1987, San Francisco, California: American Statistical Association. "Significance testing versus continuity principles."

46. October 1987, New York, New York: Division of Epidemiology, Columbia University School of Public Health. "Confounding versus statistical validity."

47. April 1988, Davis, California: Department of Epidemiology and Preventive Medicine, University of California." Fallacies in the definition and estimation of attributable fractions."

48. April 1988, Davis, California: Division of Biostatistics, University of California. "Statistical uncertainty due to misclassification: implications for validation substudies."

49. June 1988, Vancouver, British Columbia: Society for Epidemiologic Research. "Open population follow-up as an alternative to a fixed cohort study: implications for validity, efficiency, and generalizability."

50. September 1988, Boston, Massachusetts: Harvard School of Public Health. "Matching and efficiency in cohort studies."

51. April 1989, Baltimore, Maryland: Department of Epidemiology, Johns Hopkins School of Public Health. "Structural models and fixed margins in the analysis of two-by-two tables."

52. April 1989, New York, New York: Division of Epidemiology, Columbia University School of Public Health. "Randomization, statistics, and causal inference."

53. April 1989, New York, New York: Department of Environmental and Occupational Medicine, Mount Sinai Medical School. "Matching and efficiency in cohort studies."

54. June 1989, Birmingham, Alabama: Society for Epidemiologic Research. "Use of the case-control study design in evaluating preventive interventions."

55. June 1989, Gainesville, Florida: Department of Statistics, University of Florida. "The deduction of fixed margins in the causal analysis of two-by-two tables."

56. June 1989, Atlanta, Georgia: Department of Biostatistics and Epidemiology, Emory University School of Medicine. "Comparability, collapsibility, and confounding: the confusion continues."

57. August 1989, Helsinki, Finland: Department of Epidemiology and Biostatistics, Finnish Institute of Occupational Health. "Empirical Bayes analysis of correlated associations: application to an occupational mortality study."

58. September 1989, Linköping, Sweden: Swedish Council for Planning and Coordination of Research. "Theories of epidemiologic inference."

59. September 1989, Stockholm, Sweden: Department of Epidemiology, Karolinska Institute. "Empirical Bayes analysis of correlated associations application to an occupational mortality study."

60. September 1989, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "A recent history of the concept of confounding."

61. February 1990, New Orleans, Louisiana: American Association for the Advancement of Science. "Meta-analysis of observational studies."

62. April 1990, Los Angeles, California: Department of Preventive Medicine, University of Southern California School of Medicine. "Counterfactual models for causal effects in epidemiology."

63. August 1990, Berkeley, California: Second Annual Meeting of the International Society for Environmental Epidemiology. "Ecologic bias: Current quantitative understanding and directions for future study."

64. November, 1990, Berkeley, California: Department of Statistics, University of California, Berkeley. "Smoothing by a maximal model: an alternative to variable selection."

65,66. January 1991, Davis, California: Department of Occupational Health, University of California, Davis. Also Berkeley, California: California State Department of Health. "Summarization, smoothing, and inference in epidemiologic data analysis."

67. February 1991, Ann Arbor, Michigan: Department of Epidemiology, University of Michigan School of Public Health. "Causal inference as a prediction problem."

68. February 1991, Ann Arbor, Michigan: Program in Clinical Research Design and Statistical Analysis. "Summarization, smoothing, and inference in epidemiologic data analysis."

69. April 1991, San Francisco, California: Department of Epidemiology and Biostatistics, University of California, San Francisco. "Smoothing by a maximal model: an alternative to variable selection."

70,71. May 1991, Helsinki, Finland: Institute of Occupational Health. Also Aarhus, Denmark: Institute of Social Medicine. "Summarization, smoothing, and inference."

72. August 1991, Atlanta, Georgia: American Statistical Association. "Semi-Bayes methods for screening effects of toxic exposures."

73-75. September 1991, Rotterdam, The Netherlands: Erasmus University, Department of Epidemiology and Biostatistics. Series of three lectures: "Summarization, smoothing, and inference"; "Causal inference as a prediction problem"; and "Empirical-Bayes methods for epidemiologic research".

76. October 1991, Albuquerque, New Mexico: Department of Mathematics and Statistics, University of New Mexico. "Empirical-Bayes and Semi-Bayes regression for epidemiologic analyses of multiple exposures: a comparative study."

77,78. April 1992, Stanford, California: Division of Epidemiology, Stanford University School of Medicine. Also June 1992, Minneapolis, Minnesota: Division of Epidemiology, University of Minnesota School of Public Health. "The role of statistics in epidemiologic research."

79. June 1992, Corvallis, Oregon: Joint Statistical Meetings of IMS and WNAR. "Causal inference as a prediction problem."

80,81. June 1992, Minneapolis, Minnesota: Society for Epidemiologic Research. Also July 1992, Detroit, Michigan: Henry Ford Hospital. "Hierarchical methods in logistic regression analyses of multiple exposures."

82. November 1992, Tokyo, Japan: Institute of Statistical Mathematics. "Causal inference and statistical prediction."

83,84. November 1992, Tokyo, Japan: Fourth Japan-US Biostatistics Conference and Institute of Statistical Mathematics. Also May 1993, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "Hierarchical regression for epidemiologic analyses of multiple exposures."

85. May 1993, Atlanta, Georgia: International Society for Environmental Epidemiology. "Coping with the inevitable subjectivity of meta-analysis."

86,87. May 1993, Gainesville, Florida: Department of Statistics, University of Florida. Also May 1993, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "Alternative models for ordinal logistic regression."

88. June 1993, Keystone, Colorado: Society for Epidemiologic Research. "Prospects and pitfalls of meta-analysis."

89. June 1993, Laramie, Wyoming: Institute of Mathematical Statistics and the Biometric Society. "Extensions of the attributable fraction and probability of causation to continuous outcomes."

90,91. November 1993, Thousand Oaks, California: American Statistical Association (Southern California Chapter). Also December, 1993, Santa Monica, California: RAND Corporation. "The relative performance of simple methods for handling missing covariates in epidemiologic regression analysis."

92,93. February 1994, Boston, Massachusetts: Harvard School of Public Health. Also May 1994, Seattle, Washington: Fred Hutchinson Cancer Research Center. "A study of basic methods for handling missing covariates in epidemiologic regression analyses."

94. May 1994, Seattle, Washington: University of Washington School of Public Health. "Ecologic studies: biases, misconceptions, and counterexamples."

95. January 1995, Sacramento, California: State of California Department of Health Services. "Application of penalized splines to HIV backprojection in L.A. County."

96. January 1995, Davis California: Department of Statistics, University of California. "Iterative reweighting in hierarchical regression for epidemiologic analysis."

97-99. March 1995, Baltimore, Maryland: Department of Epidemiology, Johns Hopkins School of Public Health. Also April 1995, Milan, Italy: Division of Epidemiology and Biostatistics, European Institute of Oncology, and Bath, England: Department of Statistics, University of Bath. "All models should be as big as a house: Some Savage observations for the new computer age."

100. April 1995, Lyon, International Agency for Research on Cancer. "Principles of Epidemiologic Analysis."

101-103. March 1996, Boston Massachusetts: Department of Epidemiology, Harvard School of Public Health. Also New Orleans, Louisiana: Department of Epidemiology and Biostatistics, Tulane University School of Public Health, and Cleveland, Ohio: Department of Epidemiology and Biostatistics, Case-Western University School of Medicine. "Sinning is believing in epidemiology."

104,105. March 1996, New Orleans, Louisiana: Department of Epidemiology and Biostatistics, Tulane University School of Public Health. Also Cleveland, Ohio: Department of Epidemiology and Biostatistics, Case-Western University School of Medicine. "Penalized likelihood as a unifying concept for epidemiologic analysis."

106. November 1996, Stanford, California: Division of Biostatistics, Stanford University School of Medicine. "Hierarchical regression as an unifying concept for epidemiologic statistics."

107. May 1997, Atlanta, Georgia: American Statistical Association. "Making use of higher-stage information in epidemiologic analyses."

108. May 1997, Atlanta, Georgia: Centers for Disease Control. "Should all epidemiologic regressions use random coefficients?"

109. July 1997, Santa Fe, New Mexico: Santa Fe Institute. "Causal inference as a prediction problem."

110. August 1997, Anaheim, California: American Statistical Association. "The sensitivity of a sensitivity analysis."

111,112. September 1997, Oviedo, Spain: XV National Meeting of the Spanish Society of Epidemiology. "Facing the limits of epidemiology" and "Multilevel modeling as a foundation for epidemiologic analysis."

113,114. March 1998, Baltimore, Maryland: Department of Epidemiology, Johns Hopkins School of Public Health. Also Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "Sinning is believing in epidemiology."

115. June 1998, Chicago, Illinois: Annual Meeting of The Society for Epidemiologic Research. "Lies, damned lies, and meta-analyses."

116. September 1998, Helsinki, Finland: 13th International Symposium on Epidemiology in Occupational Health. "Combining ecologic and individual data: The multilevel approach."

117. September 1998, Glasgow, Scotland: International Conference of the Royal Statistical Society. "Meta-analysis as an emerging meta-disaster."

118. March 1999, New York, New York: Department of Epidemiology, Columbia University School of Public Health. "Principles of multilevel analysis."

119. August 1999, Berkeley, California: School of Public Health, University of California, Berkeley. "Magnetic fields and childhood leukemia."

120,121. December 1999, Marrakech, Morocco: World Health Organization Conference on Summary Measures for Population Health. Also February 2000, New York, New York: Department of Epidemiology, Columbia University School of Public Health. "Causality theory for summarization of population health in policy uses of epidemiologic results."

122. February 2000, Chapel Hill, North Carolina: School of Public Health. "Putting prior information into epidemiologic regression analysis."

123. February 2000, Bethesda, Maryland: Food and Drug Administration. "The Bayesian-frequentist fusion: Epidemiologic regression using random coefficients."

124,125. February 2000, Washington, D.C.: American Association for Advancement of Science Annual Meeting. Also May 2000, Los Angeles: Marschak Colloquium, UCLA Department of Economics. "Overthrowing the tyranny of the null hypothesis."

126. June 2000, Edmonton, Canada: University of Alberta International Conference on Statistics and Health. "Ecologic bias in estimating ecologic effects."

127. June 2000, Park City, Utah: American Statistical Association Meeting on Radiation and Health. "Why the probability of causation is inappropriate for compensation schemes."

128. July 2000, San Francisco, California: International Biometrics Conference. "Variable selection versus shrinkage in model-based control of confounding."

129. November 2000, Houston, Texas: School of Public Health, University of Texas, Houston. "Multilevel model theory for ecologic analyses."

130. January 2001, Sacramento, California: University of California at Davis Conference in Epidemiology. "Causality theory for policy uses of epidemiologic results."

131. March 2001, Los Angeles, California: Research Conference on Biopolitics, UCLA Center for Governance. "A full Bayesian probability model for epidemiologic research on magnetic fields and childhood leukemia."

132. April 2001, Seattle, Washington: Department of Biostatistics, University of Washington School of Public Health. "Facing the nonidentification problem in epidemiology."

133. June 2001, Toronto, Canada: First National Student Congress, Canadian Society for Epidemiology and Biostatistics. "Incorporating validity concerns into epidemiologic modeling."

134. June 2001, Toronto, Canada: First North American Congress of Epidemiology. "Epidemiology and the Law" (first panel speaker).

135. June 2001, Toronto, Canada: First North American Congress of Epidemiology. "Data say nothing about epidemiologic associations and effects."

136. July 2001, Whistler, British Columbia: Workshop on Selection Bias in Epidemiologic Studies of EMF and Childhood Leukemia. "Bayesian analysis of uncontrolled confounding in the Los Angeles study of wire codes and childhood leukemia."

137. December 2001, Seattle, Washington: Center for Statistics and the Social Sciences, University of Washington. "Data say nothing at all: A plea for honesty in the packaging and practice of statistics."

138. January 2002, Los Angeles, California: Seminar on Statistical Associations and Causal Connections, Statistical Literacy Project. "Epidemiologic and statistical aspects of causal modeling."

139. March 2002, Palo Alto, California: Department of Preventive Medicine, Stanford University School of Medicine. Also Seattle, Washington: School of Nursing, University of Washington. "An introduction to multiple-bias modeling in observational data analysis."

140. March 2002, Seattle, Washington: Department of Biostatistics, University of Washington. "Quantifying biases in causal models: classical confounding versus collider-stratification bias."

141. May 2002, Berkeley, California: Mathematical Sciences Research Institute Symposium on Statistical Challenges for Meta-Analysis of Medical and Health-Policy Data. "The need for multiple-bias modeling in meta-analysis and pooled analysis."

142. June 2002, Los Angeles, California: Joint meeting of the Biometric Society (WNAR) and the Institute of Mathematical Statistics. "We can't learn anything from a sensitivity analysis without a prior for the sensitivity parameters."

143. June 2002, Palm Springs, California: Society for Epidemiologic Research. "Epidemiologists in court, part 2: Further experiences, and proposals for improving practice."

144. August 2002, Montreal, Canada: XVI World Congress of Epidemiology. "Accounting for biases with statistical analyses."

145. February 2003, Denver, Colorado: American Association for Advancement of Science Symposium on Causation in Law, Science, and Everyday Speech. "The chaos of causation: confronting courts with conflicts in concepts and methods for inferring cause and effect."

146. March 2003, San Diego, California: Colloquium on Scientific Inference and Public Policy. "Defending the rights of chemicals?"

147. June 2003, Atlanta, Georgia: Society for Epidemiologic Research. "Bayesian modeling of multiple biases."

148. August 2003, San Francisco, California: Joint Statistical Meeting of the American Statistical Association, the International Biometric Society, and the Institute of Mathematical Statistics. "The need for multiple-bias modeling in observational studies."

149. May 2004, Santa Cruz, California: Department of Applied Mathematics and Statistics, University of California. "Bayesian bias modeling and some useful approximations."

150. May 2004, Berkeley, California: Public Health Institute, University of California, Berkeley. "Meta-analysis and pooled analysis with multiple bias modeling."

151. June 2004, Salt Lake City, Utah: Society for Epidemiologic Research. "Statistics as a hindrance and an aid for inference from nonexperimental data."

152. September 2004, London, England: Department of Epidemiology, London School of Hygiene and Tropical Medicine. "Incorporating bias models into epidemiologic research."

153,154. September 2004, Bristol, England: Department of Social Medicine, University of Bristol. Also March 2005, Munich, Germany: Department of Psychology, Max Planck Institute for Psychiatry. "You can and should do Bayes at home: simple and effective Bayesian methods for epidemiologic research."

155,156. September 2004, London, England: Department of Statistics, University College. Also March 2005, Jena, Germany: Institute for Psychology, Friedrich Schiller University. "Statistics as an aid and a hindrance to observational research."

157,158. September 2004, London, England: Royal Statistical Society. Also March 2005, Halle, Germany: Keynote Address, International Biometric Society, 51st Meeting, Martin Luther University. "Multiple-bias modeling for observational data."

159. June 2005, Toronto, Canada: Society for Epidemiologic Research. "Escaping delusions of grandeur in epidemiology and statistics."

160. August 2005, Minneapolis, Minnesota: American Statistical Association. "Extending likelihood-based algorithms and inference to nonidentified bias models."

161,162. July 2006, Cambridge, Massachusetts: 22nd Conference on Uncertainty in Artificial Intelligence, Massachusetts Institute of Technology. Also Department of Epidemiology, Mailman School of Public Health, Columbia University, New York. "Marginal science: Facing the task of inference about an unobserved margin from an insufficient set of observed margins."

163. February 2007, Montreal, Canada: Department of Epidemiology and Biostatistics, University of Montreal. "Options for multiple exposure variables: State your objective, please."

164-166. February 2007, Quebec, Canada: Department of Preventive Medicine, University of Laval, and Portland, Oregon: Department of Public Health and Preventive Medicine, Oregon Health Sciences University. Also May 2007, San Diego, California: University of California. "Postmodern epidemiology: From the holy trinity of validity threats to the unity of graphical and missing-data perspectives."

167. August 2007, Salt Lake City, Utah: American Statistical Association. "Hierarchical models for biases in observational studies."

168. February 2008, Vancouver, Canada: Department of Statistics, University of British Columbia. "The need for statistical theory and methods for inference on nonidentified parameters."

169-171. March 2008, Erice, Italy: Ettore Majorana Foundation and Centre for Scientific Culture. Series of three lectures on "Biases and effect-measure modification," "Meta-analysis: The study of studies," and "Analysis of quantitative exposures."

172. March 2008, Amsterdam, The Netherlands: Department of Epidemiology, University of

Amsterdam. "The inadequacy of standard statistical theory and methods for epidemiologic research."

173. April 2008, Rostock, Germany: Max Planck Institute for Demographic Research. "An overview of developments in longitudinal causal modeling in the health sciences, 1980-2000."

174. April 2008, Hannover, Germany: Institute for Biostatisics, Leibniz University. "The need for statistical theory and methods for inference on nonidentified parameters."

175-178. June-August 2008, Thousand Oaks, California: Amgen Corporation. Lecture series: "Causal models and causal inference in health sciences"; "Causal inference in 'broken trials': The need for intent-to-treat and g-estimation"; "Bayesian perspectives - Part I"; "Bayesian perspectives - Part II - bias in observational studies."

179. September 2008, Porto Alegre, Brazil: XVIII IEA World Congress of Epidemiology. Keynote address: "What does statistics have to offer epidemiologists?"

180. October 2008, Duarte, California: City of Hope. "The inadequacy of standard statistical theory and methods for epidemiologic research."

181. February 2009, Philadelphia, Pennsylvania: Department of Biostatistics and Epidemiology, University of Pennsylvania Medical School. "Statistics in Epidemiology: It's all Sensitivity Analysis."

182. March 2009, Boston, Massachusetts: Department of Epidemiology, Harvard University School of Public Health. "From Statistics to Uncertainty Analysis: A New Paradigm for Epidemiologic Inference?"

183. March 2009, Chicago, Illinois: Department of Health Studies, University of Chicago: "Statistics in Epidemiology: It's all Sensitivity Analysis."

184. March 2009, Cambridge, England: Center for Mathematical Sciences, Cambridge University, Conference on Causal Inference: State of the Art. "Is causal inference anything more than predictive inference for intervention alternatives?"

185. March 2009, Lyon, France: International Agency for Research on Cancer. "Statistics in Epidemiology: It's all Sensitivity Analysis."

186. June 2009, Anaheim, California: Society for Pediatric and Perinatal Epidemiologic Research. "Bayesian perspectives for epidemiologic research."

187. June 2009, Anaheim, California: Society for Epidemiologic Research. "Overthrowing the tyranny of null hypotheses in graphs."

188. June 2009, Anaheim, California: Society for Epidemiologic Research. "Translating graphical models into statistical methods."

## Invited Workshops and Courses

1. May 1991, Hindsgavl, Denmark: Institute of Social Medicine, University of Aarhus. "Epidemiologic theory and analysis."

2. September 1998, Münster, Germany: Institute for Epidemiology and Social Medicine. "Epidemiologic analysis from a truly Bayesian perspective."

3, 4. September 1998, Helsinki, Finland: Institute of Occupational Health. Also March, 1999, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina. "Principles of multilevel analysis."

5 January 2002, Los Angeles, California: Keck Foundation Workshop on Causal Modeling Methods (co-instructor with Judea Pearl).

6, 7. June 2003, Atlanta, Georgia, and June 2005, Toronto, Canada: American College of Epidemiology. "Applying quantitative sensitivity analysis to epidemiologic data" (co-instructor).

8-11. July-September 2005, Department of Epidemiology, Mailman School of Public Health, Columbia University, New York; Department of Epidemiology, Bloomberg School of Public Health, Johns Hopkins University, Baltimore; Department of Environmental and Occupational Health, University of Minnesota, Minneapolis; and Centre for Public Health Research, Massey University, Wellington, New Zealand. "Bayesian and bias-modeling methods for epidemiologic research."

12. March 2006, 23rd Annual Behavioral Risk Factor Surveillance System Conference (CDC), Palm Springs, California. "Bayesian Perspectives for Epidemiologic Research: I. Rationale and Basic Methods. II. Regression and Bias Modeling."

13. February 2007, Quebec, Canada: Department of Preventive Medicine, University of Laval. "You can and should do Bayes at home, work, and school."

14. March 2008, Bern, Switzerland: Institute for Social and Preventive Medicine, University of Bern. "Practical Bayesian methods for the health sciences."

15. September 2008, Porto Alegre, Brazil: XVIII IEA World Congress of Epidemiology. Course on Epidemiologic Research and New Directions, lectures: "An overview of some advances in epidemiologic methods in the past quarter-century" and "Bayesian bias analysis"

16. February 2009, New York, New York: Department of Epidemiology and Population Health, Albert Einstein College of Medicine. "Bayesian perspectives and bias analysis for observational epidemiologic studies."

17. August 2009, Silver Spring, Maryland: U.S. Food and Drug Administration. "Bayesian perspectives and methods for epidemiology."

**Contributed Presentations**

1. June 1980, Minneapolis, Minnesota: Society for Epidemiologic Research. "Estimating exposure-specific rates from case-control data using Bayes' theorem: extensions to multiple exposure factors."

2. June 1981, Vancouver, British Columbia: Biometric Society (WNAR). "The power of tests for interaction in epidemiologic studies."

3. June 1983, Winnipeg, Manitoba: Society for Epidemiologic Research. "Effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section."

4. June 1985, Chapel Hill, North Carolina: Society for Epidemiologic Research. "The fallacy of employing standardized regression coefficients as measures of biological effect."

5. June 1986, Pittsburgh, Pennsylvania: Society for Epidemiologic Research. "A health study of two communities near the Stringfellow hazardous waste disposal site."

6. June 1986, Pittsburgh, Pennsylvania: Society for Epidemiologic Research. "Identifiability, exchangeability, and epidemiologic confounding."

7. June 1987, Amherst, Massachusetts: Society for Epidemiologic Research. "On the design of studies using confidence intervals."

8. June 1988, Vancouver, British Columbia: Society for Epidemiologic Research. "Validation substudy or validated study?"

9. June 1989, Birmingham, Alabama: Society for Epidemiologic Research. "Matching and efficiency in cohort studies."

10. June 1990, Snowbird, Utah: Society for Epidemiologic Research. "The nonidentifiability of direct and indirect effects."

11. June 1990, Snowbird, Utah: Society for Epidemiologic Research. "A semi-Bayes approach to the analysis of multivariate epidemiologic data, with an application to an occupational cancer-mortality study."

12. August 1990, Los Angeles, California: International Epidemiological Association. "Case-control analyses of site-specific cancer mortality at a large-transformer manufacturing plant."

13. July 1991, Santa Barbara, California: Joint Statistical Meetings of IMS and WNAR. "Modeling risk ratios from incomplete matched-cohort data: an estimating-equation approach."

14. June 1992, Corvallis, Oregon: Joint Statistical Meetings of IMS and WNAR. "Maximum-likelihood estimation of the attributable fraction from logistic models."

15. June 1992, Minneapolis, Minnesota: Society for Epidemiologic Research. "A method for modeling risk ratios from matched-cohort data."

16. June 1993, Laramie, Wyoming: Joint Statistical Meetings of IMS and WNAR. "Alternative models for ordinal logistic regression."

17. June 1994, Los Angeles, California: Joint Statistical Meetings of IMS and WNAR. "A study of basic methods for handling missing covariates in epidemiologic regression analyses."

18. June 1995, Snowbird, Utah: Society for Epidemiologic Research. "Estimation of the causal effect of a time-varying exposure on the marginal mean of a repeated binary outcome."

19. June 1995, Stanford, California: Joint Statistical Meetings of IMS and WNAR. "Historical HIV incidence modeling in regional subgroups: use of flexible discrete models with penalized splines based on prior curves."

20. June 1996, Boston Massachusetts: Society for Epidemiologic Research. "Confounding in case-crossover and case-time-control studies."

21. June 1997, Edmonton, Alberta: Society for Epidemiologic Research. "Characteristics of fluoxetine vs. placebo responders in a randomized trial of geriatric depression."

22. June 1999, Baltimore, Maryland: Society for Epidemiologic Research: "A pooled analysis of magnetic fields, wire codes, and childhood leukemia."

23. June 2000, Seattle, Washington: Society for Epidemiologic Research. "Ecologic bias in estimating ecologic effects."

24. June 2000, Seattle, Washington: Society for Epidemiologic Research. "Bayesian and partial-Bayesian analysis of epidemiologic studies via data augmentation."

25. August 2001, Snowbird, Utah: NCI Causal Inference Conference. "Sensitivity analysis versus Bayesian analysis of uncontrolled confounding."

26. June 2004, Salt Lake City, Utah: Society for Epidemiologic Research. "Monte-Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer."

**Editorial Activities**

1982-1986 Associate Editor for *Epidemiology: A Dictionary of Terms* for Oxford University Press

1984-1998 Associate Editor, *American Journal of Epidemiology*

1985-present Associate Editor, *Statistics in Medicine*

1989-2006 Associate Editor, *Epidemiology*

2000-present Editorial Advisory Board, *Methodos* Series

2004-present Associate Editor, *European Journal of Epidemiology*

2007-present Associate Editor for *A Dictionary of Epidemiology* for Oxford University Press

**Reviewing Activities**

Referee for *American Journal of Epidemiology*, *Epidemiology*, *European Journal of Epidemiology*, *International Journal of Epidemiology*, and *Statistics in Medicine*; occasional referee for the *American Journal of Public Health*, *The American Statistician*, *Annals of Epidemiology*, *Biometrics*, *Biometrika*, *Biostatistics*, *Communications in Statistics*, *Computational Statistics and Data Analysis*, *Controlled Clinical Trials*, *Drug Safety*, *International Statistical Review*, *Journal of the American Medical Association*, *Journal of the American Statistical Association*, *Journal of Clinical Epidemiology*, *The New England Journal of Medicine*, *Risk Analysis*, and the *Scandinavian Journal of Work, Environment, and Health.*

1980-1981 Review of textbook, "Case-Control Studies: Design, Conduct, Analysis," for Oxford University Press.

1981-1982 Review of textbook, "Epidemiologic Research: Principles and Quantitative Methods," for Lifetime Learning, Inc.

1981-1982 Review of textbook, "Principles of Epidemiologic Research," for John Wiley and Sons, Inc.

1983-1985 Review of textbook, "Modern Epidemiology," for Little, Brown, Inc.

1985 Review of textbook, "Methods in Observational Epidemiology," for Oxford University Press.

1987 Review of textbook, "Research Methods in Occupational Epidemiology," for Oxford University Press.

1988-89 Review of textbook, "Applied Logistic Regression," for Wiley and Sons, Inc.

1993 Review of textbook, "Observational Studies", for Springer-Verlag.

1994-1995 Review of textbook, "Methods in Observational Epidemiology" (2nd Ed.), for Oxford University Press.

2008 Reviewer for Medical Research Council, United Kingdom

2008 Reviewer for Swiss Cancer League

**Community and Public Service Activities**

1980 Consultant (WOS) to Maternal and Child Health Division, Los Angeles County Department of Health Services (Dr. Erica Watson)

1977-1982 Consultant (WOS) to Acute Communicable Disease Control Division, Los Angeles County Department of Health Services (Marc Strassburg, M.P.H.)

1979-1982 Consultant (WOS) to Center for Health Enhancement, Los Angeles (Dr. Jonathan Fielding)

1982-1986 Consultant (WOS) to Program Evaluation Division, Los Angeles County Department of Health Services (Dr. Marc Strassburg)

1986-1989 Consultant (WOS) to Consumer's Union (Larry King)

1986-1989 Consultant (WOS) to Acute Communicable Disease Control Division, Los Angeles County Department of Health Services (Dr. James Thomas)

1987-1989 Consultant (WOS) to Center for Community and Preventive Medicine, Charles R. Drew University of Medicine and Science (Dr. Bruce Allen)

1990-1994 Member, Health Effects Institute Working Group on Complex Mixtures (Dr. Aaron Cohen)

1994-1995 Member, Working Group on Recommendations for Reporting of Clinical Trials in the Biomedical Literature.

1994-1995 Member, International Life Sciences Institute Working Group on Meta-Analysis

1994-1997 Member, Health Effects Institute Particle Epidemiology Project Oversight Committee (Dr. Aaron Cohen)

1996-1997 Member, FDA Food Advisory Committee Working Group

1997-1998 Member, EPA Review Panel on Meta-Analysis of Water Chlorination and Cancer (Dr. Patricia Murphy)

| | |
|---|---|
| 1998-1999 | Member, Federal Focus Review Panel on Application of the London Principles for Risk Assessment |
| 1989-1999 | Consultant (WOS) to Sexually Transmitted Disease Division, Los Angeles County Department of Health Services (Dr. Gary Richwald) |
| 1999-2000 | Consultant (WOS) to World Health Organization Global Programme on Evidence for Health Policy (Drs. Christopher Murray and Alan Lopez) |
| 2000-2001 | Consultant, California Birth Defects Monitoring Program, March of Dimes Birth Defects Foundation (Dr. Suzan Carmichael) |
| 2000-2001 | Reviewer, *Surgeon General's Report on Active Smoking and Health*, Office on Smoking and Health, National Center for Chronic Disease Prevention and Health Promotion, CDC (Elizabeth Majestic) |
| 2000-2002 | Consultant, Environmental Health Investigations Branch, California State Department of Health (Dr. Raymond Neutra) |
| 2000-2003 | Member, Executive Committee, Society for Epidemiologic Research |
| 2004-2005 | Member, Epidemiology Without Borders Organizing Committee |
| 2004-2005 | Member, Committee on Alternate Models to Daubert Standards, National Academy of Sciences |
| 2000-2006 | Consultant, California State Attorney General's Office, Proposition 65 Risk Assessment (Deputy Attorney Generals: Edward Weil and Susan Durbin) |
| 2005-2007 | Chair, Section in Epidemiology, American Statistical Association |
| 2000-present | Advisor, American Council on Science and Health |
| 2001-present | Member, Advisory Committee, Harvard Program on Causal Inference in Epidemiology and Allied Sciences |
| 2006-present | Member, Drug Safety and Risk Management Advisory Committee, Food and Drug Administration |

**University Committee Service**

| | |
|---|---|
| 1980-1982 | Research Committee, UCLA School of Public Health |
| 1982-1984 | Admissions Policy Committee, UCLA School of Public Health |
| 1984-1986 | Course Approval Committee, UCLA School of Public Health |

| | |
|---|---|
| 1986-1988 | M.P.H. Exam Committee, UCLA School of Public Health |
| 1987-1989 | Educational Policy and Curriculum Committee, UCLA School of Public Health |
| 1989-1991 | Equipment Committee, UCLA School of Public Health |
| 1991-2008 | Computing Committee, UCLA School of Public Health |
| 1980-present | Doctoral Examination Committee, Department of Epidemiology, UCLA School of Public Health |

**Teaching Experience**

| | |
|---|---|
| 1973-1974 | Teaching Assistant, Statistics 2, "Introductory Statistics," University of California, Berkeley |
| Winter 1978 | Teaching Assistant, Public Health 147, "Principles of Epidemiology," UCLA |
| Fall 1978 | Instructor, Health Sciences 510C, "Cardiovascular Epidemiology," Cal State University, Northridge |
| Spring 1980 | Instructor, Health Sciences 592, "Biostatistics for Epidemiologists," Cal State University, Northridge |
| Fall 1981 | Instructor, Public Health 298B, "Advanced Analytic Epidemiology," UCLA |
| 1981-1984 | Lecturer, Public Health 114, "Epidemiology I," UCLA |
| 1982-1986 | Co-Instructor, Public Health 211A, "Epidemiology II," UCLA |
| 1980-1986 | Co-Instructor, Public Health 211B, "Epidemiology III," UCLA |
| 1982-1987 | Instructor, Epidemiology 291 (formerly Public Health 221), "Seminar in Epidemiologic Methodology," UCLA |
| Summer 1992 | Instructor, Epidemiology 737, "Seminar in Statistics in Epidemiology," University of Michigan |
| 1982-1997 | Instructor, Epidemiology 202A (formerly Public Health 211C), "Epidemiology: Theory and Methodology I," UCLA |
| 1988-1997 | Instructor, Epidemiology 202B (formerly Public Health 211D), "Epidemiology: Theory and Methodology II," UCLA |
| 1999-2004 | Instructor, Epidemiology 211/Biostatistics 211, "Statistical Methods in Epidemiology," UCLA |

| | |
|---|---|
| 2000-2004 | Instructor, Epidemiology 212/Biostatistics 209, "Epidemiologic Regression", UCLA |
| 1980-present | Instructor, Epidemiology 292 (formerly Public Health 229), "Advanced Seminar in Epidemiology," UCLA |
| 1980-present | Instructor, Epidemiology 203 (formerly Public Health 223), "Topics in Theoretical Epidemiology," UCLA |
| 1998-present | Instructor, Epidemiology 204/Statistics 243, "Logic, Causation, and Probability," UCLA |
| 2005-present | Instructor, Epidemiology 200C, "Analysis Methods", UCLA |

**Doctoral Students Graduated**

Marc Rosenthal (1984), Gordon Dwight Honda (1986), George M. Maldonado (1990), Alberto Salvan (1990), Marshall Michael Joffe (1994), John Stuart Witte (1994), Victoria Cortessis (1995), Anne L. Coleman (1996), Wendy McKelvey (1996), Manuela Gago-Dominguez (1997), Jose Esteban Castellao (1997), Corinne C. Aragaki (1997), Jose Eduardo Moncau (1999), Nina Harawa (2000), Lisa Viola Smith (2000), Ellen Thometz Rudy (2001), Katherine J. Hoggatt (2005), Ari M. Lipsky (2009).