# Appendix II, Tab 5

**Supplemental Expert Report of Sander Greenland, November 3, 2009**

Supplemental Report to Michael Williams, Esq, Re Shoulder Chondrolysis Causation

November 3, 2009

Sander Greenland, M.A., M.S., Dr.P.H., C.Stat.
Professor of Epidemiology, UCLA School of Public Health
Professor of Statistics, UCLA College of Letters and Science

**1. Introduction**

I have been asked by Michael Williams, Esq, to provide an update of my opinions regarding the epidemiologic observations on arthroscopic shoulder surgery that connect postsurgical use of intra-articular pain-pump catheters to subsequent glenohumeral chondrolysis. My original report of August 24, 2009 provides my qualifications to render these opinions and the facts as I knew them and the reasoning I used to form the opinions given there. New information has been supplied to me in the course of deposition and discovery since that time. All opinions are held to a reasonable degree of scientific certainty and are subject to change upon receipt of further evidence or information regarding this topic. I also reserve the right to respond to criticisms offered by defense experts or other parties. For brevity, in what follows I will refer to "postsurgical use of intra-articular pain pump catheters" as intra-articular pump use, and I will refer to "postarthroscopic glenohumeral chondrolysis" as chondrolysis.

**2. The Wiater et al. study**

A comparative clinical epidemiologic investigation of the association between intra-articular pump use and chondrolysis was described by Dr. Matsen in the transcript of his testimony of 5 March 2009 in re Grossnickle et al. vs. Stryker Corp. et al. This study is based on arthroscopic shoulder surgeries performed in the practice of Dr. Brooke Benz, M.D., from 1996 to 2008. At

RECEIVED
DEC 16 '09
EGH

the time of my report of 24th August, 2009, no details about this study were available apart from the brief description provided in Dr. Matsen's testimony, hence I did not give this study the same prominence as the study by Hansen et al. (based on the Beck case series) published in the American Journal of Sports Medicine in 2007.

Recently, however, a paper describing the study authored by Wiater, Neradilek, Pollissar, and Matsen has become available (document 146, filed 9/28/09). This paper provides extensive detail and analysis of the data in question, accounting for issues of concern including associations of other factors with the occurrence of chondrolysis, and issues of incomplete follow-up. Based on my review of the paper, I would now regard the study as adding considerable and significant evidence linking intra-articular pump use to subsequent chondrolysis, beyond the original Hansen et al. study.

As in the Hansen et al. study, in the Wiater et al. study chondrolysis occurred only in those receiving intra-articular pumps, leading to an enormous (effectively infinite) relative risk relating intra-articular pumps to chondrolysis. Further analysis by Wiater et al. found that no other factor appeared to have anything approaching the association with chondrolysis seen for intra-articular pain pumps, and most factors had little or no association with pain pumps. This result, along with other analyses presented in Wiater et al. and the examination of results by differing follow-up status, provides strong evidence that confounding and selection bias are not viable explanations for the enormous association of intra-articular pain pumps with chondrolysis.

**3. The Issue of Confounding and Follow-Up Bias**

In the course of my deposition on this case, defense counsel raised a number of intriguing but speculative theories as alternative explanations for the enormous association of intra-articular pain pumps with chondrolysis seen in the Hansen et al. study, such as that the association could be due to suture type or other factors or combinations used by the surgeon, Dr. Beck. These possibilities (which are known as confounding hypotheses) could not be ruled out with 100% certainty unless one had detail on the procedures for those with and without intra-articular pump placement (Hansen et al. presented detailed procedural data only on those with intra-articular placement).

Nonetheless, Section 4 of my original report provides an extensive discussion of confounding and why such speculative explanations do not constitute evidence against the hypothesis that intra-articular pump placement is the cause of the chondrolysis seen in the Hansen et al. study. To repeat briefly, no one has provided data to show that the alternative factors are strongly associated with intra-articular pumps, or that they can elevate risk of chondrolysis beyond 60%. Both these conditions would need to be satisfied for these other factors to fully explain away the association of intra-articular pumps with chondrolyis as seen in Hansen et al. Yet Hansen et al. reported no other associations of factors with chondrolysis; this fact suggests that there were no such enormously strong other factors, for if those did exist they would have been as obviously associated with chondrolysis as was the intra-articular pump. Furthermore, we can now see that Wiater et al., in an independent study of another surgeon, also could find no such factor, even though they examined other factors in detail.

In a fashion similar to that required to produce confounding, in order for biased follow-up or detection to explain the enormous association of intra-articular pain pumps with chondrolysis, there would have to be a factor that is at once enormously associated with both intra-articular pain pumps and successful follow-up for or detection of chondrolysis. In this regard, not even a single speculative factor with these properties has been offered as a viable alternative to the hypothesis that intra-articular pump use caused the chondrolysis

I therefore still regard as profoundly speculative the idea that confounding ("other factors") or differential detection (biased follow-up) could explain the observed association of intra-articular pumps with chondrolysis. This alternative is based on no scientific evidence for the enormous associations that would be needed for other factors to explain away the observed association, and is in fact contradicted by the Wiater et al. study. The hypothesis that some aspect of intra-articular pump use (e.g., the composition of the injected fluid) caused the chondrolysis is straightforward and requires no contrived, improbable, or speculative auxiliary hypothesis to operate.

Furthermore, as in my original declaration, I note that Dr. Matsen testified that chondrolyis ceased occurring in the Benz practice after use of intra-articular pumps was discontinued in 2006. No other factor has been reported as resulting in a cessation of chondrolysis in the wake of its removal, so again the intra-articular pain pump stands apart in having evidence in support of its causing chondrolysis.

**4. The Limits of Scientific Certainty**

Never in science are all alternative hypotheses ruled out with 100% certainty, and therefore one can never be 100% certain one has the correct explanation in hand. That is one feature that distinguishes science from other systems of interpreting the world, and is why even the most well-established and widely used theories in science are still called theories, even when there use is established and accepted in all phases of everyday technology, engineering, and medicine. For example, quantum theory is at the foundation of products on which our lives today may depend, including medical scanning technologies and many other devices; yet it is still called a theory. The question before anyone forming judgments and making decisions is whether any available theory (explanation) is best supported by the available data, or facts; it is not whether one can rule out with 100% certainty any imaginable alternative. Were it otherwise, we would not be able to act upon the knowledge that even smoking tobacco is harmful, for to this very day we cannot be 100% certain that (as the famous statistician R.A. Fisher argued) there is no genetic factor that both makes people smoke and harms their health to the extent that smoking is simply an innocent bystander. In this regard, I again note that the two studies completed thus far of intra-articular pain pumps and chondrolysis both exhibit far larger associations than ever seen for smoking and any disease, including lung cancer.

As noted in my original report, epidemiologists have long attempted to list considerations that can aid in forming sound judgments from available data. Indeed, I have been involved in a number of those attempts (e.g., see Working Group reports listed in my vita). It should be noted however that these lists have been developed to confront common situations in which the elevations in risk under debate are small (relative risks under 4) compared to those seen with intra-articular pain pumps and chondrolysis (relative risks in the hundreds). When the relations

under study are not large, it is easy to imagine how alternative explanations (such as confounding and biased follow-up) could have produced them. But when the relations under debate are enormous, as seen in the present case, alternative explanations face a much more difficult challenge to credibility: They must invoke effects that are themselves enormous and thus (by virtue of their enormity) should have been noticed in the course of study if indeed they existed. Again, for the studies of Hansen et al. and Wiater et al., no evidence has been given for such an alternative enormous effect of some factor or cluster of factors on the occurrence or detection of chondrolysis.

**5. Conclusion**

In light of details brought to my attention by defense counsel during my deposition and the additional details now available about the Wiater et al. study (Matsen, using the Benz surgeries) I would amend the concluding paragraph from my original report as follows:

The association of intra-articular use of pain pumps with chondrolysis observed in the studies by Hansen et al. and by Wiater et al. is exceptional and unusual, with many cases of chondrolysis observed among patients who received these pumps and no cases observed among patients who did not receive these pumps. I thus find it far more credible and consistent with other findings that some aspect of intra-articular use of pain pumps in these studies played a role in the causation of chondrolysis in the patients in these studies. No comparative data supporting alternative explanations (such as confounding or biased follow-up) have been offered for the dramatic associations observed in these studies. Thus, with high certainty I would infer that the intra-articular placement of the pain-pump catheters was a primary and essential contributing

factor to the development of chondrolysis in the cases reported by Hansen et al. and by Wiater et al.

November 3, 2009

Sander Greenland, M.A., M.S., Dr.P.H., C.Stat.