49. "Shoulder Pathology: Its Evaluation and Treatment," Sacred Health Medical Center, Spokane, WA, April 10-11, 1987.

50. Moderator for "Multidirectional Instabilities, Surgical Repairs, Use of Arthroscope and Failed Reconstruction," American Academy of Orthopaedic Surgeons, 55th Annual Meeting, Atlanta, Georgia, February 4-9, 1988.

51. Primary Care Orthopaedics Course, "Management of Shoulder Pain," Seattle, Washington, February 26-27, 1988.

52. Panel member, "Perspective on Shoulder Arthroscopy," Annual Summer Institute, American Academy of Orthopaedic Surgeons, San Diego, CA, September 7-11, 1988.

53. 16th Annual Advances in Family Practice, "Evaluation and Management of Shoulder Problems", Seattle, WA, September 12-16, 1988:

54. Moderator for Glenohumeral Dislocations session, Fourth International Conference on Surgery of Shoulder (ASES), Waldorf Astoria, NY, October 3-7, 1989.

55. Moderator for Instructional Course Lecture on "The Shoulder: Rotator Cuff" and moderator for the Symposium of RC Failures, American Academy of Orthopaedic Surgeons, 57th Annual Meeting, New Orleans, LA, February 7-13, 1990.

56. "Shoulder Problems," Resident Conference, University of Washington Department of Family Medicine, Seattle, WA, February 28, 1990.

57. American Academy of Orthopaedic Surgeons, Summer Institute (Intensive Surgical Skills), #701 Current Shoulder Surgical Management, Monterey, California, September 10-12, 1990.
    a. Moderator: Panel on Perspective on Arthroscopy of the Shoulder
    b. Moderator: Laboratory Session: Diagnosis of Shoulder Problems (Physical Examination, X-rays, and Special Techniques)
    c. Moderator: Panel on Instability of Shoulder
    d. Faculty: Laboratory session on Shoulder Instability
    e. Faculty: Laboratory session on Problem Cases on Instability and Trauma
    f. Faculty: Laboratory session on Rotator Cuff Disease and Total Shoulder Replacement
    g. Faculty: Laboratory session on Anterior Acromioplasty, Cuff Repair, Total Shoulder Replacement

58. Family Practice Update "Office Orthopaedics—Problem Solving," Seattle, WA, September 13, 1990.

59. Moderator for "Shoulder and Elbow Instability Session," American Shoulder and Elbow Surgeons Closed Meeting, Chicago, IL, November 6-10, 1990.

60. American Academy of Orthopaedic Surgeons, 58th Annual Meeting, Anaheim, California, March 6-12, 1991.
    a. Moderator: Scientific Session on the Shoulder: Rotator Cuff
    b. Moderator: Case Controversies: The Shoulder
    c. Panel member: In Vivo Measurement of Glenohumeral Stability in Eight Normal Male Shoulders

61. American Shoulder and Elbow Surgeons, 7th Annual Open Meeting, Anaheim, California, March 10, 1991
    a. Moderator: Shoulder Anatomy, Kinesiology
    b. Symposium: Diagnostic Evaluation of Painful Shoulder Problems - "Ultrasound in Evaluation of the Rotator Cuff"

62. P.J. Kelly Award Visiting Professor, Mayo Clinic, Rochester, MN, May 30-June 1, 1991.

63. Faculty and Panel Member, "Impingement and Rotator Cuff Tears" and "Arthroplasty of the Shoulder," AAOS Common Shoulder Problems, Vail, Colorado, December 6-10, 1991.

64. American Academy of Orthopaedic Surgeons, 59th Annual Meeting, Washington, D.C., February 20-25, 1992.
    a. Faculty member: Case Controversies: Shoulder Injuries
    b. Moderator: Symposium: The Painful Shoulder: Diagnosis Treatment and Evaluation

65. American Shoulder and Elbow Surgeons, 8th Annual Open Meeting, Washington, D.C., February 23, 1992.
    a. "How-To" Video: My Technique of Open Anterior Stabilization"
    b. Case Presentations to the Experts – one of the experts
    c. Debate with Dr. Caspari – Arthroscopic approach versus Open Approach Stabilization

66. Faculty Demonstration (lab): "Acromioplasty Cuff Repair and Anterior Instability Repair," American Academy of Orthopaedic Surgeons, Summer Institute, Seattle, WA, September 21-23, 1992.

67. Instructor, Symposium on "Cost Effectiveness of Shoulder diagnosis and Treatment, "American Academy of Orthopaedic Surgeons, 60th Annual Meeting, San Francisco, CA, February 18-23, 1993.

68. Faculty/Instructor, Symposium on "Multidirectional Instability – Evolving Concepts," American Shoulder and Elbow Surgeons, 9th Annual Open Meeting, San Francisco, CA, February 21, 1993.

69. Moderator, "Shoulder Panel," Western Orthopaedic Association Meeting, Seattle, Washington, September 1, 1993.

70. Panel: Round Table Symposium: "Instability Surgery: Complications and Failures," American Shoulder and Elbow Surgeons, Annual Closed Meeting, Richmond, Virginia, October 30-31, 1993.

71. Instructor, Symposium on "Anterior Traumatic Instability of the Shoulder: Arthroscopic vs. Open Approach." Specific lecture: "Laxity and Instability: Definitions and Basic Principles," American Academy of Orthopaedic Surgeons, 61st Annual Meeting, New Orleans, LA, February 24-March 1, 1994.

72. Moderator, "Other Shoulder Problems," American Shoulder and Elbow Surgeons, 10th Annual Open Meeting, New Orleans, LA, February 27, 1994.

73. Moderator, "Shoulder Instability," American Shoulder and Elbow Surgeons, Annual Closed Meeting, Manchester, Vermont, September 26-28, 1994.

74. Moderator, Lecture Demonstrations: The Rotator Cuff #331L and Glenohumeral Instability #351L, American Academy of Orthopaedic Surgeons, 62nd Annual Meeting, Orlando, FL, February 16-21, 1995.

75. Raney Visiting Professor, Chapel Hill, North Carolina, May 2-5, 1995.

76. Moderator, Lecture Demonstrations: The Rotator Cuff and Shoulder Fusion #208 and Glenohumeral Instability #244, American Academy of Orthopaedic Surgeons, 63rd Annual Meeting, Atlanta, GA, February 21-26, 1996.

77. Moderator, "Shoulder Disorders," American Academy of Orthopaedic Surgeons, 64th Annual Meeting, San Francisco, CA, February 13-17, 1997.

78. "Difficult Rotator Cuff Tears" Symposium, American Shoulder and Elbow Surgeons, Annual open meeting, San Francisco, CA, February 16, 1997.

79. "TSR-Decision Making: How to do it Best" Symposium, American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, LA, March 19, 1998.

80. Moderator, "Shoulder Miscellaneous," American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, LA, March 20, 1998.

81. Faculty/Instructor, ICL #306 "Shoulder Arthroplasty: Current Techniques," American Academy of Orthopaedic Surgeons, Annual Meeting, Orlando, FL, March 17, 2000.

82. Faculty/Instructor, ICL #402 "Open and Arthroscopic Instability Repairs," American Academy of Orthopaedic Surgeons, Annual Meeting, San Francisco, CA, March 4, 2001.

83. Visiting Guest Professor for the Ferguson Lectureship, Pittsburgh, PA, April 21-26, 2001.

84. Faculty/Instructor, Symposium "Modern Shoulder Arthroplasty for the Treatment of Arthritis: Are Our Patients Better Off," American Academy of Orthopaedic Surgeons, Annual Meeting, Dallas, TX, February 13-17, 2002.

85. Faculty/Instructor, Symposium "Rationale Approach to Cuff Tendinosis and Tear," American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, LA, February 5-9, 2003.

86. Moderator, Symposium "Principles and Procedures for Anterior Glenohumeral Instability: An International Perspective," American Academy of Orthopaedic Surgeons, Annual Meeting, San Francisco, CA, March 10-14, 2004.

87. Faculty/Instructor, ICL #229 "Open and Arthroscopic Instability Repairs," American Academy of Orthopaedic Surgeons, Annual Meeting, San Francisco, CA, March 11, 2004.

88. Faculty/Instructor, ICL #269 "Operative Management of Rotator Cuff Tears," American Academy of Orthopaedic Surgeons, Annual Meeting, San Francisco, CA, March 11, 2004.

89. Moderator, Symposium "Principles and Procedures for Anterior Glenohumeral Instability: An International Perspective," American Academy of Orthopaedic Surgeons, Annual Meeting, Washington, DC, February 23, 2005.

90. Faculty/Instructor, ICL #206 "The Technique, Theory and Results for the Reverse (Delta-Type) Shoulder Prosthesis," American Academy of Orthopaedic Surgeons, Annual Meeting, Chicago, Illinois, March 23, 2006.

91. Moderator, Symposium "Principles and Procedures for Anterior Glenohumeral Instability: An International Perspective," American Academy of Orthopaedic Surgeons, Annual Meeting, Chicago, Illinois, March 24, 2006.

92. Moderator, Symposium "Instability," American Shoulder and Elbow Surgeons, Annual Meeting, Chicago, Illinois, March 25, 2006.

## 11. EDITORIAL RESPONSIBILITIES:

Clinical Orthopaedics and Related Research, Associate Editor, July 1981-March 1986

Journal of Orthopaedic Research, Associate Editor, February 1982-June 1992.

Video Journal of Orthopaedics, Medical Video Productions, Editor, October 1985-present.

Video Journal of Orthopaedics, Medical Video Productions, Member, Board of Editors, 1989-present.

American Journal of Roentgenology from articles in Clinical Orthopaedics and Related Research and Orthopaedic Clinics of North America, Abstractor, 1976-1978.

## 12. SPECIAL NATIONAL RESPONSIBILITIES:

*American Academy of Orthopaedic Surgeons*

Basic Sciences Committee, 1980-January 1982
Chairman, Program Committee, 55th Annual American Academy of Orthopaedic Surgeons Meeting in Atlanta, GA, 1988
Chairman, Committee on Shoulder and Elbow, 1990 - 1993 (3 years)
Committee on the Shoulder, 1982-1984, 1984-1986
Committee on Shoulder and Elbow, 1987-1993
Coordinating Committee, 1987
Member-at-Large, Board of Directors, 1984-85 (1 year)
Program Committee, 1985 to 1990
Representative to the Council of American Societies of American Association of Medical Colleges, 1985 and 1987 (2 years)
Sub-Committee on Upper Extremity, 1991 (1 year)

*American Medical Association*

Residency Review Committee on Orthopaedic Surgery, November 1981-1986

*American Orthopaedic Association*

ABC Exchange Fellowship Committee, 1990-1993
Committee on Residents' Conference, 1990-1994

*American Shoulder and Elbow Surgeons*

Chairman, Membership Committee, 1982-1988
Chairman, Research Committee, 1983-1985
Chairman, 3rd Annual ASES Open Meeting, San Francisco, CA, 1987
Continuing Education Committee, 1995-1998
Executive Committee, 1989 – 1993
Nominating Committee, 1987
Planning & Development Committee, 1989-91, 1996-1998
President, American Shoulder & Elbow Surgeons, 1991 (1 year)
Program Committee, 5th Annual Open Meeting, 1989

*Association of Bone and Joint Surgeons*

Membership Committee, 1983-1984

*Committee Composed of Seattle Orthopaedists/Rheumatologists*

Committee to Revise the Guidelines for the Physicians Management of Rheumatic Disease, 1984-1986

*Orthopaedic Research and Education Foundation*

Grant Review Committee, 1982-1983
Review panel for completed projects, 1990-1993
Washington State Fund Raising Chairman, 1988-1989

*Washington State Chapter, Arthritis Foundation*

Public Education and Information Committee, 1984-present
Board of Directors, January 1, 1995-December 31, 1997
Web Site Advisory Panel, March 1996-March 1997

*Washington State Orthopaedic Association*

Regional Representative for the University of Association Washington Orthopaedists, 1986-present

*3M Orthopaedic Company*

3M Professional Orthopedic Consultant Panel, Orthopedic Products Division, 3M Company, 1983-present

13. **SPECIAL LOCAL RESPONSIBILITIES:**

**A. University of Washington (UWSOM, UWMC, UWP)**

Chairman, Emergency Hospital Services Committee, 1976-1984

UWMC Medical Staff Administrative Committee (MSAC), 1978-1990

School of Medicine's Academic Affairs Committee, 1978-1982

Chairman, Academic Affairs Committee, Sub-Committee on Under Represented Minority Students, 1979

Self-Study Subcommittee on Faculty, 1981-1983

Chairman, Functional Program Planning Sub-Committee Operating Room/Anesthesia User Group, 1981

Functional Program Planning Sub-Committee Ambulatory Care/ER User Group, 1981-present

Hospital Board Ambulatory Care Planning Sub-Committee, August 1981-1984

School of Medicine's Search Committee for Department of Radiology Chairman, 1982-1983

Ambulatory Care Advisory Committee, 1982

University of Washington Physicians Planning Committee, State & Financial Planning Workshops, 1982-1986

University of Washington Physicians Management Committee, 1982-1996

School of Medicine's Search Committee for Department of Surgery Chairman, 1982-1983

Surgical Task Force Committee, 1983-1993

University of Washington Physicians Out-Referral Task Force, 1983-1984

School of Medicine's Appointments and Promotions Committee, 1983-1986

Market Research Analysis Task Force, 1984-1986

University Hospital/School of Medicine Capital Campaign Steering Committee, 1984-1986

Ambulatory Care Planning Committee, 1984-present

Facilities Committee (School of Medicine Interface) 1985-1989

Internal Review Committee of Department of Obstetrics and Gynecology, 1985-1986

University of Washington Physicians Marketing Committee, 1985-1989

University of Washington Physicians, Subcommittee of AUP to work on Marketing Issues, 1985-1989

University of Washington Physicians, Subcommittee on new name for AUP, November, 1985-1986

Board Joint Conference Committee, 1986-1987

University of Washington Physicians, Ad Hoc Physicians Committee of UH USERS' Task Force Marketing Committee, January 1986-May 1987

University of Washington Physicians, Ad Hoc Committee to examine HMOs, August 1986-1987

Medical School Executive Committee, 1986-present

Medical School Executive Committee Steering Committee, 1986-present

Ad Hoc Clinical Chairs Committee, 1986-present

Coordinator, 1986, 4th Annual University of Washington Symposium in the Biomedical Sciences, 1986

Faculty Senate, September 1986-September 1988

Sullivan Implementation Committee, 1987

Co-Chair, 1987 University of Washington Health Sciences Open House, Seattle, Washington, April 10-11, 1987.

Chairman, Operating Room Committee, 1987-1993

University of Washington Physicians Chairman, Marketing Committee, 1987-1989

University of Washington Health Plans Board Planning Committee, 1987-1990, 1993-1996

Chair, Review Committee for Director of Center of Bioengineering, 1988

University of Washington Physicians Board of Trustees, Orthopaedics, July, 1988-present

Chair, 1989 University of Washington Health Sciences Open House, Seattle, Washington, April 28-29, 1989.

UWMC/UWSOM Clinical Planning Task Force Committee, July 1, 1989-1995, 1998

General Chair, Health Sciences Open House, 1989

Chairman, Medical School Student Advising Task Force, 1989-1990

School of Medicine's Search Committee for the Dean of the School of Medicine, 1990

UWMC Joint Conference Committee of Board, July 1, 1990-June 1, 1991

Surgery Search Committee for Chairman of the Department of Surgery, 1990-1993

Chairman, Anesthesiology Search Committee for Chairman of the Department of Anesthesiology, 1992-1993

School of Medicine's Ad Hoc Committee for Clinical Cancer Program Planning, 1992

School of Medicine's Academic Planning Committee, 1992-1993

School of Medicine's Research Planning Committee, 1992

Chairman, School of Medicine's Graphic Identity Committee, 1992

University of Washington Physicians Member, School of Medicine's Patient Care Planning Committee, 1992

University of Washington Physicians Member, Payor Relations Search Committee for the Director of Managed Care and Payor Relations, 1992-1993

Vice-President, University of Washington Physicians, 1992-1993

School of Medicine's Sites of Practice and Medical Practice Initiatives Committee, 1993-2003

School of Medicine's Clinical Management Committee, 1993-1996

School of Medicine's Industry Relations Ad Hoc Committee, 1993-1995

University of Washington Medical Center Finance Committee Board, July 1993-July 1996

President, University of Washington Physicians Board of Trustees, July 1993-July 1996

President, University of Washington Physicians Management Committee, July 1993-July 1996

Board of Directors, Children's University Medical Group, July 1993-July 1996

University of Washington Physicians, Subcommittee on Quality Improvement, April 1996-1997

Fred Hutchinson Cancer Research Center/University of Washington School of Medicine Faculty Practice Advisory Committee (FPAC), July 1994-present

Hamilton/KSA Steering Committee Meetings, 1995

Primary Care Network Steering Committee, 1995–1996

School of Medicine's Federal Advisory Committee, 1995-1997

Surgical Services Steering Committee, 1995-present

School of Medicine's Clinical Management Committee, Subcommittee on Medical and Surgical Specialties, 1995-1996

School of Medicine's Clinical Management Committee, Subcommittee on Telemedicine, 1996-1997

School of Medicine's Ad Hoc Academic Planning Committee, 1996

School of Medicine's Advisory Committee on Dean of the School of Nursing Search, 1997-1998

School of Medicine's Residency Position Review Committee, 1997-1999.

School of Medicine's Full-time Clinical Faculty Ad Hoc Committee, 1997-present

School of Medicine's Committee on Clinical Research, 1998-present

School of Medicine's Ad Hoc Committee to Review UW Physicians, 1998-present

Joint CUMG/UWP 1999 Annual Program Committee, 1999.

School of Medicine's Advisory Committee on the Dean of the College of Arts and Sciences, July 1998-March 1999

School of Medicine's Search Committee for Rehabilitation Medicine Chair, 1999-2002.

UWMC, Ad Hoc Committee on Access, April 1999 - .

**B. Department of Orthopaedic Surgery**

**1. University of Washington Medical Center**

Director, Department of Orthopaedics Residency Program, 1978-1981
Department of Orthopaedics Burgess M. Burgess Endowed Chair Steering Committee, 1983-1984
Orthopaedic Career Advisor to Medical Students, 1983-present
Executive Council, Northwest Tissue Center, 1988-present
Chairman, Dept. of Orthopaedics Budget Steering Committee, 1994-1995
Bone and Joint Center/Sports Medicine Marketing Committee, 1995-present
Chairman, Dept. of Orthopaedics, Budget Council Steering Committee, 1997-present
Chairman, Dept. of Orthopaedics Computer Support Group, 1997-present
Chairman, Dept. of Orthopaedics Clinical Advisory Group, 1998-present

**2. Children's Hospital and Medical Center**

Professional Partnership Committee, 1982-1984

**3. Seattle Veterans Administration Puget Sound Health Care System**

Member, Dean's Committee 1986-present

14. **RESEARCH FUNDING:**

## A. Previously Funded Projects

1. NIH Training Grant, "Compartmental Syndromes," Principal Investigator, $24,434. July 1, 1973-June 30, 1974.

2. Orthopaedic Research Education Foundation Grant, "Pressure on Swelling," Principal Investigator, $5,000. October 7 1973-September 3, 1974.

3. Seattle Foundation, "Fracture Swelling," Principal Investigator, $3,500. April 1, 1974-June 30, 1975.

4. Boeing Employees Good Neighbor Fund Grant, "Measurement of Intracompartmental Pressure," Principal Investigator, $3,500. September 18, 1975-June 30, 1976.

5. University of Washington School of Medicine, General Research Support Grant, to study "Rheumatoid Arthritis of the Shoulder," Principal Investigator, $2,000. December 1, 1975-December 31, 1977.

6. Orthopaedic Research and Education Foundation Grant, "Intracompartmental Pressure Measurement in the Diagnosis of the Compartmental Syndrome," Principal Investigator, $7,226. October 1, 1976-September 30, 1977.

7. National Institutes of Health Research Grant, "Increased Pressure in Compartments of the Extremities," Principal Investigator, $58,223. January 1, 1977-December 31, 1978.

8. Seattle Medical Research Foundation Grant, "High Pressure Mace," Principal Investigator, $2,000. June 1, 1977.

9. Orthopaedic Research and Education Foundation Grant, "The Effect of Increased Tissue Pressure and of Elevation on Muscle Oxygenation in Man," Principal Investigator, $6,000. April 1, 1978-March 30, 1979.

10. University of Washington School of Medicine Biomedical Research Support Grant to support a predoctoral research assistant to assist research on "Increased Pressure in Compartments of the Extremities," Principal Investigator, $5,000. January 1, 1978-December 31, 1978.

11. National Institutes of Health Research Grant, "Increased Pressure in Compartments of the Extremities," Principal Investigator, $79,608. April 1, 1979-March 31, 1981.

12. Veterans Administration Grant #67: "Transcutaneous Oxygen Tension as a Predictor of Wound Healing," Principal Investigator, $202,558. October 1, 1980-September 30, 1983.

13. Veterans Administration Grant #67-2: "Predictive Value of Transcutaneous $PO_2$ in Peripheral Vascular Disease," Principal Investigator, $237,358. October 1, 1983-September 30, 1986.

14. 3M Orthopaedics Products Grant: "For Interactive Graphics for Orthopaedic Surgery Project," Principal Investigator, $3,000. 1984.

15. Johnson and Johnson Grant: "For Interactive Graphics for Orthopaedic Surgery", Principal Investigator, $5,000. 1984.

16. Veterans Administration Merit Review Grant, "Altered Collagen and Wound Metabolism in Nonhealing Diabetic Ulcers," (Co-Investigator), $183,718. October 1, 1984-September 30, 1987.

17. Research Agreement with Xenotech Laboratories, Inc., California and University of Washington to Measure 3-Dimensional Flexion of Cadaver Knees, $25,000. September 1, 1985-March 1, 1986.

18. M.J. Murdock Charitable Trust Grant for "Interactive Graphics in Orthopaedic Education,"$86,000. October 1, 1985.

19. Richards Medical Company Grant: "Robotics Program," $10,000. January 1986-December 1987.

20. National Institutes of Health Grant: "Ligament Insertions: Relations in the Moving Knee," $166,079. April 1, 1986-March 31, 1989.

21. Richards Medical Company Grant: "Investigation of the Effect of Total Knee Components Position on the Stability and Function of the Resulting Arthroplasty," $63,000. July 1, 1986-June 30, 1987.

22. Veterans Administration RR&D Grant: "Circulatory and Mechanical Response of Skin to Compression Loading," $190,960. October 1986-September 1989.

23. Orthopaedic Research Education Foundation Grant for Microsurgery Laboratory, Principal Investigator, $9,625. January 1, 1987-December 31, 1987.

24. Prosthetics Research Study Grant: "Quantitative Measurement and Description of Socket Rectification Techniques," $103,523. October 1987-September 1988.

25. 3M Orthopaedic Products Grant: Basic Research Grant, Principal Investigator, $3,000. 1987.

26. M. J. Murdock Charitable Trust Grant: "Materials Testing System for Harborview Biomechanics Laboratory," $220,000. July 1, 1987-June 30, 1988.

27. National Institute of Diabetes and Digestive and Kidney Diseases. September 19, 1988-August 31, 1993.

28. Veterans Administration: Automated Fabrication of Mobility Aids Quantitative Measurement and Description of Socket Rectification Techniques, $83,254. October 1, 1988-September 30, 1989.

29. National Institute of Diabetes and Digestive and Kidney Diseases: Molecular Medicine Training Program Grant, Co-Principal Investigator (Principal Investigator: George Stamatoyannopoulos), $904,310, July 1, 1989-June 30, 1994.

30. National Institutes of Health: Motion at the Glenohumeral Joint: Capsular Effects, Co-Principal Investigator, $525,307. July 1, 1990-June 30, 1993.

31. NIH, ASES, and AAOS: Shoulder Research Workshop: The Shoulder: Balance of Mobility and Stability. NIH-$20,000, ASES-$15,000, AAOS-$35,000. September 13-15, 1992.

32. Orthopaedic Research and Education Foundation: Scapulohumeral Balance: Angular Range of Stability for the Glenohumeral Joint, Faculty Sponsor, $9,282. January 1, 1993-December 31, 1993.

33. Bristol-Myers/Zimer Grant for Excellence in Orthopaedics: Collaborative Opportunities in Orthopaedic Traumatology Research, $250,000. January 1, 1993-December 31, 1997.

34. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. March 1, 1995-June 30, 1995.

35. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. March 1, 1996-June 30, 1996.

36. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. March 1, 1997-June 30, 1997.

37. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. March 1, 1998-June 30, 1998.

38. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. October 1, 1998-March 31, 1999.

39. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. October 1, 1999-March 31, 2000.

40. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. October 1, 2000-March 31, 2001.

41. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. October 1, 2001-March 31, 2002.

42. Orthopaedic Research and Education Foundation: Hark Lectureship, Principal Investigator, $2,500. October 1, 2002-March 31, 2003.

B. **Actively Funded Projects**

1. OREF Prospective Clinical Grant: The Shoulder Function and Health Status of Individuals with Documented Rotator Cuff Tears Before and After Treatment: A Multicentered Prospective Study. Co-Principal Investigator, $89,308. July 1, 1997-June 30, 2000.

## 15. BIBLIOGRAPHY:

A. **Journal Articles Published - Peer Reviewed**


1. Lipscomb, H.S., Wilson, C., Retiene, K., Matsen III, F.A., and Ward, D.N.: The Syndrome of Inappropriate Secretion of an Antidiuretic Hormone: A Case Report and Characterization of an Antidiuretic Hormone-like Material Isolated from an Oat Cell Carcinoma of the Lung. *Cancer Res.*, 28:378-383, 1968.

2. Burdine, J.A., Waltz, T.A., Matsen III, F.A., and Rapp, F.: Localization of $^{113m}$Indium-Chelates Compared with $^{99m}$Technetium-Sodium Pertechnetate in Experimental Cerebral Lesions. *J. Nuclear Med.*, 10:290-293, 1969.

3. Rapp, F., Pauluzzi, S., Waltz, T.Z., Burdine, J.A., Matsen III, F.A., and Levy, B.: Induction of Brain Tumors in Newborn Hamsters by Simian Andenovirus SA7. *Cancer Res.*, 29:1173-1178, 1969.

4. Schnall, G.L., Zeiger, L.S., DiChiro, G., Briner, W.H., and Matsen III, F.A.: Clinical Comparison of Two $^{99m}$Tc Tracers for Brain Scanning: Pertechnetate vs. Labeled Albumin. *Radiology*, 99:361-368, 1971.

5. Matsen III, F.A., and West, C.R.: Supracortical Fluid: A Monitor of Albumin Exchange in Normal and Injured Brain. *Am. J. Physiol.*, 222:532-539, 1972.

6. West, C.R., and Matsen III, F.A.: Effects of Ischemia on Electrolytes of Cortical CSF and on Brain Water. *J. Neurosurg.*, 36:687-699, 1972.

7. Matsen III, F.A., and Krugmire, R.B.: The Effect of Externally Applied Pressure on Postfracture Swelling. *J. Bone Joint Surg.*, 56-A:1586-1591, 1974.

7a. Above article condensed in *Modern Medicine*, 43:121, 1975.

8. Matsen III, F.A., and Clawson, D.K.: The Deep Posterior Compartmental Syndrome of the Leg. *J. Bone Joint Surg.*, 57-A:34-39, 1975.

9. Matsen III, F.A., Questad, K., and Matsen, A.L.: The Effect of Local Cooling on Postfracture Swelling--A Controlled Study. *Clin. Orthop.*, 109:201-206, 1975.

10. Matsen III, F.A., and Staheli, L.T.: Neurovascular Complications Following Tibial Osteotomy in Children--A Case Report. *Clin. Orthop.*, 110:210-214, 1975.

11. Matsen, F.A.: Compartmental Syndrome: A Unified Concept. *Clin. Orthop.*, 113:8-14, 1975.

11a. Above article in *Traumatic Medicine and Surgery for the Attorney*, 4:675-685, Nov., 1976.

12. Sheridan, G.W., and Matsen III, F.A.: An Animal Model of the Compartmental Syndrome. *Clin. Orthop.*, 113:36-42, 1975.

13. Sheridan, G.W., and Matsen III, F.A.: Fasciotomy in the Treatment of the Acute Compartmental Syndrome. *J. Bone Joint Surg.*, 58-A:112-115, 1976.

14. Matsen III, F.A., Mayo, K.A., Sheridan, G.W., and Krugmire, R.B.: Monitoring of Intramuscular Pressure. *Surgery*, 79:702-709, 1976.

15. Sheridan, G.W., Matsen III, F.A., and Krugmire, R.B.: Further Investigation on the Pathophysiology of the Compartmental Syndrome. *Clin. Orthop.*, 123: 266-270, 1977.

16. Matsen III, F.A., Mayo, K.A., Krugmire, R.B., Sheridan, G.W., and Kraft, G.H.: A Model Compartmental Syndrome in Man with Particular Reference to the Quantification of Nerve Function. *J. Bone Joint Surg.*, 59-A:648-653, 1977.

17. Matsen III, F.A., Mayo, K.A., Sheridan, G.W., and Krugmire, R.B.: Continuous Monitoring of Intramuscular Pressure and Its Application to Clinical Compartment Syndromes. 9th European Conf. Microcirculation, Antwerp, Belgium, 1976. *Bibl. Anat.*, 15:112-115 (Karger-Basel), 1977.

18. Matsen III, F.A., and Krugmire, R.B.: Compartmental Syndromes. *Surg. Gynecol. Obstet.*, 147:943-949, 1978.

19. Matsen III, F.A.: Compartmental Syndromes. *New England J. Med.* (Editorial), 300:1210-1211, 1979.

20. Matsen III, F.A., King, R.V., Krugmire, R.B., Mowery, C.A., and Roche, T.: Physiological Effects of Increased Tissue Pressure. *International Orthopaedics (SICOT)*, 3:211-291, 1979.

21. Matsen III, F.A., Krugmire, R.B., and King, R.V.: Increased Tissue Pressure and Its Effect on Muscle Oxygenation in Level and Elevated Human Limbs. Nicholas Andry Award. *Clin. Orthop.*, 144:311-320, 1979.

22. Matsen III, F.A., Winquist, R.A., and Krugmire, R.B.: Diagnosis and Management of Compartmental Syndromes. *J. Bone Joint Surg.*, 62-A:286-291, 1980.

23. Matsen III, F.A., Wyss, C.R., King, R.V., and Simmons, C.W.: Effect of Acute Hemorrhage on Transcutaneous, Subcutaneous, and Intramuscular Oxygen Tensions. *Pediatrics*, 65:881-883, 1980.

24. Matsen III, F.A., Wyss, C.R., Pedegana, L.R., Krugmire, R.B., Simmons, C.W., King, R.V., and Burgess, E.M.: Transcutaneous $P0_2$ Measurement in Peripheral Vascular Disease--A Preliminary Report. *Surg., Gynecol., Obstet.*, 150: 525-528, 1980.

25. Matsen III, F.A.: Compartmental Syndromes. *Hosp. Prac.*, 15:113-117, 1980.

26. Matsen III, F.A., Wyss, C.R., Krugmire, R.B., Simmons, C.W., and King, R.V.: The Effects of Limb Elevation and Dependency on Local Arteriovenous Gradients in Normal Human Limbs with Particular Reference to Limbs with Increased Tissue Pressure. *Clin. Orthop.*, 150:187-195, 1980.

27. Matsen III, F.A., Bach, A.W., Wyss, C.R., and Simmons, C.W.: Transcutaneous $P0_2$: A Potential Monitor of the Status of Replanted Limb Parts. *Plast. Reconstr. Surg.*, 65:732-737, 1980.

28. Veith, R.G., Matsen III, F.A., and Newell, S.G.: Recurrent Anterior Compartmental Syndromes of the Leg Due to Intensive Use of Muscles. *Phys. Sportsmed*, 8:80-88, 1980.

29. Matsen III, F.A.: Investigation of Viability of the Neuromuscular Structures of the Extremities. *Bull. Prosthet. Res.*, 17:100-102, 1980.

30. Wyss, C.R., Matsen III, F.A., King, R.V., Simmons, C.W., and Burgess, E.M.: Dependence of Transcutaneous $P0_2$ on Local Arteriovenous Pressure Gradient in Normal Subjects. *Clin. Sci.*, 60:499-506, 1981.

31. Matsen III, F.A., Wyss, C.R., King, R.V., Barnes, D., and Simmons, C.W.: Factors Affecting the Tolerance of Muscle Circulation and Function for Increased Tissue Pressure. *Clin. Orthop.*, 155:204-210, 1981.

32. Matsen III, F.A., and Veith, R.: Compartmental Syndromes in Children. *J. Ped. Orthop.*, 1:33-41, 1981.

33. Clark, J.M., and Matsen III, F.A.: Primary Care of the Injured Wrist. *Consultant*, 21:38-49, 1981.

34. Matsen III, F.A., and Burgess, E.M.: Transcutaneous Oxygen Tension as Predictor of Wound Healing. *Bulletin of Prosthetics Research (Veterans Administration)*, 18:106, Spring 1981.

35. Burgess, E.M., and Matsen III, F.A.: Current Concepts Review. Determining Amputation Levels in Peripheral Vascular Disease. (Editorial). *J. Bone Joint Surg.*, 63-A:1493-1497, 1981.

36. Matsen III, F.A., Wyss, C.R., and Simmons, C.W.: The Effects of Compression and Elevation on the Circulation to the Skin of the Hand as Reflected by Transcutaneous $P0_2$. *Plast. Reconstr. Surg.*, 69:86-89, 1982.

37. Burgess, E.M., Matsen III, F.A., Wyss, C.R., and Simmons, C.W.: Segmental Transcutaneous Measurements of $P0_2$ in Patients Requiring Below-the-Knee Amputation for Peripheral Vascular Insufficiency. *J. Bone Joint Surg.*, 64-A:378-382, 1982.

38. Kilcoyne, R.F., and Matsen III, F.A.: Rotator Cuff Tear Measurement by Arthropneumotomography. *Am. J. Roentgenology*, 140:315-318, 1983.

39. Shuman, W.P., Kilcoyne, R.F., Matsen III, F.A., Rogers, J.V., Mack, L.A.: Double-Contrast Computed Tomography of the Glenoid Labrum. *Am. J. Roentgenology*, 141:581-584, 1983.

40. Wyss C.R., Matsen III, F.A., Simmons, C.W., and Burgess, E.M.: Trancutaneous Oxygen Tension Measurements on the Limbs of Diabetic and Nondiabetic Patients with Peripheral Vascular Disease. *Surgery*, 95:339-46, 1984.

41. Zuckerman, J.E., Matsen III, F.A.: Complications about the Glenohumeral Joint Related to the Use of Screws and Staples. *J. Bone Joint Surg.*, 66-A:175-180, 1984.

42. Matsen III, F.A., Wyss, C.R., Simmons, C.W., Robertson, C.L., and Burgess, E.; The Effect of Exercise upon Cutaneous Oxygen Delivery in the Extremities of Patients with Claudication and in a Human Laboratory Model of Claudication. *Surg. Gyn. Obstet.*, 158:522-528, 1984.

43. Matsen III, F.A., Wyss, C.R., Robertson, C.L., Oberg, A.P.: The Relationship of Transcutaneous P02 and Laser Doppler Measurements in a Human Model of Local Arterial Insufficiency. *Surg., Gynecol., Obstet.*, 159:418-22, 1984.

44. Mack, L.A., Matsen III, F.A., Kilcoyne, R.F., Davies, P.K., and Sickler, M.A.: Ultrasound: US Evaluation of the Rotator Cuff. *Radiology*, 157:205-209, 1985.

45. Matsen III, F.A., Wyss, C.R., Hammond, M.C., Robertson, C.L., Love, S., and Burgess, E.M.: Factors Relating to the Sensory Acuity of Limbs with Peripheral Vascular Insufficiency. *Surgery*, 99(4):455-462, 1986.

46. Wyss, C.R., Robertson, C., Love, S.J., Harrington, R.M., and Matsen III, F.A.: Relationship Between Transcutaneous Oxygen Tension, Ankle Blood Pressure and Clinical Outcome of Vascular Surgery in Diabetic and Nondiabetic Patients. *Surgery*, 101:56, 1987.

47. Barrett, W.P., Franklin, J.L., Jackins, S.E., Wyss, C.R., and Matsen III, F.A.: Total Shoulder Arthroplasty. *J. Bone Joint Surg.*, 69-A:865-872, 1987.

48. Olerud, J., Pecoraro, R., Burgess, E., McKnight, B., Wyss, C., Reiber, G., and Matsen III, F.A.: Reliability of Transcutaneous Oxygen Tension ($TcP_{O2}$) Measurements in Elderly Normal Subjects. *Scand. J. Clin. Lab. Invest.*, 47:535-541, 1987.

49. Castagno, A. A., W. P. Shuman, R.F. Kilcoyne, D.R. Haynor, M.E. Morris and F.A Matsen. : Complex fractures of the proximal humerus: role of CT in treatment. *Radiology* 165(3): 759-62, 1987.

50. Wyss, C.R., Harrington, R.M., Burgess, E.M., Matsen III, F.A.: Transcutaneous Oxygen Tension as a Predictor of Success after an Amputation. *J. Bone Joint Surg.*, 70A:203-207, 1988.

51. Sidles, J.A., Larson, R.V., Garbini, J.L., and Matsen III, F.A.: Ligament Length Relationships in the Moving Knee. *J. Orthop. Res.*, 6(4):593-610, 1988.

52. Mack, L.A., Nyberg, D.A., Matsen III, F.A.: Sonographic Evaluation of the Rotator Cuff., *Radiologic Clin. North. Am.*, Vol.26(1):161-177, 1988.

53. Mack, L.A., Nyberg, D.A., Kilcoyne, R.F., Harvey, D., and Matsen III, F.A., Sonography of the Post-Operative Shoulder. *Am.J. Roentgenology*, 150:1089-1094. 1988.

54. Downey, D.J., Simkin, P.A., Lanzer, W.L., Matsen III, F.A.: Hydraulic Resistance: A Measure of Vascular Outflow Obstruction in Osteonecrosis. *J. Orthop. Res.*, 6:272-278, 1988.

55. Franklin, J.L., Barrett, W.P., Jackins, S.E., and Matsen III, F.A.: Glenoid Loosening in Total Shoulder Arthroplasty: Association with Rotator Cuff Deficiency. *J. Arthroplasty*, 3(1):1-8, 1988.

56. Mack, L.A., Gannon, M.K., Kilcoyne, R.F., and Matsen III, F.A.: Sonographic Evaluation of the Rotator Cuff: Accuracy in Patients without Prior Surgery. *Clin. Orthop.*, 234:21-28, 1988.

57. Matsen III, F.A.: Compartment Syndrome: Part A: Pathophysiology of Compartment Syndromes. Instructional Course Lectures, Chapter 45, Vol. 38, 1989.

58. Matsen III, F.A.: Discussant for Dr. L. Bigliani's issue on Shoulder. Strategies in Orthop Surg., Vol. 8, #1, LTI Medica, Slingerands, 1989.

59. Thomas, S.C., Matsen III, F.A.: An Approach to the Repair of Glenohumeral Ligament Avulsion in the Management of Traumatic Anterior Glenohumeral Instability. *J. Bone Joint Surg.*, 71A(4):506-513, 1989.

60. Sangeorzan, B.J., Harrington, R.M., Wyss, C.R., Czerniecki, J.M., Matsen III, F.A.: Circulatory and mechanical response of skin to loading. *J. Orthop. Res.*, 7(3):425-431, 1989.

61. Harryman, D.T., Sidles, J.A., and Matsen III, F.A.: The Humeral Head Translates on the Glenoid with Passive Motion. In Proceedings of the Fourth International Conference on Surgery of the Shoulder, New York, NY, October 3-7, 1989.

62. Clark, J., Sidles, J.A., and Matsen III, F.A.: The Relationship of the Glenohumeral Joint Capsule to the Rotator Cuff. *Clin. Orthop.*, 254:29-34, 1990.

63. Kilcoyne, R.F., Shuman, W.P., Matsen III, F.A., Morris, M., and Rockwood, C.A.: The Neer Classification of Displaced Proximal Humeral Fractures: Spectrum of Findings on Plain Radiographs and CT Scans. Pictorial Essay. *AJR*, 154:1029-1033, 1990.

64. Neer, C., II, Matsen III, F.A., and Post, M.: Year Book Medical Publishers, 1990. In Surgery of the Shoulder, edited by Hawkins, R., Morrey, B.F., and Post, M., Mosby-year Book Inc, St. Louis, MO, 43:186-190, 1990.

65. Harryman II, D.T., Sidles, J.A., Clark, J.M., McQuade, K.J., Gibb, T.D., and Matsen III, F.A.: Translation of the Humeral Head on the Glenoid with Passive Glenohumeral Motion. *J. Bone Joint. Surg.*, 72A(9):1334-1343, 1990.

66. Czerniecki, J.M., Harrington, R.M., Wyss, C.R., Sangeorzan, B.J., Matsen III, F.A.: The Effects of Age and Peripheral Vasular Disease on the Circulatory and Mechanical Response of Skin to Loading. *Am. J. Phys. Med. Rehabil.* 69(6):302-306, 1990.

67. Collins, D.N., Harryman II, D.T., Lippitt, S.B., Jackins, S.E., and Matsen III, F.A.: The Technique of Glenohumeral Arthroplasty. *Techniques in Orthopaedics*, 6(1):43-59, 1991.

68. Matsen, F. A., 3rd.:Capsulorrhaphy with a staple for recurrent posterior subluxation of the shoulder. *J Bone Joint Surg Am* 73(6): 950, 1991.

69. Lippitt, S.B., Harryman II, D.T., Sidles, J.A., and Matsen III, F.A.: Diagnosis and Management of AMBRI Syndrome. *Techniques in Orthopaedics*, 6(1):61-73, 1991.

70. Gibb, T.D., Sidles, J.A., Harryman II, D.T., McQuade, K.J., and Matsen III, F.A.: The Effect of Capsular Venting on Glenohumeral Laxity. *Clinical Orthopaedics and Related Research*, 268:120-127, 1991.

71. Harryman II, D.T., Mack, L.A., Wang, K.Y., Jackins, S.E., Richardson, M.L., and Matsen III, F.A.: Rotator Cuff Repair: Correlation of Functional Results With Cuff Integrity. *J. Bone and Joint Surgery*, 73A:982-989, 1991.

72. Matsen III, F.A., Harryman II, D.T., and Sidles, J.A.: Mechanics of Glenohumeral Instabililty. *Clinics in Sports Medicine*, 10(4), 1991.

73. Arntz, C.T., and Matsen III, F.A.: Surgical Management of Complex Irreparable Rotator Cuff Deficiencies. *J. Arthroplasty*, 6(4), 1991.

74. Harryman II, D.T., Sidles, J.A., Harris, S., and Matsen III, F.A.: The Role of the Rotator Interval Capsule in Passive Motion and Stability of the Shoulder. *J. Bone and Joint Surgery*, 74A:53-66, 1992.

75. Matsen III, F.A.: Presidential Address: American Shoulder and Elbow Surgeons, Tenth Anniversary Annual Meeting. *J. Shoulder and Elbow Surg.*, 1:63, 1992.

76. Hawkins, R.J., Malone, T.R., Matsen III, F.A., and Savoie, F.H.: Shoulder: Use the Low-Tech Approach. *Patient Care*, 134-174, 1992.

77. Collins, D., Tencer, A., Sidles, J.A., and Matsen III, F.A.: Edge Displacement and Deformation of Glenoid Components in Response to Eccentric Loading. The Effect of Preparation of the Glenoid Bone. *J. Bone and Joint Surgery*, 74A(4): 501-508, 1992.

78. Harryman II, D.T., Sidles, J.A., Harris, S.L., and Matsen III, F.A.: Laxity of the Normal Glenohumeral Joint: A Quantitative In-Vivo Assessment. *J. Shoulder & Elbow Surgery*, 1:66-76, 1992.

79. Pearl, M.L., Harris, S.L., Lippitt, S.B., Sidles, J.A., Harryman II, D.T., and Matsen III, F.A.: A System for Describing Positions of the Humerus Relative to the Thorax and its Use in the Presentation of Several Functionally Important Arm Positions. *J. Shoulder & Elbow Surgery*, 1:113-118, 1992.

80. Pearl, M.L., Sidles, J.A., Lippitt, S.B., Harryman II, D.T., Matsen III, F.A.: Codman's Paradox: 60 Years Later. *J. Shoulder & Elbow Surg.*, 1:219-225, 1992.

81. Lippitt, S.B., Vanderhooft, E.P., Harris, S.L., Sidles, J.A., Harryman II, D.T., Matsen III, F.A.: Glenohumeral Stability from Concavity-Compression: A Quantitative Analysis. *J. Shoulder & Elbow Surg.*, 2(1):27-35, 1993.

82. Pearl, M.L., Jackins, S., Sidles, J.A., Lippitt, S.B., and Matsen III, F.A.: Humeroscapular Positions in a Shoulder Range of Motion Examination. *J. Shoulder & Elbow Surg.*, 1(6):296-305, 1992.

83. Arntz, C.T., Jackins, S., and Matsen III, F.A.: Prosthetic Replacement of the Shoulder for the Treatment of Defects in the Rotator Cuff and the Surface of the Glenohumeral Joint. *J. Bone and Joint Surg.*, 75A(4):485-491, 1993.

84. Lippitt, S.B., and Matsen III, F.A.: Mechanisms of Glenohumeral Joint Stability. *Clin. Ortho Related Research (CORR),* No.291:20-28, 1993.

85. Matsen III, F.A., Garbini, J.L., Sidles, J.A., Pratt, B., Baumgarten, D., and Kaiura, R.: Robotic Assistance in Orthopaedic Surgery. A Proof of Principle Using Distal Femoral Arthroplasty. *Clin. Ortho Related Research (CORR)* 295: 1993.

86. Ballmer, F.T., Sidles, J.A., Lippitt, S.B., and Matsen III, F.A.: Humeral Head Prosthetic Arthroplasty: Surgically Relevant Geometric Considerations. *J. Shoulder & Elbow Surg.*, 2:296-304, 1993.

87. Harryman II, D.T., Walker, E.D., Harris, S.L., Sidles, J.A., Jackins, S.E., and Matsen III, F.A.: Residual motion and function after glenohumeral or scapulothoracic arthrodesis. *J. Shoulder Elbow Surg*, 2(6):275-85, 1993.

88. Jackins, S., and Matsen III, F.A.: Management of Shoulder Instability. *J. Hand Therapy*, 7(2):99-106, 1994.

93. Ballmer, F.T., Lippitt, S.B., Romeo, A.A., and Matsen III, F.A.: Total shoulder arthroplasty: Some considerations related to glenoid surface contact. *J. Shoulder Elbow Surg.*, 3(5):299-306, 1994.

90. Lippitt, S.B., Harris, S.L., Harryman II, D.T., Sidles, J.A., and Matsen III, F.A.: In vivo quantification of the laxity of normal and unstable glenohumeral joints. *J. Shoulder Elbow Surg.*, 3(4):215-223, 1994.

91. Olerud, J.E., Odland, G.F., Burgess, E.M., Wyss, C.R., Fisher, L.D., and Matsen III, F.A.: A Model for the Study of Wounds in Normal Elderly

Adults and Patients with Peripheral Vascular Disease or Diabetes Mellitus. *J. Surgical Research*, 59:349-360, 1995.

92. Hollister, M. S., L. A. Mack, Patten R.M., Winter T.C. 3rd, Matsen F.A. 3rd, Veith R.R. : Association of sonographically detected subacromial/subdeltoid bursal effusion and intraarticular fluid with rotator cuff tear. *AJR Am J Roentgenol* 165(3): 605-8., 1995.

93. Harryman II, D.T., Sidles, J.A., Harris, S.L., Lippitt, S.B., and Matsen III, F.A.: The Effect of Articular Conformity and the Size of the Humeral Head Component on Laxity and Motion after Glenohumeral Arthroplasty. A Cadaver Study. *J Bone and Joint Surg*, 77A(4):555-563, 1995.

94. Ziegler, D.W., DeBartolo, S.E., and Matsen III, F.A.: Patient Self-Assessment of Health Status and Function in Glenohumeral Degenerative Joint Disease. *J. Shoulder Elbow Surg*., 4:345-351, 1995.

95. Mack, L. A. and F. A. Matsen, 3rd: Rotator cuff. *Clin Diagn Ultrasound* 30: 113-33, 1995.

96. Lazarus, M.D., Sidles, J.A., Harryman, D.T., and Matsen III, F.A.: Effect of a Chondral-Labral Defect on Glenoid Concavity and Glenohumeral Stability. *J Bone Joint Surg*., 78A(1):94-102, 1996.

97. Matsen III, F.A.: Early Effectiveness of Shoulder Arthroplasty for Patients Who Have Primary Glenohumeral Degenerative Joint Disease. *J. Bone and Joint Surgery*, 78-A(2):260-264, 1996.

98. Harryman, D.T., Matsen III, F.A., and Sidles, J.A.: Arthroscopic Management of Refractory Shoulder Stiffness. *J Arthroscopic and Related Surg*., 13(1) 1997.

99. Matsen III, F.A., Smith, K.L., DeBartolo, S.E., and Von Oesen, G.: A comparison of patients with late-stage rheumatoid arthritis and osteoarthritis of the shoulder using self-assessed shoulder function and health status. *Arthritis Care and Research* 10:43-47, 1997.

100. Rozencwaig, R., van Noort, A., Moskal, M.J., Smith, K.L., Sidles, J.A., and Matsen III, F.A.: The Correlation of Comorbidity with Shoulder Function and Health Status in Patients with Glenohumeral Degenerative Joint Disease. *J. Bone and Joint Surg*., 80-A(8):1146-1153, 1998.

101. Romeo, A. A., T. Loutzenheiser, Rhee, Y.G., Sidles, J.A., Harryman, D.T., Matsen, F.A. III: The humeroscapular motion interface. *Clin Orthop Relat Res* (350): 120-7, 1998.

102. Garr, J.L., Gentilello, L.M., Cole, P.A., Mock, C.N., Matsen III, F.A.: Monitoring for compartmental syndrome using near-infrared spectroscopy: a

noninvasive, continuous, transcutaneous monitoring technique. *J Trauma.*, 46(4):613-8, 1999.

103. Metcalf, M.H., Duckworth, D.G., Lee, S.B., Sidles, J.A., Smith, K.L., Harryman II, D.T., Matsen III, F.A.: Posteroinferior glenoplasty can change glenoid shape and increase the mechanical stability of the shoulder. *J Shoulder Elbow Surg*, 8(3):205-13, 1999.

104. Aigner, T., Zhu, Y., Chansky, H.H., Matsen III, F.A., Maloney, W.J., Sandell, L.J.: Reexpression of type IIA procollagen by adult articular chondrocytes in osteoarthritic cartilage. *Arthritis Rheum.*, 42(7):1443-50, 1999.

105. Duckworth, D.G., Smith, K.L., Campbell, B., Matsen III, F.A.: Self-assessment questionnaires document substantial variability in the clinical expression of rotator cuff tears. *J Shoulder Elbow Surg.*, 8(4):330-3, 1999.

106. O'Kane, J.W., Jackins, S., Sidles, J.A., Smith, K.L., Matsen III, F.A.: Simple home program for frozen shoulder to improve patients' assessment of shoulder function and health status. *J Am Board Fam Pract.*, 12(4):270-7, 1999.

107. Scarlat, M.M., Cuny, C., Goldberg, B.A., Harryman II, D.T., Matsen III, F.A.: The lateral impaction of the shoulder. *Int Orthop.*, 23(5):302-7, 1999.

108. Norquist, B.M., Goldberg, B.A., Matsen III, F.A.: Challenges in evaluating patients lost to follow-up in clinical studies of rotator cuff tears. *J Bone Joint Surg Am.*, 82(6):838-42, 2000.

109. Matsen, S.L., Malchow, D., and Matsen III, F.A.: Correlations with patients' perspectives of the results of lower extremity amputations. *J. Bone Joint Surg Am.*, 82(8):1089-95, 2000.

110. Viola, R. W, Boatright, K. C., Smith, K. L., Sidles, J. A., and Matsen, F.A.: Do shoulder patients insured by workers' compensation present with worse self-assessed function and health status? *J. Shoulder Elbow Surg.*, 9(5):368-72, 2000.

111. Smith, K.L, Harryman II, D.T., Antoniou, J., Campbell, B., Sidles, J. A., and Matsen III, F.A.: A prospective multi-practice study of shoulder function and health status in patients with documented rotator cuff tears. *J. Shoulder Elbow Surg.*, 9(5):395-402, 2000.

112. Matsen, F.A., III, Antoniou, J., Rozencwaig, R., Campbell, B., and Smith, K.L.: Correlates with comfort and function after total shoulder arthroplasty for degenerative joint disease. *J. Shoulder Elbow Surg.*, 9(6):465-469, 2000.

113. Goldberg, B.A., Nowinski, R.J., and Matsen III, F.A.: Outcome of nonoperative management of full thickness rotator cuff tears. *Clin Orthop*, 382:99-107, 2001.

114. Churchill, S.R., Moskal, M., Lippitt, S.B., and Matsen III, F.A.: Extracapsular anatomically contoured anterior glenoid bone grafting for complex glenohumeral instability. *Tech Shoulder Elbow Surg.*, 2(3):210-218, 2001.

115. Weldon, E.J., III, Scarlat, M.M., Lee, S.B., and Matsen, F.A., III: Intrinsic stability of unused and retrieved failed polyethylene glenoid components. *J. Shoulder Elbow Surg.*, 10(5):474-481, 2001.

116. Goldberg, B.A., Lippitt, S.B., and Matsen III, F.A.: Improvement in shoulder comfort and function after rotator cuff repair without acriomioplasty. Clin. Orthop., 382:99-107, 2001.

117. Scarlat, M.M., and Matsen III, F.A.: Observations on retrieved polyethylene glenoid components. *J. Arthroplasty*, 16(6):795-801, 2001.

118. Goldberg, B.A., Smith, K.L., Jackins, S., Campbell, B., and Matsen III, F.A.: The magnitude and durability of functional improvement after total shoulder arthroplasty for degenerative joint disease. *J. Shoulder Elbow Surg.*, 10(5):464-469, 2001.

119. Boorman, R., Hacker, S., Lippitt, S.B., and Matsen III, F.A.: A Conservative Broaching and Impaction Grafting Technique for Humeral Component Placement and Fixation in Shoulder Arthroplasty: The Procrustean Method. Techniques in Shoulder & Elbow Surgery. 2(3): 166-175, September 2001.

120. Schiffern, S.C, Rozencwaig, R., Antoniou, J., Gillespy III, T., Richardson, M.L., and Matsen, F.A., III: Anteroposterior centering of the humeral head in the glenoid in vivo. *Am. J. Sports Medicine*, 30(3):382-387, 2002.

121. Fehringer, E.V., Kopjar, B., Boorman, R.S., Churchill, R.S., Smith, K.L., and Matsen III, F.A.: Characterizing the functional improvement after total shoulder arthroplasty for osteoarthritis. *J. Bone Joint Surg.*, 84A(8):1349-1353, 2002.

122. Hasan, S.S., Leith, J.M., Campbell, B., Kapil, R., Smith, K.L., and Matsen III, F.A.: Characteristics of unsatisfactory shoulder arthroplasties. *J. Shoulder Elbow Surg.*, 11(5):431-441, 2002.

123. Lau, C., Churchill, R.S., Kim, J., Matsen III, F.A., and Kim, Y. Asynchronous Web-Based Patient-Centered Home Telemedicine System. *IEEE Trans Biomed Eng*, 49(12): 1452-1462, 2002.

124. Lazarus, M.D., Jensen, K.L., Southworth, C., and Matsen III, F.A.: The radiographic evaluation of keeled and pegged glenoid component insertion. *J. Bone Joint Surg.*, 84A(7):1174-1182, 2002.

125. Matsen III, F.A.: The biomechanics of glenohumeral stability. *J. Bone Joint Surg.*, 84A(3):495-496, 2002.

126. Matsen III, F.A.: The relationship of surgical volume to quality of care: scientific considerations and policy implications. *J. Bone Joint Surg.*, 84A(8):1482-1483, discussion 1483-1485, 2002.

127. Woodhouse, E., Fehringer, E., Benda, P., and Matsen III, F.A.: Metastatic carcinoma to the acromion in a patient following total shoulder arthroplasty: A case report and review of the literature. *J. Shoulder Elbow Surg.*, 11(6): 645-647, 2002.

128. Boorman, R., Shafer, B., Fehringer, E., Churchill, R.S., and Matsen III, F.A.: Ulnar component fracture after total elbow arthroplasty: A report of two cases. J. Shoulder Elbow Surg. 12(3):297, 2003.

129. Hacker, S., Boorman, R., Lippitt, S.B., and Matsen III, F.A.: Impaction grafting improves the fit of proximal humeral arthroplasty. JSES, 12(5):431-435, 2003.

130. Boorman, R., Kopjar, B., Fehringer, E., Churchill, R.S., Smith, K.L., and Matsen III, F.A.: The effect of total shoulder arthroplasty on self-assessed health status is comparable to that of total hip arthroplasty and coronary artery bypass grafting. *J. Shoulder Elbow Surg.*, 12(2): 158-163, 2003.

131. Fehringer, E., Schmidt, G., Boorman, R., Churchill, R.S., Smith, K.L., Norman, A., Sidles, J.A., and Matsen III, F.A.: The anteroinferior labrum helps center the humeral head on the glenoid. *J. Shoulder Elbow Surg.*, 12(1): 53-58, 2003.

132. Harryman II, D.T., Hettrich, C., Smith, K.L., Campbell, B., Sidles, J.A., and Matsen III, F.A.: A prospective multipractice investigation of patients with full thickness rotator cuff tears: The importance of co-morbidities, surgeon, and other co-variables on self-assessed shoulder function and health status. *J. Bone Joint Surg.*, 85A(4): 690-696, 2003.

133. Hasan, S., Leith, J., Smith, K.L., and Matsen III, F.A.: The distribution of shoulder replacements among surgeons and hospitals is significantly different than that of hip or knee replacements. *J. Shoulder and Elbow Surg.*, 12(2): 164-169, 2003.

134. Matsen III, F.A., Rockwood Jr., C.A., and Iannotti, J.: Humeral fixation by press fit of a tapered metaphyseal stem. A prospective radiograph study. *J. Bone Joint Surg.*, 85A(2): 304-308, 2003.