135. Boorman, R.S., Page, W.T., Weldon III, E.J., Lippitt, S.B., and Matsen III, F.A.: A triceps-on approach to semi-constrained total elbow arthroplasty. *Tech. Shoulder Elbow Surg.*, 4(3):139-144, 2003.

136. Churchill, R.S., Fehringer, E.V., Dubinsky, T.J., Matsen III, F.A. : Rotator cuff ultrasonography: diagnostic capabilities. J Am Acad Orthop Surg. Jan-Feb;12(1):6-11, 2004.

137. Churchill, R.S., Boorman, R.S., Fehringer, E.V., Matsen III, F.A. : Glenoid cementing may generate sufficient heat to endanger the surrounding bone. Clin Orthop. Feb;(419):76-9, 2004.

138. Hettrich, C.M., Weldon III, E.J., Boorman, R.S., Parsons, I.M., Matsen III, F.A. : Preoperative factors associated with improvements in shoulder function after humeral hemiarthroplasty. J Bone Joint Surg Am. 86-A (7): 1446-51, 2004.

139. Weldon III, E.J., Boorman, R.S., Smith, K.L., Matsen III, F.A.: Optimizing the Glenoid Contribution to the Stability of a Humeral Hemiarthroplasty without a Prosthetic Glenoid. J Bone Joint Surg Am. 86-A (9): 2022-9, 2004.

140. Weldon III, E.J., Boorman, R.S., Parsons, I.M., Matsen III, F.A.: "Ream and Run": The Principles and Procedures of Non-Prosthetic Glenoid Arthroplasty With Prosthetic Humeral Hemiarthroplasty. Techniques in Shoulder & Elbow Surgery. 5(2): 76-89, June 2004.

141. Wang, M., Lau, C., Matsen III, F.A., Kim, Y.: Personal Heath Information Management System and Its Application in Referral Management. IEEE Trans Inf Technol Biomed. Sep; 8(3): 287-97, 2004.

142. Bhattarai, N., H. R. Ramay, et al. (2005). "PEG-grafted chitosan as an injectable thermosensitive hydrogel for sustained protein release." J Control Release 103(3): 609-24

143. von Eisenhart-Rothe, R., F. A. Matsen, 3rd, et al. (2005). "Pathomechanics in Atraumatic Shoulder Instability: Scapular Positioning Correlates with Humeral Head Centering." Clin Orthop Relat Res(433): 82-89.

144. Bhattarai, N., Matsen III, F.A., Zhang, M.: PEG-Grafted Chitosan as an Injectable Thermosreversible Hydrogel. Macromolecular Bioscience. May 2005; (5) 107-111.

145. Matsen, F. A., 3rd, J. M. Clark, et al. (2005). "Healing of reamed glenoid bone articulating with a metal humeral hemiarthroplasty: a canine model." J Orthop Res 23(1): 18-26.

146. Tan, AHC, Kiesau, CS, Gibbs, KB, Matsen, FA III: Capsulolabral Augmentation by Blood Injection Increases the Intrinsic Stability Provided by the Glenoid. J Orthopaedic Surgery 13 (1): 64-68, 2005.

147. McCallister, W.V., Parsons, I., Titelman, R.M., Matsen, F.A. III: Open Rotator Cuff Repair without Acromioplasty. J Bone Joint Surg Am., 87: 1278-1283, 2005.

148. Buckingham, B.P., Parsons, I.M., Campbell, B., Titelman, R.M., Smith, K.L., Matsen, F.A. III: Patient Functional Self-assessment in Late Glenoid Component Failure at three to eleven years after Total Shoulder Arthroplasty. J Shoulder Elbow Surg 14 (4): 368-74, 2005.

149. Montgomery, W.H. Jr., Wahl, M., Hettrich, C., Itoi, E., Lippitt, S.B., Matsen, F.A. III: Anteroinferior bone-grafting can restore stability in osseous glenoid defects. J Bone Joint Surg Am 87 (9): 1972-7, 2005.

150. Parsons, I.M. 4th, Campbell, B., Titelman, R.M., Smith, K.L., Matsen, F.A. III: Characterizing the effect of diagnosis on presenting deficits and outcomes after total shoulder arthroplasty. J Shoulder and Elbow Surg 14 (6): 575-94, 2005.

151. Churchill, R., Kopjar, B., Fehringer, E., Boorman, R., Matsen, F.A. III: Humeral Component Modularity May Not Be an Important Factor in the Outcome of Shoulder Arthroplasty for Glenohumeral Osteoarthritis. Am J Orthop 34 (4): 173-176, 2005.

152. Largacha, M., Parsons, I.M. 4th, Campbell, B., Titelman, R.M., Smith, K.L., Matsen, F.A. III: Deficits in Shoulder Function and General Health Associated with Sixteen Common Shoulder Diagnoses: A Study of 2674 Patients. J Shoulder Elbow Surg 15 (1): 30-39, 2006.

153. Boorman, R.S., Norman, T., Matsen, F.A. III, Clark, J.M.: Using a Freeze Substitution Fixation Technique and Histological Crimp Analysis for Characterizing Regions of Strain in Ligaments Loaded In Situ. J Orthop Res 24 (4): 793-799, 2006.

154. Chebli, C., Matsen, F.A. III.: Rotator-Cuff Failure and Treatment. Current Opinion in Orthopaedics 17 (4): 310-315, 2006.

155. Braman, J., Falicov, A., Boorman, R., Matsen, F.A. III: Alterations in Surface Geometry in Retrieved Polyethylene Glenoid Component. J Orthop Res 24 (6): 1249-1260, 2006.

156. Matsen, F.A. III, Chebli, C., Lippitt, S.: Principles for the Evaluation and Management of Shoulder Instability. J Bone Joint Surg Am 88 (3): 648-659, 2006.

157. Matsen, L.J., Hettrich, C., Tan, A., Smith, K.L., Matsen, F.A. III: Direct Injection of Blood into the Labrum Enhances the Stability Provided by the Glenoid Labral Socket. J Shoulder Elbow Surg 15 (6): 651-8, 2006.

158. Lenters, T.R., Franta, A,K,, Wolf, F.M., Leopold, S.S., Matsen, F.A. III. Arthroscopic compared with open repairs for recurrent anterior shoulder instability. A systematic review and meta-analysis of the literature. J Bone Joint Surg Am. 2007 Feb;89(2):244-54.

159. Matsen, F.A. III, Boileau, P., Walch, G., Gerber, C., Bicknell, R.T. The reverse total shoulder arthroplasty. J Bone Joint Surg Am. 2007 Mar;89(3):660-7.

160. Lenters, T.R., Davies, J., Matsen, F.A. III. The types and severity of complications associated with interscalene brachial plexus block anesthesia: local and national evidence. J Shoulder Elbow Surg. 2007 Jul-Aug;16(4):379-87.

161. Matsen, F.A. III, Chebli, C.M., Lippitt, S.B. Principles for the evaluation and management of shoulder instability. Instr Course Lect. 2007;56:23-34.

162. Lynch, J.R., Franta, A.K., Montgomery, W.H. Jr,, Lenters, T.R., Mounce, D, Matsen, F.A. III. Self-assessed outcome at two to four years after shoulder hemiarthroplasty with concentric glenoid reaming. J Bone Joint Surg Am. 2007 Jun;89(6):1284-92.

163. Franta AK, Lenters TR, Mounce D, Neradilek B, Matsen FA 3rd. The complex characteristics of 282 unsatisfactory shoulder arthroplasties. J Shoulder Elbow Surg. 2007 Sep-Oct;16(5):555-62.

164. Clinton J, Franta AK, Lenters TR, Mounce D, Matsen FA 3rd. Nonprosthetic glenoid arthroplasty with humeral hemiarthroplasty and total shoulder arthroplasty yield similar self-assessed outcomes in the management of comparable patients with glenohumeral arthritis. J Shoulder Elbow Surg. 2007 Sep-Oct;16(5):534-8.

165. Matsen FA 3rd, Bicknell RT, Lippitt SB. Shoulder arthroplasty: the socket perspective. J Shoulder Elbow Surg. 2007 Sep-Oct;16(5 Suppl):S241-7.

166. Matsen FA 3rd, Clinton J, Lynch J, Bertelsen A, Richardson ML. Glenoid Component Failure in Total Shoulder Arthroplasty. J Bone Joint Surg, 2008 Apr;90(4):885-96.

167. Matsen FA 3rd. Clinical Practice: Rotator-Cuff Failure. N Engl J Med. 2008 May 15;358(20):2138-47.

168. Fehringer EV, Sun J, VanOeveren LS, Keller BK, Matsen FA 3rd. Full-thickness rotator cuff tear prevalence and correlation with function and co-

morbidities in patients sixty-five years and older. J Shoulder Elbow Surg. 2008 Nov-Dec;17(6):881-5.

169. Saltzman MD, Mercer DM, Bertelsen A, Warme W, Matsen FA 3rd. Bilateral Posterior Sternoclavicular Dislocations. Radiology Case Reports, 2009 No 1, Vol 4.

**B. Books/Book Chapters/Editorships**

*1. Books*

a. Matsen III, F.A.: Compartmental Syndromes. Grune & Stratton, New York, 1980.

b. Matsen III, F.A., Lippitt, S.B., Sidles, J.A., and Harryman II, D.T.: Practical Evaluation and Management of the Shoulder. W.B. Saunders, Philadelphia, 1994.

c. Matsen III, F. A. and Lippitt, S.B.: Shoulder Surgery: Principles and Procedures, W.B. Saunders, Philadelphia, 2003.

*2. Book Chapters*

a. Matsen III, F.A.: Biomechanics of the Shoulder. In Basic Biomechanic of the Skeletal System. Frankel, V.H., & Nordin, M. (eds), Lea & Febiger, Philadelphia, pp. 221-242, 1980.

b. Matsen III, F.A.: Biomechanics of the Elbow. In Basic Biomechanics of the Skeletal System. Frankel, V.H., & Nordin, M. (eds), Lea & Febiger, Philadelphia, pp. 243-244, 1980.

c. Matsen III, F.A.: Compartmental Syndromes: Current Diagnosis and Management. In American Academy of Orthopaedic Surgeons Symposium on Trauma to the Leg and Its Sequela. Moore, T.M. (ed.), Mosby, Saint Louis, pp. 317-323, 1981.

d. Matsen III, F.A., Wyss, C.R. and King, R.V.: The Continuous Infusion Technique in the Assessment of Clinical Compartment Syndromes. In Tissue Fluid Pressure and Composition, A.W. Hargens (ed). Williams & Wilkins, Baltimore, pp. 255-259, 1981.

e. Matsen III, F.A.: Anterior Dislocation of Shoulder. In American Academy of Orthopaedic Surgeons Instructional Course Lectures, Vol. 30, Mosby, Missouri, 1981.

f. Matsen III, F.A.: Posterior Dislocation of Shoulder. In American Academy of Orthopaedic Surgeons Instructional Course Lectures, Vol. 30, Mosby, Missouri, 1981.

g. Matsen III, F.A., and Kirby, R.M.: Office Evaluation and Management of Shoulder Pain. In Symposium on Orthopaedic Office Practice, Hirsch, P.J., (ed.), Saunders, Philadelphia. Orthop. Clin. No. Am., 13:453-475, 1982.

h. Matsen III, F.A.: Glenohumeral Instability. In Surgery of Musculoskeletal System. Evarts, C.M., (ed.) Livingston, New York, Vol. 2, pp. 49-75, 1983.

i. Matsen III, F.A.: A Practical Approach to Compartmental Syndromes. Part I. Definition, Theory, and Pathogenesis. In American Academy of Orthopaedic Surgeons Instructional Course Lectures, Mosby, Missouri, Vol. 32, pp. 88-92, 1983.

j. Matsen III, F.A., Zuckerman, J.D.: Anterior Glenohumeral Instability. In Symposium on Injuries to the Shoulder in the Athlete, Clinics in Sports Medicine, Jobe, F.W. (ed.), Saunders, Philadelphia, 2:319-328, 1983.

k. Matsen III, F.A.: "Patient" with Anterior Dislocation of the Shoulder. In Patient Problems of Young Athletes. Smith, N.J. (ed.), The Year Book Medical Publishers, in preparation.

l. Matsen III, F.A.: Pathophysiology of Compartmental Syndromes. In American Academy of Orthopaedic Surgeons Instructional Course Lectures, Vol. 38, pp. 463-466, 1989.

m. Zuckerman, J.D., Matsen III, F.A.: Biomechanics of the Shoulder. In Basic Biomechanic of the Skeletal System. Frankel, V.H., & Nordin, M. (eds), 2nd Edition, Lea & Febiger, Philadelphia, pp. 225-247, 1989.

n. Zuckerman, J.D., Matsen III, F.A.: Biomechanics of the Elbow. In Basic Biomechanics of the Skeletal System. Frankel, V.H., & Nordin, M. (eds), 2nd Edition, Lea & Febiger, Philadelphia, pp. 249-260, 1989.

o. Matsen III, F.A. ,Thomas, S.C., and Rockwood, C.A.: Glenohumeral Instability. In The Shoulder. Rockwood, C.A. and Matsen III, F.A., (eds), W. B. Saunders, Philadelphia, Vol. I, pp. 526-569, 1990.

p. Matsen III, F.A. and Arntz, C. T.: Subacromial Impingement. In The Shoulder. Rockwood, C.A. and Matsen III, F.A. (eds), W. B. Saunders, Philadelphia, Vol. II, pp. 623-636, 1990.

q. Matsen III, F.A. and Arntz, C. T.: Rotator Cuff Tendon Failure. In The Shoulder. Rockwood, C.A. and Matsen III, F.A. (eds), W. B. Saunders, Philadelphia, Vol. II, pp. 647-665, 1990.

r. Matsen III, F.A., Bonica, J.J., and Franklin, J.L.: Pain in the Shoulder, Arm, and Elbow. In The Management of Pain. Bonica, J.J., (ed), 2nd Edition, Lea & Febiger, Philadelphia, Vol. I, 906-923, 1990.

s. Matsen III, F.A. and Thomas, S.T.: Glenohumeral Instability. In Surgery of the Musculoskeletal System, Evarts, C,M., (ed), 2nd Edition, Churchill Livingstone, New York, Vol. 2, pp. 1439-1469, 1990.

t. Zuckerman, J.D., Matsen III, F.A.: Complications of the Use of Metal about the Shoulder. In Complications of the Shoulder. Neviaser, R.J., (ed.), Raven Press. For 1991 publication.

u. Mack, L.A., Rogers, J.V., Winter, T. C., and Matsen III, F.A.: Ultrasound of the Rotator Cuff. In Diagnostic Imaging of the Shoulder. Seeger, L.L (ed.,), Williams & Wilkins, 96-139, 1992.

v. Matsen III, F.A., Arntz, C.A., and Harryman II, D.T.: Rotator Cuff Tear Arthropathy. In Complications of Shoulder Surgery. Bigliani, L.U. (ed.), Williams & Wilkins, 44-58, 1993.

w. Lippitt, S.B., Harryman II, D.T., and Matsen III, F.A.: A Practical Tool for Evaluating Function: The Simple Shoulder Test. In The Shoulder: A Balance of Mobility and Stability, American Academy of Orthopaedic Surgeons, Rosemont, IL, 501-518, 1993.

x. Matsen III, F.A., Iserin, A., and Lippitt, S.B.: Mecanismes patho-anatomiques de l'instabilite gleno-humerale. In Instabilite chronique de l'epaule, M. Mansat (ed), Expansion Scientifique Francaise, Paris, France, 7-13, 1994.

y. Harryman II, D.T., Lazarus, M.D., Sidles, J.A., and Matsen III, F.A.: Pathophysiology of Shoulder Instability. In Operative Arthroscopy, Second Edition, J.B. McGinty, R.B. Caspari, R.W. Jackson, and G.G. Poehling (eds), Lippincott-Raven Publishers, Philadelphia, 677-693, 1996.

z. Matsen III, F. A., Thomas, S. C., Rockwood, C. A., Wirth, M. A.: Glenohumeral Instability. In The Shoulder, Second Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Harryman II, D.T., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 611-754, 1998.

aa. Matsen III, F. A., Artnz, C. T., Lippitt, S. B.: Rotator Cuff. In The Shoulder, Second Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Harryman II, D.T., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 755-839, 1998.

bb. Matsen III, F. A., Rockwood, C. A., Wirth, M. A., Lippitt, S. B.: Glenohumeral Arthritis and Its Management. In The Shoulder, Second Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Harryman II, D.T., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 840-964, 1998.

cc. Matsen III, F. A., Smith, K. L.: Effectiveness Evaluation and the Shoulder. In The Shoulder, Second Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Harryman II, D.T., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 1313-1340, 1998.

dd. Smith, K. L., and Matsen III, F.A.: Total Shoulder Arthroplasty Versus Hemiarthroplasty: Current Trends. In The Orthopedic Clinics of North America: Total Shoulder Arthroplasty, Friedman, R. J. (ed), W.B. Saunders Company, Philadelphia, PA, Vol. 29, Number 3, pp. 491-506, 1998.

ee. Matsen III, F. A., Titelman, R.M., Lippitt, S.B., Rockwood Jr., C.A., Wirth, M. A.: Glenohumeral Instability. In The Shoulder, Third Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Harryman II, D.T., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 655-790, 2004.

ff. Matsen III, F. A., Titelman, R.M., Lippitt, S. B., Wirth, M.A., Rockwood, Jr., C.A.,: Rotator Cuff. In The Shoulder, Third Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Lippitt, S.B., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 795-878, 2004.

gg. Matsen III, F. A., Rockwood, C. A., Wirth, M. A., Lippitt, S. B., Parsons, M.: Glenohumeral Arthritis and Its Management. In The Shoulder, Third Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Lippitt, S.B. (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 879-1008, 2004.

hh. Matsen III, F.A., Smith, K.L., Parsons, M.: Effective Evaluation and the Shoulder. In The Shoulder, Third Edition, Rockwood Jr., C. A., Matsen III, F. A., (eds), Wirth, M. A., Harryman II, D.T., (assoc. eds.), W. B. Saunders Company, Philadelphia, PA, pp. 1387-1417, 2004.

3. *Editorship.*

a. Matsen III, F.A., and Clawson, D.K. (Co-Guest Editors): Symposium on Compartmental Syndromes. Clin. Orthop., Vol. 113, 1975.

b. Rockwood, C.A. and Matsen III, F.A., (eds), The Shoulder. W. B. Saunders, Philadelphia, 1990.

c. Matsen III, F.A., Fu, Freddie, and Hawkins, R.J, (eds), The Shoulder: A Balance of Mobility and Stability, American Academy of Orthopaedic Surgeons, Rosemont, IL, 1993.

d. Rockwood, C.A. and Matsen III, F. A. (eds), Harryman II, D.T., Wirth, M.A., (assoc eds): The Shoulder, Second Edition, W.B. Saunders, Philadelphia, 1998.

e. Rockwood, C.A. and Matsen III, F. A. (eds), Wirth, M.A., Lippitt, S.B. (assoc eds): The Shoulder, Third Edition, W.B. Saunders, Philadelphia, 2004.

4. *Question & Answers*

a. Matsen III, F.A., and Romeo, A.: Ultrasonography in Diagnosis of Rotator Cuff Tendon Tears. J. of Musculoskeletal Medicine, 10(2),: 13-15, February , 1993.

5. *Orthopaedic Home Study Syllabus*

a. Matsen III, F.A., and Teitz, C.C.: Health Maintenance. In American Academy of Orthopaedic Surgeons Orthopaedic Knowledge Update I--Home Study Syllabus, Lane, J.M. (Section Ed.), 1986.

6. *Book Reviews*

a. Watson-Jones: Fractures and Joint Injuries, 5th Ed. Wilson, J.N. (ed.), Churchill Livingston, New York, 1,372 pp., Vols. 1 & 2, 1976. Revised for Am. J. Roentgenology, 1977.

b. Epstein, H.C.: Traumatic Dislocation of the Hip. Williams & Wilkins, Baltimore, 319 pp., 1980. Reviewed for Am. J. Roentgenology, 1981.

c. Rowe, C.R.: The Shoulder. Churchill Livingstone, New York, 673 pp., 1988. Reviewed for New England Journal of Medicine, 1988.

d. Lettin, A.W.F. and Petersson, C.: Rheumatoid Arthritis Surgery of the Shoulder. Rheumatology. The Interdisciplinary Concept, Vol. 12 Basel, Karger, 1989. Reviewed for the Journal of Bone and Joint Surgery, 1989.

e. Nicholas, J.A. and Hershman, E. B (eds): The Upper Extremity in Sports Medicine. Mosby Co, Stl Louis, 945 pp., 1990. Reviewed for the Physician and Sports Medicine, November, 1991.

7. *Letters to Editor*

a. Matsen, F. A., 3rd: . Letters to the editor. Arthroscopy 16(6): 673, 2000.

## C. Other Publications in Non-Refereed Journals

1. Matsen III, F.A., Harryman II, D.T., and Sidles, J.A.: Mechanics of Glenohumeral Instability. *Clinics in Sports Medicine*, 10(4):783-788, 1991.

2. Sidles, J.A., Harryman II, D.T., and Matsen III, F.A.: How Lax is the Normal Shoulder? A Quantitative In-Vivo Assessment – 1991 Charles Neer Award. *University of Washington Department of Orthopaedics Research Report*, pp. 6-7, 1991.

3. Lippitt, S.L., Vanderhooft, J.E., Harris, S.L., Sidles, J.A., Harryman II, D.T., and Matsen III, F.A.: Glenohumeral Stability from Concavity-Compression: A Quantitative Analysis. *University of Washington Department of Orthopaedics Research Report*, pp. 30-32, 1992.

4. Matsen III, F.A., Garbini, J.L., Sidles, J.A., Pratt, B., Baumgarten, D., and Kaiura, R.: Robotic Assistance in Orthopaedic Surgery. *University of Washington Department of Orthopaedics Research Report*, pp. 24-25, 1993.

5. Matsen III, F.A.: A Practical Tool for Evaluating Function: The Simple Shoulder Test, *University of Washington Department of Orthopaedics Research Report*, pp. 32-33, 1994.

6. Vahey, J.W., Lippitt, S.B., and Matsen III, F.A.: Humeroscapular Balance: The Limits of Angular Stability Provided by Glenoid Geometry. *University of Washington Department of Orthopaedics Research Report*, pp. 42-43, 1994.

7. Lazarus, M.D., Harryman II, D.T., Yung, S.W., Sidles, J.A., and Matsen, III, F.A.: Anterosuperior Humeral Displacement: Limitation by the Coracoacromial Arch. *University of Washington Department of Orthopaedics Research Report*, pp. 23-25, 1995.

8. Matsen III, F.A.: Exercise-induced Compartmental Syndromes. *University of Washington Department of Orthopaedics Research Report*, pp. 15-17, 1996.

9. Smith, K.L., Sidles, J.A., DeBartolo, S.E., Harryman, II, D.T., and Matsen, III, F.A.: Self-Assessed Deficits in Shoulder Function and Health Status in Individuals with Documented Rotator Cuff Tears. *University of Washington Department of Orthopaedics Research Report*, pp. 21-23, 1996.

10. Mitchell, P.W., Lazarus, M.D., Yung, S.W., and Matsen III, F.A.: Stabilization of Glenohumeral Arthroplasty –Geometrical Considerations. *University of Washington Department of Orthopaedics Research Report*, pp. 27-29, 1996.

11. Metcalf, M.H., Duckworth, D.G., Lee, S.B., Sidles, J.A., Smith, K.L., and Matsen III, F.A.: Posterior Glenoplasty Changes the Effective Glenoid Shape and Mechanical Stability of the Shoulder. *University of Washington Department of Orthopaedics Research Report*, pp. 9-11, 1997.

12. Levinsohn, D.G., and Matsen III, F.A.: Evaluation of Nine Common Mechanical Shoulder Disorders with the SF-36 Health Status Instrument. *University of Washington Department of Orthopaedics Research Report*, pp. 39-41, 1997.

13. Duckworth, D.G., Smith, K.L., Sidles, J.A., Campbell, B., Jackins, S., and Matsen III, F.A.: A Simple Home Program is Efficacious in the Management of Frozen Shoulder: A Prospective Study using Patient Self-Assessment. *University of Washington Department of Orthopaedics Research Report*, pp. 42-44, 1997.

14. Smith, K.L., Matsen III, F.A., DeBartolo, S.E., and Von Oesen, G.: Patients with Late-Stage Rheumatoid Arthritis and Osteoarthritis of the Shoulder Differ Significantly in Self-Assessed Shoulder Function and Status. *University of Washington Department of Orthopaedics Research Report*, pp. 48-49, 1997.

15. Matsen III, F.A., Simonian, P.T., and Teitz, C.C.: Sports Safety for Women: An Opportunity Whose Time Has Come. *University of Washington Department of Orthopaedics Research Report*, pp. 2-3, 1998.

16. Zhu, Y., Chansky, H.A., Matsen III, F.A., and Sandell, L.J.: Differential Localization of Collagen Types I, IIA, and III in Human Osteoarthritic Cartilage. *University of Washington Department of Orthopaedics Research Report*, pp. 7-8, 1998.

17. Crary, J.L., Smith, K.L., and Matsen III, F.A.: Assessing the Value of a Procedure: A Pilot Study Using Total Shoulder Arthroplasty as an Example. *University of Washington Department of Orthopaedics Research Report*, pp. 20-22, 1998.

18. Metcalf, M.H., Larson, R.V., Simonian, P.T., and Matsen III, F.A.: The Simple Knee Test: A Quick and Sensitive Self-Assessment of Knee Function. *University of Washington Department of Orthopaedics Research Report*, pp. 23-25, 1998.

19. Harryman II, D.T., Duckworth, D.G., Moskal, M.J., DuMontier, T.A., Smith, K.L., and Matsen III, F.A.: Chronic Distal Biceps Tendon Ruptures Reconstruction with Autogenous Semitendnosus. *University of Washington Department of Orthopaedics Research Report*, pp. 2-6, 1999.

20. Metcalf, M.H., Larson, R.V., Simonian, P.T., and Matsen III, F.A.: Correlation of the Simple Knee Test with the Lysholm Score for Follow-up

ACL Reconstruction. *University of Washington Department of Orthopaedics Research Report*, pp. 21-22, 1999.

21. Mirza, S.K., Campbell, B., Ching, R.P., Chapman, J.R., Konodi, M.K., and Matsen III, F.A.: Influence of Comorbid Medical Conditions on Pre-Treatment SF-36 Scores. *University of Washington Department of Orthopaedics Research Report*, pp. 37-39, 1999.

22. Duckworth, D.G., Smith, K.L., and Matsen III, F.A.: Failed Acromioplasty: Investigation of 74 Cases. *University of Washington Department of Orthopaedics Research Report*, pp. 51-52, 1999.

23. Moskal, M.J., Campbell, B., Smith, K.L., and Matsen III, F.A.: The Position of Prosthetic Components in Failed and Successful Shoulder Arthroplasties. *University of Washington Department of Orthopaedics Research Report*, pp. 53-55, 1999.

24. Scarlat, M.M., Dougherty, W.M., Smith, K.L., Sidles, J.A., Bruckner, J.D. and Matsen III, F.A.: Physical Changes in Polyethylene Glenoid Components after In Vivo Use. *University of Washington Department of Orthopaedics Research Report*, pp. 58-60, 1999.

25. Schiffern, S.C., Rozencwaig, R., Antoniou, J., Gillespy III, T., Richardson, M.L., and Matsen III, F.A.: Centering of the Humeral Head in the Glenoid In Vivo. *University of Washington Department of Orthopaedics Research Report*, pp. 42-44, 2000.

26. Weldon, E.J., Scarlat, M.M., Lee, S.B., and Matsen III, F.A.: Intrinsic Stability of Unused and Retrieved Polyethylene Glenoid Components. *University of Washington Department of Orthopaedics Research Report*, pp. 48-50, 2000.

27. Hasan, S.S., Leith, J.M., Smith, K.L., and Matsen III, F.A.: The Distribution of Shoulder Replacements Among Surgeons and Hospitals is Significantly Different than that of Hip or Knee Replacements. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 35-36, 2001.

28. Boorman, R.S., Kopjar, B., Fehringer, E., Churchill, R.S., Smith, K.L., and Matsen III, F.A.: The Quality of Life Outcomes Following Total Shoulder Arthroplasty are Comparable to Those of Total Hip Arthroplasty and Coronary Artery Bypass Grafting. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 35-37, 2002.

29. Boorman, R.S., Norman, T., Matsen III, F.A., and Clark, J. Using a Freeze Fixation Technique and Histilogical Crimp Analysis for Mapping the Strain in Functionally Loaded Ligaments. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 32-34, 2002.

30. Weldon, E.J., Boorman, R.S., Smith, K.L., and Matsen III, F.A. Optimizing the Intrinsic Stability of the Glenoid Fossa with Non-Prosthetic Glenoid Arthroplasty. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 53-56, 2002.

31. Hettrich, C.M., Weldon, E.J., Boorman, R.S., and Matsen III, F.A. Preoperative Factors Associated with Greater Improvement Following Humeral Hemiarthroplasty. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 49-51, 2003.

32. Clark, J.M., Gibbs, K., Sidles, J.A., Norman, A., Matsen III, F.A. Glenoid – Ream and Run Study. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 38-41, 2004.

33. Leopold, S.S., Shuyler, K., McKenna, M., Brock, D., Matsen III, F.A. Evaluation of an Internet-Based, Patient-Centered Orthopaedic Information Tool. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 55-57, 2004.

34. Montgomery, W.H., Wahl, M., Hettrich, C., Itoi, E., Lippitt, S.B., Matsen III, F.A. Anterior Inferior Bone Grafting Can Restore Stability in Osseous Glenoid Defects. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 28-30, 2005.

35. Bhattarai, N., Ramay, H.R., Matsen III, F.A., Zhang, M. PEG-grafted Chitosan as an Injectable Thermosensitive Hydrogel for Sustained Protein Release. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 52-55, 2005.

36. Wahl, C.J., Seifert, E.E., Ellis, E.D., Matt, S.E., Matsen III, F.A. The Latent Failure: Analysis of Capsulorraphy Athropathy in Patients Presenting After Failed Shoulder Stabilizations. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 27-29, 2006.

37. Matsen III, F.A., Chebli, C., Bertelsen, A. The Reverse Delta Prosthesis – A New Approach to Combined Arthritis and Instability and Rotator Cuff Deficiency of the Shoulder: Early Experience and Lessons Learned. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 57-60, 2006.

38. Lee, M., Chebli, C., Mounce, D., Bertelsen, A., Richardson, M., Matsen III, F.A. Intramedullary Reaming for Press-Fit Fixation of a Humeral Component Removes Cortical Bone Asymmetrically. *University of Washington Department of Orthopaedics and Sports Medicine Research Report*, pp. 24-26, 2007.

**D. Manuscripts Submitted**

1. Mirza, S.K., Campbell, B., Ching, R.P., Chapman, J.R., and Matsen, F.A., III: Influence of comorbid medical conditions on pre-treatment SF-36 scores. Submitted to *J. of Surgical Outcomes*, February, 1998.

2. Moskal, M.J., Campbell, B., Smith, K.L, and Matsen III, F.A.: A Radiographic Analysis of 122 Failed Shoulder Arthroplasties. Submitted to *J. Shoulder Elbow Surg.*, 2/99.

3. Moskal, M.J., Campbell, B., Smith, K.L, and Matsen III, F.A.: The Position of Prosthetic Components in Failed and Successful Shoulder Arthroplasties. Submitted to *J. Bone Joint Surg.*, 2/99.

4. Berry, K.H., Reiber, G., and Matsen III, F.A.: A Comparison of the Simple Shoulder Test, the Medical Outcomes Study Short Form 36, and the Numeric Pain Ratings in Patients Receiving Physical Therapy Treatment for Shoulder Stiffness. Submitted to *J. of Orthopaedic and Sports Physical Therapy*, 8/3/2001.

5. Berry, K.H., Rebier, G., Cummings, P., Matsen III, F.A., and Weiss, N.S.: Trial of Clinic Physical Therapy versus Home Exercise for Stiff Shoulder. Submitted to *Clin. Orthopaedics and Related Research*, 8/3/2001.

**E. Abstracts – Accepted (partial list only)**

1. Matsen III, F.A., Mayo, K.A., Krugmire, R.B., Kraft, G.H., and Sheridan, G.W.: The Effects of Compression on Human Nerve Function. Transactions of 23rd Annual Meeting, Orthopaedic Research Society, 2:23, 1977.

2. Matsen III, F.A., Mayo, K.A., Sheridan, G.W., and Krugmire, R.B.: Continuous Monitoring of Intramuscular Pressure and Its Application to Clinical Compartmental Syndromes. Transactions of 23rd Annual Meeting, Orthopaedic Research Society, 2:246, 1977.

3. Matsen III, F.A., King, R.V., and Krugmire, R.B.: The Effects of Increased Tissue Pressure on Tissue Oxygen and Carbon Dioxide Tensions and on Neuromuscular Function. Transactions of 23rd Annual Meeting, Orthopaedic Research Society, 3:303, 1978.

4. Matsen III, F.A.: Compartmental Syndromes: Current Concepts in Diagnosis. Rocky Mountain Traumatological Society Meeting, Aspen, Colorado, February 2-4 , 1978.

5. Matsen III, F.A., Krugmire, R.B., and King, R.V.: Physiological Effects of Increased Tissue Pressure and of Elevation. Transactions of 25th Annual Meeting, Orthopaedic Research Society, 4:15, 1979.

6. Matsen III, F.A., Krugmire, R.B., and King, R.V.: Increased Tissue Pressure and Its Effects on Muscle Oxygenation in Level and Elevated Human Limbs. Orthopaedic Transactions, 3:136, 1979.

7. Wyss, C.R., Matsen III, F.A., Simmons, C.W., King, R.V., and Burgess, E.M.: Physiological Basis of Transcutaneous $PO_2$ as an Index of Cutaneous Perfusion. Transactions of 26th Annual Meeting, Orthopaedic Research Society, 5:91, 1980.

8. Matsen III, F.A., King, R.V., Wyss, C.R., and Krugmire, R.B.: The Effects of Acute Hemorrhage of the Tolerance of Limbs for Increased Tissue Pressure. Transactions of 26th Annual Meeting, Orthopaedic Research Society, 5:129, 1980.

9. Matsen III, F.A., Wyss, C.R., Krugmire, R.B., Simmons, C.W., and King, R.V.: The Effects of Limb Elevation and Dependency of Local Arteriovenous Gradients in Normal Human Limbs with Particular Reference to Limbs with Increased Tissue Pressure. Transactions of 26th Annual Meeting, Orthopaedic Research Society, 5:227, 1980.

10. Bach, A.W., Matsen III, F.A., Wyss, C.R., and Simmons, C.W.: Transcutaneous P02: A Potential Monitor of the Status of Replanted Limbs. Transactions of 26th Annual Meeting, Orthopaedic Research Society, 5:245, 1980.

11. Matsen III, F.A., King, R.V., Wyss, C.R., and Krugmire, R.B.: The Effect of Acute Hemorrhage of the Tolerance of Limbs for Increased Tissue Pressure. Transactions of 26th Annual Meeting, Orthopaedic Research Society, 5:129, 1980.

12. Matsen III, F.A., Wyss, C.R., Krugmire, R.B., Simmons, C.W., and King, R.V.: The Effects of Limb Elevation and Dependency of Local Arteriovenous Gradients in Normal Human Limbs with Particular Reference to Limbs with Increased Tissue Pressure. Transactions of 26th Annual Meeting, Orthopedic Research Society, 5:227, 1980.

13. Bach, A.W., Matsen III, F.A., Wyss, C.R., and Simmons, C.W.: Transcutaneous $P0_2$: A Potential Monitor of the Status of Replanted Limbs. Transactions of 26th Annual Meeting, Orthopaedic Society, 5:245, 1980.

14. Matsen III, F.A.: Prospective Evaluation of Transcutaneous P02 Measurements in the Selection of Amputation Level in Patients with Peripheral Vascular Disease. Rocky Mountain Traumatological Society Meeting, Aspen, Colorado, January 26-31, 1981.

15. Matsen III, F.A.: Transcutaneous P02 Measurements in Patients Requiring Amputation Because of Peripheral Vascular Insufficiency. Orthopaedic Transactions, 6(3):479, 1982.

16. Matsen III, F.A.: Compartmental Syndromes. Orthopaedic Transactions, 6(3): 410, 1982.

17. Matsen III, F.A., Barrett, W., Jackins, S.: Hemiarthroplasty for Degenerative Conditions of the Shoulder. Orthopaedic Transactions, 7:139, 1982.

18. Matsen III, F.A., Barrett, W., Jackins, S.: Uniform Shoulder Evaluation System. Orthopaedic Transactions, 7:141, 1983.

19. Barrett, W.P., Matsen III, F.A., Jackins, S.E.: Total Shoulder Arthroplasty. Western Orthop. Assn Meeting, October 9, 1983, Salt Lake City, Utah.

20. Matsen III, F.A., Barrett, W.P., Jackins, S.E.: Early Results of Unconstrained Total Shoulder Arthroplasty for Degenerative and Rheumatoid Arthritis. 1983 Annual American Shoulder and Elbow Surgeons Meeting, Rochester, Minnesota, November 9-10, 1983.

    Also in Orthopaedic Transactions, 8:87, 1984.

21. Matsen III, F.A., Larson, R.V.: A Simple Model of the Effect of Component Position on Collateral Ligament Tension in Total Knee Arthroplasty. Association of Bone and Joint Surgeons Annual Meeting, Moran, Wyoming, June 28-July 1, 1984.

22. Matsen III, F.A., Mack, L.A., and Kilcoyne, R.F.: Sonographic Evaluation of the Rotator Cuff. 1984 Annual American Shoulder and Elbow Surgeons Meeting, Boston, Massachusetts, November 1-3, 1984.

23. Swiontkowski, M.F., Robertson, C., Benedict, R., Simkin, P., and Matsen III, F.A.: Studies on the Relationship of Cancellous Bone Blood Flow to Local Arterial and Interosseous Pressures Using Laser Doppler Flowmetry. Submitted to 31st Annual ORS, Las Vegas, NV, January 20, 1985.

24. Mack, L.A., Matsen III, F.A., and Kilcoyne, R.F.: Sonographic Evaluation of the Rotator Cuff. American Shoulder and Elbow Surgeons Meeting, Las Vegas, Nevada, January 23-24, 1985.

25. Matsen III, F.A., Flugstad, D., Larry, I., and Jackins, S.E.: Failed Acromioplasty in the Treatment of the Impingement Syndrome. American Shoulder and Elbow Surgeons Meeting, Los Angeles, California, October 23-25, 1985.

25. Sidles, J.A., Matsen III, F.A., Garbini, J.L., Larson, R.V., and Larsen, J.M.: Total Knee Arthroplasty: Functional Effects of Tibial Resection Level. 32nd Annual Orthopaedic Research Society Meeting, New Orleans, Louisiana, February 17-20, 1986.

26. Sidles, J.A., Garbini, J.L., Larson, R.V., and Matsen III, F.A.: Techniques for Characterizing All Possible Nearly Isometric Knee Ligament Insertions.

32nd Annual Orthopaedic Research Society Meeting, New Orleans, Louisiana, February 17-20, 1986.

28. Wyss, C.R., Harrington, R.M., Burgess, E.M., and Matsen III, F.A.: "Value of Transcutaneous Oxygen Tension in Predicting Failure of Amputation for Ischemia." 1986 University of Washington Young Investigators Symposium in the Biomedical Sciences, Seattle, WA October 30-31, 1986.

29. Morris, M.E., Kilycoyne, R.F., Shuman, W., and Matsen III, F.A.: Humeral Tuberosity Fractures: Evaluation by CT Scan and Management of Malunion. Orthopaedic Transactions, 11:242, 1987.

30. Franklin, J.L., Jackins, S.E., and Matsen III, F.A.: Glenoid Loosening in Total Shoulder Arthroplasty: An Association with Rotator Cuff Deficiency. American Shoulder and Elbow Surgeons Meeting, San Francisco, CA, January 21-22, 1987.

Abstract accepted for presentation at the 20th Annual American Orthopaedic Association Residents' Conference, Salt Lake City, Utah, March 11-14, 1987.

31. Sidles, J.A., Larson, R.V., Garbini, J.L., Matsen III, F.A.: Isometric Ligament Insertion Sites in the Knee. 54th Annual American Academy of Orthopaedic Surgeons Meeting, San Francisco, CA, January 22-27, 1987.

32. Laskin, R.S., Sidles, J., Garbini, J., Matsen III, F.A.: The Effect of Joint Line Position in Total Knee Replacement. 54th Annual American Academy of Orthopaedic Surgeons Meeting, San Francisco, CA, January 22-27, 1987.

33. Sidles, J.A., Garbini, J.L., Larson, R.V., and Matsen III, F.A.: Fiber-Fiber Interactions Within Finite Ligament Grafts. Submitted to the 34th Annual Orthopaedic Research Society Meeting, Atlanta, Georgia, February 1-4, 1988.

34. Sidles, J.A., Larson, R.V., Downey, D.J., Garbini, J.L., and Matsen III, F.A.: Intraarticular Bone Anatomy as a Guide to the Isometric Repair of Anterior and Posterior Cruciate Ligaments. Submitted to the 34th Annual Orthopaedic Research Society Meeting, Atlanta, Georgia, February 1-4, 1988.

35. Sidles, J.A., Larson, R.V., Garbini, J.L., and Matsen III, F.A.: Can the Peripheral Portion of an Anterior Cruciate Ligament Graft be Nearly Isometric? Submitted to the 34th Annual Orthopaedic Research Society Meeting, Atlanta, Georgia, February 1-4, 1988.

36. Sidles, J.A., Downey, D.J., Garbini, J.L., Larson, R.V., and Matsen III, F.A.: The Effect of Component Position on Knee Laxity in Total Knee Arthroplasty. Submitted to the 34th Annual Orthopaedic Research Society Meeting, Atlanta, Georgia, February 1-4, 1988.

37. Sidles, J.A., Larson, R.V., Garbini, J.L., and Matsen III, F.A.: Graft Placement and "Twist" in Isometric ACL Reconstruction. Submitted to 55th Annual American Academy of Orthopaedic Surgeons Meeting, Atlanta, Georgia, February 4-9, 1988.

38. Sangeorzan, B.J., Wyss, C..R., Harrington, R.M., Matsen III, F.A.: Circulatory and Mechanical Response of Skin to Compression Loading. Submitted to the 34th Annual Orthopaedic Research Society Meeting, Atlanta, Georgia, February 1-4, 1988.

39. Sidles, J.A., Simkin, P.A., Harryman, D.T., Gibb, T.D., Arntz, C.T., Matsen III, F.A.: Passive and Active Stabilization of the Glenohumeral Joint. Submitted to the American Shoulder and Elbow Surgeons Meeting, Santa Fe, Arizona, November 3-5, 1988.

40. Arntz, C.T. and Matsen III, F.A.: Irreparable Tears of the Musculotendinous Cuff. American Shoulder and Elbow Surgeons, Las Vegas, (presented by Charles S. Neer, II), Feb. 12, 1989.

41. Harryman, D.T., Sidles, McQuade, K., J.A., Matsen III, F.A.: Glenohumeral Translation: A Three Dimensional Analysis. Accepted for presentation at the 4th International Shoulder Conference on Surgery of the Shoulder, New York, NY, October 4-7, 1989.

42. Harryman, D.T., Sidles, J.A., Matsen III, F.A.: Range of Motion and Obligate Translation in the Shoulder: The role of the coracohumeral Ligament. ORS-36th Annual meeting, New Orleans, February 5-8, 1990.

43. Sidles, J.A., Harryman, D.T., Matsen III, F.A.: Experimental Techniques for In Vivo and In Vitro Shoulder Kinematics Measurements, ORS-36th Annual Meeting, New Orleans, LA, 1990.

44. Harryman, D.T., Sidles, J.A., Clark, J.M, and Matsen III, F.A.: The Role of the Coracohumeral Ligament in Passive Motion and Stability of the Shoulder. Orthop. Trans., 4:595, 1990.

45. Harryman, D.T., Sidles, J.A., Clark, J.M., McQuade, K.J., Gibb, T.D., Matsen III, F.A.: Translation of the Humeral Head on the Glenoid with Passive Glenohumeral Motion, Orthop. Trans., 14:595. 1990.

46. Harryman II, D. T., Mack, L. A., Wang, K. Y., Jackins, S. E., Richardson, M. L., Matsen III, F. A.: Rotator Cuff Repair: Correlation of Functional Results with Cuff Integrity, Orthop. Trans., 4:565, 1990.

47. Harryman II, D. T., Sidles, J. A., Clark, J. M., McQuade, K. J., Gibb, T. D., Matsen III, F. A.: Humeral Head Translation on the Glenoid Occurs with Passive Glenohumeral Motions, Orthop. Trans., 4:121, 1990.

48. Sidles, J. A., Harryman II, D. T., Harris, S. L., Matsen III, F. A.: In-Vivo Measurements of Glenohumeral and Scapulothoracic Motion: Implications for Fusion Position in Glenohumeral Arthrodesis, ORS-37th Annual Meeting, Anaheim, CA, Mar. 4-7, 1991.

49. Harryman II, D. T., Sidles, J. A., Matsen III, F. A.: In-Vivo Measurements of Glenohumeral Stability in Normal Subjects, Orthop. Trans., 5:357, 1991.

50. Harryman II, D. T., Sidles, J. A., Matsen III, F. A.: Laxity of the Normal Glenohumeral Joint - A Quantitative Assessment, Orthop. Trans., 5:764, 1991.

51. Sidles, J. A., Harryman II, D. T., Matsen III, F. A.: Glenohumeral and Scapulothoracic Contributions to Shoulder Motion, Orthop. Trans., 5:762, 1991.

52. Sidles, J. A., Collins, D. B., Harryman II, D. T., Matsen III, F. A.: The Effects of Fusion Position on the Function of Glenohumeral Arthrodesis, Orthop. Trans., 15:749, 1991.

53. Vanderhooft, J. E., Lippitt, S. B., Harris, S. L., Sidles, J. A., Harryman II, D. T., Matsen III, F. A.: Glenohumeral Stability from Concavity-Compression: A Quantitative Analysis: Orthop. Trans., 16:774, 1992.

54. Lippitt, S. B., Harris, S. A., Sidles, J. A., Harryman II, D. T., Matsen III, F. A.: In-Vivo Quantification of the Laxity of Normal and Unstable Glenohumeral Joints: Orthop. Trans., 16:667, 1992.

55. Harryman II, D. T., Sidles, J. A., Harris, S. L., Lippitt, S. B., Matsen III, F. A.: The Effect of Articular Conformity and Humeral Neck Length on the Motion and Stability in Glenohumeral Arthroplasty, Orthop. Trans. 16:771, 1992.

56. Lippitt, S. B., Harryman II, D. T., Matsen III, F. A.: Patient Age is a Helpful Guide in the Differential Diagnosis of Shoulder Disorders, AAOS Open Meeting, Feb. 21, 1993.

57. Lippitt, S. B., Harryman II, D. T., Matsen III, F. A.: The Simple Shoulder Test: A Practical, Patient-Conducted Method of Assessment in Outcome Evaluation, ASES Open Meeting, Feb. 21, 1993.

58. Romeo, A.A., and Matsen III, F.A.: Failures of Shoulder Surgery. Analysis of 115 Consecutive Cases, Orthop. Trans., 18(4):1072, 1994.

    Also in Orthop. Trans., 19(1):241, 1995.

59. Matsen III, F.A.: Effectiveness of Shoulder Arthroplasty in Improving Function and General Health Status, ASES Closed Meeting, Manchester,

Vermont, Sept. 26-28, 1994. Selected as the most outstanding paper presented to ASES during the 1994 year.

60. Lazarus, M. D., Sidles, J. A., Harryman II, D. T., and Matsen III, F.A.: Reconstruction of Glenoid Concavity, AAOS Annual Meeting, Feb. 16-21, 1995.

61. Romeo, A.A., Rhee, Y.G., Harryman II, D.T., Sidles, J.A., and Matsen III, F.A.: Capsuloligamentous Restraint to Glenohumeral Motion. Orthop. Trans., 19(2):325, 1995.

62. Matsen III, F.A.: Patient Self-Assessment of Health Status and Function in Glenohumeral Degenerative Joint Disease, AOA Annual Meeting, White Sulphur Springs, VA, June 10-13, 1995. Also presented as the best ASES paper.

63. Harryman II, D.T., Sidles, J.A., Matsen III, F.A., Smith, K.L.: Arthroscopic Management of Refractory Shoulder Stiffness. The American Shoulder and Elbow Surgeons, Thirteenth Open Meeting, San Francisco, CA, February 16, 1997.

64. Metcalf, M.H., Duckworth, D.G., Lee, S.B., Sidles, J.A., Smith, K.L., Harryman II, D.T., and Matsen III, F.A.: Posterior Glenoplasty can Change Glenoid Shape and Increase the Mechanical Stability of the Shoulder. Orthop. Trans., 21(2):700, 1997.

65. Michelotti, J.D., Duckworth, D.G., Sidles, J.A., and Matsen III, F.A.: The Efficacy of Revision Shoulder Arthroplasty with Respect to Shoulder Function and Health Status. Orthop. Trans., 22(1):123, 1998.

66. Metcalf, M.H., Larson, R.V., Simonian, P.T., and Matsen III, F.A.: The Simple Knee Test: A Quick and Sensitive Self-Assessment of Knee Function. Orthop. Trans., 22(1):136, 1998.

## 16. PRESENTATIONS:

### A. International

1. Matsen III, F.A.: "The Deep Posterior Compartmental Syndromes of the Leg," Association of Bone and Joint Surgeons, Caracus, Venezuela, April 15-20, 1975.

2. Matsen III, F.A.: "The Continuous Monitoring of Intramuscular Pressure and Its Application to Clinical Compartmental Syndromes," IXth World Conference, European Society for Microcirculation, Antwerp, Belgium, July 5-9, 1976.

3. Matsen III, F.A.: "Physiological Effects of Increased Tissue Pressure," Societe Internationale de Chirurgie Orthopedique et de Traumatologie

(SICOT), XIV World Congress, SICOT Fellowship Award paper, Kyoto, Japan, October 15-20, 1978.

4. Matsen III, F.A.: "Increased Tissue Pressure and Its Effects on Muscle Oxygenation in Level and Elevated Human Limbs," Association of Bone and Joint Surgeons, Nicholas Andry Award paper, Toronto, Canada, May 18-22, 1979.

5. Matsen III, F.A.: "Differential Diagnosis of Compartmental Syndromes in Children," Carrie Tingley Orthopaedic Seminar, Truth or Consequences, New Mexico, June 7, 1980.

6. Matsen III, F.A.: "Amputation Level Selection," American Bone and Joint Surgeons Meeting, Puerto Vallerta, Mexico, April 19-24, 1982.

7. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, Common Shoulder Problems Course, Acapulco, Mexico, March 21-23, 1985.
   a. "X-ray and Other Techniques to Evaluate the Shoulder – CAT Scan, NMR, Arthrography"
   b. "Complications Occurring Secondary to Anterior and Posterior Reconstructions"
   c. "Cervical Spine Referred Pain to the Shoulder"
   d. "Management of Fractures of the Clavicle-Shaft, Medial and Distal End"

8. Matsen III, F.A.: Classic Speaker: "Pathophysiology and Management of Compartmental Syndromes," Mid-America Orthopaedic Association Meeting, Puerto Rico, April 24-28, 1985.

9. Matsen III, F.A.: Guest Lecturer: "Challenges of Glenohumeral Reconstruction," 12th Annual Japan Shoulder Society, Sapporo, Japan, October 5-6, 1985.

10. Matsen III, F.A.: Orthopaedic Trauma Course, Sweden & Denmark, March 3-20, 1988.
    a. "Compartment Syndrome"
    b. "Injuries to Shoulder"
    c. "Shoulder Trauma in General — Fractures"
    d. "Lund University: Compartmental Syndrome"
    e. "Compartmental Syndrome"
    f. "Shoulder Traumatology"

11. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, Shoulder CME, Buenos Aires, Argentina, October 15-23, 1988.
    a. "Special Diagnostic Procedures, CT Scan, Sonogram, MRI, Arthroscope"
    b. "Surgical Treatment of Shoulder Instability"
    c. "Management of A/C Joint Problems"
    d. "Management of Fracture of the Clavicle and Scapula"

e. "The Shoulder Impingement Syndrome"
f. "Treatment of Nonunion fracture of the Clavicle and Proximal Humerus"

12. Matsen III, F.A.: American Shoulder and Elbow Surgeons Annual Meeting, Albuquerque, New Mexico, November 3-5, 1988.
 a. "Passive and Active Stabilization of the Glenohumeral Joint"
 b. "Glenohumeral Translation Using Our New Computer System"

13. Matsen III, F.A.: Annual Canadian Orthopaedic Research Society/Canadian Orthopaedic Association Meetings, May 28-June 1, 1989.
 a. CORS Presidential Guest Speaker: "Factors in Shoulder Stability--A New Perspective"
 b. COA Lecture: "An Approach to Academic Orthopaedics"
 c. Discussion of paper on "MRI Diagnosis of Chronic Compartment Syndrome"

14. Matsen III, F.A.: International Congress on Sports Medicine, Paris, France, June 5-10, 1990.

15. Matsen III, F.A.: Guest Lecturer, 3rd Annual Scientific Meeting of the Shoulder and Elbow Society of Australia (S.E.S.A.), Sydney, Australia, November 29-December 1, 1991.
 a. "Complications of Repairs for Glenohumeral Instability"
 b. "Glenohumeral Instability"
 c. "Total Shoulder Arthroplasty"
 d. "Cuff Fiber Failure"

16. Matsen III, F.A.: Guest Lecturer, Recent Advances in Shoulder Arthroplasty, Wrightington Hospital, England (UK), June 24-25, 1997.
 a. "Results of Shoulder Arthroplasty and its future development"
 b. "Glenohumeral Stability and Instability"

17. Annual Meeting of the European Society for Shoulder and Elbow Surgery, Guest Speaker, Salzburg, Austria, September 14-17, 1997.
 a. "Management of Failed Glenohumeral Arthroplasty" – Instructional Course Lecture
 b. "Making a Difference with Shoulder Surgery" – guest lecture

18. Matsen III, F.A.: Diseases of the Musculoskeletal System Meeting, Sydney, Australia, organized by DePuy, Inc., December 3, 1998, via teleconference:
 a. "The Glenoid Component: Design Changes over the last fifteen years and into the future. When should one use a glenoid component?"

19. Matsen III, F.A.: Transforming Orthopaedics, Whistler, British Columbia, Canada, organized by DePuy, Inc., March 9-13, 2005:
 a. "Minimally Invasive Open Surgery for Rotator Cuff Tears"

b. "Non-prosthetic glenoid arthroplasty: Ream and Run"
c. "Shoulder Arthroplasty Technique"

20. Matsen III, F.A.: The Calgary Shoulder & Elbow Course: Open & Arthroscopic Workshop, University of Calgary, Calgary, Canada, September 23-24, 2005:
    a. "Complications and Revision, Glenohumeral Instability"
    b. "Failed and Revision: Total Shoulder Arthroplasty"

## B. National

1. Matsen III, F.A.: "The Effect of Local Cooling on Postfracture Swelling," American Fracture Association, Henry Meyerding Essay Award, Atlanta, Georgia, October 20-24, 1974.

2. Matsen III, F.A.: "A Model Compartmental Syndrome," Orthopaedic Research Society, New Orleans, Louisiana, January 28-30, 1976.

3. Matsen III, F.A.: "A Model Compartmental Syndrome in Man with Particular Reference to the Quantification of Nerve Function," Orthopaedic Research Society Annual Meeting, Las Vegas, NV, January 31-February 2, 1977.

4. Matsen III, F.A.: "The Continuous Monitoring of Intramuscular Pressure and Its Application to Clinical Compartmental Syndromes," American Academy of Orthopaedic Surgeons, 44th Annual Meeting, Las Vegas, NV, February 3-8, 1977.

5. Matsen III, F.A.: "The Diagnosis and Management of Compartmental Syndromes," Columbia Presbyterian Medical Center, New York, NY, September 29, 1977.

6. Matsen III, F.A.: "Compartmental Syndromes: Current Concepts in Diagnosis," Rocky Mountain Traumatology Society, Aspen, Colorado, February 2, 1978.

7. Matsen III, F.A.: "Compartmental Syndromes--Current Management," Portland Adventist Hospital, Portland, Oregon, April 7, 1978.

8. Matsen III, F.A.: "Diagnosis of Compartmental Syndromes" and "Treatment of Calcific Tendinitis (Shoulder)," American Academy of Orthopaedic Surgeons, 4th Summer Institute, Boston, MA, July 13-15, 1978.

9. Matsen III, F.A.: "The Effects of Increased Tissue Pressure on Tissue Oxygen and Carbon Dioxide Tensions and on Neuromuscular Function," Orthopaedic Research Society Annual Meeting, San Francisco, California, February 20-22, 1979.

10. Matsen III, F.A.: "Diagnosis and Management of Compartmental Syndromes," Trauma to the Leg and Its Sequelae, Monterey, CA, April 5-8, 1979.

11. Matsen III, F.A.: "Fractures, Dislocations, and Soft Tissue Injuries to the Shoulder" and "Vascular Complications in Orthopaedic Surgery," American Academy of Orthopaedic Surgeons, 5th Summer Institute, Los Angeles, CA, July 18-20, 1979.

12. Matsen III, F.A.: "The Effect of Acute Hemorrhage on the Tolerance of Limbs for Increased Tissue Pressure." Orthopaedic Research Society Annual Meeting, Atlanta, Georgia, February 4-7, 1980.

13. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, 47th Annual Meeting, Atlanta, Georgia, February 7-11, 1980:
    a. Instructional Course Lectures: Management of Fractures and Dislocations about the Shoulder: "Anterior Dislocation" and "Posterior Dislocation"
    b. Anatomy - Basic Surgery – Instructional Course, "Shoulder"
    c. "Compartmental Syndromes in the Forearm and Hand"

14. Matsen III, F.A.: Office Orthopaedics for Primary Physicians, Sun Valley, Idaho, February 23-March 1, 1980.
    a. "Shoulder and Elbow Problems"
    b. "Hand Problems"
    c. "Adult Office Orthopaedics"

15. Matsen III, F.A.: "Compartmental Syndromes" and "Shoulder Problems," William Beaumont U.S. Army Hospital, El Paso, Texas, June 4-6, 1980.

16. Matsen III, F.A.: "Anterior Glenohumeral Dislocation" and "Shoulder Roentgenography," American Academy of Orthopaedic Surgeons, 6th Annual Summer Institute, Chicago, Illinois, July 9-12, 1980.

17. Matsen III, F.A.: Emergency Medical Care: Trauma, Orthopaedics and Surgery, Alaska, June 27-July 5, 1980.
    a. "Initial Management of Major Fractures and Dislocations"
    b. "Trauma to the Spine"
    c. "Hand Injuries"
    d. "Acute Sports Related Injuries to Upper and Lower Extremities"
    e. "Acute Foot Problems"

18. Matsen III, F.A.: "Prospective Evaluation of Transcutaneous $PO_2$ Measurements in the Selection of Amputation Level in Patients with Peripheral Vascular Disease," Rocky Mountain Traumatology Society, Aspen, Colorado, January 27-30, 1981.

19. Matsen III, F.A.: "The Shoulder," Instructional Course Lecture, American Academy of Orthopaedic Surgeons, 48th Annual Meeting, Las Vegas, NV, February 25-March 3, 1981.

20. Matsen III, F.A.: Emergency Medical Care: Trauma, Orthopaedics, and Surgery, Wailea Beach, Maui, April 18-25, 1981.
    a. "Initial Management of Major Fracture and Dislocations"
    b. "Neck Injuries"
    c. "Hand Injuries"
    d. "Acute Sports-Related Injuries to the Upper & Lower Extremities."

21. Matsen III, F.A.: "Compartmental Syndromes," Brigham and Women's Hospital, Boston, Massachusetts, June 17, 1981.

22. Matsen III, F.A.: "Surgical Repair of Anterior Glenohumeral Instability," American Academy of Orthopaedic Surgeons, 7th Annual Summer Institute, Snowbird, UT, July 19-24, 1981.

23. Matsen III, F.A.: "Compartment Syndrome" (Panelist). 67th Clinical Congress, American College of Surgeons, San Francisco, California, October 11-16, 1981.

24. Matsen III, F.A.: "Pathophysiology of Compartmental Syndromes" and "Methods of Measurements," American College of Surgeons 1981 Clinical Congress Meeting, San Francisco, California, October 14, 1981.

25. Matsen III, F.A. American Academy of Orthopaedic Surgeons, 49th Annual Meeting, New Orleans, LA, January 21-26, 1982.
    a. "Compartmental Syndromes: Definition, Theory, and Pathogenesis"
    b. "Shoulder Arthrography"

26. Matsen III, F.A.: Office Orthopaedics, Elkhorn, Idaho, February 6-13, 1982.
    a. "Differential Diagnosis of Shoulder Pain and Shoulder Tendinitis"
    b. "Shoulder and Elbow" (Seminar)
    c. "Shoulder Instability: Subluxation and Dislocation"
    d. "Frozen Shoulder"

27. Matsen III, F.A.: "Compartmental Syndromes," 3rd American Orthopaedic Association International Symposium, San Francisco, CA, May 17-21, 1982.

28. Matsen III, F.A.: Orthopaedics in the Office, Sunriver, Oregon, Aug. 29-Sept. 3, 1982.
    a. "Differential Diagnosis of Shoulder Pain"
    b. "Office Management of the Acromioclavicular Joint & the Stiff Shoulder"
    c. "Shoulder Tendinitis and Rotator Cuff Tear"
    d. "Office Management of the Unstable Shoulder"

29. Matsen III, F.A.: "Compartmental Syndrome" and "Shoulder Impingement," Alaska Orthopaedic Society, Anchorage, Alaska, October 21-22, 1982.

30. Matsen III, F.A.: "Result Evaluation for Shoulder Problems" and "Hemiarthroplasty for Degenerative Conditions of the Shoulder," 1st Annual American Shoulder and Elbow Surgeons Closed Meeting, New York, NY, November 9-11, 1982.

31. Matsen III, F.A.: Office Orthopaedics, Elkhorn, Idaho, February 12-19, 1983.
    a. "Differential Diagnosis of Shoulder Pain"
    b. "Office Management of the Acromioclavicular Joint & the Stiff Shoulder"
    c. "Shoulder Tendinitis and Rotator Cuff Tear"
    d. "Office Management of the Unstable Shoulder"

32. Matsen III, F.A.: "X-ray Evaluations of Shoulder Problems," American Academy of Orthopaedic Surgeons, 50th Annual Meeting, Anaheim, CA, March 10-15, 1983.

33. Matsen III, F.A.: "Report of AOA ABC 1983 Traveling Fellows," American Orthopaedic Association Annual Meeting, May 17-21, 1982.

34. Matsen III, F.A.: Office Orthopaedics, Sunriver, Oregon, July 31-August 5, 1983.
    a. "Differential Diagnosis of Shoulder Pain"
    b. "Office Management of the Acromioclavicular Joint & the Stiff Shoulder"
    c. "Shoulder Tendinitis and Rotator Cuff Tear"
    d. "Office Management of the Unstable Shoulder"

35. Matsen III, F.A.: "Early Results of Unconstrained Total Shoulder Arthroplasty for Degenerative and Rheumatoid Arthritis," 2nd Annual American Shoulder and Elbow Surgeons Closed Meeting, Rochester, MN, November 10-11, 1983.

36. Matsen III, F.A.: "Sonographic Evaluation of the Rotator Cuff," 3rd Annual American Shoulder and Elbow Surgeons Closed Meeting, Boston, MA, November 1-3, 1984.

37. Matsen III, F.A.: "Shoulder Instability II: Complications of Reconstruction," Instructional Course Lecture, American Academy of Orthopaedic Surgeons, 51st Annual Meeting, Atlanta, GA, February 9-14, 1984.

38. Matsen III, F.A.: Sports Medicine for the Primary Care Physician, Sun Valley, Idaho, February 18-25, 1984.
    a. "Upper Extremity Injuries"