b. "Sports-Related Compartmental Syndromes"
c. "Acute Ankle Injuries: Diagnosis and Early Management"

39. Matsen III, F.A.: "A Simple Model of the Effect of Component Position on Collateral Ligament Tension in Total Knee Arthroplasty," Association of Bone and Joint Surgeons Meeting, Moran, Wyoming, June 28-July 3, 1984.

40. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, 10th Annual Summer Institute, San Diego, CA, September 8-12, 1984.
    a. "Shoulder Instability: Classification and Diagnosis"
    b. "Rotator Cuff Disease: Arthrography"

41. Matsen III, F.A.: "Method of Recording Shoulder Motion" and "Sonographic Evaluation of Rotator Cuff," 1st American Shoulder and Elbow Surgeons Open Meeting, Las Vegas, Nevada, January 23, 1985.

42. Matsen III, F.A.: "Total Shoulder Arthroplasty I: Historical Review, Techniques, Indications and Rehabilitation," Instructional Course Lecture, American Academy of Orthopaedic Surgeons, 52nd Annual Meeting, Las Vegas, NV, January 24-29, 1985.

43. Matsen III, F.A.: "Compartment Syndrome," Orthopaedic Research Society Chair Session, Las Vegas, Nevada, January 24, 1985.

44. Matsen III, F.A.: Office Orthopaedics and Sports Medicine, Elkhorn, Idaho, February 23-March 2, 1985.
    a. "Differential Diagnosis of Shoulder Pain and Office Management of the Stiff Shoulder"
    b. "Office Management of the Unstable Shoulder"
    c. "Office Management of Shoulder Tendinitis"
    d. "Practical Evaluation of the Shoulder and Elbow"

45. Matsen III, F.A.: "Pathophysiology and Management of Compartmental Syndrome," 13th Annual Symposium on Vascular Surgery, Rancho Mirage, CA, April 10-14, 1985.

46. Matsen III, F.A.: "Compartmental Syndromes," Sanderson Lecturer, Sacramento Western Orthopaedic Association, Sacramento, CA, September 17, 1985.

47. Matsen III, F.A.: "Failed Acromioplasty in the Treatment of Impingement Syndrome," 4th Annual American Shoulder and Elbow Surgeons Closed Meeting, Los Angeles, CA, October 24-25, 1985.

48. Matsen III, F.A.: "Physical Examination of the Shoulder" and "Shoulder Rehabilitation," American Academy of Orthopaedic Surgeons: The Shoulder – Update, Williamsburg, VA, November 12-14, 1985.

49. Matsen III, F.A.: "Shoulder Arthroplasty and Arthrodesis: Rehabilitation" and "Shoulder Injuries: Fractured Clavicle," American Academy of Orthopaedic Surgeons, 53rd Annual Meeting, New Orleans, LA, February 20-25, 1986.

50. Matsen III, F.A.: "Ultrasound" and "Techniques of Shoulder Arthroplasty," American Academy of Orthopaedic Surgeons, 12th Annual Summer Institute, Monterey, CA, September 22-26, 1986.

51. Matsen III, F.A.: "The Glenoid Component: Current Problems and Future Solutions," 5th Annual American Shoulder and Elbow Surgeons Closed Meeting, San Antonio, TX, November 12-15, 1986.

52. Matsen III, F.A.: American Academy of Orthopaedic Surgeons: Common Shoulder Problems Course, Vail, CO, December 6-10, 1986.
    a. "Physical Examination of the Shoulder"
    b. "Diagnosis and Treatment of Impingement"
    c. "Failed Repairs and Complications Following Repair for Shoulder Instability"
    d. "Special Considerations of Total Shoulder Arthroplasty"

53. Matsen III, F.A. American Academy of Orthopaedic Surgeons, 54th Annual Meeting, San Francisco, CA, January 22-27, 1987.
    a. "Fractured Clavicle"
    b. "How I Manage Anterior Instability"
    c. "Definition and Pathophysiology of Acute and Chronic Compartmental Syndromes"
    d. "The Effect of Joint Line Position in Total Knee Replacement"

54. Matsen III, F.A.: "Technique, Indications, and Results to Total Shoulders" and "Technique of Repair of Recurrent Dislocation of Shoulder," 5th Annual Orthopaedic Symposium, University of California, Davis, Napa Valley, California, March 11-15, 1987.

55. Matsen III, F.A.: "What's New & What's True in Orthopaedics," University of California, Davis Department of Orthopaedic Surgery Annual Symposium, Napa Valley, California, March 11-15, 1987.
    a. "Total Shoulder Arthroplasty--Indications, Contraindications and Techniques"
    b. "Diagnosis and Treatment of Impingement Syndrome and Simple Rotator Cuff Tears"
    c. "Treatment of Shoulder Instability"

56. Matsen III, F.A.: Orthopaedic Research Society, 34th Annual Meeting, Atlanta, Georgia, February 1-4, 1988:
    a. "Fiber-Fiber Interactions Within Finite Ligament Grafts"
    b. "Can the Peripheral Portion of an Anterior Cruciate Ligament Graft be Nearly Isometric?"

c. "Intraarticular Bone Anatomy as a Guide to the Isometric Repair of Anterior and Posterior Cruciate Ligaments"
d. "Circulatory and Mechanical Response of Skin to Compression Loading"
e. "The Effect of Component Position on Knee Laxity in Total Knee Arthroplasty."

57. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, 55th Annual Meeting, Atlanta, GA, February 4-9, 1988.
a. "Definition and Pathophysiology of Acute and Chronic Compartmental Syndromes"

58. Matsen III, F.A.: "Disorders of the Shoulder: Modern Orthopaedic Management," St. Luke's Episcopal Hospital, 24th Annual Orthopaedic Symposium, Houston, Texas, April 29-30, 1988.
a. "Shoulder Instability: Diagnosis and Evaluation"
b. "Rotator Cuff Disorders and Impingement Syndrome: Diagnosis, Evaluation and Imaging Techniques"
c. "Management of Failed Acromioplasty"
d. "Evaluation and Treatment of Chronic Rotator Cuff Arthroplasty"
e. "Total Shoulder Arthroplasty: Technical Challenges"

59. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, 14th Annual Summer Institute, San Diego, CA, September 7-11, 1988.
a. "Surgery for Routine Cuff Tears (Indications, Techniques, and Results)"
b. "Complex Unconstrained Total Shoulder Arthroplasty (Indications, Techniques, and Results)"
c. "Anterior Instability – Conservative Treatment, Surgical Options"
d. "Anterior Instability – Results of Treatment"

60. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, 56th Annual Meeting, Las Vegas, NV, February 9-14, 1989.
a. "Compartment Syndromes"
b. "The Shoulder III: Shoulder Basics: X-ray evaluation of Shoulder"
c. The Shoulder IV: Failed Shoulder Procedures: Management of Failed Cuff Repairs"

61. Matsen III, F.A.: "Irreparable Tears of the Musculotendinous Cuff" and "An Approach to the Repair of Glenohumeral Ligament Avulsion in the Management of Traumatic Anterior Glenohumeral Instability," American Shoulder and Elbow Surgeons Fifth Open Meeting, Las Vegas, Nevada, February 12, 1989.

62. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, The Shoulder 1989: The State of the Art, Poipu, HI, April 2-9, 1989.
a. "Frozen Shoulder – Evaluation and Management"
b. "Pathogenesis of Cuff Lesions"

c. "Cuff Tear Arthropathy – Diagnosis and Management"
d. "Shoulder Instability – Types and Diagnosis"
e. "Special Techniques in Arthroplasty"

63. Matsen III, F.A.: "Glenohumeral Translation: A Three-Dimensional Analysis," Fourth International Conference on Surgery of Shoulder (ASES), Waldorf Astoria, NY, NY, October 3 - 7, 1989.

64. Matsen III, F.A.: "Treatment of Rotator Cuff Tears" and "Total Shoulder Arthroscopy," Idaho Orthopaedic Association Annual Meeting, St. Alphonsus Regional Medical Center, Boise, Idaho, December 1, 1989.

65. Matsen III, F.A.: "Integrity of the Postoperative Cuff: Ultrasonography and Function," American Academy of Orthopaedic Surgeons, 57th Annual Meeting, New Orleans, LA, February 7-13, 1990.

66. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, Reconstruction of the Shoulder: State of the Art 1990, Bal Harbour, FL, March 29-30, 1990.
a. "Radiographic Evaluation of the Painful Shoulder"
b. "Anterior Instability – Diagnosis, Surgical Treatment, Rehabilitation"
c. Rotator Cuff Disease – Current Concepts"

67. Matsen III, F.A.: University of Washington CME Course: Orthopaedics for the 1990's, Kaanapali, Maui, HI, April 2-5, 1990.
a. "Compartment Syndrome"
b. "Difficult Fractures about the Shoulder"
c. "Shoulder Instability – Diagnosis and Treatment"
d. "Rotator Cuff Failure – Diagnosis and Treatment"
e. "Special Techniques in Shoulder Arthroplasty"
f. "Changing Problems in Adult Elbow Reconstruction"

68. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, Summer Institute 1990 (Intensive Surgical Skills), #701 Current Shoulder Surgical Management, Monterey, CA, September 10-12, 1990.
a. "Diagnostic Methods of Cuff Pathology"
b. "Total Shoulder Replacement – Indications, Technique, Results"

69. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, 58th Annual Meeting, Anaheim, CA, March 6-12, 1991.
a. "Pathogenesis of Cuff Fiber Failure," ICL #215
b. "The Effects of Fusion Position on the Function of Glenohumeral Arthrodesis" by Matsen, Sidles, Collins, and Harryman.
c. "Indications and Technique of Total Shoulder Arthroplasty," ICL 415

70. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, The Shoulder 1991: The State of the Art, Wailea, Maui, HI, April 4-8, 1991.
 a. "Anterior Instability – My Approach"
 b. "Pathogenesis of Cuff Fiber Failure-What we See"
 c. What do These Mechanical Considerations Mean to the Surgeon?'

71. Matsen III, F.A., Tencer, A., and Collins, D.: "Glenoid Component Stability is Enhanced by Accurate Preparation of the Bone Surface," American Shoulder and Elbow Surgeons, 10th Annual Closed Meeting, Seattle, WA, September 4-7, 1991.

72. Matsen III, F.A.: AAOS Shoulder Update: Instability, Rotator Cuff, Degenerative Joint Disease, October 30-November 2, 1991.
 a. "Etiology, Physical Examination, Classification of DJD"
 b. "Shoulder Arthroplasty: Cuff Tear Arthropathy – Indications, Technique, Results"
 c. "Rehabilitation"

73. Matsen III, F.A.: AAOS Common Shoulder Problems, Vail, Colorado, December 6-10, 1991.
 a. "Pathophysiology of Impingement and Rotator Cuff Tears"
 b. "Surgical Approach to Anterior Instability of the Shoulder – My Way"
 c. "Complications and Failed Shoulder Repairs for Instability"
 d. "Arthroplasty of the Shoulder: Routine"

74. Matsen III, F.A.: "Shoulder Injuries – their treatments and pitfalls," Anchorage, Alaska, March 19-20, 1992.

75. Matsen III, F.A.: "Ambri vs TUBS," The American Orthopaedic Association: 26th Annual Residents' Conference, Seattle, WA, March 17-20, 1993.

76. Matsen III, F.A.: American Academy of Orthopaedic Surgeons, The Shoulder 1993: The State of the Art, Hawaii, HI, March 29-April 3, 1993.
 a. "The Spectrum of Shoulder Disease"
 b. "Complications of Shoulder Arthroplasty"

77. Matsen III, F.A.: "Effectiveness of Shoulder Arthroplasty in Improving Function and General Health Status," American Shoulder and Elbow Surgeons, Annual Closed Meeting, Manchester, Vermont, September 26-28, 1994.

78. Matsen III, F.A.: "Shoulder Arthroplasty – Principles and Techniques," American Academy of Orthopaedic Surgeons, 62nd Annual Meeting, Orlando, FL, February 16-21, 1995.

79. Matsen III, F.A.: Raney Visiting Professor, Chapel Hill, North Carolina, May 2-5, 1995.

a. "When Things Get Rough: An Approach to Glenohumeral Osteoarthritis"
b. "Stabilizing Influences: What Holds the Shoulder Together?"

80. Matsen III, F.A.: 108th Annual Meeting of the American Orthopaedic Association and the ASEAN Orthopaedic Association, White Sulphur Springs, West Virginia, June 10-13, 1995.
a. "Effectiveness of Shoulder Arthroplasty in Improving Function in General Health Status"
b. "Patient Self-Assessment of Health Status and Function in Glenohumeral Degenerative Joint Disease"

81. Matsen III, F.A.: 14th Annual Arthritic Hip, Knee, and Shoulder Symposium, University of Utah, Snowbird, UT, January 3-7, 1996.
a. "Indications for Shoulder Arthroplasty"
b. "Results of Shoulder Arthroplasty"
c. "Technique of Shoulder Arthroplasty"

82. Matsen III, F.A.: "Shoulder Arthroplasty-Techniques/Principles," Instructional Course Lecture, American Academy of Orthopaedic Surgeons, 63rd Annual Meeting, Atlanta, GA, February 21-26, 1996.

83. Matsen III, F.A.: "Revision Shoulder Arthroplasty," Instructional Course Lecture, American Academy of Orthopaedic Surgeons, 64th Annual Meeting, San Francisco, CA, February 13-17, 1997.

84. Matsen III, F.A.: "Upper Extremity Orthopaedics for the Next Century," Western Orthopaedic Association Annual Meeting, Sun Valley, ID, August 9-13, 1997.

85. Matsen III, F.A., Jackins, S., and Smith, K.L.: "Practical Evaluation and Management of Patients with Frozen Shoulder," American Shoulder and Elbow Surgeons, 17th Annual Closed Meeting, New York, NY, November 5-8, 1998.

87. Matsen III, F.A.: "Revision Shoulder Arthroplasty: Glenoid Loosening, Component Malalignment and Evaluation of a Painful Prosthesis," Instructional Course Lecture, American Academy of Orthopaedic Surgeons, 65th Annual Meeting, Anaheim, CA, February 5, 1999.

88. Matsen III, F.A.: Visiting Guest Professor for the Ferguson Lectureship, Pittsburgh, PA, April 21-26, 2001.

89. Matsen III, F.A.: Visting Guest Professor at University of Maryland Grand Rounds, May 25-30, 2005.

90. Matsen III, F.A.: Visiting Guest Professor at Oregon Health Sciences University, September 16, 2005.

91. Matsen III, F.A.: Visiting Guest Professor at the Idaho Orthopaedic Conference, November 17-18, 2005.

C. **Regional and Local**

1. Matsen III, F.A.: "Sideline Recognition of Shoulder Injuries. The Problem of the Recurring Dislocation of the Shoulder." University of Washington Sports Medicine Workshop, Seattle, Washington, August 11-12, 1975.

2. Matsen III, F.A.: "The Painful Shoulder." Washington State Medical Association, Seattle, Washington, September 21, 1975.

3. Matsen III, F.A.: "Upper Extremity Injuries." Children's Orthopedic Hospital Pediatric Orthopaedic Workshop, Seattle, Washington, November 5-6, 1976.

4. Matsen III, F.A.: "Diagnosis, Wound Healing, and Level Determination Research." Seattle Veterans Administration Amputee Management Policy Workshop, Seattle, Washington, March 29-30, 1979 (Guest Lecturer).

5. Matsen III, F.A.: "Upper Extremity" and "Runner Problems," Sports Medicine for Team Physicians, Seattle, Washington, August 8-11, 1979.

6. Matsen III, F.A.: "Compartmental Syndromes of the Forearm." Children's Orthopedic Hospital--Children's Day, Seattle, Washington, August 20, 1980.

7. Matsen III, F.A.: "Compartmental Syndromes of the Upper Extremity," Orthopaedic Traumatology, Seattle, WA, August 25-27, 1980.

8. Matsen III, F.A.: "Compartmental Syndromes." Continuing Education for Orthopaedic Nurses and Allied Health Professionals, Seattle, Washington, May 7-9, 1981.

9. Matsen III, F.A.: "Common Hand Problems" and "Office Orthopaedics," Common Office Procedures, Seattle, Washington, June 18-20, 1981.

10. Matsen III, F.A.: "Transcutaneous $PO_2$ and Other Gas Perfusion." Modern Amputation Surgery and Prosthetic Rehabilitation CME Course, Seattle, WA, September 11-12, 1981.

11. Matsen III, F.A.: "Common Shoulder Injuries and the Team Physician--Prevention, Recognition, and Management." American College of Health Association Meeting, Seattle, Washington, April 13-16, 1982.

12. Matsen III, F.A.: "Compartmental Syndromes." Tacoma Orthopaedic Society, Tacoma, Washington, May 3, 1982.

13. Matsen III, F.A.: "Common Hand Problems" and "Office Orthopaedics," Common Office Procedures, Seattle, Washington, June 10-12, 1982.

14. Matsen III, F.A.: "Fractures in the Shoulder Region." American Academy of Orthopaedic Surgeons, Orthopaedic Traumatology Course, Seattle, WA, August 9-11, 1982.

15. Matsen III, F.A.: "An Approach to Shoulder Pain." Family Medicine Residents from 3 Seattle Hospitals, Seattle, Washington, November 11, 1982.

16. Matsen III, F.A.: "Compartmental Syndromes." Swedish Hospital Conference, Seattle, Washington, April 8, 1983.

17. Matsen III, F.A.: "Compartmental Syndromes." American Academy of Orthopaedic Surgeons, Current Concepts as Related to Nursing Skills, Seattle, WA, September 22-23, 1983.

18. Matsen III, F.A.: "Shoulder Impingement Syndrome." Department of Medicine Clinical Conference, University of Washington, Seattle, WA, January 31, 1984.

19. Matsen III, F.A.: "TKR, Current Problems, and Possible Solutions." Current Concepts in Total Knee Replacement: A Hands-On Experience. University of Washington/Richards, Seattle, WA, November 8, 1985.

20. Matsen III, F.A.: Residents' Psychomotor Skills Course, Seattle, Washington, May 15-18, 1986.
    a. "Extensile exposure"
    b. "Rotator Cuff Decompression and Repairs"
    c. "Instabilities of the Glenohumeral Joint"

21. Matsen III, F.A.: "Shoulder Reconstruction at the University of Washington." Mark B. Coventry Orthopaedic Society Meeting, Seattle, WA, July 17-18, 1986.

22. Matsen III, F.A.: "Shoulder Reconstruction at the University of Washington." Mark B. Coventry Orthopaedic Society Meeting, Seattle, WA, July 17-18, 1986.

23. Matsen III, F.A.: "Total Shoulder Arthroplasty and Rotator Cuff Repair." Washington State Physical Therapy Association Chapter Meeting, Everett, WA, September 28, 1986.

24. Matsen III, F.A.: "The Management of Shoulder Pain," Primary Care of Office Orthopaedics, Seattle, WA, March 6-7, 1987.

25. Matsen III, F.A.: "Compartmental Syndromes: When the Pressure Gets Too Great." University of Washington School of Medicine Science in Medicine Lecture, Seattle, WA, April 9, 1987.

26. Matsen III, F.A.: "Computerized Surgery." American College of Surgeons Southwest Missouri Chapter, Department of Surgery, University of Washington, Seattle, WA, April 30, 1987.

27. Matsen III, F.A.: "Sports Injuries," University of Washington Department of Rehabilitation Medicine, Seattle, WA, August 9, 1988.

28. Matsen III, F.A.: "Clinical Policies," Providence Medical Center, Seattle, WA, July 18, 1989.

29. Matsen III, F.A.: "Industrial Causes of Shoulder Problems and their Treatment," Boeing Physicians, Seattle, WA, October 12, 1989.

30. Matsen III, F.A.: "Functional Outcome of Rotator Cuff Repair—Correlation with Cuff Integrity," Pre-Academy Meeting, Seattle, WA, January 29, 1990

31. Matsen III, F.A.: "Shoulder Instability" and "Shoulder Impingement," Yakima Physicians, Yakima, WA September 20-21, 1990.

32. Matsen III, F.A.: "Diagnosis and Treatment of Shoulder Impingement," University of Washington CME Course: A Review of Musculoskeletal Diseases for the Primary Care Physician, Battelle Conference Center, Seattle, WA, February 23-24, 1991.

33. Matsen III, F.A.: "Evaluation and Treatment of Shoulder Pathology," Department of Rehabilitation Medicine Grand Rounds, University of Washington, Seattle, WA, October 12, 1992.

34. Matsen III, F.A.: "Shoulder Arthritis," Third Annual University of Washington Hand Symposium, Seattle, WA, June 12, 1993.

35. Matsen III, F.A.: "Approaches to the Elbow," Anatomy Session, University of Washington, Department of Orthopaedics, Seattle, WA, January 24, 1994.

36. Matsen III, F.A.: "Shoulder Imaging," Department of Engineering Seminar EE500B, University of Washington, Seattle, WA, April 7, 1997.

37. Matsen III, F.A., and Winters, T.: "Rotator Cuff Disease," Eight Annual Conference on Musculoskeletal Ultrasound, Seattle, WA, September 9, 1998.

**D. Presentations Co-Authored**

1. Bach, A.W.; Matsen III, F.A.: Transcutaneous $PO_2$: A Potential Monitor of the Replanted Limbs. American Society For Surgery of the Hand, Atlanta, Georgia, February 3, 1980.

2. Wyss, C.R.; Matsen III, F.A.; Simmons, C.W.; et al.: Physiological Basis of Transcutaneous $PO_2$:as an Index on Cutaneous Perfusion. Orthopaedic Research Society, Atlanta, Georgia, February 4-7, 1980.

3. Matsen III, F.A.; Barrett, W.; Jackins, S.: Hemiarthroplasty for Degenerative Conditions of the Shoulder. American Shoulder and Elbow Surgeons First Annual Meeting, New York, November 11-12, 1982.

4. Matsen III, F.A.; Barrett, W.; Jackins, S.: Uniform Shoulder Evaluation System. American Shoulder and Elbow Surgeons, First Annual Meeting, New York, November 11-12, 1982.

5. Matsen III, F.A.; Zuckerman, J.D.: Complications about the Glenohumeral Joint Related to the Use of Screws and Staples. American Academy of Orthopaedic Surgeons, 50th Annual Meeting, Anaheim, California, March 10-15, 1983.

6. Farrar, E., Matsen III, F.A., Rogers, J., Kilcoyne, R., Hirsch, J.: Dynamic Sonographic Study of Lesions of the Rotator Cuff. American Academy of Orthopaedic Surgeons, 50th Annual Meeting, Anaheim, California, March 10-15, 1983.

7. Barrett, W.P., Matsen III, F.A., Jackins, S.E.: Total Shoulder Arthroplasty. Western Orthopaedic Association 47th Annual Meeting, Salt Lake City, Utah, October 9-13, 1983.

8. Matsen III, F.A., Barrett, W.P., Jackins, S.E.: Early Results of Unconstrained Total Shoulder Arthroplasty for Degenerative and Rheumatoid Arthritis. Annual Meeting, American Shoulder and Elbow Surgeons, Rochester, Minnesota, November 9-10, 1983.

9. Matsen III, F.A., Larson, R.V.: A Simple Model of the Effect of Component Position on Collateral Ligament Tension in Total Knee Arthroplasty. Association of Bone and Joint Surgeons, 36th Annual Meeting, Jackson Hole, Wyoming, June 29-July 3, 1984.

10. Mack, L.A., Matsen III, F.A., Kilcoyne, R.F.: Sonographic Evaluation of the Rotator Cuff. 52nd AAOS Meeting, Las Vegas, NV, January 24-29, 1985.

11. Garbini, J., Matsen III, F.A, and Sidles, J.A.: "Ligament Length Relationships in the Moving Knee." Bioengineering Seminar, University of Washington, Seattle, WA, January 16, 1986.

12. 2nd Annual American Shoulder and Elbow Surgeons Open Meeting, New Orleans, Louisiana, February 19-20, 1986:
    a. Flugstad, D.L., Matsen III, F.A.: Acromioplasty Failure--Etiology and Prevention

b. Barrett, W.P., Jackson, S.E., Wyss, C., Matsen III, F.A.: Total Shoulder Arthroplasty: The University of Washington Experience.

13. 32nd Annual Orthopaedic Research Society Meeting, New Orleans, LA, February 17-20, 1986:
   a. Sidles, Matsen, et al.: Total Knee Arthroplasty: Functional Effects of Tibial Resection Level
   b. Sidles, Matsen, et al.: Techniques for Characterizing All Possible Nearly Isometric Knee Ligament Insertions.

14. Wyss, C.R., Harrington, R.M., Burgess, E.M., and Matsen III, F.A.: "Value of Transcutaneous Oxygen Tension in Predicting Failure of Amputation for Ischemia." 1986 University of Washington Young Investigators Symposium in the Biomedical Sciences, Seattle, WA October 30-31, 1986.

15. 3rd Annual American Shoulder and Elbow Surgeons Open Meeting, San Francisco, California, January 21-22, 1987:
   a. Franklin, J.L., Jackins, S.E., Matsen III, F.A.: Glenoid Loosening in Total Shoulder Arthroplasty: An Association with Rotator Cuff Deficiency.
   b. Morris, M.E., Kilcoyne, R.F., Shuman, W., Matsen III, F.A.: Humeral Tuberosity Fractures: Evaluation by CT Scan and Management of Malunion.

16. Sidles, J., Larson, R., Garbini, J., Matsen III, F.A.: Ligament Length Relationships in the Moving Knee. 33rd Annual Orthopaedic Research Society Meeting, San Francisco, California, January 19-22, 1987.

17. Laskin, R.S., Sidles, J., Garbini, J., Matsen III, F.A. (presenter): The Effect of Joint Line Position in Total Knee Replacement. 54th Annual American Academy of Orthopaedic Surgeons Meeting, San Francisco, CA, January 22-27, 1987.

18. Thomas, S.C., Matsen III, F.A.: An Approach to the Repair of Glenohumeral Ligament Avulsion in the Management of Traumatic Anterior Glenohumeral Instability. Fifth Open Meeting, The American Shoulder and Elbow Surgeons, Las Vegas, Nevada, February 12, 1989.

19. Arntz, C.T., Matsen III, F.A.: Irreparable Tears of the Musculotendinous Cuff. Fifth Open Meeting, The American Shoulder and Elbow Surgeons, Las Vegas, Nevada, February 12, 1989.

20. Harryman II, D.T, Matsen III, F.A.: The Role of the Coracohumeral Ligament in Passive Motion and Stability of the Shoulder. ORS Thirty-sixth Annual Meeting, New Orleans, LA, February 5-8, 1990.

21. Sidles, J.A., Harryman II, D.T., and Matsen III, F.A.: Three-dimensional Analysis of Active and Passive Shoulder Motions In Vivo. 7th Open

Meeting, The American Shoulder and Elbow Surgeons, Anaheim, CA, March 10, 1991.

22. Sidles, J.A., Harryman II, D.T., and Matsen III, F.A.: In Vivo Measurement Stability in Eight Normal Male Shoulders. 7th Open Meeting, The American Shoulder and Elbow Surgeons, Anaheim, CA, March 10, 1991.

23. Harryman II, D.T., Harris, S., Matsen III, F.A., and Walker: Residual Motion After Arthrodesis Compared to the Normal Shoulder. American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco, CA, February 18-23, 1993.

24. Vahey, J., Lippitt, S.B., and Matsen III, F.A.: Glenohumeral Balance: The Limits of Angular Stability Provided by Glenoid Geometry. American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco, CA, February 18-23, 1993.

25. Romeo, A.A., and Matsen III, F.A.: Failures of Shoulder Surgery: Analysis of 115 Consecutive Cases. American Shoulder and Elbow Surgeons, 10th Annual Open Meeting, New Orleans, LA, February 27, 1994.

26. Harryman II, D.T., Sidles, J.A., Matsen III, F.A., Smith, K.L.: Arthroscopic Management of Refractory Shoulder Stiffness. Thirteenth Open Meeting, The American Shoulder and Elbow Surgeons, San Francisco, CA, February 16, 1997.

27. Duckworth, D.G., Matsen III, F.A., Smith, K.L, Campbell, B., and Sidles, J.A.: Patient Self-Assessment Documents Substantial Variability in Shoulder Function and Health Status Among Individuals with Full-Thickness Rotator Cuff Tears. Orthopaedic Research Society annual meeting, New Orleans, LA, March 19, 1998.

28. Switzer, J., Duckworth, D.G., Matsen III, F.A., and Smith, K.L.: The Efficacy of Total Shoulder Function and Health Status of Patients with Primary Glenohumeral Degenerative Joint Disease. 14th Annual Open Meeting, American Shoulder and Elbow Surgeons, New Orleans, LA, March 22, 1998.

29. Crary, J., Matsen III, F.A., and Smith, K.L.: Cost Benefit Analysis of Total Shoulder Arthroplasty for the Treatment of Three Types of Arthritis. 14th Annual Open Meeting, American Shoulder and Elbow Surgeons, New Orleans, LA, March 22, 1998.

30. Viola, R., Boatright, C., Smith, K.L., Sidles, J.A., and Matsen III, F.A.: Association of Shoulder Function and Health Status with Worker's Compensation Status in Twelve Common Disorders of the Shoulder. 14th Annual Open Meeting, American Shoulder and Elbow Surgeons, New Orleans, LA, March 22, 1998.

31. Michelotti, J., Duckworth, D.G., Matsen III, F.A., and Sidles, J.A.: The Efficacy of Revision Total Shoulder Arthroplasty with Respect to Shoulder Function and Health Status. American Academy of Orthopaedic Surgeons 65tg Annual Meeting, New Orleans, LA, March 23, 1998.

32. Crary, J., Matsen III, F.A., and Smith, K.L.: Cost Benefit Analysis of Total Shoulder Arthroplasty for the Treatment of Three Types of Arthritis. American Academy of Orthopaedic Surgeons 65th Annual Meeting, New Orleans, LA, March 23, 1998.

33. Metcalf, M.H., Larson, R.V., Matsen III, F.A., and Simonian, P.: The Simple Knee Test: A Quick and Sensitive Self-Assessment of Knee Function. American Academy of Orthopaedic Surgeons 65th Annual Meeting, New Orleans, LA, March 23, 1998.

34. Duckworth, D.G., Matsen III, F.A., and Sidles, J.A.: The Efficacy of Revision Total Shoulder Arthroplasty with Respect to Shoulder Function and Health Status. 1st Annual Combined Open Meeting of the American Academy of Orthopaedic Surgeons and the American Shoulder and Elbow Surgeons, Kiawah Island, SC, April 23-26, 1998.

35. Metcalf, Michael H., Larson, Roger V., Simonian, Peter S., and Matsen, Frederick A. III. "Correlation of the Simple Knee Test with the Lysholm score for 5 year minimum follow-up of ACL reconstruction." American Academy of Orthopaedic Surgeons 66th Annual Meeting, Anaheim, California, February 5, 1999.

36. Duckworth, D.G., Smith, K.L, and Matsen III, F.A.: "Failed Acromioplasty: Investigation of 74 Cases." American Academy of Orthopaedic Surgeons 66th Annual Meeting, Anaheim, California, February 8, 1999.

37. Moskal, M.J., Campbell, B., Smith, K.L., and Matsen III, F.A.: "An Analysis of 122 Failed Shoulder Arthroplasties." American Academy of Orthopaedic Surgeons 66th Annual Meeting, Anaheim, California, February 5, 1999.

38. Moskal, M.J., Campbell, B., Smith, K.L., and Matsen III, F.A.: "The Position of Prosthetic Joint Surfaces in Failed and Successful Shoulder Arthroplasties." American Academy of Orthopaedic Surgeons 66th Annual Meeting, Anaheim, California, February 5, 1999.

114. Harryman II, D.T., Duckworth, D.G., Moskal, M.J., DuMontier, T.A., Smith, K.L., and Matsen III, F.A.: "Chronic Distal Biceps Tendon Ruptures: Semitendinosus Reconstruction Restores Functions." American Shoulder and Elbow Surgeons, 15th Annual Meeting, Anaheim, CA, February 7, 1999.

115. Norquist, Barbara M., Matsen III, F.A.: "Challenges in Evaluating Patients Lost to Follow-Up in Shoulder Research." American Academy of Orthopaedic Surgeons, Annual Meeting, Orlando, FL, March 15, 2000.

116. Hasan, Samer S., Leith, Jordan M., Kapil, Ranjit., Smith, Kevin L., Matsen III, F.A.: "Characteristics of 141 Unsatisfactory Shoulder Arthroplasties." American Academy of Orthopaedic Surgeons, Annual Meeting, San Francisco, CA, March 4, 2001.

117. Leith, Jordan M., Hasan, Samer S., Smith, Kevin L., Matsen III, F.A.: "Standardized Self-Assessment of Elbow Function." American Academy of Orthopaedic Surgeons, Annual Meeting, San Francisco, CA, March 1, 2001.

118. Fehringer, Edward V., Kopjar, Branko., Boorman, Richard S., Churchill, Robert S., Matsen III, F.A.: "Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis." American Academy of Orthopaedic Surgeons, Annual Meeting, Dallas, TX, February 12, 2002.

119. Fehringer, E.V., Churchill, R.S., Boorman, R.S., Dubinsky, T., and Matsen III, F.A.: "Orthopaedic Surgeon-directed Rotator Cuff Ultrasonography in a Clinical Practice." 49th Annual meeting of the Mid-Central States Orthopaedic Society, Omaha, NE, June 6-9, 2002.

120. Fehringer, E.V., Kopjar, B., Boorman, R.S., Churchill, R.S., and Matsen III, F.A.: "Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Oseoarthritis." 49th Annual meeting of the Mid-Central States Orthopaedic Society, Omaha, NE, June 6-9, 2002.

121. Metcalf, Michael H., Savoie, Felix H., Smith, Kevin L., Matsen III, F.A.: "Meta-Analysis of Surgical Reconstruction for Anterior Shoulder Instability: A Comparison of Arthroscopic and Open Techniques." American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, LA, February 7, 2003.

122. Metcalf, Michael H., Savoie, Felix H., Smith, Kevin L., Matsen III, F.A.: "Meta-Analysis of Surgical Repair of Rotator Cuff Tears: A Comparison of Arthroscopic and Open Techniques." American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, LA, February 7, 2003.

## E. Discussant

1. Association for Academic Surgery, Seattle, Washington, November 3-5, 1977 (by invitation):
   a. Kennealy, J.A.; Karl, A.A.; Kirkland, J.S.: Cerebral Blood Flow Autoregulation: Effect of Hypercapnia on Cerebral Tissue Gas Concentration.
   b. Nicholas, G.G.; Miller, S.H.: The Anterior Tibial Compartment Syndrome: Tissue Gas Tension Measurement.

2. "Critical Pressure and Time Relationships in Compartmental Syndromes." Societe Internationale de Recherche Orthopedique et de Traumatologie (SICOT), XIV World Congress, Kyoto, Japan, October 15-20, 1978 (by invitation).

3. Western Orthopaedic Association, Las Vegas, Nevada, October 18, 1979: Hill, K.F.: Intracompartmental Pressure: The Spectrum of the "Normal."

4. 47th Annual AAOS Meeting, Atlanta, Georgia, February 9, 1980:
   a. Hargens, A.R.; Mubarak, S.J.; Akeson, W.H.; et al.: The Wick-Catheter Technique
   b. Grace, T.G.; Witmer, B.J.: Isolated Fractures of the Ulnar Shaft.

5. 51st Annual AAOS Meeting, Atlanta, Georgia, February 9-14, 1984: "Failed Anterior Reconstruction for Shoulder Instability."

6. 52nd Annual AAOS Meeting, Las Vegas, Nevada, January 24-29, 1985:
   a. Aronen, J.G., and Regan, K.: Decreasing the Incidence of Recurrence of First Time Anterior Shoulder Dislocations with Rehabilitation.
   b. Hill, J.A., and Tkach, L.: A Study of Glenohumeral Orientation in Patients with Recurrent Anterior Shoulder Dislocations Using Computerized Axial Tomography.
   c. Hawkins, R.B.: Arthroscopic Stapling Capsulorrhaphy for Recurrent Anterior Dislocations of the Shoulder.
   d. Rockwood, C.A., and Gerber, C.: Analysis of Failed Surgical Procedures for Anterior Shoulder Instability.
   e. "Function after Surgical Repair of Full-Thickness Rotator Cuff Tears."

7. 54th Annual American Academy of Orthopaedic Surgeons Meeting, San Francisco, CA, January 22-27, 1987:
   a. Wheeler, D.R., Peimer, C.A., Putnam, M.D.: Nerve Injury in Closed Compartment Syndrome.
   b. Vastamaki, M.: Suprascapular Nerve Entrapment
   c. Flatow, E.L., Bigliani, L.U., April, E.: An Anatomical Study of the Musculocutaneous Nerve and Its Relationship to the Coracoid Muscles.

8. The American Shoulder and Elbow Surgeons Fourth Open Meeting, Atlanta, Georgia, February 7, 1988:
   a. Garth, William P., Jr.; Allman, Fred L., Jr.; Armstrong, William S.: Occult Anterior Subluxation of the Shoulder in Non-Contact Sports.
   b. Kaveney, Michael Frank; Wilson, Franklin D.: Arthroscopic Staple Capsulorrhaphy for Recurrent Shoulder.
   c. Angelo, Richard L.; Hawkins, Richard J.: Osteoarthritis Following An Excessively Tight Putti-Platt Repair.

9. Fifth Open Meeting, The American Shoulder and Elbow Surgeons, Las Vegas, Nevada, February 12, 1989: Fractures of the Proximal Humerus.

10. Fourth International Conference on Surgery of Shoulder (ASES), Waldorf Astoria, NY, NY, October 3 - 7, 1989.
    a. Ahovuo, J., Paavolainen, P., Holmstrom, T.: Value of Sonography in the Rotator Cuff Verified with Anatomy and Histology
    b. Craig, E., Fritts, H., Crass, J.: Non-Invasive Imaging of the Rotator Cuff
    c. Bernageau, J., Mondor, H., Godefroy, D., Weber, E., et al.: Comparison of Arthrography and MRI in the Lesions of the Rotator Cuff
    d. Goutalier, D., Bernageau, J., Mondor, H., Patte, D.: Assessment of the Trophicity of the Muscles of the Ruptured Rotator Cuff by CT Scan.

11. 57th Annual American Academy of Orthopaedic Surgeons Meeting, New Orleans, LA, February 7-13, 1990.
    a. Shoulder Arthroplasty (5 papers)
    b. Shoulder Instability (3 papers)

12. 58th Annual AAOS Meeting, Anaheim, CA, March 6-12, 1991.
    a. Suprascapular Nerve Anatomy and its Relationship to the Glenoid Rim
    b. Shoulder Joint Anatomy and the Effect of Subluxations and Size Mismatch on Patterns of Glenohumeral Contact
    c. Intra-articular Lidocaine versus Intravenous Analgesia in the Reduction of Dislocated Shoulders

13. 7th Annual American Shoulder and Elbow Surgeons Meeting, Anaheim, CA, March 10, 1991:
    a. Anatomical Variations of the Glenohumeral Ligaments
    b. Anatomy of the Suprascapular Nerve and Anatomic Constraints to Mobilization of the Supraspinatus and Infraspinatus for Management of Massive Rotator Cuff Tears
    c. Anatomy and Histology of the Glenoid Labrum.

## F. Courses Attended to Enhance Teaching

1. The Neck and Upper Extremity in Sports Course, University of Southern California School of Medicine Post Graduate Division, Inglewood, California, June 16-17, 1977.

2. American Academy of Orthopaedic Surgeons Basic Science Resources Course for Educators, Nantucket, Massachusetts, June 20-24, 1977.

3. Reconstructive Hip Surgery Course, American Academy of Orthopaedic Surgeons 7th Summer Institute, Snobird, Utah, July 20-21, 1981.

4. American Academy of Orthopaedic Surgeons Basic Science Resources Course for Educators, San Diego, California, November 1-5, 1981.

17. **SCIENTIFIC EXHIBITS:**

**A. Exhibits**

1. "Compartmental Syndromes--Current Management." American Academy of Orthopaedic Surgeons, Dallas, Texas, February 23-28, 1978.

2. "Compartmental Syndromes--Current Management." Societe Internationale de Chirurgie Orthopedique et de Traumatologie (SICOT), XIV World Congress, Kyoto, Japan, October 15-20, 1978.

3. "Sonographic Evaluation of the Rotator Cuff." (Mack, L.A., Kilcoyne, R.F., co-authors), 52nd Annual Meeting, American Academy of Orthopaedic Surgeons, Las Vegas, Nevada, January 22-29, 1985.

4. "Robotic Instrumentation in Total Knee Arthroplasty." (Garbini, J.L., Kaiura, R.G., Sidles, J.A., Larson, R.V., Matsen, F.A., co-authors), 33rd Annual Orthopaedic Research Society Meeting, San Francisco, California, January 19-22, 1987.

5. "Measurement of Ligament Length Changes During Knee Motion." (Sidles, J.A., Larson, R.V., Matsen, F.A., Garbini, J.L., co-authors), 54th Annual American Academy of Orthopaedic Surgeons Meeting, San Francisco, California, January 22-27, 1987.

6. Kilcoyne, R.F., Young, D.C., Shuman, W.P., Matsen, F.A., Rockwood, C.A.: The NEER Classification of Displaced Proximal Humeral Fractures--The Value of Computed Tomography in Selected Cases. Annual Roentgen Ray Society Meeting, May 8-13, 1988, San Francisco, CA.

7. "Shoulder Stability Works" - interactive multimedia program distributed on CD-ROM. Showcase of Innovative Teaching Award Projects, University of Washington, Seattle, Washington, April 7, 1997.

8. "The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid", Poster exhibit, Annual Meeting of the Arthroscopy Association of North America, Washingon, D.C., April 25-28, 2002.

9. "Healing of Reamed Glenoid Bone Articulating with a Metal Humeral Hemiarthroplasty: A Canine Model", Poster exhibit, Annual Meeting of American Academy of Orthopaedic Surgeons, Washington, DC, February 22, 2005.

**B. Slides and Video Cassettes:**

1. "Compartmental Syndromes." American Academy of Orthopaedic Surgeons Instructional Course Sound Slide #702. American Academy of Orthopaedic Surgeons, Dallas, Texas, February 23-28, 1978.

2. "Compartmental Syndrome and Its Treatment." University of Washington Sound Video Tape, Seattle, Washington, 1978.

2a. "Compartmental Syndrome and Its Treatment." Above sound video tape produced by University of Washington in American Academy of Orthopaedic Surgeons Library, #VT-26, and used in IOI Section in Annual Meeting, San Francisco, California, 1979. Also shown in IOI Section, 1983 Annual Meeting.

3. "Painful Shoulder." University of Washington WAMI Program, Color video Tape, WAMI Satellite Broadcasts to Idaho, Montana, and Alaska; Seattle, Washington, May 15 and June 23, 1979.

4. "Surgical Repair of Anterior Glenohumeral Instability," sound videotape (color) shown at American Academy of Orthopaedic Surgeons 7th Summer Institute, Snowbird, Utah, July 19-24, 1981.

5. "Transcutaneous P02 and Other Gas Perfusion," 16 mm film, shown at AAOS Course: Modern Amputation Surgery and Prosthetic Rehabilitation, Seattle, Washington, September 11, 1981.

6. "Compartment Syndromes: Definition, Theory, and Pathogenesis," AAOS Sound Slide shown at AAOS Resources for Basic Science Educators Course, San Diego, California, November 1-5, 1981.

7. "Management of Rotator Cuff Fiber Failure," AAOS, Video Journal of Orthopaedics, November 1988.

8. "Pivotal Issues on the Rotator Cuff," Audio-Digest Foundation sound slide, December, 1988.

9. "Fractures of the Proximal Humerus." American Association of Orthopedic Surgeons, Video #SUOS 8911, Lifetime Television, 36-12 - 35th Avenue, Astoria, NY 11106, June 30, 1989.

10. "Fractures of the Proximal Humerus," Lifetime Television, SUOS-9011, October, 1989.

11. "Proximal Humerus Fractures," Bigliani, L.U., Matsen III, F.A., Warren, R.F., AAOS Electronic Library, Orthopaedic Surgery Update, 2:3, Spring, 1990.

18. **MANUSCRIPTS IN PREPARATION:**

1. Harryman, D.T., Lazarus, M.D., Sidles, J.A., and Matsen III, F.A.: Pathophysiology of Shoulder Instability. In Operative Arthroscopy, McGinty, J.B., Caspari, R.B., Jackson, R.W., Poehling, G.G. (eds), In progress.

2. Rozencwaig, R., Antoniou, J., and Matsen III, F.A.: Current Concepts: Comorbidity Assessment. Submitted to New England J. of Medicine, 12/98. Rejected 1/11/99. Working on Revision.

3. Michelotti, J., Duckworth, D.G., Sidles, J.A., and Matsen III, F.A.: The Efficacy of Revision Total Shoulder Arthroplasty with Respect to Shoulder Function and Health Status.