# Appendix II, Tab 8

**Expert Report of Martin T. Wells Ph.D., August 24, 2009**

**DECLARATION OF MARTIN T. WELLS PH.D.**

1. I, Martin T. Wells Ph.D., have been asked to review statistical aspects of relevant epidemiological, scientific literature and data relating to postsurgical use of an intra-articular pain-pump and subsequent glenohumeral chondrolysis.

**BACKGROUND EDUCATION AND TRAINING**

2. I am the Charles A. Alexander Professor of Statistical Sciences, Chair of the Department of Statistical Science at Cornell University, and served for six years as founding Chair and Chair of the Department of Biological Statistics and Computational Biology at Cornell University. I am also Professor of Social Statistics, Professor of Clinical Epidemiology and Health Services Research at Cornell Weill Medical School, and the Director of Research in the School of Industrial and Labor Relations at Cornell University. I am also an Elected Member of the Cornell Law School Faculty. I teach undergraduate and graduate students in statistical methodology. My students are in a variety of academic fields such as agriculture, biology, epidemiology, finance, immunology, law, medicine, nutrition, social science, and veterinary medicine. I have served on high-level national statistical committees, and have published many articles in leading statistical journals. I am the an Editor of *Statistical Science*, *Journal Multivariate Analysis*, and *The Journal of Empirical Legal Studies*; and I served as an Editor of *The Journal of the American Statistical Association* and Editor in Chief of the *ASA-SIAM Series on Statistics and Applied Probability*. I am a Fellow of the American Statistical Association, the Royal Statistical Society, Institute of Mathematical Statistics and an elected member of the International Statistics Institute. My qualifications are further summarized on my curriculum vitae, appended hereto as Exhibit A. My fee is $500 per hour. I have relied on standard statistical and epidemiological publications and may rely on additional material as discovery in this case progresses. I reserve the right to supplement or modify this declaration in the light of any new information, including

more detailed information about the analyses conducted by others. I hold all of these opinions to a reasonable degree of scientific certainty.

**SUMMARY OF OPINIONS**

3. The retrospective cohort by Hansen et al.[1] gives convincing evidence for a causal association between the postsurgical use of intra-articular pain pump catheters to deliver anesthesia for periods of 48 hours (intra-articular pumps) and postarthroscopic glenohumeral chondrolysis (chondrolysis). The association of postsurgical use of intra-articular pump with chondrolysis is extremely high and is well beyond what could occur by chance. The risk difference between the pump and no pump groups with respect to chondrolysis is well beyond what could occur by chance. The magnitude of odds ratio and risk difference results are far too large to be plausibility explained by any other factor that has been shown linked to chondrolysis. See paragraphs 7 – 9.

4. The strikingly high association between intra-articular pumps and chondrolysis in the study by Hansen et al. is robust and the level is consistent with other intra-articular pain pump comparisons. See paragraphs 10 and 11.

5. The association between intra-articular pumps and chondrolysis in the unpublished study of 396 arthroscopic shoulder surgeries by Dr. Frederick Matsen is extremely high and is consistent with the results in Hansen et al. See paragraphs 12 and 13.

6. The relationship between intra-articular pumps and chondrolysis are concordant with the Hill criteria of causation. See paragraphs 14 – 17.

**ANALYSIS**

---

[1] Hansen BP, Beck CL, Beck EP, and Townsley, RW, Postarthroscopic Glenohumeral Chondrolysis *Journal of Sports Medicine* 35, 1628-1634, 2007.

7. The structure of the Hansen et al. study is that there are two “case series” of surgeries, or more precisely stated, two cohorts of surgeries. As in all cohort studies, the first objective is to establish two groups, exposed and nonexposed. In Hansen et al. the exposed cohort of surgeries are those in which the shoulder was exposed to intra-articular pump use while the other cohort was not exposed to intra-articular pump use. The primary outcome in the Hansen et al. retrospective cohort study is whether shoulders experience chondrolysis after their surgery. The post-surgical outcomes reported in Hansen et al. are given in Table 1 of the Appendix.

8. The association of postsurgical use of intra-articular pump with chondrolysis is well beyond what could occur by chance. The one and two-sided mid p-values from Fisher’s exact test for association of the intra-articular pump with chondrolysis are both less than 0. 001. The odds of chondrolysis in the intra-articular pump group divided by odds of chondrolysis in the no pump group (that is, the odds ratio) is extraordinarily large[2]. The median unbiased estimate[3] of the odds ratio is 321 and continuity corrected[4] odds ratio is 7925 (95% CI: 150.8, 416500). The Fisher’s mid-p exact 95% confidence limit for odds ratio is (61.08, infinity). This later lower confidence limit can be interpreted as rejecting the statistical test (at level of significance equal to .05) that the odds ratio is less than 61.

9. The magnitude of the risk difference between the pump and no pump groups is quite large. The risk of getting chondrolysis in the intra-articular pump group is 63.16% (95% CI: 40.94, 80.95) as compared to 0% (95% CI: 0.0, 2.855) in the no pump group. The estimated risk difference is 63.16% (95% CI: 41.47, 84.85). As with the odds ratio, the

[2] With rare outcomes, a trial will sometimes contain no events in one arm, which yields problems when computations involve ratios or reciprocals of numbers of events. Consider study where *a* of the participants in the exposed group experience events and *b* do not, and *c* participants in the unexposed group experience events and *d* do not. When event rates are low, both *a* and *c* could possibly be zero. The odds ratio and risk difference for a study are computed as $OR = ad/bc$, and $RD = a/(a+b) - c/(c+d)$, respectively. If $c=0$, the odds ratio is infinite.

[3] In instances when the odds ratio is infinite one can apply the median unbiased estimate of the odds ratio as developed in Parzen et al. (2002), An Estimate of the Odds Ratio that Always Exists, *Journal of Computational and Graphical Statistics*, 11:420-436.

[4] Cox DR. The continuity correction. *Biometrika* 1970; 57:217–219. When zero event data occur most often researchers use a constant correction factor. By far the most widespread constant that is chosen is .5. Cox’s analysis states that when using the odds as the effect measure, choosing a correction factor of .5 gives the least biased estimator of the true log odds in a single treatment group situation.

risk difference between the pump and no pump groups with respect to chondrolysis is extremely large and is well beyond what could occur by chance and far too large to be credibly explained by any other factor that has been shown linked to chondrolysis.

10. In order to assess the robustness of the association and risk difference above I looked at additional data in Hansen et al. related to the association between the use of intra-articular pain pumps and chondrolysis. In Hansen et al. an additional chart review of the 152 patients treated in this same time frame, another 104 patients were treated with the same preoperative and postoperative injection and pain pump techniques but with the catheters placed extra-articularly (superficial to the rotator cuff tendons). None of these patients experienced chondrolysis based on that chart review. The results are listed in the first and second row of Table 2 in the Appendix. The magnitude of the association intra-articular pump with chondrolysis is again well beyond what could occur by chance. The one and two-sided mid p-values from Fisher's exact test for association of the intra-articular pump with chondrolysis are less than 0. 001. The odds of chondrolysis in the intra-articular pump group divided by odds of chondrolysis in the extra-articularly group (that is, the odds ratio) is extraordinarily large; the Fisher's mid-p exact 95% confidence limit for odds ratio is (40.06, infinity). The magnitude of the risk difference between the pump and with the catheters placed extra-articularly group is quite large, with an estimated risk difference of 63.16% (95% CI: 41.47, 84.85).

11. Of the 30 arthroscopic stabilization procedures in Hansen et al., 19 shoulders were given intra-articular pain pump catheters, of which 12 have developed chondrolysis. An additional 13 patients were treated with arthroscopic stabilization but no pain pump catheters, and none of these patients have since developed symptoms related to chondrolysis, as confirmed by continued clinical follow-up through the first postoperative year. The results are listed in the first and third row of Table 2 in the Appendix. The magnitude of the association intra-articular pump with chondrolysis is again well beyond what could occur by chance. The one and two-sided mid p-values from Fisher's exact test for associations of the intra-articular pump with chondrolysis are less than 0. 001. The odds of chondrolysis in the intra-articular pump group divided by odds of

chondrolysis in the arthroscopic stabilization group is again extraordinarily large; the Fisher's mid-p exact 95% confidence limit for odds ratio is (4.651, infinity). The magnitude of the risk difference between the pump and with the catheters placed arthroscopic stabilization group is quite large, with an estimated risk difference of 63.16% (95% CI: 41.47, 84.85).

12. Data reported in the unpublished study of 396 arthroscopic shoulder surgeries is described by Dr. Frederick Matsen[5] in the March 5, 2009 testimony in Grossnickle et al. vs. Stryker Corp. et al. The 396 arthroscopic shoulder surgeries were performed by Dr. Brooke Benz from 1996 to 2008. The results from Dr. Matsen's data are strikingly similar to those reported in the Hansen et al. article. Based on the outcomes that Dr. Matsen describes (on pages 1664-1666 of the transcript) there were no cases of chondrolysis reported among the 281 surgeries that did not receive the intra-articular pain pump. The post-surgical outcomes reported by Dr. Frederick Matsen are given in Table 3 in the Appendix.

13. The association observed by Dr. Matsen is far too large to be credibly explained by any other factor that has been shown linked to chondrolysis. Among the 115 surgeries that received the intra-articular pump 41.74% (= 48/115) developed chondrolysis whereas among the 281 surgeries that did not use an intra-articular pump 0% (= 0/281) developed chondrolysis. The estimated risk difference between the pump and no pump groups with respect to chondrolysis is 41.74% (95% CI: 32.73, 50.75). As in the Hansen et al., the Matsen data presents an extremely high association, with a (one and two-sided) Fisher exact p-values less than .001, ruling out chance factors among those using the intra-articular as a sole explanation. The odds ratio is again infinite (95%CI mid-p exact: 62.58, infinity), with a median-unbiased estimate for the odds ratio of 282 and continuity corrected odds ratio of 404.5 (95% CI: 24.64, 6642). The results from the Dr. Matsen data, and their extraordinary magnitude, are in concert with those from the Hansen et al.

[5] Dr. Matsen appears to be eminently qualified to carry out such a study given his qualifications that are set out on pp 1598-1611 of his testimony in Grossnickle et al. vs. Stryker Corp. et al.

study. The study by discussed by Dr. Matsen strongly confirms the findings of Hansen et al.

**CAUSATION**

14. Bradford Hill's criteria of causation[6] are principles to be considered when assessing causation. While it is straightforward to claim that agent "A" (i.e. intra-articular pump as used in the Hansen et al. study) causes a harm "B" (i.e. chondrolysis), it is quite another matter to establish a meaningful, statistically valid connection between the two phenomena. Hill's criteria provide an additional valuable assessment by which to evaluate the proposed theories and explanations. The Hill criteria include: 1) temporality 2) strength of association, 3) consistency, 4) consideration of alternate explanations, 5) specificity, 6) dose response, 7) plausibility, 8) coherence, and 9) experiment. As a biostatistician, I have the background, training and experience to comment upon the first four criteria.

15. In both the Hansen et al. and Matsen studies a pain pump was used in the joint before the chondrolysis occurred. After Dr. Benz stopped using pain pumps in 2006, the incidence of chondrolyis completely ceased[7]. Hansen et al. also reported that once they stopped using intraarticular pain pumps there were no further cases of chondrolysis, confirming Hill's temporality criteria.

16. The size of the association and risk differences discussed in the paragraphs 8, 9, 10, 11, and 13 are startlingly high, confirming Hill's strength of association criteria.

17. The association is consistent when results are replicated in studies in different settings, as the associations are in the various analyses of the Hansen et al. study (in

---

[6] The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine*, 58 (1965), 295-300.
[7] Dr. Matsen's March 5, 2009 testimony in Grossnickle et al. v. Stryker Corp. et al., p 1636

paragraphs 7 – 11), the Matsen study (in paragraphs 12-13), and various case studies[8]. If a relationship is causal, we would expect to find it consistently in different studies and in different populations, as is the case with the use of intra-articular pumps and chondrolysis.

18. In judging whether a reported association is causal, it is necessary to determine the extent to which researchers have taken other possible explanations into account and have effectively ruled out such alternate explanations. In other words, it is always necessary to consider multiple hypotheses before making conclusions about the causal relationship between any two items under investigation. Dr. Jones' report lists factors that have been associated with chondrolysis, and most of these factors are also listed in Petty et al.[9] and are addressed in the discussion of the Hansen et al. Dr. Jones provides no evidence that the factors, or combinations of the factors, she lists are the primary drivers of chondrolysis and that these factors can credibly explain away the startlingly high incidence of chondrolysis found in the Hansen et al. study. Similarly, Dr. Matsen also ruled out the possible confounders and alternate explanations in his study on pp. 1627-1631 and again on pp 1648-49 of his testimony in Grossnickle et al. vs. Stryker Corp. et al.

19. For a hypothetical confounder to provide a probable explanation of the high incidence of chondrolysis it would be need to be present only when the intra-articular pump is used. In order to believe that such a confounder was in fact responsible for and a

[8] Bojescul JA, Wilson G, Taylor, DC. Idiopathic Chondrolysis of the Ankle. Arthroscopy, 21, 224-7, 2005. Busfield B and Romero D. Pain Pump Use After Shoulder Arthroscopy As a Cause of Glenohumeral Chondrolysis. *Arthroscopy: The Journal of Arthroscopic and Related Surgery*, 25, 647-652, 2009. Fester, E and Noyes, F. Postoperative Chondrolysis of the Knee: Three Case Reports and a Review of the Literature. A*merican Journal of Sports Medicine*, 10,1-8, 2009. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder. *Arthroscopy*, Vol 22, 813-819, 2006. Greis P, LeGrand A, and Burks R. Bilateral Shoulder Chondrolysis Following Arthroscopy, A Report of Two Cases. *Journal of Bone and Joint Surgery*, 90, 1338-44, 2008. Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *Journal of Shoulder and Elbow Surgery*, 17, 380-8, 2008. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med.* 2004; 32:509-515, 2004.

[9] Petty et al. op. cit.

primary contributory cause of chondrolysis, rather than the intra-articular pump, it would need to be even more highly associated with chondrolysis than intra-articular pump use. No such alternate explanation has been found. Another hypothetical situation would be if a number of other factors acted together, as causal cofactors, along with intra-articular pump use to produce chondrolysis. However, if this were the case intra-articular pump use would still be a substantial contributory cause of the chondrolysis.

SIGNED:

August 24, 2009

**APPENDIX**

Table 1: Post-surgical outcomes reported in Hansen et al., intra-articular v. no pump

| | Chondrolysis | No Chondrolysis | Total | Risk |
|---|---|---|---|---|
| Intra-articular pump | 12 | 7 | 19 | 63.16% |
| No pump | 0 | 158 | 158 | 0% |
| Total | 12 | 165 | 177 | |

Table 2: Post-surgical outcomes reported in Hansen et al., intra-articular v. extra-articular pump and arthroscopic stabilization with no pump

| | Chondrolysis | No Chondrolysis | Total | Risk |
|---|---|---|---|---|
| Intra-articular pump | 12 | 7 | 19 | 63.16% |
| Extra-articular pump | 0 | 104 | 104 | 0% |
| Arthroscopic stabilization | 0 | 13 | 13 | 0% |

Table 3: Post-surgical outcomes reported in Dr. Fredrick Matsen, intra-articular v. no pump

| | Chondrolysis | No Chondrolysis | Total | Risk |
|---|---|---|---|---|
| Intra-articular pump | 48 | 67 | 115 | 41.74% |
| No pump | 0 | 281 | 281 | 0% |
| Total | 48 | 348 | 396 | |

**PREVIOUS TESTIMONY**

WELDING ROD PRODUCTS LIABILITY LITIGATION
Case No. 1:03-CV-17000 MDL Docket No. 1535

WELDING FUME PRODUCTS LIABILITY LITIGATION
JEFFREY A. and TERRY L. TAMRAZ v. LINCOLN ELECTRIC CO., et al.

WELDING ROD PRODUCTS LIABILITY LITIGATION
NOAH ANDRE v. A.O. SMITH CORPORATION et al. CDC 2003-11573
DAVID BARRAS v. A.O. SMITH CORPORATION et al. CDC 2004-873

# Exhibit A
# Martin T. Wells
## Charles A. Alexander Professor in Statistical Sciences

Office Address:
Cornell University
301 Malott Hall
Ithaca, NY 14853
Voice: (607) 255.8801
mtw1@cornell.edu

Home Address:
5 Highland Park Ln.
Ithaca, NY14850

**Education**

1987 Ph.D. University of California
Field: Mathematics
Thesis: *Contributions to the Theory of Goodness of Fit Testing* under the supervision of Professor S. R. Jammalamadaka.

1984 M.A. University of California
Fields: Mathematics and Statistics

1983 B.A. California State University
Fields: Mathematics and Psychology

**Professional Experience**

2001-Present Professor, Biological Statistics and Computational Biology, Cornell University
2004-Present Professor, Clinical Epidemiology and Health Services Research, Weill Medical School Cornell University.
1999-Present Professor, Department of Social Statistics, Cornell University
1999-Present Professor, Cornell Law School, Cornell University
1998-1999 Adjunct Professor, School of Operations Research, Cornell University
1995-2003 Professeur Associé , Mathématiques, Université de Rouen
1993-1999 Associate Professor, Department of Social Statistics, Cornell University
1987-1993 Assistant Professor, Department of Social Statistics, Cornell University

**Professional Affiliations**

Institute of Mathematical Statistics, American Statistical Association, American Mathematical Society, Royal Statistical Society, International Statistics Institute

**Research Interests**

Bayesian Statistics, Decision Theory, Epidemiology, Empirical Finance, Empirical Legal Studies, Model Selection, Sampling Theory, Statistical Genetics, and Survival Analysis

**Research Grants**

U.S. Army, 1989 - 1991
Industrial and Labor Relations Faculty Research Incentive Grant, 1990-1994
U.S. Department of Agriculture, Hatch Foundation 1991 - 1993
International Business Machines, 1991 - 1993
Center for Advanced Human Resource Studies, 1994 - 1995
National Science Foundation, 1993-2008
National Institute of Health, 1998-2009
The Donner Foundation, 1998

**Professional Honors and Activities**

Editor for *Journal of Empirical Legal Studies* 2003 – present
Editor for *Statistical Science* 2006 – present
Editor for *Journal of Multivariate Analysis* 2008 – present
Editor-in-Chief *ASA-SIAM Series on Statistics and Applied Probability* 2005 – 2007
Editor for *Journal of the American Statistical Association - Reviews* 1998 – 2002
Associate Editor for *Journal of the American Statistical Association - Theory Methods* 1992 – 2003
Associate Editor for *Journal of the American Statistical Association - Reviews* 1994 – 2003
Fellow of the American Statistical Association (ASA)
Fellow of the Royal Statistical Society
Fellow of the Institute of Mathematical Statistics (IMS)
Elected member of the International Statistics Institute
Editor's Special Invited Paper *Journal of the American Statistical Association - Theory & Methods*, 1998
IMS Nominations Committee, 1993–1995
IMS Special Invited Paper Committee, 1997 – 2000 (Chair 2000)
Testified before the House Subcommittee on Census 2000
Member of a number of National Academy Panels on Census 2000
Advisor to the Bureau of Justice Statistics
Chairman of the Department of Social Statistics, 1993 – 1995
Chairman of the Department of Biometry 2000 – 2002
Chairman of the Department of Biological Statistics and Computational Biology 2002 – present
Chairman of the Department of Statistical Sciences 2003 – present
Director of Graduate Studies for the Field of Statistics, 1992 – 1999, 2000-2003
Director of Graduate Studies for the Field of Biometry, 1992 – present
Served on the Field of Statistics' Admissions and Curriculum Committees, Vice President's Committee on Statistics
Director of Research, School of Industrial & Labor Relations 1999 – present
School of Industrial & Labor Relations' Committees on: Dean Search, Dean's Advisory, Graduate, Academic Standards and Scholarship, Educational Technology, Strategic Planning, Teaching Advisory, and Undergraduate Program
The Paramount Professor Award for Undergraduate Teaching
General Mills Foundation Prize for Exemplary Graduate Teaching
Consultant for the South Carolina Death Penalty Resource Center
Consultant for the New York State Unified Court System

**Theses Directed**

| | |
|---|---|
| William Anderson | The Potential Approach to the Term Structure of Interest Rates and Bond Pricing, and Time-Changed Levy Processes and European Options Pricing (PhD) |
| Craig Borkowf | Empirical and Parametric Bivariate Quantile - Partitioned Distributions (PhD) |
| Beth Chance | Characterizing Hierarchical Model Behavior (PhD) |
| Yijing Cui | Executive Stock Option Valuation (MS) |
| Lisa Denogean | Improved Approximations of the Density Functions of Estimators in Population Genetics (PhD) |
| Daniel Fink | Adaptive Multi-Order Penalized Splines (PhD) |
| Mary Fitzpatrick | Estimation of Parameters from Incomplete Data for Nonlinear Models with Applications to Compartmental Models (MS) |
| Suparni Gunasekera | Simultaneous Inference Procedures Using the Method of Quasi-Likelihood with an Application to Feedback Models (MS) |

| | |
|---|---|
| Steven Hogan | Estimation in Term Structure Models (PhD) |
| Shannon Kelly | Nonparametric ARCH Models in Finance (MS) |
| David Lando | Essays on Contingent Claims Pricing (PhD) |
| Horng Shing Lu | Lattice Structures for the Bootstrap and Nonparametric Bootstrap Inference for Censored Data (MS) |
| Peng Liu | Clustering Time Profiles for Gene Expression Data (MS) |
| Horng Shing Lu | Topics in Nonparametric Function Estimation (PhD) |
| Scott Neurenberger | Models Selection in Data Mining (MS) |
| Cara Olsen | Hierarchical Model and Small Area Estimation (MS) |
| Bala Rajaratnam | Asymptotic Equivalence for Markov Chains and Eigenvalue Estimation In The Marginal Likelihood Framework (PhD) |
| Rachel Schute | Assessing Punitive Using Hierarchical Models (MS) |
| Matthew Tom | A Lattice Path Method for Exact Conditional Inference (PhD) |
| Weijing Wang | Robust Testing in Elliptically Symmetric Families (MS) |
| Weijing Wang | Bivariate Survival Analysis (PhD) |
| Paula Wasserman | A Bayesian Analysis of a Mixture of Exponentials (MS) |
| Sam Wu | Nonparametric Estimation of Hazard Rates (PhD) |
| Kwee Poo Yeo | Smoothing for Bivariate Censored Data (PhD) |
| Cindy Yu | Bayesian Analysis of Levy Processes with Financial Applications (PhD) |
| Yan Yan Yu | Bayesian Portfolio Section (MS) |
| Dabao Zhang | Graphical Models with Random Coefficients (MS) |
| Dabao Zhang | Bayesian Inference for Differential Gene Expression Data (PhD) |
| Min Zhang | Inference for Sparse and Asymmetric Signals in High Dimensional Data with Applications to Statistical Genomics (PhD) |
| Gongfu Zhou | Generalized Bayes Minimax Estimators of the Mean of Multivariate Normal Distributions with Application to Multiple Testing Problems (PhD) |
| Xin Zhou | The Functional Data Analysis View of Longitudinal Data (MS) |
| Xin Zhou | Objective Bayesian Inference in General (Generalized) Linear Mixed Models Using Reference Priors (PhD) |

**Personal Information**

Born 11 August 1960, San Gabriel, California USA- happily married with three children.

**Books**

[B1] *Statistics in the 21st Century*, (with A. Raftery and M. Tanner), Chapman and Hall: New York, 2001.

**Refereed Publications**


[1] "A Test of Goodness of Fit Based on Extreme Spacings with Some Efficiency Comparisons," (with S.R. Jammalamadaka), *Metrika*, 35, 223-232, 1988.

[2] "Testing Whether F is "More NBU" Than is G with Randomly Censored Data," (with R. Tiwari), *Microelectronics and Reliability*, 28, 901-908, 1988.

[3] "A Test of Goodness of Fit based on Extreme Multinomial Cell Frequencies," (with S.R. Jamalamadaka and R. Tiwari), *Communications in Statistics* 18, 1527-1547, 1989.

[4] "Basu's Lemma and Goodness-of-Fit Tests," *Communications in Statistics* 18, 711-717, 1989.

[5] "Bayesian Quantile Plots and Statistical Inference for Nonlinear Models in the Two Sample Case with Incomplete Data," (with R. Tiwari), *Communications in Statistics*, 18, 2955-2964, 1989.

[6] "Dirichlet Integrals and Moments of Gamma Distribution Order Statistics," (with Milton Sobel), *Statistics and Probability Letters* 9, 431-437, 1990.

[7] "Quantile Estimation Based on Nomination Sampling," (with R. Tiwari), *IEEE Transactions on Reliability Theory*, 38, 612-614, 1989.

[8] "The Relative Efficiency of Goodness-of-Fit Statistics in the Simple and Composite Hypothesis-Testing Problem," *Journal of the American Statistical Association*, 85, 459-463, 1989.

[9] "Estimating a Distribution Function Based on Minima-Nomination Sampling," (with R. Tiwari), *Topics on Statistical Dependence*, published by IMS Lecture Notes 1 Monograph Series, 1990.

[10] "Assessing the Effects of Multiple-Rows on the Condition Index of a Matrix," (with Ali Hadi), *Journal of the American Statistical Association* 85, 786-792, 1990.

[11] "Minimum Distance Method of Estimation and Testing When Statistics Have Limiting Singular Multivariate Normal Distribution," (with Ali Hadi), *Sankhya Ser. B*, 53, 257-267, 1990.

[12] "A Note on Generalized Wald's Method," (with Ali Hadi), *Metrika* 37, 309-315, 1990.

[13] "Goodness of Fit Tests for Components of a System With Random Redundancy Levels," (with R. Tiwari), *Opsearch* 27, 125-129, 1990.

[14] "A Comment on Arizono and Ohta," (with R. Tiwari), *The American Statistician* 44, 56, 1990.

[15] "Simultaneous Confidence Ellipsoids," (with Ali Hadi), *Econometric Theory* 6, 408-409, 1990.

[16] "A Matrix Equation," (with Ali Hadi), *Econometric Theory* 7, 420-424, 1991.

[17] "Correlation Among Unconstrained Variables in a Pooled Model," (with Ali Hadi), *Econometric Theory* 7, 545-546, 1991.

[18] "A Class of Tests for Testing an Increasing Failure Rate Average Distribution With Randomly Censored Data," (with R. Tiwari), *IEEE Transactions on Reliability Theory* 40, 152-157, 1991.

[19] "ε-Solutions of Minimization Problems in Statistics," *Statistics and Decisions* 9, 177-180, 1991.

[20] "On the Asymptotic Theory for Quantile Estimation Under Various Sampling Schemes," (with R. Tiwari), *Calcutta Statistical Association Bulletin* 39, 163-171, 1991.

[21] "Reconciliation, Coherence, and P-Values," (with G.C. Casella), *Séminare Mathématiques de Rouen* 1990-1991.

[22] "Estimation of Accuracy in Testing," (with J.T. Hwang, G.C. Casella, C. Robert and R.H. Farrell). *Annals of Statistics* 20, 490 - 510, 1992.

[23] "The Weak Approximation of the Empirical Characteristic Function Process When Parameters are Estimated," *Stochastic Processes and Their Application* 40, 83-103, 1992.

[24] "On the Power-Divergence Statistic in Models Requiring Parameter Estimation," (with R. Tiwari), *Statistics and Probability Letters* 13, 57-62, 1992.

[25] "Tests of Fit Using Spacings Statistics With Estimated Parameters," (with S.R. Jammalamadaka and R. Tiwari), *Statistics and Probability Letters* 13, 365 - 372, 1992.

[26] "Kernel Based Estimators of Ratio Functions," (with P.N. Patil and J.S. Marron), *The Journal of Nonparametric Statistics* 4, 203-209, 1992.

[27] “Estimation d’un cout quadratique pour des a symétrie sphérique” (with D. Fourdrinier), *C.R. Acad. Sci. Paris Série I,* 315, 1305-1308, 1992.

[28] "Recent Methodological Advances in Robust Bayesian Inference," (with G.C. Casella), In *Bayesian Statistics IV*, J.M. Bernardo and J.O. Berger (Eds.). North Holland, Amsterdam, 1992.

[29] "Discussion to 'Is Pitman Closeness a Reasonable Criterion' ”, (with G.C. Casella), *Journal of the American Statistical Association*, 88, 70-71, 1993.

[30] "Bayes Inference for Fault Diagnosis in Real-Time Distributed Systems," (with Y.L. Chang, L.C. Lander and H.S. Lu), *Proceedings of the IEEE Computer Society's 2nd Asian Test Symposium*, 333-338, 1993.

[31] "Large Sample Theory of Spacings Statistics for Tests of Fit for the Composite Hypothesis," (with S.R. Jammalamadaka and R. Tiwari*), Journal of the Royal Statistical Society Ser. B* 55, 189-204, 1993.

[32] "Bootstrapping a Bayes Estimator of a Survival Function with Censored Data," (with R. Tiwari), *Annals of the Institute of Statistical Mathematics* 46, 487-495, 1994.

[33] "Deadly Confusion: Juror Instructions in Capital Cases," *Cornell Law Review* 79, 1-17, 1993.

[34] "Inference for Shift Functions in the Two Sample Problem with Right-Censored Data: With Applications," (with H.S. Lu and R.C. Tiwari). *Journal of the American Statistical Association* 89, 1017-1026, 1994.

[35] "Bayes Analysis of Fault Location on Distributed Systems," (with Y.L. Chang, L.C. Lander and H.S. Lu), *IEEE Transactions on Reliability* 43, 457-465, 1994.

[36] "Nonparametric Kernel Estimation in Counting Processes With Explanatory Variables," *Biometrika* 81, 795-801, 1994.

[37] "Bayesian Analysis for Fault Location in Homogeneous Distributed Systems," (with Y.L. Chang, L.C. Lander and H.S. Lu), *Proceedings of the IEEE Computer Society's 12th Symposium on Reliable Distributed Systems*, 44 - 53, 1994.

[38] "A Computer Program for the Statistical Analysis of Repeated Event Data Using a Mixed Effects Regression Model ," (with R. Natarajan , B. Turnbull, E. Slate, L. Clark, and H. Abulibdeh) *Computer Methods and Programs in Biomedicine* 42, 283-294, 1994.

[39] "Comparaisons de Procédures de Sélection d'un Model de Régression: Une Approache Décisionnelle," (with D. Fourdrinier), *C.R. Acad. Sci. Paris Série I* 319, 865-870, 1994.

[40] "Estimation of a Loss Function for Spherically Symmetric Distributions in the Generel Linear Model," (with D. Fourdrinier), *Annals of Statistics* 23, 571-593, 1995.

[41] " Loss Estimation for Spherically Symmetric Distributions," (with D. Fourdrinier), *Journal of Multivariate Analysis* 53, 311-331, 1995.

[42] "Using the Gibbs Sampler to Detect Changepoints: Application to PSA as a Longitudinal Marker for Prostate Cancer," (with K. Cronin, E. Slate, and B. Turnbull), *Proceedings of the 26th Symposium on the Interface: Computing Science and Statistics, (Eds. J. Sall and A. Lehman), Interface Foundation of North America,* 314-318, 1995.

[43] "Characterizing Hierarchical Model Behavior," (with B. Chance *Proceedings of the 26th Symposium on the Interface: Computing Science and Statistics, (Eds. J. Sall and A. Lehman), Interface Foundation of North America,* 536-540, 1995.

[44] "Spherically symmetric Bayes estimators for a linear subspace of a normal law," (with D. Fourdrinier), In *Bayesian Statistics 5*, J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith (Eds.). Clarendon Press, New York, 569-579, 1995.

[45] "Comparing P-Values to Neyman-Pearson Tests," (with G. Casella). In *Bayesian Analysis in Statistics and Econometrics* , D. Berry, K. Chaloner, and J. Geweke (Eds.). Wiley, New York, 507-514, 1995.

[46] "Discussion to 'The Roles of Conditional Inference', " (with G.C. Casella and T.J. DiCiccio), *Statistical Science* 10, 179-185, 1995.

[47] "The Robustness of Normal-theory LISREL Models: Tests Using a New Optimizer, the Bootstrap, and Sampling Experiments, with Applications." (with Mebane, Walter R., Jr., Jasjeet Sekhon). Presented at the 1995 Political Methodology Summer Conference Bloomington, Indiana, July and at the 1995 Annual Meeting of the Midwest Political Science Association (Methods Section), 1995

[48] "Discussion to 'Statistical Inference for Monte Carlo Algorithms'," (with T.J. DiCiccio), *Test* 5, 349-352, 1996.

[49] "Quantile Comparison Functions in Two Sample Problems: With Applications to Comparison of Diagnostic Markers." (with G. Li, R. Tiwari), *Journal of the American Statistical Association* 91, 689-698, 1996.

[50] "Practical Small Sample Asymptotics for Regression Problems," (with R. Strawderman and G. Casella). *Journal of the American Statistical Association* 91, 643-654, 1996.

[51] "Assessing Evidence in Multiple Hypotheses," (with C. Goutis and G. Casella), *Journal of the American Statistical Association* 91, 1268-1277, 1996.

[52] "Using Random Rather than Fixed Effects Models in Meta-Analysis: Implications for Situational Specificity and Validity Generalization," (with A. Erez and M. Bloom), *Personnel Psychology* 49, 275-306, 1996.

[53] "Density Estimation with Bivariate Censored Data," (with K.P. Yeo*), Journal of the American Statistical Association* 91, 1566-1574, 1996.

[54] " Jury responsibility in capital sentencing: An empirical study " (with T. Eisenberg and S. Garvey), *Buffalo Law Review* 44, 339-380, 1996.

[55] "The Predictability of Punitive Damages" (with T. Eisenberg, J. Goerdt, B. Ostrom, D. Rottman), *Journal of Legal Studies* 26, 623-661, 1997.

[56] "Nonparametric Estimator of the Bivariate Survival Function Under Simplified Censoring Conditions," (with W. Wang), *Biometrika* 84, 863-880, 1997.

[57] "Accurate Confidence Limits for the Cumulative Hazard and Survivor Functions Under Random Censoring," (with R. Strawderman*), Journal of the American Statistical Association* 92, 1356-1374, 1997.

[58] "Accurate Confidence Limits for Quantiles Under Random Censoring," (with R. Strawderman and M. Parzen), *Biometrics* 53, 1399-1415, 1997.

[59] "Sur les estimateurs de Bayes minimax: une méthode constructive," (with D. Fourdrinier and W. Strawderman), *C.R. Acad. Sci. Paris Série* 324, 1143-1148, 1997.

[60] "Punitive Awards After *BMW*, a New Capping System, and the Reported Opinion Bias," (with T. Eisenberg), *Wisconsin Law Review*, 1, 387-425, 1998.

[61] "Ranking and Explaining the Scholarly Impact of Law Schools," (with T. Eisenberg), *Journal of Legal Studies*, 27, 373-413, 1998.

[62] "Larger Board Size and Decreasing Firm Value in Small Firms", (with T. Eisenberg and S. Sundgren), *Journal of Finanicial Economics* 48, 35-54, 1998.

[63] "Nonparametric estimation of successive duration times under dependent censoring," (with W. Wang), *Biometrika* 85, 561-572, 1998.

[64] "Estimation robuste pour des lois `a symétrie elliptique `a matrice de covariance inconnue," (with D. Fourdrinier and W. Strawderman). *C.R. Acad. Sci. Paris Série I* 326, 1135-1140, 1998.

[65] "On the Construction of Bayes Minimax Estimators," (with D. Fourdrinier and W. Strawderman), *Annals of Statistics* 26, 660–671, 1998.

[66] "Approximately exact inference for the common odds ratio in several 2 x 2 tables, with discussion," (with R. Strawderman), *Journal of the American Statistical Association* 93, 1294 – 1320, 1998.

[67] "But Was He Sorry? The Role of Remorse in Capital Sentencing," (with T. Eisenberg and S. Garvey), *Cornell Law Review* 83, 1599-1637, 1998

[68] "The Predictability of Punitive Damages Awards in Published Opinions, the Impact of *BMW v. Gore* on Punitive Damages Awards, and Forecasting which Punitive Awards will be Reduced" (with T. Eisenberg), *Supreme Court Economic Review* 59-86, 1999.

[69] "Bayesian Estimation for Spherically Symmetric Distributions," (with D. Cellier and D. Fourdrinier), *Journal of Multivariate Analysis* **70** (1) 95—117, 1999.

[70] "Semiparametric Inference for a Quantile Comparison Function with Applications to

Receiver Operating Characteristic Curves," (with G. Li, R. Tiwari), *Biometrika* 86 (3): 487-502, 1999.

[71] "Model Selection and Semiparametric Inference for Bivariate Failure-Time Data, with discussion" (with W. Wang*), Journal of the American Statistical Association* 95 (449): 62-72 2000 .

[72] "Statistical Controversies in Census 2000," (with L. D. Brown, M. L. Eaton, D. A. Freedman, S. P. Klein, R. A. Olshen, K. W. Wachter and D. Ylvisaker), *Jurimetrics*, 39 (4), 347-376, 1999.

[73] "Inbreeding in Law School Hiring: Analyzing the Performance of Faculty Hired from Within," (with T. Eisenberg), *Journal of Legal Studies* 29 (1): 369-388 (2) 2000 .

[74] "Estimating Kendall's Tau with Censored Data," (with Weijing Wang), *Statistica Sinica* 10 (4): 1199-1215, 2000.

[75] "Power Analysis for Linear Models with Spherical Errors," (with Weijing Wang), *Journal of Statistical Planning and Inference* 108, 155-171, 2002

[76] "A Martingale Approach to the Copula-Graphic Estimator for the Survival Function Under Dependent Censoring ," (with L-P Rivest). *Journal of Multivariate Analysis* 9, 138-155, 2000.

[77] "Statistics in the year 2000: Vignettes," with (A. Rafery and M. Tanner), *Journal of the American Statistical Association,* 95, 449-450, 2000.

[78] Methodological Issues in Bankrupcy Prediction: An Empirical Test," (with C. Bergström, T. Eisenberg, and S. Sundgren). In *Risk Behaviour and Risk Management in Business Life* (Bo Green, ed), Dordrecht/Boston/London: Kluwer Academic, 1999.

[79] "Case Control Studies in Bankrupcy Prediction: An Empirical Test," (with C. Bergström, T. Eisenberg, and S. Sundgren). In *Risk Behaviour and Risk Management in Business Life* (Bo Green, ed), Dordrecht/Boston/London: Kluwer Academic, 2000.

[80] "Hazard Rates Estimation using Wavelets," (with S. Wu), *Journal of Nonparametric Statistics, 15, 187-202,* 2002.

[81] "The Deadly Paradox of Capital Jurors," (with T. Eisenberg and S. Garvey), *Southern California Law Review* 74 (2): 371-397, 2001.

[82] "Forecasting Life and Death," (with T. Eisenberg and S. Garvey), *Journal of Legal Studies* 30 (2): 277-311 (1), 2001.

[83] "Reconciling Experimental Incoherence with Real-World Coherence in Punitive Damages," (with T. Eisenberg and J. R. Rachlinski), *Stanford Law Review,* 54, 1239-71, 2002. Also in *The Jury System: Contemporary Scholarship*, Ashgate Publishing, V. Hans, ed., 2006.

[84] "Trial Outcomes and Demographics: Is There A Bronx Effect?," (with T. Eisenberg), *University of Texas Law Review, 80,* 1839-74, 2002.

[85] "Juries, Judges, and Punitive Damages: An Empirical Study," (with T. Eisenberg *et al.*), *Cornell Law Review, 87,* 743-82, 2002.

[86] "Statistical methods for predicting yield: A comparison of the accuracy of a logistic regression, decision tree, neural network and boosted logistic regression," (with R. Reeves). *Proceedings of the Meeting of the North East Association of Institutional Research*, *Annapolis, MD*, 2002.

[87] "Robust shrinkage estimation for elliptically symmetric distributions with unknown covariance matrix," (with D. Fourdrinier and W.E. Strawderman), Journal of Multivariate Analysis 85, 24-39, 2003.

[88] "Victim Characteristics and Victim Impact Evidence in South Carolina Capital Cases," (with S.P. Garvey and T. Eisenberg), Cornell Law Review, 88, 306-42, 2003. Also in *Wounds That Do Not Bind: Victim-Based Perspectives on the Death Penalty* 297-321 (James R. Acker & David R. Karp eds. 2006).

[89] "Explaining Death Row's Size and Racial Composition," (with J. Blume and T. Eisenberg), Journal of Empirical Legal Studies 1, 265-207, 2004

[90] "The Functional Data Analysis View of Longitudinal Data," (with X. Zhou, S. Marron), Statistica Sinica 14, 789-808, 2004.

[91] "Rao-Blackwellization of Generalized Accept-Reject Schemes," (with C. Robert and G. Casella), *Herman Rubin Festschrift*, Institute of Mathematical Statistics 342-347, 2004.

[92] "Mixture Models, Latent Variables, and Partitioned Importance Sampling," (with C. Robert and G. Casella), *Statistical Methodology,* 1,1-18, 2004.

[93] "Least Squares Cross-Validation for the Kernel Deconvolution Density Estimator," (with E. Youndje), *C.R. Acad. Sci. Paris Série I* 334, 509-513, 2004.

[94] "Juror First Votes in Criminal Trials," (with S.P. Garvey et al.), *Journal of Empirical Legal Studies* 1, 371–398, 2004.

[95] "Mathematical Model of *Listeria monocytogenes* Cross-Contamination in a Fish Processing Plant," (with R. Ivanek, Y. Grohn, and M. Wiedmann). *Journal of Food Protection* 67, 2688-2697, 2004.

[96] "The Fate of Firms," (with C. Bergström, T. Eisenberg, and S. Sundgren). *Journal of Empirical Legal Studies* 2, 49-85, 2005.

[97] "Estimation of a Parameter with Restrictions or Vague Information," (with D. Fourdrinier and W.E. Strawderman), *The Annals of the Institute of Statistical Mathematic*s 58, 73-92, 2005.

[98] "Global Expression Analysis of Genes Coregulated by Phospholipid Precursors and OPI1 in *Saccharomyces cerevisiae.*" (with S. Jesch, X. Zhou and S.A. Henry), *The Federation of American Societies for Experimental Biology Journal*: Proceedings of 8th IUBMB conference and ASBMB annual meeting (Boston, Massachusetts), 18(8), C266, 2005.

[99] **"**Judge-Jury Agreement in Criminal Cases: A Partial Replication of Kalven & Zeisel's The American Jury," (with T.Eisenberg , P. Hannaford-Agor , V. P. Hans , N. L. Mott , G. T. Munsterman , S. J. Schwab), *Journal of Empirical Legal Studies* 2, 171-206, 2005.

[100] "An Extension of the Metropolis algorithm," (with S. Wu), *Communications in Statistics - Theory and Methods* 34,.585-597, 2005.

[101] "Bayesian Normalization and Identification for Differential Gene Expression Data," (with D. Zhang, C. D. Smart and W. E. Fry). *Journal of Computational Biology,* 12, 391–406, 2005.

[102] "Hierarchical Graphical Models: An Application to Pulmonary Function and Cholesterol Levels in the Normative Aging Study," (with D. Zhang, B. W. Turnbull, P. A. Cassano), *Journal of the American Statistical Association* 100, 719-727, 2005.

[103] "Genome wide analysis reveals inositol, not choline, as the major effector of Ino2p-Ino4p and unfolded protein response target gene expression," (with S.A. Jesch, X. Zhou and S.A. Henry), *Journal of Biological Chemistry,* 280, 9106-9118, 2005.

[104] "Mapping Multiple Quantitative Trait Loci by Bayesian Classification" (with M. Zhang, K. L. Montooth , A.G. Clark and D. Zhang), *Genetics* 169, 2305-2318, 2005.

[105] "The Significant Association Between Punitive and Compensatory Damages in Blockbuster Cases: A Methodological Primer, "(with T.Eisenberg ), *Journal of Empirical Legal Studies* 3, 169-189, 2006.

[106] "Bayesian Inference for a Two-Part Hierarchical Model: An Application to Profiling Providers in Managed Health Care," (with M. Zhang, R. L. Strawderman, M. E. Cowen). *Journal of the American Statistical Association* 101, 934-945, 2006.

[107] "Multiplicative Background Correction for Spotted Microarrays to Improve Reproducibility," (with M. Zhang and D. Zhang). *Genetical Research* 87, 195-206, 2006.

[108] "Juries, Judges, and Punitive Damages: Empirical Analyses Using the Civil Justice Survey of State Courts 1992, 1996, and 2001 Data" (with T. Eisenberg, P. L. Hannaford-

Agor, M. Heise, N. LaFountain, G . Munsterman, B. Ostrom). *Journal of Empirical Legal Studies* 3, 263–295, 2006.
[109] "Multiple endoplasmic reticulum-to-nucleus signaling pathways coordinate phospholipid metabolism with gene expression by distinct mechanisms," (with S. A. Jesch, P.Liu., X. Zhao, and S. A. Henry). *Journal of Biological Chemistry*, 281, 24070-24083, 2006.
[110] "Optimal Bandwidth Selection for Multivariate Kernel Deconvolution Density Estimation, "(with E. Youndje). *Test* 17, 138-162, 2008.
[111] "A Bayesian Analysis of Return Dynamics with Levy Jumps," (with H. Li , C. Long). *The Review of Financial Studies* 21(5):2345-2378, 2008.
[112] "The Relation between Punitive and Compensatory Awards: Combining Extreme Data with the Mass of Awards, "(with T. Eisenberg and V. Hans), In Civil Juries and Civil Justice, 105-115, 2008.
[113] "Nonparametric estimation of the dependence function for a multivariate extreme value distribution," (with D. Zhang and L. Peng), *Journal of Multivariate Analysis*, 99 (4), 577 – 58, 2008.
[114] "Cardiac Surgery in Select Nonagenarians: Should We or Shouldn't We?" (with Ullery, BW, Peterson, JC, Milla, F, Briggs, W, Girardi, LN, Ko, W, Tortolani, AJ, Isom, OW, Krieger, KH ). *Annals of Thoracic Surgery*, 85, 854-860.
[115] "Numerical Analysis in Least Squares Regression with an Application to the Abortion-Crime Debate" (with W. Anderson ). *Journal of Empirical Legal Studies*, 5,647-681, 2008.
[116] "Statins and Adverse Cardiovascular Events in Moderate Risk Females: A Statistical and Legal Analysis with Implications for FDA Preemption Claims"(with T. Eisenberg), *Journal of Empirical Legal Studies*, 5,507-550, 2008.
[117] "Generalized Bayes minimax estimators of the mean of multivariate normal distribution with unknown variance," (with G. Zhou), *Journal of Multivariate Analysis*, (in press).
[118] "Variable selection for large p small n regression models with incomplete data: mapping QTL with epistases" (with M. Zhang and D. Zhang), *BMC Bioinformatics*, 9:251, 2009.
[119] "Extreme value theory in analysis of differential expression in microarrays where either only up- or down-regulated genes are relevant or expected" (with Ivanek, et al.), *Genetics Research*, 90: 347-361, 2009.
[120] "Statins, cholesterol, women and primary prevention: evidence-based medicine or wishful thinking?" (with T. Eisenberg), *Future Cardiology* 5, 1- 4, 2009.
[121] "Generalized thresholding estimators for high-dimensional location parameters" (with M. Zhang and D. Zhang), *Statistica Sinica* (in press).
[122] "A multivariate variance component model for analysis of covariance in designed experiments" (J. Booth, W. Federer, and R. Wolfinger), *Statistical Science* (in press).
[123] "Improved estimation for elliptically symmetric distributions with unknown block diagonal covariance matrix" (with D. Fourdrinier and W.E. Strawderman), *Statistics & Decisions* 26, 203–217, 2009.
[124] "Modeling of spatially referenced environmental and meteorological factors influencing the probability of Listeria spp. isolation from natural environments" (with Ivanek, et al.), *Applied & Environmental Microbiology* (in press).
[125] "Development of a novel equine whole transcript oligonucleotide GeneChip microarray and its use in gene expression profiling of normal articular-epiphyseal cartilage" (with K. E. Gläser, Q. Sun, and A. J. Nixon), *Equine Veterinary Journal* (in press).
[126] "A Conversation with Shayle R. Searle" *Statistical Science* (in press).
[127] "Variability in Punitive Damages: An Empirical Assessment of the U.S. Supreme Court's Decision in Exxon Shipping Co. v. Baker" (with T. Eisenberg and M. Heise) *Journal of Institutional and Theoretical Economics* (in press).

[127] "The Exact Distribution of the Condition Number of a Gaussian Matrix" (with W. Anderson). *SIAM Journal on Matrix Analysis and Applications* (in press).