# Appendix II, Tab 9

**Supplemental Expert Report of Martin T. Wells Ph.D., December 24, 2009**

**SUPPLEMENTAL DECLARATION OF MARTIN T. WELLS PH.D.**

1. I, Martin T. Wells Ph.D., have been asked to provide an update of my opinions regarding the review of statistical aspects of relevant epidemiological, scientific literature, and data relating to postsurgical use of an intra-articular pain-pump and subsequent glenohumeral chondrolysis. My report dated August 24, 2009 provides my qualifications and the information as I knew it at that time. New data and information has been supplied to me in the since that time. I reserve the right to supplement or modify this declaration in the light of any new information, including more detailed information about the analyses conducted by others. I hold all of these opinions to a reasonable degree of scientific certainty.

2. In my report dated August 24, 2009 I opined that the retrospective cohort by Hansen et al.[1] gives convincing evidence for a causal association between the postsurgical use of intra-articular pain pump catheters to deliver anesthesia (intra-articular pumps) and postarthroscopic glenohumeral chondrolysis (chondrolysis). I concluded that the association of postsurgical use of intra-articular pumps with chondrolysis in the Hansen et al. study was extremely high and well beyond what could occur by chance.

3. To assess the robustness of the association of postsurgical use of intra-articular pumps with chondrolysis I looked at additional data in Hansen et al. Of the 30 arthroscopic stabilization procedures in Hansen et al., 19 shoulders were given intra-articular pain pump catheters, of which 12 developed chondrolysis. An additional 11 shoulders were treated with arthroscopic stabilization but no pain pump catheters, and none of those patients developed symptoms related to chondrolysis, as confirmed by continued clinical follow-up through the first postoperative year. These results are presented in the first two rows of Table 1 in the Appendix. The magnitude of the association of intra-articular pump use with chondrolysis is again well beyond what could occur by chance. The mid

---

[1] Hansen BP, Beck CL, Beck EP, and Townsley, RW, Postarthroscopic Glenohumeral Chondrolysis *Journal of Sports Medicine* 35, 1628-1634, 2007.

p-value from a Fisher exact test for association of the intra-articular pump use with chondrolysis is less than 0. 001.

4. As a robustness check of chondrolysis disease classification bias I added a number of chondrolysis diagnoses to the zero cell in first column and second row Table 1, while also subtracting the same number in the second column and second row. This sensitivity analysis fixes the number of no pump use shoulders and explores the possible effect of diagnostic bias. When exchanging three or less diagnoses the magnitude of the association of intra-articular pump use with chondrolysis is still beyond what could occur by chance. The mid p-values from Fisher exact tests for association of the intra-articular pump use with chondrolysis are less than 0.05 in each misclassification scenario. Hence diagnostic bias is not a viable explanation for the enormous association of intra-articular pain pump use with chondrolysis found in Hansen et al.

5. In my report dated August 24, 2009 I discussed the clinical epidemiological study of the association between intra-articular pump use and chondrolysis as described by Dr. Matsen in Grossnickle et al. vs. Stryker Corp. et al. however, only brief details about the study were available in Dr. Matsen's testimony. Since my report and deposition, a draft article more fully describing the study[2] has become available. The Wiater et al. study provides a detailed and thorough analysis of the data discussed in Dr. Matsen's testimony. This is the type of information that we customarily rely upon for purposes of forming opinions and drawing inferences in my profession. In both the Hansen et al. and Wiater et al. studies chondrolysis occurred only in those using intra-articular pumps and the incidence of chondrolyis completely ceased[3] after intra-articular pump use ended.

6. I was furnished the datasets and program files used to generate the analyses in the Wiater et al. study. Since the key files are well documented and organized *R*[4] and *Stata*[5]

[2] Wiater BP, Neradilek MB, Pollissar NL, and Matsen FA. Risk Factors for Chondrolysis of the Glenhumeral Joint. A Study of 375 Shoulder Arthroscopic Surgeries in the Practice of an Individual Surgeon.

[3] Dr. Matsen's March 5, 2009 testimony in Grossnickle et al. v. Stryker Corp. et al., p 1636

[4] R Development Core Team (2007). *R: A Language and Environment for Statistical Computing*. R Foundation for Statistical Computing, Vienna, Austria. URL http:/www.R-project.org.

files, understanding the data structures and programming logic is straightforward. The two primary file directories are labeled: Data files from 10-30 Matsen disc and Neradilek folder from 11-3 Matsen disc. Both of these directories had at least one level of subdirectory and various formats of additional files contained therein. The primary dataset files are: chondrolysis raw.dta, chondrolysis.dta, chondrolysis1.dta, and chondr3.dta. The underlying program files are: *R* .R work files and *Stata* .do files. I have reviewed and validated the program files that generated the subsequent data files and statistical analyses. I also carried out a number of independent data analyses that were consistent with the results in the Wiater et al. study. All of these examinations of the data and program files took me a total of about 10 hours.

7. Various regression analyses and examinations of results by differing chondrolysis onset date and follow-up status definitions in Wiater et al. provides strong evidence that confounding (by anchors, radiofrequency, sutures, etc.) and selection bias are not viable alternative explanations for the elevated association of intra-articular pain pump use with chondrolysis. The results in the Wiater et al. study and their associations are quite consistent with the findings of Hansen et al., except now with a different surgeon and a more formal statistical analysis that controls for confounding other possible biases. One can infer from the Wiater et al. analysis that the intra-articular pain pump use was a primary causative factor of the chondrolysis in the cases reported in both the Hansen et al. and Wiater et al. studies. I do not know of other comparative clinical epidemiological studies that supply concrete viable alternate explanations that can credibly explain away the high incidence of chondrolysis found in the Hansen et al. and Wiater studies.

8. A recent study by Rapley et al.[6] compared two groups of intra-articular pain pump users, one with 16 shoulders that had an infusion flow rate of 4.16 mL/h into the glenohumeral joint (higher volume) and another 13 patients with glenohumeral catheters

---

[5] StataCorp. 2003. *Stata Statistical Software: Release 8*. College Station, TX: StataCorp LP.

[6] Rapley JH, Beavis RC, and Barber FA, Glenohumeral Chondrolysis After Shoulder Arthroscopy Associated With Continuous Bupivacaine Infusion. *Arthroscopy: The Journal of Arthroscopic and Related Surgery*,25, No 12, 2009: pp 1367-1373.

with a lower flow rate of 2.08 mL/h (lower volume). Rapley et al. reported that higher volume group of shoulders showed a 19% chondrolysis rate (3 out of 16 shoulders) and none of the lower volume 13 patients had the condition. Of the 109 patients in Wiater et al. (in the chondr3.dta data file) that had surgeries with intra-articular pain pump use there is a variable that recorded pump flow rate (flow_rate) for a subset of 14 shoulders. It can be calculated (using the flow_rate and chondr variables in the chondr3.dta data file) that there is a 75% chondrolysis rate (9 out of 12 shoulders) for those with an infusion flow rate higher or equal to 4.16 mL/h and none of the two patients that used an intra-articular pump with a flow rate of lower than 4.16 mL/h had the condition. Therefore in both Rapley et al. and Wiater et al. studies the association of a higher flow rate intra-articular pump use with chondrolysis is beyond what could occur by chance, the mid p-values from the Fisher exact tests for association of a higher flow rate intra-articular pump with chondrolysis are both less than 0.1. In addition, each of the chondrolysis affected shoulders in Hansen et al. used intra-articular pumps dosed at 4.16 mL/h, and no chondrolysis cases were reported in any patients receiving a lower flow rate. Therefore the results in the Rapley et al. and Wiater et al. studies regarding higher volume intra-articular pumps are consistent with the Hansen et al. study across three different surgeons.

9. The Breslow-Day[7] test (p>.5) suggests that one can combine the flow rate data from Rapley et al. and Wiater et al. studies in a meta-analysis. The result on the association of use of a higher flow rate intra-articular pump with chondrolysis from the Rapley et al. article is consistent with the findings from the Wiater et al. data. For the aggregated data the Cochran-Mantel-Haenszel[8] statistic gives the result that the association of use of a higher flow rate intra-articular pump with chondrolysis is beyond what could occur by chance, the mid p-value from the adjusted Fisher exact test is less than 0. 01.

---

[7] Breslow, N. E. and Day, N. E. (1980). *Statistical Methods in Cancer Research*, Volume 1. International Agency for Research on Cancer, Lyon.
[8] Mantel, N., and W. Haenszel. 1959. Statistical aspects of the analysis of data from retrospective studies of disease. *J. Natl. Cancer Inst.* 22: 719-748.

10. Based on the information found in the Hansen et al., Rapley et al. and Wiater et al. studies I conclude that the association of postsurgical use of intra-articular pumps with chondrolysis found in these studies is extremely high and that confounding or possible biases are not viable explanations for this extreme association. I conclude that intra-articular pump use is the primary causative factor of chondrolysis in the Hansen et al. and Wiater et al. studies.

11. In addition to the materials referred to in this supplemental report, I also read and considered Dr. Sander Greenland's supplemental report dated November 3, 2009.

SIGNED:



December 21, 2009

**APPENDIX**

Table 1: Post-surgical outcomes reported in Hansen et al., intra-articular v. arthroscopic stabilization with no pump

| | Chondrolysis | No Chondrolysis | Total | Risk | Odd Ratio |
|---|---|---|---|---|---|
| Pump | 12 | 7 | 19 | 63.16% | |
| No Pump | 0 | 11 | 11 | 0% | infinite |
| No Pump (+1/-1) | 1 | 10 | 11 | 9.09% | 17.14 |
| No Pump (+2/-2) | 2 | 9 | 11 | 18.18% | 7.714 |
| No Pump (+3/-3) | 3 | 8 | 11 | 27.27% | 4.571 |