> of the catheter on articular cartilage, intra-articular placement of pain pump catheters in the knee appears to be both efficacious and safe....
>
> Clearly more investigation is indicated to elucidate the etiology and scope of the problem.

340. The Breg white paper fails to indicate that it was manufacturers like Breg, promoting unapproved use continuous infusion into the joint with a local anesthetic to physicians, that had failed to conduct the research necessary to ensure safety and efficacy of the technique. The responsibility to "elucidate the etiology and scope of the problem" rests with Breg and industry, not physicians of FDA.

## 4. STRYKER CORPORATION

### i. PHYSICIANS INFORM STRYKER OF CHONDROLYSIS IN 2005

341. Dr. Paulos testified that he brought the pain pump issue to Stryker Endoscopy V.P. Brady Shirley's attention because there was cartilage damage related to the use of pain pumps that was becoming apparent. As a Stryker paid consultant for several years before and after his warnings to Stryker, he felt it was his obligation to provide them with his best expertise and knowledge about the issue. The incident of cartilage injury he had seen occurred after the catheter was placed in the glenohumeral space. (L. Paulos, 8/15/08, p. 22-23, L.7-24). On February 11, 2005, Dr. Paulos wrote to Brady Shirley, Stryker Endoscopy, Vista Ridge regarding his concerns about "Anesthetic –pain pump"(underlining added for emphasis).

> I want to let you know what I am hearing about complications with drip pain pumps. Over the past 2 years there have been a number of incidences of chondrolysis in younger patients. We have been perplexed and thought it could be the heat wand used.

> It now appears that the only common thread through all the cases is the Marcain and /or Lidocain with the Epinephrine solution which tends to be very acidic and is probably the cause.
>
> You might want to look into this development and advise Stryker to change labeling...(Exh 254).

342. Dr. Lonnie Paulos followed up his message about chondrolysis with a February 15, 2005 email to Shirley Brady (Vice President of Sales, Stryker Endoscopy, with a copy to Stryker Sales, Don Kelly, subject re: "problems with Marcaine pumps" which triggered a series of emails among Stryker managers and officers about chondrolysis within Stryker. In terms of Dr. Paulos next email, it was not the responsibility of physicians using Stryker PainPump to identify the root cause of a problem like chondrolysis. That responsibility for a Corrective and Preventive Action (CAPA)(21 C.F.R. 820.100) rests with a manufacturer, in this case Stryker. A manufacturer with a robust surveillance system (21 C.F.R. part 820) receiving Dr. Paulos reports should have raised a significant big red flag. In this case, Stryker personnel would eventually place the blame for reports of chondrolysis on the physicians.

343. Yet, unlike Dr. Paulos, Stryker management was aware it had not tested its pain pumps clinically for intra-articular use and that it had not been cleared by FDA for that new intended use. By 2005, Stryker should have been aware that chondrolysis had been reported in the medical literature, there was animal data to support a mechanism for continuous infusion of a local anesthetic from the pain pump to injure cartilage, other manufacturers' pain pumps also used off-label had reports of chondrolysis, and the chondrolysis was a formerly rarely reported condition before intra-articular pain pumps. Dr. Paulos was reporting physician awareness of a major life- destroying safety issue for young people to Stryker in the shoulder joint which

Stryker should already have been aware was occurring with pain pumps before receiving his report.

344. The Dr. Paulos reports should have quickly triggered an immediate thorough and scientific investigation to determine a potential cause of chondrolysis associated with shoulder surgery. The Stryker investigation could have included animal testing, obtaining outside scientific expertise from individuals knowledgeable about cartilage; a review of the scientific and medical literature; involvement of Stryker's own sales force to get additional information from the field as to reports of chondrolysis; instructions to sales representatives about the issue to be able to warn physicians about the reports of increased risk. The most immediate and cost-effective action by Stryker could have been to just stop promoting unapproved intra-articular use. Such significant and alarming reports should have at least triggered internally a discussion of sending out a Dear HealthCare Professional Letter warning about the increased reporting of chondrolysis with intra-articular use of pain pumps including Stryker pain pumps, and as said by Dr. Paulos, updating of the label warnings. The appropriate course of conduct for Stryker as late as 2005, which they did not appear to pursue, would have been actions to protect the public. Dr. Paulos email of February 15, 2005 warned (underlining for emphasis):

> I know I sent a fax to you the other day but wanted to send this email to reinforce the importance of this issue.
>
> Guaranteed! This summer when Charlie Beck presents his paper at the Heodicus Society there will be a huge out pouring of other cases that have been smoldering for several years. Buddy Savoie has at least a dozen, Jim Andrews has an equal number and Charlie and I have about 6-8 cases. These are cases I know of personally, the only common link is the pain dripping devices with Marcain or Lidocain and Epinephrine. It is extremely acidic solution when Epinephrine is included. Without Epinephrine it becomes less acidic and probably not an issues.

> I strongly recommend that Stryker change its labeling as soon as possible. They should recommend against using Marcain or Lidocain with Epinephrine because of the acidic nature of the fluid, Stryker should change the label for now until we can do an animal study.
>
> I propose and animal study that we can start, complete and have information in 30 days. We can do this study at Medicine Lodge with rabbits, dogs or sheep. 10 animals per group, 3 groups....Costs of this will probably be well below $25,000 and you could have meaningful information back within 60 days.
>
> I believe that Stryker should "cover it's butt" through label changes now and immediatly study knowing that by this summer there will be a great deal of controversy created.(STR 2242-3)

345. There is a follow-up email from D. Kelly to Dylan Crotty FW: "problems with Marcain pumps":

> Dr. Lonnie Paulos and Dr. Charles Beck feel that Marcain w/epi is acidic and is rotting the cartilage in shoulders. Dr. Beck is adamant about it, as is Dr. Paulos who I spoke to yesterday. Dr. Beck plans to present a paper at an orthopedic meeting in Colorado this summer indicating this. I have previously exchanged voice mails with Jay Arnold regarding this when Dr. Beck brought it to my attention. Jay spoke with someone at Stryker about this and indicated that this has not been a previously reported problem elsewhere. We need to research this and get back with these doctors as if impacts patient care and our business (Whether it be real or perceived)(STR 2241-2).

346. The chain of Stryker internal emails are now raised to "Importance: High." On March 1, 2005 Steve Docsa, Clinical Monitor, wrote back to D. Kelly Subject: Answer to your Question-"problems with Marcaine pumps."Without a shred of valid scientific evidence or testing to determine that local anesthetic with epinephrine was actually a contributing factor to chondrolysis, and based on an anesthesiologist's personal off the cuff opinion, Stryker dismissed the entire issue of chondrolysis as not caused by its pump but rather as user error, the physician's use of epinephrine in the joint. Dr. Paulos testified that no one from Stryker asked him for the contact information for Dr. Beck, Andrews or Savoie or asked if the cases he was reporting

involved Stryker PainPumps or some other manufacturer's pumps. (L.Paulos, 8/15/08 p. 32 L.8)

Steve Docsa's email:

> I spoke with one of the anesthesiologists we work with regarding the statement made (below) by Dr.(s) Paulos and Beck that Marcaine with Epinephrine is acidic and is rotting the cartilage in their patient's shoulders.
>
> Dr. Ilfeld feels the epinephrine which is causing the problem they are experiencing. I have attached an article which appeared in the May 2004 Journal issue of *Anesthesiology.* The authors report a possible reason for wound ischemia and necrosis to be the infusion of Marcaine in combination with epinephrine...(STR2240)

347. John Saunders, Vice President of Regulatory Affairs, Quality Systems, and Information Systems, wrote an email to Steve Docsa dated March 3, 2005 RE: Answer to your question-"problems with Marcaine pumps:"

> ...it looks like their concerns have some validity (STR 2240).

348. Steve Docsa responded to John Saunders on March 3, 2005, the importance was no longer identified as High (underlining added for emphasis):

> I believe the two surgeons are experiencing something real and have encountered an <u>event which is documented in the literature or at least there is anecdotal information to support it</u>. I spoke to Don and he was appreciative of the articles and he said he would cover this information with them. Hopefully after reading the articles <u>they understand it is not the pump</u> which is causing this event and it is <u>probably the epinephrine</u> which is the culprit.
>
> <u>I don't believe we need to do anything else</u> unless someone expresses interest or is in need of further information (STR 2239)

349. The final email in the series is from Nicole Petty, Regulatory Affairs, and is dated March 4, 2005 and sent to John Saunders, Steve Docsa, and Jennifer Mars:

> We should document these as complaints if these doctors were using our pumps. In regards to the epi concern, <u>we warn against the use of epi in our IFU</u>

Jen- can you please follow up with Steve and Don Kelly to get the info and enter into SUPER?(STR 2239)

350. Ms. Petty was later asked at her deposition if the emails from February and early March from Dr. Paulos and statements when he told Stryker about Dr. Andrews patients with chondrolysis, if those patients were entered into Stryker's complaint database. Ms. Petty indicated that the Dr. Andrews patients were not entered into the Stryker's complaint database (SUPER)(N. Petty 2/20/08, p. 212 L. 1-2) When asked if the patients mentioned by Dr. Paulos for Dr. Savoie's with chondrolysis were entered into the SUPER database, again the answer was no. When Dr. Paulos told Stryker about his own patients with chondrolysis, she indicated that those reports also were not entered into the SUPER database. (N.Petty 2/20/08, p. 212, L. 14-22) Her rationale was that since Dr. Paulos did not specifically allege that Stryker pumps were involved in the adverse events, none of his reports were entered into the database. However, according to Ms. Petty no further investigation was done with Dr. Andrew, Dr. Savoie, or Dr. Paulos to determine the types of pumps involved with the patient injuries (N. Petty 2/20/08 p. 213, L. 1-13). Moreover, Stryker never submitted the Dr. Paulos reports of chondrolysis as MDRs to FDA as required by 21 CFR 803.22 (b)(2).

351. Ms. Petty said Stryker asked Dr. Crothers, an orthopedic surgeon, and Dr. Ilfeld, an anesthesiologist, both Stryker consultants, for their opinions about epinephrine and risk of chondrolysis. According to Dr. Paulos, it had been known for decades that epinephrine could cause some toxicity to tissues (L. Paulos, 8/15/08, p. 50, L. 14). Ms. Hoffman emailed Dr. Crothers on November 1, 2005 with a request for a Medical Opinion. She attached the seven chondrolysis MDRs and asked him to comment on the precautions section's discussion of

epinephrine. Dr. Crothers emailed back that he did not see a reason to change the current label for epinephrine (STR 2284; Zufall Exhibit 10)

352. On November 4, 2005, Dr. Crothers sent in his written responses to Stryker's three questions in a document titled "Re: Questions about Pain Pump and Epinephrine:"

> *What is your professional opinion on the use of epinephrine mixed with Marcaine in an infusion pump following shoulder surgery?*
>
> Many shoulder surgeons use this combination at the time of arthroscopy, probably more common as a single intra or extra-articular injection
>
> *Based on the information, can you surmise that the use of epinephrine mixed with Marcaine caused or contributed to chondrolysis in these patients?*
>
> Certainly one could envision potential limitation of blood supply to the deeper layer of cartilage with prolonged excessive intra-articular concentration of epinephrine. However, I am unaware of any such report. Superficial articular cartilage does not have a blood supply and I know nothing of potential cartilage toxicity secondary to epinephrine
>
> *In regards to catheter placement are you aware of any correlation between intra-articular placement and an incident of chondrolysis?*
>
> I am unaware of any correlation between intra-articular catheter placement and chondrolysis. However one of the patients in the recent report by Petty in the American Journal of Sports medicine was said to have had a pain pump with the use of epinephrine.
>
> Comment:
>
> Chondrolysis is clearly an uncommon complication of shoulder arthroscopy which has been the subject of two recent reports (AJSM, March 2004 and JBJS, March 2005) with the only common thread between the 5 reported cases is the use of Thermal Radiofrequency at surgery in 4 of the cases. I am however aware of one of your competitors who recommends against the use of epinephrine (reason being risk to skin, not to cartilage). In speaking with 3 different shoulder surgeons about the issue (Stryker unnamed), none use a pump with arthroscopy (preference as they feel with soft tissue surgery it is unnecessary) but all inject with Marcaine and Epinephrine at the time of surgery. They all felt that chondrolysis is likely multi-factorial and all were amazed at the incidence in one institution. (STR 2285)

353. Ms. Petty did not recall anyone at Stryker ever discussing having the sales force go out to surgeons and ask them about their experiences with its PainPump and cartilage (Petty 2/20/08, p. 182, L. 1-4). She also indicated that Stryker was aware of cartilage being injured by the PainPump in 2005 (Petty 2/20/08 p. 181, L 11).

354. Dr. Paulos testified that no one from Stryker had informed him that the safety of use of the PainPumps in a joint space was unknown, had not been studied and had not been tested by Stryker. No one from Stryker had made him aware that FDA had repeatedly rejected requests by manufacturers to allow use of their pain pumps in a joint space. Furthermore, he stated that the PainPumps were promoted by Stryker and its sales representatives for use in the joint space (L.Paulos, 8/15/08, p.32-33, L. 17-15). He stated that when the PainPump first came out the Stryker sales reps would approach doctors in the operating rooms and encourage them to use the devices intraarticularly in the knee and shoulder. The implication was that the device could be used inside the joint and outside the joint both in knee and shoulder locations. (L. Paulos, 8/15/08, p. 69 L. 2-18

355. Dr. Paulos indicated that at the time he sent the February 2005 email he had read package inserts for the PainPump, DonJoy, DJ Orthopedics. The inserts specifically stated that the devices could be inserted in the area of surgery. Dr. Paulos continued:

> ...if you are were doing intra-articular surgery, then you would assume that it was-based on the literature okay to put it in the-place it in intra-articular surgery.(L.Paulos, 8/15/08 p. 48 L. 18-24).

356. Not having received any responses from Stryker to his fax or his email, Dr. Paulos spoke personally with V.P. Brady Shirley at an orthopedic convention in about March 2005 about his concerns. But again, he received no response from Stryker. Dr. Paulos wasn't really

satisfied that people at Stryker were looking into the issue he reported. Therefore, he did not contact Stryker again about it to follow up. (L. Paulos, 8/15/08, p. 67, L. 17)

### ii. STRYKER AND PRODUCT SURVEILLANCE

357. There is an April 19, 2005 Jennifer Mars email to Dylan Crotty et al. subject "I-Flow MDRs.xls." Stryker was tracking the number of MDRs filed for I-Flow, so Stryker was monitoring the adverse events being reported to FDA for competitor I-Flow. According to the testimony of Jason Allen, Stryker was looking at I-Flow MDRs because I-Flow was selling significantly more devices than Stryker. Stryker was looking in the MDRs in attempt to find problems reported for I-Flow's devices. (J.Allen, 7/24/08 p. 58, L. 16)

358. A product report, even if from the medical literature, or a patient report to a sales representative, cannot result in a complaint in a company's surveillance database unless it is recognized by someone at the company as a potential complaint. Complaints require the creation of a permanent record (file) and documentation of the investigation that was done by the company and a final signature as to a rationale for filing or not filing a MDR. Company complaint files and MDRs can be examined by FDA during a facility inspection to look for deviations from the Act in a firm's Quality Systems.

359. A complaint cannot result in a filed MDR unless it fits an internal SOP for MDR reportability at the company. The backbone of a robust surveillance system begins with proactive identification of safety trends by personnel at the complaint handling and signal identification level. The personnel handling the complaint must have sufficient training or motivation to identify a potential health risk for a patient as early as possible. As occurred with Stryker as late as 2005, patient reports with chondrolysis associated with a pain pump from intra-

articular use should have been filed as complaints in the SUPER database, as stated by N. Petty in March. From the testimony of Don Kelly, Sales, Dr. Paulos' complaints of chondrolysis with the pain pump had actually begun in 2003(see below). However, none of the Dr. Paulos complaints as of February 2005 got entered into SUPER and none get adequately investigated as to whether or not an MDR was required to be filed with FDA. Without the initial entry into the SUPER database, patient reports of chondrolysis are lost and not filed as MDRs. Without complaint files for reports of chondrolysis for an unapproved use, the information will not be available in the Stryker database if the facility were to be inspected by FDA.

360. When Dr. Charles Beck notified Stryker directly on August 11, 2005 of 13 patients with post shoulder surgery chondrolysis with Stryker pain pumps. Unlike Dr. Paulos', Dr. Andrew's and Dr. Savoie's patients with chondrolysis, at least some of Dr. Beck's patients (7) were entered into the Stryker's SUPER complaint database. Stryker's rationale for the difference in handling patient reports from Dr. Beck was that he "alleged" that Stryker Pain Pumps were involved with the adverse events of chondrolysis (N.Petty 2/20/08 p. 213, L. 1-6). However, as noted below, not even all of Dr. Beck's patient case reports were reported by Stryker to the FDA as MDRs.

361. At the time Dr. Beck's complaints should have been logged into the complaint database and investigated by Stryker, on August 30 through September 1, 2005, Stryker's Kalamazoo, MI offices were also inspected by FDA. The reason for the inspection was as a follow-up inspection of a Quality Systems Regulation inspection of August 2004 of the PainPump 2 had found violation of equipment calibration. The 2005 inspection was to examine that changes were made to correct the 2004 inspection item and to focus on the corrective and

preventive actions (CAPA), design control, human factors, software validation, complaints and MDRs. FDA, without a warrant, during an inspection receives access only to the files and facility areas that are acceptable to Stryker. Regarding the FDA's inspection of Stryker's complaints and MDRs the inspector wrote:

> Complaint trending for the past 12 months is shown in Exh 22. Examples of CAPA from complaint trending, were also discussed…In addition to complaint rending and internal review, the Regulatory Affairs Dept. generates a weekly report of MDRs and potential MDRs, for distribution to Mr. Hartman, those senor managers reporting to him, department managers, and QA Engineers. These are discussed in weekly management staff meeting.
>
> The firm uses an electronic complaint system called SUPER (Stryker Unified Product Experience Reporting)…A designated Regulatory Affairs person assigns an initial high, normal or low risk. Ms. Petty notes this is checked weekly in the system by herself or another designated RA person, to assure the appropriate classification. She said normal or low risk complaints are also checked by QA Engineer receiving the investigation assignment. Incoming complaints are screened for MDR or other vigilance reporting. Key words for Pain Pumps, that are supposed to be flagged as a potential MDR (pMDR) include: over-infused, exploded, popped, adverse patient reaction, tissue damage, cellulites, necrosis, infection, and catheter broke.
>
> The top 4 complaints reasons and cause codes for the Pain Pump 2 in 2006, and associated CAPA are as follows:
>
> - Inserting catheter backwards or luer lock tube set reversed (OT1)- 33 complaints
> - Warning sign or frozen screen (SF1)- 25 complaints…
> - Dimmed or low battery (SF2)-10 complaints…
> - Leaking or limited failure mode information (LK1)- 9 complaints
>
> The firm provided a summary of PainPump complaints from the past 12 months, shown in Exh 33. Exh 34 is a list of complaints submitted as MDRs submitted during the same period. Currently I reviewed the following 11 complaints files. Investigations appeared to be adequate, and no other complaint appeared to meet MDR criteria.

362. There is nothing in the FDA' Establishment Inspection Report (EIR) that indicated the FDA inspector was aware of the reports of chondrolysis by Dr. Beck. There is not a mention

of a complaint of condrolysis discussed in his review of 11 complaints or the 12 month summary provided by Stryker. By August 30, 2005, for a company in compliance with 21 CDR 820. 198, Dr. Beck's patient complaints for chondrolysis should have been logged into Stryker's complaint system as open complaint files being investigated as to reportability for filing of MDRs. Complaints of reports of chondrolysis with intraarticulur use following shoulder surgery in August 2005 could have provided the FDA's investigator with an opportunity to ask to obtain additional safety information about Stryker's pain pumps and its quality systems.

363. The MDRs filed by a firm are greatly influenced by a firm's internal standard operating procedures (SOP) for both complaint handling (21 C.F.R. 821.198) and then MDRs (21 C.F.R. 803), the level of training and understanding the individuals tasked with analyzing product reports (21 C.F.R. 820.25), and management's attitude about the role of Quality Systems. MDRs are also examined in terms of the company's market share when compared to competitor products and the likelihood that the company will receive reports of adverse events.

364. MDRs are entered into FDA's database from any source, both as voluntary and mandatory reports. Therefore, not all MDRs in FDA's database come from a company source. The FDA's database is a passive surveillance system, it cannot be used to determine the risk or incidence rate of a safety issue, but is used by FDA to look for trends and signals. The accuracy of the information in the MDR database is not verified by FDA, but as a required report from industry to a federal government agency, the report submitted is required to be accurate and not misleading.

365. The Brown (2004)[41] article was an example of information that can be derived from FDA's analysis of its MDR database. FDA periodically examines certain products in its database to look for safety trends to help protect the public.

366. The April 19, 2005 Jennifer Mars April 19, 2005 email to Dylan Crotty et al. subject "I-Flow MDRs.xls.", was sent after the Dr. Paulos February 2005 email (above) (underlining for emphasis):

> I have updated the MDR spreadsheet for I-Flow through Q1 of 2005. It is worthy to note that they filed 19 MDRs in three months. That is quite a bit, especially considering that we have only filed 2 MDRs for PainPump so far this year.
>
> They filed 49 MDRs in 2004 (STR 3588).

**ii. STRYKER DID NOT SEND OUT A DEAR DOCTOR LETTER WARNING ABOUT CHONDROLYSIS AND UNAPPROVED INTRA-ARTICULAR USE**

367. A Dear Doctor Letter was not sent out by Stryker as a result of the Dr. Paulos information about reports of chondrolysis or reports by other physicians. However, there had been internal discussions, according to Ms. Petty, to create a letter intended to send to customers who inquired about chondrolysis. The reason no Dear Doctor Letter was sent, according to Ms. Petty, was because:

> We didn't feel we had a strong enough scientific basis to be able to make an overall conclusion or correlation, but we did want to be able to respond when customers did inquire about it. (N. Petty 2/20/08 p. 182, L. 21-15)

[41] Brown S.L., Morrison AE *Local Anesthetic Infusion Pump Systems Adverse events Reported tit e Food and Drug Administration* Anesthesiology May 2004; Vol. 100(5): 1305-6

368. Ms. Petty also testified that in terms of changes to the label and discussion with individuals in regulatory, legal, quality and marketing:

> There had been discussions at Stryker about adding a caution statement in our instructions for use to reference the fact that there have been published animal invitro studies that suggested there may be a relationship between local anesthetics and chondrocyte toxicity (N. Petty, 2/20/08, p. 183, L. 1-12).

369. Ms. Petty, as a member of Stryker's Regulatory Affairs, had been involved in the initial PainPump Stryker 510(k)s. She was asked during her deposition if when the FDA told Stryker that they would not clear a synovial cavity indication, if she had wondered if that meant it might not be safe for that indication. She responded inaccurately:

> You know, we probably wondered about it, but honestly if the FDA felt very strongly that it was unsafe, they would have asked us to add a contraindication in our instructions for use, so it wouldn't be sued for that. (N.Petty, 2/20/08, p. 200 L. 10-15)

**STRYKER MAY COULD HAVE BEEN INFORMED ABOUT RISK OF CARTILAGE DAMAGE IN 2003**

370. Mr. Don Kelly was involved as first a sales representative and then later Sales Manager at Stryker for its PainPumps. He testified that he doesn't recall Stryker's sales force ever being informed that infusion directly into a joint had been refused by FDA (D. Kelly, 6/18/08 p. 18, l15-16).

371. Mr. Kelly did recall being informed that a customer had cartilage injury from a Pain Pump and that customer was Dr. Paulos, a Stryker consultant. He thought Dr. Paulos had first questioned him in 2003 and later 2005(above) about the potential impact of the PainPump on cartilage. According to what Mr. Kelly recalls, Dr. Paulos may have thought there was a possibility in 2003 for epinephrine to destroy cartilage in joints. (D.Kelly 6/18/08, p. 23-243-5).

Somehow Mr. Kelly recalls having become aware in 2003 of concerns about destruction of cartilage with the PainPump and already had an injury to a patient's joint. Yet, Mr. Kelly did not discuss his following up on any adverse event report from the field he may have received from a physicians about cartilage and filing of a complaint with Stryker. There was no additional follow-up on a report in 2003 by Stryker as required per 21 C.F.R. 820.198. Stryker management is responsible for the adequacy of the training of its personnel to be able recognize and follow-up on a complaint, including its sales representatives (21 C.F.R. 820.20) Mr. Kelly gave Dr. Paulos as a physician asking about a serious question about the performance of Stryker's product in a joint:

> You know, I shared with him my knowledge, which was, frankly, that I don't have an intimate knowledge or understanding of how medications impacts patients and, in this case, how epinephrine impacts cartilage. I do remember having that discussion. And I don't remember all the details and how it connects, but there was some dialogue that I had then ultimately with Dylan Crotty and/or Mike McGarity to see if they had any knowledge of where medication plays in the potential deterioration of cartilage.- in that 2003 to 2005 time frame.(D. Kelly 6/18/08 p. 24, L21-15).

372. In terms of the role of a Stryker sales representative, Mr. Kelly felt he needed to do further research to answer Dr. Paulos' question according to his February 16, 2005 email to Ronda Jones, Dr. Paulos' office manager or nurse. Mr. Kelly defined his research and the role of the sales representative at his deposition:

> We need to research this and get back with these doctors as it impacts patient care and our business. (D.Kelly, 6/18/08, p. 35, L6-8)

> You know, "research" is kind of a general term. My role as –as a sales rep really is to provide information to the surgeon where I can, and if there is any information that we could provide to the surgeon that would be insightful or helpful for them in making their decisions for patient care then that's kind of how I saw my role as a sales rep (D.Kelly, 6/18/08, p.35, L. 13-19)

373. Mr. Kelly testified that he was unaware of any research that had been done with the Stryker PainPump to ensure pump safety (D. Kelly 6/18/08, p. 36, L. 19). When he wrote that February 16, 2005 email (above) he was aware that the surgeons had concern, but he thought the concern was about the medication, the use of Marcaine with epinephrine. (D. Kelly 6/18/08 p. 37, L. 14-17).

374. In terms of pain pumps used by Dr. Charles Beck and Dr. Paulos, he was aware there was pain pump usage there and he was aware some of the pumps were Stryker's pain pumps (D.Kelly 6/18/08 p. 38, L. 22-24). N. Petty had asked in her email to Don Kelly and Jennifer Mars to obtain follow-up from Don Kelly to get information for the SUPER database regarding Dr. Paulos' and Dr. Beck's patients and if they were using Stryker pain pumps. He didn't recall anyone following up with him for him to go get additional information about whether Dr. Paulos and Dr. Beck were using Stryker pain pumps for the patients with cartilage injuries. (D. Kelly 6/18/08, p. 51-2, L. 21-3). Additionally, Vice President. Brady Shirley, Stryker Endoscopy had been warned by Dr. Paulos on three separate occasions about the risks of chondrolysis with PainPumps, knew Dr. Paulos he had a consulting agreement with Stryker Endoscopy since 1999 (B.Shirley 7/22/08 p. 27, L. 23). When he received the email, he felt that Dr. Paulos was warning because he wanted to do a study about drug impact on cartilage. (B.Shirley 7/22/08 p48 L. 7) Brady did not follow up on the email since he thought it was Stryker Instruments' responsibility (B.Shirley 7/22/08 p49 L. 3). He did relay the information on to Stryker Instruments. (B.Shirley 7/22/08 p56, L. 2) After the email, he later had a discussion with Dr. Paulos regarding his concerns about cartilage injuries and pain pumps. (B Shirley 7/22/08 p 50, L 20). He never had any reason to question the accuracy of the information Dr. Paulos was giving to him in the email (BShirley 7/22/08 p72, L. 15). Mr. Shirley testified that he

understood that Dr. Paulos was concerned about Stryker PainPumps since he would not have reached out to him about an issue unless it involved Stryker's products.(BShirley 7/22/08 p87, L. 9)

### iv. PUBLICATION OF DR. CHARLES BECK'S CHONDROLYSIS PAPER

375. On January 12, 2006 Jennifer Hoffman sent information by email to other members of Stryker about a possible publication by Dr. Beck about his patients with chondrolysis.

> I thought you probably thought you heard the end of this but I recently received a draft of Dr. Beck's paper he wrote on Post Arthroscopic Glenohumeral Chondrolysis. He requested I keep it confidential since it has not been published. He has, however submitted it to AAOS.
>
> He did mention that the pain pump catheters he used were from Stryker…
>
> Attached is a summary of his paper.
>
> I will be doing some further research on intra-articular catheter placement for a few different reasons. This is pointed out in his paper as a factor and also because of the many catheter breakages I have investigated recently. I am hearing more and more that the catheters are being placed this way. <u>This type of placement is not listed in our indications for use and seems to be the placement of choice with shoulder surgeries</u>(GR003581)

376. Ms. Hoffman testified that she had been unaware of Dr. Paulos' February 2005 email to Stryker until she became involved with litigation for the PainPump. She had not spoken with Jennifer Mars to see if she had contacted Dr. Paulos, Dr. Beck, Dr. Andrews or Dr. Savoie. She also understood that the cartilage injuries mentioned in the emails were not entered into Stryker's complaint systems and she has never tried to determine why they were not entered.(J. Hoffman, 6/27/08, p. 36-39 L 23-13) Ms. Hoffman, had worked up Dr. Beck's patient

complaints for filing with FDA in August 2005. She filed seven MDRs for Dr. Beck's 13 patients.(J.Hoffman 6/27/08 p.70, l. 10. However, she had not been told of the February letter with the Dr. Beck patient information (J Hoffman 6/27/08 p. 67 ,l. 7). Dr. Beck had initially told her he was upset that the Stryker sales representative had not told him what type of drug to use in the pump (J Hoffman 6/27/08 p. 63, l.7).

377. Ms. Hoffman, whose role at Stryker was to be involved with the drafting of labeling and modification of IFUs, upon reading the PainPump IFU, became aware that intra-articular placement was not described in the IFU. She was also aware that Dr. Beck in his paper had pointed to intra-articular placement as a risk factor for chondrolysis.

378. Ms. Hoffman, who is responsible for writing Stryker's IFUs and working up physician orthopedic complaints, testified that she did not know the difference between a synovial space and a joint but she knew they were different spaces because they are labeled in documents as different spaces and from her looking at human anatomy. This was also based on her own experience having heard surgeons say they are placing a catheter in a joint, an intra-articular joint, and also from hearing other complaint investigations and what surgeons have said. Discussions with regulatory science department have also come up, and the way it was explained to her is that they were different. (J. Hoffman, 6/27/08, p. 75-6 l. 20-24).

379. Kevin Thornal responded to Jennifer Hoffman's email on January 12, 2006 subject "Re: Chondrolysis-Dr. Beck from Utah:"

> …he is basically saying that it is the placement that is the issue not the pump. Is there any way we can influence him to add some comments to his abstract? For example, I would like to include that Stryker recommends that you limit or do not include eppy etc.(GR003579-0)

380. Scott Zufall responded back to Ms. Hoffman et al on January 17, 2006, failing to address that it is not Dr. Beck's responsibility, but Stryker's responsibility, to identify the root cause of chondrolysis with Stryker's PainPump (underlining for emphasis):

> I bet he won't do it. He'd indict himself for using epi with his patients against our recommendation.
>
> The best we could hope for is that it will fail peer review. It is a crappy article, so it might. Then again, I've seen worse go through (especially clinical articles)
>
> Alternatively, we might be able to ask him (as Kevin indicates below) to emphasize placement as a likely cause. I'm still guessing he'll say no.
>
> The problem is that he is implying the use of the pain pump caused the chondrolysis by not having determined root cause before attempting to publish. One of the hazards of living in an academic environment. (GR003578-9).

381. Ms Hoffman sent an email on January 19, 2006 to Dr. Beck regarding Stryker's thoughts about his draft paper. The comments sent back to Dr. Beck by Stryker:

> Thank you Dr. Beck for sharing this draft of your paper. I would like to make a few additional comments after reading through it. First, your paper basically suggests that possibly the placement of the catheter and/or the use of epinephrine and the anesthetic is the reason behind the chondrolysis, not necessarily the use of our pump. Is there any way to further state that? Also is there any way to add that the Stryker IFU recommends that you limit the amount of epi used?
>
> I just hope that people read this paper and take it as informative and educational about placement of catheters, medication infused, and all of the other factors that could contribute to chondrolysis, not the use of the Stryker PainPump.

382. Dr. Beck responded back to Ms Hoffman and Stryker on January 19, 2006 (underlining for emphasis):

> What Stryker document recommends epi limits and what are the limits? Why was a limit suggested: for cardiac reasons or because of local effects? When was it put in the insert? I was never aware of this while using the pumps. I did ask that the info about epi be put in your inserts a year ago when I realized the apparent danger.

I tried to be very very clear that the combination of volume, pressure, and medication were implicated, not a specific pump or manufacturer. However, I only used the Stryker pump (GR003582).

383. Regarding Dr. Beck's questions of Ms. Hoffman about the changes to the Stryker label regarding systemic effects of epinephrine and not intra-articular use and chondrolysis, Ms. Hoffman wrote to Dr. Beck on January 20, 2006:

Our IFU had a warning added in August 2002 to limit the amount of epinephrine used. We do not suggest what the limit is because we don't typically make recommendations on the medications used in our pumps. The warning was added because of both local effects (especially areas of limited blood supply) and also for patients with hypertensive vascular disease. (GR003582).

384. On May 23, 2006 Ms. Hoffman sent out an email to Kevin Thornal, et al:

I just found this on the internet regarding Dr. Charles Beck and his presentation on chondrolysis. This is why we are hearing about this again....(STR 2364; Zufall Ex 153)

385. Scott Zufall sent a follow up email to Nicole Petty on May 23, 2006:

Should we expect some FDA reaction to this type of thing (however poorly documented) hitting the peer review literature? (STR 2364; Zufall Ex 153)

386. Ms. Petty responded to Scott Zufall still on May 23, 2006:

I doubt they would come back to use. I believe they have already asked for information on the MDRs filed. I honestly don't know how closely they monitor journal articles. STR 1825; Zufall Ex 152)

387. Kevin Thornal responded to Ms. Hoffman's original email on May 23, 2006:

We need to see if the epi could be the culprit here. All along we have stated not to use epi. We need to come up with a response here, or should we have the producers of Marcaine send us a response? We are simply providing a device that sends any liquid from point A to point B. I would think the drug manufacturers would be best suited to help us answer these concerns? I am going to set up a meeting so we can all discuss how we should respond to these inquiries.(STR 1825; Zufall Ex 152)

388. Tom Keiper email of October 5, 2006 to Kevin Thornal titled "Marcaine Study"

Have you come across a study showing that marcaine has a negative effect on cartilage? One of my orthopods is holding off on site specific pp until he finds out more info.

389. Kevin Thornal forwarded the request on to Ms. Hoffman with the statement:

More of these comig(sic) in each day!(STR 2140 Zufall Exhibit 154).

390. On October 8, 2006, John Saunders, VP QA, RA and IS, email "Marcaine study" asked Rod and Steve "What are your thoughts?"

391. Steve Docsa replied back to John Saunders on October 9, 2006 RE "Marcaine Study":

> This is complicated because it is difficult to say if it's really bupivacaine causing the chondrolysis or it's some other factor(s). I spoke to Jim Curtis, PharmD, and Debbie Lloyd, MD, this past Friday, regarding this. With the available literature they don't believe it's the bupivacaine but they are not the audience to convince. I believe Rod has developed a response if any physicians would like to discuss their concerns.(STR 1859; Zufall Ex 155)

**v. STRYKER FILES ONLY SEVEN MDRS FOR CHONDROLYSIS**

392. In August 2005, Dr. Beck told Ms. Hoffman that he knew of 13 patients that had all received Marcaine .25% and epinephrine 1:200,000 in their pain pumps following either a Bankhart repair or a capsular shift surgery. All received a high flow pump set at 4.16 cc/hr. He stated that four of the patient had no further symptoms postoperatively, but 9 came in approximately 6 months postop with increased pain, loss of motion and weakness. He stated all were diagnosed with chondrolysis. Six of these patients had already received shoulder replacements, 2 had symptoms but have not had additional procedures and the other is recovering from a micro fracture procedure. (GR006586; Hoffman Ex 162)

393. Stryker filed 7 MDRs, the two patients with chondrolysis that did not have surgery were not filed by Stryker as MDRs despite reporting of serious injuries and requirements of 21 C.F.R. 803. Ms. Hoffman verified that the warning about epinephrine was added to the IFU August 1, 2002.

394. Stryker on October 19, 2005 responded to FDA's first request for additional information dated September 20, 2005. FDA's letter was in reference to MDR # 1811755-2005-00027. FDA had requested information about the frequency of this type of complaint. Stryker responded on October 19, 2005 by providing FDA with the following chart to show that chondrolysis was occurring at an acceptable rate.

> The following information details the frequency of this incident occurring in PainPump:

| **Year** | **# of PainPumps sold** | **# of Chondrolysis MDRs** | **Complaints per Million** |
|---|---|---|---|
| 2003 | 102,245 | 0 | 0 |
| 2004 | 117,290 | 0 | 0 |
| 2005 | 89,525 (Q1-Q3) | 7 | 78.19 |

> From the statistical data referenced above, we consider the CPM to be at an acceptable level.(GR001592-3; Hoffman Exhibit 163)

395. Stryker received a second request from FDA for additional information on September 22, 2005 now for MDRs, # 1811755-2005-00024. FDA had requested that Stryker provide:

> Any evaluation or information used by your firm to determine whether the event described in the medical device report is attributable to the device.
>
> All information, including any evaluation or analysis, from which your firm determined that the reported event has occurred, or is occurring with lesser or greater frequency or severity than is stated in the labeling for the device or; if there is not any pertinent statement in the labeling, than is usual for the device. State the expected and observed frequency and severity of the occurrence for this reported incidence with this device.

396. Stryker responded, but it did so once again without differentiating for Melissa Eakle, MDR, CDRH how many of Stryker's PainPumps were actually used for "unapproved"

intra-articular infusion versus how many total device were sold and used for a cleared indication. Ms. Eakle is involved in FDA postmarketing and not in pre-marketing. She typically would not have been engaged with premarket review of external infusion pumps, therefore, she would have relied on the truthfulness, accuracy and knowledge of Stryker about the reporting of chondrolysis.

397. Stryker did not inform Ms. Eakle and CDRH FDA there was no FDA approved local anesthetic, including Marcaine, intended for local infusion in a joint. Ms. Eakle and FDA were not told by Ms. Hoffman that she personally was aware of two other patients with chondrolysis from Dr. Beck that she had not filed as MDRs. Ms. Eakle and FDA were not told that others within Stryker were aware of reports of patients with chondrolysis for Dr. Andrew, Dr. Paulos and Dr. Savoie since February 2005 which were not been investigated by Stryker and were not entered into Stryker's complaint files or filed as MDRs. Stryker in November 2005 provided false and misleading information to FDA's MDR reviewer's request for additional information about chondrolysis:

> This request requires a response in three parts. The first being the information that we use in order to determine whether the events described in the medical report are or are not attributable to the device. Secondly, the information of this event compared with what is usual for this device, and thirdly, the expected and observed frequency and severity of this type of incident.
>
> The device was not returned for evaluation, therefore we could not determine whether chondrolysis is or is not attributable to the device. However, upon researching the etiology of chondrolysis, it was found that chondrolysis is more likely to be caused by one or more of the following[42]:
>
> - Mechanical injury of the joint surface by arthroscopic instruments
> - Nutritional abnormalities

[42] Perry MD, Damon H, et al. Glenohumeral Chondrolysis After Shoulder Surgery The American Journal of Sports Medicine, 2004: Vol.32, No. 2.

- Ablative thermal energy
- Patient age
- Patient pre-existing conditions
- Abnormal intrascapular pressure
- Use of bioabsorbable material

It was alleged by the physician that the combination of using epinephrine mixed with an anesthetic in the PainPump causes chondrolysis. This alleged condition led to shoulder replacement surgery or micro fracture surgery in 7 patients. The PainPump Instructions for Use includes a warning about the use of epinephrine in the anesthetic solution. In addition, the medication insert for Marcaine 0.5% with epinephrine 1:200,000 also lists a precaution: *The lowest dosage that gives effective anesthesia should be sued in order to avoid high plasma levels and serious systemic side effects. Injection of repeated doses of Marcaine may cause significant increase in blood levels with each additional dose, due t accumulation of the drug or its metabolites or due to slow metabolic degradation. Tolerance varies with the status of the patient.* Based on results of our literature search, there is no scientific research linking the use of epinephrine mixed with an anesthesia in an infusion pump to cause chondrolysis.

The following information details the frequency of this incident occurring in PainPump:

| Year | # of PainPumps sold | # of Chondrolysis MDRs | Complaints per Million |
|---|---|---|---|
| 2003 | 102,245 | 0 | 0 |
| 2004 | 117,290 | 0 | 0 |
| 2005 | 89,525 (Q1-Q3) | 7 | 78.19 |

From the statistical data referenced above, we consider the CPM to be at an acceptable level.

The severity of chondrolysis is that the patient may undergo another procedure (i.e. should replacement surgery or micro fracture surgery). If chondrolysis is left untreated, the patient may experience pain, loss or range of motion, weakness and also arthritis. There have been no other reported events of chondrolysis other than these 7 patients. In addition, there have been no

other reported adverse events from patients who have undergone an additional procedure.

A medical opinion was obtained from an orthopedic surgeon regarding this event. He concluded as well that it is not likely that our infusion pump caused or contributed to these patients developing chondrolysis. In addition, he stated that the use of epinephrine with an anesthetic is a widely used practice and this alone would not have caused chondrolysis.(GR001590-1; Hoffman Ex. 166)

### vi. STRYKER SAW CHONDROLYSIS AS A SALES ISSUE, NOT A SAFETY ISSUE

398. Curt Hartman wrote an email to Dylan Crotty and Kevin Thornal October 25, 2006:

> It looks like as fast as we pick up anesthesia/CPNB business we are losing site specific from PainPump1. Anything we should consider to regain traction in that market (STR 2302)

399. Kevin Thornal, Product Manager-Pain Management, responded to Curt Hartman and Dylan Crotty on October 25, 2006(underlining for emphasis):

> Thanks for noticing and asking what we should consider to turn the ship around. Below are a few factors, and what we are moving towards to make it better:
>
> 1) Factors
>
> a.Approx 85% of our site specific business comes/came from Ortho. As facilities and physicians search for better results, they are transitioning to CPNB, thus, there is a bit of cannibalization in these numbers. Pain relief is night and day with CPNB vs. site specific and will be standard of care in 2-4 years.
>
> b. <u>In ortho, there are a few fears that bathing the join itself with local anesthetics MAY cause something called Chondrolysis (disappearance of articular cartilage). There have been 2 clinical studies and 1 presenter on the subject this year that we know of. We have lost a number of our top users as they are awaiting the outcome of further research.</u> Our response to this? We have assembled a team of Rod Parker, Zufall, Pomper, Docsa, Nicole Petty, John Saunders, and Jennifer Hoffman to discuss our options for research. In addition, CPNB is a great alternative here, but it takes time to train anesthesiologists/facilities.