# Appendix III, Tab 3

**Deposition of Charles Beck, M.D., August 31, 2009**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CHRISTINA McCLELLAN, )
)
Plaintiff, )
v. ) Case No. 07-CV-1309-AA
)
I-FLOW CORPORATION, et al. )
)
Defendants. )
_____________________________)
)

GORDON J. ADDIS, )
) Case No. 07-CV-1318-AA
Plaintiff, )
v. )
) Deposition of:
McKINLEY MEDICAL, LLC, et al.)
) CHARLES L. BECK, JR., M.D.
Defendants. ) Volume 2
_____________________________)

August 31, 2009 * 8:07 a.m.

Location: Parsons Behle & Latimer

One Utah Center, 201 South Main Street, Suite 1800

Salt Lake City, Utah

Reporter: Susette M. Snider, CSR, RPR, CRR

Notary Public in and for the State of Utah

we've defined the presence or absence of the condition based on that.
Q. So if it was more than 20 percent loss, you would consider it chondrolysis, less than 20 percent, you would not?
A. And --
Q. First of all, is that right?
A. Yes.
Q. Okay. Go ahead. I didn't mean -- you were going to explain something.
A. Do you want me to explain?
Q. Yeah, if you -- sure.
A. Well, within the limits of the accuracy of the radiograph, we felt that 20 percent was a reasonable cutoff to define narrowing or not.
Q. Okay. All right. Let's look at the next exhibit, which I don't think we marked the first time. If we did, I apologize.
We'll mark as Exhibit 21 a copy of the article as published.
(EXHIBIT 21 WAS MARKED.)
Q. (By Mr. Campillo) Have you had a chance to look at Exhibit 21?
A. Yes, sir.
Q. And you're familiar with this exhibit,



right?
A. Yes.
Q. First of all, under "Study Design" it says, "Case series, Level of evidence, 4."
Who put -- who made that determination about this paper or this study?
A. The editors of the journal.
Q. What does "Level 4" mean to you?
A. It means it is clinical evidence, it is not any type of prospective matched series or any kind of attempt to make a statement under certain criteria. It's basically a clinical series paper, and that's where it fits into the level of evidence. 4 is not as good as a 2 in terms of strength of evidence.
Q. All right. When the editors or the folks from the American Journal of Sports Medicine told you that they were going to describe this paper as having a study design of Level 4 as a case series, did you have any disagreement or quarrel with their designation?
A. You know, I don't recall if they even told me, but I have no quarrel with it. It is what it is.
Q. All right. Now, in terms of the overall



study design, Doctor, from your report I gather that you had come across a number of cases of chondrolysis in a number of your patients and that you formulated a hypothesis about etiology of those cases, and then thereafter you commenced your actual study of the files of your population of patients for a given time frame.
Is that the right sequence?
A. More or less.
Q. What's not accurate about that, if anything?
A. I don't have anything to point out that's inaccurate at this point.
Q. Now, when you started looking at the files of your patient population during the period of the study, did you include the cases you already knew about? Cases of chondrolysis that you had diagnosed as chondrolysis as to which you suspected an etiology, are those included in the cases that were described as part of the study?
A. I believe that they all are. There might be one or two exceptions, but as far as I recall, they all were included.
Q. Okay. So the cases of chondrolysis that are discussed as part of the study were not new cases



of chondrolysis that you discovered during the study, but they were cases of chondrolysis that included those that you had already diagnosed and as to which you had at least suspicions and theories as to their cause, correct?
A. That's correct.
Q. And I think, in fact, in your report -- well, maybe it's in the paper.
If you'd look -- just to make sure we're all on the same page, if you look at the second page of the published article, the second full paragraph on page 2, it says,
"After finding a suspected common etiologic factor from these 10 patients (12 shoulders), we reviewed the records of all 152 patients (177 shoulders) who underwent arthroscopic surgery..."
Right?
A. Yes.
Q. So all of the cases, 10 patients, 12 shoulders, that are discussed in Exhibit 21, were cases that you had already diagnosed with the condition and as to which you had a suspected common etiologic factor prior to your formal review of all the charts, correct?