**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1: 08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

vs.

DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.;
I-FLOW CORPORATION

Defendants.

---

**DEFENDANT DJO, INCORPORATED'S JOINDER TO DEFENDANT I-FLOW'S SUPPLEMENTAL BRIEF IN SUPPORT OF FED. R. EVID. 702 CHALLENGE AS TO PLAINTIFF'S EXPERTS**

---

Defendant DJO, Incorporated (DJO), by and through counsel, Morris Polich & Purdy LLP and Godfrey & Lapuyade, P.C., hereby joins and adopts in its entirety and incorporates herein by this reference, defendant I-Flow's Supplemental Brief in Support of Federal Rules of Evidence, Rule 702 Challenge as to Plaintiffs experts, Dr. Charles Beck, Dr. Frederick Matsen, Dr. Sander Greenland, Dr. Martin T. Wells, Dr. Jason Dragoo, Dr. Stephen F. Badylak and Dr. Armando F. Vidal.

DJO's Joinder to defendant I-Flow's Supplemental Brief in Support of Federal Rules of Evidence, Rule 702 Challenge as to Plaintiffs experts is appropriate and will conserve judicial resources because the law and facts set forth in I-Flow's Supplemental Brief apply equally to DJO and DJO seeks the same relief that is requested therein.

Respectfully submitted this 7th day of July, 2010.

s/ James A. Johnson
James A. Johnson
*Attorneys for DJO, Incorporated, f/k/a DJ Orthopedics, Inc.*
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
E-mail: johnson@godlap.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

D. Robert Jones
D. Robert Jones, P.C.
219 West Colorado Avenue, Suite 210
Colorado Springs, Colorado 80903
jones@drjpc.com
*Counsel for Plaintiff*

Thomas B. Powers
Leslie W. O'Leary
Michael L. Williams
Heather A. Brann
Williams Love O'Leary & Powers, P.C.
9755 SW Barnes Road, Suite 450
Portland, Oregon 97225-6681
mwilliams@wdolaw.com
loleary@wdolaw.com
tpowers@wdolaw.com
hbrann@wdolaw.com
*Counsel for Plaintiff*

Laura B. Kalur
Kalur Law Office
9755 SW Barnes Road, Suite 450
Portland, Oregon 97225-6681
lbkalur@kalurlaw.com
*Co-Counsel for Plaintiff*

Ernest Franklin Woodson
Beasley Allen Crow Methvin Portis & Miles
P. O. Box 4160
Montgomery, Alabama 36103-4160
frank.woodson@beasleyallen.com
*Co-Counsel for Plaintiff*

Jeffrey R. Pilkington
Jordan L. Lipp
Davis Graham & Stubbs, LLP-Denver
1550 17th Street, Suite 500
Denver, Colorado 80202
jeff.pilkington@dgslaw.com
jordan.lipp@dgslaw.com
*Counsel for I-Flow Corporation*

Erin Graham
Segal McCambridge Singer & Mahoney Ltd.
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
egraham@smsm.com
*Counsel for –Flow Corporation*

Roger G. Perkins
Sara T. Miller
Morris Polich & Purdy LLP
501 West Broadway, Suite 500
San Diego, CA 92101-3544
*Co-Counsel for DJO, Inc.*

s/ James A. Johnson
James A. Johnson
*Attorneys for DJO, Incorporated, f/k/a*
*DJ Orthopedics, Inc.*
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
E-mail: johnson@godlap.com