IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc.;
REABLE THERAPEUTICS, LLC; and
I-FLOW CORPORATION;

Defendants.

---

**DECLARATION OF LESLIE W. O'LEARY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT I-FLOW'S MOTION TO EXCLUDE EXPERT OPINION ON GENERAL CAUSATION**

---

I, Leslie W. O'Leary, under penalty of perjury do hereby declare that the following facts are true, to my personal knowledge.

1. I am one of the attorneys representing the plaintiff in the above-referenced matter and I submit this declaration in support of Plaintiff's Opposition to Defendant I-Flow's Motion to Exclude Expert Opinion on General Causation.

2. Attached as Exhibit 01 is a true and correct copy of J. Levy, et al., *Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty*, J. SHOULDER ELBOW SURG. (2008).

3. Attached as Exhibit 02 is a true and correct copy of K. Tamai, et al., *Chondrolysis of the shoulder following a "color test" – assisted rotator cuff repair – a report of 2 cases*, 68(4) ACTA ORTHOP. SCAND. 401-02 (1997).

4. Attached as Exhibit 03 is a true and correct copy of Y. Nakagawa, et al., *Glenohumeral Osteoarthritis Following A "Color Test" during Rotator Cuff Repair*, 57 BULL. HOSP. FOR JOINT DISEASES 216-18 (1998).

5. Attached as Exhibit 04 is a true and correct copy of Y. Shibata, et al., *Chondrolysis of the glenohumeral joint following a color test using gentian violet*, 25 INT'L ORTHOPEDICS 401-03 (2001).

6. Attached as Exhibit 05 is a true and correct copy of C. Douw, et al., *Clinical and pathological changes in the knee after accidental chlorhexidine irrigation during arthroscopy*, 80 J. BONE JOINT SURG. (B) 437-40 (1998)

7. Attached as Exhibit 06 is a true and correct copy of A. *van Huyssteen, and D. Bracey*, Chlorhexidine and chondrolysis in the knee. 81 J. BONE JOINT SURG. (B) 995-96 (1999)

8. Attached as Exhibit 07 is a true and correct copy of A. Reading, *Chlorhexidine and chondrolysis in the knee(Letter)*, 82 J. BONE JOINT SURG. (B) 620 (2000).

9. Attached as Exhibit 08 is a true and correct copy of A. Reading et al., *Quantitative Assessment of the Effect Of 0.05% Chlorhexidine in Rat Articular Cartilage Metabolism In Vitro and In Vivo*, 18 J. ORTHOPAEDIC RES. 762-67 (2000).

10. Attached as Exhibit 09 is a true and correct copy of R. B. Edwards, et al., *Thermal Chondroplasty of Chondromalacic Human Cartilage: An Ex Vivo Comparison of Bipolar and Monopolar Radiofrequency Devices*, 30(1) AM. J. SPORTS MED. 90-97 (2002).

11. Attached as Exhibit 10 is a true and correct copy of C. Hogan and D. Diduch, *Progressive Articular Cartilage Loss Following Radiofrequency Treatment of a Partial-Thickness Lesion*, 17(6) ARTHROSCOPY E24 (2001).

12. Attached as Exhibit 11 is a true and correct copy of Y. Lu, et al., *Thermal Chondroplasty With Radiofrequency Energy: An In Vitro Comparison of Bipolar and Monopolar Radiofrequency Devices*, 29(1) AM. J. SPORTS MED. 42-49 (2001).

13. Attached as Exhibit 12 is a true and correct copy of W. Levine, et al., *Chondrolysis Following Arthroscopic Thermal Capsulorrhaphy to Treat Shoulder Instability: A Report of Two Cases.* 87 J. BONE JOINT SURG. AM. 616-621 (2005).

14. Attached as Exhibit 13 is a true and correct copy of D. Petty, et al., *Glenohumeral Chondrolysis After Shoulder Arthroscopy: Case Reports and Review of the Literature,* 32 AM. J. SPORTS. MED. 509-515 (2004).

15. Attached as Exhibit 14 is a true and correct copy of K. Wong, and G. Williams, *Complications of Thermal Capsulorrhaphy of the Shoulder,* 83-A Supp. 2 Part 2 J. BONE JOINT SURG. 151-155 (2001).

16. Attached as Exhibit 15 is a true and correct copy of A. Miniaci, and M. Codsi, *Thermal Capsulorrhaphy for the Treatment of Shoulder Instability*, 34(8) AM. J. SPORTS MED. 1356-63, 1362 (Aug. 2006).

17. Attached as Exhibit 16 is a true and correct copy of G. Athwal et al., *Osteolysis and Arthropathy of The Shoulder After Use of Bioabsorbable Knotless Suture Anchors,* 88-A(8) J. BONE & JOINT SURG. 1840-45 (Aug. 2006).

18. Attached as Exhibit 17 is a true and correct copy of P. Clavert and J. Warner, *Panacryl Synovitis: Fact or Fiction?* 21 ARTHROSCOPY 200-03 (2005).

19. Attached as Exhibit 18 is a true and correct copy of the *Report of Charles Beck, M.D. Regarding Gordan Addis* dated May 27, 2009.

20. Attached as Exhibit 19 is a true and correct copy of B. P. Hansen, et al., *Podium Presentations,* AM. ACADEMY ORTHOPAEDIC SURGEONS (March 23. 2006).

21. Attached as Exhibit 20 is a true and correct copy of B. P. Hansen, et al., *Postarthroscopic Glenohumeral Chondrolysis,* AM. J. SPORTS MED. (July 2007) Epub ahead of print.

22. Attached as Exhibit 21 is a true and correct copy of C. Chu, et al., *In Vitro Exposure to 0.5% Bupivacaine is Cytotoxic to Bovine Articular Chondrocytes*, 22 ARTHROSCOPY 693-99 (Jul. 2006).

23. Attached as Exhibit 22 is a true and correct copy of A. Gomoll, et al., *Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experiemental Model Investigating Chondrotoxicity in the Rabbit Shoulder*, 22:8 ARTHROSCOPY 813-19 (Aug. 2006).

24. Attached as Exhibit 23 is a true and correct copy of J. Karpie and C. Chu, *Lidocaine Exhibits Dose- and Time- Dependent Cytotoxic Effects on Bovine Articular Chondrocytes In Vitro*, 10 AM. J. SPORTS MED. 1-6 (Jul. 2007).

25. Attached as Exhibit 24 is a true and correct copy of I. Lo, et al., *Local anaesthetics induce chondrocyte death in bovine articular cartilage*, 7^5th Annual Meeting Podium Presentations AAOS (Mar. 5, 2008).

26. Attached as Exhibit 25 is a true and correct copy of M. Yeger-McKeever, et al., *Low Doses of Bupivacaine Are Cytotoxic to Articular Cartilage In Vitro*, 7th Annual Meeting AAOS (Mar. 5, 2008).

27. Attached as Exhibit 26 is a true and correct copy of S. Piper and H. Kim, *Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes*, 90:5 J. BONE JOINT SURG. Am. 986-91 (May 2008).

28. Attached as Exhibit 27 is a true and correct copy of J. Dragoo, et al., *The Effect of Local Anesthetics Administered Via Pain Pump on Chondrocyte Viability*, 36:8 AM. J. SPORTS MED. 1484-88 (Jun. 1, 2008).

29. Attached as Exhibit 28 is a true and correct copy of P. Greis, et al., *Bilateral Shoulder Chondrolysis Following Arthroscopy. A Report of Two Cases*, 90 J. BONE JOINT SURG. AM. 1338-1344 (2008).

30. Attached as Exhibit 29 is a true and correct copy of S. Anderson, et al., *Chondrolysis of the Glenohumeral Joint*, J ARTHROSCOPY SUPP e13 (2008).

31. Attached as Exhibit 30 is a true and correct copy of A. McNickle, et al., *Postsurgical Glenohumeral Arthritis in Young Adults*, AM. J. SPORTS MED. (Jun. 9, 2009).

32. Attached as Exhibit 31 is a true and correct copy of M. Saltzman et al., *Postsurgical Chondrolysis of the Shoulder*, 32 ORTHOPEDICS 215 (2009).

33. Attached as Exhibit 32 is a true and correct copy of C. Chu, et al., *The in vitro effects of bupivacaine on articular chondrocytes*, 90-B:6 J. BONE & JOINT SURG. (BR) 814-20 (2008).

34. Attached as Exhibit 33 is a true and correct copy of S. Webb and S. Ghosh, *Further opinion: The in vitro effects of bupivacaine on articular chondrocytes,* J. BONE JOINT SURG. (B) (2008).

35. Attached as Exhibit 34 is a true and correct copy of E. Fester and F. Noyes, *Postoperative Chondrolysis of the Knee: 3 Case Reports and a Review of the Literature*, AM. J. SPORTS MED. (Jun 17, 2009) (Epub ahead of print).

36. Attached as Exhibit 35 is a true and correct copy of B. Busfield and D. Romero, *Current Concepts: Pain Pump Use After Shoulder Arthroscopy As a Cause of Glenohumeral Chondrolysis*, 25(6) J. ARTHROSCOPIC RELATED SURG. 647-652 (Jun. 2009).

37. Attached as Exhibit 36 is a true and correct copy of R.J. Baillieul, *The peri-operative use of intra-articular local anesthetics: A review*, 60 ACTA ANAESTH BELG 101-08 (2009).

38. Attached as Exhibit 37 is a true and correct copy of J. Rapley et al., *Glenohumeral chondrolysis after shoulder arthroscopy associated with continuous bupivacaine infusion*, 25:12 ARTHROSCOPY: J ARTHROSCOPIC AND RELATED SURG. 1367-73 (Dec. 2009).

39. Attached as Exhibit 38 is a true and correct copy of A. WEI AND L. GALATZ, THE SHOULDER, VOL. 2, *CH. 19, COMPLICATIONS OF SHOULDER ARTHROSCOPY* 918 (C. A. Rockwood, et al. eds., Saunders Elsevier 4th ed 2009).

40. Attached as Exhibit 39 is a true and correct copy of S. L. Anderson et al., *Chondrolysis of the Glenohumeral Joint After Infusion of Bupivacine Through an Intra-articular Pain Pump Catheter: A Report of 18 Cases*, 26(4) ARTHROSCOPY 451 (Apr. 2010).

41. Attached as Exhibit 40 is a true and correct copy of D. Jackson, *Intra-articular injections of local anesthetics: How much is too much?* 28:5 ORTHOPEDICS TODAY (2008).

42. Attached as Exhibit 41 is a true and correct copy of SAMUEL M. SCHEINER, THE NATURE OF SCIENTIFIC EVIDENCE - STATISTICAL, PHILOSOPHICAL, AND EMPIRICAL CONSIDERATIONS 51, *Ch. 3,Experiments, Observations, and Other Kinds of Evidence,* (M. L. Taper and S. R. Lele ed., U. Chi. Press 2004).

43. Attached as Exhibit 42 is a true and correct copy of J. Kassirer and Joe S. Cecil, *Inconsistency in Evidentiary Standards for Medical Testimony*, 288:11 J. AM. MED. ASSOC. 1382 (Sept. 18, 2002).

44. Attached as Exhibit 43 is a true and correct copy of Martin T. Wells' deposition transcript of February 22, 2010, pages 345-348, 596-597, 626-627, and 649.

45. Attached as Exhibit 44 is a true and correct copy of Benjamin R. Coobs and Robert F. LaPrade, *A Case Report & Literature Review - Severe Chondrolysis of the Glenohumeral Joint After Shoulder Thermal Capsulorrhaphy*, 38(2) AM. J. ORTHOPEDICS E34 - E37 (Feb. 2009).

46. Attached as Exhibit 45 is a true and correct copy of David S. Bailie, M.D.'s September 25, 2009 deposition transcript, pages 1, 22-23, 39-40, 161-162, and 297.

47. Attached as Exhibit 46 is a true and correct copy of David Weinstein, M.D.'s May 11, 2009 deposition transcript, pages 1, 138, 156-157.

48. Attached as Exhibit 47 is a true and correct copy of *Paugh et al. v. I-Flow Corp.*, CIV. 32D02-0802-CT-9 (Hendricks Cnty. Ind. Super. Ct. No. 2, Apr. 9, 2010).

49. Attached as Exhibit 48 is a true and correct copy of Stephen Badylak, DVM, MD, PhD's July 13, 2009 deposition transcript, pages 1-3, 135-136, 153-154, 157-162, 168, and 243.

50. Attached as Exhibit 49 is a true and correct copy of the FDA's Bulletin *Information for Healthcare Professionals – Chondrolysis Reported with Continuously Infused Local Anesthetics (marketed as bupivacaine, chlorprocaine, lidocaine, mepivacaine, procaine and ropivacaine)* of November 13, 2009.

51. Attached as Exhibit 50 is a true and correct copy of Oxford Center for Evidence Based Medicine *Levels of Evidence (March 2009)*.

52. Attached as Exhibit 51 is a true and correct copy of Charles Beck, MD's deposition transcript of August 31, 2009, pages 259, 449-450, 499, and 609.

53. Attached as Exhibit 52 is a true and correct copy of Samer Hasan, et al., *Letter to the Editor*, XX:X AM. J. SPORTS MED. (2010).

54. Attached as Exhibit 53 is a true and correct copy of K. ROTHMAN AND S. GREENLAND, *Ch. 7, Cohort Studies*, 100 in MODERN EPIDEMIOLOGY 3D ED., (K. Rothman, S. Greenland & T. Lash, eds., Lippincott Williams & Wilkins 2008).

55. Attached as Exhibit 54 is a true and correct copy of Sander Greenland, M.A., M.S., Dr.P.H., C.Stat.'s *Report to Michael Williams, Esq. Re Shoulder Chondrolysis Causation* dated August 24, 2009.

56. Attached as Exhibit 55 is a true and correct copy of Charles L. Beck, Jr., et al., *Authors' Response* to Letter to the Editor, XX:X AM. J. SPORTS MED. (2010).

57. Attached as Exhibit 56 is a true and correct copy of Martin T. Well's, Ph.D.'s *Declaration of Martin T. Wells PH.D.*, dated August 24, 2009.

58. Attached as Exhibit 57 is a true and correct copy of Jay. H. Rapley, M.D., et al., *Authors' Reply* to Letter to Editor, 26:4 ARTHROSCOPY: J. ARTHROSCOPIC AND RELATED SURG. 439-443 (April 2010).

59. Attached as Exhibit 58 is a true and correct copy of Sander Greenland, Ph.D.'s February 24, 2010 (Vol. II) deposition transcript, pages 336-339, 490-491, 502-503, 515, and 526.

60. Attached as Exhibit 59 is a true and correct copy of Charles Leonard Beck, Jr., MD's testimony of March 2, 2009 in *Grossnickle v. Stryker Corporation, et al.*, Circuit Ct. of Oregon, Multnomah County Case No. 0703-02834, pages 1016-1017, 1020, 1107-1108, and 1118.

61. Attached as Exhibit 60 is a true and correct copy of Christian F. Christiansen, et al., *Incidence and risk of Chondrolysis in Denmark: A nationwide population-based study*, 2 CLINICAL EPIDEMIOLOGY 85-89 (MAY 8, 2010).

62. Attached as Exhibit 61 is a true and correct copy of Michael T. Bogatch, et al, *Is Chemical Incompatibility Responsbile for Chondrocyte Death Introduced by Local Anesthetics?* 38:3 AM. J. SPORTS MED. 520-526 (2010).

63. Attached as Exhibit 62 is a true and correct copy of Valentina Grishko et al., *Apoptosis and Mitochondrial Dysfunction in Human Chondrocytes Following Exposure to Lidocaine, Bupivacaine, and Ropivacaine*, 92-A:3 J. BONE & JOINT SURG. 609, 617 (Mar. 2010).

64. Attached as Exhibit 63 is a true and correct copy of Wayne Z. Burkhead, Jr., MD's Report of August 26, 2009.

65. Attached as Exhibit 64 is a true and correct copy of Wayne Z. Burkhead, Jr., MD's August 31, 2009 deposition transcript, pages 1, 35-36, 70-71, 144-146, and 188.

66. Attached as Exhibit 65 is a true and correct copy of Stephen F. Badylak, DVM, MD, PhD's May 31, 2009 *Expert Report.*

67. Attached as Exhibit 66 is a true and correct copy of *Report of Armando F. Vidal, MD – Stacey A. Hansen.*

68. Attached as Exhibit 67 is a true and correct copy of Armando F. Vidal, MD's July 8, 2009 deposition transcript, pages 1-5, 40-44, 49-50, 65-67, 92-93, 130-131, 155-156, 171-173, 319-320, and 332.

69. Attached as Exhibit 68 is a true and correct copy of trial testimony of Frederick Matsen, M.D. in *Grossnickle, et al. v. Stryker Corporation, et al.*, Circuit Court of Oregon, Multnomah County Case No. 0703-02834, pages 1587-1588, 1589, 1591, 1615, 1635-1641, 1709-1714, 1727-1728, and 1834.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2010.

Respectfully submitted,

By: /s/ Leslie W. O'Leary

Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 295-2924
Facsimile: (503) 295-3720

Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 28th day of July, 2010, according to this Court's provision for service on the following:

Jeffrey R. Pilkington, Esq.
jeff.Pilkington@dgslaw.com
Jordan Lipp, Esq.
Jordan.lipp@dgslaw.com
Davis Graham & Stubbs LLP
1550 – 17th Street, Suite 500
Denver, CO 80202

Chad J. Layton, Esq.
clayton@smsm.com
Erin N. Graham, Esq.
egraham@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Sears Tower, #5500
Chicago, IL 60606-6306

*Attorneys for I-Flow Corporation*

Brett Marshall Godfrey, Esq.
godfrey@godlap.com
James A. Johnson
johnson@godlap.com
Godfrey & Lapuyade, PC
9557 S. Kingston Court
Englewood, CO 80112

Marilyn Nuir Jager, Esq.
mjager@mpplaw.com
Morris Polich & Purdy LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017

*Attorneys for DJO, Incorporated f/k/a DJ Orthopedics, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

/s/ Leslie W. O'Leary
Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com

cc: Co-counsel