# EXHIBIT 10

Case Report

# Progressive Articular Cartilage Loss Following Radiofrequency Treatment of a Partial-Thickness Lesion

Christopher J. Hogan, M.D., and David R. Diduch, M.D.

**Abstract:** Arthroscopic debridement of partial-thickness articular cartilage lesions is a common orthopaedic procedure. Radiofrequency treatment has rapidly gained clinical acceptance despite the lack of prospective studies involving second-look arthroscopy to determine long-term sequelae. We report a case in which a partial-thickness lesion that had been treated with radiofrequency ablation showed progressive thinning of the articular surface. **Key Words:** Articular cartilage—Radiofrequency—Thermal energy.

Partial-thickness articular cartilage defects show little intrinsic capacity for healing and tend to enlarge through progressive fragmentation and delamination of the joint surface. The combination of rough articulating surfaces and loose fragments produces the clinical picture of inflammation, pain, and mechanical symptoms. One of the more recently developed tools used to treat this problem is the radiofrequency probe, which has shown great promise in animal[1] and human cadaver[2] models for smoothing chondral defects while minimizing the degree of immediate injury to underlying chondrocytes. To our knowledge, however, the long-term effects of this intervention on the function and survival of the remaining articular cartilage in humans have not yet been reported. We report a case of progressive articular cartilage loss noted on repeat arthroscopy in a patient with a partial-thickness lesion that had been debrided with the radiofrequency probe.

*From the Department of Orthopaedic Surgery, University of Virginia Health Sciences Center, Charlottesville, Virginia, U.S.A.*

*Address correspondence and reprint requests to David R. Diduch, M.D., Department of Orthopaedic Surgery, University of Virginia Health Sciences Center, Box 800159, 400 Ray C. Hunt Dr, Charlottesville, VA 22903, U.S.A. E-mail drd5c@virginia.edu*

*© 2001 by the Arthroscopy Association of North America*

*1526-3231/01/1706-$35.00/0*
*doi:10.1053/jars.2001.21254*

## CASE REPORT

A 32-year-old woman sustained a direct anterior blow from the dashboard to her flexed right knee in a motor vehicle accident in September 1997. Although initial radiographs showed no evidence of joint pathology, she complained of medial pain and clicking with activity. On physical examination, there was patellofemoral and medial joint line tenderness, a small effusion, and moderate patellofemoral crepitus at 45° of flexion. There was no ligamentous instability. Her Q angle measured 19°, she had 2 cm of quadriceps atrophy, and her patellar excursion was mildly decreased with a tendency to track laterally. Magnetic resonance imaging 3 months after her injury showed only intrasubstance signal change in the posterior medial meniscus without definite tear. There was no evidence of osteochondritis dissecans or other chondral injury. She was given a diagnosis of patellofemoral pain syndrome compounded by quadriceps atrophy. She was referred to physical therapy for nonimpact, closed-chain quadriceps strengthening followed by a home program. Her quadriceps atrophy slowly improved but her symptoms were unchanged, and she was offered the option of surgery for continued medial pain, catching, and mild recurrent knee effusions.

Arthroscopy was performed 14 months after the

Case No. 1:08-cv-00365-MSK-CBS Document 251-10 filed 07/28/10 USDC Colorado pg 3 of 5





**Figure 1.** Superficial, partial-thickness medial femoral condyle lesion before treatment



**Figure 2.** Lesion immediately after treatment with radiofrequency probe

initial injury. An 8-mm region of very superficial fibrillation (grade 3 chondromalacia according to the modified Outerbridge classification) was noted on the medial femoral condyle, and a similar area of softening (grade 1) was noted on the central-medial patella. The lesions appeared to articulate at about 70° of knee flexion consistent with a traumatic cause. The femoral lesion was treated with the ArthroCare bipolar radiofrequency probe (ArthroCare, Sunnyvale, CA) set at the lowest power (setting 1). The wand was gently brushed over the affected area with only momentary, if any, contact with the articular surface. Figures 1 and 2 show this area before and after treatment. This chondroplasty effectively smoothed the superficial frayed articular surface and restored a flush contour that was firm and without defect when probed. No other joint pathology was found.

After surgery, her symptoms improved temporarily, but she had developed recurrent anterior knee pain by 6 months postoperatively. Her physical examination showed significant quadriceps atrophy, lateral patellar tracking, a reproducible catch in midflexion, and exquisite patellofemoral tenderness. Radiographs remained normal. When her symptoms did not respond to a patellar tracking brace, nonsteroidal anti-inflammatory drugs, an intra-articular steroid injection, and additional physical therapy, she underwent a Fulkerson osteotomy (anteromedialization of the tibial tubercle) 1 year after her previous arthroscopy and 26 months after the initial injury.

An arthroscopic evaluation performed in conjunction with this procedure found that the treated area of the medial femoral condyle was markedly recessed (Fig 3). The edges of the defect were stable, but the center was quite thin, suggesting that progressive articular cartilage loss had occurred. This scalloped appearance was notably different from that at the conclusion of the arthroscopy 11 months before (Fig 2).



**Figure 3.** Treated area of medial femoral condyle showing progressive articular cartilage loss 12 months after initial treatment with the radiofrequency probe

## DISCUSSION

The treatment of articular cartilage defects in the knee continues to evolve, since injured hyaline cartilage has a notoriously poor capacity for healing. The benefits of arthroscopic debridement of partial-thickness cartilage lesions are 2-fold. Removing unstable chondral flaps and loose debris decreases mechanical irritation and the extensive joint lavage changes the chemical composition of the synovial fluid.[3-5] Despite the commonplace use of arthroscopic debridement, the optimal method for contouring the joint surface has not yet been determined. Debridement with hand tools such as scalpels or mechanical shavers has been shown to leave macroscopic irregularities in the articular surface, leading to the search for alternatives that would cause less damage to the surrounding tissue.[1,2,6] Laser chondroplasty results in smoother chondral surfaces and patients who undergo this procedure report less postoperative pain than those who undergo mechanical debridement. However, the thermal energy imparted to the cartilage during laser debridement has been shown to kill chondrocytes and decrease the collagen synthesis of surviving cells in the untreated cartilage immediately adjacent to the defect.[7] The degree of injury has been shown to be directly proportional to the amount of energy delivered to the tissue, increasing with the number of pulses, the rate of laser pulsation, and the ablation depth.[6] In extreme cases, this energy transfer has been shown to lead to avascular necrosis of the underlying condyle, several centimeters deep to the treated articular surface.[8]

In an effort to avoid these complications and the high financial costs associated with lasers, bipolar radiofrequency ablation probes have recently been developed to treat partial-thickness lesions. Turner et al.[1] demonstrated in a sheep model that this technique could generate a smoother residual articular surface than mechanical debridement with a rotary shaver. Histologically, the debrided surface appeared to have sustained minimal injury to adjacent chondrocytes up to 24 weeks following the procedure. From this study, they concluded that radiofrequency ablation of the diseased cartilage may be superior to laser or mechanical debridement for addressing partial-thickness cartilage defects. However, a major shortcoming of this study is that the cartilage defects did not represent degenerative chondromalacia changes. Instead, the investigators created a fracture in healthy cartilage and used this to simulate the changes seen with grade 2 and grade 3 chondromalacia.

To address this concern, Kaplan et al.[2] evaluated the effects of radiofrequency ablation on freshly acquired human knee cartilage from patients undergoing total knee arthroplasty. Their study subjected normal cartilage and cartilage with grade 2 and grade 3 chondromalacia to radiofrequency debridement and histologic examination immediately after the procedure. Although tissue ablation and a scalloped surface were noted, they discovered no increased incidence of chondrocyte death in the adjacent areas after the debridement. They concluded that the probe did not cause any significant injury to the surrounding tissue. However, they also recognized that their study examined the changes at time zero and they stressed the need for additional evaluation of this technique to determine if long-term chondrocyte survival and function is affected.

Our experience cautions that there may be long-term consequences of radiofrequency ablation that are not apparent on immediate histologic evaluation. Evaluation at time zero detects the presence of chondrocytes, but it cannot determine if the viability or metabolism of the cells is affected. It is possible that the thermal energy of the radiofrequency probe results in premature chondrocyte death or impaired cell function, side effects that would result in a gradual progressive loss of matrix that could only be appreciated over time.

In the case presented here, there was no intra-articular pathology other than the partial-thickness fibrillations of the medial femoral condyle and the reciprocal changes on the patella. After initial debridement, the articular surface appeared to be smooth, flush, and without any residual defect. Second-look arthroscopy 1 year later revealed a scalloped cavity in the treated region with appreciable thinning of the articular surface in the center of the defect. This suggests that injury to the chondrocytes had occurred, leading to a depression in the articulating surface over time. Had the loss of matrix been instead caused by the initial traumatic injury alone, one would have suspected that the cartilage loss would have been evident at the first arthroscopy, as that was already over a year from initial injury.

A recent study by Lu et al.[9] using partial-thickness defects in a sheep model came to the same conclusions. A zone of chondrocyte death was seen immediately after monopolar radiofrequency treatment while the surface remained smooth. Progressive detrimental effects to the chondrocytes and matrix were

seen in the defects over time that were not evident to gross visualization at the time of initial treatment. Further in vitro and in vivo studies of the long-term consequences of this treatment in humans are needed to determine how this intervention alters the survival and function of the chondrocytes adjacent to the treated area.

## REFERENCES


1. Turner AS, Tippett JW, Powers BE, et al. Radiofrequency (electrosurgical) ablation of articular cartilage: A study in sheep. *Arthroscopy* 1998;14:585-591.
2. Kaplan L, Uribe JW, Sasken H, Markarian G. The acute effects of radiofrequency energy in articular cartilage: An in vitro study. *Arthroscopy* 2000;16:2-5.
3. Harwin SGF. Arthroscopic debridement for osteoarthritis of the knee: Predictors of patient satisfaction. *Arthroscopy* 1999;15:142-146.
4. Gilbert JE. Current treatment options for the restoration of articular cartilage. *Am J Knee Surg* 1998;11:42-46.
5. Mandelbaum BR, Browne JE, Fu F, et al. Articular cartilage lesions of the knee. *Am J Sports Med* 1998;26:853-861.
6. Shi W, Wari SG, Van Der Veen MJ, et al. Effect of varying laser parameters on pulsed Ho:YAG ablation of bovine joint tissues. *Arthroscopy* 1993;9:96-102.
7. Lane JG, Amiel ME, Monosou AZ, et al. Matrix assessment of the articular cartilage surface after chondroplasty with the holmium:YAG laser. *Am J Sports Med* 1997;25:560-569.
8. Fink B, Schneider T, Braunstein S, et al. Holmium:YAG laser-induced aseptic bone necroses of the femoral condyle. *Arthroscopy* 1996;12:217-223.
9. Lu Y, Hayashi K, Hecht P, et al. The effect of monopolar radiofrequency energy on partial-thickness defects of articular cartilage. *Arthroscopy* 2000;16:527-536.