# EXHIBIT 15

# Thermal Capsulorrhaphy for the Treatment of Shoulder Instability

Anthony Miniaci,* MD, FRCSC, and Michael J. Codsi, MD
*From the Cleveland Clinic Foundation, Cleveland, Ohio*

Thermal capsulorrhaphy has been used to treat many different types of shoulder instability, including multidirectional instability, unidirectional instability, and microinstability in overhead-throwing athletes. A device that delivers laser energy or radiofrequency energy to the capsule tissue causes the collagen to denature and the capsule to shrink. The optimal temperature to achieve the most shrinkage without causing necrosis of the tissue is between 65° and 75° centigrade. This treatment causes a significant decrease in mechanical stiffness for the first 2 weeks, and then, after the tissue undergoes active cellular repair from the surrounding uninjured tissue, the mechanical properties return to near normal by 12 weeks. If the thermal energy is applied in a grid pattern, then the tissue heals with more stiffness by 6 weeks. Clinical studies on thermal capsulorrhaphy for the treatment of multidirectional instability have shown a high rate of recurrent instability (12%-64%). The clinical studies on unidirectional instability showed much better recurrence rates (4%-25%), but because most of the patients also underwent concomitant Bankart repairs and superior labral anterior posterior lesion repairs, the efficacy of the thermal treatment cannot be ascertained. A randomized controlled trial would be needed to assess whether instability with Bankart lesions requires augmentation with thermal capsulorrhaphy. For the patients with microinstability who are overhead-throwing athletes, thermal capsulorrhaphy has shown varying results from a 97% rate of return to sports to a 62% rate of return to sports. Complications of this technique include temporary nerve injuries that usually involve the sensory branch of the axillary nerve and thermal necrosis of the capsule, which is rare.

**Keywords:** thermal capsulorrhaphy; shoulder instability

Thermal capsulorrhaphy has been used to treat shoulder instability since 1994 as an alternative to the traditional open capsular shift procedures described by Neer and Foster and the recently developed arthroscopic capsular imbrication procedures.[30] Other indications for thermal capsulorrhaphy include augmentation of arthroscopic Bankart repair for traumatic instability and as an adjunct to arthroscopic treatment of microinstability in the overhead-throwing athlete.[9,20,30] The arthroscopic device delivers laser or radiofrequency energy to heat the shoulder capsule to a specific temperature, which denatures the collagen in the tissue and causes the capsule to shrink. Arthroscopic thermal capsulorrhaphy is attractive to many surgeons because it is easy to perform, it does not require an open incision, it provides instant visual gratification to the surgeon as the capsule shrinks, and the procedure can be completed in significantly less time than the time to complete an open capsulorrhaphy or arthroscopic capsular suture plication. Many basic science studies reported encouraging results after thermal procedures in animal models, and this was followed by human biomechanical studies that further supported the use of this technology.[10,11,13,18,26,41] Optimal temperatures between 65°C and 75°C were found to result in maximal tissue shrinkage without thermal necrosis.[10,16,21,26] Thermal treatment causes immediate collagen and cell damage that decreases the mechanical stiffness in the capsule for at least 2 weeks. By 6 weeks, the tissue undergoes active repair, and by 12 weeks, the tissue has the same mechanical properties as those of the untreated capsule.[16] Questions remain, however, regarding the clinical significance of the chronological healing pattern described in these studies. Should the treated capsule be immobilized to allow for complete healing and, if so, how long and to what degree? The basic science literature suggests that the first 2 weeks are the most important for immobilization because the tissue has lost more mechanical stiffness compared with tissue that has healed for 6 and 12 weeks. In addition, there is evidence to suggest that treating the capsule in a grid pattern instead of complete capsular treatment will accelerate the healing rate, thus lessening the importance of long-term immobilization.[23]

Controversy remains about thermal treatment of the shoulder capsule because the technology was not well studied in the human before its widespread use by orthopaedic surgeons. Once the technology was used by many surgeons outside the constraints of the laboratory, reports of sporadic complications surfaced that included higher than expected failure rates, capsule destruction, nerve injuries, and cartilage

*Address correspondence to Anthony Miniaci, MD, FRCSC, Director of Sports Health, Cleveland Clinic Foundation, 9500 Euclid Avenue, A41, Cleveland, OH 44195 (e-mail: miniaca@ccf.org).

No potential conflict of interest declared.

The American Journal of Sports Medicine, Vol. 34, No. 8
DOI: 10.1177/0363546506287824
© 2006 American Orthopaedic Society for Sports Medicine



Downloaded from ajs.sagepub.com by guest on January 28, 2009

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado pg 3 of 9



damage that sometimes led to massive chondrolysis and premature osteoarthritis in young patients.[19,33,34,42]

This review will present the basic science concepts behind thermal capsulorrhaphy as well as the numerous anatomical studies that support its use for the treatment of shoulder instability. The majority of this review will focus on the clinical studies that report the outcomes of thermal capsulorrhaphy for the treatment of unidirectional and multidirectional shoulder instability, as well as the microinstability often found in overhead-throwing athletes. There are many classification systems used to describe shoulder instability, but to simplify this complex subject and clarify the results of studies that included different patient populations, we stratified the clinical studies into those that treated unidirectional instability, multidirectional instability (MDI), and microinstability in the overhead-throwing athlete.

## PROPERTIES OF COLLAGEN

Type I collagen is the main constituent of the shoulder joint capsule and ligaments, along with a variety of other macromolecules such as elastin, fibronectin, and proteoglycans.[11] An alpha chain is made up of large amounts of glycine and proline, which when linked together form a right-handed helix. Three polypeptide alpha chains link together by the hydrogen bonds of hydroxyproline molecules to make a left-handed triple helix. This triple helix structure is responsible for the molecule's ability to resist tensile forces. The triple helix molecules combine together to form fibrils that are stabilized by covalent intermolecular cross-links between hydroxylysine residues. The organization of the fibrils gives the characteristic repeated banding pattern seen under the electron microscope.

When heat is applied to type I collagen, the weaker hydrogen bonds in the triple helix are broken first, allowing the triple helix to unravel or denature.[4,5] If the stronger intermolecular covalent bonds remain intact, the fibrillar structure transitions into an amorphous state, which visually is what one observes as "tissue shrinkage." If the collagen tissue itself is immature, like neonatal tissue, and lacks sufficient intermolecular bonds, then the collagen does not shrink.[7] At this temperature, the polypeptides break apart to form globular proteins, thereby turning the tissue into a gelatinous structure. At the other extreme, the collagen may have a large number of intermolecular cross-links, as in aged tissue, which would limit the amount of shrinkage after heat is applied.[11] In short, the thermal properties of collagen are determined by both the number of cross-links and the relative strength of the intramolecular cross-links compared with the intermolecular cross-links.

## TEMPERATURE EFFECTS ON JOINT CAPSULE

Based on the physical chemistry of collagen described above, the optimal heat treatment would break all the intramolecular bonds to allow the triple helix to denature, while at the same time maintaining the intermolecular bonds of the fibrils to avoid the formation of separate globular proteins. Numerous studies were performed on animal and human tissues to determine the effects of temperature on capsular shrinkage and capsular strength.[10,11,13,29,38,40] In these studies, capsule or ligaments were bathed in saline solutions of varying temperatures from 45°C to 100°C, and a direct correlation was found between tissue shrinkage and the degree of heat applied. They also showed that the amount of shrinkage was in part determined by the collagen content, number of cross-links, and direction of collagen fibers. When the individual studies are compared, the critical temperature for adequate tissue shrinkage is between 65°C and 75°C. At higher temperatures, the tissue shrinkage plateaus, and tissue destruction begins. Temperatures above 45°C cause cell necrosis, so it must be assumed that many or perhaps all viable cells are destroyed after treatment with thermal capsulorrhaphy.

Lopez et al[22] examined the effect of temperature on sheep femoropatellar capsule and found that the amount of shrinkage increased as the temperature increased. Tensile stiffness decreased in the capsules heated to 65°C and 85°C. There was no difference, however, in the load to failure at any temperature. Hayashi et al[13] subjected human shoulder capsules to varying temperatures and found a decrease in length of 11% at 65°C, 41% at 70°C, 56% at 75°C, and 59% at 80°C. Histologic evaluation revealed hyalinization of the collagen. Again, the optimal temperature to achieve the most capsular shrinkage without causing capsular destruction was between 65°C and 75°C.

## BIOMECHANICAL EFFECTS OF THERMAL TREATMENT

In addition to the temperature profile of capsular shrinkage, investigators studied the biomechanical effects of thermal treatment in different animal models. Hayashi et al[12,14,15] studied the effect of laser thermal treatment on rabbit femoropatellar joint capsules in a series of published reports. First, the tissue shrinkage increased by 9% at 5 W, 26% at 10 W, and 36% at 15 W, which was consistent with prior experiments. Biomechanical testing demonstrated a decrease in tensile stiffness after treatment with 10 W and 15 W of laser energy. Histologic examination revealed hyalinization of collagen and pyknotic nuclear changes in the fibroblasts, and the degree of these changes increased with higher temperatures. More detailed molecular analysis with electron microscopy revealed an increase in the cross-sectional diameter of collagen fibrils compared with controls, and the fibrils lost their distinct borders and periodic cross-striations as the laser energy was increased. Biochemical analysis of the capsules revealed equal amounts of collagen compared with controls as well as equal amounts of nonreducible cross-links in all energy groups, which corresponds to the mechanisms of molecular shrinkage elucidated in the basic science literature described above. The heat disrupts the intramolecular bonds causing shrinkage, but the amount of collagen remains the same because the nonreducible intermolecular cross-links remain intact.

Downloaded from ajs.sagepub.com by guest on January 28, 2009

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado pg 4 of 9



Hecht et al[17] studied the effect of arthroscopic radiofrequency thermal treatment of sheep femoropatellar capsules after 0, 2, 6, and 12 weeks. Mechanical testing showed significantly decreased stiffness at 2 weeks (26% of controls) but not at 6 or 12 weeks (85% of controls). The percentage relaxation at 0 and 6 weeks was the same as at 12 weeks, and the strength of the capsules was not significantly different at any time point. Histologic analysis at time 0 showed synovial cell, fibroblast, and fat cell necrosis, as well as thrombosed vessels in treated regions, whereas untreated regions were the same as controls. At 2 weeks, there was a proliferation of cells and capillary sprouting. At 6 weeks, the hyalinized collagen was replaced with hypercellular fibrous tissue, and by 12 weeks, laminar collagenous tissue was covered by a synovial membrane. This study showed that the initial destructive effect of thermal treatment in terms of mechanical stiffness and histologic change was gradually reversed by 12 weeks.

With the hopes of maximizing healing potential of thermally treated capsule, Lu et al[23] studied the effect of monopolar radiofrequency heat applied in a grid pattern, which leaves stripes of untreated capsule between stripes of treated capsule, compared with a paintbrush pattern used in previous studies, which applied heat to the entire surface of the capsule without gaps. Sheep underwent arthroscopic patellofemoral treatment and were sacrificed at 0-, 2-, 6-, and 12-week intervals. At 6 weeks, the capsule stiffness of the grid pattern group was higher than that of the paintbrush group, and histologic analysis showed significant healing in the grid group compared with the paintbrush group. By 12 weeks, however, both groups had equal stiffness, and there was no difference in the histologic findings in either group. This study would suggest that shoulder capsules treated with complete shrinkage would heal with the same stiffness if they were immobilized for the first 6 weeks after the procedure. The clinical correlation of this study has not been proved, and clinical studies that included patients who were immobilized for 6 weeks did not show better results.[3]

Selecky et al[36] found that laser heat resulted in 10% shortening of cadaveric inferior glenohumeral ligaments. The biological healing effects could not be measured in this cadaveric model. Ultimate strain and yield strain were significantly higher in the specimens treated with laser heat compared with controls. No significant difference was found for ultimate stress, yield stress, or elastic modulus between the 2 groups. Failure of the ligaments did not occur in areas treated with the laser. These findings suggested that laser treatment did not compromise the ligament complex, and patients could participate in rehabilitation protocols designed for open capsular shift procedures.

Another study by Hayashi et al[13] evaluated healing of capsular tissue in patients who underwent laser thermal capsulorrhaphy. Biopsy specimens taken between 3 and 6 months after surgery showed persistent reactive cells, whereas specimens taken from 7 to 38 months showed collagen and cell morphologic characteristics had returned to normal. Only an increased number of fibroblasts were found in the specimens taken many months after surgery.

## THERMAL EFFECTS ON JOINT VOLUME AND MOBILITY

Once the molecular biology and biomechanics of thermal treatment to joint capsule were described in the literature, more studies were performed to define the effect of thermal treatment on the reduction of joint volume and the restriction of motion in the shoulder joint. After laser or radiofrequency thermal treatment of the entire shoulder capsule, the anterior translation was reduced by 41% to 48%, posterior translation was reduced by 27% to 36%, and inferior translation was reduced by 40%.[35,37,39] The mean percentage reduction in capsular volume was 37%.

Open capsular shift, described by Neer and Foster, remains the gold standard to compare to thermal capsulorrhaphy, so Luke et al[24] performed the 2 procedures on 12 cadaveric shoulders and measured the amount of volumetric change. The open inferior shift procedure reduced the capsule volume by 50%, whereas the thermal capsulorrhaphy treatment reduced the capsule volume by 30% ($P$ = .004). Karas et al[18] performed the next logical study by comparing the volumetric reduction of cadaveric shoulders treated with either thermal capsulorrhaphy or arthroscopic suture plication. Suture plication reduced joint volume by 19%, and thermal treatment reduced joint volume by 33% ($P$ = .0001). A combination of both treatments resulted in a 41% reduction in joint volume.

In summary, the basic science experiments have shown that thermal energy delivered to capsular tissue via laser or radiofrequency results in shrinkage of the tissue by disrupting intramolecular cross-links in the collagen triple helix structure. The amount of tissue shrinkage is directly related to the temperature applied, and the optimal temperature is between 65°C and 75°C. Thermal treatment causes immediate collagen and cell damage, resulting in decreased mechanical stiffness that lasts for at least 2 weeks. The tissue undergoes active repair, and by 12 weeks, it has similar mechanical properties and cellular components as the untreated capsule. According to 1 study using sheep knee capsules, leaving untreated tissue between areas of thermally treated tissue improves the healing process during the first 6 weeks.[7] Thermal shrinkage of the shoulder joint capsule leads to a significant reduction in joint volume and humeral translation that is equal to suture plication but less than open capsular shift procedures. The difference in clinical outcomes has not, however, been shown to correlate with an absolute amount of joint volume reduction.

## CLINICAL OUTCOMES FOR UNIDIRECTIONAL ANTERIOR INSTABILITY

Many different classification schemes have been created to describe shoulder instability based on direction of instability, cause, traumatic inciting event, pathologic lesions, and volition. This review categorizes instability into 3 broad categories based on the patient types reported in the literature: unidirectional instability, MDI, and microinstability associated with overhead-throwing athletes. Patients with

Downloaded from ajs.sagepub.com by guest on January 28, 2009

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado
pg 5 of 9



TABLE 1
Results of Thermal Capsulorrhaphy for the Treatment of Anterior Instability[a]

| Study | No. of Patients | Treatment | Results | Failures | Complications |
|---|---|---|---|---|---|
| Gartsman et al[8] | 53 | Thermal capsulorrhaphy; Bankart repair; suture plication in most patients | Postoperative Rowe, 92 | 4/53 (8%) recurrent instability | 2 temporary musculocutaneous nerve injuries |
| Mishra and Fanton[28] | 42 | Thermal capsulorrhaphy and Bankart repair in all patients | Rowe preoperative, 38; Rowe postoperative, 89; 38 returned to sports | 3/42 (7%) postoperative dislocations | 1 axillary neuritis |
| Noonan et al[31] | 24 | Thermal capsulorrhaphy + 6 Bankart repairs | ASES, 87.9; ASES with Bankart, 94.6 | 1/24 (4%) recurrent instability | None |
| D'Alessandro et al[1] | 12 | Thermal capsulorrhaphy + 6 Bankart repairs | ASES preoperative, 57; ASES postoperative, 93; 50% excellent; 25% satisfactory | 3/12 (25%) recurrent instability | None |

[a]ASES, American Shoulder and Elbow Surgeons score.

shoulder instability may have different characteristics that make it difficult to place them into 3 simple categories, but for the purpose of interpreting the body of literature in which different patient populations were mixed together and treated with thermal capsulorrhaphy, this simplification is necessary. We define unidirectional anterior instability as a shoulder that dislocates or subluxates anteriorly and does not have symptomatic laxity in the posterior or inferior direction. The results of the following articles are summarized in Table 1.

In 2000, Gartsman et al[8] published the first report of 53 patients with anterior-inferior glenohumeral instability treated with a combination of arthroscopic Bankart repair, thermal capsulorrhaphy, rotator interval closure, and posterior capsule plication as necessary. Patients with MDI and workers' compensation patients were excluded. A heterogeneous patient population with a variety of anatomical lesions was found, including rotator cuff partial tears (6), biceps tears (2), superior labral anterior posterior (SLAP) lesions (31), Bankart lesions (44), Hill-Sachs lesions (13), and loose bodies (9). After a mean follow-up of 33 months, 92% of patients had an excellent or good result according to the Rowe score, the mean American Shoulder and Elbow Surgeons (ASES) score improved from 45.5 points to 91.7 points, and 34 of 38 patients returned to their desired levels of sports activity. Four of 53 (8%) patients had persistent instability. Two patients had temporary musculocutaneous nerve paresthesias. These excellent results compare favorably with previous reports of open inferior capsular shift, but the efficacy of thermal capsulorrhaphy, rotator interval closure, and Bankart repair as isolated procedures cannot be determined because they were combined.

Mishra and Fanton[28] published their results of arthroscopic Bankart repair and thermal capsulorrhaphy for the treatment of traumatic anterior instability in 42 patients in 2001. The mean patient age was 26 years. The Bankart lesion was repaired with bioabsorbable tacks in 17 shoulders and with suture anchors in 25 shoulders. After a mean follow-up of 28 months, the Rowe score improved from 38 to 89. Thirty-eight (90%) returned to their desired levels of sports participation. Three patients (7%) suffered a postoperative dislocation, 2 of whom had a large Hill-Sachs lesion. One patient had a temporary axillary nerve neuritis that resolved by the end of postoperative week 4. These excellent results supported the findings described by Gartsman et al,[8] but because the surgical treatment included a Bankart repair, it is difficult to assess the effect of the thermal capsulorrhaphy alone.

In 2003, Noonan et al[31] performed thermal capsulorrhaphy on 60 patients, 24 of whom had isolated anterior instability. Six patients underwent concomitant Bankart repairs, but the authors did not indicate the type of instability that corresponded with the lesions in the entire study. After a mean follow-up of 38.4 months, the postoperative ASES score improved to 87.9. The mean ASES score in the patients with a Bankart repair was 94.6. One patient out of 24 (4%) with anterior instability suffered a recurrent dislocation postoperatively. No nerve injuries occurred in the entire cohort.

The most recent report by D'Alessandro et al[1] describes the results of thermal capsulorrhaphy for the treatment of 12 patients who had traumatic anterior instability. Nine associated Bankart lesions were advanced and repaired using tacks or suture anchors. Five patients had only 1 dislocation, and 7 patients had recurrent dislocations. The ASES score improved from 57.1 to 93, and there were 6 excellent results, 3 satisfactory results, and 3 unsatisfactory results. One patient suffered a dislocation while snowboarding, and 2 patients experienced subluxation on return to softball and volleyball.

The efficacy of thermal capsulorrhaphy in patients with anterior instability cannot be determined with the data from these 4 studies because most patients had other concomitant procedures, most of which were Bankart repairs. The rate of temporary nerve injury, however, was higher in patients treated with thermal capsulorrhaphy.

Downloaded from ajs.sagepub.com by guest on January 28, 2009

M002

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado pg 6 of 9



TABLE 2
Results of Thermal Capsulorrhaphy for the Treatment of Multidirectional Instability[a]

| Study | No. of Patients | Treatment | Results | Failures | Complications |
|---|---|---|---|---|---|
| Lyons et al[25] | 26 | Thermal + suture plication of the rotator interval | 96% satisfactory; 86% returned to previous level of sports | 3/26 (12%) recurrent instability (1 patient) and unable to return to sport (2 patients) | None |
| Fitzgerald et al[3] | 30 | Thermal only | 10% excellent; 60% good; 30% poor | 7/30 (23%) persistent pain (4 patients) and recurrent instability (3 patients) | None |
| Noonan et al[31] | 11 | Thermal only | ASES postoperative, 78 | 7/11 (64%) recurrent instability | None |
| Miniaci and McBirnie[27] | 19 | Thermal only | WOSI preoperative, 1780; WOSI postoperative, 1099 | 9/19 (47%) recurrent instability | 21% had temporary axillary nerve injury |
| Frostick et al[6] | 25 | Thermal only | Constant preoperative, 59; Constant postoperative, 81; 17% not satisfied with surgery | 3/25 (12%) recurrent instability | 1 adhesive capsulitis |
| D'Alessandro et al[1] | 53 | Thermal + 1 Bankart + 3 SLAP repairs | 38% excellent; 21% satisfactory; 41% unsatisfactory; ASES postoperative, 81 | 21/53 (41%) ASES < 70 or satisfaction < 5, or inability to return to activities | 14% temporary axillary nerve injury |

[a]ASES, American Shoulder and Elbow Surgeons score; WOSI, Western Ontario Shoulder Instability Index; SLAP, superior labral anterior posterior lesion.

## CLINICAL OUTCOMES FOR MDI

Multidirectional instability is almost as difficult to define as it is to treat. Many patients with shoulder laxity are asymptomatic, and the definition of pathologic laxity is often not well defined. Some authors believe pathologic laxity can result in instability, which can manifest as recurrent dislocations, subluxation, or simply pain. Without a concrete definition of the pathologic lesions and the associated symptoms, interpretation of the literature can be difficult. Most surgeons can agree on the diagnosis for patients with severe instability in all directions, but most patients present with more subtle symptoms or with a contradictory history. For instance, patients may describe a collision during a sporting event that caused an acute dislocation with an appropriate mechanism, but the patient's examination shows bilateral shoulder laxity and subluxation in 2 directions, and the gadolinium MRI examination reveals a normal labrum. Surgeons must often treat patients who do not fit the concrete categories that are so eloquently described in the literature. Some of the patients in the following studies may not have every characteristic of MDI. We included patients from studies who had symptomatic instability in more than 1 direction or who were designated by the authors as having MDI, although the patients may not have had instability and only exhibited laxity. A summary of these clinical results is in Table 2.

The first clinical report by Lyons et al[25] confirmed the excellent results described in the numerous basic science publications. The authors treated 26 shoulders with MDI with arthroscopic thermal capsulorrhaphy and rotator interval closure. No Bankart repairs or SLAP lesions were repaired concomitantly. After 27 months, 1 patient (4%) developed recurrent instability. Eighty-six percent of the patients returned to their previous levels of sports participation. Two patients could not return to college baseball. No nerve injuries were reported.

In 2002, Fitzgerald et al[3] treated 30 shoulders with thermal capsulorrhaphy alone. No Bankart or SLAP lesions were repaired. Ninety percent of the patients were on active military duty. At a mean follow-up of 33 months, 3 shoulders (10%) were rated as excellent, 20 shoulders (60%) were rated as good, and 7 shoulders (30%) were failures because the patients could not return to their mandatory levels of physical activity. Persistent pain was the primary complaint in 4 patients, and recurrent subluxation was the primary complaint in 3 patients. No nerve injuries occurred.

One year later, Frostick et al[6] reported their results of thermal capsulorrhaphy for the treatment of MDI in 33 shoulders. Twenty-five shoulders were treated with thermal capsulorrhaphy alone, and 8 shoulders were treated with thermal and Bankart repair. The patients without labral tears showed an increase in Constant score from 58.6 to 81 after a minimum 2-year follow-up. Three patients (12%) without labral tears had a recurrence of instability, and 4 patients (17%) did not believe that the procedure provided benefit. No nerve injuries were found.

Noonan et al[31] reported their experience with thermal capsulorrhaphy in all types of instability. Eleven patients in the cohort had MDI. The number of Bankart repairs in this subgroup was not specified. Eight failures were

Downloaded from ajs.sagepub.com by guest on January 28, 2009

M002

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado
pg 7 of 9



reported, 7 of which were patients with MDI. The postoperative ASES score for patients with MDI was 78.3, compared with a score of 94.6 in patients who had instability with a Bankart repair. The failure rate based on the direction of instability was 4% for anterior instability, 20% for posterior instability, and 39% for MDI. No nerve injuries were found.

In contrast to the previous studies, Miniaci and McBirnie[27] reported their results using a validated outcome measure for instability. All 19 patients had MDI, and no patients had a Bankart lesion, rotator cuff lesion, or SLAP tear. The mean patient age was 19 years, and there were 13 women and 6 men in the cohort. A paintbrush technique was used to shrink the capsule and rotator interval. A sling was used for 3 weeks for immobilization. After a minimum 2-year follow-up, 9 of the 19 (47%) patients had a recurrence of instability. The Western Ontario Shoulder Instability Index improved from 1717 (the worst score is 2100) to 424 in the patients who did not have a recurrence of instability. Four of the 19 patients in the cohort developed an axillary nerve neurapraxia, all of which resolved within 6 months postoperatively. It is difficult to ascertain whether the poor results in this study are owing to the effect of thermal capsulorrhaphy alone. The pathologic characteristics of this patient population may simply be more difficult to treat with any surgical technique, open or arthroscopic.

In 2004, D'Alessandro et al[1] reported their results of thermal capsulorrhaphy for the treatment of instability in 84 patients. A subgroup of 53 patients (mostly female, 72%) had MDI, and the mean age was 23 years. Results in this group were similar to those reported by Miniaci and McBirnie.[27] Concomitant procedures included 1 (2%) Bankart repair, 2 (4%) labral debridements, 3 (6%) SLAP lesion repairs, and 6 (11%) minimal undersurface rotator cuff debridements. The mean ASES score improved from 45.9 to 80.9. There were 20 (38%) excellent results, 11 (21%) satisfactory results, and 22 (41%) unsatisfactory outcomes. Eleven of the 22 patients with failures were doing well at 1-year follow-up, with a mean ASES score of 91.5, but their results worsened on longer follow-up. Axillary nerve dysesthesias were noted in 12 patients (14%), and the dysesthesias resolved within 3 months. Revision open capsulorrhaphy was performed on the MDI treatment group that had failed thermal treatment, and operative findings revealed thin and attenuated capsular tissue, but adequate plication of the tissue was achieved. Only 50% of the revision surgeries were successful after 30 months of follow-up.

## EFFECT OF THERMAL CAPSULORRHAPHY ON OVERHEAD-THROWING ATHLETES WITH MICROINSTABILITY

Overhead-throwing athletes, such as baseball players, often have asymptomatic glenohumeral laxity, which clinically can be seen as excessive external rotation with or without an obligate loss of internal rotation. Many of these patients are included in MDI groups because of their global shoulder laxity. Normal glenohumeral laxity may progress to pathologic instability after repetitive microtrauma that typically occurs in the high-level athlete who plays baseball. Increased glenohumeral rotation is compensated by an increased counterforce by the rotator cuff muscles, which in turn keeps the humeral head centered in the glenoid. Once the active stabilizers of the shoulder are unable to compensate for the repetitive high-velocity forces typically encountered in overhand throwers, the passive restraints of the glenohumeral joint become stretched over time. The glenohumeral overrotation also causes impingement of the rotator cuff on the glenoid labrum, which can cause fraying or full-thickness tears of the labrum. This process has been termed *internal impingement* by some authors.[32] Arthroscopic debridement of the frayed labrum, repair of the torn labrum, and tightening of the lax inferior glenohumeral ligament have all been used to treat internal impingement.

Levitz et al[20] reported their results of treating baseball players with internal impingement using arthroscopic thermal capsulorrhaphy. The authors compared their traditional treatment of internal impingement and debridement of the labrum and frayed rotator cuff to include debridement and thermal capsulorrhaphy. The authors confirmed that each player had glenohumeral laxity under anesthesia and defined it as external rotation greater than 100°, greater than 50% translation of the humeral head over the glenoid, and a positive drive-through sign during arthroscopic examination. Many normal overhead-throwing athletes have these same findings, which are not necessarily pathologic, so it is unfortunate that the contralateral arm was not used for comparison. Forty-one of 51 throwers (80%) returned to competition after treatment by arthroscopic debridement alone, whereas 30 of 31 throwers (97%) returned to competition after thermal capsulorrhaphy at a mean follow-up of 30 months ($P = .04$). The number of throwers who returned to the same level of play was 61% in the debridement group and 87% in the thermal capsulorrhaphy group ($P = .01$). No complications were reported.

Enad et al[2] treated 19 overhead-throwing athletes who had glenohumeral instability during sport, including 15 baseball players, 3 softball players, and 2 volleyball players. These patients would have otherwise had open anterior capsulolabral reconstruction, but in an effort to avoid open surgery, the patients elected to have arthroscopic thermal capsulorrhaphy. Patients with prior surgery, Bankart tears, or bony lesions were excluded from the study. Only the anterior capsule was treated. The rotator interval was not closed, and the posterior capsule was left unaltered. According to Rowe scores, there were 10 excellent results, 4 good results, 2 fair results, and 3 poor results. Ten patients returned to their previous levels of sport, and 6 were unable to return to their sports. No operative complications were found. This high failure rate was not acceptable according to the authors, who no longer use this technique in this patient population.

## COMPLICATIONS OF THERMAL CAPSULORRHAPHY

One complication not reported in the above clinical studies is capsular disruption secondary to thermal capsulorrhaphy.

Downloaded from ajs.sagepub.com by guest on January 28, 2009

M002

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado pg 8 of 9



This complication is often found during revision surgery, as was reported by Rath and Richmond.[34] The authors assumed the care of a patient who had recurrent shoulder instability several days after arthroscopic thermal capsulorrhaphy for MDI. The patient did not have an osseous deformity or a Bankart lesion. Arthroscopy revealed complete disruption of the posterior capsule. An open procedure was required to reconstruct the defect, and she was immobilized in a brace for 4 weeks. This report highlights the importance of limiting the contact time of the thermal probe against the capsule because the visual effects belie the true damage to the capsule, especially the thin posterior capsule.

A high rate of temporary nerve injury has been reported in the clinical studies using thermal capsulorrhaphy, and some investigators suspect that the true complication rate is higher when the technique is used outside the confines of a research setting. Wong and Williams[42] performed a survey of 379 surgeons who are members of the American Shoulder and Elbow Society, the Arthroscopy Association of North America, or the American Orthopaedic Society for Sports Medicine. Of 236 015 shoulder procedures performed, 14 277 (6%) involved the use of thermal capsulorrhaphy for glenohumeral instability. A total of 196 patients had an axillary neuropathy postoperatively, 95% of which recovered by 3 months. Of the patients who had recurrent instability requiring revision surgery, 25% of the revision cases were found to have an attenuated capsule. No cases of acute chondrolysis were reported.

Five cases of acute chondrolysis of the glenohumeral joint after arthroscopic thermal procedures have been reported in the literature.[19,33] Two of the patients developed symptoms 6 months after the procedure, whereas 3 patients had difficulty with motion and pain throughout their postoperative courses. Infection was ruled out in all cases, and the presumed cause of the chondrolysis was the high temperatures created by the radiofrequency devices that destroyed the chondrocytes. The cause cannot be proven, however, and if there is a correlation between the use of radiofrequency devices and chondrolysis, then it is curious that no such complications were reported in the study by Wong and Williams[42] that included 14 277 thermal capsulorrhaphy procedures.

## SUMMARY

Thermal capsulorrhaphy was a promising technique for the treatment of shoulder instability, but the promising results reported in the basic science literature did not translate into universally favorable results in the clinical studies. In patients with MDI who do not have a Bankart lesion or SLAP lesion, thermal capsulorrhaphy has a high failure rate. This procedure should not be used to treat patients with primarily posterior instability, especially if they have a voluntary positional component. The efficacy of thermal capsulorrhaphy for patients with unidirectional instability with a Bankart or SLAP lesion cannot be determined from the literature because most of the patients who had thermal capsulorrhaphy also had concomitant Bankart or SLAP repairs. Thermal capsulorrhaphy should be used with caution in this patient population, and we do not recommend its use based on the current literature. For the overhead-throwing athlete with microinstability, thermal capsulorrhaphy has shown a benefit in 1 study and little benefit in another. If the surgeon believes the primary pathologic lesion is the contracted posterior capsule, the patient should be treated for loss of internal rotation or loss of total arc of motion before considering the use of thermal capsulorrhaphy. If laxity is the pathologic entity, then thermal treatment may be beneficial, but its efficacy is still uncertain.

## REFERENCES

1. D'Alessandro DF, Bradley JP, Fleischli JE, Connor PM. Prospective evaluation of thermal capsulorrhaphy for shoulder instability: indications and results, two- to five-year follow-up. *Am J Sports Med.* 2004;32:21-33.
2. Enad JG, ElAttrache NS, Tibone JE, Yocum LA. Isolated electrothermal capsulorrhaphy in overhand athletes. *J Shoulder Elbow Surg.* 2004;13:133-137.
3. Fitzgerald BT, Watson BT, Lapoint JM. The use of thermal capsulorrhaphy in the treatment of multidirectional instability. *J Shoulder Elbow Surg.* 2002;11:108-113.
4. Flory PJ, Garrett RR. Phase transition in collagen and gelatin systems. *J Am Chem Soc.* 1958;80:4836-4845.
5. Flory PJ, Weaver ES. Helix coil transition in dilute aqueous collagen solutions. *J Am Chem Soc.* 1959;82:4518-4525.
6. Frostick SP, Sinopidis C, Al Maskari S, Gibson J, Kemp GJ, Richmond JC. Arthroscopic capsular shrinkage of the shoulder for the treatment of patients with multidirectional instability: minimum 2-year follow-up. *Arthroscopy.* 2003;19:227-233.
7. Fujimoto D. Age-related changes of the connective tissue. *Jpn Clin Med.* 1984;42:1067-1072.
8. Gartsman GM, Roddey TS, Hammerman SM. Arthroscopic treatment of anterior-inferior glenohumeral instability: two to five-year follow-up [see comment]. *J Bone Joint Surg Am.* 2000;82:991-1003.
9. Gartsman GM, Roddey TS, Hammerman SM. Arthroscopic treatment of bidirectional glenohumeral instability: two- to five-year follow-up. *J Shoulder Elbow Surg.* 2001;10:28-36.
10. Hayashi K, Hecht P, Thabit G III, et al. The biologic response to laser thermal modification in an in vivo sheep model. *Clin Orthop Relat Res.* 2000;373:265-276.
11. Hayashi K, Markel MD. Thermal capsulorrhaphy treatment of shoulder instability: basic science [review]. *Clin Orthop Relat Res.* 2001;390:59-72.
12. Hayashi K, Markel MD, Thabit G III, Bogdanske JJ, Thielke RJ. The effect of nonablative laser energy on joint capsular properties: an in vitro mechanical study using a rabbit model. *Am J Sports Med.* 1995;23:482-487.
13. Hayashi K, Massa KL, Thabit G III, et al. Histologic evaluation of the glenohumeral joint capsule after the laser-assisted capsular shift procedure for glenohumeral instability. *Am J Sports Med.* 1999;27:162-167.
14. Hayashi K, Nieckarz JA, Thabit G III, Bogdanske JJ, Cooley AJ, Markel MD. Effect of nonablative laser energy on the joint capsule: an in vivo rabbit study using a holmium:YAG laser. *Lasers Surg Med.* 1997;20:164-171.
15. Hayashi K, Thabit G III, Vailas AC, Bogdanske JJ, Cooley AJ, Markel MD. The effect of nonablative laser energy on joint capsular properties: an in vitro histologic and biochemical study using a rabbit model. *Am J Sports Med.* 1996;24:640-646.
16. Hecht P, Hayashi K, Cooley AJ, et al. The thermal effect of monopolar radiofrequency energy on the properties of joint capsule: an in vivo histologic study using a sheep model. *Am J Sports Med.* 1998;26:808-814.
17. Hecht P, Hayashi K, Lu Y, et al. Monopolar radiofrequency energy effects on joint capsular tissue: potential treatment for joint instability.

Downloaded from ajs.sagepub.com by guest on January 28, 2009

M002

Case No. 1:08-cv-00365-MSK-CBS Document 254-1 filed 07/28/10 USDC Colorado
pg 9 of 9



An in vivo mechanical, morphological, and biochemical study using an ovine model. *Am J Sports Med.* 1999;27:761-771.
18. Karas SG, Creighton RA, DeMorat GJ. Glenohumeral volume reduction in arthroscopic shoulder reconstruction: a cadaveric analysis of suture plication and thermal capsulorrhaphy. *Arthroscopy.* 2004; 20:179-184.
19. Levine WN, Clark AM Jr, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability: a report of two cases. *J Bone Joint Surg Am.* 2005;87:616-621.
20. Levitz CL, Dugas J, Andrews JR. The use of arthroscopic thermal capsulorrhaphy to treat internal impingement in baseball players. *Arthroscopy.* 2001;17:573-577.
21. Liao WL, Hedman TP, Vangsness CT Jr. Thermal profile of radiofrequency energy in the inferior glenohumeral ligament. *Arthroscopy.* 2004;20:603-608.
22. Lopez MJ, Hayashi K, Vanderby R Jr, Thabit G III, Fanton GS, Markel MD. Effects of monopolar radiofrequency energy on ovine joint capsular mechanical properties. *Clin Orthop Relat Res.* 2000;374:286-297.
23. Lu Y, Hayashi K, Edwards RB III, Fanton GS, Thabit G III, Markel MD. The effect of monopolar radiofrequency treatment pattern on joint capsular healing: in vitro and in vivo studies using an ovine model. *Am J Sports Med.* 2000;28:711-719.
24. Luke TA, Rovner AD, Karas SG, Hawkins RJ, Plancher KD. Volumetric change in the shoulder capsule after open inferior capsular shift versus arthroscopic thermal capsular shrinkage: a cadaveric model. *J Shoulder Elbow Surg.* 2004;13:146-149.
25. Lyons TR, Griffith PL, Savoie FH III, Field LD. Laser-assisted capsulorrhaphy for multidirectional instability of the shoulder. *Arthroscopy.* 2001;17:25-30.
26. Medvecky MJ, Ong BC, Rokito AS, Sherman OH. Thermal capsular shrinkage: basic science and clinical applications [review]. *Arthroscopy.* 2001;17:624-635.
27. Miniaci A, McBirnie J. Thermal capsular shrinkage for treatment of multidirectional instability of the shoulder. *J Bone Joint Surg Am.* 2003;85:2283-2287.
28. Mishra DK, Fanton GS. Two-year outcome of arthroscopic Bankart repair and electrothermal-assisted capsulorrhaphy for recurrent traumatic anterior shoulder instability. *Arthroscopy.* 2001;17:844-849.
29. Naseef GS III, Foster TE, Trauner K, Solhpour S, Anderson RR, Zarins B. The thermal properties of bovine joint capsule: the basic science of laser- and radiofrequency-induced capsular shrinkage. *Am J Sports Med.* 1997;25:670-674.
30. Neer CS II, Foster CR. Inferior capsular shift for involuntary inferior and multidirectional instability of the shoulder: a preliminary report. *J Bone Joint Surg Am.* 1980;62:897-908.
31. Noonan TJ, Tokish JM, Briggs KK, Hawkins RJ. Laser-assisted thermal capsulorrhaphy [review]. *Arthroscopy.* 2003;19:815-819.
32. Paley KJ, Jobe FW, Pink MM, Kvitne RS, ElAttrache NS. Arthroscopic findings in the overhand throwing athlete: evidence for posterior internal impingement of the rotator cuff. *Arthroscopy.* 2000;16:35-40.
33. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med.* 2004;32:509-515.
34. Rath E, Richmond JC. Capsular disruption as a complication of thermal alteration of the glenohumeral capsule. *Arthroscopy.* 2001;17:E10.
35. Selecky MT, Tibone JE, Yang BY, McMahon PJ, Lee TQ. Glenohumeral joint translation after arthroscopic thermal capsuloplasty of the rotator interval. *J Shoulder Elbow Surg.* 2003;12:139-143.
36. Selecky MT, Vangsness CT Jr, Liao WL, Saadat V, Hedman TP. The effects of laser-induced collagen shortening on the biomechanical properties of the inferior glenohumeral ligament complex. *Am J Sports Med.* 1999;27:168-172.
37. Tibone JE, Lee TQ, Black AD, Sandusky MD, McMahon PJ. Glenohumeral translation after arthroscopic thermal capsuloplasty with a radiofrequency probe. *J Shoulder Elbow Surg.* 2000;9:514-518.
38. Vangsness CT Jr, Mitchell W III, Nimni M, Erlich M, Saadat V, Schmotzer H. Collagen shortening: an experimental approach with heat. *Clin Orthop Relat Res.* 1997;337:267-271.
39. Victoroff BN, Deutsch A, Protomastro P, Barber JE, Davy DT. The effect of radiofrequency thermal capsulorrhaphy on glenohumeral translation, rotation, and volume. *J Shoulder Elbow Surg.* 2004; 13:138-145.
40. Wall MS, Deng XH, Torzilli PA, Doty SB, O'Brien SJ, Warren RF. Thermal modification of collagen. *J Shoulder Elbow Surg.* 1999; 8:339-344.
41. Wallace AL, Hollinshead RM, Frank CB. The scientific basis of thermal capsular shrinkage [review]. *J Shoulder Elbow Surg.* 2000; 9: 354-360.
42. Wong KL, Williams GR. Complications of thermal capsulorrhaphy of the shoulder. *J Bone Joint Surg Am.* 2001;83(suppl 2, pt 2):151-155.

Downloaded from ajs.sagepub.com by guest on January 28, 2009

M002