# EXHIBIT 16

COPYRIGHT © 2006 BY THE JOURNAL OF BONE AND JOINT SURGERY, INCORPORATED

# OSTEOLYSIS AND ARTHROPATHY OF THE SHOULDER AFTER USE OF BIOABSORBABLE KNOTLESS SUTURE ANCHORS

## A REPORT OF FOUR CASES

BY GEORGE S. ATHWAL, MD, FRCSC, SHYAM M. SHRIDHARANI, MD, AND SHAWN W. O'DRISCOLL, MD, PHD, FRCSC

*Investigations performed at the Mayo Clinic, Rochester, Minnesota*

Recently, bioabsorbable suture anchors have been utilized for many applications in shoulder surgery, including rotator cuff repair and capsulolabral repair[1]. Bioabsorbable anchors were developed to provide secure reattachment of avulsed soft tissues to their osseous insertions while allowing eventual implant degradation and replacement by autogenous tissue[2]. Although bioabsorbable materials offer some advantages, their use is not without complications. Foreign-body reactions, osteolysis, and synovitis have been described after use of biodegradable polyglycolic acid implants in the shoulder[3-5]. The next-generation, poly(L-lactide) polymer implants were initially described as being well tolerated without apparent complications of lysis, loosening, or synovitis[1,6,7]. Poly(L-lactide) was also found to degrade much more slowly than polyglycolic acid, with the time to complete degradation estimated to be more than three years in animal models[8]. Furthermore, poly(L-lactide) implants were thought to have better biocompatibility than polyglycolic acid implants[1,6]. In 2003, Freehill et al.[9] reported similar complications, consisting of glenohumeral synovitis and chondral damage, with poly(L-lactide) tacks.

The Bioknotless suture anchor (Mitek, Norwood, Massachusetts), which is constructed of poly(L-lactide) polymer, has been reported to be a secure, reliable, and efficient means of fixation for superior labrum anterior-posterior (SLAP) lesions and Bankart lesions[7]. The senior author (S.W.O'D.) implanted Bioknotless anchors in twenty-five shoulders in twenty-five patients for repair of SLAP and/or Bankart lesions. The purpose of this study is to report on four of these patients, who had failure of the Bioknotless device that led to destructive glenoid osteolysis, anchor pull-out, and subsequent severe damage of the articular cartilage. The patients were informed that data concerning their cases would be submitted for publication.

## Case Reports

CASE 1. A forty-year-old right-hand-dominant female registered nurse underwent repair of a right type-II SLAP lesion, an anterior Bankart lesion, and a posterior Bankart lesion with one, two, and two Bioknotless anchors with Panacryl suture (Ethicon, Somerville, New Jersey), respectively. Thus, a total of five Bioknotless anchors were used. The patient also underwent a concurrent débridement of a partial-thickness rotator cuff repair. Thermal ablation and cauterization were used sparingly and cautiously during the operation. The device was used on the lowest power setting and with high fluid outflow to disperse heat. (The device was used similarly in Cases 2 and 4.) The device was utilized to débride soft-tissue flaps and tags only, and not to shrink the capsule.

Postoperative pain management consisted of patient-controlled analgesia. Intra-articular pain pumps were not used for any patient. Rehabilitation consisted of passive range-of-motion and pendulum exercises for six weeks followed by isometric rotator cuff strengthening exercises and active-assisted motion progressing to an active range of motion as tolerated.

At three months postoperatively, the patient reported mild-to-moderate shoulder pain with the inability to regain a full range of motion. Radiographs showed lytic lesions in the glenoid and narrowing of the glenohumeral joint space, which had not been present on preoperative imaging (Figs. 1-A and 1-B). A workup for infection, which included a complete blood-cell count, measurement of the erythrocyte sedimentation rate and C-reactive protein level, an indium-labeled leukocyte scan, a technetium bone scan, and a joint aspiration, revealed negative findings. Magnetic resonance imaging of the right shoulder revealed loss of glenohumeral articular cartilage and severe osteolysis around the anchors.

Four and a half months after the index surgical procedure, repeat arthroscopy performed because of the continued pain and the radiographic changes revealed complete cartilage destruction on the anterior third of the humeral head. The area of articular cartilage destruction was precisely demarcated from the surrounding normal-appearing humeral head cartilage. All five suture anchors were loose in their tunnels and could be removed by lightly pulling on their sutures. All five anchors were intact and had not undergone visible degradation. Two anchors were found protrud-



Fig. 1-A



Fig. 1-B

Case 1. Preoperative (Fig. 1-A) and three-month-postoperative (Fig. 1-B) radiographs of a forty-year-old woman who underwent a complex labral repair with Bioknotless suture anchors. The postoperative radiograph reveals alarming signs of progressive glenohumeral arthritis.

ing about 1 mm above the anterior glenoid articular surface, opposite the area of severe damage to the humeral head cartilage. The anchor bone tunnels were enlarged and cystic. The previously performed labral repairs appeared to be intact. Extensive reactive synovitis was encountered and débrided. Multiple unstable articular cartilage flaps were seen and were also débrided. Cultures of specimens taken during the arthroscopy were negative.

At seven months after the second arthroscopy, the patient continued to have moderate shoulder pain with evidence of advancing glenohumeral arthritis on radiographs and computed tomography.




Fig. 2-A




Fig. 2-B

Case 2. Arthroscopy performed 3.5 months after a Bankart repair with Bioknotless anchors revealed a well-demarcated zone of severe damage to the humeral articular cartilage (arrows) with multiple loose bodies (Fig. 2-A) and associated reciprocal changes in the glenoid (Fig. 2-B). G = glenoid, H = humeral head, LB = loose body, and B = biceps tendon.



Fig. 3

Case 3. An axial computed tomography scan performed eighteen months after an anterior Bankart repair with Bioknotless anchors reveals severe glenoid osteolysis.

CASE 2. A 6-ft 6-in (2-m) tall, 245-lb (111-kg) nineteen-year-old male collegiate football offensive tackle underwent repair of a chronic traumatic complete posterior labral detachment with five Bioknotless anchors with Panacryl suture. Thermal ablation was used during the procedure but was applied sparingly at low energy and with high water flow. Rehabilitation consisted of pendulum exercises for three weeks and passive range-of-motion exercises for three to six weeks, after which, at six weeks, the patient started isometric rotator cuff strengthening exercises with active-assisted motion and an active range of motion.

Eight weeks postoperatively, the patient began experiencing shoulder pain with motion. Computed tomography showed an osteolytic lesion of the glenoid in areas surrounding the suture anchors. Repeat arthroscopy performed 3.5 months after the index surgical procedure because of the new-onset pain revealed synovitis and severe articular cartilage damage involving approximately one-third to one-half of the posterior part of the humeral head. The area of the damage to the humeral head cartilage was sharply demarcated from the surrounding normal-appearing cartilage (Figs. 2-A and 2-B). The posterior aspect of the labrum had healed, but there was still extensive cartilage damage on the glenoid. The most superior glenoid anchor had pulled back to the level of the articular surface and was loose and easily removed. A second anchor was identified within its bone tunnel, and it was well fixed and could not be removed. These two anchors appeared to be intact and had not undergone any visible degradation. The remaining three anchor bone tunnels were not identifiable. Multiple cartilaginous loose bodies ranging in size from 8 to 15 mm were encountered and were removed (Figs. 2-A and 2-B). Cultures of intraoperative specimens were negative.

Five months after the repeat arthroscopy, the patient continued to have shoulder pain and restricted motion, with radiographs revealing arthritic changes and decreased cartilage thickness.

CASE 3. A forty-three-year-old right-hand-dominant female martial artist underwent an anatomic repair of a traumatic anterior Bankart lesion with five Bioknotless anchors with Panacryl suture. Rehabilitation consisted of pendulum exercises for three weeks, passive range-of-motion exercises from three to six weeks postoperatively, and then advancement to isometric rotator cuff strengthening exercises, with active-assisted motion and an active range of motion starting at six weeks postoperatively. Shoulder strengthening was initiated at three months.

The patient initially did well; however, at twelve months postoperatively, she reported a subtle sensation of instability. At eighteen months postoperatively, she had activity-related pain. Radiographs showed a decreased glenohumeral joint space and cystic changes of the glenoid. Magnetic resonance imaging scans performed at twelve and eighteen months postoperatively revealed progressive osteolysis around the suture anchors and destruction of the glenohumeral articular surfaces. A computed tomography scan also showed severe glenoid osteolysis (Fig. 3) and decreased glenohumeral cartilage space. Shoulder arthroscopy performed at eighteen months because of the progressive pain and radiographic changes revealed full-thickness geographic loss of cartilage involving one-third to one-half of the anterior aspect of the humeral head with reciprocal cartilage damage to 75% of the anterior glenoid surface. All five suture anchors were loose within their cystically dilated bone tunnels. Two anchors were easily removed and were found to be completely intact. The remaining three anchors were found to be fragmented into multiple small pieces. Two of three broth cultures of intraoperative specimens had delayed growth of *Propionibacterium acnes*, and the patient was treated with six weeks of oral antibiotics.

At nine months postoperatively, the symptoms remained unchanged from the preoperative status.

CASE 4. An eighteen-year-old male military recruit underwent repair of an anterior Bankart lesion, a posterior Bankart lesion, and a type-II SLAP lesion with two, two, and one Bioknotless anchor with Ethibond (Ethicon, Somerville, New Jersey) suture, respectively. Thus, a total of five Bioknotless anchors with Ethibond suture were used. As in Cases 1 and 2, thermal ablation was used during the operation. The postoperative rehabilitation was similar to that described for Case 3.

At six months postoperatively, the patient reported a "grinding" sensation in the shoulder. Radiographs showed irregularity of the articular surfaces of the glenohumeral joint. A computed tomography scan revealed a narrowed cartilage space with severe lytic changes to the glenoid and subchondral cysts on the humeral head. Arthroscopy to assess the "grinding" sensation showed dramatic full-thickness cartilage loss, involving both the anterior aspect of the humeral head and the anterior aspect of the glenoid, around a loose anterior-



Fig. 4-A



Fig. 4-B

**Figs. 4-A, 4-B, and 4-C** Case 4. An eighteen-year-old man had pain and grinding in the shoulder six months after a complex labral repair with Bioknotless anchors. **Fig. 4-A** An anteroposterior radiograph shows decreased cartilage space and a small area of humeral head collapse. **Fig. 4-B** An axial computed tomography image shows severe cystic changes of both the glenoid and the humerus.

superior anchor (Figs. 4-A, 4-B, and 4-C). As in the other patients, there was a sharp demarcation between the damaged articular cartilage and the normal cartilage. The suture anchor was found to piston into an enlarged cystic bone tunnel and out to the articular surface of the glenoid. It was easily removed. The anchor used to repair the SLAP lesion was also loose and easily removed from its bone tunnel. The two removed anchors appeared intact without any visible degradation. The remaining three anchors appeared stable. Cultures of specimens taken during the arthroscopy were negative.

## Discussion

These four cases of joint destruction represent tragic complications following surgery that has come to be thought of as having relatively minimal morbidity. We believe that several aspects of the etiology of these failures can be explained by the collected evidence (Fig. 5). The most striking observation was the sharply demarcated separation between the area of cartilage damage on the humeral head and the remainder of the head, on which the cartilage was pristine and undamaged, suggesting a mechanical cause of the cartilage damage. This mechanical theory was further supported by the observation that one or more anchors in each patient were loose within the bone tunnels and had shifted back to the level of the joint surface, where they came into contact with the humeral head. All anchors had been inserted by the senior author, with confirmation of appropriate anchor placement and depth prior to the conclusion of each procedure. In addition, the cartilage damage in all four patients was located on the section of the head that came into contact with the loose prominent anchors.

Another observation was that in each patient, one (or more) of the anchors was sitting loose in a large osteolytic hole and could easily be pulled out of the bone by simply grasping the sutures to which it was attached. Thus, anchors had lost their fixation in bone and were able to damage humeral head cartilage. A critical issue, therefore, is whether the osteolysis was the cause or the effect of the anchors becoming loose in the glenoid. If the osteolysis developed de novo, one might expect it



Fig. 4-C

Repeat arthroscopy demonstrated a loose suture anchor at the articular margin with surrounding joint destruction.




Fig. 5

Possible etiology of humeral head cartilage damage associated with Bioknotless suture anchors. (By permission of the Mayo Foundation.)

to have affected all anchors in a given patient. However, this was not the case; in two patients at least three anchors were stable, and one of those patients had no evidence on computed tomography scanning or at the time of arthroscopy of osteolysis around those three anchors. This finding supports the interpretation that osteolysis may have developed secondary to micromotion after the anchors lost their initial stability, rather than resulting from a chemical degradation process.

We believe that poor initial anchor stability was due to the interplay of at least three factors: (1) the number of anchors used (five in each patient), (2) the knotless concept (which requires the anchors to be placed farther into the bone than a conventional anchor), and (3) the Bioknotless anchor design (which resists pull-out by frictional interference). Zumstein et al.[10] found greater gap formation after cyclical loading with the Knotless anchor design than after loading with the GII anchor from Mitek (Norwood, Massachusetts).

On the basis of the above factors, we postulated that the Bioknotless anchors used in these four patients did not perform according to specifications with respect to resisting motion within bone and that the likely etiology was mechanical loosening. However, multifactorial causes such as cellular reactions to poly(L-lactide) cannot be totally excluded.

Five Bioknotless anchors were used in each of our four



Fig. 6

Case 3. A sagittal computed tomography image made at the level of the glenoid subchondral bone in a patient treated with five Bioknotless anchors. The bone tunnels of the superior two anchors and the inferior two anchors have coalesced, which may have led to decreased anchor fixation, early pull-back, and associated mechanical damage to the glenohumeral articular cartilage.

patients. Therefore, the anchors probably converged in the glenoid, perhaps even coming into contact with each other. This convergence of anchors resulted in discontinuity of the bone surrounding the anchors and therefore potentially decreased resistance to pull-out (Fig. 6).

Panacryl suture was used in the first three patients but not in the fourth, in whom Ethibond was used, suggesting that the suture material was not the cause of the problems[11].

Bioabsorbable fixation devices are commonly used in shoulder surgery, and adverse reactions have been described. Polyglycolic acid implants have been associated with synovitis, foreign-body reactions, and osteolysis[3,4]. In a prospective study, Ejerhed et al.[5] compared the radiographic results after the use of bioabsorbable and nonabsorbable suture anchors for open Bankart repair. They observed asymptomatic drill holes or cystic changes on the plain radiographs of nine of fifteen patients treated with bioabsorbable polyglycolic acid anchors and ten of fifteen patients treated with nonabsorbable suture anchors. Muller et al.[12] reported asymptomatic osteolysis of the glenoid in association with poly(L-lactide) anchors in seven of fifteen patients at four months postoperatively. None required a reoperation or had progressive glenohumeral arthritis. In 2003, Freehill et al.[9] reported complications in ten of fifty-two patients treated with poly(L-lactide) tacks for arthroscopic shoulder stabilization. All ten patients had pain and were found to have glenohumeral synovitis on repeat arthroscopy. Three patients had full-thickness cartilage loss on the humeral head and glenoid.

Recently, diffuse chondrolysis was reported as a complication of thermal capsulorrhaphy used to treat shoulder instability[13]. A thermal device was used sparingly in our patients; however, the focal pattern of cartilage destruction in our series was not in keeping with the diffuse chondrolysis encountered with excessive thermal damage.

The number of anchors (five) used in each of these four patients may seem high. However, it is consistent with the report of Lo and Burkhart[14], who used a mean of seven anchors (range, five to nine anchors) in seven patients with triple labral lesions. Two of our four patients had triple labral lesions.

On the basis of the findings in this report, we have discontinued the use of Bioknotless suture anchors at our institution. We recommend that these devices not be used when there is risk of anchor convergence within the glenoid, such as with repairs of triple lesions and other complex labral lesions. We also recommend follow-up with appropriate imaging studies of all patients who have had these devices implanted. Lesions detectable on plain radiographs should be evaluated with computed tomography and/or magnetic resonance imaging and should be followed for progression of osteolysis or the onset of symptoms. Patients presenting postoperatively with delayed-onset pain and/or stiffness, osteolysis, chondrolysis, or early arthropathy should be evaluated with diagnostic arthroscopy to look for loose or prominent anchors. Such anchors should be removed to lessen the risk of articular damage. ■

George S. Athwal, MD, FRCSC
Hand and Upper Limb Centre, St. Joseph's Health Care, University of Western Ontario, 268 Grosvenor Street, Room L009, London, ON N6A 4L6, Canada. E-mail address: gathwal@uwo.ca

Shyam M. Shridharani, MD
Shawn W. O'Driscoll, MD, PhD, FRCSC
Department of Orthopedic Surgery, Mayo Clinic, 200 First Street S.W., Medical Sciences Building 3-69, Rochester, MN 55905. E-mail address for S.W. O'Driscoll: odriscoll.shawn@mayo.edu

The authors did not receive grants or outside funding in support of their research for or preparation of this manuscript. They did not receive payments or other benefits or a commitment or agreement to provide such benefits from a commercial entity. No commercial entity paid or directed, or agreed to pay or direct, any benefits to any research fund, foundation, educational institution, or other charitable or nonprofit organization with which the authors are affiliated or associated.

doi:10.2106/JBJS.E.00721

## References

**1.** Barber FA, Snyder SJ, Abrams JS, Fanelli GC, Savoie FH 3rd. Arthroscopic Bankart reconstruction with a bioabsorbable anchor. J Shoulder Elbow Surg. 2003;12:535-38.

**2.** Weiler A, Hoffmann RF, Stahelin AC, Helling HJ, Sudkamp NP. Biodegradable implants in sports medicine: the biological base. Arthroscopy. 2000;16:305-21.

**3.** Edwards DJ, Hoy G, Saies AD, Hayes MG. Adverse reactions to an absorbable shoulder fixation device. J Shoulder Elbow Surg. 1994;3:230-3.

**4.** Burkart A, Imhoff AB, Roscher E. Foreign-body reaction to the bioabsorbable Suretac device. Arthroscopy. 2000;16:91-5.

**5.** Ejerhed L, Kartus J, Funck E, Kohler K, Sernert N, Karlsson J. A clinical and radiographic comparison of absorbable and non-absorbable suture anchors in open shoulder stabilisation. Knee Surg Sports Traumatol Arthrosc. 2000; 8:349-55.

**6.** Dejong ES, DeBerardino TM, Brooks DE, Judson K. In vivo comparison of a metal versus a biodegradable suture anchor. Arthroscopy. 2004;20:511-6.

**7.** Yian E, Wang C, Millett PJ, Warner JJ. Arthroscopic repair of SLAP lesions with a bioknotless suture anchor. Arthroscopy. 2004;20:547-51.

**8.** Bos RR, Rozema FR, Boering G, Nijenhuis AJ, Pennings AJ, Verwey AB, Nieuwenhuis P, Jansen HW. Degradation of and tissue reaction to biodegradable poly(L-lactide) for use as internal fixation of fractures: a study in rats. Biomaterials. 1991;12:32-6.

**9.** Freehill MQ, Harms DJ, Huber SM, Atlihan D, Buss DD. Poly-L-lactic acid tack synovitis after arthroscopic stabilization of the shoulder. Am J Sports Med. 2003;31:643-7.

**10.** Zumstein M, Jacob HA, Schneeberger AG. In vitro comparison of standard and Knotless metal suture anchors. Arthroscopy. 2004;20:517-20.

**11.** Clavert P, Warner JJ. Panacryl synovitis: fact or fiction? Arthroscopy. 2005; 21:200-3.

**12.** Muller M, Kaab MJ, Villiger C, Holzach P. Osteolysis after open shoulder stabilization using a new bio-resorbable bone anchor: a prospective, non-randomized clinical trial. Injury. 2002;33 Suppl 2:B30-6.

**13.** Levine WN, Clark AM Jr, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. J Bone Joint Surg Am. 2005;87:616-21.

**14.** Lo IK, Burkhart SS. Triple labral lesions: pathology and surgical repair technique—report of seven cases. Arthroscopy. 2005;21:186-93.