# EXHIBIT 17

# Panacryl Synovitis: Fact or Fiction?

Philippe Clavert, M.D., and Jon J. P. Warner, M.D.

**Purpose:** It has been suggested from anecdotal experience that Panacryl suture (Ethicon, Johnson & Johnson, Westwood, MA) may be responsible for an exaggerated inflammatory response. Our goal was to test the null hypothesis that Panacryl causes aseptic synovitis when used on anchors in the case of arthroscopic Bankart and rotator cuff repair. **Type of Study:** Retrospective review of the postoperative outcome, specifically looking for clinical criteria that are associated with aseptic synovitis. **Methods:** Eighty-three arthroscopic Bankart and 33 arthroscopic rotator cuff repairs were performed using anchors loaded with Panacryl. The clinical factors associated with synovitis that we assessed were motion, pain, hyperthermia, and swelling. **Results:** There was no hyperthermia. Two patients had transient swelling and 10 patients had initial transient postoperative pain. One patient had chronic pain and a second arthroscopy was performed 5 months after the initial procedure, which revealed obvious synovitis. Biopsy examinations were performed and these showed typical foreign-body reaction. Two anterior redislocations occurred after new traumas, 2 failed rotator cuff repairs were observed, due to early active motion, and 2 underwent an open revision repair; synovitis was not observed in any of these cases. After 6 months, the loss of external rotation was a mean of 6.7° (Bankart) and 3.3° (rotator cuff repair). The loss of forward elevation was a mean of 5.8° (Bankart) and of 3.3° (rotator cuff repair). **Conclusions:** In only 1 of 116 cases of arthroscopic repair was there direct evidence of synovitis. Even in the cases undergoing revision surgery, there was no indication that Panacryl caused aseptic synovitis. Clinical course after these repairs appeared to be similar to historical experience using nonabsorbable braided suture material. Failure rates in each series appeared to be more related to new trauma and use of other implants than to Panacryl suture. **Level of Evidence:** Level IV. **Key Words:** Foreign-body reaction—Panacryl—Shoulder instability—Rotator cuff tear—Retrospective study.

The use of absorbable implants in orthopaedic surgical procedures is becoming more frequent. Arthroscopic shoulder surgery with Panalok and Bioknotless anchors (Mitek, Johnson & Johnson, Westwood, MA) loaded with Panacryl (Ethicon, Johnson & Johnson, Westwood, MA) suture offers some advantage in terms of suture resistance and biodegradability over time. It has been suggested that the Panacryl suture may be responsible for an exaggerated inflammatory response, leading to inflammatory granuloma, wound swelling, aseptic synovitis, and early failure. Reports in the literature do not clearly establish this statement. The aim of this study was to test the null hypothesis that Panacryl causes aseptic synovitis when used with anchors in arthroscopic Bankart and rotator cuff repair. We did this by performing a retrospective review of the postoperative outcome of patients undergoing these procedures, specifically looking for clinical criteria that are associated with aseptic synovitis.

*From the Harvard Shoulder Service, Department of Orthopaedic Surgery, Massachusetts General Hospital, Boston, Massachusetts, U.S.A.*

*Address correspondence and reprint requests to Jon J. P. Warner, M.D., Harvard Shoulder Service, Department of Orthopaedic Surgery, Massachusetts General Hospital, 275 Cambridge St, Suite 403A, Boston, MA 02114, U.S.A. E-mail: jwarner@partners.org*

*© 2005 by the Arthroscopy Association of North America*

*0749-8063/05/2102-3905$30.00/0*
*doi:10.1016/j.arthro.2004.10.015*

## METHODS

During the study period from April 2000 through August 2002, 83 arthroscopic stabilizations of the glenohumeral joint (83 patients) and 33 rotator cuff repairs (33 patients) with Panalok and Bioknotless anchors were performed by the senior author (J.J.P.W.). The criteria for inclusion in the study were

Case No. 1:08-cv-00365-MSK-CBS Document 254-3 filed 07/28/10 USDC Colorado pg 3 of 5



the use of 1 or more anchors loaded with the Panacryl suture. We omitted all cases of revision surgery and all repairs done with another anchor not loaded with Panacryl. Patients were evaluated by a thorough chart review for operative and postoperative data, at a minimum of 7 months.

### Surgical Technique and Rehabilitation

Each patient underwent regional anesthesia associated, if necessary, with general anesthesia. They were placed in the beach-chair position and a standard posterior arthroscopic portal was made. For the arthroscopic Bankart procedure, 2 anterior working portals were then made; the first placed just lateral and superior to the coracoid process and used for instrumentation, and the second placed just lateral to the coracoid process and used for insertion of the anchors. For the rotator cuff repair, an anterior portal was made for outflow and instrumentation. A second portal was made laterally for instrumentation and for insertion of the anchors. Six (18%) of the repairs were performed with the use of a mini-open approach, and 27 (82%) were performed arthroscopically. In the case of arthroscopic Bankart repair, an average of 3 anchors (range, 1 to 4) were used; in the rotator cuff repairs, an average of 2 anchors (range, 1 to 4) were used.

Postoperatively, each patient was put in a sling for 4 weeks. After the Bankart procedure, active range of motion was allowed after 4 weeks. Progressive return to daily living activities was then allowed. Return to noncontact sports was allowed at 4 months. After a rotator cuff repair, physical therapy consisted of only pendulum exercises and passive range of motion during the first 4 weeks, and active range of motion began after the fourth week. Progressive return to daily living activities was then allowed, and strengthening was delayed to the fourth month.

### Outcome Measures

Each patient underwent a postoperative clinical examination at 2 weeks, 4 weeks, 3 months, and 6 months. For clinical examination, the patient was seated. Both shoulders were tested for range of motion in forward flexion, abduction, internal rotation, and external rotation. External rotation was evaluated in adduction with the arm at the side. Other than motion, pain, hyperthermia of the incision, and swelling were recorded to assess for a clinical presence of shoulder synovitis. For statistical analyses, mean and standard deviation were performed by means of Microsoft Excel 97 (Microsoft, Redmond, WA).

## RESULTS

There were 132 patients available for investigation. Nine were lost early to follow-up, 2 had returned to their countries of origin (Germany and India), 1 had moved out of the state, and 6 were otherwise unavailable for follow-up. The patient data are summarized in Table 1.

### Operative Findings

In 13 cases, synovitis was identified at the time of the initial surgery (8 Bankart procedures and 5 rotator cuff repairs). Preoperatively, all patients with instability were free of pain, except in the apprehension position, and had full range of motion. For the patients with rotator cuff tears, impingement signs were positive and motion was decreased because of the tear. All these patients had an excellent outcome: no pain, no swelling, and no stiffness. During the Bankart procedure, a mean of 1 Panalok and 2 Bioknotless anchors were used. For the rotator cuff repairs, a mean of 2 Panalok RCs were used in association with transosseous cuff reinsertion in case of mini-open surgery.

### Pain, Swelling, and Hyperthermia

No hyperthermia in the region of the incisions was noted. Ten patients had initial postoperative pain, which they felt was severe, and they requested the use of drugs: 5 after a Bankart repair and 5 after a rotator cuff repair. Four of these 5 patients with painful cuff repairs had a retear of their cuff. Two patients had a painful postoperative adhesive capsulitis. One of these patients underwent an arthroscopic release 6 months after the initial surgery, at which time only mild synovitis was seen, but no synovial biopsy specimen was taken for histologic examination. An arthroscopic release was also proposed to the second patient after 9 months. The patient preferred to continue his physical therapy with improvement. After Bankart repair, 2 patients had severe pain and transient swelling for 2 and 3 weeks after surgery, respectively. One of them underwent a second arthroscopy 8 months after the initial surgery. No synovitis was observed and the Bankart lesion was healed; however, a partial tear of his rotator cuff was diagnosed and debrided. The final outcome of both patients was excellent: no stiffness nor any pain. They both had a full return to their sports and daily living activities. One patient with chronic resistant pain had a second arthroscopy performed 5 months after the initial procedure. Obvious synovitis was found and multiple biopsy specimens were pro-

**Table 1.** *Patient Data*

| | Instability | Rotator Cuff Repair |
|---|---|---|
| Mean age (yr) (range) | 35.64 (15-62) | 56.2 (33-75) |
| Male | 66 (79.5%) | 18 (54.5%) |
| Female | 17 (20.5%) | 15 (45.5%) |
| Dominant extremities | 47 (56.6%) | 20 (60.6%) |
| Nondominant extremities | 36 (43.4%) | 13 (39.4%) |

cured. Examination showed typical foreign-body reaction: synovial hyperplasia and foreign-body giant cell reaction to foreign material. Swift resolution of pain and restricted motion was observed after lavage and articular debridement. At least 2 patients had pain due to other reasons: 1 had biceps tendonitis disease and 1 had an injury to his acromioclavicular joint.

### Function

Data on the loss of external rotation for patients followed-up for 6 months after their surgery are reported in Table 2. After 6 months, the loss of external rotation with the arm at the side was at mean of 6.7° ± 10.8° after a Bankart procedure and 3.3° ± 7.9° after rotator cuff repair. The loss of forward elevation was at mean of 5.8° ± 8.8° after a Bankart procedure and of 3.3° ± 6.7° after a rotator cuff repair.

### Failures

Anterior redislocation after arthroscopic stabilization occurred in 2 of the 84 shoulders. Each of these had sustained a trauma that occurred in abduction and external rotation position. There were 2 failed rotator cuff repairs. In these 2 cases, early active motion within the first week after surgery was reported.

The indications for a second surgery were pain and restricted range of motion after the original surgery. The time to the second surgery was a mean of 39 weeks after a Bankart repair (range, 19 to 81 weeks) and 32 weeks after a rotator cuff repair (range, 10 to 58 weeks). Two patients with failed rotator cuff repair underwent an open revision repair and in no case was synovitis observed.

## DISCUSSION

The Panacryl suture is a copolymer of 95% of polylactic acid and 5% of polyglycolic acid. This copolymer is treated with a second copolymer composed of 90% polycaprolacton and 10% of polyglycolic acid. The initial tensile load of this suture is equal to that of braided suture. At 3 months, the ultimate failure strength of the Panacryl is of 80% of control and at 6 months of 60%.[1] On the basis of these characteristics, some absorbable anchors are loaded with this suture: Panalok, Panalok RC, and Bioknotless. The use of absorbable implants and absorbable suture eliminates concerns about articular injury from metal implants. Adverse reactions may lead to failure or increase the recovery time. Regarding the composition of the implant, the significant local inflammatory reaction rate may be from 0.2% to 5.3%. Polyglycolic acid leads to more inflammatory reactions than polylactic acid.[2] Reported complications with the use of these materials include sterile osteolysis, synovitis, and hypertrophic fibrous encapsulation.[3]

Clinical criteria of aseptic synovitis are usually pain, swelling, stiffness, and shoulder or portal hyperthermia.[2,4-6] The pain is usually qualified as being persistent or increasing over time. Patients may also report shoulder discomfort after removal of the sling. Attention to shoulder function, especially the loss of external rotation, is a major clinical criterion of stiffness induced by synovitis. Pain and stiffness do not improve with anti-inflammatory medications and physical therapy in cases of synovitis.[4]

Even if the diagnosis of synovitis is based mainly on clinical criteria, other investigations may help. A mild elevation of the erythrocyte sedimentation rate and of the C-reactive protein associated with a normal white cell count may be observed. Otherwise imaging evidence of synovitis are synovial enhancement and intra-articular fluid.[5] In our study, blood testing was not done. Imaging studies, were requested in case of clinical evidence of failure of rotator cuff repairs.

The loss of motion or stiffness after surgery found in this study was 6.7° after a Bankart procedure and 5.7° after a rotator cuff repair, which is comparable to other studies.[7-11] After a Bankart procedure, the mean loss of external rotation with the arm at the side ranges from 3.5° to 9°, and with the arm at 90° of abduction is of 22.5°. The loss of forward flexion in the rotator

**Table 2.** *Loss of External Rotation for Patients Followed-up at Least 6 Months*

| Loss of External Rotation | Instability | Rotator Cuff Repair |
|---|---|---|
| 0° | 43 (58.9%) | 22 (81.5%) |
| <5° | 6 (8.2%) | 1 (3.7%) |
| 5°-10° | 15 (20.5%) | 0 |
| 10°-20° | 3 (4.1%) | 3 (11.1%) |
| >20° | 6 (8.2%) | 1 (3.7%) |

cuff repair group is also similar to other published reports. The loss of external rotation after a rotator cuff repair is not usually quoted in literature.[12] Moreover, in this study, 6 mini-open approaches were necessary owing to tendon delaminations or tear configurations. No patient suffered from postoperative stiffness. In this study, only 1 of 141 cases had a synovitis and a foreign-body reaction that might have been related to the suture. Another study had compared 2 groups of rotator cuff tears treated with Ethibond or Panacryl sutures. Clinical outcome of these 2 groups did not differ, i.e., Panacryl was not responsible for a high rate of failure or foreign-body reaction.

Failure rates in each series appeared to be more related to new trauma and the use of implants other than Panacryl sutures. We had in this series 4 broken cuff tacks of the 22 used.

In 13 cases, the presence of synovitis at the time of initial surgery was reported. There appeared to be no association between vascularity of the local tissues at the time of surgery and postoperative outcome. A sufficient debris cleaning capacity of the tissues probably is essential to prevent the accumulation of polymeric degradation particles.[2]

## CONCLUSION

In only 1 of 141 cases of arthroscopic repair was there direct evidence of synovitis. Even in the cases undergoing revision surgery there was no indication that Panacryl caused aseptic synovitis. The clinical course after these repairs appeared to be similar to historical experience using nonabsorbable braided material and case-controlled studies using braided material and Panacryl. Failure rates in each series appeared to be more related to new trauma and the use of implants other than Panacryl suture.

## REFERENCES

1. Heino A, Naukkarinen A, Kulju T, Tormala P, Pohjonen T, Makela EA. Characteristics of poly(L-)lactic acid suture applied to fascial closure in rats. *J Biomed Mater Res* 1996;30: 187-192.
2. Bostman OM, Pihlajamaki HK. Adverse tissue reactions to bioabsorbable fixation devices. *Clin Orthop* 2000;371:216-227.
3. Marcus VA, Roy I, Sullivan JD, Sutton JR. Necrobiotic palisading suture granulomas involving bone and joint: Report of two cases. *Am J Surg Pathol* 1997;21:563-565.
4. Edwards DJ, Hoy G, Saies AD, Hayes MG. Adverse reactions to an absorbable shoulder fixation device. *J Shoulder Elbow Surg* 1994;3:230-233.
5. Burkart A, Imhoff AB, Roscher E. Foreign-body reaction to the bioabsorbable Suretac device. *Arthroscopy* 2000;16:91-95.
6. Menche DS, Phillips GI, Pitman MI, Steiner GC. Inflammatory foreign-body reaction to an arthroscopic bioabsorbable meniscal arrow repair. *Arthroscopy* 1999;15:770-772.
7. Dora C, Gerber C. Shoulder function after arthroscopic anterior stabilization of the glenohumeral joint using an absorbable tac. *J Shoulder Elbow Surg* 2000;9:294-298.
8. Cole BJ, L'Insalata J, Irrgang J, Warner JJ. Comparison of arthroscopic and open anterior shoulder stabilization: A two to six-year follow-up study. *J Bone Joint Surg Am* 2000;82:1108-1114.
9. Karlsson J, Magnusson L, Ejerhed L, Hultenheim I, Lundin O, Kartus J. Comparison of open and arthroscopic stabilization for recurrent shoulder dislocation in patients with a Bankart lesion. *Am J Sports Med* 2001;29:538-542.
10. Sperber A, Hamberg P, Karlsson J, Sward L, Wredmark T. Comparison of an arthroscopic and an open procedure for posttraumatic instability of the shoulder: A prospective, randomized multicenter study. *J Shoulder Elbow Surg* 2001;10: 105-108.
11. Kim SH, Ha KI, Kim SH. Bankart repair in traumatic anterior shoulder instability: Open versus arthroscopic technique. *Arthroscopy* 2002;18:755-763.
12. Murray TF, Lajtai G, Mileski RM, Snyder SJ. Arthroscopic repair of medium to large full-thickness rotator cuff tear: Outcome at 2 to 6-year follow-up. *J Shoulder Elbow Surg* 2002;11:19-24.