# EXHIBIT 19

AAOS American Academy of Orthopaedic Surgeons
American Association of Orthopaedic Surgeons

# Podium Presentations

**Post-arthroscopic shoulder chondrolysis with associated intraarticular Pain Pump Catheter use.**

Paper No: 360
Thursday, March 23, 2006
05:48 PM - 05:54 PM

Location: McCormick Place
S501

**Brent P Hansen, DO** Peoria AZ (n)
Charles L Beck, MD West Jordan UT (c-Mitek)
Robert W Townsley, PA Salt Lake City UT (n) Moderator(s):
Thomas N Lindenfeld, MD Cincinnati OH
Lawrence Wells, MD Philadelphia PA

**Sports Medicine/Arthroscopy** 177 arthroscopic shoulder surgeries were evaluated for postoperative chondrolysis. An association with postoperative intraarticular pain pump catheters is suspected.

Post-arthroscopic shoulder chondrolysis is a devastating complication. No etiology has been firmly identified and treatment options are limited. We reviewed recently seen cases to determine if an etiology could be identified.

The charts of 152 patients who underwent 177shoulder arthroscopies by the senior author between January 1, 2003 and December 31, 2005 were reviewed for post-arthroscopic chondrolysis. Demographics, procedure, implant andsuture type, thermal probe use, intraarticular pain catheter use and other common factorswere evaluated. Allchondrolysis cases also had rheumatologic and infection work-ups.

Twelveshoulders inten patients whounderwent arthroscopic stabilizationdeveloped chondrolysis. 83% of theserequired a subsequent procedure. Allchondrolysis patients hadbeen treated post-operatively with an intraarticular pain pump catheter ( IAPPC)with marcaine 0.25% with epinephrine 1:200000.Seven other patients treated with IAPPC's have not developedchondrolysis but are considered at risk.No other patients developed chondrolysis in this group. No other factors were common.

The pH of marcaine with epinephrine is between 3.5 and 5.5. All chondrolysis cases occurred afterbeginning theuse of a larger pain pump which infused this medication at 4.16cc/hour over 2 or 3 days. Although the exact etiologyand mechanism of chondrolysis is still unknown, we believe there is a significantand previously unrecognized riskassociated withthe use of IAPPC's and bupivicaine with epinephrine. IAPPC's should be used with caution until the safety of constantly infusing local anesthetics intraarticularly is better defined.

If noted, the author indicates something of value received:

a - Research or institutional support

b - Miscellaneous non-income support (e.g., equipment or services), commercially derived honoraria, or other non-research related funding (e.g., paid travel)

c - Royalties have been received

d - Stock or stock options held

e - Consultant or employee

n - Nothing of value received

A • to the left of the title indicates the FDA has not cleared the drug or device for the described purpose.

---

**-PRIVACY POLICY-** Disclaimers & Agreement Advertising & Sponsorship Contact AAOS Technical Requirements Careers
6300 North River Road Rosemont, Illinois 60018-4262 Phone 847.823.7186 Fax 847.823.8125
© 1995-2007 by the American Academy of Orthopaedic Surgeons. "All Rights Reserved." This website and its contents may not be reproduced in whole or in part without written permission. "American Academy of Orthopaedic Surgeons" and its associated seal and "American Association of Orthopaedic Surgeons" and its logo are all registered U.S. trademarks and may not be used without written permission.