# EXHIBIT 24

AAOS American Academy of Orthopaedic Surgeons
American Association of Orthopaedic Surgeons

# 75th Annual Meeting Podium Presentations

**Sports Medicine/Arthroscopy 2: Cartilage: Meniscal and Articular**

**Local anaesthetics induce chondrocyte death in bovine articular cartilage**

Podium No: 122

Wednesday, March 05, 2008
04:06 PM - 04:12 PM

Location: Moscone Convention Center
Room 307-310

**Ian Lo, MD** Calgary AB Canada
May Chung, BSc
Sherri Liang, BSc
Paul Sciore Calgary AB Canada
Richard Stuart Boorman, MD Calgary AB Canada
Kenneth Muldrew, PhD
Gail M Thornton Calgary AB Canada
Jerome B Rattner, PhD

Moderator(s):
Mark J Lemos, MD Rye NH
Ronald Anthony Navarro, MD Rolling Hills CA

Commonly used local anaesthetics bupivacaine, lidocaine and ropivicaine have a negative effect on chondrocyte viability in cultured bovine articular cartilage discs.

Following arthroscopic surgery it has been common practice to inject various local anaesthetics into the joint for pain relief. In addition, infusion of local anesthetics using indwelling catheters for 24-48 hours has become common for outpatient arthroscopic surgery. Recently, some authors have reported catastrophic acute chondrolysis following arthroscopic surgery. While some cases have been associated with thermal capsulorraphy, other authors have implicated intra-articular catheter use to acute chondrolysis. However, the effect of local anesthetics on articular cartilage is unclear. The purpose of this study was to evaluate the effect of various local anaesthetics (i.e. bupivacaine, lidocaine, ropivacaine) on chondrocyte viability on bovine articular cartilage discs.

Bovine articular cartilage was obtained form the condylar surfaces of the radial-carpal joint. Full thickness cartilage discs were isolated from the joint surface using a 4 mm punch. Following washing, discs were incubated in various concentrations of local anaesthetics (0.25% bupivacaine, 1% lidocaine, 0.5% ropivacaine) +/- epinephrine for 1,3,12 and 24 hours. Following incubation discs were cut into 70 um sections and cell viability determined using SYTO 13 green fluorescent nucleic acid stain and ethidium bromide.

Results demonstrated that 0.25% bupivacaine, 1% lidocaine and 0.5% ropivacaine had a negative effect on chondrocyte viability in bovine articular cartilage discs. This effect was both dose and

Case No. 1:08-cv-00865-MSK-CBS Document 255-5 filed 07/28/10 USDC Colorado pg 3 of 3

duration dependent. For example when cultured for 12 hours in increasing concentrations (2.5%, 5%, 10%, 25%, 50%, 100%) of 0.25% bupivacaine chondrocyte viability decreased from 90%, 87%, 83%, 76%, 23%, and 5% respectively. Similar results were obtained from 1% lidocaine and 0.5% ropivacaine. In addition when cultured in a 50% soluation of 0.25% bupivacaine for increasing time periods (1hr, 3 hrs, 5 hrs, 8 hrs, and 24 hrs) chondrocyte viability decreased from 88%, 70%, 63%, 53%, 30%, and 3%, respectively. Similar results were obtained for 1% lidocaine and 0.5% ropivacaine. The addition of epinephrine did not have a consistent or significant effect on chondrocyte viability.

The results of this study demonstrate that commonly used local anaesthetics bupivacaine, lidocaine and ropivicaine have a negative effect on chondrocyte viability in cultured bovine articular cartilage discs. Using a well characterized model this study demonstrated that the effect of exposure to bupivacaine, lidocaine and ropivacaine was in both a dose and duration dependent fashion. Furthermore addition of epinephrine did not consistently or significantly effect chondrocyte viability suggesting that it is the active drug itself which is likely cytotoxic. Since adult chondrocytes have little or no capacity to regenerate, these results suggest that high-dose, long-term intra-articular use of local anaesthetics should be used with caution.

A • to the left of the title indicates the FDA has not cleared the drug or device for the described purpose.

An alphabetical listing of disclosures is available.

Return to Podium Presentations | Return to Wednesday Presentations

---

-**PRIVACY POLICY**- Disclaimers & Agreement Advertising & Sponsorship Contact AAOS Technical Requirements Careers
6300 North River Road Rosemont, Illinois 60018-4262 Phone 847.823.7186 Fax 847.823.8125
© 1995-2008 by the American Academy of Orthopaedic Surgeons. "All Rights Reserved." This website and its contents may not be reproduced in whole or in part without written permission. "American Academy of Orthopaedic Surgeons" and its associated seal and "American Association of Orthopaedic Surgeons" and its logo are all registered U.S. trademarks and may not be used without written permission.


M00204