# EXHIBIT 28

COPYRIGHT © 2008 BY THE JOURNAL OF BONE AND JOINT SURGERY, INCORPORATED

# Bilateral Shoulder Chondrolysis Following Arthroscopy

## A Report of Two Cases

By Patrick E. Greis, MD, Alexander LeGrand, MD, and Robert T. Burks, MD

*Investigation performed at University Orthopaedic Center, University of Utah, Salt Lake City, Utah*

Shoulder arthroscopy has become a common means of treating shoulder instability. Recent reports have documented the rare but devastating complication of chondrolysis following arthroscopic shoulder procedures[1-4]. Although the cause of chondrolysis following these procedures remains unclear, an association with a number of variables has been suggested[1-9].

We present the cases of two individuals, each of whom presented to our institution for the evaluation and treatment of severe shoulder pain after having undergone bilateral arthroscopic shoulder procedures at separate operative times at another institution. Each patient subsequently developed severe chondrolysis of both shoulders. The demographic information, surgical records, and clinical course of the patients were reviewed in an attempt to identify factors associated with this problem. Our patients and the original treating physician were informed that data concerning the cases would be submitted for publication, and they consented.

## Case Reports

CASE 1. A fourteen-year-old female junior-high-school swimmer presented to her treating physician with a nine-month history of bilateral shoulder pain. The patient had pain and instability accompanied by clicks and pops on range of motion of the shoulders, and she reported having numerous subluxation events in both of her shoulders. Physical examination of the left shoulder demonstrated a full range of motion, a 2-cm sulcus sign, posterior translation of the humeral head past the glenoid rim, and anterior translation onto the glenoid rim. A diagnosis of multidirectional instability was made. The patient had previously undergone a comprehensive conservative management program that included physical therapy, chiropractic care, acupuncture, massage therapy, taping, and subacromial injections of corticosteroid medications. Because the symptoms had continued despite nonoperative management, arthroscopy of the left shoulder was performed with the patient under general anesthesia. At the time of surgery, the shoulder joint was preinjected with 20 mL of 0.5% bupivacaine with epinephrine. Routine arthroscopy was performed with use of lactated Ringer's solution (without epinephrine) infused through an arthroscopy pump (Apex C7100A; Linvatec, Largo, Florida) that was set at a pressure of 30 mm Hg. During the procedure, a capsular plication was performed with use of three FiberWire sutures (Arthrex, Naples, Florida) in the anterior capsule and two FiberWire sutures posteriorly to produce a reduction in capsular volume. No thermal devices were used during the procedure. Following the capsular plication, a continuous infusion catheter was placed within the glenohumeral joint (ambIT Continuous; Sorenson Medical, West Jordan, Utah) and was set to infuse 0.5% bupivacaine, without epinephrine, at a rate of 4 mL/hr. The catheter was removed after forty-eight hours.

The shoulder was maintained in a sling for three weeks, and the patient had a relatively unremarkable recovery. She reported mild improvement in shoulder symptoms at two weeks. The patient elected to have an identical procedure, including the postoperative use of an intra-articular catheter to infuse 0.5% bupivacaine, performed on the right shoulder one month after the index procedure. By the ten-week (left shoulder) and six-week (right shoulder) postoperative evaluation, the patient had improved markedly and rated the pain as 1 on a scale of 10. At fourteen weeks after the left shoulder operation, severe pain developed in the left shoulder. The pain was initially managed with nonsteroidal anti-inflammatory medications, a subacromial injection, and a transcutaneous electrical nerve stimulation (TENS) unit. Because of the severity of the symptoms, a

**Disclosure:** The authors did not receive any outside funding or grants in support of their research for or preparation of this work. Neither they nor a member of their immediate families received payments or other benefits or a commitment or agreement to provide such benefits from a commercial entity. No commercial entity paid or directed, or agreed to pay or direct, any benefits to any research fund, foundation, division, center, clinical practice, or other charitable or nonprofit organization with which the authors, or a member of their immediate families, are affiliated or associated.

Case No. 1:08-cv-00365-MSK-CBS Document 256-3 filed 07/28/10 USDC Colorado pg 3 of 8





Fig. 1-A



Fig. 1-B

Case 1. Preoperative anteroposterior (Fig. 1-A) and lateral (Fig. 1-B) radiographs of the shoulder.

workup was undertaken to determine the cause of the pain. The results of rheumatologic and laboratory analyses were negative. An electromyogram revealed normal findings, and magnetic resonance imaging of the left shoulder revealed extensive chondromalacia of the articular surfaces of the shoulder joint. By eighteen weeks after the left shoulder operation, the pain had progressed to 8 on the 10-point scale, and the patient was taken back to surgery for arthroscopic débridement. At that time, she was found to have complete delamination of the articular cartilage of the humeral head. Cartilage samples were sent for culture and histologic evaluation. The loose cartilage was débrided and an intra-articular catheter was once again placed to infuse 0.5% bupivacaine. Histologic evaluation revealed no major inflammation. Specimens obtained at that time were negative on culture. Radiographs that were made one month later confirmed loss of the glenohumeral joint space. The patient continued to have severe pain and was taken to the operating room again, two months after the most recent arthroscopy, for synovial biopsy and to obtain tissue for acid-fast, fungal, aerobic, and anaerobic cultures. All results were negative. The patient continued to have severe pain and was then referred to our institution for evaluation and treatment of the left shoulder. At that time, the patient had mild symptoms on the right side along with some popping and clicking, but these were far less severe than the pain on the left.

At our institution, the patient was evaluated for bilateral shoulder pain. Plain radiographs demonstrated complete loss of joint space on the left, with cystic changes, osseous destruction, and loss of humeral head contour and size (Figs. 1-A and 1-B). There was only mild joint-space narrowing on the right at this time. The range of motion of the left shoulder was limited, with active and passive motion being similar at 40° of abduction, 40° of forward elevation, 20° of external rotation, and internal rotation to the buttock. She had pain throughout and at the extremes of range of motion, crepitation with movement, and moderate atrophy of the supraspinatus and infraspinatus muscles. Given the level of joint destruction, and in light of a negative workup for infection or rheumatologic process, the diagnosis of chondrolysis was made. Options for treatment were discussed, including continued observation, shoulder fusion, and arthroplasty. Fourteen months after the original surgery on the left shoulder, the patient underwent hemiarthroplasty with a stemmed humeral component and with glenoid resurfacing with a meniscal allograft (Figs. 2-A and 2-B). Although the implant was believed to be appropriately sized and the meniscal allograft restored the joint space, the pain failed to resolve and motion of the shoulder remained limited. Despite three additional surgeries over the course of two years, as of this writing, the patient still had pain and severe limitation of motion.

Two years after the original arthroscopy of the right shoulder, the patient underwent right shoulder arthroscopy at our institution as a result of continued, worsening pain. Preoperative workup showed slight joint-space narrowing on plain radiographs and cartilage loss and thinning on magnetic resonance imaging (Fig. 3). At the time of arthroscopy, the patient was found to have chondrolysis with an area of near full-thickness cartilage loss on the posterior aspect of the humeral head along with an area on the posterior one-half of the glenoid where one-half the thickness of the cartilage appeared abnormal. The right shoulder has continued to be painful, but the patient has not required further treatment thus far.

M00122



Fig. 2-A Fig. 2-B

Case 1. Anteroposterior (Fig. 2-A) and lateral (Fig. 2-B) radiographs following hemiarthroplasty with meniscal interposition. The joint space is restored; however, the procedure failed to provide a satisfactory clinical outcome.

CASE 2. An eighteen-year-old female high-school swimmer presented to her treating physician with bilateral shoulder instability and pain. The instability was associated with swimming and had progressed to the point of interfering with activities of daily living. Following attempts at nonoperative management, including physical therapy and subacromial injections of corticosteroid medications, the patient underwent arthroscopic capsular plication of the left shoulder. This procedure was identical to the surgery described for the patient in Case 1. No thermal devices were used during the procedure. Following the capsular plication, a continuous infusion catheter was placed within the glenohumeral joint (ambIT Continuous; Sorenson Medical) for infusion of 0.5% bupivacaine, without epinephrine, at a rate of 4 mL/hr. The catheter remained in place for forty-eight hours and was then removed.

The patient recovered uneventfully following sling immobilization of the shoulder for the first three weeks. By twelve weeks, the symptoms had markedly improved on the left, and a right shoulder arthroscopy and capsular plication were performed. The procedure was performed in the same manner as that performed on the left ten weeks earlier, with the same types of fluids, sutures, and postoperative procedures. Again, an intra-articular catheter was placed for the infusion of 0.5% bupivacaine, without epinephrine, at a rate of 4 mL/hr.

Approximately four months after the left shoulder surgery, the patient began to have increasing pain and difficulty in maintaining motion. Both shoulders became progressively painful, with the left shoulder being more symptomatic than the right. A magnetic resonance imaging scan of the left shoulder, acquired six months after the original surgery, demonstrated cystic changes within the humeral head along with cartilage loss. After conservative treatment failed, the patient was taken back to the operating room eight months after the initial arthroscopy of the left shoulder. At this time, approximately 50% of the humeral head was found to be denuded of articular cartilage, consistent with a diagnosis of chondrolysis. Suture material within the capsule was removed, loose cartilage was débrided, and culture specimens were obtained. Postoperatively, an intra-articular pain pump was placed for the infusion of 0.5% bupivacaine, without epinephrine, at 4 mL/hr. Given the findings, there was concern that the patient was having a reaction to the suture material or had an occult infection, and she was taken back to the operating room for arthroscopy of the right shoulder ten days later.

Case No. 1:08-cv-00365-MSK-CBS Document 256-3 filed 07/28/10 USDC Colorado pg 5 of 8





Fig. 3

Case 1. T1 coronal turbo-spin-echo magnetic resonance imaging scan (repetition time, 554 msec; echo time, 13 msec) demonstrating changes in the right humeral head.

Similar findings were present at this time, with about 25% of the humeral head involved. Postoperatively, an intra-articular catheter was again placed for pain control. Culture specimens obtained from both shoulders were negative. Additional laboratory workup included evaluation of the white blood-cell count, sedimentation rate, and C-reactive protein level, all of which were normal. Follow-up radiographs showed loss of joint space on the left, with some evidence of cortical destruction of the humeral head. The right joint had a preserved joint space at this time.

The patient had little or no relief of symptoms following these procedures and had a rapid progression of symptoms with pain and loss of motion on the left side. As a result of her severe disability and pain, the patient was referred to our institution for further treatment. Initial evaluation ten months from the time of the patient's original surgery on the left side and seven months after surgery on the right side included radiographs of both shoulders. These demonstrated complete loss of the joint space on the left side (Figs. 4-A and 4-B) with mild joint-space narrowing on the right. The examination was notable for a painful range of motion on the left, with 160° of forward elevation, 90° of abduction, and 50° of external rotation. The patient reported having night pain and difficulty sleeping.

Attempts at continued conservative treatment with nonsteroidal anti-inflammatory medication, gentle range-of-motion exercises, and narcotic pain medication were not successful in controlling the patient's symptoms on the left side over the next two months, and she underwent a resurfacing hemiarthroplasty with meniscal interposition grafting to the glenoid at twelve months after the index operation. At the time of surgery, the humeral head and glenoid were completely denuded of cartilage (Fig. 5). The surgery provided only short-term relief of pain, however, and, at two years, the resurfacing prosthesis was revised to a hemiarthroplasty prosthesis with a stemmed humeral component and with biologic resurfacing of the glenoid (GRAFTJACKET; Wright Medical Technology, Arlington, Tennessee). Six months later, most of the pain had been relieved. Active motion was restored to 150° of forward



Fig. 4-A



Fig. 4-B

Case 2. Preoperative anteroposterior (Fig. 4-A) and lateral (Fig. 4-B) radiographs of the left shoulder of the patient.

M00122



Fig. 5

Case 2. Intraoperative photograph of humeral head with severe destructive changes.

elevation, 90° of abduction, and 30° of external rotation along with near-normal strength.

Following the left shoulder arthroplasty, the right shoulder became more painful, with progressive narrowing of the joint space noted radiographically. At two years and two months after the index procedure on the right, the patient underwent conventional hemiarthroplasty with a stemmed component but without glenoid resurfacing. The humeral head was devoid of cartilage and the central portion of the glenoid was denuded but was smooth with the labrum intact. At the time of the one-year follow-up, the patient was doing well and had near normal range of motion of the right shoulder and little or no pain.

## Discussion

Chondrolysis of the shoulder has been reported in the literature by several authors[1-4]. Petty et al.[1] reported on three cases of chondrolysis following arthroscopy in young athletic individuals. In two of the shoulders, a radiofrequency device was used in the treatment of the presumed shoulder disorder. In one of these two shoulders, an extensive débridement was undertaken; in the other, a thermal capsular shrinkage was performed. In the third shoulder, a pain pump with 0.5% bupivacaine and epinephrine was used after rotator cuff débridement and subacromial decompression was performed. The exact position of the catheter and whether it was intra-articular or extra-articular was not documented. In all three shoulders, extensive chondrolysis developed over the ensuing three to eight months. Repeat radiographs and arthroscopy confirmed that there was synovial inflammation and loss of cartilage. The course of time over which these events took place was similar to that seen in our patients.

Other reports of chondrolysis in the literature focus on thermal treatment as a potential cause. Levine et al.[2] reported on two cases of chondrolysis following thermal capsulorrhaphy that was used as a treatment for or as an adjunct to the treatment of shoulder instability. The time course to the presentation of symptoms once again followed a period of time in which the patients did well; however, by six months, progressive stiffness and pain led to the diagnosis of chondrolysis. There is no mention of pain pumps being used in these two patients. Good et al.[4] reported on the cases of eight patients in whom chondrolysis developed after shoulder arthroscopy in which thermal energy was used. None received a postoperative pain pump. High temperatures in the joint during capsular shrinkage have been postulated to be an inciting event in initiating chondrolysis in these patients[2,4].

In a recent article on the subject, Hansen et al.[3] reported on ten patients (twelve shoulders) with glenohumeral chondrolysis following shoulder arthroscopy for the treatment of shoulder instability. The authors looked at features common to the patients experiencing this complication and compared these patients with patients who had undergone similar shoulder surgical interventions without complication. A common feature for the patients who had chondrolysis included the use of an intra-articular pain pump catheter infusing 0.25% bupivacaine, with epinephrine, for forty-eight hours. In contrast, our patients had a continuous infusion of bupivacaine without epinephrine. In their series, chondrolysis developed in 63% of the patients who underwent arthroscopic capsular stabilization with postoperative use of an intra-articular pump catheter for the infusion of bupivacaine with epinephrine for pain control. They recorded no instances of chondrolysis in patients who did not have an intra-articular catheter during the time interval studied. The patients in this study had an average age of 28.9 years (range, sixteen to forty-seven years) and a mean onset of symptoms from the time of the index procedure of 4.3 months (range, three to thirteen months). The authors concluded that the association between chondrolysis and the use of an intra-

articular pain pump catheter for the infusion of bupivacaine with epinephrine is strong enough to recommend discontinuation of the use of such devices in joints with intact articular cartilage.

In evaluating the two patients in our report, we realize that the exact cause of the chondrolysis remains unknown. Common factors include the young age of the patients, the shoulder as the affected joint, an underlying diagnosis of instability, treatment of the instability with use of an arthroscopic technique, the use of an indwelling intra-articular catheter, and the continuous infusion of bupivacaine. It would be of paramount importance to know which of these factors was causative or if other, unknown factors played a role in the cases of our patients. Additionally, the radiographic features associated with the patients in these cases are not uniform. The severity of the osseous changes seen in the left shoulder (Figs. 1-A and 1-B) of the patient in Case 1 represents more than a simple joint-space loss and is greater than that seen in the patient in Case 2. The asymmetric destructive changes to the humeral head may be secondary to synovial hypertrophy and inflammation (similar to the causes of the destructive changes seen with chronic inflammatory arthropathies such as rheumatoid arthritis), and may represent the more severe or advanced end of the spectrum of chondrolysis-induced changes.

Why a relatively young age (fourteen and eighteen years) might predispose patients to this phenomenon is unclear; however, young age is also common in the reports by Petty et al.[1] and Levine et al.[2] (age range, sixteen to twenty years). Hansen et al.[3] also had patients in this young age range, although their group as a whole was somewhat older. One may postulate that there is something inherent in this younger patient population with an underlying diagnosis of instability that puts them at risk for chondrolysis.

An alternative explanation would be that the nature of the surgery itself accounts for factors that are important in this phenomenon. Certainly, instability surgery itself is most common in the younger age population, exposing a disproportionate number of young people to this type of intervention and the techniques associated with these surgeries. The use of thermal devices inside the shoulder is common to four of the five cases reported on in the articles by Petty et al.[1], and in the cases by Levine et al.[2] and Good et al.[4], but thermal devices were not used in our patients. In the case series by Hansen et al.[3], the use of thermal devices was common to only four of the twelve cases. A pain pump with bupivacaine infusion was used in one of the shoulders in the series by Petty et al. (location of catheter not documented)[1], all of the shoulders reported on by Hansen et al.[3], and in the four shoulders reported on here, in which the catheter was placed intra-articularly. Placement of an indwelling catheter is more likely to be intra-articular following surgery to correct instability, especially if the surgeon places the catheter through the same portals and with the same arthroscope position that is being used at the end of the operation. In contrast, following rotator cuff surgery, the catheter is more likely to be placed in the subacromial space. Placement of the catheter in an intra-articular position likely exposes the cartilage to a higher volume and concentration of bupivacaine than when the catheter is placed in a subacromial position, and the concentration may be sufficient to damage the cartilage. Alternatively, the indwelling catheter itself may play a role by causing direct trauma to the articular surfaces. This seems unlikely to be the sole causative factor, however, given the long track record for the use of intra-articular plastic drains to evacuate blood postoperatively in joints without associated chondrolysis.

The shoulder as the location of chondrolysis raises the question of why the problem of chondrolysis has not been seen in the knee. Intra-articular catheters for the infusion of bupivacaine have commonly been used in knee surgery without known adverse effect[10,11]. These types of catheters are often used in the treatment of knee disorders in a similarly young patient population, and the pumps are typically placed in an intra-articular position. If the inciting agent were bupivacaine, one would expect to see similarly devastating cartilage loss with the infusion of that drug into the knee. Possible explanations for why this does not occur include: (1) The increased size of the knee joint minimizes the toxicity of the bupivacaine due to dilution, or (2) The increased thickness of the cartilage of the knee compared with that of the shoulder makes knee cartilage less susceptible to damage.

Recent interest in the role that intra-articular bupivacaine may play in causing chondrolysis has led to several investigations concerning the toxic effects of bupivacaine on chondrocytes. Chu et al.[6] showed that 0.5% bupivacaine solution is cytotoxic to bovine articular chondrocytes and articular cartilage after only fifteen to thirty minutes of exposure. Gomoll et al.[7] performed an in vivo experiment that demonstrated that continuous intra-articular infusion of bupivacaine with and without epinephrine led to significant histopathologic and metabolic changes in articular cartilage ($p = 0.007$, $p = 0.005$, respectively). How these bupivacaine solutions affect chondrocyte viability is not fully understood. There is some concern that the acidic nature of these solutions may play a direct role in the destruction of chondrocytes. According to packaging inserts, bupivacaine as typically used in this setting is an acidic solution with a pH that may vary from 3.4 to 6.5, depending on the preparation. However, recent work by Karpie and Chu[12] has shown that lidocaine, which is similar in chemical nature to bupivacaine, is toxic to chondrocytes even when buffered to a physiologic pH of 7.4. In addition, exposure to saline solutions down to a pH of 5.0 did not result in chondrocyte toxicity. Further study is required to determine if a more physiologic buffered solution of bupivacaine would be cytotoxic. Additionally, Karpie and Chu[12] also showed concentration and time-dependent effects of lidocaine on chondrocyte toxicity. Higher concentrations and longer exposure resulted in more chondrocyte death. Intra-articular placement of an infusion catheter would likely lead to a higher concentration of bupivacaine within the joint than would placement of an infusion catheter in the subacromial space.

Although not proven, the exposure of cartilage to bupivacaine by way of an intra-articular pain pump may be the

inciting event that led to the chondrolysis seen in our two patients. Since other causes did not seem to play a role (i.e., no evidence of infection, no use of thermal devices), we believe that the intra-articular infusion of bupivacaine through an indwelling catheter over a period of forty-eight hours was a probable causative factor in these four shoulders. Because each of the patients was doing well in the early postoperative period and because the symptoms were bilateral, the contralateral shoulder was treated in an identical manner. The exposure of our patients to an indwelling intra-articular catheter that infused bupivacaine was exacerbated by a second exposure in the three shoulders that underwent a repeat arthroscopy to evaluate the progressive symptoms. Ultimately these three shoulders exhibited the most severe chondrolysis and joint deterioration, precipitating the need for joint arthroplasty. Given the concerns raised in the report of our two patients as well as the concerns raised in the other recent reports in the literature, we caution against the use of continuous intra-articular infusion of bupivacaine into the shoulder through an indwelling catheter. ■

Patrick E. Greis, MD
Alexander LeGrand, MD
Robert T. Burks, MD
University Orthopaedic Center, University of Utah,
590 Wakara Way, Salt Lake City, UT 84108.
E-mail address for P.E. Greis: Patrick.greis@hsc.utah.edu

## References

**1.** Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. Am J Sports Med. 2004;32:509-15.

**2.** Levine WN, Clark AM, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. J Bone Joint Surg Am. 2005;87:616-21.

**3.** Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. Am J Sports Med. 2007;35:1628-34.

**4.** Good CR, Shindle MK, Kelly BT, Wanich T, Warren RF. Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. Arthroscopy. 2007;23:797.e1-5.

**5.** Tamai K, Higashi A, Cho S, Yamaguchi T. Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair—a report of 2 cases. Acta Orthop Scand. 1997;68:401-2.

**6.** Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. Arthroscopy. 2006;22:693-9.

**7.** Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. Arthroscopy. 2006;22:813-9.

**8.** Lu Y, Edwards RB 3rd, Nho S, Cole BJ, Markel MD. Lavage solution temperature influences depth of chondrocyte death and surface contouring during thermal chondroplasty with temperature-controlled monopolar radiofrequency energy. Am J Sports Med. 2002;30:667-73.

**9.** Lu Y, Edwards RB 3rd, Nho S, Heiner JP, Cole BJ, Markel MD. Thermal chondroplasty with bipolar and monopolar radiofrequency energy: effect of treatment time on chondrocyte death and surface contouring. Arthroscopy. 2002;18:779-88.

**10.** Alford JW, Fadale PD. Evaluation of postoperative bupivacaine infusion for pain management after anterior cruciate ligament reconstruction. Arthroscopy. 2003;19:855-61.

**11.** Barber FA, Herbert MA. The effectiveness of an anesthetic continuous-infusion device on postoperative pain control. Arthroscopy. 2002;18:76-81.

**12.** Karpie JC, Chu CR. Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. Am J Sports Med. 2007;35:1621-7.