# EXHIBIT 29

between the donor and host sites can result in a discontinuous joint surface. Though small, these non-confluent surfaces increase the friction associated with joint motion. The objective of this study is to examine the relationship between incongruous joint surfaces and the resultant changes in friction coefficient with and without hyaluronan (HA) (Supartz®) in a caprine knee model.

**Methods:** Ten caprine legs were used in this study: seven experimental and three controls. Additional legs were used for donor allograft plugs. Each leg was dissected and mounted into a custom jig attached to an Instron load frame for testing (Fig. A). A stress-strain curve was generated by cycling the load frame to rotate the knee via a cabling system attached to a flywheel. The experimental knees were tested in 5 modes: 1) a normal cartilage surface, 2) an empty 4.5mm defect hole, 3) a filled hole, proud 0.5mm, 4) a filled hole, flush with surrounding cartilage, and 5) a filled hole, depressed 0.5mm. Saline lavage kept the knees moist during testing. The effect of HA was evaluated after mechanical testing. Friction coefficients were measured relative to the normal, unaltered joint and then calibrated to account for friction of the system. The load frame was set to cycle between 60 and 90 degrees of rotation. The three control knees were used to establish whether changes in friction resulted from properties of the environment (ie. saline lavage, plug height and presence of HA).

**Results:** Proud placement of plugs in this study increased the COF by a factor of 4 compared with normal. Increases in COF were associated with saline lavage (0.006 to 0.046 over 60 minutes) and were used in the calibration of experimental measurements. Friction coefficients of the four test modes are seen in Fig. B with the corresponding reduction in friction after HA injection. Injection of HA into the joint following the last modality (depressed plug) reduced the COF to near normal levels.

**Conclusions:** While repair with osteochondral grafts increases the COF in all cases, there is a significant increase associated with a plug being left proud. Interestingly, lavage with saline also increases COF when compared to normal. Finally, treatment with HA following osteochondral graft treatment and lavage improves the lubricative property of the cartilage surface, approaching normal levels.

**Chondrolysis of the Glenohumeral Joint (SS-23).** *S. Lance Anderson, M.D., Mario R. Taillon, M.D., and Mark A. Ernst, M.D.*

**Summary:** Chondrolysis has become a recognized complication of arthroscopic procedures. We present 18 patients who developed chondrolysis of the glenohumeral joint following arthroscopic shoulder surgery. All 18 patients had a labral stabilization procedure and received an intra-articular pain pump catheter (IAPPC) for post-operative pain control. The IAPPC's were loaded with 0.5% bupivacaine with epinephrine to provide a continuous infusion of local anaesthetic into the joint. We suspect the continuous infusion of bupivacaine may have contributed to the development of chondrolysis. We caution against the use of IAPPC's until their safety has been proven.

**Purpose:** Two orthopaedic surgeons identified 18 patients who developed glenohumeral chondrolysis following arthroscopic shoulder surgery. The index surgery for all 18 patients occurred over an 18 month period. We sought to find any common factors among the 18 cases.

**Methods:** A retrospective chart review of all 18 patients was performed. We gathered information on patient demographics, type of surgical procedure, nature of shoulder instability, post-operative complications such as infection, the use of radiofrequency energy, the type/number of suture anchors, the use of an IAPPC and the type of local anaesthetic used. We compared pre-operative radiographs and MRI scans to the intra-operative findings from the operative report to confirm that no chondrolysis was present pre-operatively. We examined post-operative radiographs and MRI scans to document the extent of chondrolysis.

**Results:** Of the 18 patients who developed chondrolysis, we had 15 males and 3 females with an average age of 23 years (range 16-39). 17 patients had shoulder instability due to a definitive traumatic event while 1 patient had an atraumatic etiology. No radiofrequency energy was used in any of the cases. No post-operative infections were diagnosed and many had work-ups for infection which included ESR, CRP, bone & gallium/WBC scans. All patients had labral stabilization procedures, 15 anterior (Bankart), 1 posterior, and 2 combinations. All patients received suture anchors, 13 patients had 2 anchors and 5 had 3 anchors. 2 different manufacturer's suture anchors were used, 10 patients received Smith & Nephew anchors while 8 patients received Linvatec anchors. 10 patients received bioabsorbable anchors and 8 patients received metal anchors. All patients received an IAPPC loaded with 0.5% bupivacaine with epinephrine for post-operative pain control. 15 of the IAPPC's were considered large with an infusion rate of 5 mL/hr and a fill volume of 275 mL. 3 IAPPC's were considered small with an infusion rate of 2 mL/hr and a fill volume of 100 mL.

**Conclusions:** We suspect a continuous intra-articular infusion of bupivacaine with epinephrine may have contributed to the development of glenohumeral chondrolysis. We caution against the use of IAPPC's until their safety has been proven.

**Does a Double Row Technique Increase Bone-Tendon Contact Surface in Arthroscopic Cuff Repairs? A Comparative Biomechanical Study Comparing Single Row and Two Double Row Techniques (SS-24).** *Jean Grimberg, M.D., Christophe Charousset, M.D., Kunal Kalra, M.D., Louis D. Duranthon, M.D., Nathalie Maurel, Ph.D., and Amadou Diop, Ph.D.*

**Summary:** Retears after arthroscopic repair of rotator cuff tears (RCT) are not uncommon. There is a growing interest in double row anchorage technique in arthroscopic RCT repair. A few biomechanical and three clinical studies tend to be in favor of this kind of technique. We conducted a biomechanical study to compare three different RCT repair techniques using a continuous measurement system of bone-tendon contact surface and pressure. Bone tendon contact surface significantly increase comparing double row ≫ bridge type ≫ to single row repair and comparing double row ≪ cross type ≫ to double row ≪ bridge type ≫.

**Purpose:** There is a remaining amount of retears after arthroscopic rotator cuff tears (RCT) repair. Trying to decrease the number of retears, a few authors proposed a double row anchorage technique for arthroscopic RCT repair. To our knowledge there is only one published study comparing healing of single row and double row repair which conclude to better healing results for double row repair but could not find any clinical difference A few biomechanical studies showed the superiority of double row on single row repair in terms of bone-tendon contact surface and resistance to traction. But all those studies were conducted with simplified methods of measurement. The aim of our study was to compare biomechanically three methods of RCT repair using a new continuous measurement system of bone-tendon contact surface and pressure.

**Methods:** We used 24 cadaveric shoulders without RCT or omarthrosis coming from 12 cadavers. We reproduced a supraspinatus tear with intermediate retraction. - For the 12 right shoulders: we measured continuously the greater tuberosity bone- supraspinatus tendon contact pressure and surface while a single row repair was realized with arthroscopic anchors and instrumentation. Then a passive motion of the shoulder joint was realized by a traction machine to simulate postoperative rehabilitation while measurements were still in progress. Then on the same shoulders we performed a double row "bridge type" repair and the all motion stimulation was once again realized - For the 12 left shoulders, we realized the same experimentation but realizing first a double row "bridge-type" repair and then a double row "cross-type" repair. Statistical analysis used paired t tests with values of $p<0.05$ considered statistically significant.

**Results:** Bone-tendon contact surface significantly increase when passing from single tow to double row "bridge-type" repair in all degrees of anteflexion of the shoulder joint. Bone-tendon contact surface significantly increase when passing from double row "bridge-type" to double row "cross-type" repair for 30° and 60°of anteflexion of the shoulder joint Mean bone-tendon contact pressures are globally not significantly different between the three techniques.

**Conclusions:** Using of a continuous bone-tendon contact surface and pressure system may allow more precise results in biomechanical evaluation of RCT repair different techniques. A double row repair technique allows significant increase in bone-tendon contact surface of RCT arthroscopic repairs. A clinical randomized study between single and double row techniques is still necessary to confirm superiority of double row repair techniques.

**Single-Row Versus Double-Row Arthroscopic Rotator Cuff Repair: A Prospective Randomized Clinical Study (SS-26).** *Andrea Grasso, M.D., Giuseppe Milano, M.D., Matteo Salvatore, M.D., Gianluca Falcone, M.D., and Laura Deriu, M.D.*

**Summary:** The aim of this study was to compare the outcome of arthroscopic rotator cuff repair with single-row and double-row technique in a prospective randomized study. Eighty patients with a full-thickness rotator cuff tear underwent an arthroscopic repair with suture anchors. They were divided in two groups of 40 patients each, according to repair technique. Results were evaluated using the Constant score, and the DASH and Work-DASH questionnaires. At two-year follow-up, double-row repair showed slightly better clinical outcome than single-row repair, although the difference was not significant.

**Purpose:** To compare the clinical outcome of arthroscopic repair of full-thickness rotator cuff tears with single-row and double-row technique in a prospective randomized study.

**Methods:** Eighty patients with a full-thickness tear of the posterior-superior rotator cuff underwent an arthroscopic repair with metal suture anchors. They were di-