# EXHIBIT 31

Case No. 1:08-cv-00365-MSK-CBS Document 256-6 filed 07/28/10 USDC Colorado pg 2 of 6

# Postsurgical Chondrolysis of the Shoulder

*By Matthew Saltzman, MD; Deana Mercer, MD; Alexander Bertelsen, PA-C; Winston Warme, MD; Frederick Matsen, MD*

*ORTHOPEDICS 2009; 32:215*

March 2009

## Abstract

There are multiple reports in the literature of chondrolysis following arthroscopic shoulder surgery. Although the etiology of these cases is not known for certain, there has been speculation that radiofrequency devices, young patient age, instability surgery, intra-articular pain pumps, and type of anesthetic may be precipitating factors.

This article describes a case of a 37-year-old law enforcement officer who injured both shoulders and ultimately underwent nearly identical bilateral procedures: arthroscopic superior labrum anteroposterior (SLAP) repair, Bankart repair, capsulorrhaphy, acromioplasty, and distal clavicle excision. Intra-articular pain catheters were placed following both procedures, but the right-sided catheter never functioned properly, as evidenced by continuous leakage outside of her body until it was removed. Subsequently she had an arthroscopic lysis of adhesions done for residual stiffness, in which the left humeral head and glenoid cavity were noted to be completely devoid of articular cartilage. Over the ensuing months, multiple cortisone injections, 5 viscosupplementation injections, physical therapy, and narcotics all failed to relieve her left shoulder pain. Radiographs showed significant left glenohumeral joint space narrowing and a normal-appearing joint space on the right. Our impression was postsurgical chondrolysis of the left shoulder. The patient has recently undergone humeral hemiarthroplasty with nonprosthetic glenoid arthroplasty.

This case differs from others reported in the literature in that nearly identical bilateral procedures were performed by the same surgeon, yet chondrolysis only developed on the side that had a functioning postoperative pain catheter.

---

There are multiple reports in the literature on chondrolysis following arthroscopic shoulder surgery. Although the etiology of these cases is not known for certain, there has been speculation that radiofrequency devices, young patient age, instability surgery, intra-articular pain pumps, and type of anesthetic may be precipitating factors.[1-9] This article presents a case of a patient who underwent nearly identical bilateral shoulder arthroscopic procedures and went on to develop unilateral postsurgical chondrolysis in the shoulder that had a functioning pain catheter placed postoperatively.

## Case Report

A 37-year-old law enforcement officer presented with disabling left shoulder pain. She had injured both shoulders 3 years before while participating in a training exercise. Initial treatment including chiropractic and massage therapy failed to relieve pain and stiffness in the right shoulder. Two months after injury, she was diagnosed with a partial

Case No. 1:08-cv-00365-MSK-CBS Document 256-6 filed 07/28/10 USDC Colorado pg 3 of 6

thickness rotator cuff tear, subacromial bursitis, impingement, and a superior labrum anteroposterior (SLAP) lesion. A corticosteroid injection was nontherapeutic.




Figure 1: AP (A) and axillary (B) radiographs showing significant left glenohumeral joint space narrowing.

Four months after injury, the patient underwent an arthroscopic SLAP repair, Bankart repair, capsulorrhaphy, acromioplasty, and distal clavicle excision of the right shoulder. No use of thermal devices was documented in the operative record. An intra-articular catheter was placed intraoperatively for continuous infusion of 2% lidocaine at a rate of 2 cc/hour. The pain pump never functioned properly, as evidenced by continuous leakage outside of her body until its removal several days later. She was placed in a shoulder immobilizer for 2 weeks postoperatively, and despite intensive physical therapy failed to regain appropriate motion. Three months following the index procedure, she underwent manipulation and arthroscopic subacromial decompression, debridement of the glenohumeral joint, and lysis of adhesions.

One month later, she was evaluated for left shoulder discomfort by the same surgeon. A diagnosis of rotator cuff tendonitis, SLAP lesion, and bicipital tendonitis was made following magnetic resonance imaging (MRI) examination. She was treated with a subacromial corticosteroid injection. Her symptoms persisted for 4 months, and she ultimately underwent arthroscopic SLAP repair, capsulorrhaphy, acromioplasty, and distal clavicle excision on the left side. Again, there was no documented use of thermal devices during surgery. An intra-articular pain pump was placed for continuous infusion of 2% lidocaine at a rate of 2 cc/hour. The pump did not leak outside of her body and appeared to function as intended for several days after the procedure.

Postoperative stiffness developed in her left shoulder as it had following the right-sided surgery. Four months following the index procedure on the left side, arthroscopic lysis of adhesions was performed. Despite these efforts, her shoulder remained stiff, and 9 months later she underwent manipulation and repeat arthroscopic subacromial decompression, acromioplasty, and lysis of adhesions. During this procedure the left humeral head and glenoid cavity were noted to be nearly completely devoid of articular cartilage. Over the next 7 months, multiple cortisone injections, 5 viscosupplementation injections, physical therapy, and narcotics all failed to relieve her left shoulder pain.

The patient was referred to our institution for further evaluation and treatment. At presentation, she reported severe left shoulder pain and stiffness. Her right shoulder was mostly asymptomatic and she wanted to return to work and an active lifestyle. On the Simple Shoulder Test, she answered “no” to all 12 questions for the left side and to 3 of the 12 questions for the right side. On physical examination, her left shoulder was extremely stiff with only 30° of forward elevation, 0° of external rotation, and internal rotation to her buttock. Her right shoulder had 140° of forward elevation, 60° of external rotation, and internal rotation to T12. Radiographs showed significant left glenohumeral joint space narrowing (Figure 1) and a normal-appearing joint space on the right (Figure 2). Our impression was postsurgical chondrolysis of the left shoulder.




Figure 2: AP (A) and axillary (B) radiographs showing normal-appearing right glenohumeral joint space. Figure 3: AP (A) and axillary (B) radiographs of left shoulder following humeral hemiarthroplasty and nonprosthetic glenoid arthroplasty.

Three treatment options were discussed: continued nonoperative treatment, humeral hemiarthroplasty with nonprosthetic glenoid arthroplasty, and total shoulder arthroplasty. The patient elected to undergo humeral hemiarthroplasty with nonprosthetic glenoid arthroplasty (Figure 3). No prominent suture or suture anchors were encountered, nor was there evidence of acidic residue from absorption of these devices. There was no evidence of direct chondral injury from instrumentation used during the prior arthroscopic procedures. Additionally, there was no evidence of frank infection at the time of surgery. Minimal synovitis was present but there was thickened capsular tissue and complete loss of articular cartilage of both the humeral head and glenoid cavity. Pathologic evaluation of the thickened capsule revealed reactive changes and granulation tissue but no neutrophilic infiltration or organisms.

## Discussion

Postsurgical chondrolysis of the shoulder has been reported in the literature by multiple authors.[1-9] Greis et al[1] reported two cases of bilateral shoulder chondrolysis following arthroscopy in which the exact cause of chondrolysis was not known. Common factors of these 2 cases included the young age of the patients, the underlying diagnosis of shoulder instability, treatment with an arthroscopic technique, and the use of an indwelling intra-articular catheter with continuous infusion of bupivicaine.

Other authors have reported on cases of chondrolysis after shoulder arthroscopy in which thermal devices were used and pain pumps were not placed.[3,6] Use of thermal devices can raise the temperature of the surrounding fluid. Lu et al[10] reported that elevated lavage temperatures may lead to chondrocyte death. No such devices were used in our case.

Another possible cause of chondrolysis is via mechanical abrasion caused by prominent sutures or suture anchors. A more focal cartilaginous defect is expected with this mechanism, and a clear transition zone is usually apparent

between the mechanically abraded cartilage and normal-appearing cartilage.[11] This seems unlikely in our case because of the diffuse nature of the cartilage loss.

Infection is another potential etiology of chondrolysis. In recent years, low-virulence organisms such as *Propionibacterium acnes* have been linked to many postoperative shoulder infections.[12-14] Our patient had no preoperative signs of infection, and histological evaluation during arthroplasty failed to reveal organisms or inflammatory cells.

Most clinical cases of chondrolysis in which an intra-articular pain pump was used involved the use of bupivicaine with or without epinephrine.[1,9] Several authors have shown that bupivicaine can be cytotoxic to chondrocytes in an in vitro setting after only 15 to 30 minutes.[15,16] Histologic and metabolic changes have been shown to occur in chondrocytes following exposure to bupivicaine in a rabbit model.[5] Our case is unique in that lidocaine was the anesthetic used. Karpie and Chu[17] showed that dose- and time-dependent cytotoxic effects of lidocaine on bovine articular chondrocytes exist and that lidocaine was cytotoxic even when buffered to a physiologic pH of 7.4. Additionally, they found that chondrotoxicity of 2% lidocaine was >1% lidocaine.

Although it is not possible to prove that infusion of lidocaine through an indwelling catheter led to chondrolysis in our patient, the unique circumstances of our case provide a rare opportunity for comparison. The main difference was a functioning indwelling catheter used on the side that ultimately developed chondrolysis and a nonfunctioning catheter used on the side that did not develop chondrolysis. Taken in conjunction with other reports on the chondrotoxic affects of lidocaine, we caution against the use of continuous lidocaine infusion in the shoulder joint via an indwelling catheter.

## References


1. Greis PE, Legrand A, Burks RT. Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. *J Bone Joint Surg Am*. 2008; 90(6):1338-1344.
2. Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder Elbow Surg*. 2008; 17(3):380-388.
3. Good CR, Shindle MK, Kelly BT, Wanich T, Warren RF. Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. *Arthroscopy*. 2007; 23(7):797.
4. Lubowitz JH, Poehling GG. Glenohumeral thermal capsulorrhaphy is not recommended—shoulder chondrolysis requires additional research. *Arthroscopy*. 2007; 23(7):687.
5. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy*. 2006; 22(8):813-819.
6. Levine WN, Clark AM Jr, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. *J Bone Joint Surg Am*. 2005; 87(3):616-621.
7. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med*. 2004; 32(2):509-515.
8. Tamai K, Higashi A, Cho S, Yamaguchi T. Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair—a report of 2 cases. *Acta Orthop Scand*. 1997; 68(4):401-402.
9. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med*. 2007; 35(10):1628-1634.
10. Lu Y, Edwards RB III, Nho S, Cole BJ, Markel MD. Lavage solution temperature influences depth of chondrocyte death and surface contouring during thermal chondroplasty with temperature-controlled monopolar radiofrequency energy. *Am J Sports Med*. 2002; 30(5):667-673.

Case No. 1:08-cv-00365-MSK-CBS Document 256-6 filed 07/28/10 USDC Colorado pg 6 of 6

11. Athwal GS, Shridharani SM, O'Driscoll SW. Osteolysis and arthropathy of the shoulder after use of bioabsorbable knotless suture anchors. A report of four cases. *J Bone Joint Surg Am*. 2006; 88(8):1840-1845.
12. Athwal GS, Sperling JW, Rispoli DM, Cofield RH. Deep infection after rotator cuff repair. *J Shoulder Elbow Surg*. 2007; 16(3):306-311.
13. Herrera MF, Bauer G, Reynolds F, Wilk RM, Bigliani LU, Levine WN. Infection after mini-open rotator cuff repair. *J Shoulder Elbow Surg*. 2002; 11(6):605-608.
14. Topolski MS, Chin PY, Sperling JW, Cofield RH. Revision shoulder arthroplasty with positive intraoperative cultures: the value of preoperative studies and intraoperative histology. *J Shoulder Elbow Surg*. 2006; 15 (4):402-406.
15. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy*. 2006; 22(7):693-699.
16. Chu CR, Izzo NJ, Coyle CH, Papas NE, Logar A. The in vitro effects of bupivacaine on articular chondrocytes. *J Bone Joint Surg Br*. 2008; 90(6):814-820.
17. Karpie JC, Chu CR. Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. *Am J Sports Med*. 2007; 35(10):1621-1627.

## Authors

Drs Saltzman, Mercer, Warme, and Matsen and Mr Bertelson are from the Department of Orthopedics and Sports Medicine, University of Washington, Seattle, Washington.

Drs Saltzman, Mercer, Warme, and Matsen and Mr Bertelson have no relevant financial relationships to disclose.

Correspondence should be addressed to: Matthew D. Saltzman, MD, Department of Orthopedics and Sports Medicine, University of Washington Medical Center, 1959 NE Pacific St, PO Box 356500, Seattle, WA 98195.

Visit us regularly for daily orthopedic news.

Copyright ® 2009 SLACK Incorporated. All rights reserved.