# EXHIBIT 37

# Glenohumeral Chondrolysis After Shoulder Arthroscopy Associated With Continuous Bupivacaine Infusion

Jay H. Rapley, M.D., R. Cole Beavis, M.D., and F. Alan Barber, M.D.

**Purpose:** To determine the incidence of glenohumeral chondrolysis associated with the use of a continuous-infusion device in shoulder arthroscopy. **Methods:** A consecutive series of patients undergoing arthroscopic glenohumeral surgery with a postoperative continuous-infusion pump inserted into either the glenohumeral joint or subacromial space were evaluated for chondrolysis. Two pump types were used: group 1 received 100 mL of 0.5% bupivacaine without epinephrine infused at 2.08 mL/h, and group 2 received 270 mL of 0.5% bupivacaine without epinephrine infused at 4.16 mL/h. **Results:** We followed up 65 patients at a mean of 40 months. Of these, 29 had glenohumeral catheters (13 in group 1 and 16 in group 2) and 36 had subacromial catheters (19 in group 1 and 17 in group 2). The overall postoperative Constant, American Shoulder and Elbow Surgeons, Rowe, Single Assessment Numeric Evaluation, and Simple Shoulder Test scores were 84, 87, 77, 86, and 10, respectively, in those with glenohumeral catheters and 93, 94, 95, 89, and 11, respectively, in those with subacromial catheters. Three glenohumeral catheter patients were diagnosed with chondrolysis, all in group 2. **Conclusions:** Chondrolysis developed in 3 of 16 patients (19%) with glenohumeral joint infusion of 0.5% bupivacaine without epinephrine at 4.16 mL/h for 65 hours. No patient using a 2.08-mL/h reservoir for 48 hours into the glenohumeral joint and no patient with a subacromial infusion device had chondrolysis. Clinical symptoms and radiographic evidence of chondrolysis developed before 12 months after surgery. **Level of Evidence:** Level III, retrospective comparative study. **Key Words:** Shoulder—Chondrolysis—Cartilage—Glenoid—Humerus—Pain pump.

Postoperative pain control is an important component in shoulder arthroscopy, and good pain control is essential for outpatient procedures and rapid rehabilitation. The use of intra-articular or subacromial pain pumps has been advocated.[1-3] Postoperative complications associated with the actual pump are uncommon,[4] and continuous-infusion devices have been shown to decrease pain, medication use, and other side effects in other surgical applications.[5] Recent information about the effects of local anesthetic agents administered through these devices on articular cartilage has raised concerns about the potential for long-term sequelae.[6-9] Extensive glenohumeral articular cartilage damage, or chondrolysis, is a significant complication that can cause prolonged impairment.[10-14] The cause of chondrolysis after these shoulder surgeries remains uncertain, and the evidence suggests it may be multifactorial.[12,15-19] Patients in whom this condition develops often require additional intervention ranging from debridement to shoulder arthroplasty. Recent in vitro data suggest that glenohumeral articular cartilage may respond differently based on the anesthetic agent, presence of epinephrine, volume of solution, duration of exposure, and acidity of the environment.[6,8,20-22]

The purpose of this study was to determine the incidence of glenohumeral chondrolysis associated with the use of a continuous-infusion device in shoulder arthroscopy. Our hypothesis was that glenohumeral chondrolysis is not caused by continuous-infusion device use in the subacromial space and is uncommonly associated with this device's use in the glenohumeral joint.

*From the Plano Orthopedic Sports Medicine and Spine Center (J.H.R., F.A.B.), Plano, Texas, U.S.A.; and Division of Orthopedic Surgery, University of Saskatchewan (R.C.B.), Saskatoon, Saskatchewan, Canada.*

*The authors report no conflict of interest.*
*Received April 5, 2009; accepted August 30, 2009.*

*Address correspondence and reprint requests to F. Alan Barber, M.D., Plano Orthopedic and Sports Medicine Center, 5228 W Plano Pkwy, Plano, TX 75093, U.S.A.*

*© 2009 by the Arthroscopy Association of North America*

*0749-8063/09/2512-9190$36.00/0*
*doi:10.1016/j.arthro.2009.08.024*

## METHODS

A consecutive series of all patients undergoing arthroscopic shoulder surgery by a single surgeon (F.A.B.) for principally glenohumeral problems between 2000 and 2007 who also had a continuous-infusion device inserted into either the glenohumeral joint or the subacromial space at the conclusion of the procedure were evaluated for the development of chondrolysis. The data were prospectively collected and retrospectively reviewed. Patients were contacted at annual intervals and asked to undergo a clinical and radiographic examination. Patients were evaluated both preoperatively and postoperatively by physical and radiographic examinations and in some cases preoperative magnetic resonance imaging. Clinical outcome measures were also obtained, including Constant, American Shoulder and Elbow Surgeons, Rowe, Single Assessment Numeric Evaluation, and Simple Shoulder Test scores. The specific types of surgical procedures performed on these patients in each group, as well as the number and type of suture anchors used, were recorded. The confirmation of a diagnosis of chondrolysis was made with clinical symptoms of increased pain and crepitus with a decreased range of motion, specifically overhead movements and forward elevation, and radiographic findings consistent with glenohumeral arthritis.

Inclusion criteria were patients who underwent arthroscopic shoulder surgery for either glenohumeral or bursal conditions (not rotator cuff repairs). The glenohumeral conditions included SLAP lesions, labral tears, shoulder instability, biceps pathology, PASTA (partial articular surface tendon avulsion), rotator cuff tears, and adhesive capsulitis. The bursal conditions included subacromial impingement and acromioclavicular arthritis. All patients had a multiport catheter connected to a local anesthetic continuous-infusion device placed in the glenohumeral joint or subacromial bursa at the conclusion of surgery, were able to speak and understand English and give informed consent, and were available for follow-up evaluation at a minimum of 12 months after the index procedure. Exclusion criteria were patients with existing shoulder arthritis, patients undergoing any revision procedures, or patients with fractures associated with glenohumeral instability or rotator cuff tears.

At the beginning of the study period, the continuous-infusion device used was a system with a flow rate of 2.08 mL/h. The chosen fluid (100 mL of 0.5% bupivacaine without epinephrine) was placed in the pump reservoir. The system consisted of a disposable, single-use, syringe infuser that used sustained vacuum pressure to deliver a continuous infusion of medication at a controlled rate (in this case, 2.08 mL/h). The patient could not influence this rate, and there was no bolus option. A 1-way valve allowed the medication to flow from the device reservoir and through the catheter. The reservoir was attached through this valve to a multiport catheter that was placed into the operative site. An insertion needle with its stylet was inserted into position in the shoulder approximately 1 to 3 cm away from any arthroscopic portal and the catheter advanced through the needle. For cases ending with a subacromial examination or subordinate decompression, the catheter was placed in the subacromial space. For cases solely undergoing glenohumeral surgery, the catheter was placed in the glenohumeral joint.

Midway through the study period, the device was changed to one with a larger reservoir, although the fluid used was still 0.5% bupivacaine without epinephrine. This later device had a container with 270 mL and an infusion rate of 4.16 mL/h. This increased the maximum infusion period from approximately 2 days to 65 hours.

At the beginning and end of all surgical procedures, an intra-articular injection of 30 mL of 0.25% bupivacaine without epinephrine was placed into all shoulders through the arthroscope sleeve. This solution was also used to infiltrate all the arthroscopy portals by use of a needle. Epinephrine was never added to the standard arthroscopy solution bags used during these cases.

## RESULTS

A total of 65 glenohumeral shoulder arthroscopies met the inclusion criteria. There were 50 male patients and 15 female patients, with a mean age of 35 years (range, 15 to 65 years). The mean postoperative follow-up was 40 months (range, 12 to 94 months). There were 35 right and 30 left joints involved. There were only 6 Workers' Compensation cases. A list of the procedures performed in each group, as well as the number and type of anchors, is presented in Table 1.

Of the patients, 29 had infusion devices inserted into the glenohumeral joint and 36 had catheters placed in the subacromial space. Of the 29 patients with glenohumeral placement, 13 used the smaller reservoir with a flow rate of 2.08 mL/h, whereas 16 used the higher flow rate of 4 mL/h and the larger reservoir. Of the 36 patients with subacromial bursa catheter placement, 19 used the smaller reservoir with

**Table 1.** *Procedures Performed and Number and Type of Anchors Placed in Each Group*

| | No. of Cases | No. of Anchors | Anchor Type |
|---|---|---|---|
| Glenohumeral group | | | |
| Anterior capsular plication | 6 | 0 | |
| Capsular release | 2 | 0 | |
| SLAP repair | 5 | 1.6 (range, 1-2) | Lupine loop (DePuy-Mitek, Raynham, MA), Corkscrew (Arthrex, Naples, FL) |
| After labral repair | 1 | 2 | Lupine loop |
| Bankart | 9 | 3.4 (range, 3-4) | BioAnchor (ConMed Linvatec, Largo, FL), Lupine loop, BioFastak (Arthrex, Naples, FL) |
| Bankart-SLAP | 2 | 3.5 (range, 3-4) | BioAnchor |
| Reverse HAGL repair | 1 | 1 | BioFastak |
| Posterior Bankart | 2 | 1.5 (range, 1-2) | BioFastak, BioAnchor |
| Loose body removal | 1 | 0 | |
| Biceps tenodesis | 1 | 0 | |
| Subacromial group | | | |
| Anterior capsular plication | 2 | 0 | |
| Capsular release | 1 | 0 | |
| SLAP repair | 26 | 1.3 (range, 1-3) | Corkscrew, BioAnchor, Lupine loop |
| After labral repair | 3 | 1.3 (range, 1-2) | BioAnchor, BioFastak, Corkscrew |
| Bankart | 1 | 3 | Lupine loop |
| Bankart-SLAP | 1 | 4 | BioAnchor |
| Calcific tendinitis | 1 | 0 | |
| Subacromial decompression | 1 | 0 | |

Abbreviation: HAGL, humeral avulsion of glenohumeral ligament.

a flow rate of 2.08 mL/h, whereas 17 used the higher flow rate of 4.16 mL/h and the larger reservoir.

Preoperative and postoperative ranges of motion were compared and showed no differences between groups (Table 2). Clinical outcome measures (Constant, American Shoulder and Elbow Surgeons, Rowe, Single Assessment Numeric Evaluation, and Simple Shoulder Test scores) were also obtained postoperatively and are reported in Table 3.

Within the glenohumeral continuous-infusion device group, the most common diagnosis was anterior, posterior, or multidirectional instability, followed by the presence of a SLAP lesion. The principal diagnoses associated with subacromial pain pump insertion were SLAP lesions, followed by subacromial impingement. Procedures performed within the glenohumeral group were capsular plication or Bankart repairs, whereas the subacromial group had SLAP lesion repair or debridement, followed by subacromial decompression. A thermal radiofrequency probe was not used in any shoulder.

Various sutures and anchors were used for these procedures. In 1 case a problem developed in which a suture anchor eyelet (which was made from No. 2 braided polyester suture) loosened, migrated into the joint, and created a localized area of chondral damage associated with a "squeaking" sound. This resolved

**Table 2.** *Postoperative Ranges of Motion Measurements for All Patients in Degrees*

| | Forward Flexion | Abduction | External Rotation | Internal Rotation |
|---|---|---|---|---|
| Glenohumeral group | | | | |
| Preoperatively | 171 | 173 | 87 | 77 |
| Postoperatively | 175 | 173 | 86 | 68 |
| Subacromial group | | | | |
| Preoperatively | 171 | 173 | 87 | 77 |
| Postoperatively | 176 | 175 | 89 | 78 |

**Table 3.** *Postoperative Clinical Outcome Scores*

| | Constant | ASES | Rowe | SANE | SST |
|---|---|---|---|---|---|
| Glenohumeral group | 84 | 87 | 77 | 86 | 10 |
| Subacromial group | 93 | 94 | 95 | 89 | 11 |
| Overall | 89 | 91 | 87 | 88 | 11 |

Abbreviations: ASES, American Shoulder and Elbow Surgeons; SANE, Single Assessment Numeric Evaluation; SST, Simple Shoulder Test.

Case No. 1:08-cv-00365-MSK-CBS Document 257-1 filed 07/28/10 USDC Colorado pg 5 of 8



and the shoulder became symptom free after arthroscopic removal of the suture fragment.

Postoperatively, 3 patients were subsequently diagnosed with glenohumeral joint chondrolysis. All were from the group receiving glenohumeral joint catheters with a flow rate of 4.16 mL/h from the larger reservoir. The rate of chondrolysis was 10% (3 of 29) in patients with glenohumeral catheter placement. More importantly, it should be noted that no patient (0%) with the lower-flow and smaller reservoir had chondrolysis, whereas this condition developed in 3 of the 16 patients (19%) with the higher-flow and larger reservoir. Equally significant is the observation that none of the 36 patients with a bursal location of the infusion catheter had chondrolysis. All patients with chondrolysis had continuous-infusion pumps with the larger 270-mL reservoir and higher 4.16-mL/h flow rate. Epinephrine was not included with bupivacaine in any patient in this series.

Clinical symptoms of chondrolysis reported by the patients included increased pain and crepitus with range of motion, specifically with overhead forward elevation. These symptoms were consistently present by 12 months after surgery. Radiographs consistent with glenohumeral arthritis were present as early as 5 months (Fig 1). More advanced changes (Fig 2) were found in another patient at 12 months after the index surgery.

The first of these patients underwent an arthroscopic posterior Bankart repair with a biodegradable suture anchor. At that time, the glenohumeral joint had no evidence of chondral damage (Fig 3). He reported falling 3.5 months after the index surgery and was evaluated with a magnetic resonance arthrogram because of continued pain. The magnetic resonance imaging study showed diffuse tearing of the glenoid labrum and extensive hyaline cartilage degradation. A second arthroscopy was performed 5 months after



**FIGURE 2.** Advanced chondrolysis changes were observed in the second patient 12 months after the index procedure.



**FIGURE 1.** Radiographs in the first patient showed changes suggestive of chondrolysis 5 months after the index procedure.



**FIGURE 3.** At the initial glenohumeral surgery, no evidence of chondral damage existed in either the first or second patient.

the index procedure, at which time glenohumeral chondromalacia and diffuse synovitis were observed (Fig 4). The patient improved initially but returned again 1 year later with limitations in reaching overhead and forward elevation and complaints of catching, popping, and pain within the shoulder. Radiographs showed arthritic changes within the glenohumeral joint. Despite 6 additional months of therapy and oral medication, the pain continued and a glenoid resurfacing arthroplasty with a GraftJacket prosthesis (Wright Medical Technology, Arlington, TN) was performed.

The second patient in whom chondrolysis has developed to date has only had capsular plication of the index shoulder without the use of suture anchors for multidirectional instability. Current treatment with anti-inflammatory medication, activity modification, and self-administered physical therapy has stabilized the functional status. The patient is not involved in contact sports participation, performs minimal overhead activities, and has not had additional surgery 48 months after the index procedure.

The third patient in whom chondrolysis developed underwent an arthroscopic anterior Bankart procedure with biodegradable anchors (Fig 5), as well as posterior-inferior capsular plication with degradable polydioxanone sutures. Subsequent symptoms developed within 12 months of the index procedure and were not



**Figure 5.** The third patient underwent an arthroscopic anterior Bankart procedure with biodegradable anchors, as well as posterior-inferior capsular plication.

relieved by nonoperative measures. Approximately 1.5 years after the initial procedure, arthroscopic debridement confirmed extensive chondral damage (Fig 6). Other than that arthroscopic debridement, nothing further has been done.



**Figure 4.** Findings at second arthroscopy showed extensive glenohumeral articular cartilage loss and diffuse synovitis in the first patient.



**Figure 6.** Approximately 1.5 years after the initial procedure, arthroscopic debridement confirmed extensive chondral damage in the third patient.

## DISCUSSION

Glenohumeral chondrolysis has been previously reported[10-19,23] and several different causes identified. These include thermal capsulorrhaphy,[15-18,23] intra-articular continuous-infusion devices,[10,11] aqueous gentian violet,[19] chondral scuffing during arthroscopy,[9] abrasion from a foreign body,[9] and bioabsorbable implants.[24] Recent in vitro studies suggest that other factors including epinephrine,[6] increased duration of exposure of the articular cartilage to bupivacaine,[6] high-flow pumps,[25,26] and duration of exposure to bupivacaine may contribute to these adverse reactions.[6,11] The causes of cartilage degeneration leading to chondrolysis after shoulder arthroscopy are not well understood, but clinical and basic science studies have begun to clarify this issue.

Gomoll et al.[8,27] tested the effects of intra-articular saline solution, bupivacaine, and bupivacaine with epinephrine on rabbit shoulders and concluded that no permanent cartilage damage was detected at 3 months but that cartilage metabolism was increased in the bupivacaine groups. It was suggested that the observed increase in cartilage metabolism was a possible reparative response to the chondrotoxic effects of bupivacaine but that additional noxious stimuli were needed for permanent damage. No statistical difference in chondrotoxic effect was shown with the addition of epinephrine to bupivacaine.

These data are in contrast to the response in human articular cartilage cultures reported by Dragoo et al.,[6] who found significantly more chondrocyte necrosis with medications containing epinephrine at 24, 48, and 72 hours. Similar rates of chondrocyte necrosis were observed with bupivacaine concentrations of 0.25% and 0.5%. However, at 72 hours, 0.5% bupivacaine specimens showed more chondrocyte death than the 0.25% bupivacaine group. The conclusion was advanced that all anesthetics containing epinephrine that result in a pH of 4 or less are chondrotoxic and should not be used with pain pumps. In addition, 0.5% bupivacaine should not be used for more than 48 hours.[6] Chu et al.[22] showed that 0.5% bupivacaine was more cytotoxic than saline solution but that this was related to the concentration of bupivacaine and that lower concentrations (0.125% bupivacaine) were no more chondrotoxic than controls.

Research by Williams et al.[28] and Homandberg et al.[24] has focused on the chondroprotective effects of intra-articular sodium hyaluronate and hyaluronic acid to minimize chondrocyte damage. These findings are still preliminary and nonclinical but may provide a future direction for chondrocyte research. At present, there is no evidence of any substance that provides a chondroprotective effect and that could be used in conjunction with a local anesthetic infusion.

Our group of patients showed a 19% chondrolysis rate (3 patients) in the 16 shoulders that had an infusion of 0.5% bupivacaine without epinephrine at 4.16 mL/h for greater than 48 hours into the glenohumeral joint. Conversely, none of the 13 patients with glenohumeral catheters with 0.5% bupivacaine without epinephrine at a flow rate of 2.08 mL/h had this condition. In addition, none of the patients with a subacromial pump location had chondrolysis, which has been observed before.[4,26] There is currently no definitive rate of risk for chondrolysis after shoulder arthroscopy in the literature. Although the incidence is low, the long-term consequences associated with chondrolysis are dramatic. Three case series reported that significant symptoms developed in patients within 12 months after the initial surgery.[12,13,25] One of our patients had symptoms 4 months after surgery, whereas the second did not report problems until 6 to 8 months after surgery. Chondrolysis was clinically evident in all 3 by 12 months' follow-up. This suggests that if this complication is going to develop in a patient, it will become apparent within this time frame. Placement of a continuous-infusion device in the subacromial space does not carry the same risk.[29]

Our hypothesis that glenohumeral chondrolysis is not caused by continuous-infusion device use in the subacromial space and is uncommonly associated with the device's use in the glenohumeral joint was refuted by this study. Although the first part of the hypothesis was supported, a 20% incidence of glenohumeral chondrolysis cannot be considered "uncommon." Based on the observations of prior studies, the acidity of the fluid, the rate and volume of the infusion, and the duration over which this occurs appear to have a synergistic effect and result in the development of articular cartilage damage. Clearly, this condition develops only in a minority of patients, and this fact has contributed to the difficulty in recognizing exactly what is occurring. The pain pump and its catheter do not mechanically cause this problem. The clinical response to the use of bupivacaine seems to be concentration and volume related. A constellation of contributing factors including a greater volume of fluid with a greater acidity (exacerbated by the addition of epinephrine) administered over a longer period of time appear to have resulted in chondrolysis in these patients.

Limitations of this study include the small number of patients and the fact that the infusion catheters were

not placed in the glenohumeral joints in a randomized manner. The fact that no cases of chondrolysis developed in association with bursal placement does not exclude the potential for that to occur. Another weakness is that multiple diagnoses were present and multiple procedures were done in this group of patients. Although radiofrequency devices were never used in these shoulder procedures and no epinephrine was placed in the arthroscopy fluid, other potential causes of chondrolysis including biodegradable sutures and suture anchors were present.

## CONCLUSIONS

Chondrolysis developed in 3 of 16 patients (19%) with glenohumeral joint infusion of 0.5% bupivacaine without epinephrine at 4.16 mL/h for 65 hours. No patient using a 2.08-mL/h reservoir for 48 hours into the glenohumeral joint and no patient with a subacromial infusion device had chondrolysis. Clinical symptoms and radiographic evidence of chondrolysis developed before 12 months after surgery.

**Acknowledgment:** The authors appreciate the assistance of Jennifer Heldreth in data collection.

## REFERENCES

1. Barber FA, Herbert MA. The effectiveness of an anesthetic continuous-infusion device on postoperative pain control. *Arthroscopy* 2002;18:76-81.
2. Savoie FH, Field LD, Jenkins RN, Mallon WJ, Phelps RA II. The pain control infusion pump for postoperative pain control in shoulder surgery. *Arthroscopy* 2000;16:339-342.
3. Park JY, Lee GW, Kim Y, Yoo MJ. The efficacy of continuous intrabursal infusion with morphine and bupivacaine for post-operative analgesia after subacromial arthroscopy. *Reg Anesth Pain Med* 2002;27:145-149.
4. Busfield BT, Lee GH, Carrillo M, Ortega R, Kharrazi FD. Subacromial pain pump use with arthroscopic shoulder surgery: A short-term prospective study of complications in 583 patients. *J Shoulder Elbow Surg* 2008;17:860-862.
5. Kryger ZB, Rawlani V, Lu L, Fine NA. Decreased postoperative pain, narcotic, and antiemetic use after breast reduction using a local anesthetic pain pump. *Ann Plast Surg* 2008;61: 147-152.
6. Dragoo JL, Korotkova T, Kanwar R, Wood B. The effect of local anesthetics administered via pain pump on chondrocyte viability. *Am J Sports Med* 2008;36:1484-1488.
7. Banerjee SS, Pulido P, Adelson WS, Fronek J, Hoenecke HR. The efficacy of continuous bupivacaine infiltration following arthroscopic rotator cuff repair. *Arthroscopy* 2008;24:397-402.
8. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: An experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy* 2006;22:813-819.
9. Fester EW, Noyes FR. Postoperative chondrolysis of the knee: 3 case reports and a review of the literature. *Am J Sports Med* 2009;37:1848-1854.
10. Levy JC, Frankle M. Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. *J Bone Joint Surg Am* 2008;90:2546-2547.
11. Greis PE, Legrand A, Burks RT. Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. *J Bone Joint Surg Am* 2008;90:1338-1344.
12. Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder Elbow Surg* 2008;17:380-388.
13. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med* 2007;35: 1628-1634.
14. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: Case reports and review of the literature. *Am J Sports Med* 2004;32:509-515.
15. Good CR, Shindle MK, Kelly BT, Wanich T, Warren RF. Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. *Arthroscopy* 2007;23:797.e1-797.e5. Available online at www.arthroscopyjournal.org.
16. Ciccone WJ II, Weinstein DM, Elias JJ. Glenohumeral chondrolysis following thermal capsulorrhaphy. *Orthopedics* 2007; 30:158-160.
17. Lubowitz JH, Poehling GG. Glenohumeral thermal capsulorrhaphy is not recommended—Shoulder chondrolysis requires additional research. *Arthroscopy* 2007;23:687.
18. Jerosch J, Aldawoudy AM. Chondrolysis of the glenohumeral joint following arthroscopic capsular release for adhesive capsulitis: A case report. *Knee Surg Sports Traumatol Arthrosc* 2007;15:292-294.
19. Shibata Y, Midorikawa K, Koga T, Honjo N, Naito M. Chondrolysis of the glenohumeral joint following a color test using gentian violet. *Int Orthop* 2001;25:401-403.
20. Chu CR, Izzo NJ, Coyle CH, Papas NE, Logar A. The in vitro effects of bupivacaine on articular chondrocytes. *J Bone Joint Surg Br* 2008;90:814-820.
21. Piper SL, Kim HT. Comparison of ropivacaine and bupivacaine toxicity in human articular chondrocytes. *J Bone Joint Surg Am* 2008;90:986-991.
22. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy* 2006;22:693-699.
23. Levine WN, Clark AM Jr, D'Alessandro DF, Yamaguchi K. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. *J Bone Joint Surg Am* 2005;87:616-621.
24. Homandberg GA, Hui F, Wen C, Kuettner KE, Williams JM. Hyaluronic acid suppresses fibronectin fragment mediated cartilage chondrolysis: I. In vitro. *Osteoarthritis Cartilage* 1997; 5:309-319.
25. Bailie DS, Ellenbecker T. Severe chondrolysis after shoulder arthroscopy: A case series. *J Shoulder Elbow Surg* 2009;18: 742-747.
26. Busfield BT, Romero DM. Pain pump use after shoulder arthroscopy as a cause of glenohumeral chondrolysis. *Arthroscopy* 2009;25:647-652.
27. Gomoll AH, Yanke AB, Kang RW, et al. Long-term effects of bupivacaine on cartilage in a rabbit shoulder model. *Am J Sports Med* 2009;37:72-77.
28. Williams JM, Zhang J, Kang H, Ummadi V, Homandberg GA. The effects of hyaluronic acid on fibronectin fragment mediated cartilage chondrolysis in skeletally mature rabbits. *Osteoarthritis Cartilage* 2003;11:44-49.
29. Jarvela T, Jarvela S. Long-term effect of the use of a pain pump after arthroscopic subacromial decompression. *Arthroscopy* 2008;24:1402-1406.