# EXHIBIT 38

# The Shoulder

## FOURTH EDITION
## VOLUME TWO

### EDITORS

**Charles A. Rockwood, Jr, MD**
Professor and Chairman Emeritus
Department of Orthopaedics
The University of Texas Health Science Center
at San Antonio
San Antonio, Texas

**Michael A. Wirth, MD**
Professor and Charles A. Rockwood Jr, MD Chair
Department of Orthopaedics
The University of Texas Health Science Center
at San Antonio
San Antonio, Texas

**Fredrick A. Matsen, III, MD**
Professor and Chairman
Department of Orthopaedics and Sports Medicine
University of Washington School of Medicine
Medical Director
University of Washington Sports Medicine
Seattle, Washington

**Steven B. Lippitt, MD**
Professor
Department of Orthopaedics
Northeastern Ohio Universities College of Medicine
Northeast Ohio Orthopaedic Associates
Akron General Medical Center
Akron, Ohio

### Associate Editors

**Edward V. Fehringer, MD**
Associate Professor
Department of Orthopaedic Surgery and Rehabilitation
University of Nebraska College of Medicine
Omaha, Nebraska

**John W. Sperling, MD, MBA**
Professor
Department of Orthopedic Surgery
Mayo Clinic
Rochester, Minnesota

SAUNDERS
ELSEVIER

SAUNDERS
ELSEVIER

1600 John F. Kennedy Boulevard
Suite 1800
Philadelphia, PA 19103-2899

THE SHOULDER ISBN: 978-1-4160-3427-8

**Copyright © 2009, 2004, 1998, 1990 by Saunders, an imprint of Elsevier Inc.**

**All rights reserved.** No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Permissions may be sought directly from Elsevier's Rights Department: phone: (+1) 215 239 3804 (US) or (+44) 1865 843830 (UK); fax: (+44) 1865 853333; e-mail: healthpermissions@elsevier.com. You may also complete your request online via the Elsevier website at http://www.elsevier.com/permissions.

**Notice**

Knowledge and best practice in this field are constantly changing. As new research and experience broaden our knowledge, changes in practice, treatment, and drug therapy may become necessary or appropriate. Readers are advised to check the most current information provided (i) on procedures featured or (ii) by the manufacturer of each product to be administered, to verify the recommended dose or formula, the method and duration of administration, and contraindications. It is the responsibility of the practitioner, relying on his or her own experience and knowledge of the patient, to make diagnoses, to determine dosages and the best treatment for each individual patient, and to take all appropriate safety precautions. To the fullest extent of the law, neither the Publisher nor the Editors assumes any liability for any injury and/or damage to persons or property arising out of or related to any use of the material contained in this book.

The Publisher

**Library of Congress Cataloging-in-Publication Data**

The shoulder / [edited by] Charles A. Rockwood Jr. . . . [et al.] ; associate editors, Edward V. Fehringer, John W. Sperling.—4th ed.
p. ; cm.
Includes bibliographical references and index.
ISBN 978-1-4160-3427-8
1. Shoulder—Diseases. 2. Shoulder—Surgery. I. Rockwood, Charles A.
[DNLM: 1. Shoulder. 2. Shoulder Joint. WE 810 S55861 2009]
RC939.S484 2009
617.5'72—dc22 2008029883

**Acquisitions Editor:** Daniel Pepper
**Developmental Editor:** Agnes Hunt Byrne
**Publishing Services Manager:** Tina Rebane
**Senior Project Manager:** Amy L. Cannon
**Multimedia Producer:** Bruce Robison
**Design Director:** Gene Harris

Printed in China

Last digit is the print number: 9 8 7 6 5 4 3 2 1

Working together to grow libraries in developing countries
www.elsevier.com | www.bookaid.org | www.sabre.org
ELSEVIER BOOK AID International Sabre Foundation

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 4 of 15

CHAPTER 19

# Complications of Shoulder Arthroscopy

Anthony S. Wei, MD, and Leesa M. Galatz, MD

Shoulder arthroscopy has undergone dramatic growth since the first clinical report by Andren and Lundberg in 1965.[1] Since the 1980s, advances in technology and growing clinical experience have led to an expansion of indications. Treatment of a wide spectrum of shoulder disorders is now within the realm of arthroscopy. The growing volume along with the development of more complex procedures has led to an increase in the incidence and variety of associated complications. Reported complications in the literature, however, are relatively sparse. They are often limited to isolated case reports and small clinical series. Incidences might also be confounded by underreporting and inconsistent definitions of complication.[2,3] Despite these limitations, awareness of complications remains important for prevention as well as early recognition and management when they occur. In this chapter we discuss general surgical and anesthesia complications as related to shoulder arthroscopy and complications specific to shoulder arthroscopy.

## EARLY REPORTS AND REVIEWS

The first effort to report on complications of shoulder arthroscopy was made by Small[4] in 1986. Through the efforts of the Committee on Complications of the Arthroscopy Association of North America (AANA), the complications of 14,329 shoulder arthroscopies were collected from surveys completed by AANA members. Extremely low incidences of nerve injury (0.03%), vascular injuries (0.0%), and infection (0.01%) were reported. Procedure-specific complications were found to be highest with staple capsulorrhaphy (5.3%) and lowest with subacromial surgery (0.76%). The author expressed concerns of underreported rates in this study, given the survey's reliance on surgeon recall. In a later study, Small[5] prospectively collected the complications of 21 experienced arthroscopists over a 19-month period. Shoulder arthroscopy accounted for 1184 of these cases. The overall complication rate was 0.7%. The highest complication rates were associated with rotator cuff repair (11.1%), staple capsulorrhaphy (3.3%), and anterior acromioplasty (1.1%). These pioneering studies represent the early surgical experience with shoulder arthroscopy.

The diversity of subsequent reviews reflects the accumulation of clinical experience that has come with increasing numbers of arthroscopic shoulder procedures and continued technical developments. Curtis and associates[6] retrospectively reviewed 660 arthroscopic shoulder procedures with an overall complication rate of 6.5%. A higher rate was found with arthroscopy combined with open procedures (8.8%) compared to all arthroscopic procedures (4.8%). The most common complications reported were adhesive capsulitis (2.7%), wound complications (1.7%), and neurologic complications (0.9%). No infections were reported.

Müller and Landsiedl[7] retrospectively reviewed 846 shoulder arthroscopies with an overall complication rate of 5.2%; 43% of the complications were related to infection (Figs. 19-1 and 19-2). Antibiotic prophylaxis, however, was not routinely used in this series. Common complications included adhesive capsulitis (0.78%), neurologic injury (0.68%), and instrument problems (0.78%). A higher incidence of complications was associated with increased surgical time, combined arthroscopic with open procedures, and capsulorrhaphy.

Berjano and associates[2] reviewed a series of 179 arthroscopic shoulder procedures. The overall complication rate was 9.49%. Unlike the previous two reviews, a higher complication rate was found in the all-arthroscopic subset of patients compared to arthroscopic with open procedures. Reported complications included implant failure, neurologic injury, and postoperative edema. Stiffness was not considered a complication in this series.

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 5 of 15





FIGURE 19-1 A draining wound as a result of an infection after combined arthroscopic and mini-open rotator cuff repair.



FIGURE 19-2 In case of infection, all foreign material must be removed. The greater tuberosity was deformed in this patient after substantial bone loss secondary to the infection and difficulty removing the anchors.

These retrospective reviews have helped to develop a general profile of shoulder arthroscopy complications. In the rest of this chapter we attempt to formulate a more detailed understanding of the incidence, etiology, and management of specific complications.

## ANESTHESIA-RELATED COMPLICATIONS

### Interscalene Block

The risks of general anesthesia are well described and not exclusive to shoulder arthroscopy. The complications of regional anesthesia, specifically interscalene block, however, deserve attention given its frequent use during shoulder arthroscopy.[8]

A reported complication of interscalene block for patients in the beach chair position is the sudden onset of hypotension and bradycardia. Incidence as high as 24% has been reported.[9] D'Alessio and associates[10] found the average time of symptom onset was 60 minutes from placement of interscalene block and 33 minutes from attainment of the beach chair position. Patients acutely experienced a mean decrease in systolic blood pressure of 36 mm Hg and a mean decrease in heart rate of 21 bpm. One case of subsequent asystolic cardiac arrest requiring resuscitation was reported.

This complication has been attributed to activation of the Bezold–Jarisch reflex.[10,11] The proposed mechanism is thought to be a combination of venous blood pooling and decreased ventricular volume induced by the beach chair position and a heightened cardiac contractile state induced by epinephrine introduced from the interscalene block, local infiltration at portal sites, or the arthroscopic irrigation solution. This results in reflex arterial vasodilation and vagally mediated bradycardia.[10] Once the complication is recognized, intraoperative therapy usually consists of atropine, epinephrine, glycopyrrolate, or ephedrine, or some combination of these.[10,12]

Recommended prophylaxis of the reflex includes adequate intravenous fluids to prevent decreased ventricular volume, use of a β-adrenergic blocker to prevent the hypercontractile state, or use of a vagolytic to inhibit the vagally mediated efferent limb of the reflex.[10,12] In a prospective, randomized trial, Liguori and associates[12] studied 150 patients who received an interscalene block for shoulder arthroscopy in the beach chair position. A significant decrease in the incidence of the Bezold–Jarisch reflex was found with prophylactic β-adrenergic blockade with metoprolol.

Interscalene block anesthesia has also been associated with other complications, including sensory neuropathy, hematoma formation, inadvertent high epidural block, seizure, phrenic and recurrent laryngeal nerve blockade, respiratory distress, and Horner's syndrome.[8,13-18] Although most reported complications are uncommon and rarely permanent, it is also important to realize that this is not always the case. In literature, the incidence of phrenic nerve paralysis has been reported as high as 100%.[19] Brachial plexopathies persisting for more than a year and permanent loss of cervical spinal cord function have also been reported.[20,21] Although it is not without serious risks, interscalene block remains a reasonably safe means of anesthesia in the hands of experienced anesthesiologists.[22]

## Airway Compromise

Case reports of several additional anesthesia related concerns are also worth discussion. Several authors have reported intraoperative airway obstruction during shoulder arthroscopy performed with interscalene block in the lateral decubitus position.[23,24] In both instances, significant extra-articular soft tissue swelling from the arthroscopic irrigation led to compression of the upper airway. Immediate cessation of surgery and management of the airway was required. The patients all recovered uneventfully. Proposed contributing factors included the use of high pump pressure (up to 150 mm Hg),[24] long duration of procedure, lateral decubitus position, and procedures involving resection of the joint capsule.[23,24] Careful intraoperative monitoring for neck swelling, especially with prolonged procedures, and judicious use of pump pressure, preferably below 50 mm Hg, is important for preventing this rare but serious complication.

## Air Extravasation

Air extravasation following shoulder arthroscopy has been reported in the literature in several forms including subcutaneous emphysema, pneumomediastinum, tension pneumothorax, and air embolism.[25-29]

Lee and associates[25] reported on three patients who developed subcutaneous emphysema and pneumomediastinum after undergoing shoulder arthroscopy for subacromial decompression. In all cases, the physicians were alerted after noticing either significant swelling around the neck, face, and chest regions or extensive subcutaneous emphysema. Chest radiographs subsequently revealed bilateral pneumothorax in one patient and unilateral tension pneumothorax in another; patients were treated with chest tube placement, and all recovered uneventfully. The authors attributed the extravasation of air to transient changes of pressure in the subacromial space. They hypothesized that use of suction from the power shaver can create a temporary negative pressure that draws air into the subacromial space from the portals. This air can then be pushed into surrounding tissue when the suction is turned off and positive pressure from the irrigation pump is re-established.

Lau[26] also reported a case of subcutaneous emphysema and pneumomediastinum following shoulder arthroscopy. In this case, the author thought air was introduced through a loose junction between the bags of saline solution and the inflow tubing, which resulted in a mixture of air and saline being injected into the shoulder. Vigilance and early recognition of swelling and subcutaneous emphysema is important for appropriate management.

## Pneumothorax

Dietzel and Ciullo[27] reported on four patients who developed spontaneous pneumothorax following shoulder arthroscopy performed under general anesthesia. All of the patients had significant smoking history and two had a history of asthma as well. The proposed mechanism was that positive pressure ventilation might have ruptured blebs or bullae that were present from the history of heavy smoking and pulmonary diseases. All of the patients were treated with placement of a chest tube and recovered uneventfully. The authors recommended obtaining preoperative chest radiographs to help identify bullae in patients with significant smoking history or pulmonary disease. If bullae are present, the authors recommend performing the surgery under interscalene block anesthesia to avoid the positive pressure ventilation.

## Air Embolism

Venous air embolism is a rare complication that can occur during any procedure in which the surgical site is above the level of the heart and noncollapsible veins are exposed to atmospheric pressure, or when any gas is introduced under pressure into a body cavity.[29] Although the overall incidence of this complication is 1%, the incidence can increase to 15% when the patient is in the sitting position and air is forcefully insufflated into the operative field.[30,31]

There are only two case reports of this complication following shoulder arthroscopy.[28,29] In both cases, the patients were placed in beach chair position and a large bolus of air (50 mL) was injected into the glenohumeral joint at the beginning of the arthroscopy. Hegde and Avatgere[29] believe the mechanism involved a vein being punctured during the portal stab incision or during introduction of the arthroscope; increased intra-articular pressure, caused by the injected air or joint manipulation, then leads to air entering an open vein. They also theorized that in an injured joint, injected air could enter the venous system through exposed venous sinuses.

Clinically, venous air embolism can manifest as decreased end-tidal carbon dioxide, hypoxemia, hypotension, bronchospasm, and cardiovascular collapse.[28,29] Management of suspected air embolism includes positioning the patient into the Trendelenburg position, filling the operative site with fluid, and quickly obtaining hemostasis. Blood pressure should be supported with fluids, vasopressors, and inotropes.[29] Ideally, avoiding the use of air insufflation during arthroscopy would minimize the incidence of this complication.

# GENERAL SURGICAL COMPLICATIONS

## Infection

The incidence of infection following shoulder arthroscopy is low. Reported rates in the literature range from 0 to 3.4%.[3,6,7,32,33] Two important factors that have been found to be important in minimizing infection are proper disinfection of arthroscopic instruments and preoperative

antibiotics. Johnson and associates[32] reviewed 12,505 arthroscopic procedures in which 2% glutaraldehyde was used as a disinfectant for cold sterilization of arthroscopes and arthroscopic surgical instruments. The disinfectant offered an advantage over both steam autoclaving, which can damage arthroscopes over time, and ethylene oxide gas sterilization, which is a more time-consuming process. Based on an overall infection rate of 0.04%, the authors found 2% glutaraldehyde to be a safe, quick, and effective disinfecting method. Armstrong and Bolding,[34] meanwhile, reported an infection rate of 2.0% in a consecutive series of 352 arthroscopic procedures. One factor that contributed to several cases of postarthroscopic septic arthritis was inadequate arthroscope disinfection.

In a cost-to-benefit analysis, D'Angelo and Ogilvie-Harris[33] reviewed 4000 arthroscopic procedures performed without antibiotic prophylaxis. The overall infection rate was 0.23% in this series. A comparison was made between the cost of hospitalization for treating infection and the cost of a single preoperative dose of antibiotic followed by a 24-hour course. Based on an expected fourfold reduction in infection rate with antibiotic use, the authors concluded that it might be cost beneficial to routinely use antibiotic prophylaxis for arthroscopic procedures.

## Neurovascular Injury

Injury to neurovascular structures is a risk that must be considered with all surgical procedures. Reports of vascular injury following shoulder arthroscopy are extremely rare. Cephalic vein laceration, leading to hematoma, has been reported during establishment of the anterior portal without residual morbidity.[6] Cameron[35] reported a single case of venous pseudoaneurysm that developed after inadvertent laceration of a high-pressure cephalic vein during placement of an anterior portal in a dialysis patient. The author recommends alternatives to the anterior portal or using careful blunt dissection when placing the anterior portal in patients with upper extremity arteriovenous fistulas.

Neurologic injuries following shoulder arthroscopy are more common. Incidences ranging from 0 to 30% have been reported in literature, though the majority are transient, neurapraxic injuries.[36-39] Injuries to the musculocutaneous nerve,[36,40,41] ulnar nerve,[40] radial nerve,[36,42] axillary nerve,[4,39] median nerve, medial pectoral nerve[43] and anterior interosseous nerve[43] have all been reported. Patient positioning and portal placements are two important factors specific to shoulder arthroscopy that must be considered when evaluating neurologic as well as possible vascular complications.

### Traction

Most neurologic complications associated with positioning have been related to the use of traction in the lateral decubitus position. Paulos[44] reported a 20% incidence of transient paresthesias in the upper extremity following subacromial decompression performed with traction. Andrews and Carson[40] reported a 3% incidence of neurapraxia following 120 shoulder arthroscopies. The injuries were attributed to excessive traction in the lateral decubitus position. Symptoms resolved by 6 weeks in all cases. Ellman[42] reported transient dysethesias in the radial sensory nerve distribution secondary to inadequate padding of the wrist during traction.

Several studies have attempted to better understand the mechanism behind these traction injuries. Klein and associates,[37] in a cadaver study, measured the strain on the brachial plexus that occurs with traction in the lateral decubitus position. Maximum strain was found with the arm in 0 degrees of forward flexion and 10 degrees of abduction. The minimum overall strain was noted with the arm in 90 degrees of flexion and 0 degrees of abduction. Arthroscopic visibility, however, was limited in this position. The authors concluded that two positions, 45 degrees of flexion with either 90 degrees or 0 degrees of abduction, would minimize strain on the plexus and maximize visibility.

Pitman and associates[36] monitored somatosensory evoked potentials (SEP) in 20 patients who underwent shoulder arthroscopy in the lateral decubitus position with traction. Two different arm positions with variable longitudinal or perpendicular traction weights were studied. In 13 patients, the arm was placed in 10 degrees of flexion and 70 degrees of abduction with longitudinal traction. In the remaining 7 patients, the arm was placed in minimal abduction and traction was applied perpendicular to the long axis of the arm. Transient clinical neurapraxia developed in 10% of the patients, all in the 70 degrees of abduction group. Abnormal SEP of the musculocutaneous nerve was detected in all the patients intraoperatively. In half of the patients, abnormal involvement of the median, ulnar, and radial nerves was also noted. The authors felt the high incidence of subclinical, transient decrease in SEP was related to a combination of traction, arm position, and joint distention. They found that decrease in SEP of all nerves could be avoided if longitudinal traction was less than 12 lb and perpendicular traction was kept to less than 7 lb.

Hennrikus and associates[45] used pulse oximetry to study the effects of traction on tissue perfusion during shoulder arthroscopy in the lateral decubitus position. Longitudinal traction was found to be the least harmful to perfusion, whereas adding vertical, or perpendicular, traction was most likely to cause tissue hypoxia. The authors found, however, that using a 4-in (10 cm) instead of a 2-in (5 cm) sling for vertical traction improved perfusion.

The beach chair position has been used for shoulder arthroscopy in part to avoid the traction-related complications of the lateral decubitus position (Fig. 19-3). Skyhar and associates[38] reported no neurologic complications in 50 consecutive shoulder arthroscopies performed in the beach chair position. In this position, the operative arm is allowed to hang free, with traction provided only by the weight of the arm. Although the risk of traction

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 8 of 15





**FIGURE 19-3** Proper beach chair position with the anterior and posterior aspects of the shoulder exposed for access. The arm is supported by an arm holder. The exposure and arm support decrease the risk of neurologic injury secondary to traction.



**FIGURE 19-4** The rotator interval is bordered by the biceps tendon superiorly and the subscapularis tendon inferiorly. Needles can be placed as markers to ensure proper incision and portal placement.

neurapraxia is decreased in this position, neural injury has also been reported with the beach chair position. Mullins and associates[46] reported a case of transient hypoglossal nerve palsy following a combined arthroscopic and open rotator cuff repair performed in the beach chair position. The authors hypothesized that intraoperative changes in neck position might have led to compression of the nerve beneath the angle of the mandible. They recommended frequent intraoperative monitoring of the head and neck position when the beach chair position is used.

## Portal Placement

Portal placement is another important factor that must be considered when evaluating neurovascular complications of shoulder arthroscopy. Unlike patient positioning, proper portal placement is important for minimizing direct injury to surrounding neurovascular structures. The key to properly placed portals is a thorough understanding of palpable bony landmarks and regional shoulder anatomy. The standard posterior portal is well described. Its standard location is 2 to 3 cm inferior and 1 to 2 cm medial to the posterolateral corner of the acromion. This portal has been found to be at least 3 cm from the axillary nerve and posterior humeral circumflex artery, and at least 1 cm lateral to the suprascapular nerve and artery.[47,48] An accessory posterolateral portal placed up to 3 cm lateral and 5 cm inferior to the posterolateral corner can also be safely established at a minimum distance of 3 cm from the axillary nerve.[47]

The anterior portal is placed through the rotator interval (Fig. 19-4). Arthroscopically, it is a triangle defined medially by the glenoid, superiorly by the biceps tendon, and inferiorly by the rolled border of the subscapularis tendon. In a cadaveric study, Matthews and associates[49] demonstrated the safety of this portal when using the intra-articular triangle as a landmark. They noted that the cephalic vein was the most superficial structure felt to be at significant risk when establishing this portal. The importance of staying lateral to the coracoid with anterior portals in order to avoid inferior and medial neurovascular structures has been stressed by numerous studies.[48,50,51] An anteroinferior, or 5-o'clock, portal has also been described.[52] The portal has been found to be an average of 22 mm from the musculocutaneous nerve and 24 mm from the axillary nerve.[52] Lo and associates[47] found that the structure at greatest risk with the anterior portals was the cephalic vein, averaging 18.8 mm from the standard anterior portal and 9.8 mm from the 5-o'clock portal.

Superolateral portals, including the Port of Wilmington and anterosuperolateral portal, are established in the anteroposterior plane along the lateral acromion. The key to these portals is understanding the anatomy of the axillary nerve as it traverses the undersurface of the deltoid from posterior to anterior. The minimum safe distance from the lateral acromial edge increases slightly from 3 cm at the posterolateral corner to 4 cm at the acromioclavicular joint with the arm adducted.[53] Segmuller and associates[39] reported a 7% incidence of postoperative sensory deficits, with 3% persistent at 8 months, following shoulder arthroscopy. Despite describing posterior and superolateral portals within recommended safe zones, the authors attributed the complications to direct trauma of cutaneous branches of the axillary nerve during portal placement.

The suprascapular fossa portal, or Neviaser's portal, has also been described.[54] The portal is in the superior soft

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 9 of 15



spot surrounded by the distal clavicle and acromioclavicular joint anteriorly, the scapular spine posteriorly, and the acromion laterally. The suprascapular nerve and vessel pass approximately 3 cm medial to this portal.[55] Therefore, it is important to pass obliquely into the joint, from medial to lateral, in order to avoid injury to the suprascapular neurovascular bundle when establishing this portal.

Most neurologic complications following shoulder arthroscopy are transient neurapraxias that can be observed. However, permanent direct neurologic injury requiring tendon transfers has been reported.[49] Careful attention to patient positioning and proper portal placement are important in minimizing the incidence of this complication.

## Thromboembolism

The rate of thromboembolic complications following shoulder arthroscopy is very low; there are only isolated case reports in the literature.[56-58] Burkhart[57] reported a case of complete thrombosis of the basilic and innominate vein following shoulder arthroscopy. The patient presented 3 days following surgery with pain, swelling, and a tender cord at the medial elbow of his operative arm. Subsequent evaluation revealed the patient had undiagnosed Hodgkin's disease. The venous thrombosis was attributed to the possible hypercoagulable state of the disease as well as the presence of a mediastinal mass that was compressing the innominate vein. Given the rarity of thromboembolic disease after shoulder arthroscopy, the author recommended evaluation for systemic or local anatomic abnormalities if it does occur.

Polzhofer and associates[56] reported a single case of pulmonary embolism following an arthroscopic subacromial decompression. Despite being on subcutaneous thromboprophylaxis with low-dose heparin, the patient developed severe anxiety, dyspnea, tachycardia, and hypertension 7 days after surgery. Lung perfusion study revealed a large pulmonary embolus, and duplex ultrasound demonstrated a thrombosis of the cephalic vein in the operative arm. No coagulopathy or anatomic abnormalities were found in this case. Without a clear etiology, the authors hypothesized that irritation of the subclavian vein by compression from the motor-driven shaver might have been the cause.

Though extremely rare, thromboembolic disease can occur following shoulder arthroscopy. Awareness and early detection is the best approach for this serious complication.

# COMPLICATIONS SPECIFIC TO SHOULDER ARTHROSCOPY

## Stiffness

Stiffness is one of the more common complications following arthroscopic shoulder surgery. Incidences in the literature range from 2.7% to 15%.[6,7,59] Postoperative stiffness has been reported following subacromial procedures, including decompression, acromioplasty, distal clavicle excision, and rotator cuff repair; it is also reported following intra-articular procedures such as instability and SLAP repairs.[60-64] This complication can often be attributed to inadequate postoperative rehabilitation and the failure to begin appropriate early motion.[65] Mormino and associates[61] described the captured shoulder in 13 patients following acromioplasty and rotator cuff surgery. The patients all presented with persistent pain with activity and restricted motion after their initial surgery. After conservative measures failed, the authors found significant subdeltoid adhesions on subsequent arthroscopy. Resection of scar for 4 to 5 cm distal to the subacromial space was necessary to release the deltoid from the humerus and rotator cuff. Stiffness following arthroscopic anterior instability repair has also been described, though the severity of motion loss is thought to be less than for open stabilization when using modern arthroscopic techniques.[66,67] Overtightening of the rotator interval and the medial and the inferior glenohumeral ligament must be avoided to prevent the classic loss of external rotation seen with instability repairs.

Nonoperative measures remain the first line of treatment for postoperative stiffness.[20,63,68,69] Closely monitored, physician-directed, graduated therapy focused on early mobilization is important following arthroscopic shoulder procedures, especially once postoperative stiffness is appreciated. The majority of patients respond to conservative measures. In recalcitrant cases, arthroscopic release is an accepted and effective treatment option.[60-64]

Warner and associates[62] reported on the results of 16 patients who underwent arthroscopic capsular release for postoperative capsular contracture and stiffness; 14 demonstrated improvements in Constant score and significant improvements in range of motion (ROM). The authors stressed the importance of adequate postoperative pain control, using serial interscalene blocks or interscalene catheters, and initiating immediate postoperative ROM.

Holloway and associates[64] compared the results of arthroscopic capsular release in the treatment of three different groups of shoulder stiffness: idiopathic, postoperative, and postfracture. All groups demonstrated significant improvements in postoperative ROM. However, although all three groups also showed significant improvements in pain, patient satisfaction, function, and outcome score, the postoperative group had significantly lower scores in these measures compared to the other two groups. The authors felt that the poorer results in this group were associated with concomitant pathologies that may have been caused by the initial injury or initial surgery.

## Fluid Extravasation

Careful fluid management and a constant awareness of fluid extravasation are important when performing

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 10 of 15



shoulder arthroscopy. Subacromial procedures are particularly susceptible to extravasation because the space is not enclosed in a capsule like the glenohumeral joint. As discussed earlier, the use of high pump pressures over prolonged periods of time can lead to significant soft tissue edema that can extend to the neck and compromise the upper airway.[16,23,24] Local swelling around the shoulder can also be problematic. Edematous soft tissue can encroach on the operative field and greatly increase the complexity of procedures by hampering visualization and decreasing the arthroscopic working space. Superficially, portal placement can be complicated by changes in the preoperative relationship between the soft tissue envelope and underlying bony landmarks. Bigliani and associates[3] recommended marking all landmarks and planned portals before starting a procedure so as to help maintain orientation in the event of massive edema. Rare complications associated with fluid extravasation include reports of skin necrosis, transient neurapraxias, and rhabdomyolysis.[36,43,70]

The clinical findings of significant fluid extravasation can be alarming. The musculature around the shoulder, particularly the deltoid, can become extremely tense and swollen, and the skin can become blanched. With these findings, reasonable concerns exist for elevated compartment pressures and possible damage to the surrounding muscles during shoulder arthroscopy. Ogilvie-Harris and associates[71] used slit catheters to measure deltoid compartment pressures during arthroscopic shoulder procedures. The average pressure during glenohumeral portions of the surgeries was 27 mm Hg. The highest pressures were measured when the arthroscope was in the subacromial space while performing acromioplasty; the average pressure was 72 mm Hg, and peak pressures reached 120 mm Hg. Compartment pressures returned to baseline within 4 minutes after surgery, despite persistent, notable clinical swelling. Follow-up EMG studies between 4 to 6 weeks were found to be normal.

Carr and associates[72] measured the pressures of the supraspinatus and the deltoid muscles before and after various arthroscopic shoulder procedures. Significant elevations in both muscles were found postoperatively. Similar to the previous study, the highest pressures were found following acromioplasty. However, the authors felt the volume of irrigation fluid is also an important factor contributing to the degree of extravasation when compared to articular versus subacromial location of the procedures. None of the patients had any clinical findings of weakness or neurologic injury at a minimum of 3 months of follow-up. Shoulder arthroscopy can lead to significant increases in the compartment pressure of surrounding muscles, especially with the use of an infusion pump. The elevations, however, are transient and appear to cause no long-term injury to the muscles.

Fluid extravasation occurs in some degree with all shoulder arthroscopies. Excessive extravasation, however, is often related to prolonged procedures and poor visualization. Maintaining an efficient pace of surgery and allowing for a stepwise transition to all-arthroscopic procedures as the surgeon gains experience can help minimize the first factor.[68,73] Poor arthroscopic visualization, often caused by bleeding, can prompt the use of higher pressures and flow of irrigation that ultimately result in excessive swelling. Alternative strategies to improve visualization include careful hemostasis using electrocautery, hypotensive anesthesia, cold irrigation fluid, and the addition of epinephrine to irrigation fluid.[3,68]

Morrison and associates[74] examined the relationship among blood pressure, subacromial space pressure, and visual clarity during arthroscopic subacromial decompressions. They found that an average pressure difference of 49 mm Hg or less (between systolic blood pressure and subacromial space pressure) resulted in minimal bleeding from trabecular bone and soft tissue capillaries. The authors concluded that with hypotensive anesthesia and the appropriate pressure differential, good visualization could be easily achieved with low subacromial space pressures that would minimize the risk of massive extravasation.

Jensen and associates[75] studied the effects of epinephrine saline irrigation fluid on visual clarity in a randomized prospective study. Epinephrine was added to saline at a concentration of 0.33 mg/L. Clarity of the visual field was found to be significantly higher in the epinephrine group, and intra-articular bleeding was significantly reduced. Additionally, no cardiovascular adverse reactions were reported with use of the epinephrine–saline irrigation.

## Muscle and Tendon Injury

Iatrogenic injury to muscles and the rotator cuff tendons during shoulder arthroscopy are rare. Bonsell[76] reported a case of deltoid detachment during arthroscopic subacromial decompression. The injury was attributed to overaggressive subacromial decompression. The author cautioned against the use of the electrocautery to further release any soft tissue off the anterior acromion once an acromioplasty has been performed. Open repair of the deltoid was subsequently performed.

Norwood and associates[77] reported four cases of iatrogenic rotator cuff injuries that occurred during establishment of the posterior portal. All initial arthroscopic surgeries were performed in young athletes for pathologies unrelated to the rotator cuff. Postoperatively, after failing to demonstrate clinical improvement, arthrograms revealed either partial or full-thickness tears of the posterior rotator cuff. The tears were confirmed by direct visualization during a second surgery, and open repairs were performed. The authors felt that this injury occurs more often than is reported and must be considered in the differential diagnosis after failed uncomplicated shoulder arthroscopies. They suggested avoiding substantial abduction or external rotation of the shoulder during trocar insertion in order to avoid inadvertent tendon penetration.

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 11 of 15



Several anatomic studies have evaluated portal sites that are more prone to iatrogenic tendon injuries. Souryal and associates[78] examined the supraclavicular fossa (Neviaser's) portal in a cadaveric study. The supraspinatus tendon was found to be at risk when the portal was established with abduction angles greater than 45 degrees. The musculotendinous junction was at risk with abduction angles greater than 30 degrees and any forward flexion of the shoulder. The authors concluded that the portal should be established with no more than 45 degrees of abduction and no forward flexion. Additionally, the trocar should be directed laterally 30 degrees in the sagittal plane and neutral in the coronal plane to best enter the glenohumeral joint.

Lo and associates[47] studied the Portal of Wilmington and its relationship to the rotator cuff. Located 1 cm anterior and 1 cm lateral to the posterolateral corner of the acromion, the portal is typically used for anchor placement in the posterosuperior glenoid for repair of SLAP lesions. Using an outside-in technique and needle localization to establish this portal, the authors found the portal consistently penetrated medial to the musculotendinous junction of the supraspinatus or infraspinatus. Meyer and associates[79] similarly found the portal always penetrated the supraspinatus at the musculotendinous junction.

## Osseous Complications

Reports of bony complications following shoulder arthroscopy are rare. There are isolated case reports in the literature of acromial fractures following subacromial decompression.[80-82] Rupp and associates[59] reported a rate of 0.9% in a series of 108 arthroscopic subacromial decompressions. The fractures are usually attributed to overzealous bone resection, especially when thin acromions are unrecognized preoperatively.[81] Depending on the size of the anterior fragment, the fracture can be treated with either tension band fixation[80] or arthroscopic excision.

Heterotopic ossification is a rare complication of arthroscopic subacromial decompression. Berg and associates[83] reported on 10 patients who developed heterotopic bone following arthroscopic decompression; 8 patients also underwent concurrent distal clavicle resection. Formation of the bone occurred between 2 weeks and 5 months postoperatively. The most common sites included formation of a bone cap over the distal clavicle, the inferior acromion undersurface, and an ossicle between the resected distal clavicle and the acromion. The heterotopic ossification caused recurrent signs of shoulder impingement in 8 patients, and 5 ultimately required revision procedures to remove the ectopic bone. The authors noted that 70% of the patients had chronic pulmonary disease that might have increased the risk of ectopic bone formation through hypertrophic pulmonary osteoarthropathy. They recommended prophylactic measures with indomethacin or radiotherapy in this patient group as well as other conditions that are at risk for ectopic bone formation.

Boynton and associates[84] reported a case of severe heterotopic ossification of the deltoid muscle following arthroscopic acromioplasty. Unlike the previous series, the ectopic bone in this case was much more extensive, bridging the acromion to the humerus. No specific predisposition could be attributed to this case. The authors hypothesized that possible contributing factors included prolonged immobilization, trauma to the muscle from surgery, and periosteal fragments from the acromioplasty that might have seeded the damaged muscle. The patient ultimately underwent a formal glenohumeral fusion for pain relief.

## Implant Complications

Implant options for arthroscopic shoulder procedures have grown and changed dramatically over the past few decades. Understanding the complications related to these implants are important for prevention, management, and the continued development of better options. In this section, rather than attempting to discuss an exhaustive list of all the implants used past and present, we focus on several specific, better-studied implants to illustrate some of the possible complications related to implant use in shoulder arthroscopy.

Metal staples were used during early efforts to treat anterior instability arthroscopically; this is mentioned here mainly for historical purposes. The arthroscopic application of this implant was plagued by a high rate of complications including broken or bent staples, loosening, migration, and associated articular cartilage and capsular soft tissue damage.[85] Recurrence of instability was reported to be as high as 33%.[86] This implant, consequently, has largely been abandoned.

Bioabsorbable tacks are another group of implants used during arthroscopic shoulder procedures, including rotator cuff repair, instability, and SLAP repairs. These devices in general depend on the compression of tissue against the bone by the head of the device. Failures associated with these implants have included tissue cut out, tack head breakage, and tack pullout.[87] Early versions of this device were made with polyglyconate polymers (PGA) that began to degrade and lose mechanical strength within 6 to 8 weeks.[88] Due to the properties of these polymers, a high incidence of foreign-body reaction, aseptic synovitis, and early implant failure have been reported.[85,87,89]

Burkart and associates[90] reported a 22% incidence of foreign-body reaction and massive synovitis following the use of PGA tack devices for arthroscopic instability and SLAP repairs. All the patients presented with shoulder pain and loss of active and passive motion within 2 to 5 weeks after surgery. C-reactive protein and erythrocyte sedimentation rate were elevated, but white blood cell counts were all normal. The tack devices were broken at the head–neck junction in 17% of the patients on repeat

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 12 of 15



arthroscopy. Intraoperative synovial biopsies revealed hypertrophic synovium with massive infiltration of histiocytes and multinucleated giant cells surrounding polymer particles. Symptoms resolved following synovectomy, débridement and repair of persistent labral defects.

In a later study, Freehill and associates[88] reported on complications with second generation bioabsorbable tacks composed of poly(L-lactic acid) (PLLA) polymers. PLLA polymers degrade more slowly than PGA polymers and therefore can potentially provide greater long-term mechanical strength.[88] In their series of 52 patients, these implants were used for arthroscopic stabilization of anterior instability or SLAP repairs. At an average of 8 months after surgery, 19% of patients developed pain and gradual loss of motion. MRI scans revealed large effusions and intra-articular tack debris. Repeat arthroscopy demonstrated gross implant debris in 9 out of 10 patients and synovitis in all the patients. Synovial biopsies revealed giant cells and histiocytes typical of foreign body reactions. Additionally, 3 patients had significant full-thickness chondral damage on the humeral head, presumably caused by the loose implant fragments. At final follow-up, 7 patients reported minimal pain and full return of motion, but all 3 patients with chondral injuries continued to have pain, stiffness, or discomfort with activity.

Arthroscopic implant migration and malposition is an infrequent complication, although the exact incidences are unknown. Published literature on this complication have largely been limited to case reports and small, retrospective case series.[91-93] Although these complications can occur as the result of implant failure, they are more often the result of improper surgical technique or incorrect application of implants (Fig. 19-5).[87] A major concern related to loose or malpositioned implants, in addition to failure of the index procedure, is chondral damage caused by the implants. Reports have shown that damage can occur with both bioabsorbable and nonabsorbable implants.[88,94]

Rhee and associates[94] presented a small series of five cases in which patients developed glenohumeral arthropathy secondary to prominent metal anchors misplaced during arthroscopic anterior stabilization. All the patients complained of sharp pain and catching during early rehabilitation as soon as motion exercises were initiated. Unfortunately, the early mechanical symptoms remained undiagnosed in the patients until significant articular damage and subsequent arthropathy had occurred. Revision surgery for the removal of prominent anchors was performed in all patients. Postoperative function and satisfaction, however, remained poor. The authors stressed the importance of early detection with misplaced suture anchors before irreversible damage occurs. Early postoperative complaints of sharp pain, mechanical symptoms, and marked limitation in motion following arthroscopic implant procedures should prompt timely radiographic evaluation. Suggestions of prominent implants on imaging combined with a suspicious clinical history are indications for arthroscopic evaluation.



**FIGURE 19-5** Anchors have displaced medially in proximity to the joint space after a failed rotator cuff repair.

## Thermal Capsulorrhaphy

Thermal shrinkage of capsular tissue is a relatively new technology that has been clinically adapted for the arthroscopic treatment of shoulder instability. Application of heat to the capsule at 65°C leads to tightening and thickening of the tissue through an initial denaturing of the collagen triple helix followed by an inflammatory and reparative biological response.[95] The thermal energy can be applied through either radiofrequency or a homium: yttrium-aluminum-garnet (Ho: YAG) laser.

Although the technology is attractive in concept and ease of use, reports of associated complications in the literature have tempered early enthusiasm. D'Alessandro and associates[96] evaluated the results of arthroscopic thermal capsulorrhaphy for shoulder instability at an average follow-up of 38 months. The capsular shrinkage was performed with a monopolar radiofrequency device. Overall, successful clinical results were found in only 63% of all patients, with the poorest results in patients with multidirectional instability (MDI). Alarmingly, 46% of MDI patients with unsatisfactory outcomes at final follow-up were initially doing well at 1 year. Open revision instability surgery was performed in 13% of the patients. Operative findings at the time of revision revealed thin and attenuated capsular tissues that made the procedures more difficult. Only half of the revision patients achieved satisfactory outcome. Complications reported from this series included transient axillary nerve

dysesthesias (14%) and adhesive capsulitis (1%). The authors believed the axillary nerve dysesthesias were related to prolonged use of the radiofrequency probe in the axillary pouch.

Wong and associates[97] examined the complications of thermal capsulorrhaphy in a study that surveyed all members of the American Shoulder and Elbow Surgeons, the Arthroscopy Association of North America, and American Orthopaedic Society for Sports Medicine. Overall recurrent instability rate was 24%, of which 32% required revision surgeries. At the time of revision, capsular insufficiency was found in 33% of those treated primarily with laser, 18% of those treated primarily with monopolar radiofrequency, and 20% of those treated primarily with bipolar radiofrequency. The overall complication rate for axillary nerve injury was 1.4%; complete recovery occurred in 95% of the patients at an average of 2.3 months.

Hanypsiak and associates[98] reported spontaneous rupture of the long head of the biceps tendon in two young athletes following arthroscopic thermal capsulorrhaphy. The long head of the biceps appeared normal, and no direct thermal injury to the tendon was reported in either case, but at around 3 months following surgery, both patients sustained rupture of the long head of the biceps and resulting Popeye deformity during resisted forward elevation of the shoulder. The authors believe that dissipation of the thermal energy might have caused an unrecognized inflammatory reaction to the surrounding tissue, including the long head of the biceps, making the tendon more susceptible to traumatic injury.

Glenohumeral chondrolysis has also been linked to thermal capsulorrhaphy in several published case reports.[99-101] Petty and associates[99] reported on three cases of rapid glenohumeral joint destruction following arthroscopy of the shoulder. Although thermal capsulorrhaphy was performed only in one patient, a thermal radiofrequency device was used in all three patients. Early postoperative course in all patients was complicated by limited ROM and pain. Revision arthroscopy revealed significant articular cartilage damage to complete cartilage loss from the humeral head and glenoid; marginal osteophytes were already present in one patient. At 1-year follow-up of revision arthroscopic débridement, the patients all had continued pain, and one patient had significant impairment in motion. None of the athletes were able to return to their sport at their previous level of performance. The authors suspected thermal energy played a role in the development of chondrolysis by increasing the temperature of the arthroscopic fluid enough to cause chondrocyte death. They recommended that thermal energy should not be used in the glenohumeral joint of young patients in order to prevent this devastating potential complication.

Levine and associates[100] reported two cases of severe chondrolysis following thermal capsulorrhaphy. A monopolar radiofrequency device was used in both cases for anterior shoulder instability. Both patients had clinical results initially. However, within 6 months after surgery, they developed pain, decreased motion, and decreased function. Subsequent radiographs demonstrated complete obliteration of the glenohumeral joint space. Due to the patients' young age and severity of arthrosis, they underwent humeral resurfacing with lateral meniscal allograft glenoid resurfacing procedures. At 1-year follow-up, both patients demonstrated significant clinical improvements with no pain and full ROM.

Thermal shrinkage of capsular tissue is a relatively new technology with an inconsistent track record in published literature. The high failure rates of thermal capsulorrhaphy, the potentially devastating complications, and the limited treatment options for associated complications suggest careful consideration and caution when applying this technique for clinical use.

## BUPIVACAINE-INDUCED CHONDROLYSIS

There is a growing body of evidence linking intra-articular infusion of bupivacaine with or without epinephrine via a pain pump to postoperative chondrolysis. In fact, many instances of chondrolysis after thermal capsulorrhaphy may be related to the use of pain pumps. Hanson and colleagues[102] retrospectively evaluated 12 shoulders with chondrolysis after glenohumeral arthroscopy. In the study time period, 19 patients had arthroscopic capsular procedures with high-flow pumps delivering bupivacaine with epinephrine. Of these, 12 developed chondrolysis. Gomoll and coworkers[103] studied the effects of bupivacaine with and without epinephrine on chondrocytes in rabbit shoulders. Bupivacaine infusion had a substantial chondrotoxic effect as measured by sulfate uptake, cell viability, and histologic grade. Chu and colleagues[104] demonstrated that 0.5% bupivacaine had cytotoxic effects on bovine chondrocytes after only 15 or 30 minutes of exposure. At this time, infusion pumps containing bupivacaine should not be placed intra-articularly after arthroscopic capsular procedures.

## SUMMARY

Shoulder arthroscopy has been shown to be a reliable and safe technique. Complication rates have not increased dramatically, despite increasing surgical volumes and complexity. In this chapter we discussed some of the most common and serious complications of arthroscopic shoulder procedures. Awareness and an understanding of these potential complications are important for prevention and management when they occur.

## REFERENCES

1. Andren L, Lundberg BJ: Treatment of rigid shoulders by joint distension during arthroscopy. Acta Orthop Scand 36:45-53, 1965.
2. Berjano P, Gonzalez BG, Olmedo JF, et al: Complications in arthroscopic shoulder surgery. Arthroscopy 14:785-788, 1998.
3. Bigliani L, Flatow E, Deliz E: Complications of shoulder arthroscopy. Orthop Rev 20:743-751, 1991.

Case No. 1:08-cv-00365-MSK-CBS Document 257-2 filed 07/28/10 USDC Colorado pg 14 of 15




4. Small NC: Complications in arthroscopy: The knee and other joints. Arthroscopy 2:253-258, 1986.
5. Small NC: Complications in arthroscopic surgery performed by experienced arthroscopists. Arthroscopy 4:215-221, 1988.
6. Curtis AS, Snyder SJ, Del Pizzo W, et al: Complications of shoulder arthroscopy [abstract]. Arthroscopy 8:395, 1992.
7. Müller D, Landsiedl F: Arthroscopy of the shoulder joint: A minimal invasive and harmless procedure [abstract]? Arthroscopy 16(4):425, 2000.
8. Brown AR, Weiss R, Greenberg C, et al: Interscalene block for shoulder arthroscopy: Comparison with general anesthesia. Arthroscopy 9:295-300, 1993.
9. Roch J, Sharrock NE: Hypotension during shoulder arthroscopy in the sitting position under interscalene block [abstract]. Reg Anesth 15(Suppl):64, 1991.
10. D'Alessio JG, Weller RS, Rosenblum M: Activation of the Bezold–Jarisch reflex in the sitting position for shoulder arthroscopy using interscalene block. Anesth Analg 80:1158-1162, 1995.
11. Almquist A, Goldenberg I, Milstein S, et al: Provocation of bradycardia and hypotension by isoproterenol and upright posture in patients with unexplained syncope. N Engl J Med 320(6):346-351, 1989.
12. Liguori GA, Kahn RL, Gordon J, et al: The use of metoprolol and glycopyrrolate to prevent hypotensive/bradycardic events during shoulder arthroscopy in the sitting position under interscalene block. Anesth Analg 87:1320-1325, 1998.
13. Urban MK, Urquhart B: Evaluation of brachial plexus anaesthesia for upper limb surgery. Reg Anesth 19:175-182, 1994.
14. Arciero RA, Taylor DC, Harrison SA, et al: Interscalene anesthesia for shoulder arthroscopy in a community-sized military hospital. Arthroscopy 12:715-719, 1996.
15. Kayerker UM, Dick MM: Phrenic nerve paralysis following interscalene brachial plexus block. Anesth Analg 62:536-537, 1983.
16. Borgeat A, Schappi B, Blasca N, Gerber C: Patient-controlled analgesia after major shoulder surgery: Patient-controlled interscalene analgesia versus patient-controlled analgesia. Anesthesiology 87:1343-1347, 1997.
17. Kumar A, Battit GE, Froesc AM, Long MC: Bilateral cervical and thoracic epidural blockade complicating interscalene brachial plexus block: Report of two cases. Anesthesiology 35:650-652, 1971.
18. Bishop JY, Sprague M, Gelber J, et al: Interscalene regional anesthesia for shoulder surgery. J Bone Joint Surg Am 87(5):974-979, 2005.
19. Urmey WF, Talts KH, Sharrock NE: One hundred percent incidence of hemidiaphragmatic paresis associated with interscalene brachial plexus anesthesia as diagnosed by ultrasonography. Anesth Analg 72:498-503, 1991.
20. Weber SC, Jain R: Scalene regional anesthesia for shoulder surgery in a community setting: An assessment of risk. J Bone Joint Surg Am 84:775-779, 2002.
21. Benumof JL: Permanent loss of cervical spinal cord function associated with interscalene block performed under general anesthesia. Anesthesiology 93:1541-1544, 2000.
22. Konrad C, Schupfer G, Wietlisbach M, Gerber H: Learning manual skills in anesthesiology: Is there a recommended number of cases for anesthetic procedures? Anesth Analg 86:635-639, 1998.
23. Hynson JM, Tung A, Guevara JE, et al: Complete airway obstruction during arthroscopic shoulder surgery. Anesth Analg 76:875-878, 1993.
24. Borgeat A, Bird P, Ekatodramis G, Dumont C: Tracheal compression caused by periarticular fluid accumulation: A rare complication of shoulder surgery. J Shoulder Elbow Surg 9:443-445, 2000.
25. Lee HC, Dewan N, Crosby L: Subcutaneous emphysema, pneumomediastinum and potentially life-threatening tension pneumothorax: Pulmonary complications from arthroscopic shoulder decompression. Chest 101:1265-1267, 1992.
26. Lau KY: Pneumomediastinum caused by subcutaneous emphysema in the shoulder: A rare complication of arthroscopy. Chest 103:1606-1607, 1993.
27. Dietzel DP, Ciullo JV: Spontaneous pneumothorax after shoulder arthroscopy: A report of four cases. Arthroscopy 12:99-102, 1996.
28. Faure EAM, Cook RI, Miles D: Air embolism during anesthesia for shoulder arthroscopy. Anesthesiology 89(3):805-806, 1998.
29. Hegde RT, Avatgere RN: Air embolism during anaesthesia for shoulder arthroscopy. Br J Anaesth 85(6):926-927, 2000.
30. Williamson JA, Webb RK, Russell WJ, Runciman WB: Air embolism: An analysis of 2000 incident reports. Anaesth Intensive Care 21:638-641, 1993.
31. Buxbaum JL, Muravchick S, Chen L: Intraoperative air embolism with pulse irrigation device. J Clin Anesth 8:519-521, 1996.
32. Johnson LL, Schneider DA, Austin MD, et al: Two per cent glutaraldehyde: A disinfectant in arthroscopy and arthroscopic surgery. J Bone Joint Surg Am 64:237-239, 1982.
33. D'Angelo G, Ogilvie-Harris D: Septic arthritis following arthroscopy, with cost/benefit analysis of antibiotic prophylaxis. Arthroscopy 4:10-14, 1988.
34. Armstrong RW, Bolding F: Septic arthritis after arthroscopy: The contributing roles of intraarticular steroid and environmental factors. Am J Infect Control 22(1):16-18, 1994.
35. Cameron SE: Venous pseudoaneurysm as a complication of shoulder arthroscopy. J Shoulder Elbow Surg 5:404-406, 1996.
36. Pitman MI, Nainzadeh N, Ergas E, Springer S: The use of somatosensory evoked potentials for detection of neuropraxia during shoulder arthroscopy. Arthroscopy 4:250-255, 1988.
37. Klein AH, France JC, Mutschler TA, Fu FH: Measurement of brachial plexus strain in arthroscopy of the shoulder. Arthroscopy 3:45-52, 1987.
38. Skyhar MJ, Altcheck DW, Warren RF, et al: Shoulder arthroscopy with the patient in the beach-chair position. Arthroscopy 4:256-259, 1988.
39. Segmuller HE, Alfred SP, Zilio G, et al: Cutaneous nerve lesions of the shoulder and arm after arthroscopic shoulder surgery. J Shoulder Elbow Surg 4:254-258, 1995.
40. Andrews JR, Carson WG: Shoulder joint arthroscopy. Orthopedics 6:1157-1162, 1983.
41. Ogilvie-Harris DJ, Wiley AM: Arthroscopic surgery of the shoulder. A general appraisal. J Bone Joint Surg Br 68(2):201-207, 1986.
42. Ellman H: Arthroscopic subacromial decompression: Analysis of one- to three-year results. Arthroscopy 3:173-181, 1987.
43. Mohammed KD, Hayes MG, Saies AD: Unusual complications of shoulder arthroscopy. J Shoulder Elbow Surg 9:350-353, 2000.
44. Paulos L: Arthroscopic shoulder decompression technique and preliminary results [abstract]. Arthroscopy 1:142-151, 1985.
45. Hennrikus WL, Mapes RC, Bratton MW, Lapoint JM: Lateral traction during shoulder arthroscopy: Its effect on tissue perfusion measured by pulse oximetry. Am J Sports Med 23:444-446, 1995.
46. Mullins RC, Drez D Jr, Cooper J: Hypoglossal nerve palsy after arthroscopy of the shoulder and open operation with the patient in the beach-chair position. J Bone Joint Surg Am 74:137-139, 1992.
47. Lo IKY, Lind CC, Burkhart SS: Glenohumeral arthroscopy portals established using an outside-in technique: Neurovascular anatomy at risk. Arthroscopy 20(6):596-602, 2004.
48. Detrisac DA, Johnson LL: Arthroscopic shoulder anatomy: Pathological and surgical implications. Thorofare, NJ: Slack, 1986.
49. Matthews LS, Zarins B, Michael RH, Helfet DL: Anterior portal selection for shoulder arthroscopy. Arthroscopy 1(1):33-39, 1985.
50. Flatow EL, Bigliani L, April EW: An anatomic study of the musculocutaneous nerve and its relationship to the coracoid process. Clin Orthop Relat Res (244):166-171, 1989.
51. Lo IKY, Burkhart SS, Parten PM: Surgery about the coracoid: Neurovascular structures at risk. Arthroscopy 20(6):591-595, 2004.
52. Davidson P, Tibone J: Anterior-inferior (5 o'clock) portal for shoulder arthroscopy. Arthroscopy 11:519-525, 1995.
53. Burkhead WZJ, Scheinberg RR, Box G: Surgical anatomy of the axillary nerve. J Shoulder Elbow Surg 1:31-36, 1992.
54. Neviaser TJ: Arthroscopy of the shoulder. Orthop Clin North Am 18:361-372, 1987.
55. Andrews JR, Carson WG: Arthroscopic surgery of the shoulder. New York: McGraw–Hill, 1988, pp 231-241.
56. Polzhofer GK, Petersen W, Hassenpflug J: Thromboembolic complication after arthroscopic surgery. Arthroscopy 19(9):129-132, 2003.
57. Burkhart SS: Deep venous thrombosis after shoulder arthroscopy. Arthroscopy 6(1):61-63, 1990.
58. Starch DW, Clevenger CE, Slauterbeck JR: Thrombosis of the brachial vein and pulmonary embolism after subacromial decompression of the shoulder. Orthopedics 24:63-65, 2001.
59. Rupp S, Seil R, Muller B, Kohn D: Complications after subacromial decompression. Arthroscopy 14(4):445, 1998.
60. Gerber C, Espinosa N, Perren TG: Arthroscopic treatment of shoulder stiffness. Clin Orthop Relat Res (390):119-128, 2001.
61. Mormino MA, Gross M, McCarthy JA: Captured shoulder: A complication of rotator cuff repair. Arthroscopy 12(4):457-461, 1996.
62. Warner JJP, Allen AA, Marks PH, Wong P: Arthroscopic release of postoperative capsular contracture of the shoulder. J Bone Joint Surg Am 79:1151-1158, 1997.
63. Nicholson GP: Arthroscopic capsular release for stiff shoulders: Effect of etiology on outcomes. Arthroscopy 19(1):40-49, 2003.
64. Holloway GB, Schenk T, Williams GR, et al: Arthroscopic capsular release for the treatment of refractory postoperative or post-fracture shoulder stiffness. J Bone Joint Surg Am 83(11):1682-1687, 2001.
65. Bigliani L, Cordasco F, McIlveen S, Musso E: Operative treatment of failed repairs of the rotator cuff. J Bone Joint Surg Am 74:1505-1515, 1992.
66. Bottoni CR, Smith EL, Berkowitz MJ, et al: Arthroscopic versus open shoulder stabilization for recurrent anterior instability: A prospective randomized clinical trial. Am J Sports Med 34(11):1730-1737, 2006.
67. Hayes PH, Hazrati Y, Flatow EL: Complications and failures in instability repair. In Norris TR (ed): Orthopaedic Knowledge Update: Shoulder and Elbow. Rosemont, Ill: American Academy of Orthopaedic Surgeons, 2002, pp 129-139.
68. Kuremsky MA, Connor PM, D'Alessandro DF: Complications of arthroscopic shoulder surgery. Rosemont, Ill: American Academy of Orthopaedic Surgeons, 2006, pp 93-105.
69. Brislin KJ, Field LD, Savoie III FH: Complications after arthroscopic rotator cuff repair. Arthroscopy 23(2):124-128, 2007.
70. Lim JK, Ang KC, Wang SC, Kumar VP: Rhabdomyolysis following shoulder arthroscopy. Arthroscopy 22(12):1366, 2006.

71. Ogilvie-Harris D, Boynton E: Arthroscopic acromioplasty: Extravasation of fluid into the deltoid muscle. Arthroscopy 6(1):52-54, 1990.
72. Carr CF, Murphy JM: Deltoid and supraspinatus muscle pressures following various arthroscopic shoulder procedures. Arthroscopy 11(4):401-403, 1995.
73. Yamaguchi K, Levine WN, Marra G, et al: Transitioning to arthroscopic rotator cuff repair: The pros and cons. Instr Course Lect 52:81-92, 2003.
74. Morrison DS, Schaefer RK, Friedman RL: The relationship between subacromial space pressure, blood pressure, and visual clarity during arthroscopic subacromial decompression. Arthroscopy 11(5):557-560, 1995.
75. Jensen KH, Werther K, Stryger V, et al: Arthroscopic shoulder surgery with epinephrine saline irrigation. Arthroscopy 17(6):578-581, 2001.
76. Bonsell S: Detached deltoid during arthroscopic subacromial decompression. Arthroscopy 16(7):745-748, 2000.
77. Norwood LA, Fowler HL: Rotator cuff tears: A shoulder arthroscopy complication. Am J Sports Med 17(6):837-841, 1989.
78. Souryal TO, Baker CL: Anatomy of the supraclavicular fossa portal in shoulder arthroscopy. Arthroscopy 6(4):297-300, 1990.
79. Meyer M, Graveleau N, Hardy P, Landreau P: Anatomic risks of shoulder arthroscopy portals: Anatomic cadaver study of 12 portals. Arthroscopy 23(5):529-536, 2007.
80. Rupp S, Seil R, Kohn DM: Surgical reconstruction of a stress fracture of the acromion after arthroscopic subacromial decompression in an elite tennis player. Arthroscopy 14(1):106-108, 1998.
81. Matthews LS, Blue JM: Arthroscopic subacromial decompression: Avoidance of complications and enhancement of results. Instr Course Lect 47:29-33, 1998.
82. Weber SC: Revision acromioplasty: An arthroscopic approach. J Shoulder Elbow Surg 11(3):362-363, 1995.
83. Berg EE, Ciullo JV, Oglesby JW: Failure of arthroscopic decompression by subacromial heterotopic ossification causing recurrent impingement. Arthroscopy 10(2):158-161, 1994.
84. Boynton MD, Enders TJ: Severe heterotopic ossification after arthroscopic acromioplasty: A case report. J Shoulder Elbow Surg 8:495-497, 1999.
85. Shaffer BS, Tibone JE: Arthroscopic shoulder instability surgery: Complications. Clin Sports Med 18(4):737-767, 1999.
86. Lane JG, Sachs RA, Riehl B: Arthroscopic staple capsulorrhaphy: A long-term followup. Arthroscopy 9(2):190-194, 1993.
87. Park HB, Keyurapan E, Gill HS, et al: Suture anchors and tacks for shoulder surgery, Part II: The prevention and treatment of complications. Am J Sports Med 34(1):136-144, 2006.
88. Freehill MQ, Harms DJ, Huber SM, et al: Poly-L-lactic acid tack synovitis after arthroscopic stabilization of the shoulder. Am J Sports Med 31(5):643-647, 2003.
89. Edwards DJ, Hoy G, Saies AD, Hayes MG: Adverse reactions to an absorbable shoulder fixation device. J Shoulder Elbow Surg 3:230-233, 1994.
90. Burkart A, Imhoff AB, Roscher E: Foreign-body reaction to the bioabsorbable Suretac device. Arthroscopy 16(1):91-95, 2000.
91. Cummins CA, Murrell GA: Mode of failure for rotator cuff repair with suture anchors identified at revision surgery. J Shoulder Elbow Surg 12:128-133, 2003.
92. Hawkins RB: Arthroscopic stapling repair for shoulder instability: A retrospective study of 50 cases. Arthroscopy 5:122-128, 1989.
93. Tamai K, Sawazaki Y, Hara I: Efficacy and pitfalls of the STATAK soft tissue attachment device for the Bankart repair. J Shoulder Elbow Surg 2:216-220, 1993.
94. Rhee YG, Lee DH, Chun IH, Bae SC: Glenohumeral arthropathy after arthroscopic anterior shoulder stabilization. Arthroscopy 20(4):402-406, 2004.
95. Arnoczky SP, Aksan MS: Thermal modification of connective tissues. J Am Acad Orthop Surg 8:305-313, 2000.
96. D'Alessandro DF, Bradley JP, Fleischli JE, Connor PM: Prospective evaluation of thermal capsulorrhaphy for shoulder instability: Indications and results, two- to five-year follow-up. Am J Sports Med 32(1):21-33, 2004.
97. Wong KL, Williams GR: Complications of thermal capsulorrhaphy of the shoulder. J Bone Joint Surg Am 83(Suppl 2):151-155, 2001.
98. Hanypsiak BT, Faulks C, Fine K, et al: Rupture of the biceps tendon after arthroscopic thermal capsulorrhaphy. Arthroscopy 20(Suppl 2):77-79, 2004.
99. Petty DH, Jazrawi LM, Estrada LS, Andrews JR: Glenohumeral chondrolysis after shoulder arthroscopy. Am J Sports Med 32(2):509-515, 2004.
100. Levine WN, Clark AM, D'Alessandro DF, Yamaguchi K: Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. J Bone Joint Surg Am 87:616-621, 2005.
101. Ciccone WJ, Weinstein DM, Elias JJ: Glenohumeral chondrolysis following thermal capsulorrhaphy. Orthopedics 30:158-160, 2007.
102. Hansen BP, Beck CL, Beck EP, Townsley RW: Postarthroscopic glenohumeral chondrolysis. Am J Sports Med 35(10):1628-1634, 2007.
103. Gomoll AH, Kang RW, Williams JM, et al: Chondrolysis after continuous intra-articular bupivacaine infusion: Experimental model investigating chondrotoxicity in the rabbit shoulder. Arthroscopy 22(8):813-819, 2006.
104. Chu CR, Izzo NJ, Papas NE, Fu FH: In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. Arthroscopy 22(7):693-699, 2006.