# EXHIBIT 41

cv-00365-MSK-CBS Document 257-5 filed 07/28/10 USDC Colorado pg 2 of 24

THE NATURE OF

# SCIENTIFIC EVIDENCE

## Statistical, Philosophical, and Empirical Considerations

EDITED BY MARK L. TAPER AND SUBHASH R. LELE

*The University of Chicago Press / Chicago and London*

MARK L. TAPER is associate professor in the Department of Ecology at Montana State University.
SUBHASH R. LELE is professor in the Department of Mathematical and Statistical Sciences at the University of Alberta.

The University of Chicago Press, Chicago 60637
The University of Chicago Press, Ltd., London
© 2004 by The University of Chicago
All rights reserved. Published 2004
Printed in the United States of America

No copyright is claimed for chapter 8.1: commentary.

13 12 11 10 09 08 07 06 05 04    1 2 3 4 5

ISBN: 0-226-78955-1 (cloth)
ISBN: 0-226-78957-8 (paper)

Library of Congress Cataloging-in-Publication Data
The nature of scientific evidence : statistical, philosophical, and empirical considerations / edited by
Mark L. Taper and Subhash R. Lele.
p. cm.
Includes index.
ISBN 0-226-78955-1 (cloth : alk. paper)—ISBN 0-226-78957-8 (pbk. : alk. paper)
1. Science—Statistical methods. 2. Science—Methodology. I. Taper, Mark L., 1952–.
II. Lele, Subhash
Q180.55.S7N37 2004
507'.2—dc22
2004003548

⊗ The paper used in this publication meets the minimum requirements of the American National Standard for Information Sciences–Permanence of Paper for Printed Library Materials, ANSI Z39.48-1992.

# 3 Experiments, Observations, and Other Kinds of Evidence

*Samuel M. Scheiner*

*The game's afoot, Watson!* —Sherlock Holmes

## INTRODUCTION

How do we come to conclusions in science? What sorts of evidence do we use and how do we use them? These issues form the heart of this book. In this chapter, I focus on the question of the spectrum of types of data and evidence that we use, particularly on the use of experimental vs. observational data. My major contention is that all types of evidence play a role; that scientific decisions are based on the consilience of the evidence, the bringing together of different, even disparate, kinds of evidence (Whewell, 1858). Scientists are like detectives (Hilborn and Mangel, 1997). Each datum is a clue, a piece of evidence, with conclusions built on the totality of the evidence: all observations plus any background information plus the logical relationship among all of this information.

Before I address the nature of evidence, as a statistical consultant I need to address the nature of the questions we are trying to answer. When some-

Many of the examples used here on productivity-diversity relationships are based on a workshop conducted at the National Center for Ecological Analysis and Synthesis, a Center funded by the National Science Foundation (Grant DEB-9421535), the University of California at Santa Barbara, and the State of California. I note, in particular, the efforts of Gary Mittelbach and Chris Steiner in the large-scale literature review. The analysis of the Wisconsin data was primarily carried out by my student, Sharon Jones.

This material is based on work done while serving at the National Science Foundation. The views expressed in this paper do not necessarily reflect those of the National Science Foundation or of the United States Government.

one comes into my office and asks, "What statistical test should I use?" my answer is always "What question are you asking?" Data are one piece of a bigger puzzle, one tool in our toolbox. Data combine with past empirical observations, logic, and our expert judgment to form our evidence. This evidence informs us about what questions are important to ask, how to weigh the various kinds of evidence, and how to judge the results.

Despite what we sometimes learn, science is rarely about a single test of a hypothesis upon which a theory will stand or fall. It is not a simple matter of Popperian falsification (Popper, 1959). See Mayo (2004 [chapter 4, this volume]) for a much more thorough explication of these issues. Suffice it here to say that theory construction and testing is a complex process that involves testing assumptions, methods, and data at many different levels. All of these tests become bits of evidence to add to the whole. Advancement of knowledge takes place one small step at a time. Even a seemingly revolutionary advance such as Darwin's theory of evolution by natural selection was actually just the next logical step in a process that had been under way for over a half century (Ruse, 1999).

In ecology, we add to this complex process by the nature of many of the questions that we ask. Some questions concern theory construction, such as "what is the nature of competition?" That is, some questions are about how ecological processes operate. Layered on those questions are ones like "is competition or predation more important in structuring freshwater aquatic communities?"

Note that neither question deals with issues of truth versus falsity in the larger sense of theory testing. Rather, they are about the relative importance of various mechanisms and processes (Quinn and Dunham, 1983). In the examples that I sketch out below, dealing with the relationship between productivity and diversity, many mechanisms and processes affect this relationship. As is often the case, almost all of the proposed mechanisms have been shown to occur somewhere. Many of the theories that have been put forward are at least plausible. Our job as scientists is to decide between the possible, the plausible, and the consequential. Doing so requires utilizing all possible types of evidence.

I explicate this process by exploring a particular ecological issue: diversity-productivity relationships. After laying out the scientific issues, I consider the types of sources of empirical observations and how we should weigh data that come from manipulated experiments vs. observational experiments, an especially important issue in ecology. Finally, I touch on the relationship between evidence and theory in the context of a priori vs. post hoc explanations.

## FRAMEWORK FOR DISCUSSION

It is always best to make philosophical presentations as grounded in reality as possible by putting them in the framework of an actual issue. A useful controversy, in this regard, is the relationship between productivity and species diversity and the mechanisms responsible for that relationship. As with many ecological issues, we have questions concerning both pattern and process.

The pattern question is seemingly simple and straightforward: "how does diversity vary relative to productivity?" Immediately, we run into the problems of what we mean by diversity and productivity and how we measure them. For current purposes, I will keep this simple. By diversity I mean the number of vascular plant species in a specified area. I am restricting this discussion to vascular plants because patterns at different trophic levels require different methods of measurement and different explanations. By productivity, I mean net primary productivity (NPP), the amount of energy captured by the plants over a (typically) one-year period. I will put off specifics of how diversity and productivity are measured until the next section, when I can put the measurements into the context of particular types of experiments and observations.

As with almost all scientific questions, the pattern issue arises within a larger context. During the eighteenth and nineteenth centuries, the observation emerged that there were large-scale patterns of species diversity. Voyages of discovery brought back information on flora and fauna from around the world, especially from the tropics. Naturalists quickly realized that species diversity was much higher in the tropics than in temperate regions (Wallace, 1878).

One explanation for this latitudinal gradient in diversity was a latitudinal gradient in productivity (Connell and Orias, 1964; Currie and Paquin, 1987; Adams and Woodward, 1989; Currie, 1991). One early theory provided a mechanistic basis for this relationship (Preston, 1962a,b; Wright, 1983). Under this theory, (1) as productivity increases, an area can support more individuals; (2) there are a minimal number of individuals necessary for a population to be self-sustaining; and (3) the more individuals there are in an area, the more species will be above the minimal viable population size. This explanation was readily accepted because it was consistent with other ecological mechanisms.

Other patterns were also discovered. Throughout the twentieth century, ecologists measured diversity and productivity on a variety of scales, from distances of meters to whole continents and beyond. Many people started




FIGURE 3.1 Many sets of species show a negative quadratic relationship between productivity and diversity with the highest diversity found at intermediate levels of productivity. This relationship is generally known as the hump-shaped productivity-diversity curve.

to find a hump-shaped relationship; at high productivity levels, diversity was lower than at intermediate productivities (figure 3.1). These patterns sparked the interest of ecologists because they seemed to contradict the theory presented above. As these observations accumulated in the 1970s and 1980s, the hump-shaped relationship was soon crowned as *the* relationship (Tilman and Pacala, 1993; Huston, 1994; Rosenzweig, 1995).

Accumulating alongside the observed patterns were additional theories. Many were created specifically to address the hump-shaped pattern. Others were created in different contexts, but co-opted into the productivity-diversity debate because they were also capable of explaining the hump-shaped pattern (see Rosenzweig, 1995, for a detailed analysis). By recent count, some two dozen theories have been put forth to explain the productivity-diversity relationship (Scheiner and Jones, 2002). Some of these theories are mutually exclusive, but many others are not. For example, intertaxon competition predicts hump-shaped relationships at regional scales because any given clade has a limited environmental range to which it can adapt (Tilman and Pacala, 1993; Rosenzweig, 1995). In contrast, speciation-extinction equilibrium predicts the same pattern because the maximal difference between speciation and extinction occurs at intermediate productivities (VanderMeulen, Hudson, and Scheiner, 2001). These two theories make identical predictions, based on different mechanisms that may both operate at the same time. In other cases, we have theories that use similar mechanisms in different ways at different scales. For example, the resource competition model (Tilman, 1982) is also based on the mechanism of competition, like the intertaxon competition theory. This theory predicts a hump-shaped relationship at local scales because more species can coexist where resource quantity and resource heterogeneity are greatest, which is at intermediate productivities. Again, both theories may be accurate descriptions of the world. This multiplicity of mechanisms and scales means that nonexclusivity is typical of ecological issues.

Complicating the issue further is deciding which is cause and which is

effect. Does productivity drive diversity, or vice-versa? Some theories suggest that communities with higher diversity should be more productive because different plant species will exploit different sets of resources (Naeem et al., 1994). This last issue becomes especially important when discussing what types of evidence can be used and in what ways.

## USING EVIDENCE TO ADDRESS THE RELATIONSHIP BETWEEN PRODUCTIVITY AND DIVERSITY

### Types of Experiments

All sciences, but ecology in particular, rely on a range of types of data or empirical observations. Those observations may occur as part of a designed experiment or as part of a survey of the natural world. This is not a simple dichotomy, but a continuum. At one end are experiments in which all extraneous factors are held constant, as far as possible, and the scientist varies one or more factors of interest in a controlled fashion. At the other end are observational surveys with no manipulation. Intermediate are field experiments in which some factors are manipulated, some are controlled, and others vary naturally. All observations coming from this variety of situations potentially have epistemological import. The weight to be given each type when coming to scientific conclusions depends not on the type of evidence, but on the relationship between the type of evidence and the question being addressed. As we shall see, all scientific observations are made in the context of some theoretical framework. In this sense, all observations are a consequence of experiments.

I am using the term "experiment" in its broadest sense. There are several types of experiments. We typically think of an experiment as a test of a prediction. The most usual sense of an experiment is the manipulative experiment, including manipulation in laboratories, environmental chambers, and greenhouses, the creation of seminatural environments, and the imposition of experimental treatments on natural environments.

A second type is the observational experiment. This form of experiment is especially important in ecology because the scale of phenomena addressed or ethical considerations often preclude manipulative experiments. For example, the theory may predict that prairies will be more species rich than forests. One would test this hypothesis by measuring (observing) species numbers in each of those habitats. Intermediate between manipulative and observational experiments are natural experiments in which one observes the outcome of some naturally occurring perturbation (Diamond, 1986).

(Some [e.g., Hairston, 1989] lump natural experiments in with observational experiments.)

But not all experimental observations need be in the service of a particular prediction. I refer to these as "poke-at-it experiments," where we do some sort of manipulation just to see what will happen. Such experiments blend with strict observational studies of nature. Theory guides these experiments in the sense that it tells us which experiments are likely to lead to more interesting answers than others. Sometimes, these guidelines will be very general. For example, our general theoretical framework tells us that patterns of species diversity provide interesting information. We know very little about patterns of diversity in Indonesia. Therefore, interesting information will be obtained by observing patterns of species diversity in Indonesia. We may have general expectations of high diversity in lowland tropical forests and lower diversity in montane tropical forests, but we have no particular predictions in mind that we are testing.

### What Is Evidence?

An experiment may be defined as a scientifically guided set of empirical observations. Scientific guidance includes analyses of the quality of those observations plus expert decisions on the relevance of an observation to the question at hand. These observations are one type of evidence. Scientifically guided observations are embedded in some sort of theoretical framework. This is what constructivist philosophers mean by theory-laden observation (Kuhn, 1962). I, and realist philosophers, take issue with the constructivist claim that being theory laden means that the observation cannot be used to test the theory.[1] Scientific guidance also means that how we decide what is important to look at is based on scientific judgment. Our poke-at-it experiments are more than random stabs at the universe. They are likely to produce interesting and useful information because a general theoretical framework guides them. Note that a scientifically guided empirical observation need not be made by a scientist, or even within the context of a scientific study, as long as its accuracy can somehow be verified. That is, observations can be considered scientifically guided even after the fact by subjecting the observations to the same level of scrutiny and skepticism that we would accord observations made within the context of a planned experiment.

The totality of the evidence then is all of the observations plus background information plus the logical relationship among all of this information. Assembling this totality includes decisions about how to weigh parts

1. See Laudan (1990) for a thorough deconstruction of this claim.

of the evidence. Some observations made in the course of an experiment may be discarded because they are found to be faulty (e.g., because of equipment malfunction). Not all background information will be relevant to a particular question. Here, expert knowledge is critical in choosing the relevant information, including observations made in other contexts. Scientists may disagree about which background information is relevant. These disagreements are resolved among scientists through decisions about the logical relationships among parts of the evidence plus agreements about what additional observations may be needed. For simplicity, I am ignoring sociological aspects of the resolution process; see Hull (1988) and Mayo (1996) for discussions of this issue. See Pickett, Kolasa, and Jones (1994, box 3.2, p. 59) for a comprehensive description of the components of a scientific theory including how various types of evidence fit into that framework.

**Manipulative Studies**

How has this range of types of experimental observations been used to address the issue of the productivity-diversity relationship? First, let us consider traditional manipulative experiments. Manipulative experiments are very useful to address issues of direction of causation, although as I discuss below, they are not the only type of experiment that can be used to derive causation. Each type has its strengths and weaknesses.

Experiments have been done manipulating productivity to explore the effect on diversity and manipulation of diversity to explore the effect on productivity. The latter experiments can get complex because species number gets mixed with species identity (Aarssen, 1997). The ideal experiment would consist of all possible combinations of species taken one at a time, two at a time, and so forth. Unfortunately, the ideal experiment is impractical because the number of experimental treatments (species combinations) rises factorially with the total number of species. Instead, experimenters sample a subset of the species and combinations, usually stratified by functional group. A recent experiment tackled this issue by replicating combinations of species and species numbers (from 1 to 32) among eight sites across Europe (Hector et al., 1999). They concluded that diversity does affect productivity, because plots with more species had greater aboveground biomass in all sites, despite differences in details of the response. They also concluded that niche complementarity or positive species interactions—rather than a simple sampling effect—might be the mechanisms responsible for the results, based on the effects of number of functions groups on productivity and patterns of overyielding. Note that these are plausibility arguments based on consistency of the results with the hypothesized mech-

anisms rather than a direct test of the mechanisms. Thus, besides the data from the experiments themselves, they also used background information and logic to assemble their evidence.

In manipulating productivity, a common experimental protocol is to water or fertilize a set of plots and see what happens to diversity. The usual result is that diversity decreases following fertilization (Gough et al., 2000). But how should we interpret such results? By studying which species typically win in such experiments, they tell us something about how competition works in controlling diversity. The limitation is that these experiments are typically done at small time scales (one to a few years). Local diversity may be controlled by regional diversity, the available species pool (Pärtel et al., 1996; Caley and Schluter, 1997). Given sufficient time for new species to arrive at the fertilized plot, species diversity might increase instead of decrease. One solution to this problem is to speed up migration rates by sowing seeds into plots. But how do you define the species pool? Is it all of the species in the surrounding field, all of the species in nearby fields, or all of the species within a five-kilometer radius? Moreover, if diversity patterns are in part determined by coevolutionary processes, one might need to use coadapted sets of species or even populations.

The common issue here is the problem of extrapolation. When interpreting the results from an experiment done in a laboratory or greenhouse, you must assume that interactions with nonmanipulated factors will not overwhelm the results. For example, in the greenhouse, one could study the effects of soil fertility levels on competition between clover and orchard grass and discover that orchard grass always wins. In the field, however, at low nitrogen levels, a third player enters the game, rhizobium. These bacteria form a symbiosis with the clover, giving it the competitive advantage. This three-way interaction is well studied and understood. Ecologists know under what conditions the results of the competition experiment can be extrapolated and when they cannot. Additional information plays an important role in deciding how to weigh the results of the greenhouse experiment.

### Interactions and Extrapolation

Even field experiments face the extrapolation problem. The European diversity experiment dealt with this issue by replicating the experiment across a broad geographic scale. The experimenters then performed an analysis of covariance to test for interactions expressed as differences among sites in the slope of the diversity-productivity relationship. Because they failed to find interactions, they can be confident that their results are generalizable,




FIGURE 3.2 Three hypothetical experiments of the effects of nitrogen level on competition between orchard grass and clover. (A) There are no interactions between extent of competition and nitrogen level, and thus the results can be confidently extrapolated. (B) The interaction is of the noncrossing type, with no change in rank relationship. Extrapolations, especially toward lower nitrogen levels, are suspect. (C) The addition of rhizobium changes the rank-order relationships; the interaction is of the crossing type. Extrapolations, especially across ecological scales, must be done very carefully.

that productivity increases with diversity in a broad range of herbaceous communities.

Interactions can take two general forms, one of which creates more problems with extrapolations. In figure 3.2, we consider a hypothetical experiment examining the effects of nitrogen fertilization on growth of clover and orchard grass. The species are being grown together in pots and thus they are competing with each other. In figure 3.2A, the lines are parallel. Orchard grass always outcompetes clover, and we might confidently extrapolate these results to other fertilizer levels. In figure 3.2B, the lines are no longer parallel. There is an interaction. While orchard grass still outcompetes clover under all observed conditions, we might be more skeptical that our results can be extrapolated, especially toward low nitrogen levels. In figure 3.2C, we have added a new species to the mix, rhizobium. Now the lines cross and clover outcompetes orchard grass under some conditions. We are now sure that we cannot simply extrapolate our results. Thus, crossing interactions, ones with changes in rank-order relationships, create more problems than noncrossing interactions.

Another way to consider this issue is as one of scale. The greater the scale of the extrapolation, the lower is its reliability, because our extrapolation assumes a noncrossing interaction. Scale can be both spatiotemporal and ecological. In our grass-clover-rhizobium example, we are changing the ecological scale, the membership of the ecological community. Often, the eco-

logical scale may be more important than spatiotemporal scale in creating interactions.

Thus, laboratory experiments do not necessarily carry greater weight than field experiments. While laboratory experiments are more powerful for exploring the mechanistic bases of ecological processes, field experiments have greater potential to be generalizable because, by incorporating more potentially interacting species, they can encompass a greater ecological scale.

Any extrapolation, with or without such interactions, assumes that the observed trend in the data (e.g., linear, quadratic, logistic) holds beyond the observed range. But even with this assumption, the uncertainty in our predictions increases as we move away from the core of our data. If our extrapolation is based on a mathematical model (e.g., a regression), we can formalize this uncertainty as a confidence band. This confidence band is an example of how we combine data with logical inference to give weight to a piece of evidence. The further we go from the center of our data, the less weight we would give to our extrapolation as the confidence band widens. Other kinds of logical evidence can be used in a similar fashion. For example, if an extrapolation of a species-area curve predicted substantially more than the known number of species in the region, we would discount that extrapolation.

### Observational Studies

Observational data avoid some of those problems while raising new issues. What kinds of observational studies are there? The study of productivity-diversity relationships provides a window onto the variety that strictly observational studies can take. We have examples of four different kinds of observational study: (1) the single, large-scale study, (2) the single study with data compiled from multiple sources, (3) the combination of multiple studies that used a single protocol, and (4) the combination of data from studies that used disparate protocols. All are valid. All have their uses in different circumstances. Ultimately, when asking global questions, all add their piece to the puzzle.

After manipulative experiments, most people would consider a single, large-scale observational study to be the most reliable source of data. In this case, all of the information is gathered by one individual or team of individuals based on a predefined protocol. Such studies are common in productivity-diversity studies. They range from studies at very small scales to ones at regional scales. For example, Danin (1976) examined productivity-diversity relationships in herbaceous plant communities in the deserts of Israel. Using 0.1 $m^2$ quadrants, spread over a linear distance of less than 5 kilometers,

he counted the number of species and then harvested everything to measure total standing biomass. Essentially the same sort of protocol was followed by Huston (1980) in a study of tree diversity in 0.1 ha plots, separated by up to 350 kilometers in Costa Rica, although in this case, standing biomass was estimated rather than measured directly.

Such studies, while extremely valuable, have limitations when dealing with issues that extend to scales of the entire globe. It would be impossible to do such a study on a global scale. Besides the person-hours necessary, the taxonomic expertise would be impossible to assemble. Several other approaches can be used at larger scales.

Several studies have been done as a single, large-scale study based on compiling data from disparate sources. For example, Currie and Paquin (1987) looked at patterns of tree diversity for $\frac{1}{4}^\circ \times \frac{1}{4}^\circ$ quadrants across North America. The diversity data came from published range maps. The productivity data came from published climate data. In this case, productivity itself was not measured or estimated. Instead, they used climate variables, such as actual evapotranspiration (an index that combines temperature and precipitation) as surrogates of productivity. In my own study with Jones of diversity in Wisconsin (Scheiner and Jones, 2002), we went a step further. The diversity data came from John T. Curtis's surveys of stands done during the 1950s and eventually published as *The Vegetation of Wisconsin* (Curtis, 1959). The productivity data came from a global climate model (BIOME-BGC; Kittel et al., 1995). That model estimates NPP on a $\frac{1}{2}^\circ \times \frac{1}{2}^\circ$ grid across the lower 48 states of the United States. To estimate productivity for the sampled locations, we interpolated model-output values from the surrounding four grid points.

Note the shift in these last two studies from the other examples of observational studies. In both cases, the studies depend on primary data collected by others. In both cases, at least some of the data are based on interpolations of actual observations, the range data for Currie and Paquin and the productivity estimates for Jones's and my study. In addition, our study used model estimates of productivity, while Currie and Paquin used indirect estimates of productivity. Therefore, these observations are all several steps removed from the scientists using them. Does that make them any less valid? No, it does not, because at all steps errors associated with the process can be tested. The results can be compared with other types of studies. For our Wisconsin study, we had a choice of three different global climate models. Before we made our choice, we compared the NPP estimates, estimates of productivity based on remote sensing data, and published estimates for similar community types.

Such studies can be done only by such combinations of data. In the case of our study, many of the sites surveyed by Curtis no longer exist as natural communities. In southern Wisconsin, especially, many are now houses and malls. Because he did not measure productivity when he did his survey, the only way to estimate such data is by the use of global climate models. These are examples of how background information, logic, and scientific expertise play a role in creating the totality of the evidence.

The next step up in this catalog of observational studies is the combining of data from multiple studies. This category is distinguished from the previous in that both diversity data and productivity data are collected together in each study, rather than as separate components. The gain is that both types of data are gathered at the same scale and the same time (approximately). The loss is that the data are gathered by multiple investigators, thus adding potential error and bias. Again, several variants exist.

In the ideal case, all investigators used exactly the same protocol for data collection. I would provide an example, but I know of no such case. If enough of the literature were combed, multiple studies using exactly the same protocol might be found. However, they would surely be disparate enough in other regards (e.g., biome studied, geographic extent surveyed, year of survey). Instead, we are faced with the issue of trying to combine data from disparate studies. This can be done using various sorts of standardization. One analysis (Gross et al., 2000) examined productivity-diversity relationships among grasslands and shrublands of North America. These data came from the Long-Term Ecological Research (LTER) network of sites. Because of this, the productivity data had been collected in the same fashion, for the most part. The biggest standardization issue faced was for the diversity data where different sized quadrants were used. Standardization was achieved by extrapolating up or down a species-area curve (Scheiner et al., 2000).

Another form of standardization is used in meta-analysis (Gurevitch and Hedges, 2001). The results of each study are converted into an effect size. For studies that compare two means, the effect size is the difference in the means divided by the pooled standard deviation. For continuous relationships, standardized regression coefficients can be used. The combination of studies is achieved by increasing the level of abstraction. In effect, one is now asking about the overall qualitative pattern, rather than about the details of the quantitative pattern.

For some questions, meta-analysis is not possible. Meta-analysis requires enough information to compute a standardized metric. We (Mittelbach et al., 2001) were not able to do that. Our study examined productivity-diversity relationships as a function of scale. We compiled 172 studies from the liter-

ature. These studies used a large variety of protocols, measurements of productivity and diversity, kinds of organisms, and scales. A meta-analysis does not make sense because it is not clear that even a standardized regression coefficient is measuring the same phenomena on the same scale. In seventeen cases, we could not compute a standardized coefficient because we did not have sufficient information. Yet we did not want to throw out these studies. So we resorted to an older method, vote counting. We counted the number of studies that had statistically significant hump-shaped, U-shaped, positive-linear, and negative-linear relationships. The questions we addressed were simple: are there patterns in the relationship, and does it change as a function of scale? For such broad, qualitative questions, a vote counting method is adequate. Note that we also did some analyses on standardized coefficients for subsets of the data in order to test the robustness of our more general conclusions. Again, we examined the error structure of the data using a variety of criteria and methods.

Our literature survey combines aspects of theory-test experiments and poke-at-it experiments. The theory that we tested was the claim that hump-shaped relationships were ubiquitous at all scales. We clearly showed that not to be the case. We did find that humps tend to be most common at intermediate scales where community boundaries are crossed. Beyond this question of hump ubiquity, we had no particular theory in mind when compiling our data. However, from this survey, two different activities may follow. We can use these observations to revisit the two dozen theories addressing productivity-diversity relationships. We may be able to winnow out of that list those whose predictions are consistent with the observed patterns. What was completely unexpected in our results was the observation of U-shaped patterns. They are few enough (10) that no one previously had made significant note of them. U-shaped relationships are not predicted by any current theory. Therefore, a generation of new theory is likely to result.

## Observation and Causation

How do observational studies deal with the issue of direction of causation? Weren't we taught in introductory statistics that correlation does not prove causation? Sometimes it does.

Observational studies can be used to address the issue of direction of causation because mechanisms work at different scales. All theories about how greater diversity would increase productivity are based on mechanisms that operate at strictly local scales. They involve processes of competition and niche partitioning among plants in a small plot and make two predictions. First, at local scales, the relationship between productivity and diversity

should be positive. Second, if this process were the only one responsible for the relationship, then patterns at greater scales should be a simple sum of patterns at lesser scales. We (Scheiner et al., 2000) have dubbed this notion of relationships of process, pattern, and scale "upward causation." So observational experiments can address causation if the alternative theories predict different patterns.

We can use observational experiments in another way that can be dubbed "the exception that proves the rule." Recall that the hypothesized relationship between productivity and diversity was prompted on the observation of a latitudinal gradient in species richness. But for vascular plants it is not a simple latitudinal gradient. While species richness is highest at the equator, it dips at about 30° N and S latitude, rises again at middle latitudes, and then falls toward the poles (Scheiner and Rey-Benayas, 1994). The dip in plant diversity at 30° is associated with the location of the major deserts of the world. Thus diversity patterns, rather than simply following a latitudinal gradient, follow a productivity gradient. Moreover, the Sonoran Desert, which is the most productive desert in the world because it has both winter and summer rainfall, is the most species-rich desert in the world. Different causative mechanisms make different predictions about the details of a pattern. Because logic tells us that rainfall in the Sonoran Desert cannot be caused by its vegetation, we can conclude that productivity is causing diversity, and not the other way around—at least at this broad, global scale.

## A PRIORI VS. POST HOC EXPLANATIONS

Does it matter which came first, the data or the theory, to the extent that we "believe" either? While some would argue that it does (see Maurer, 2004 [chapter 2, this volume]), I say no (see also Mayo, 1996). That a theory is erected after the data are in hand does not weaken the strength of the agreement between data and theory. The more agreements we can assemble, especially of different kinds of data, the greater our confidence that the match is correct. Such multiple agreements are the heart of consilience (Whewell, 1858). And I hope that I have made it clear that the nature of those observations does not matter in the broad sense. Certainly, it matters in the sense that the type of observation needs to match the scale and nature of the theory. But any theory of global import is built with evidence from a variety of types and scales. Sometimes, the pieces are not recognized as such. For example, any theory about productivity-diversity relationships among vascu-

lar plants would have to take into account the well-supported observation that larger individuals almost always outcompete smaller individuals. This piece of information is embedded in many theories, mostly in unspoken ways. If any new theory were proposed that violated this precept, it would be rejected as soon as the violation was recognized. Any ecological theory presented today is, of necessity, built upon over one hundred years of ecological evidence of all types. Sorting through all of this evidence and deciding which is relevant to a particular theory, and what weight to give to each piece of evidence, is no easy task. All types of evidence deserve equal scrutiny.

It is not the type of evidence that needs to be ranked, but the type of theory. To paraphrase Carl Sagan, extraordinary claims require extraordinary evidence. For example, a claim that Earth has been visited by intelligent aliens—an extremely extraordinary claim—would require extreme evidence. Isaac Asimov stated that the only sufficient evidence in this instance would be a piece of unknown technology, something completely beyond or outside the realm of current earthly technologies. If one came upon such technology (e.g., the crashed spaceship is finally dug up in Roswell), it does not matter that the explanation (theory) was built afterward. No other theory (that I can conceive of) would explain such an observation. This example is simplified in several regards, not the least in that a single observation (the crashed spaceship) is sufficient to support the entire theory (alien visitors). In ecology, very few theories, especially those of global import, are supportable on just one or a few pieces of evidence. On the other hand, many observations are not necessarily sufficient. Despite mountains of testimony, lots of best-selling books, and a host of Web sites, acceptance of the theory of alien visitation is limited, for the most part, to nonscientists. The kinds of evidences that are available in this case are not sufficient, no matter how much there is. If evidence results from scientifically guided empirical observation, combined with background information and logic, we know what kind of observations we need to make, and we have not made them.

## CONCLUSION

In this chapter, I have presented the thesis that scientific theories are built upon the consilience of the evidence. Evidence comes from scientifically-guided empirical observation, combined with background information, logic, and scientific expertise. Observations may come from manipulative

experiments and observational experiments. An experiment may be designed to test a particular theory, or just to look at something potentially interesting. Because all theories are constructs consisting of many kinds of observations and logic, and because ecological theories of global import deal with phenomena, mechanisms, and processes at many different scales, all kinds of evidence must be used in building and testing these theories. What is important is not the type of observation, but whether it is appropriate for the question at hand. That is what decides whether it counts as evidence in a given instance.

## 3.1 Commentary

*Marie-Josée Fortin*

One of the most fundamental properties of nature is its complexity. This complexity expresses itself in various ways, one of which is species interaction. Nature is therefore an inexhaustible source of dynamic experiments yielding evidence. By identifying and analyzing such evidence, we restlessly quest for knowledge on how "nature" works. Our ability to identify and understand the evidence, however, is directly related to the state of our body of knowledge, i.e., theories, concepts, and paradigms. A classic example of this is Newton's apple: apples had long been falling from trees but this was not perceived as evidence for gravity until the body of global knowledge ripened. Similarly, in ecology our current ability to deal with the effects of landscape spatial heterogeneity had to wait for the development of new statistics (e.g., spatial statistics, randomization tests) and new ecological paradigms (e.g., landscape ecology, hierarchical theory).

In fact, the design of any ecological study dealing with hypothesis testing requires closed links among: (1) the questions asked, i.e., the theoretical framework; (2) the sampling or experimental design; and (3) the statistical analyses of the data. It is important to realize that these three steps interact and must be considered as a whole. Indeed, one cannot obtain more information from a data set than it contains. Even new refined and sophisticated statistical methods cannot extract information that was not gathered in the first place. Furthermore, ecologists often use statistics to blindly validate or invalidate hypotheses, thus allowing the statistics to make the decisions. This can be quite misleading, such as in cases where a significant statistical

difference of means may not be ecologically important. Ecologists must therefore be aware that not all statistical evidence is ecological evidence. Hence, sampling and experimental designs should be thought of not only according to the hypotheses or goals of the study, but also with respect to the subsequent statistical analyses. By doing so, it requires the workers to comprehensively overview all the components and steps involved in the process of gaining evidence and knowledge from the system under study.

Scheiner's chapter is refreshing. It brings us back to the basics by reminding us first that evidence can be either observed or generated by field or model manipulation, and second that evidence has many facets and that only our minds construct limits for us to perceive them all and their full implications. Ecologists should therefore take the time to let their creativity grab the evidence that nature offers us.

## 3.2 Commentary

*Manuel C. Molles, Jr.*

> *When you follow two separate chains of thought, Watson, you will find some point of intersection which should approximate the truth.* —Sherlock Holmes, in *The Disappearance of Lady Frances Carfax*

How do scientists arrive at conclusions regarding structure and process in the natural world? In his provocative chapter, Scheiner says we need to pay attention to all forms of evidence. Throughout his discussion Scheiner builds on the analogy that scientists are like detectives. As detectives, scientists should not ignore any form of evidence and their conclusions are most robust when based on the totality of the evidence. Scheiner suggests further that in the scientific process, each datum is a clue. Some clues may be insignificant; some may be discarded in the end because they are inappropriate. However, the most effective detectives, those that solve the greatest number of mysteries, ignore no clues. Scheiner, echoing Holmes comment to Dr. Watson on how one approximates the truth, says, "scientific decisions are based on the consilience of the evidence."

However, Scheiner goes well beyond simply calling for a greater plurality of approaches, which others have argued for. He also lays out a basis for

deciding which forms of evidence are most appropriate for which problems. Scheiner reminds the reader that all data, whether they come from designed and controlled experiments or observations of the natural world, are ultimately empirical observations. He suggests further that no particular type of observation is inherently more important or valid than any other type. However, in a particular study, different classes of data may be given different weight. Scheiner suggests that the weight given should not depend on the type of observation but on the match between the type of evidence and the question asked by the scientist.

In analyses such as this one, readers often find themselves lost in a flow of generalization. In contrast, Scheiner's presentation gathers coherence from its organization around a current issue in ecology: how does diversity vary relative to productivity? By tracing the history of this issue, Scheiner provides clear insights into the role played by different forms of evidence, including observations of geographical variation in diversity, one of the variables of interest, and productivity, the other variable of interest. As ecologists have explored the relationship between productivity and diversity, they have produced forms of evidence, ranging from the results of greenhouse and field experiments to observations of nature conducted at large and small scales. Again, Scheiner emphasizes that it is not the type of observation that determines whether an observation counts as evidence in a particular instance. The important factor to consider is whether the type of observation is appropriate to the question being addressed.

Scheiner's call for pluralism is important and his choice of questions around which to organize his presentation is timely. As I read Scheiner's chapter, I received my latest copy of the *Bulletin of the Ecological Society of America,* which included a heated debate over the relationship between productivity and diversity. Debates and disagreements among scientists show that ecology is a vital discipline and that its practitioners are actively engaged in exploration of the natural world. However, ironically, some of this published debate concerned the value of different methods of study and the validity of different forms of evidence. In addition, the discussions were tinged by accusations that one or both sides of the debate failed to appreciate alternative forms of evidence. In this social context, Scheiner's clear voice should be heard and heeded by all sides. Even today after decades of debate and controversy over methodology in ecology, the need for a diversity of approaches is too often unappreciated. While all approaches to doing science have their place, all have had their chauvinists who have asserted the primacy of their favorite method.

## 3.3 Rejoinder

*Samuel M. Scheiner*

I am flattered and heartened by the reaction to my chapter by Drs. Fortin and Molles. Nearly twenty years ago, George Salt assembled a special issue of the *American Naturalist* (vol. 122, no. 5) on research in ecology and evolutionary biology. The authors espoused various extreme positions about how to approach such research, with a divide between pro– and anti–hypothesis testing camps. In contrast, George Salt's summary was a call for moderation and a plurality of approaches. Today, such a call for plurality is accepted as the sensible approach to scientific research. I take this as a sign that our field has matured and become confident in its theoretical underpinnings. We need not be bound by a narrow philosophy of science dictating to us how we should evaluate our own data. With this self-confidence, science as a whole, and ecology and evolution in particular, we will be able to make maximal use of all of the available evidence.

REFERENCES

Aarssen, L. W. 1997. High Productivity in Grassland Ecosystems: Effected by Species Diversity or Productive Species? *Oikos* 80 : 183–184.

Adams, J. M., and F. I. Woodward. 1989. Patterns in Tree Species Richness as a Test of the Glacial Extinction Hypothesis. *Nature* 339 : 699–701.

Caley, M. J., and D. Schluter. 1997. The Relationship between Local and Regional Diversity. *Ecology* 78 : 70–80.

Connell, J. H., and E. Orias. 1964. The Ecological Regulation of Species Diversity. *Am. Nat.* 98 : 399–414.

Currie, D. J. 1991. Energy and Large-Scale Patterns of Animal- and Plant-Species Richness. *Am. Nat.* 137 : 27–49.

Currie, D. J., and V. Paquin. 1987. Large-Scale Biogeographical Patterns of Species Richness of Trees. *Nature* 329 : 326–327.

Curtis, J. T. 1959. *The Vegetation of Wisconsin.* Madison: University of Wisconsin Press.

Danin, A. 1976. Plant Species Diversity under Desert Conditions. I. Annual Species Diversity in the Dead Sea Valley. *Oecologia* 22 : 251–259.

Diamond, J. 1986. Overview: Laboratory Experiments, Field Experiments, and Natural Experiments. In Diamond, J., and T. J. Case, eds., *Community Ecology.* New York: Harper and Row.

Gough, L., C. W. Osenberg, K. L. Gross, and S. L. Collins. 2000. Fertilization Effects

on Species Density and Primary Productivity in Herbaceous Plant Communities. *Oikos* 89:428–439.

Gross, K. L., M. R. Willig, L. Gough, R. Inouye, and S. B. Cox. 2000. Patterns of Species Diversity and Productivity at Different Spatial Scales in Herbaceous Plant Communities. *Oikos* 89:417–427.

Gurevitch, J., and L. V. Hedges. 2001. Meta-analysis: Combining the Results of Independent Experiments. In Scheiner, S. M., and J. Gurevitch, eds., *Design and Analysis of Ecological Experiments.* New York: Oxford University Press.

Hairston, N. G., Sr. 1989. *Ecological Experiments: Purpose, Design, and Execution.* Cambridge: Cambridge University Press

Hector, A., B. Schmid, C. Beierkuhnlein, M. C. Caldeira, M. Diemer, P. G. Dimitrakopoulos, J. A. Finn, H. Freitas, P. S. Giller, J. Good, R. Harris, P. Högberg, K. Huss-Danell, J. Joshi, A. Jumpponen, C. Körner, P. W. Leadley, M. Loreau, A. Minns, C. P. H. Mulder, G. O'Donovan, S. J. Otway, J. S. Pereira, A. Prinz, D. J. Read, M. Scherer-Lorenzen, E.-D. Schulze, A.-S. D. Siamantziouras, E. M. Spehn, A. C. Terry, A. Y. Troumbis, F. I. Woodward, S. Yachi, and J. H. Lawton. 1999. Plant Diversity and Productivity Experiments in European Grasslands. *Science* 286:1123–1127.

Hilborn, R., and M. Mangel. 1997. *The Ecological Detective: Confronting Models with Data.* Princeton: Princeton University Press.

Hull, D. L. 1988. *Science as a Process.* Chicago: University of Chicago Press.

Huston, M. A. 1980. Soil Nutrients and Tree Species Richness in Costa Rican Forests. *J. Biogeogr.* 7:147–157.

Huston, M. A. 1994. *Biological Diversity: The Coexistence of Species in Changing Landscapes.* Cambridge: Cambridge University Press.

Kittel, T. G. F., N. A. Rosenbloom, T. H. Painter, D. S. Schimel, and VEMAP Modeling Participants. 1995. The VEMAP Integrated Database for Modeling United States Ecosystem/Vegetation Sensitivity to Climate Change. *J. Biogeogr.* 22:857–862.

Kuhn, T. S. 1962. *The Structure of Scientific Revolutions.* Chicago: University of Chicago Press.

Laudan, L. 1990. *Science and Relativism.* Chicago: University of Chicago Press.

Maurer, B. A. 2004. Models of Scientific Inquiry and Statistical Practice: Implications for the Structure of Scientific Knowledge. Chapter 2 in Taper, M. L., and S. R. Lele, eds., *The Nature of Scientific Evidence: Statistical, Philosophical, and Empirical Considerations.* Chicago: University of Chicago Press.

Mayo, D. G. 1996. *Error and the Growth of Experimental Knowledge.* Chicago: University of Chicago Press.

Mayo, D. G. 2004. An Error-Statistical Philosophy of Evidence. Chapter 4 in Taper, M. L., and S. R. Lele, eds., *The Nature of Scientific Evidence: Statistical, Philosophical, and Empirical Considerations.* Chicago: University of Chicago Press.

Mittelbach, G. G., C. F. Steiner, S. M. Scheiner, K. L. Gross, H. L. Reynolds, R. B. Waide, M. R. Willig, S. I. Dodson, and L. Gough. 2001. What Is the Observed Relationship between Species and Productivity? *Ecology* 82:2381–2396.

Naeem, S., L. J. Thompson, S. P. Lawlor, and R. M. Woodfin. 1994. Declining Biodiversity Can Alter the Performance of Ecosystems. *Nature* 368 : 734–736.

Pärtel, M., M. Zobel, K. Zobel, and E. van der Maarel. 1996. The Species Pool and Its Relation to Species Richness: Evidence from Estonian Plant Communities. *Oikos* 75 : 111–117.

Pickett, S. T. A., J. Kolasa, and C. G. Jones. 1994. *Ecological Understanding*. San Diego: Academic Press.

Popper, K. R. 1959. *The Logic of Scientific Discovery*. London: Hutchinson.

Preston, F. W. 1962a. The Canonical Distribution of Commonness and Rarity: part 1. *Ecology* 43 : 185–215.

Preston, F. W. 1962b. The Canonical Distribution of Commonness and Rarity: part 2. *Ecology* 43 : 410–432.

Quinn, J. F., and A. E. Dunham. 1983. On Hypothesis Testing in Ecology and Evolution. *Am. Nat.* 122 : 602–617.

Rosenzweig, M. L. 1995. *Species Diversity in Space and Time*. Cambridge: Cambridge University Press.

Ruse, M. 1999. *The Darwinian Revolution*. 2nd ed. Chicago: University of Chicago Press.

Scheiner, S. M., S. B. Cox, M. R. Willig, G. G. Mittelbach, C. Osenberg, and M. Kaspari. 2000. Species Richness, Species-Area Curves, and Simpson's Paradox. *Evol. Ecol. Res.* 2 : 791–802.

Scheiner, S. M., and S. Jones. 2002. Diversity, Productivity, and Scale in Wisconsin Vegetation. *Evol. Ecol. Res.* 4 : 1097–1117.

Scheiner, S. M., and J. M. Rey-Benayas. 1994. Global Patterns of Plant Diversity. *Evol. Ecol.* 8 : 331–347.

Tilman, D. 1982. *Resource Competition and Community Structure*. Princeton: Princeton University Press

Tilman, D., and S. Pacala. 1993. The Maintenance of Species Richness in Plant Communities. In Ricklefs, R. E., and D. Schluter, eds., *Species Diversity in Ecological Communities: Historical and Geographical Perspectives*. Chicago: University of Chicago Press.

VanderMeulen, M. A., A. J. Hudson, and S. M. Scheiner. 2001. Three Evolutionary Hypotheses for the Hump-Shaped Species-Productivity Curve. *Evol. Ecol. Res.* 3 : 379–392.

Wallace, A. R. 1878. *Tropical Nature and Other Essays*. New York: Macmillan.

Whewell, W. 1858. *Novum Organon Renovatum*. London.

Wright, D. H. 1983. Species-Energy Theory: An Extension of Species-Area Theory. *Oikos* 41 : 496–506.