# EXHIBIT 43

THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION
Case No.: 4:08-cv-04190-LLP

MARCUS J. SUHN,

vs.

BREG, INC.

---------------------------------------------

Case No.: 4:08-cv-04193-KES
KELLY J. KOCH,
vs.
BREG, INC.
---------------------------------------------

CIRCUIT COURT FOR
MONTGOMERY COUNTY, MARYLAND
Case No.: 312486-V

FREDERICK SCACCIA and JEANNE SCACCIA,
vs.
SGARLATO MED., et al.
---------------------------------------------

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
Case No. 1:09CV091

RACHEL KRUMPELBECK,

vs.

BREG, INC., ORTHOFIX INTERNATIONAL NV,
ADVANCED TECHNOLOGY OF KENTUCKY,
d/b/a ADVANCED TECHNOLOGIES, INC.,
DOE 1 and ABC CORPORATION,
---------------------------------------------

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, COLUMBUS
Case No. 2:09-cv-00146-JLG-NMK

BRITTANY HAMILTON, et al.,

vs.

BREG, INC., et al.,

---------------------------------------------

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
Case No. 2:09-cv-01029-GLF-MRA

KAID C. MUSGRAVE, et al.,

vs.

BREG, INC., et al.

---------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Case No. 2:08-cv-01252-HRH

ANDREW GILMORE, et al.,

vs.

DJO INCORPORATED, et al.

---------------------------------------------

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Case No. 1:09-cv-03908

AMANDA SMITH, et al.,

vs.

I-FLOW CORPORATION, et al.

---------------------------------------------

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
Case No. 1:09-cv-01380-SEB-TAB

JOSEPH D. ESSEX, et al.,

vs.

I-FLOW CORPORATION, et al.
---------------------------------------------
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Case No. 2:09-cv-00531-KJD-RJJ

REBECCA GRAHAM, et al.,

vs.

I-FLOW CORPORATION, et al.
---------------------------------------------
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
Case No. 5:09-cv-01991-JRA

DEBORAH L. MAYLE, et al.,

vs.

STRYKER CORPORATION, et al.
---------------------------------------------
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Case No. 2:09-cv-01197-AJS

DONNA J. LAWTON, et al.,

vs.

ADVANCED INFUSION, INC., et al.
---------------------------------------------

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
COLUMBUS
Case No. 2:10-cv-21

CHRISTINA SCHUMACHER,

vs.

BREG, INC.
---------------------------------------------
UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
Case No. 6:09-CV-06241-AA

MATTHEW SLAVENSKI,

vs.

STRYKER CORPORATION, et al.
---------------------------------------------
– – –
February 22, 2010
– – –

Oral deposition of MARTIN T. WELLS, Ph.D., held at the law offices of Weitz & Luxenberg, 700 Broadway, New York, New York 10003, beginning at 9:15 a.m., on the above date, before MARGARET M. REIHL, RPR, CRR, CCR, CLR and Notary Public.

– – –

Golkow Technologies, Inc.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

seems -- let me look at the figure. Diagnosed within the first 18 months after surgery, so somewhere after, you don't know about the distribution of those other times. They could have all -- the rest of those could all have been 18 months one minute. We don't know. So they say half were diagnosed in that time, so I believe that.

**Q. Let me just move on, in the interest of time. Let's go quickly to the Rapley article again. Would you agree that -- strike that.**

**Do you have an opinion whether the Rapley case series by itself establishes a dose response relationship between intra-articular administration of local anesthetics and the development of chondrolysis?**

A. It's a -- I don't remember where I have that, Rapley. Yeah, it says that lower dose has no cases, and higher dose has cases. So that establishes some dose response.

**Q. Is that your opinion; that that article authored by Rapley establishes, in general, a dose response relationship between intra-articular administration of local anesthetics in the development of chondrolysis?**

A. It's a piece of evidence that says that the lower volume pain pumps aren't -- don't harm and the higher volume do.

MR. WOLFF: Move to strike as nonresponsive.

BY MR. WOLFF:

**Q. I just want to know if that article alone actually establishes scientifically that that relationship exists or if it's a piece of information you might want to consider?**

A. It's a significant piece of information.

**Q. Is it your opinion that, quote, unquote, high volume pain pumps cause chondrolysis when administered in local anesthetics intra-articularly, but, quote, unquote, low volume pain pumps do not; is that an opinion you formed in this litigation?**

A. In the high volume, yes, I formed that opinion.

**Q. Okay. And what is that based on?**

A. Rapley, looking at my analysis, Hansen, the papers that we've looked at.

**Q. Okay. And then just to be clear**

Q. Understood. And have you ever -- is it generally accepted -- Doctor, would you agree with me, I think Mr. Wolff asked you this question earlier, that a case series or a case report cannot be used to reach a cause and effect relationship?

MR. JENNER: Objection, asked and answered. Go ahead.

THE WITNESS: You take it in -- as I said, you take it into account with all the other evidence that you have at hand.

BY MR. FERN:

**Q. But it's one piece of evidence?**

A. It's a piece of evidence.

Q. Correct. But standing alone, a case report or a case series cannot be utilized by a epidemiologist practicing good scientific methods to establish a cause and effect relationship?

MR. JENNER: Object to the form.

THE WITNESS: But it's not standing alone in this case. We have a lot of other evidence, so it's a nonexistent question because we have a lot of evidence in this case. It's not standing -- one case isn't standing alone.

BY MR. FERN:
Q. I'm not asking about this case. I'm asking about general practices in the land of epidemiology in the land of biostatistics.
Is it accepted that a case series can be utilized to reach a cause and effect relationship?
MR. JENNER: Objection to the form of the question.
THE WITNESS: You have to take everything into account. If that's all you have, if that's all you have, you have a couple patients, you can't use that but -- you cannot use that, but that's not all we have. We have a lot of other evidence in this case.
BY MR. FERN:
**Q. Other than the Rapley article that was given to you by plaintiff's counsel, what other articles, Doctor, have you come across and incorporated within your December 21st report, supplemental report?**
A. I think I gave you a file of a number of articles that I've come across, Busfield, Greis and the number that I put in the file.

C E R T I F I C A T I O N

I, MARGARET M. REIHL, a Registered Professional Reporter, Certified Realtime Reporter, Certified Shorthand Reporter, Certified LiveNote Reporter and Notary Public, do hereby certify that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place, and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

------------------------------

Margaret M. Reihl, RPR, CRR, CLR

CSR #XI01497 Notary Public

(This certification does not apply to any reproduction of this transcript, unless under the direct supervision of the certifying reporter.)