# EXHIBIT 45

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

JESSICA N. LOPEZ, )
)
Plaintiff, )
)
vs. )No. CV-08-01063-PHX-SRB
)
DJO, LLC, a Delaware )
corporation; DJO, INC., f/k/a )
DJ ORTHOPEDICS, INC., a )
Delaware corporation; et al., )
)
Defendants. )
)
___________________________________)

VIDEOTAPED DEPOSITION OF DAVID BAILIE, M.D.

Phoenix, Arizona

September 25, 2009

9:06 a.m.

PREPARED FOR:

(COPY)

REPORTED BY:

CHRISTINA L. LARSEN, RPR, CR

Certified Reporter No.

A No.

**Q Right. Potentially, you might know them in other circles, but have you had any discussions with them about your care and treatment of Jessica Lopez or any opinions that you might have about her condition?**

A No.

**Q We're going to talk at more length today about your 2009 Journal of Shoulder and Elbow Surgery article on chondrolysis. But I was wondering, Doctor, have there been different forms of that article published, or is the one that is published, you know, officially the only published version?**

A I believe the Journal of Shoulder and Elbow put one online originally. I don't believe they changed it before the one came out in print most recently --

**Q Okay.**

A -- to my knowledge at least. I haven't compared the two side by side.

**Q But they appeared to be the same to you?**

A I believe they are the same, yeah. And I think their policy is they're the same. They just want to get it out there sooner.

**Q Okay. And is what was published by the Journal of Shoulder and Elbow Surgery on that chondrolysis article in 2009 -- is it the same as what**

**you had submitted, or were changes made?**

A Well, the peer review process basically starts by submission, and then there is an editing process that can take anywhere from literally a few months to a few years. And much of it depends on content, much of it depends on conclusions you can draw based on the data you present, and much of it depends on the editor's time to get it done. And so the original submission would have been different than the final publication, but the content was essentially the same.

**Q When did you initially submit?**

A I don't recall. It was sometime -- I want to say -- they would know for sure when the first submission was, but it would be either late 2006 or 2007 is my guess.

**Q Late 2006, early 2007?**

A Probably.

**Q Did anyone from the Journal ask you to go back and do further work or further research?**

A No.

**Q Is your recollection that the changes that were made, if any, from your draft to the final were editorial in nature; in other words, wordsmithing, things like that?**

A No. They might have been -- yeah, it could.

**Q Did you discuss any literature on chondrolysis or anything else?**
A Yes.
**Q What did you discuss?**
A Some papers that she was familiar with, some of which were quoted in my Journal article, as well as we discussed my paper.
**Q Were you familiar with the papers that she brought to your attention?**
A Yes. I'd read them all in the past at some point, but I didn't recall specifics about the authors and details.
**Q Was there anything brand-new that she showed you that you hadn't seen before?**
A No.
**Q And you said you discussed your paper.**
A Correct.
**Q Were all of the -- all the literature that she brought to your attention and wanted to discuss with you, was that all things that you had reviewed prior to preparing your paper for submission?**
A No.
**Q All right. What in addition?**
A Well, at the time we submitted our paper, none of the current literature was even available. At the

time we submitted our paper, there was actually no literature available on -- or current literature, I should say, on chondrolysis except for a few early studies, animal studies. So -- but subsequent to that, those papers came out and had been reviewed, although they weren't really the topic of yesterday's discussion specifically.

**Q Okay. When you submitted your paper for publication -- I don't recall exactly the date -- but were you aware of Hansen's poster presentation at AAOS at that time?**

A No.

Q So either you weren't aware of it, or it was prior to that?

MS. KALUR: I'm going to interpose an objection --

MS. WINCHESTER: Sure.

MS. KALUR: -- at this point. We're not going to get into his paper. He is not here as an expert. He's here to talk about the care and treatment of Jessica Lopez and Cody Chapman. So we're not going to get all into about his papers and having him testify as an expert. He hasn't been offered as one. When you guys noticed this, you didn't notice him as an expert.

MS. WINCHESTER: It's a discovery dep. I

is a tool. You can do arthroscopy with air. You can do arthroscopy with saline. You can do arthroscopy with Ringer's. You can to arthroscopy with warm saline. You can do arthroscopy with cold saline. You can do arthroscopy with heat. You can do -- so to say arthroscopy, I think, is too generic. But I would say that if you do arthroscopy with a certain type of technique of some sort, then that technique could lead to chondrolysis.

**Q Which techniques in particular?**

A I think, potentially, caustic irrigation fluid, of which saline is not known to necessarily be significantly caustic, and/or heated. There are, I believe -- I mean, we don't do this at our center, but people have been known in the past -- and I don't think it's part of modern arthroscopy as it was in the beginning, where they actually put the fluid in the warmer to warm it and it could be noncontrolled and warm it way beyond what it should be. And I know during the '80s and '90s, that was more common. I don't think it's so common now.

**Q As of today, 2009, has anyone established pain pumps as the cause of chondrolysis?**

A The orthopedic community has established that it is probably the primary cause that we're talking

about now. In other words, in the last five years, that is the number one thing. It's at every meeting. And it is established that that is the primary culprit is the local anesthetics with indwelling pain catheters.

**Q And I want to make sure we're using the same language. I think what you're saying -- please tell me if I'm wrong -- is that currently pain pumps are suspected to be the most likely cause of chondrolysis.**

A They are strongly suspected enough that it's accepted to be cause and effect in the orthopedic community. So that goes back to the large anecdotal stuff that we talked about.

**Q Have you reached an opinion in this case that Miss Lopez's chondrolysis was caused by pain pump use?**

A Yeah. My opinion is yes.

**Q But yet you've not been asked to render that opinion at trial in this case?**

A To my knowledge, there hasn't been a trial.

**Q I understand. Prospectively.**

A Oh, no. I mean, the only thing I've been asked to do is attend this deposition.

**Q Have you been asked to issue -- whether you would be willing to issue a report stating that Miss Lopez's chondrolysis was caused by pain pump use?**

A I have not been asked any of that.

C E R T I F I C A T E

I, Christina L. Larsen, Certified Reporter for the State of Arizona, do certify:

That the foregoing deposition was taken by me; that I am authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness were taken down by me in shorthand and thereafter transcribed by me; that review and signature by the witness was not requested; and that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had upon the taking of said deposition, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED at Phoenix, Arizona, this 5th day of October, 2009.

______________________________

Christina L. Larsen
Certified Reporter #50011
For the State of Arizona