IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc.;
REABLE THERAPEUTICS, LLC; and
I-FLOW CORPORATION;

Defendants.

---

**EXHIBITS 48 - 68 TO THE DECLARATION OF LESLIE W. O'LEARY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT I-FLOW'S MOTION TO EXCLUDE EXPERT OPINION ON GENERAL CAUSATION**

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 28th day of July, 2010, according to this Court's provision for service on the following:

Jeffrey R. Pilkington, Esq.
jeff.Pilkington@dgslaw.com
Jordan Lipp, Esq.
Jordan.lipp@dgslaw.com
Davis Graham & Stubbs LLP
1550 – 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379

Chad J. Layton, Esq.
clayton@smsm.com
Erin N. Graham, Esq.
egraham@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Sears Tower, #5500
Chicago, IL 60606-6306

*Attorneys for I-Flow Corporation*

Brett Marshall Godfrey, Esq.
godfrey@godlap.com
James A. Johnson
johnson@godlap.com
Godfrey & Lapuyade, PC
9557 S. Kingston Court
Englewood, CO 80112
Telephone: 303-228-0700
Facsimile: 303-228-0701

*Attorneys for DJO, Incorporated f/k/a DJ Orthopedics, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

/s/ Leslie W. O'Leary
Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com

cc: Co-counsel