# EXHIBIT 52

# Letter to the Editor

Dear Editor,

We have studied the article by Hansen et al,[4] "Postarthroscopic Glenohumeral Chondrolysis" (October 2007, pp 1628-1634) and are writing both to comment on the Level of Evidence assigned to that study and to report additional analysis based on the data presented. The study compares 2 "case series" of surgeries, or more precisely stated, 2 cohorts of surgeries—an exposed cohort and a nonexposed cohort. Shoulders in the exposed cohort of surgeries were exposed to intra-articular pain pump use while shoulders in the other cohort were not exposed to intra-articular pain pump use. The primary outcome measured in the study is whether shoulders experienced chondrolysis after their surgery. Consequently, the study appears to be a retrospective cohort study or retrospective comparative study that provides Level 2 (2b) evidence rather than Level 4 evidence typically ascribed to a case series report.[2]

In addition, the study by Hansen et al found glenohumeral chondrolysis in 12 shoulders out of 19 that received an intra-articular pain pump following arthroscopic shoulder surgery. In contrast, none of 158 shoulders undergoing arthroscopic shoulder surgery without an intra-articular pain pump during the same time frame developed chondrolysis. The authors state that they "have identified a concerning and strong association between post-arthroscopic chondrolysis and intra-articular pain pump catheter use with bupivacaine and epinephrine."[4] However, the authors do not report on any statistical analyses to compare the likelihood that chance alone could explain the observed distribution of chondrolysis. Specifically, the authors did not calculate the statistical significance of the difference in chondrolysis incidence between the shoulders receiving pain pump implantation and those that did not, even though this analysis is readily performed using the published data (Table 1).

Using the Fisher exact test, the calculated *P* value for a 2-tailed analysis of this data is $P < .0001$. Equivalently, the likelihood that chance alone could explain the observed distribution of chondrolysis is less than 1 in 10 000. Because the expected sample size in at least 1 cell is small (typically defined as less than 5), the Fisher exact test is a more appropriate statistical test for comparing these proportions than the $\chi^2$ test.

Another statistic that summarizes the results of a retrospective cohort study is the odds ratio. This represents the odds of chondrolysis in the Pain Pump group divided by the odds of chondrolysis in the No Pain Pump group. Because no cases of chondrolysis were observed in the No Pain Pump group, the denominator of the odds ratio is 0 and the odds ratio is infinite. When this situation arises, published statistical corrections can be implemented to compute a finite odds ratio—the median unbiased estimate of the odds ratio[7] is 321, and the continuity-corrected odds ratio[3] is 7925 (95% confidence interval [CI]: 151, 416 500). Finally, the magnitude of the risk difference between the Pain Pump and No Pain Pump groups can also be computed. The risk of chondrolysis in the intra-articular pain pump group is 63.2% (95% CI: 40.9-81.0) as compared with 0% (95% CI: 0-2.86). The estimated risk difference is 63.2% (95% CI: 41.5-84.9), which is extremely large as well.

TABLE 1
Published Data

| | Chondrolysis | No Chondrolysis | Total |
|---|---|---|---|
| Pain pump | 12 | 7 | 19 |
| No pain pump | 0 | 158 | 158 |
| Total | 12 | 165 | 177 |

It should be noted that the Fisher exact test assumes that the data are independent. Because some of the patients in the study underwent multiple or bilateral procedures, the data reported on 177 shoulders from 152 patients are not, strictly speaking, independent. However, the authors did not provide patient-level data that would allow for calculation of associated *P* values under these conditions. Nevertheless, it is unlikely that the high level of statistical significance attained under the assumption of independent data would change drastically. Another limitation is that the sample size in the study is small, both with respect to the number with the outcome of interest (shoulders affected with chondrolysis) and the number with the exposure of interest (shoulders exposed to pain pumps). Studies with small sample sizes are often lacking in precision and are more vulnerable to misclassification and other sources of bias.

The article by Hansen et al represents the first published report associating intra-articular pain pumps with chondrolysis. Since then, several case series have reported on glenohumeral chondrolysis and its treatment.[1,5,6] However, unlike the article by Hansen et al, data on the total number of patients undergoing glenohumeral arthroscopy with and without the use of an intra-articular pain pump during the study period are not presented in these reports so that the statistical analysis described above cannot be replicated. In addition, only the published reports by Bailie and Ellenbecker[1] and by McNickle et al,[6] including 17 patients and 16 patients, respectively, with chondrolysis associated with an intra-articular pain pump describe a cohort larger than the 12 patients reported on by Hansen et al.

There is no doubt that randomized controlled clinical trials or Level 1 studies linking chondrolysis to the use of an intra-articular pain pump would strengthen the argument that intra-articular pain pumps delivering local anesthetics cause chondrolysis. However, such studies are not likely to be forthcoming given the existing data and resulting ethical concerns. The Fisher exact test demonstrates that the frequency of chondrolysis in the patients who received an intra-articular pain pump cannot be explained by chance alone. Furthermore, the extremely large odds ratio and risk difference between the Pain Pump and No Pain Pump groups with respect to chondrolysis are far beyond what could occur by chance and far too large to be credibly explained by any other factor that has been linked to chondrolysis.

*Samer S. Hasan, MD, PhD*
*Marty Levy, PhD*
*Frank R. Noyes, MD*
*Cincinnati, Ohio*
*Stephanie A. Moller, MPH*
*April Zambelli-Weiner, PhD, MPH*
*Owings Mills, Maryland*

One or more authors has declared a potential conflict of interest: Dr Beck is or has been a consultant for or received royalties from Regen and DePuy-Mitek.

The American Journal of Sports Medicine, Vol. XX, No. X
DOI: 10.1177/0363546510362187
© 2010 The Author(s)

Case No. 1:08-cv-00365-MSK-CBS Document 258-5 filed 07/28/10 USDC Colorado pg 3 of 3



## REFERENCES

1. Bailie DS, Ellenbecker T. Severe chondrolysis after shoulder arthroscopy: a case series. *J Shoulder Elbow Surg*. 2009;18(5):742-747.
2. Centre for Evidence-Based Medicine. http://www.cebm.net/index.aspx?o=1025.
3. Cox DR. The continuity correction. *Biometrika*. 1970;57:217-219.
4. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med*. 2007;35:1628-1634.
5. Levy JC, Virani NA, Frankle MA, Cuff D, Pupello DR, Hamelin JA. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder Elbow Surg*. 2008;17:380-388.
6. McNickle AG, L'Heureux DR, Provencher MT, Romeo AA, Cole BJ. Postsurgical glenohumeral arthritis in young adults. *Am J Sports Med*. 2009;37:1784-1791.
7. Parzen M, Lipsitz S, Ibrahim J, Klar N. An estimate of the odds ratio that always exists. *J Comput Graph Stat*. 2002;11:420-436.

**Authors' Response:** We appreciate the effort Dr Hasan et al have expended in revisiting the data we presented in the 2007 *AJSM* article, "Postarthroscopic Glenohumeral Chondrolysis" and the thorough analysis they have rendered. Our intent in presenting the data as we originally did at the annual meetings of the Herodicus Society in 2005 and American Academy of Orthopaedic Surgeons in 2006 and finally in published form in *AJSM* in 2007 was to bring to the attention of the orthopaedic community as rapidly as possible the concerns we had about what we believe to be an extremely strong association between severe glenohumeral chondrolysis and the use of pain pump catheters with bupivacaine and epinephrine. We did not have the resources at the time to further dissect the data as have Dr Hasan et al nor to subsequently further evaluate the possibility of previously unsuspected chondrocyte toxicity as have other investigators.[1-3] It is gratifying to witness the efforts of our colleagues to "carry the ball" in further investigating and elucidating the mechanisms of injury involved in this form of chondrolysis, particularly given the severity of its effect on the quality of the lives of our patients. We commend Dr Hasan et al for further alerting the orthopaedic community about the potential hazards of this association.

*Charles L. Beck Jr, MD*
*Robert Townsley, PA-C*
*Elizabeth P. Beck, RN*
*West Jordan, UT*
*Brent Hansen, DO*
*Peoria, AZ*

## REFERENCES

1. Dragoo JL, Korotkova T, Kanwar R, Wood B. The effect of local anesthetics administered via pain pump on chondrocyte viability. *Am J Sports Med*. 2008;36:1484-1488.
2. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy*. 2006;22:813-819.
3. Karpie JC, Chu CR. Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. *Am J Sports Med*. 2007;35:1621-1627.

For reprints and permission queries, please visit SAGE's Web site at http://www.sagepub.com/journalsPermissions.nav