# EXHIBIT 61

# Is Chemical Incompatibility Responsible for Chondrocyte Death Induced by Local Anesthetics?

Michael T. Bogatch,*† MD, David G. Ferachi,*† MD, Bart Kyle,*† MD, Sam Popinchalk,*† MD, Melanie H. Howell,*† MSc, Dongxia Ge,‡§ MD, Zongbing You,†‡|| MD, PhD, and Felix H. Savoie,*† MD

*From the *Tulane Institute of Sports Medicine, †Department of Orthopaedic Surgery, ‡Department of Structural & Cellular Biology, Tulane University School of Medicine, New Orleans, Louisiana, and the §Institute of Biomedical Engineering, West China Medical Center, Sichuan University, Sichuan, China*

**Background:** Chondrolysis associated with intra-articular administration of local anesthetics has been attributed to chondrocyte death induced by the local anesthetics. The mechanism of how the local anesthetics cause chondrocyte death is not clear.

**Purpose:** This study was conducted to determine whether and how the local anesthetics cause chondrocyte death.

**Study Design:** Controlled laboratory study.

**Methods:** Bovine articular chondrocytes in suspension culture were treated for 1 hour with phosphate-buffered saline or phosphate-buffered saline/medium mixture (as controls); 1% lidocaine alone; 0.25% to 0.5% bupivacaine alone; phosphate-buffered saline with pH values of 4.5, 3.8, 3.4, and 2.4; or mixtures of the local anesthetics and cell culture medium or human synovial fluid. Chondrocyte viability was analyzed by flow cytometry using the LIVE/DEAD Viability/Cytotoxicity Kit.

**Results:** In 1% lidocaine-alone or 0.25% to 0.5% bupivacaine-alone groups, the rate of cell death was 11.8% to 13.3% of bovine articular chondrocytes, whereas the phosphate-buffered saline control had 8.4% of cell death. Increased chondrocyte death was only found when the pH value of phosphate-buffered saline dropped to ≤3.4. In contrast, when bupivacaine was mixed with cell culture medium, needle-like crystals were formed, which was accompanied with 100% death of chondrocytes. Lidocaine did not form visible crystals when it was mixed with culture medium, but the mixtures caused death of over 96% of chondrocytes ($P < .001$).

**Conclusion:** Less than 5% of chondrocyte death was attributable to the anesthetics when applied to the cells alone or in phosphate-buffered saline–diluted solution. Acidity (as low as pH 3.8) or epinephrine in the anesthetic solutions could not account for chondrocyte death. However, chemical incompatibility between the local anesthetics and cell culture medium or human synovial fluid may be the cause of chondrocyte death.

**Clinical Relevance:** Intra-articular administration of lidocaine and bupivacaine is not an indicated usage of either anesthetic, although such a usage has become a common practice. Physicians should be aware of the potential incompatibility of the drug and synovial fluid.

**Keywords:** anesthetics; lidocaine; bupivacaine; chondrocyte viability

Traumatic injuries, as well as a variety of inflammatory conditions including osteoarthritis, rheumatoid arthritis, tenosynovitis, and tendinitis, are commonly treated with intra-articular administration of local anesthetics.[1] Intra-articular local anesthesia is routinely used for postoperative pain relief after joint surgery.[4,13,14,18] However, a phenomenon known as chondrolysis (ie, disappearance of articular cartilage as the result of lysis or dissolution of the cartilage matrix and cells) has been linked to intra-articular administration of local anesthetics in human patients and in animal studies.[9,10] The cause of chondrolysis is not clear, although some potential causal factors have been proposed such as gentian violet, chlorhexidine, methyl methacrylate, meniscectomy, thermal radiofrequency energy, holmium:YAG (yttrium, aluminum, and garnet)

||Address correspondence to Zongbing You, MD, PhD, Assistant Professor, Department of Structural & Cellular Biology, Tulane University School of Medicine, 1430 Tulane Avenue SL-49, New Orleans, LA 70112 (e-mail: zyou@tulane.edu).

Drs Bogatch, Ferachi, Kyle, and Popinchalk contributed equally to this study.

The authors declared that they had no conflicts of interests in their authorship and publication of this contribution.

The American Journal of Sports Medicine, Vol. 38, No. 3
DOI: 10.1177/0363546509349799
© 2010 The Author(s)


Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010

Case No. 1:08-cv-00365-MSK-CBS Document 258-14 filed 07/28/10 USDC Colorado pg 3 of 8



laser, prominent hardware, chronic synovitis, and fibronectin.[16] The incidence of chondrolysis varies among different joint procedures. In some patient series, chondrolysis occurred seldomly[5] or occurred in less than 5% of patients.[6,19] On the other hand, an incidence rate of up to 24% of patients has been reported.[11]

Evidence supporting a role of local anesthetics in chondrolysis came from several recent studies that demonstrated the detrimental effects of local anesthetics on chondrocyte viability and cartilage histology.[2,3,7,8,12] Chu et al[3] reported that greater than 99% chondrocyte death/apoptosis was observed in all bupivacaine-exposed alginate bead cultures, compared with 20% cell death in saline-treated controls ($P < .05$). Karpie and Chu[12] found that 1-hour treatment of bovine articular chondrocytes with 1% lidocaine caused over 30% cell death. Chu et al[2] further reported that 0.25% and 0.5% bupivacaine caused death of 60% and 99% bovine articular chondrocytes, respectively. Dragoo et al[8] very recently reported that 1% lidocaine or 0.25% to 0.5% bupivacaine, particularly in combination with epinephrine, caused significant death of human articular chondrocytes in 24-hour perfusion culture. Dogan et al[7] found that intra-articular bupivacaine and neostigmine caused histopathologic changes in rabbit knee joints, with neostigmine having a greater effect than bupivacaine.

The current literature has created a clear notion that local anesthetics are toxic to articular chondrocytes. Despite this, intra-articular administration of local anesthetics is still a common practice throughout the medical community. With this controversy in mind, in this study we attempted to determine whether lidocaine and bupivacaine cause death of bovine articular chondrocytes and to find out how the local anesthetics cause cell death.

## MATERIALS AND METHODS

### Cell Culture

Normal bovine articular chondrocytes were obtained from the stifle joints of 3-week-old calves provided by an abattoir. The bovine chondrocytes used in this study were cultured in monolayer for less than 4 weeks. The C3H10T1/2 cells (a mouse embryo mesenchymal cell line) were obtained from the American Type Culture Collection (Manassas, Virginia). All of the cells were cultured with Dulbecco's Modified Eagle's Medium (DMEM) containing 10% fetal bovine serum and 1% penicillin/streptomycin (Invitrogen, Carlsbad, California) in a 5% $CO_2$ humidified incubator at 37°C.

### Treatment of Cells in Suspension Culture

Approximately 0.3 million cells in phosphate-buffered saline (PBS) suspension were placed into 12 × 75-mm test tubes. Each control or treatment group had 3 tubes (n = 3). The control groups were treated with PBS (pH 7.1) or PBS and DMEM mixture (1:1, volume/volume). The treatment groups were treated according to the following protocol:

(1) Treated with 1% lidocaine (pH 6.0), 0.25% bupivacaine without epinephrine (pH 5.9), 0.25% bupivacaine with epinephrine (1:200,000) (pH 7.0, diluted from 0.5% bupivacaine with PBS), 0.5% bupivacaine with epinephrine (1:200,000) (pH 3.9), or 0.25% bupivacaine with epinephrine (1:200,000) (pH 3.9). All of the above local anesthetics (Hospira, Inc, Lake Forest, Illinois) are hydrochloride injections and are isotonic solutions buffered with sodium chloride. The pH values in parentheses were measured in our laboratory using a pH meter calibrated by standard pH buffers (Fisher Scientific, Pittsburgh, Pennsylvania). The choice of the dosages was made based on the commonly used clinical dosages. For bupivacaine, formulations with or without epinephrine and at different pH values were tested to find out if epinephrine or acidity was the cause of cytotoxicity.

(2) Treated with PBS at pH values of 4.5, 3.8, 3.4, and 2.4 (adjusted with 1 M hydrochloride acid), to address if acidity is a causal factor for chondrocyte death. We chose these pH values because they were found with some anesthetic or epinephrine injection preparations (KF Bonner, unpublished data presented at the Virginia Orthopaedic Society 2009 Annual Meeting).

(3) Treated with 1% lidocaine in DMEM (1:1 dilution of 2% lidocaine) or 1% lidocaine in human synovial fluid (1:1 dilution of 2% lidocaine). The human synovial fluid was centrifuged at 14 000 rounds per minute for 15 minutes and the clear supernatant was used. Collected from the arthritic joints under routine arthroscopy, the human synovial fluid would have been discarded and was provided to the investigators without any identifiable patient information, thereby justifying our study as not involving human subjects pursuant to the Code of Federal Regulations 45 CFR 46 102(f). This experiment was performed to mimic the clinical situation in which lidocaine injected was mixed with synovial fluid. The infranatant (ie, pellet of blood cells and tissue debris) of synovial fluid was not tested. Synovial fluid from 3 arthritic patients was used individually (not pooled) and showed similar results.

(4) In a parallel study, C3H10T1/2 cells were treated similarly to determine if the effects on chondrocytes could be generalized to other cell types.

All of the cells were treated for 1 hour at room temperature in the tubes. We chose 1-hour treatment because longer incubation without cell culture medium would cause cell death because of nutrient deprivation. Immediately after treatment, the cells were washed with PBS once and processed for flow cytometry analysis.

### Flow Cytometry Analysis of Cell Viability

The control and treated cells were incubated in 0.3 mL staining solution, containing 0.8 μM ethidium homodimer-1 and 0.8 μM calcein AM (acetoxymethyl ester) in PBS, for 20 minutes in the dark at room temperature. The reagents were from the LIVE/DEAD Viability/Cytotoxicity Kit (Molecular Probes, Eugene, Oregon). Ethidium homodimer-1 enters dead cells with damaged membranes and produces a bright red fluorescence upon binding to nucleic acid, whereas it cannot enter live cells with intact plasma membrane. Calcein AM enters both live and dead cells, but only live cells have the intracellular esterase activity that changes the nonfluorescent calcein AM into intense green fluorescent calcein. Therefore, the dead cells present red fluorescence and the live cells

Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010

Case No. 1:08-cv-00365-MSK-CBS Document 258-14 filed 07/28/10 USDC Colorado
pg 4 of 8






**Figure 1.** Scatterplots of flow cytometry analysis. The abscissa shows calcein (green) fluorescence and the ordinate shows ethidium (red) fluorescence. Quadrant 1 (Q1) represents the dead cells, quadrant 2 (Q2) represents the newly dead cells, quadrant 3 (Q3) represents live cells without calcein staining, and quadrant 4 (Q4) represents the live cells.

present green fluorescence,[20] which can be discriminated by flow cytometry analysis. The percentages of live and dead cells were obtained by counting 10 000 cells (the denominator n = 10 000) using a BD LSRII analyzer (Becton, Dickinson and Company, San Jose, California).

### Treatments of Cells in Monolayer Culture

Bovine articular chondrocytes were plated in a 12-well plate at a density of 200 000 cells per well in 1 mL culture medium. After 24 hours, the cells were treated for 1 hour in 0.3 mL of PBS in DMEM or PBS in human synovial fluid (as control group), 1% lidocaine in DMEM (1:1 dilution of 2% lidocaine), 1% lidocaine in human synovial fluid (1:1 dilution of 2% lidocaine), 0.5% bupivacaine in DMEM (2:1 dilution of 0.75% bupivacaine), or 0.5% bupivacaine in human synovial fluid (2:1 dilution of 0.75% bupivacaine). After treatment, the cells were washed 2 times with PBS, maintained in culture medium, and incubated at 37°C. The cells were observed under a light microscope immediately after treatment and followed up for 7 days.

To separate precipitates formed in the mixture of 0.5% bupivacaine and DMEM (ratio 1:1 volume/volume), 38.5 mL (the maximal capacity of the centrifuge tube) of the mixture was centrifuged at 112 700*g* for 24 hours at 4°C, in a swinging-bucket 28 rotor on a Beckman Coulter Ultracentrifuge (Beckman Coulter Inc, Fullerton, California). The supernatant was added directly to the bovine chondrocytes in 12-well plates after the cell culture medium was removed. The pellet (approximately 0.5 mL) was dissolved in 20 mL DMEM and then added to the cells after cell culture medium was removed. Pictures of the cells were taken at 15, 30, and 45 minutes, as well as 16 hours after treatment.

To study the concentration dependence of precipitation, 0.5% bupivacaine alone or mixtures of 0.5% bupivacaine and DMEM in ratios from 1:1 up to 1:10 (bupivacaine volume:DMEM volume) were added to the bovine chondrocytes in 12-well plates after the cell culture medium was removed. Pictures of the cells were taken 1 hour after treatment.

### Statistical Analysis

The experiments were repeated 3 times, each time having triplicate samples per group. The numeric data from 3 experiments were combined to calculate the means and standard deviations (n = 9). Comparison between the control group and each treatment group was analyzed by the 2-tailed Student *t* test. The level of significance was set at $P < .05$. Error bars represented the standard deviations.




**Figure 2.** Effects of lidocaine and bupivacaine on viability of bovine articular chondrocytes. The open bars represent mean percentages of the live cells and the solid bars represent mean percentages of the dead cells after 1-hour treatment with phosphate-buffered saline (PBS), 1% lidocaine, different doses of bupivacaine with or without epinephrine, or PBS at different pH values. Error bars represent the standard deviations. Asterisks indicate significant differences between the denoted groups and the PBS control group.

## RESULTS

Our preliminary studies found that there was no obvious cell death of bovine articular chondrocytes and C3H10T1/2 cells in monolayer culture when the cells were exposed for 1 hour to the local anesthetic formulations tested (data not shown). To assess any potential cytotoxicity of the drugs more quantitatively, flow cytometry analysis was performed. As shown in Figure 1, flow cytometry analysis based on the LIVE/DEAD staining clearly separated the live cells (in quadrant 4 [Q4]) from the dead cells (Q1). A few cells fell into Q2 (representing cells that were "newly" dead, which had some remaining esterase activity but with broken membranes) and Q3 (representing cells with intact membrane but not stained by calcein).

### Local Anesthetics Alone Were Minimally Toxic to Chondrocytes, Regardless of Epinephrine or Acidity

We found that the PBS control group had 8.4% chondrocyte death (Figure 2), whereas 1% lidocaine (pH 6.0) caused death of 13.3% of chondrocytes ($P$ = .002, compared with the control group; similarly in the following descriptions), 0.25% bupivacaine (pH 5.9) caused death of 11.8% of chondrocytes ($P$ = .02), 0.25% bupivacaine with epinephrine (pH 7.0) caused death of 11.8% of chondrocytes ($P$ =

Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010

Case No. 1:08-cv-00365-MSK-CBS Document 258-14 filed 07/28/10 USDC Colorado pg 5 of 8






**Figure 3.** Effects of lidocaine and bupivacaine on viability of mouse C3H10T1/2 cells. The open bars represent mean percentages of the live cells and the solid bars represent mean percentages of the dead cells after 1-hour treatment with phosphate-buffered saline (PBS), 1% lidocaine, different doses of bupivacaine with or without epinephrine, or PBS at different pH values. Error bars represent the standard deviations. Asterisks indicate significant differences between the denoted groups and the PBS control group.




**Figure 4.** Bupivacaine interacted with cell culture medium to form needle-like crystals. Note that the crystals were formed in the absence or presence of bovine chondrocytes in the mixture of bupivacaine and Dulbecco's Modified Eagle's Medium (DMEM) (the 2 pictures at the bottom: left, open arrow indicates the crystals; right, arrowhead indicates the large bundle of crystals and arrow indicates the tiny crystals, while the cells were all broken and not recognizable), whereas the phosphate-buffered saline (PBS)/DMEM mixture did not show any crystal formation or cell death (the 2 pictures on the top: left, no cells and no crystals; right, arrow indicates the monolayer cells that were covering the entire well). Original magnification ×100.

0.02), 0.5% bupivacaine with epinephrine (pH 3.9) caused death of 12.0% of chondrocytes ($P$ = .0006), and 0.25% bupivacaine with epinephrine (pH 3.9) caused death of 12.0% of chondrocytes ($P$ = .003) (Figure 2). Similarly, no significant cell death of C3H10T1/2 cells was caused by all of the above anesthetic formulations ($P$ = .08 to .91), except that 0.25% bupivacaine with epinephrine (pH 3.9) caused death of 14.7% of C3H10T1/2 cells ($P$ = .03) (Figure 3).

## Acidity as Low as pH 3.8 Did Not Cause Chondrocyte Death

We found that when bovine articular chondrocytes were treated with PBS at pH 4.5, 8.1% of chondrocytes were dead ($P$ = .74, compared with the control group treated with PBS at pH 7.1; similarly in the following descriptions) (Figure 2). The PBS at pH 3.8 caused death of 7.5% of chondrocytes ($P$ = .24). In contrast, the PBS at pH 3.4 caused death of 10.7% of chondrocytes ($P$ = .03) and the PBS at pH 2.4 caused death of 59.7% of chondrocytes ($P < .001$) (Figure 2). Similarly, no significant cell death of C3H10T1/2 cells was caused by the PBS at pH 4.5 or 3.8 ($P$ = .37 or .82, respectively), whereas the PBS at pH 3.4 or 2.4 caused death of 35.6% or 63.1% of C3H10T1/2 cells ($P$ = .02 or $P < .001$, respectively) (Figure 3).

## Bupivacaine Formed Needle-Like Crystals With Cell Culture Medium

We found that when 0.75% bupivacaine was mixed with cell culture medium DMEM (2:1 dilution to make 0.5% bupivacaine treatment solution), the mixture immediately turned cloudy and after a 5-minute incubation, obvious precipitates in the forms of needle-like crystals were observed under a microscope (Figure 4). After treating the cells for 15 minutes, we could not find any intact cells except large bundles of crystals in the background of tiny crystals under a microscope (Figure 4). In the control group, the mixture of PBS and DMEM (2:1) did not form any visible crystals and the cells were intact and alive (Figure 4). The bupivacaine/DMEM crystals were also formed in the absence of cells (Figure 4).

When 0.5% bupivacaine was mixed in 1:1 ratio with DMEM, similar precipitation occurred. We found that the precipitates could be centrifuged to form pellets at the bottom of centrifuge tubes (Figure 5A). When the supernatant of the 0.5% bupivacaine/DMEM mixture was added to bovine chondrocytes, precipitates reappeared after 30 minutes of incubation and became grossly visible after 16 hours, accompanied by cell death (Figure 5B). On the other hand, when the pellet of the 0.5% bupivacaine/DMEM mixture was dissolved in DMEM (approximately 1:40 in volume ratio) and added to bovine chondrocytes, precipitates did not form and the cells did not die after 16 hours of incubation (Figure 5C). No precipitates were visible when 0.5% bupivacaine alone was

Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010




**Figure 5.** Effects of the supernatant and precipitates of bupivacaine/Dulbecco's Modified Eagle's Medium (DMEM) mixture on viability of bovine articular chondrocytes. A, pellet of precipitates in 0.5% bupivacaine and DMEM mixture (1:1 volume ratio) was visible (arrows) after centrifuge at 112 700g for 24 hours. B, the supernatant of the centrifuged bupivacaine/DMEM mixture was added to bovine articular chondrocytes in monolayer culture. Note that the precipitates appeared after 30-minute incubation in the forms of tiny dots (arrow) and became grossly visible in the forms of needle-like crystals after 16 hours of incubation (arrow); no live cells were visible at this time point. C, the pellet was able to be dissolved in DMEM (1:40 volume ratio); after being added to the cells, no precipitates were formed even after 16-hour incubation and no obvious cell death occurred. D, 0.5% bupivacaine alone or mixed with DMEM was added to the cells. Note that no obvious precipitates were formed in the bupivacaine-alone group; crystals (arrow) were formed the most at 1:1 dilution, accompanied by 100% cell death; from 1:2 to 1:4 dilution, less and less precipitates (arrows) were formed, accompanied by less and less cell death; at 1:5 dilution, neither precipitates nor cell death was obvious. Original magnification of pictures of the cells × 200.

added to the cells for 1 hour (Figure 5D). However, when 0.5% bupivacaine was mixed with DMEM from ratios of 1:1 to 1:4, precipitates were formed (Figure 5D). The higher the bupivacaine concentration was, the more precipitates there were and the more the cell death occurred (Figure 5D). At a ratio of 1:5 (or above), no obvious precipitates were visible, accompanied by no obvious cell death (Figure 5D).

## Mixture of Lidocaine and Cell Culture Medium or Human Synovial Fluid–Caused Chondrocyte Death

We found that when 2% lidocaine was mixed with DMEM medium (1:1 dilution to make 1% lidocaine treatment solution), no precipitates were visible under a microscope (data not shown). However, 1% lidocaine in DMEM or human synovial fluid caused death of 99.2% or 96.3% of chondrocytes (both $P < .001$), whereas the control group had only 6.6% dead chondrocytes (Figure 6).

## DISCUSSION

In the present study, we initially found that 1% lidocaine alone or 0.25% to 0.5% bupivacaine alone caused death of 11.8% to 13.3% of bovine articular chondrocytes, whereas the PBS control group had 8.4% cell death. Although the differences were statistically significant ($P < .05$), the percentages of chondrocyte death attributable to the drugs were only 3.4% to 4.9%, if the death rates were adjusted by subtracting the basal death rate of the control group (cell death was caused in trypsinization and other procedures during the experiment). Similar results were obtained in mouse C3H10T1/2 cells, indicating that the effects of the drugs were not chondrocyte-specific. This

Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010

Case No. 1:08-cv-00365-MSK-CBS Document 258-14 filed 07/28/10 USDC Colorado pg 7 of 8






**Figure 6.** Mixtures of lidocaine and Dulbecco's Modified Eagle's Medium (DMEM) or human synovial fluid–caused death of bovine articular chondrocytes. A to C, scatterplots of flow cytometry analysis. The abscissa shows calcein (green) fluorescence and the ordinate shows ethidium (red) fluorescence. Quadrant 1 (Q1) represents the dead cells, quadrant 2 (Q2) represents the newly dead cells, quadrant 3 (Q3) represents live cells without calcein staining, and quadrant 4 (Q4) represents the live cells. D, the open bars represent mean percentages of the live cells and the solid bars represent mean percentages of the dead cells after 1-hour treatment with phosphate-buffered saline (PBS) in DMEM, or 1% lidocaine in DMEM or synovial fluid. Error bars represent the standard deviations. Asterisks indicate significant differences between the denoted groups and the control group.

minimal chondrocyte death (<5%) caused by lidocaine and bupivacaine was obviously contradictory to the previous reports, in which more than 30% and up to 99% of chondrocytes were dead under comparable treatment time and dosages.[2,3,12] We reasoned that maybe the alginate culture system used in the previous studies was applying certain stress to the cells or inducing cell death, as demonstrated by the 20% to 30% basal death rate in the normal saline control group.[2,3,12] It has been shown that increased intracellular calcium levels can induce necrosis and apoptosis.[17] The alginate beads were formed by adding calcium to a mixture of alginate and chondrocytes, so it was not clear whether the intracellular calcium levels were increased at least temporarily before the extra calcium was washed off. However, this speculation could not explain the significantly increased chondrocyte death in cartilage explant culture.[2,3,12]

Our results were not consistent with a recent report showing that all anesthetics containing epinephrine (pH $\leq$4) were chondrotoxic.[8] We did not find any significant difference in chondrocyte death among the bupivacaine formulations with or without epinephrine, or with pH values at 3.9, 5.9, and 7.0 (Figure 2). To further address the effects of acidity on chondrocyte death, we treated the chondrocytes with PBS at pH values from 4.5 to 2.4 (below the acidity range of the local anesthetics). The PBS at pH 4.5 or 3.8 did not cause significant chondrocyte death. Minimal but statistically significant chondrocyte death was caused by the PBS at pH 3.4, whereas dramatic chondrocyte death was caused by the PBS at pH 2.4. These results suggest that bovine articular chondrocytes are resilient to the acidity as low as pH 3.8 of local anesthetic formulations. Therefore, acidity is not likely a causal factor for chondrocyte death in this study or the previous study (pH values of the anesthetics ranged from 4.0 to 6.5).[8]

However, unlike the previous study that treated the chondrocytes for 24 to 72 hours by continuous perfusion culture,[8] we only treated the cells for 1 hour. To investigate the drug effects under long-time treatment, we must mix the anesthetics with normal cell culture medium or the cells would die because of nutrient deprivation. We were surprised by the results that all of the chondrocytes were dead when treated with 0.5% bupivacaine or 1% lidocaine in DMEM. In the group treated with 0.5% bupivacaine in DMEM, precipitation occurred and formed needle-like crystals in the mixture (Figure 4). By testing different culture media with or without fetal bovine serum and different bupivacaine formulations with or without epinephrine, we found that the crystal formation was universal among the different bupivacaine formulations tested. Therefore, we speculated that bupivacaine precipitated with some chemicals in the medium. Because the medium contains many organic and inorganic components, it is hard to pinpoint which chemical is responsible. In contrast, lidocaine did not form any visible crystals with either culture medium or human synovial fluid; however, the mixture of lidocaine with either culture medium or human synovial fluid caused death of almost all chondrocytes (Figure 6). It is not clear if lidocaine bound to any chemical in culture medium or human synovial fluid to become toxic, as 1% lidocaine in the original sodium chloride did not cause dramatic chondrocyte death (Figure 1). If chemical incompatibility (very obviously in the case of bupivacaine) were the cause of chondrocyte death, it would explain why the mixture of local anesthetics and culture medium caused chondrocyte death in the previous study.[8] It is also possible that in the other studies,[2,3] some residual amount of culture medium might have been left in the alginate beads when the anesthetics were added; thereafter, toxic compounds were formed to cause chondrocyte death.

It is important to find out whether the crystals caused cell death or the crystals were just a phenomenon that accompanied cell death. Therefore, we tried to separate the crystals from the supernatant by high-speed centrifuge. When added to the cells, the supernatant formed precipitates again after 30-minute incubation, accompanied by cell death (Figure 5B). On the other hand, the dissolved pellet did not form precipitates and did not cause cell death (Figure 5C). Because the pellet was diluted in a large volume, we hypothesized that precipitation was dependent on the concentration of bupivacaine. This would explain why the supernatant continued to form precipitates, as the supernatant might still contain a high concentration of bupivacaine. To test our hypothesis, we diluted 0.5% bupivacaine with DMEM serially from 1:1 to 1:10. We found that the 1:1 dilution showed the most precipitates and was accompanied by death of all cells. As bupivacaine was diluted more and more, the precipitates became less and less (Figure 5D). These results proved that precipitation of bupivacaine in DMEM was dependent on the concentration of bupivacaine. However, DMEM was necessary for the precipitation, because bupivacaine alone did not form precipitation (Figure 5D). Our study suggests that precipitation was likely a phenomenon accompanying cell death, because the precipitates did not cause cell death when they were adequately diluted (Figure 5C). However, we could not rule out the possibility that cell death was caused by the precipitation formed inside the cells.

Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010

Case No. 1:08-cv-00365-MSK-CBS Document 258-14 filed 07/28/10 USDC Colorado pg 8 of 8



Is this chemical incompatibility hypothesis plausible in the clinical setting? With this question in mind, we carefully studied the manufacturer's package inserts of the local anesthetics. We found that the local anesthetics (lidocaine and bupivacaine) are indicated for local infiltration (percutaneous and intravenous regional; there is a warning of severe systemic toxicity following unintentional intravascular injection), peripheral nerve blocks (brachial, dental, intercostal, paravertebral, pudendal, and paracervical), retrobulbar block, sympathetic nerve blocks (cervical and lumbar), and central neural blocks (epidural and caudal). It appears that lidocaine and bupivacaine are not expressively indicated for intra-articular administration, although such a usage has become a common practice. It is worth pointing out that chondrolysis has been associated with prolonged infusion rather than with single injections of local anesthetics. We speculate that in single injections, the drug concentration is decreased because of dilution by the synovial fluid and absorption by the synovial tissue, thus the drug toxicity is reduced. In contrast, prolonged infusion leads to accumulation of the drug to a relatively high concentration for a long time (often 48 hours) in the joint. Our study showed that the drug toxicity might be time- and concentration-dependent (Figures 5B and 5D), which was consistent with the previous report.[2] In addition, a single injection may leave a chance for the chondrocytes to recover after the drug exposure. Nole et al[15] found that there was recovery of $^{35}SO_4$ incorporation by 1 to 3 days after in vivo intra-articular administration of bupivacaine in saline solution to young pigs and adult dogs. Given the results from the present study and other previous studies,[2,3,7-10,12] physicians should be warned of the chondrotoxicity of intra-articular local anesthetics, due possibly to the chemical incompatibility of the drugs with synovial fluid.

The limitation of this study is that it was an in vitro study, a condition not equivalent to the joint in vivo where the cartilage matrix may protect the chondrocytes. Second, the chemical in culture medium that formed precipitates with bupivacaine was not identified. Third, there was no clear clue how lidocaine became toxic when it was mixed with culture medium or synovial fluid. Obviously, these outstanding questions warrant further investigation in future studies.

In conclusion, the present study found that minimal chondrocyte death (<5%) was caused by anesthetics alone or PBS-diluted local anesthetic formulations. Acidity (as low as pH 3.8) or epinephrine in the anesthetic solutions could not account for chondrocyte death. Instead, chemical incompatibility between local anesthetics and cell culture medium or human synovial fluid may be the cause of chondrocyte death. Based on these findings and the previous reports,[2,3,7-10,12] intra-articular administration of lidocaine and bupivacaine should not be advocated.

## ACKNOWLEDGMENT

The authors thank Mary Price (Senior Research Scientist, Cell Analysis Core Facility, Tulane Cancer Center, Tulane University) for her help in flow cytometry analysis, and Edward B. Leonard, Rita Richardson, and Donna M. Watkins (Department of Orthopaedic Surgery, Tulane University) for their laboratory assistance.

## REFERENCES

1. Barber FA, Herbert MA. The effectiveness of an anesthetic continuous-infusion device on postoperative pain control. *Arthroscopy*. 2002; 18(1):76-81.
2. Chu CR, Izzo NJ, Coyle CH, Papas NE, Logar A. The in vitro effects of bupivacaine on articular chondrocytes. *J Bone Joint Surg Br*. 2008;90(6):814-820.
3. Chu CR, Izzo NJ, Papas NE, Fu FH. In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy*. 2006;22(7):693-699.
4. Convery PN, Milligan KR, Quinn P, Sjovall J, Gustafsson U. Efficacy and uptake of ropivacaine and bupivacaine after single intra-articular injection in the knee joint. *Br J Anaesth*. 2001;87(4):570-576.
5. Coobs BR, LaPrade RF. Severe chondrolysis of the glenohumeral joint after shoulder thermal capsulorrhaphy. *Am J Orthop*. 2009; 38(2):E34-E37.
6. Cruess RL. The pathology of acute necrosis of cartilage in slipping of the capital femoral epiphysis: a report of two cases with pathological sections. *J Bone Joint Surg Am*. 1963;45:1013-1024.
7. Dogan N, Erdem AF, Erman Z, Kizilkaya M. The effects of bupivacaine and neostigmine on articular cartilage and synovium in the rabbit knee joint. *J Int Med Res*. 2004;32(5):513-519.
8. Dragoo JL, Korotkova T, Kanwar R, Wood B. The effect of local anesthetics administered via pain pump on chondrocyte viability. *Am J Sports Med*. 2008;36(8):1484-1488.
9. Gomoll AH, Kang RW, Williams JM, Bach BR, Cole BJ. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy*. 2006;22(8):813-819.
10. Hansen BP, Beck CL, Beck EP, Townsley RW. Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med*. 2007;35(10):1628-1634.
11. Ingram AJ, Clarke MS, Clarke CS Jr, Marshall WR. Chondrolysis complicating slipped capital femoral epiphysis. *Clin Orthop Relat Res*. 1982;165:99-109.
12. Karpie JC, Chu CR. Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. *Am J Sports Med*. 2007;35(10):1621-1627.
13. Marret E, Gentili M, Bonnet MP, Bonnet F. Intra-articular ropivacaine 0.75% and bupivacaine 0.50% for analgesia after arthroscopic knee surgery: a randomized prospective study. *Arthroscopy*. 2005;21(3):313-316.
14. Moiniche S, Mikkelsen S, Wetterslev J, Dahl JB. A systematic review of intra-articular local anesthesia for postoperative pain relief after arthroscopic knee surgery. *Reg Anesth Pain Med*. 1999;24(5):430-437.
15. Nole R, Munson NM, Fulkerson JP. Bupivacaine and saline effects on articular cartilage. *Arthroscopy*. 1985;1(2):123-127.
16. Petty DH, Jazrawi LM, Estrada LS, Andrews JR. Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med*. 2004;32(2):509-515.
17. Rizzuto R, Pinton P, Ferrari D, et al. Calcium and apoptosis: facts and hypotheses. *Oncogene*. 2003;22(53):8619-8627.
18. Samoladas EP, Chalidis B, Fotiadis H, Terzidis I, Ntobas T, Koimtzis M. The intra-articular use of ropivacaine for the control of post knee arthroscopy pain. *J Orthop Surg*. 2006;1:17.
19. Wilson PD, Jacobs B, Schecter L. Slipped capital femoral epiphysis: an end-result study. *J Bone Joint Surg Am*. 1965;47:1128-1145.
20. Xia Z, Murray D, Hulley PA, Triffitt JT, Price AJ. The viability and proliferation of human chondrocytes following cryopreservation. *J Bone Joint Surg Br*. 2008;90(9):1245-1248.

For reprints and permission queries, please visit SAGE's Web site at http://www.sagepub.com/journalsPermissions.nav

Downloaded from ajs.sagepub.com by KAREN MOHR on March 5, 2010