# EXHIBIT 63

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiffs,

v.

DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC, and
I-FLOW CORPORATION,
ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

Defendants.

Heidi Wolmuth
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
p 617-422-5305
f 617-423-6917
heidi.wolmuth@wilsonelser.com

## I. INTRODUCTION

My name is Wayne Zealous Burkhead, Jr. I am a board certified orthopaedic surgeon practicing in Dallas, Texas at the W.B. Carrell Memorial Clinic. My office address is 9301 North Central Expressway, Suite 400, Dallas, Texas 75231.

I have been a licensed medical doctor in Texas (F1416) since 1978. After completing undergraduate training at Southern Methodist University, I attended the University of Texas Medical Branch at Galveston. Following graduation from medical school I was an intern and resident at the University of Texas Southwestern Medical

School in Dallas in the Department of Orthopedics for five years. During my residency I spent time in the United Kingdom studying joint replacement in general and attending a shoulder clinic at the Royal National Hospital in London. In 1983, upon graduating residency, I did a fellowship in reconstructive surgery of the shoulder under the mentorship of Charles A. Rockwood at the University of Texas Health Science Center at San Antonio. I have been in continual practice with an interest in shoulder and elbow surgery since January of 1984 at the W.B. Carrell Memorial Clinic.

The W.B. Carrell Clinic was founded in 1921 by Dr. W.B. Carrell, who simultaneously founded the Texas Scottish Rite Hospital. It is the second oldest orthopedic group in the southern part of the United States of America. While I have been in private practice all this time, I have had an opportunity to teach and publish. My academic title is Clinical Professor of Orthopaedics, The University Of Texas Southwestern Medical School. The bulk of my teaching responsibilities over the last 17 years have been to my own shoulder fellows, which now number approximately 28.

During this time I have had an opportunity to publish peer reviewed articles, book chapters, and make presentations as outlined in my curriculum vitae. I have been blessed with many opportunities and honors the one of which I'm most proud is having been elected President of the American Shoulder and Elbow Surgeons. My scientific work has included articles and presentations specific for the condition of chondrolysis of the shoulder following arthroscopic surgery. This document will be divided into a general causation segment, as well as a specific causation segment for Ms Stacy Hansen. All opinions expressed herein will be within reasonable medical probability unless otherwise stated. The scientific materials reviewed are included in the bibliography, as

well as the list of provided medical records and deposition testimonies. These documents were sent in electronic form, Adobe TM, and are styled as they were received.

## II. GENERAL CAUSATION

It is my opinion that the I-Flow/Don Joy pain pump does not cause post arthroscopic glenohumeral chondrolysis. The basis for my opinion is briefly outlined below. Each will be expanded in more detail as the document continues.

A. Experience.

B. Familiarity with this condition both as an arthroscopic and reconstructive shoulder surgeon.

C. Familiarity with the I-Flow/Don Joy IFU and clinical experience using the device.

D. The basic science literature.

E. Case report series.

F. Individual patient factors, iatrogenic considerations, and multiple other factors that coalesce to create this tragic condition.

### A. Experience

I have used pain pumps and have placed catheters intraarticularly beginning with the Sgarlatto pain pump in 1997. I have used catheters both intra and extraarticularly, when appropriate, in both open and arthroscopic surgery following the drug manufacturer's recommendations. I have never had a case of chondrolysis. This surgical experience would encompass several thousand patients over this 11 year period until I stopped using pain pumps because of the medicolegal environment

approximately 14 months ago. If the pain pumps themselves had caused problems in even 10% of the patients, I would have had several hundred cases of chondrolysis in my own practice. Symptoms of this condition are often present by three months of the surgery. We generally follow our patients for at least one year. To this date I have not seen chondrolysis in my patients in whom I used pain pumps.

I became involved as an expert after being approached by a plaintiff's attorney in October of 2007 to serve as an expert witness for pain pump plaintiffs. I told the attorney that my experience with pain pumps had been totally different, and that I would not be a good expert witness for the plaintiffs in this matter. My intellectual curiosity as to how my experience could differ so much from the experience described on attorneys' web sites advertising for patients who had developed "pain pump chondrolysis" led me to contact both I-Flow (the manufacturer of the Don Joy pump) and Stryker, whose pumps I had used and offer to serve as an expert witness so I could gain access to patients' medical records to try to determine why there was a huge difference in my patients' results and those of the "pain pump plaintiffs." Each case must be scrutinized carefully and other causes ruled out before one can presume that the pain pump had: 1) anything to do with the creation of the condition, and 2) whether the manufacturer of the pain pump was at fault in any way.

B. Familiarity with this condition as both an arthroscopic and reconstructive shoulder surgeon.

I have, unfortunately, had the opportunity to treat patients referred to me with this condition. Tragically, in this multifactoral condition, one of the most important factors is the patient's age at the time of surgery. The younger the patient and the closer the

patient is to having an open growth plate in the humerus the more likely it is that they will develop this condition. Similar to the hip, where chondrolysis was originally described, the growth plate of the humerus is closely approximated to the joint. There is something unique to arthroscopic surgery in this age group and the development of chondrolysis. We never saw this condition in conventional open shoulder surgery. Since it is impossible to predict who might develop it, I have not recommended arthroscopic stabilization in this age group since 2003.

In the initial set of patients we saw in the earlier part of this decade, bipolar thermal energy was the only etiologic factor that I could identify in a group of patients I presented in 2004 at the American Shoulder and Elbow Surgeons Open Meeting in San Francisco, California. In the last several years we have seen patients with chondrolysis who have also had pain pumps placed at the time of their surgery. However, in addition to the pain pumps, use of thermal energy and the use of absorbable anchors were also present. In reviewing the medication utilized in the pain pumps, it appeared that the surgeon exceeded the manufacturer's recommended dose of medication or used Epinephrine in all cases in which a pain pump was involved.

Doing both arthroscopic and replacement surgery, I have had the ability to see patients at every stage of this condition from the earliest, 3-4 months period of time, to end stage arthritic conditions, which usually occurs between 18 and 24 months following the onset of symptoms. I have had the opportunity to biopsy several specimens.

C. Familiarity with the I-Flow/Don Joy IFU and clinical experience using the device.

I am familiar with the I-Flow/Don Joy IFU as well as the drug manufacturer's recommended dosages of local anesthetics that can be used with the I-Flow/Don Joy device.. In the case report series that will be discussed later, the use of Epinephrine with the local anesthetics is implicated as one of the factors in this multifactoral condition..

While the use of Marcaine .5% has been described in 4 cases in the literature, it should be noted that these patients were at an extremely high risk for developing this condition following any arthroscopic stabilization procedure and the dosage likely exceeded the manufacturer's recommended daily dose. The I-Flow/Don Joy IFU is clear in stating that the medication that is used should be used within the drug manufacturer's recommended dose.

Note the formula below for calculating the dose delivered through a pain pump per 24 hours using .5% Marcaine.

*5 mg. per cc. X 4cc. per hour X 24 = 480mg. per day of Bupivacaine*

The drug manufacturer's maximum recommended dose of Bupivacaine per day, according to the Physician's Desk Reference (PDR), is 400 mg. per day. The manufacturers recommended 24 hour dose of Xylocaine is 500 mg for infiltration. This type of Lidocaine should not be confused with Cardiac Lidocaine used to treat life threatening cardiac arrhythmias. Its use in a pain pump is clearly as infiltration not as a caudal block or epidural. This is also the daily maximum dose used by Dragoo in his study on the effects of local anesthetics on human chondrocytes. A reasonable and prudent orthopedic surgeon with knowledge of the PDR would interpret that the maximum daily dose recommended would be 400 mg per day of Bupivacaine. It is the

surgeon who selects the catheter, pump, and the location that the catheter is placed and, therefore, the flow rate and location of exposure to the local anesthetics delivered with the I-Flow device. To use .5% Marcaine in a pain pump, the surgeon has to select a catheter that delivers less than 4 cc. per hour to stay within the drug manufacturer's recommended dosages. To use Lidocaine safely in a pain pump one must use 1% Xylocaine in a catheter with a flow rate of 2 cc per hour. Surgeons are required to take calculus prior to entry into medical school. This simple formula should be well within the grasp of any competent/unimpaired physician.

It is the physician's duty to his patient to first do no harm. It is his responsibility alone to use what ever device/devices responsibly for the patient's own good. This responsibility cannot be transferred to a manufacturer's sales representative, a medical device company, or abrogated by the fact that the physician or his surgery center may charge for the pain pump and its insertion. The physician alone must dissect the literature in regards to treatment alternatives and adjuncts and present the risks and benefits honestly to the patient or patient's guardian to insure adequate informed consent is obtained before any surgical procedure is performed. The use of .25% Marcaine without Epinephrine stays well within the drug manufacturer's recommended dose of Bupivacaine per day. As previously stated, using this particular medication through an I-Flow pump, I have personally never seen a case of chondrolysis.

D. The basic science literature.

To fully understand the basic science literature, one must understand and define some terms. One is chondrotoxicity. Chondrotoxicity indicates that the medication is toxic or can result in cartilage cell death. Chondrolysis is the lysis of cartilage by

enzymatic degradation. These are not synonymous terms. Chondrolysis occurs as part and parcel of every arthritic condition. Some, like rheumatoid arthritis or septic arthritis (infectious), have a large component of chondrolysis in which enzymes from inflammatory cells dissolve the cartilage matrix. This enzymatic degradation is stimulated by a molecule known as Fibronectin and its split products. The Fibronectin split products are found in high concentration in arthritic fluid.

Chondrolysis, as a syndrome, speaks to a rapid dissolution of the cartilage most commonly in young people following arthroscopic surgery with a resultant severe arthritic condition, but can occur in older individuals with mechanical insult to the cartilaginous surface from arthroscopic instruments, prominent metal or bioabsorbable anchors or as a biochemical event secondary to the enzymatic breakdown of cartilage via cell mediated inflammatory response to infection or changes in the surrounding synovial tissue or fluid.

To date, no in vivo (live) study has proved a causative relationship between pain pumps and the medications they deliver and chondrolysis. In an in-vivo (rabbit forelimb) model study, looking at chondrotoxicity, Gomoll et al. found that both Bupivacaine and Bupivacaine with Epinephrine were equally chondrotoxic at one week. Since the chondrolysis syndrome does not start until approximately three months, the relevance of this study was questioned by a number of clinician scientists, myself included. In the follow-up study, using the same medications and same animal model, at three months there was no indication of permanent cartilage loss or chondrolysis. The importance of this fact has to be restated: **In the only live animal model study of the effects of**

**anesthetics delivered via a pain pump, there was no evidence for chondrolysis at three months.**

The in vitro studies have been equivocal. Chu showed chondrotoxicity in bovine cartilage, however, Dragoo could not demonstrate a significant increase in chondrotoxicity when the manufacturer's recommendations and a 48 hour dosing period were followed and Epinephrine was not added to the local anesthetics. Dragoo has recently opined in sworn documents that the Epinephrine itself is not chondrotoxic, however, the pH required to keep Epinephrine soluble and viable, as well as the preservative Sodium Metabisulfite, which lowers the pH of the solution, are chondrotoxic. In a poster presentation at the 2009 American Academy of Orthopedic Surgeons, Dr. Dragoo contradicts the findings in his previous study. In this presentation, Dr. Dragoo finds that 1% Lidocaine and .25% Marcaine were chondrotoxic at 48 hours. One of the hallmarks of science is the reproducibility of results. Obviously the study needs to be repeated numerous times now to show any statistical trend. One area that has not been studied is the effect of overdosage of local anesthetics.

In the case at hand the doctor involved chose a dosing that exceeded the manufacturer's recommendation by nearly 20%. As has been stated previously, one has to separate out chondrotoxicity from chondrolysis. All solutions short of human joint fluid including the irrigation fluid for arthroscopy are, to a certain extent, chondrotoxic. It cannot be overemphasized that in what is the only in vivo study for pain pumps chondrolysis was not present despite the presence of early chondrotoxicity. According to these authors one must look for something other than the local anesthetic in a pain pump as the cause.

E. Case report series.

Hansen was the first to note in a large series of patients, an association between pain pumps with Bupivacaine and Epinephrine and the development of chondrolysis syndrome.

Greis has described 4 cases in 2 patients, both loose jointed teenagers with .5% Marcaine.

In a recent article by Bailie, 23 cases were reported. Fourteen occurred in patients following labral repair with a bio-absorbable device, "17 of 23 patients had a high volume intraarticular pain pump for 48 hours after surgery," and 7 cases had documented use of thermal devices. Interestingly and importantly, there were four cases in whom none of the known risk factors were present. Their conclusion was that no single mechanism could be implicated based on the results of the study, and that glenohumeral chondrolysis is a multifactoral condition. However it is important to note that every single patient received a large intraarticular bolus of Marcaine with Epinephrine at the end of the procedure. If one is asked to assume that there is a common denominator to the chondrolysis in this group of patients it would have to be this bolus. This (a large bolus) is something I have never done in my practice where I have not had issues of chondrolysis, which leads me to believe that this bolus of up to 30 cc's of Marcaine and Epinephrine may be a significant contributor to chondrolysis. There is no reason to use such a bolus especially in a joint reduction operation such as SLAP repair or instability surgery or for that matter rotator cuff repair. When anesthetics are added slowly via pain pumps compared to rapidly via a bolus, the anesthetic will mix with the joint fluid already in situ. These low molecular weight structures will diffuse out

of the joint much more rapidly than the turnover rate of the high molecular weight joint fluid. Many orthopedic surgeons have experienced patients having systemic uptake of local anesthetics while injecting a joint. The more inflamed the joint, the more capillaries there are to absorb the local anesthetic. When a bolus is given it essentially replaces the joint fluid and a 30 cc bolus exceeds the normal capacity of many shoulder joints (see Badylak reference regarding Wiater) creating pressure which could potentially lead to necrosis. This finding in this clinical paper may actually help us reconcile the differences in the basic science studies as well as the differences in My experience with pain pumps and the experience of others and may well be one of the keys to unlocking the mystery of post arthroscopic glenohumeral chondrolysis. A large intraarticular bolus of Marcaine and Epinephrine is not dissimilar to Chu's model where the cartilage is exposed directly to highly concentrated form of medication for 30 or more minutes and chondrotoxicity is seen, whereas the use of a pain pump with .25% Marcaine is similar to Dragoo's model, which seeks to recreate the physiologic environment of the joint where other fluids would dilute the Marcaine. In Dragoo's published study .25% Marcaine was not found to be chondrotoxic when used for 48 hours. This would then explain why in my experience using .25% Marcaine I have not seen chondrolysis.

At the most recent American Academy of Orthopedics Meeting Dr. Matsen and his team presented a paper linking chondrolysis to pain pumps. An "attack" rate of 63% was cited by Dr. Badylak in an expert report for pain pump plaintiffs, i.e., 37% of patients did not develop chondrolysis. This study, from the northwestern part of the United States has a large number of patients from one single doctor. I have had an opportunity to scrutinize the medical records of a number of patients operated on by this

surgeon. I believe from the review of the records of his patients that in many the manufacturer's recommendations were ignored, that 4 to 5 times the daily maximum dose of Lidocaine and 1:100000 Epinephrine was used in the pain pump. In addition, most, if not all of the patients received a bolus dose as well. It is probable, based on my review of a number of these cases and videos, that the 37% of patients who did not develop chondrolysis were patients in whom the manufacturer's recommendations were followed and that a bolus wasn't used. The records for this study were provided by plaintiffs' attorneys. The reviewers were fellows in a program where very little arthroscopy is performed, who were seemingly unaware of the quality of work by the physicians involved and other associated risk factors such as bioabsorbable anchors, thermal applications or whether a large intraarticular bolus was performed. None of these conflicts of interests, biases, or confounding variables were mentioned in the paper presented at the American Shoulder and Elbow Surgeons Open Meeting in Las Vegas. The work has not and in my opinion as a reviewer and a member of the Board of Trustees for Journal Of Shoulder and Elbow Surgery and a consultant reviewer for the Journal of Bone and Joint Surgery will not pass the scrutiny of peer review. Using the same concept of an "attack rate" my attack rate would be 0 in over 1000 patients in whom pain pumps were used and the manufacturer's recommendations followed.

The warnings on the package insert are clear. Any orthopedic device, if used improperly, can cause harm. If the surgeon doesn't read or chooses to ignore the instructions on a total shoulder replacement, for example, it's not the company's fault if it is placed improperly. I share Dr. Badylak's concern about the possible effects of Epinephrine on blood flow to the synovium. I am also concerned about the effect it has

to the blood supply to the bone underlying the cartilage and the role of areas of osteonecrosis to the production of large articular flaps of cartilage. This could reconcile that while Epinephrine itself is not chondrotoxic its effects on the local environment could create necrosis similar to thermal injury and would explain why these two types of chondrolysis with the resultant marked deformities and cystic changes are so similar.

Even without a warning against Epinephrine on the label, with the knowledge at hand, a reasonable and prudent orthopedic surgeon would never have used Epinephrine in the pain pump in the first place much less in a concentration that the PDR recommends only for dental blocks not infiltration.

F. Individual patient factors, iatrogenic considerations, multiple other factors that contribute to the development of chondrolysis.

1. There is no report of any patient who has developed chondrolysis with isolated use of a pain pump when the manufacturer's recommendations have been followed. All reported cases have one or more of the other known risk factors for the development of this condition. These include: 1) teenage and young adult patients undergoing arthroscopic surgery for instability or repair of superior labral injuries; 2) the use of thermal devices for either heat shrinkage or ablation; 3) the use of absorbable anchors of polylactic acid; and 4) prominent metal anchors (infection).

2. Thermal devices were initially implicated in the production of chondrolysis. Subsequent to this other case reports have emerged. Good reported on eight cases of chondrolysis after thermal capsulorrhaphy. None of these patients had pain pumps placed.

In another recent study Good has shown that even using a bipolar ablative device close to the cartilage can cause significant chondrocyte death and raise temperatures to a level which is lethal to cartilage.

3. Another causative factor of chondrolysis is the reaction to the breakdown particles of absorbable suture anchors used during labral repair and instability surgery. In this report by Athwall, no pain pumps with intraarticular catheter placement were used, however, four patients developed severe chondrolysis after the use of polylactic acid anchors for instability repair. While some of this was focal damage at the time of subsequent surgery this often leads to progressive cartilage loss such that at 18 months all of the cartilage has been worn away. I have personally seen patients and have biopsy specimens showing the PLLA particles in a bed of reactive tissue which is actively engaged in chondrolysis and osteolysis.

4. One cannot ignore an iatrogenic component to the production of a major complication such as chondrolysis. Correct diagnosis, adequate conservative treatment activity modification and a reasonable chance of success are prerequisites for subjecting a patient to the risks of surgery. The diagnoses most commonly associated with the production of this condition are subtle and there are numerous normal anatomic variants in regards to the superior labrum and the degree of laxity of the shoulder capsule that can be over treated by the overaggressive or inexperienced surgeon. Closure of the normal, loose central sulcus or the Buford complex are common mistakes. Misinterpretation of laxity for instability followed by a volume reducing capsulorrhaphy can lead to overtightening of the joints. Over treatment of these normal variants can lead to capsular contracture and joint destruction. Arthroscopic surgery is

challenging, and even the best arthroscopists create some cartilage damage doing arthroscopic surgery. Recommendations to put anchors on the face of the glenoid by some arthroscopic shoulder surgeons increases the iatrogenic damage by drilling holes through perfectly normal cartilage. Oftentimes these holes are marked prior to drilling with an ablative device whose radiofrequency injury damages the surrounding cartilage. Sometimes, in many videos I have reviewed, the damage can be very severe. Damaged cartilage can set off chondrolysis via Fibronectin. Overly lengthy surgical procedures have resulted in significant damage from metal suture passing devices graspers and shavers. Furthermore, iatrogenic damage to the outer layers of cartilage decreases the resistance of the cartilage matrix to further damage from any metabolic or mechanical insult. These long procedures are sometimes done with Epinephrine in the fluid.

5. In several cases I have reviewed low grade infection has been found in patients who have developed chondrolysis. Oftentimes this has escaped diagnosis until the third or fourth operation. The pattern of x-ray changes in post arthroscopic glenohumeral chondrolysis cannot be distinguished from the enzymatic dissolution of cartilage secondary to infection. The infections caused by low virulent organisms such as *coagulase negative Staphylococcus* and *Propionibacterium Acnes* are not associated with the usual outward signs of infection such as fever, chills, swelling, or a great degree of redness. They generally only cause pain. They are very difficult organisms to grow in the lab, often requiring 10 to 14 days to become positive. It remains a possibility that these outbreaks of chondrolysis from one physician's office or hospital are part of a nosocomial infection from a low virulent microorganism. Another factor which has influenced my thinking in this regard is the poor results from joint

replacement surgery in patients with end stage chondrolysis in many of the cases that I have reviewed. In a recent sworn deposition, Dr. Paul Swytlik, a subsequent treating physician of many chondrolysis patients from the Portland area, has noted the same problem, i.e., poor results from arthroplasty. My own results in joint replacement for this condition have not been as good as in patients with other forms of arthritis. In the study by Levy et al. on this topic, results were satisfactory but he did note some increasing lucent lines which could indicate infection at relatively short follow-up. Levy, in his letter to the editor of the JBJS, echoes my concern that if we blame pain pumps for this condition we may be missing the true causation. One only has to remember back 20+ years ago when everyone had assumed for 100 years that ulcers were caused by high stomach acid. It wasn't until *Helicobacter Pylori* was discovered that we learned the true cause of ulcers. It is possible that some patients with post arthroscopic chondrolysis have some yet to be identified bacteria or virus as the true causative agent.

## III. SPECIFIC CAUSATION

In addition to my opinions regarding general causation, I have been asked to give an opinion regarding specific causation in regards to Stacy Hansen. I have reviewed the provided medical records and diagnostic testing of Stacey Hansen, as well as deposition testimony, plaintiffs expert opinions, and other documents listed at the end of this affidavit.

In summary, Stacey Hansen presented to Dr. Houseworth with shoulder pain she claimed to be from a motor vehicle accident which occurred on 3/2/03. She was the unrestrained passenger in a single vehicle accident in which the vehicle merely struck the curb after the driver lost control on an icy roadway. She was originally seen by Dr.

Parker and had diffuse symptoms on her entire left side. An MRI was performed. According to Dr. Houseworth's records this showed mild tendinopathy of the supraspinatus tendon. There was nothing to suggest traumatic instability on her scan such as a labral tear. No mention is made of a SLAP lesion. The patient's symptoms were constant pain, worse at night, with increased pain with overhead movements. These are not symptoms normally associated with traumatic instability that would result from a motor vehicle accident. Only three months after the accident with litigation pending, the patient was taken to the operating room by Dr. Houseworth. On June 9, 2003 she underwent arthroscopy, examination under anesthesia, thermal capsulorrhaphy, SLAP repair with an Arthrex Biosuture Tac with Fiberwire, and rotator interval closure. A Don-Joy 270 cc 4 ml per hour pain pump was used, filled with .5% Marcaine and both catheters placed into the intraarticular space. In the records I have available to review, it appears that her subsequent follow-up visits to Dr. Houseworth stop at 3 months postop in September of 2003. At that visit she seemed to be progressing well, though she does reveal limited motion in flexion. For reasons I don't understand, there is no mention of her rotation, either internal or external at the side at 90°, or behind the back. In 2006 the patient sustained another injury to her shoulder during the course of her employment. This injury is described as a an abduction external rotation injury, as the patient was reaching for a bottle of conditioner. In sworn deposition testimony in March 2007, page 11, Dr. Ogrodnick documents that Ms. Hansen told him that she had been asymptomatic and had viewed her surgery by Dr. Houseworth in 2003 as successful. However in her sworn deposition testimony she stated that the shoulder had never been asymptomatic since her surgery. I have never

seen nor reviewed a chart of a patient with fulminant chondrolysis of the shoulder with a three year period without symptoms and have never heard or read where any patient with this condition described their original surgery as successful. It is more likely than not that mild focal chondrolysis secondary to anchor dissolution occurred exactly as that seen in the series by Athwall. Over a period of several years, because of the global nature of shoulder range of motion, the humeral head became more involved as it gradually, through mechanical abrasion and the type of chondrolysis associated with arthritis, wore away the cartilage on the glenoid. It is not uncommon for an event such as a subluxation episode to trigger symptoms in an arthritic joint. One cannot ignore the fact that the patient also had thermal capsulorrhaphy, which is a known cause of chondrolysis even when a pain pump isn't utilized and that this as well contributed to her eventual state..

Stacey Hanson represents the perfect storm for developing chondrolysis. Her age, diagnosis, and her surgeon's decision to perform her surgery in an arthroscopic manner predisposed her to this condition regardless of other factors alone or in concert that are associated with this condition. Since her surgery where she developed the chondrolysis was performed in 2003, I cannot find fault with her surgeon, Dr. Houseworth, for not disclosing this as a specific complication to her and her family. Orthopedic surgeons performing shoulder surgery should have known about chondrolysis following arthroscopic surgery in this age group since 2004 when Petty's article appeared in publication.

At her June 2003 surgery, Ms. Hansen had a Biosuture Tac (Arthrex-Naples, Florida) suture anchor placed. These anchors have the same material (PLLA) as the

anchors described in the report of Athwall as causing arthropathy, which in this case is synonymous with chondrolysis.

At the time of the surgery Dr. Houseworth describes using a thermal probe in a Vineyard fashion. While the Vineyard technique preserves capsule between the stripes of caramelized tissue it does not prevent the possibility of the fluid being superheated another known cause of chondrolysis. As pointed out by Good there is no temperature control device to know what ambient temperatures are being created in the joint. The use of any thermal device in the shoulder, even without using it for capsulorrhaphy, runs the risk of super heating the fluid.

Ms Hansen was asymptomatic according to the sworn testimony of subsequent treating physicians for a 3 year period after her index procedure in 2003. This time frame is most consistent with focal chondrolysis secondary to absorbable anchor dissolution and local cartilage damage caused by repair of what was probably a normal anatomic variant. This was exacerbated by probable overtightening of the joint. These permanent biomechanical alterations led to progression of her arthritis until she sustained a re-injury at work in 2006.

The patient subsequently was treated by Dr. Weinstein. In February 2007 she underwent total shoulder arthroplasty with an uncemented collared modular humeral component and a cemented all polyethylene glenoid. The design chosen has a large collar and the head component is flush or perhaps extends slightly beyond the collar.

The patient initially did reasonably well however she sustained at least 2 specific injuries to her shoulder within the first year of her surgery. In August of 2007 she reported a slip and fall down stairs and a tentative diagnosis of subscapularis tear and

early glenoid loosening were made in Dr. Weinstein's office. A second injury occurred in November of 2007 when she was involved in a motor vehicle accident which was associated with enough force that her airbags deployed. Follow-up films, including views seen on a chest x-ray from 04/09, just a little over 2 years postop, show a change in position of her components with significant subsidence on the glenoid side and evidence for notching on the humerus. Ms. Hansen, in her deposition, like many patients who have had replacement for chondrolysis, continues to complain of pain and notes significant decreased activities of daily living. The rapid subsidence of the glenoid and reactive changes on the humerus, as well as the persistent pain, are all worrisome for an infection. As mentioned previously in my general causation report, the possibility of a low grade underlying infection in these cases persists, despite negative cultures and negative blood work. It is hard to imagine anything else causing such a rapid change in her x-ray appearance. There may be a component of accelerated implant wear on the glenoid component from the humeral head/collar relationship.

In regards to future surgery, in general, uncemented humeral components, once ingrown, will seldom require revision. Glenoid loosening is generally treated by excision of the loose component and cement mantle and bone grafting from allograft bone from a bone bank into the defect left behind. It is unusual to replace the glenoid component for symptomatic aseptic loosening. The humeral head is generally exchanged at the time, but the stem does not usually have to be removed.

Activities after shoulder replacement are to a large extent patient dependent. There are no absolute lifting restrictions that have been scientifically validated. Many

physicians use a 50 pound restriction, however, some patients return to heavy weight lifting. There should be no restrictions on the use of the hand, wrist, or elbow.

Some surgeons deliver a bolus of Marcaine with Epinephrine at the end of an arthroscopic procedure. My sense is this is derived from a standard practice after knee arthroscopy.

The goal of instability surgery is to reduce the volume of the glenohumeral joint. To administer a bolus makes no intuitive sense when the goal is to restrict the capsular (joint) volume. The postoperative fluid will either distend the capsule, which could lead to failure of the repair, or create undo pressure within the joint. This increased pressure could have a deleterious effect on cartilage and bone metabolism. A board certified surgeon doing shoulder instability surgery and SLAP repairs should recognize that one component of shoulder stability comes from a negative intraarticular pressure and that the use of a bolus in a restricted space would negate that effect. Arthroscopic intraarticular surgery is seldom painful enough to warrant the risks above when the pain is easily controlled with oral analgesic medications.

While I believe, within a reasonable degree of medical probability, that the pain pump and medication did not cause Ms. Hansen's chondrolysis, it should be noted that by using .5% Marcaine at a 4 cc per hour flow rate, Dr. Houseworth exceeded the manufacturer's recommended maximum 24 hour dosage by 20%.

## IV. CONCLUSION

In summary, chondrolysis is the convergence of multiple factors, including the patient's age, a diagnosis of instability, and surgery done arthroscopically. Factors, which in isolation (where no pain pump has been used) have been shown to be

associated with it, include the use of thermal energy at the time of arthroscopic shoulder surgery, infection, and absorbable suture anchors. The published basic science literature has not shown deleterious effects of local anesthetics delivered via pain pumps when the drug manufacturer's recommended maximum daily dosages and a 48 hour dosing period are respected. To my knowledge there have been no reports of chondrolysis, and I have yet to see a case when the drug manufacturer's recommendations are followed and no other risk factors exist. Stacy Hansen has six major risk factors, which independent of pain pump placement, contributed to her chondrolysis: Age, instability, arthroscopic procedure, bioabsorbable anchor, and thermal shrinkage. There is a possibility that a low grade (latent) infection has been present all along which would explain her subsequent course and continued pain and x-ray findings. In addition to the above, subsequent events in her postoperative course could have delayed her recovery or contributed to a portion of her current condition. Therefore, it is my opinion, to a reasonable degree of medical certainty, that the I-Flow /Don Joy pain pump did not cause Stacey Hansen's chondrolysis and postreconstruction arthritis.

[signature] 8/20/09

W.Z. Burkhead, Jr., M.D.
Attending Shoulder Surgeon
W.B. Carrell Memorial Clinic
Clinical Professor of Orthopaedics
University of Texas Southwestern Medical School
Past President, American Shoulder & Elbow Surgeons

DATE

**BIBLIOGRAPHY**

1. Homandberg G et al.: Fibronectin fragments cause chondrolysis of bovine articular cartilage slices in culture. J of Biologic Chem 267(6):3597-3604, 1992.

2. Barilla M, Carsons F: Fibronectin fragments and their role in inflammatory arthritis. Sem Arthritis and Rheum 29(4):252-265, 2000.

3. Gomoll A: Chondrolysis after continuous intraarticular Bupivacaine infusion in experimental model investigating chondrotoxicity in the rabbit shoulder. Arthros 22(8):813-819, 2006.

4. Gomoll A et al.: Long term effects of Bupivacaine on cartilage in a rabbit shoulder model. AJSM Preview. October 2, 2008 as DOI:10, 1177/0363546508323748.

5. Chu CR, Izzo NJ, Pappas NE, Fu H: In vitro exposure to 0.5% Bupivacaine is cytotoxic to bovine articular chondrocytes. Arthros 22:693-699, 2008.

6. Dragoo J et al.: The effect of local anesthetics administered via pain pumps on chondrocyte viability. Am J Sports Med 36:1484, 2008.

7. Hansen B. et al.: Post arthroscopic glenohumeral chondrolysis. Am J Sports Med 35(10):1628-1634, 2007.

8. Greis P: Bilateral shoulder chondrolysis following arthroscopic surgery. A report of 2 cases. J Bone Joint Surg 90: 338-1334

9. Bailie D and Ellenbecker T: Severe chondrolysis after arthroscopic shoulder surgery. A case series. J Shld Elbow Surg:1-6, Jan 29, 2009.

10. Petty et al.: Glenohumeral chondrolysis after shoulder arthroscopy: Case reports and review of the literature. Am J Sports Med 32(2):509-515, 2004.

11. Good CR et al.: Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. Arthros 23(7):797-E1-E5, 2007.

12. Good CR et al.: Effect of radiofrequency energy on glenohumeral fluid temperature during shoulder arthroscopy. J Bone Joint Surg Am 91(2):429-34, Feb 2009.

13. Athwall G et al.: Osteolysis and arthropathy of the shoulder after use of bioabsorbable knotless suture anchors. A report of 4 cases. J Bone Joint Surg 88:1840-1845, 2006.

14. Levy J et al.: Young patients with chondrolysis after shoulder arthroscopy treated with total shoulder arthroplasty. J Shoulder Elbow Surg; 17:380-388, 2008.

15. Levy J: Letter to the editor re: Greis P: Bilateral shoulder chondrolysis following arthroscopic surgery. A report of 2 cases. J Bone Joint Surg 90:1338-1334, June16 2008.

16. Barber F: The effectiveness of an anesthetic continuous infusion device on postoperative pain control. Arthros 18(1):76-81, 2002.

17. Korotkova et al.: Chondrotoxicity of pH and Epinephrine found in local anesthetics used in pain pumps poster presentation. AAOS Las Vegas Nevada 3/6/2009.

18. Dragoo J. et al.: Chondrotoxicity of low pH Epinephrine and preservatives found in local anesthetics containing Epinephrine.

Documents Reviewed

Medical Records for Stacey Ann Hansen

1. Colorado Center of Orthopaedic Excellence
2. Colorado Springs Imaging (Bactes)
3. Memorial Hospital/ Memorial Health System
4. Penrose-St. Francis Health Services
5. Premier Orthopedics
6. Occupational and Environmental Health Services (Higginbotham, D.O.)
7. Stephen W. Houseworth, M.D.
8. Audubon Ambulatory Surgery Center
9. Audubon Surgery Center
10. Dr. Thomas Dlugos
11. Penrad Imaging
12. Rehab Associates of Colorado, P.C.
13. Russell A. Parker, D.O., P.C.
14. Premier Imaging (Bactes Imaging Solutions)
15. Shockney & Associates
16. Employment records
17. Social security records
18. Absolute Health Center;
19. Audubon Surgery Center Patient Billing;
20. Colorado District & County Courts;
21. Colorado Springs Imaging Patient Billing;
22. Exhibits;
23. Houseworth, Stephen W., M.D.;
24. Initial Disclosures;
25. International Salon Academy;
26. Macy's;
27. Mastercuts;
28. Medicine Shoppe;
29. Memorial Health System Radiology;
30. Orthopaedic Associates of Virginia;
31. Premier Orthopedics Patient Billing;
32. Tyler, Dr. John M.;
33. Ulta Salon;
34. USAA;
35. Willis-Knighton Health System Medical Records Department;
36. Workers Compensation State of Colorado;
37. CT Procedure – referring physician: Bethany Wallace
38. Premier Diagnostic Center – CT – Shoulder
39. Front Range Orthopedics – 2/13/07 OR shoulder
40. Penrose-St. Francis 4/1/09-4/2/09 – chest, head and abdomen
41. Colorado Springs MRIs
42. Premier Diagnostic- 8/23/07 CT scan

43. Penrose-St. Francis x-rays: 2006-2008
44. Colorado Center of Orthopaedic Excellence films
45. HealthSouth films
46. Penrose Community Hospital films
47. Plaintiff Stacey Ann Hansen's Answer to Defendant I-Flow Corporation's Second Set of Interrogatories to Plaintiff.

Deposition Transcripts

1. Higgenbotham
2. Ogrodnick
3. Armando Vidal, M.D.
4. Carl Basamania, M.D.
5. David Weinstein, M.D.
6. Stephen Houseworth, M.D.
7. Stacey Ann Hansen
8. Peter Hansen

Expert Reports

1. Armando Vidal, M.D.
2. W. Ashley Ahrens, Ph.D.
3. Valerie Knafelc, M.A., CCC-SLP, CLCP
4. Charles Beck, M.D.
5. Carl Basamania, M.D.
6. Stephen Badylak, M.D.
7. Stephen Trippel, M.D.
8. Jason Dragoo, M.D.
9. Frederick Matsen, M.D.

# Wayne Zealous Burkhead, Jr., M.D.
# Curriculum Vitae

## Personal Data

**Birthdate:** October 18, 1952

**Place:** Houston, Texas

**Marital Status:** Wife: Suzanne Buoy Burkhead (02-05-53)
Son: John Tindall Burkhead (01-09-84)
Daughter: Elizabeth Ann Burkhead (07-12-85)
Daughter: Mary Margaret Burkhead (07-10-89)

**Office Address:** W.B. Carrell Memorial Clinic, Associated
2909 Lemmon Avenue
Dallas, Texas 75204
(214) 220-2468
Fax: (214) 720-1982

**Residence Address:** 3304 Beverly Drive
Dallas, Texas 75205
(214) 521-8513

**Educational Background:**

1957-1970 - Dallas and Houston ISD
1970-1974 - Southern Methodist University - Dallas, Texas (B.S. in Psychology)
1974-1978 - University of Texas Medical Branch - Galveston, Texas (Doctor of Medicine)

**Licensure and Certifications:**

State of Texas - May 1978
No. F1416
Specialty: Orthopaedic Surgery
Certified - American Board of Orthopaedic Surgery (1985)

**Special Training:**

1978-1979 - Internship - Dept. of General Surgery
Univ. of Texas Health Science
Center Affiliated Hospitals Dallas

1979-1983 - Residency - Dept. of Orthopaedics
Univ. of Texas Health Science
Center Affiliated Hospitals Dallas

7-83-1-84 - Fellowship - Charles A. Rockwood, Jr., M.D.
Univ. of Texas Health Science
Center San Antonio, Texas

## Academic/Institutional Employment/Honors

| | |
|---|---|
| W.B. Carrell Memorial Clinic, Associated | (Private Practice) |
| Baylor University Medical Center | (Attending) |
| University of Texas HSC, Dallas | (Clinical Professor) |
| Mary Shiels Hospital | (Attending) |
| Texas Scottish Rite Hospital | (Consulting) |
| Presbyterian Hospital | (Consulting) |
| HCA Plano Hospital | (Consulting) |
| Shoulder and Elbow Fellowship Program | (Director) |
| Dallas VA Hospital Shoulder Clinic | (Director) 1984 - 2001 |

## Academic Awards/Honors

| | |
|---|---|
| 1970-1974: | University Scholars, Southern Methodist University |
| 1970-1974: | Dean's List, Southern Methodist University |
| 1977-1978: | Dean's List, UT Medical Branch, Galveston, Texas |
| 1978: | Alpha Mu Medical Service Fraternity, UT Medical Branch, Galveston, Texas |
| 1978: | Research Assistant, Dept. of Orthopaedics, UT Southwestern Medical School, Dallas, Texas |
| 1979: | First Place - Texas Chapter, American College of Surgeons Trauma Essay Contest |
| 1981: | Junior Table Instructor, American AO Course (Basic) |
| 1987: | Guest Lecturer - Brazilian Orthopaedic Society |
| 1990: | Guest Lecturer - European Shoulder Society, Warzburg, Germany |
| 1991: | Presidential Guest Lecturer - Japan Shoulder Society |
| 1991: | Guest Lecturer - Hopital Bichat, Paris, France |
| 1992: | Guest Lecturer - Norfolk and Norwich Hospital, Norfolk and Norwich, England |
| 1993: | Guest Lecturer - VIII Meeting of the Orthopaedic Association of Southern Brazil, Curitiba, Parana, Brazil |
| 1994: | Guest Lecturer - Sulzer Medical Association, Sydney, Australia |
| 1994: | Resource Consultant - Legislative Oversight Committee on Worker's Compensation, Dallas, Texas |
| 1995: | NSFRE Philanthropy Day Awards Recipient – Arthritis Foundation, North Texas Chapter |
| 1995: | Guest Lecturer - Sardenia, Italy, Vienna, Austria |
| 1997: | Royal College of Surgeons of England Traveling Fellow - (6-28-7-19) University of Glasgow and Edinborough, Scotland, Nottingham, London, England, and Royal Orthopaedic Hospital of London |
| 2005: | Honorary Member – Sociedad Argentina de Hombro Y Codo |
| 2005: | Voted into Best Doctors in America – 2005-2006 |
| 2006: | President-Elect, American Shoulder and Elbow Surgeons |

## Scholarships/Research

Research Support:

| | |
|---|---|
| Principal Investigator: | Centerpulse Orthopedics Consultant, 1987 – Industrial grant for the development of a modular shoulder replacement, Select Shoulder |
| Principal Investigator: | Mitek Consultant, 1995 – Industrial grant for improving fixation in rotator cuff repairs |
| Principal Investigator: | Arthrex Consultant, 1999 – Industrial grant for improving fixation in biceps tenodesis |

## Publications, Presentations, Exhibits

Articles:

1. Bucholz RW, Burkhead WZ: The Pathologic Anatomy of Fatal Atlanto Occipital Dislocations. J Bone Joint Surg 61A:248-250, 1979.

2. Bucholz RW, Burkhead WZ, Graham W, Petty C: Occult Cervical Spine Injuries in Fatal Traffic Accidents. J Trauma 19:769-881, 1979.

3. Burkhead WZ, Wenger DR: Recurrent Legg Calve Perthes Disease. Iowa Ortho J 1:46-49, 1981.

4. Burkhead WZ, Wenger DR: Selective Use of Anteromedial Approach for Congenital Dislocation of the Hip. Iowa Ortho J 2:50-56, 1981.

5. Bucholz RW, Burkhead WZ, Amis J: The Role of Medullary Reaming in Closed Nailing of Femur Fractures. Ortho Trans 6:325, 1982.

6. Polakoff DR, Pearce SM, Grogan DP, Burkhead WZ: Functional Orthotic Treatment of Stable Ankle Fractures. Orthopaedics 7:1712-1715, 1984.

7. Rockwood Jr CA, Burkhead Jr WZ, Brna J: Subluxation of the Glenohumeral Joint: Response to Rehabilitative Exercises - Traumatic vs. Atraumatic Instability. Ortho Trans 10(2):220, 1986.

8. Rockwood Jr CA, Burkhead Jr WZ, Brna J: Subluxation of the Glenohumeral Joint: Response to Rehabilitative Exercises - Traumatic vs. Atraumatic Instability. Proceedings of the Third International Conference on Surgery of the Shoulder, 1987.

9. Rockwood Jr CA, Burkhead WZ: Management of Patients With Massive Rotator Cuff Defects by Acromioplasty and Rotator Cuff Debridement. Ortho Trans 12(1):190-191, 1988.

10. Burkhead WZ, Box G: Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer. Ortho Trans 13(2):232, 1989.

11. Burkhead WZ, Rouse L: Rotator Cuff Debridement: A Case Report. Ortho Consultation 10(10), 1989.

12. Burkhead WZ, Box G: Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer. Proceedings of IV International Conferences on Surgery of the Shoulder, 1989.

13. Burkhead WZ, Rouse LM, Merll S: Vascularity of the Human Glenoid Labrum. Ortho Trans 14(3):595, 1990.

14. Burkhead WZ, Box G: Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer. Part 36: Operative Repairs for Instability. In Post M, Morrey B, Hawkins RJ (eds): Surgery of the Shoulder. Mosby Year Book, pp 152-155, 1990.

15. Burkhead WZ, Scheinberg RR, Box G: Surgical Anatomy of the Axillary Nerve. J Should Elbow Surg 1(1):31-36, 1992.

16. Burkhead WZ, Richie MF: Revision of Failed Shoulder Reconstruction. Cont Ortho 24(2):126-133, 1992.

17. Burkhead Jr WZ, Rockwood JR CA: Treatment of Instability of the Shoulder With an Exercise Program. J Bone Joint Surg 74A:6, 1992.

18. Burkhead Jr WZ: Symposium: Controversies in Reconstruction of the Unstable Shoulder: Mobility vs. Instability - Part I. Cont Ortho 26(3), 1993.

19. Burkhead Jr WZ: Hemiarthroplasty with Biologic Resurfacing of the Glenoid for Glenohumeral Arthritis. J Should Elbow Surg 2(1) Part II:529, 1993.

20. Matthews LS, Burkhead WZ, Gordon S, Racanelli J, Ruland L: Acromial Fracture Complicating Arthroscopic Subacromial Decompression - Report of Six Cases. Presented at American Shoulder and Elbow Surgeons Closed Meeting, Vail, Colorado, September 1993.

21. Dean MT, Burkhead Jr WZ: Nonoperative Treatment of Anterior Shoulder Instability. Sport Med Arthros Rev 1:202-209, 1993.

22. Burkhead Jr WZ: Use of Porous-Coated Modular Prosthesis in the Treatment of Complex Fractures of the Proximal Humerus. Tech Ortho 8(3):184-191, 1994.

23. Burkhead Jr WZ, Hutton KS: Biologic Resurfacing of the Glenoid in Young Patients With Posttraumatic Arthritis, Postreconstruction Arthritis, or Osteoarthritis. Tech Ortho 8(3):163-173, 1994.

24. Burkhead Jr WZ: Symposium: Controversies in Reconstruction of the Unstable Shoulder: Mobility vs. Instability - Part II. Cont Ortho 26(4), 1993.

25. Rockwood Jr CA, Williams Jr GR, Burkhead Jr WZ: Debridement of Degenerative, Irreparable Lesions of the Rotator Cuff. J Bone Joint Surg 77A(6):857-866, 1995.

26. Cantrell JS, Burkhead Jr WZ: Hemiarthroplasty for the Treatment of Complex Fractures of the Proximal Humerus: Prosthetic Design Rationale and Technique. Oper Tech Ortho 4:258-265, 1994.

27. Burkhead WZ Jr, Cantrell JS, Ciepiela MD, Itamura JM: Evaluation of the Painful Shoulder - Part I of III. Dallas: Baylor University Medical Center Proceedings 7(4):15-18, 1994.

28. Itamura JM, Ciepiela MD, Cantrell JS, Burkhead WZ Jr, Shankwiler JA: Evaluation of the Painful Shoulder: Physical Examination. Baylor University Medical Center Proceedings 8(1):3-6, 1995.

29. Itamura JM, Ciepiela MD, Cantrell JS, Burkhead WZ Jr: Evaluation of the Painful Shoulder - Imaging and Special Studies. Dallas: Baylor University Medical Center Proceedings, 8(2):33-36, 1995.

30. Burkhead WZ Jr: The Shoulder. North Texas Corporate Golfer 2(7): 48, 1995.

31. Cantrell JS, Itamura JM, Burkhead WZ Jr: Shoulder Reconstruction and Arthritis. Current Opinion in Ortho 5(6): 48-57, 1994.

32. Zeman CA, Burkhead Jr WZ, Arcand MA: The Role of Glenoid Interpositional Arthroplasty in the Treatment of Glenohumeral Arthritis. Seminars in Arthroplasty, W.B. Saunders 8(4):278-291, 1997.

33. Arcand MA, Burkhead WZ Jr, Zeman CA: Pulmonary Embolism Caused By Thrombosis of the Axillary Vein After Shoulder Arthroplasty: Case Report. J Shoulder Elbow Surg 6(5):486-490, 1997.

34. Arcand MA, Zeman CA, O'Rourke P, Burkhead Jr. WZ, Pasarilla P: Revision Surgery for Failed Decompression in Stage II Impingement. Orthop Trans, Vol. 21 (1), 136, 1997.

35. Itamura JM, Burkhead WZ Jr, Shankwiler JA: The Decision Making Process in Shoulder Disorders: When To Operate. J Musculo Med 12(11):50-57, 1995.

36. Burkhead Jr WZ, Hutton KS: Biologic Resurfacing of the Glenoid in Young Patients Requiring Hemiarthroplasty of the Shoulder. J Shoulder Elbow Surg, 1995.

37. Zeman C, Babinski KM, Burkhead WZ Jr: Partial Cuff Debridement for Irreparable Defects of the Rotator Cuff. Op Tech Orthop 8(4):236-245, 1998.

38. Arcand MA, Zeman CA, O'Rourke PJ, Burkhead Jr. WZ: Operative Treatment of Failed Acromioplasties for Stage II Impingement. Orthopaedic Proceedings, JBJS (Br).

39. Mantone JK, Burkhead Jr. WZ, Noonan Jr. JE: Nonoperative Treatment of Rotator Cuff Tears. Orthop Clinics North America 31(2):295-312, 2000.

40. Arcand, MA, O'Rourke P, Zeman CA, Burkhead Jr WZ: Revision Surgery After Failed Subacromial Decompression. International Orthopaedics, 124(12):1-4, 2000.

41. Babinski KM, Burkhead Jr. WZ: Coracoacromial Ligament to Rotator Interval Transfer. Tech Shoulder Elbow Surg 1(1):67-71, 2000.

42. Arcand, MA, O'Rourke P, Zeman CA, Burkhead Jr WZ: Revision Surgery After Failed Subacromial Decompression. Int Orthop 24(2):61-64, 2000.

43. Travis RD, Doane R, Burkhead Jr WZ: Tendon Ruptures About the Shoulder. Orthop Clin North Am. 31(2):313-330, April 2000.

44. Yel M, Shankwiler JA, Noonan Jr. JE, Burkhead Jr WZ: Results of Decompression and Rotator Cuff Repair in Patients 65 Years Old and Older - 6-14 Year Follow-up. American Journal of Orthopedics, Vol XXX (4): 347-352, 2001.

45. Travis RD, Burkhead WZ Jr, Doane R: Technique for Repair of the Subscapularis Tendon. Orthop Clin North Am. 32(3):495-500, July 2001.

46. Takase, Katsumi, Imakiire, Atsuhiro, and Burkhead, Jr., Wayne Zealous: Radiographic Study of Anatomic Relationships of the Greater Tuberosity. J of Shoulder Elbow Surg. 11(6): 557-561, Nov-Dec 2002.

47. Takase, Katsumi, Yamamoto, Kengo, Imakiire, Atsuhiro, Burkhead, Jr., Wayne Zealous: The Radiographic Study in the Relationship of the Glenohumeral joint. J Ortho Research 22:298-305, 2004.

48. Burkhead Jr Wayne Z, Skedros John G, Arcand Michel A, Krishnan Sumant G, O'Rourke Peter J, Pierce William A: Transosseous Anchor Double Knot (TOAK) Technique for Rotator Cuff Repair. Techniques in Shoulder and Elbow Surgery 5(4):200-207, 2004.

49. Krishnan, Sumant G., Burkhead, Wayne Z.: Glenoid Resurfacing: A Potpourri of Options. Sem in Arthro 15(1):23-27, January 2004.

50. Krishnan, Sumant G., Burkhead, Wayne Z.: Cuff Repair Should Be Done Open: "Seein' is Believin'!" - In Opposition: The Argument for Arthroscopic Rotator Cuff Repair. Sem in Arthro 15(1): 6-11, January 2004.

51. Wolfe G.I., Khemani P., Nations S.P., Burkhead W.Z., Young P.K.: Thoracoscapular Fusion Surgery in Fascioscapulohumeral Dystrophy. J Child Neurology 19:202, 2004.

52. Krishnan Sumant G., Burkhead Wayne Z., Nowinski Robert J.: Humeral Hemiarthroplasty With Biologic Resurfacing of the Glenoid and Acromion for Rotator Cuff Tear Arthropathy. Tech in Shoulder & Elbow Surg 5(1):51-59, 2004.

53. Takase K, Yamamoto K, Imakiire A, Burkhead Jr Wayne Zealous: The Radiographic Study in the Relationship of the Glenohumeral Joint. J Ortho Research 22: 298-305, 2004.

54. Krishnan Sumant G, Harkins David C, Burkhead Wayne Z.: Total Shoulder Versus Hemiarthroplasty: Elements in Decision Making. Tech Shoulder & Elbow Surg 5(4):208-213, 2004.

55. Burkhead Wayne Z: Preoperative Planning and Approach Selection. Orthopaedics Today: 9-10, 2004.

56. Krishnan SG, Pennington SD, Burkhead WZ. Surgical Technique Options for Proximal Humerus Fractures. Clinical Concepts in Shoulder Surgery, Orthopaedics Today, 2004.

57. Krishnan SG, Hawkins RJ, Burkhead WZ, Nowinski RJ, Lichfield RB, et al. Scapulothoracic Arthrodesis: Indications, Technique and Results. Clin Orthop 2005 (in press)

58. Krishnan SG, Pennington SD, Burkhead WZ, Boileau P. Shoulder arthroplasty for fracture: restoration of the "gothic arch". Tech Shoulder Elbow Surg 2005; 6:57-66.

59. Krishnan SG, Burkhead WZ, Nowinski RJ. Biologic Resurfacing of the Glenoid and Acromion in Rotator Cuff Tear Arthropathy. J Bone Joint Surg (in review), 2005.

60. Krishnan SG, Pennington SD, Burkhead WZ. Arthroscopic Ulnohumeral Arthroplasty for Degenerative Arthritis of the Elbow in Patients Under the Age of 50. J Shoulder & Elbow Surg (in review), 2005.

61. Krishnan SG, Burkhead WZ. Shoulder Arthroplasty for Fracture: Results of Anatomical Reconstruction and Tuberosity Osteosynthesis. J Shoulder & Elbow Surg (in review), 2005.

62. Krishnan SG, Burkhead WZ. Arthroscopic Rotator Cuff Repair in Patients Under the Age of 50. Arthroscopy (in review), 2005.

63. Krishnan SG, Burkhead WZ. Acromioclavicular Joint Capsular Reconstruction Using Autogenous Hamstring Graft for Type V Dislocations. J Shoulder & Elbow Surg (in review), 2005.

64. Krishnan SG, Burkhead WZ. Open Subscapularis Repair. *Surgical Techniques in Sports Medicine*, ElAttrache N, Harner C, Sekiya J (eds.) in press, 2005.

65. Schiffern Shadley C., Harrison Donnis K., Burkhead Jr. Wayne Z., and Krishnan Sumant G.: Cementless Prosthetic Fixation: When Less Is More – In The Affirmative. Seminars in Arthroplasty 16(4): 257-262, December 2005.

66. Nowinski Robert J., Schiffern Shadley C., Burkhead Jr. Wayne Z., and Krishnan Sumant G.: Biologic Resurfacing of the Glenoid: Longer Term Results and Newer Innovations. Seminars in Arthroplasty 16(4):274-280, December 2005.

67. Schiffern Shadley C., Burkhead Jr. Wayne Z., Krishnan Sumant G., and Harrison, Donnis K.: Dealing With Intra-Op Complications: A Trip Through Neverland. Seminars in Arthroplasty 16(4):292-300, December 2005.

68. Roidis Nikkolaos T., Stennette Denise, Burkhead Jr. Wayne, Karachalios Theofilos S., Malizos Konstantinos N., Itamura John Minoru: Rotator Cuff Interval Reconstruction. Orthopaedics 29(11):1021-1026, Nov 2006.

69. Krishnan SG, Harkins DC, Pennington SD, Harrison DK, Burkhead WZ. Arthroscopic Ulnohumeral Arthroplasty for Degenerative Arthritis of the Elbow in Patients Under Fifty Years of Age. J Shoulder Elbow Surg. 2007 Jul-Aug;16(4):443-8. Epub 2007 Jan 24.

70. Krishnan SG, Nowinski RJ, Harrison D, Burkhead WZ. Humeral Hemiarthroplasty With Biologic Resurfacing of the Glenoid for Glenohumeral Arthritis: Two to Fifteen Year Outcomes. J Bone Joint Surg Am. 2007 Apr;89(4):727-34.

71. Burkhead WZ Jr, Skedros JG, O'Rourke PJ, Pierce WA, Pitts TC. A Novel Double Row Rotator Cuff Repair Exceeds Strengths of Conventional Repairs. Clin Orthop Relat Res. 2007 Aug;461:106-13.

72. Burkhead WZ Jr, Krishnan SG, Lin KC. Biologic Resurfacing of the Arthritic Glenohumeral Joint: Historical Review and Current Applications. J Shoulder Elbow Surg. 2007 Sep-Oct;16(5 Suppl):S248-53.

73. Krishnan SG, Schiffern SC, Pennington SD, Rimlawi M, Burkhead WZ Jr. Functional Outcomes After Total Claviculectomy as a Salvage Procedure. A Series of Six Cases. J Bone Joint

Surg Am. 2007 Jun;89(6):1215-9.

74. Reineck JR, Krishnan SG, Burkhead WZ. Four-Part Proximal Humerus Fractures: Evaluation and Treatment. Hand Clin. 2007 Nov;23(4):415-24.

75. Krishnan SG, Harkins DC, Schiffern SC, Pennington SD, Burkhead WZ. Arthroscopic Repair of Full Thickness Tears of the Rotator Cuff in Patients Younger Than 40 Years. Arthroscopy. 2008 Mar;24(3):324-8. Epub 2007 Oct 29.

76. Krishnan SG, Reineck JR, Nowinski RJ, Harrison D, Burkhead WZ. Humeral Hemiarthroplasty with Biologic Resurfacing of the Glenoid for Glenohumeral Arthritis. J Bone Joint Surg Am. 2008 Mar;90 Suppl 2 Pt 1:9-19.

77. Krishnan SG, Bennion PW, Reineck JR, Burkhead WZ. Hemiarthroplasty for Proximal Humeral Fracture: Restoration of the Gothic Arch. Orthop Clin North Am. 2008 Oct;39(4):441-50, vi.

78. Reineck JR, Krishnan SG, Burkhead WZ. Early Glenohumeral Arthritis in the Competing Athlete. Clin Sports Med. 2008 Oct;27(4):803-19.

79. Krishnan SG, Stewart DG, Reineck JR, Lin KC, Buzzell JE, Burkhead WZ. Subscapularis Repair After Shoulder Arthroplasty: Biomechanical and Clinical Validation of a Novel Technique. J Shoulder Elbow Surg. 2009 Mar-Apr;18(2):184-92

## Book Chapters

1. Burkhead WZ: The Biceps Tendon. In Rockwood CA, Matsen FA (eds): The Shoulder, volume 2. Philadelphia: W.B. Saunders, pp 791-832, 1989.

2. Burkhead WZ: Recurrent Subluxation of the Shoulder. In Watson M (ed): Surgical Disorders of the Shoulder. London: Churchill Livingstone, pp 395-423, 1990.

3. Burkhead WZ: Cementless Shoulder Arthroplasty. In Friedman RJ (ed): Arthroplasty of the Shoulder. New York: Thieme Medical Publishers, 1995.

4. Burkhead WZ: History of Shoulder Replacement. In Friedman RJ (ed): Arthroplasty of the shoulder. New York: Thieme Medical Publishers, 1995.

5. Burkhead Jr WZ: Rotator Cuff Disorders. Media, PA: Williams & Wilkins, 1996.

6. Shankwiler JA, Ciepiela MD, Burkhead WZ Jr. Evaluation, Diagnosis, and Treatment of the Coracoacromial Arch Impingement Syndromes. In Burkhead Jr WZ (ed): Rotator Cuff Disorders. Media, PA: Williams & Wilkins, 1996.

7. Shankwiler JA, Burkhead WZ Jr. Evaluation of the Painful Shoulder With Reference to Conditions That Mimic Cuff Disease. In Burkhead WZ Jr (ed): Rotator Cuff Disorders. Media, PA: Williams & Wilkins, 1996.

8. Ciepiela MD, Burkhead WZ Jr. Functional Assessment of Rotator Cuff Repair. In Burkhead WZ Jr (ed): Rotator Cuff Disorders. Media, PA: Williams & Wilkins, 1996.

9. Ciepiela MD, Itamura JM, Burkhead WZ Jr: Posterior Shoulder Instability. In Piemer CA (ed): Surgery of the Hand and Upper Extremity. New York: McGraw-Hill, pp. 299-320, 1996.

10. Cantrell JS, Itamura JM, Burkhead WZ Jr. Rotator Cuff Tear Arthropathy. Chapter 24. In Warner JJP, Iannotti JP, Gerber C (eds): Complex and Revision Problems in Shoulder Surgery. Philadelphia: Lippincott-Raven Publishers, 1997.

11. Cantrell JS, Burkhead WZ Jr. Evaluation and Management of the Failed Rotator Cuff Repair. In Burkhead WZ Jr (ed): Rotator Cuff Disorders. Media, PA: Williams & Wilkins, 1996.

12. Itamura JM, Burkhead WZ Jr. Glenoid Resurfacing. In Fu F (ed): Atlas of Shoulder Surgery, 1995.

13. Arcand MA, Burkhead WZ Jr, Zeman CA: Radiographic Evaluation of the Acromion Type in the Nonoperated Rotator Cuff. In Gazielly DF, Gleyze P, Thomas T (eds): The Cuff. Paris, France: Elsevier, pp. 54-56, 1997.

14. Arcand MA, Burkhead WZ Jr, Zeman CA: Non-calcific Cuff Tendinopathies. Open Surgical Treatment. In Gazielly DF, Gleyze P, Thomas T (eds): The Cuff. Paris, France: Elsevier, pp. 198-199, 1997.

15. Arcand MA, Burkhead WZ Jr, Zeman CA: Returning to Work After Rotator Cuff Surgery: The Costs Involved. In Gazielly DF, Gleyze P, Thomas T (eds): The Cuff. Paris, France: Elsevier, pp. 408-409, 1997.

16. Burkhead WZ Jr, Zeman CA, Arcand MA: General Surgical Principles of Open Decompression and Repair of Small to Large Rotator Cuff Tears. Dallas, Texas: IIS Publishing Company, 1996.

17. Burkhead Jr WZ, Arcand MA, Habermayer P, Walch G, Zeman CA: The Biceps Tendon. In Rockwood CA Jr (ed): The Shoulder, Volume II, Second Edition. Philadelphia: W.B. Saunders, pp. 1009-1063, 1998.

18. Zeman CA, Burkhead Jr WZ, Arcand MA, Cantrell JS, Skedros JG: The Surgical Management of the Rotator Cuff-Deficient, Arthritic Shoulder. J Am Academy Ortho Surgeons 6(6): 337-347, 1998.

19. Skedros JG, O'Rourke PJ, Zimmerman JM, Burkhead Jr WZ: Alternatives to Replacement Arthroplasty for Glenohumeral Arthritis. Chapter 18. In: Iannotti JP, Williams GR (eds): Disorders of the Shoulder: Diagnosis and Management. Philadelphia: Lippincott, Williams & Wilkins, pp. 485-500, 1999.

20. Zimmerman JM, Skedros JG, Dean MT, O'Rourke P, Burkhead Jr WZ: Rehabilitation and Non-Operative Treatment. Chapter 11.

21. Burkhead Jr. WZ, Arcand MA, Habermayer P, Walch G, Zeman CA: The Biceps Tendon. In Rockwood CA Jr (ed): The Shoulder, Volume III. Philadelphia: W.B. Saunders, pp. 1009-1063, 2004.

22. Harkins DC, Krishnan SG, Burkhead WZ. Options for Arthritis in the Young Patient. *Shoulder Arthroplasty*, Sperling J, Warren RF, Craig EV, Fealy S (eds.) in press, 2005.

23. Krishnan SG, Harkins DC, Burkhead WZ. Alternatives to Replacement Arthroplasty for Glenohumeral Arthritis. *Disorders of the Shoulder, 2nd Edition*. Iannotti J, Williams G (eds.) in press, 2005.

24. Krishnan, Sumant G., Hawkins, Richard J., and Burkhead, Wayne Z.: Complications of Scapulothoracic Arthrodesis. In: Gill, Thomas and Hawkins, Richard J. (eds): Complications of Shoulder Surgery: Treatment and Prevention. Philadelphia: Lippincott, Williams, and Wilkins, pp. 118-121, 2006.

25. Krishnan, Sumant G., Pennington, Scott D., Cooper, Daniel E., and Burkhead, Wayne Z.: General Complications of Arthroscopic Shoulder Surgery. In: Gill, Thomas and Hawkins, Richard J. (eds): Complications of Shoulder Surgery: Treatment and Prevention. Philadelphia: Lippincott, Williams, and Wilkins, pp. 125-131, 2006.

26. Krishnan, Sumant G., Burkhead, Jr., W.Z., Nowinski, Robert J.: Humeral Hemiarthroplasty With Biologic Resurfacing of the Glenoid and Acromion for Rotator Cuff Tear Arthropathy. In Norris, Tom R, Zuckerman, Joseph D., Warner, Jon J.P., and Lee, Thay (eds): Surgery of the Shoulder and Elbow: An International Perspective. Rosemont, Illinois: American Academy of Orthopaedic Surgeons, 2006.

27. Krishnan, Sumant G., Burkhead, Jr., W.Z., and Rimlawi, Mike: Functional Outcomes After Total Claviculectomy. In Norris, Tom R, Zuckerman, Joseph D., Warner, Jon J.P., and Lee, Thay (eds): Surgery of the Shoulder and Elbow: An International Perspective. Rosemont, Illinois: American Academy of Orthopaedic Surgeons, 2006.

28. Krishnan, Sumant G., Burkhead, Jr., W.Z.: Shoulder Arthroplasty for Fracture: Results of Anatomic Reconstruction and Stable Tuberosity Osteosynthesis. In Norris, Tom R, Zuckerman, Joseph D., Warner, Jon J.P., and Lee, Thay (eds): Surgery of the Shoulder and Elbow: An International Perspective. Rosemont, Illinois: American Academy of Orthopaedic Surgeons, 2006.

29. Lin, Kenneth C., Krishnan, Sumant G., and Burkhead, W.Z.: Rotator Cuff and Impingement Lesions in Adult and Adolescent Athletes. In DeLee, J (eds): 2007.

## Other Publications

1. Fleckenstein JL, Burkhead WZ: Triceps Rupture: Evaluation by MRI.

2. Shankwiler JA, Burkhead Jr WZ: Glenoidectomy in a Patient With Glenohumeral Arthrosis and Systemic Lupus Erythematosus.

3. Shankwiler JA, Burkhead Jr WZ: Diagnosis, Evaluation, and Conservative Treatment of Impingement Syndrome.

4. Skedros JG, O'Rourke PJ, Haideri NF, Burkhead Jr WZ: Technical Note: The Deadman Theory of Suture Anchors Revisited. A Technique is Described Which Better Fits the Analogy.

5. O'Rourke PJ, Skedros J, Arcand M, Hovis D, Pierce W, Burkhead Jr WZ: A Comparison of Pullout Strengths of Rotator Cuff Repairs: A New Technique is Described Using a Combination of Transosseous Sutures and Suture Anchors. Submitted for publication.

6. Arcand MA, Burkhead Jr. WZ, Skedros JG, O'Rourke PJ, Hovis D, Pierce WA: Comparison of Three Different Rotator Cuff Repairs: Ultimate Pullout Strengths. Orthopedic Transactions, (In publication).

7. Arcand MA, Zeman CA, O'Rourke PJ, Burkhead Jr. WZ: Operative Treatment of Failed Acromioplasties for Stage II Impingement. Journal of Shoulder and Elbow Surgery. Submitted for publication, July 1997.

8. Arcand MA, Burkhead Jr. WZ, Zeman CA: Case Report: Histological Analysis of Dacron Suture Material. Canadian Journal of Surgery. Submitted for publication.

9. Noonan Jr. JE, Burkhead Jr. WZ, Mantone JK: Propionibacterium Acnes Infections of the Shoulder: A Report of 4 Cases and Review of the Literature. Submitted for publication.

10. Zimmerman JM, Crawford K, Doane RM, Pearce W, Burkhead, Jr. WZ: Biceps Tenodesis: Biomechanical Analysis Comparing Four Different Methods for Fixation. Submitted for publication.

11. Matthys GA, Dutta AK, Burkhead Jr. WZ: Management of the Loose Glenoid: Replacement, Hemiarthroplasty, or Interpositional Arthroplasty. Lippincott, Williams & Wilkins.

12. Zeman CA, Arcand MA, Burkhead WZ Jr: Orthopedic Evaluation For The Primary Care Physician. (Book in progress).

13. Arcand MA, Zeman CA, Burkhead Jr WZ: Orthopaedic Surgery "Dr. Bones." In Professional Access Services, Internet location at http://www.proservices.com, 1996.

14. Arcand MA, Burkhead Jr WZ: Intergalactic Institute of Shoulderology - World Wide Web Site. Internet location at http://www.shoulderology.com, 1996.

## Presentations/Scientific Exhibits

- 1982 - American Academy of Orthopaedic Surgeons: 'The Role of Medullary Reaming in Closed Nailing of Femoral Shaft Fractures"
- 1982 - American Academy of Orthopaedic Surgeons: 'Functional Orthotic Treatment of Stable Ankle Fractures'
- 1983 - American Academy of Orthopaedic Surgeons Scientific Exhibit: 'Functional Orthotic Treatment of Stable Ankle Fractures'
- 1984 - University of Texas Health Science Center at Dallas - Grand Rounds: 'Management of Rotator Cuff Tears', Dallas, Texas
- 1985 - University of Texas Health Science Center at Dallas - Grand Rounds: 'Glenohumeral Instability', Dallas, Texas
- 1985 - North Texas Chapter, Western Orthopaedic Association: 'Shoulder Function After Debridement of the Rotator Cuff'
- 1986 - Southwestern Orthopaedic Surgery Review Course - University of Texas Health Science Center at Dallas: 'Fracture Treatment and Complications', Dallas, Texas
- 1986 - University of Texas Health Science Center at Dallas - Grand Rounds: 'Revision Shoulder Reconstruction', Dallas, Texas
- 1986 - University of Texas Health Science Center at Dallas - Grand Rounds: 'Subluxation of the Glenohumeral Joint', Dallas, Texas
- 1986 - Third International Conference on Surgery of the Shoulder and Thirteenth Annual Meeting of Japan Shoulder Society - Fukuoka, Japan: 'Subluxation of the Glenohumeral Joint - Response to Rehabilitation Exercise, Traumatic vs. Atraumatic Instability', Fukuoka, Japan

- 1986 - American Shoulder and Elbow Surgeons: "Subluxation of the Glenohumeral Joint - Response to Rehabilitation Exercises, Traumatic vs. Atraumatic Instability"

- 1987 - Southwestern Orthopaedic Surgery Review Course - University of Texas Health Science Center at Dallas: 'Fracture Treatment and Complications', Dallas, Texas

- 1987 - University of Texas Health Science Center at Dallas - Grand Rounds: "Humeral Head and Glenoid Morphology in 200 Adult Cadavers", Dallas, Texas

- 1987 - Sixth Congressional Meeting of Orthopaedics and Traumatology - Sao Lourenco, Brazil: 'Total Shoulder Replacement', Sao Lourenco, Brazil

- 1987 - Sixth Congressional Meeting of Orthopaedics and Traumatology - Sao Lourenco, Brazil: 'Shoulder Arthroscopy", Sao Lourenco, Brazil

- 1987 - Sixth Congressional Meeting of Orthopaedics and Traumatology - Sao Lourenco, Brazil: 'Shoulder Trauma', Sao Lourenco, Brazil

- 1987 - Sixth Congressional Meeting of Orthopaedics and Traumatology - Sao Lourenco, Brazil: 'Rotator Cuff and Impingement Lesions', Sao Lourenco, Brazil

- 1987 - American Shoulder and Elbow Surgeons Closed Meeting: "Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer"

- 1988 - Southwestern Orthopaedic Surgery Review Course - University of Texas Health Science Center at Dallas: 'Fracture Treatment and Complications', Dallas, Texas

- 1988 - American Shoulder and Elbow Surgeons Closed Meeting - Santa Fe, New Mexico: "Development of a Humeral Osteotomy Guide for Shoulder Replacement", Santa Fe, New Mexico

- 1989 - Fourth International Conference on Surgery of the Shoulder Presentation and Exhibit - New York: "Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer", New York, New York

- 1989 - American Academy of Orthopaedic Surgeons: 'Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer"

- 1989 - American Shoulder and Elbow Surgeons: 'Musculocutaneous and Axillary Nerve Position After Coracoid Graft Transfer"

- 1989 - American Academy of Orthopaedic Surgeons Summer Institute: "Total Shoulder Arthroplasty"

- 1990 - Implant Symposium - Kiawah Island, South Carolina: "Design Rationale - Total Shoulder Arthroplasty", Kiawah Island, South Carolina
- 1990 - Implant Symposium - Kiawah Island, South Carolina: "Clinical Results", Kiawah Island, South Carolina
- 1990 - Florida Orthopaedic Society Annual Meeting: "Design Rationale - Total Shoulder Arthroplasty", Tampa, Florida
- 1990 - Total Joint Replacement Implant Symposium - Laguna Niguel, California: "Peg Versus Fin Fixation in Cemented Glenoid Components", Laguna Niguel, California
- 1990 - Southwestern Orthopaedic Surgery Review Course - University of Texas Health Science Center at Dallas: "Fracture Treatment and Complications", Dallas, Texas
- 1990 - Seventh Annual Hip, Knee, and Shoulder Symposium - The Arthritic Hip, Knee, and Shoulder: "Total Shoulder Replacement Including Fractures - Cementless", Snowbird, Utah
- 1990 - American Academy of Orthopaedic Surgeons - Instructional Course Lecture: "Shoulder Pain Problems - Biceps Lesions"
- 1990 - American Academy of Orthopaedic Surgeons: "Vascularity of the Human Glenoid Labrum"
- 1990 - Tucson Orthopaedic Society - Tucson, Arizona: "Design Rationale - Total Shoulder Arthroplasty", Tucson, Arizona
- 1990 - Sports Medicine 1990 Presentation: A Practical Approach for Today's Athlete - "Anatomy of the Shoulder Girdle"
- 1990 - Texas Medical Association Annual Meeting - Symposium on Sports Medicine: "Shoulder Pain Differential Diagnosis"
- 1990 - Texas Medical Association Annual Meeting - Symposium on Sports Medicine: "Revision of Failed Shoulder Reconstruction"
- 1990 - Louisiana Orthopaedic Society - Baton Rouge, Louisiana: "Design Rationale - Total Shoulder Arthroplasty", Baton Rouge, Louisiana
- 1990 - Orthopaedic Grand Rounds - University of Cincinnati, Cincinnati, Ohio: "Design Rationale - Total Shoulder Arthroplasty", Cincinnati, Ohio

- 1991 - The 8th Annual Arthritic Hip, Knee, and Shoulder Symposium - University of Utah School of Medicine - Snowbird, Utah: "Total Shoulder Replacement - Cementless", Snowbird, Utah

- 1991 - Maine Academy of Orthopaedic Surgeons - On The Edge - Sugarloaf, Maine: "Humeral Fractures in Failed Shoulder Reconstruction" and "Shoulder Replacement - Four-part Fractures", Sugarloaf, Maine

- 1991 - Intermedics Orthopedics 1991 Las Colinas Meeting - Dallas, Texas: "Select Shoulder Design Rationale and Clinical Experience, Implant Use in Four-part Fractures of the Proximal Humerus, and Bioskills Lab", Dallas, Texas

- 1991 - University of Texas Health Science Center - Orthopaedic Staff Conference - Dallas, Texas: "Managing Four-part Fractures", Dallas, Texas

- 1991 - First Annual Orthopaedic Symposium at Sanderling Inn - Duck, North Carolina: "Differential Diagnosis of Shoulder Pain," "Total Shoulder Replacement," and "Treatment of Proximal Humeral Fractures", Duck, North Carolina

- 1991 - American Academy of Orthopaedic Surgeons - Instructional Course Lecture - Anaheim, California: "Clinical Case Reports", Anaheim, California

- 1991 - American Academy of Orthopaedic Surgeons - Anaheim, California: "Surgical Anatomy of the Axillary Nerve", Anaheim, California

- 1991 - National Shoulder Congress Post Graduate Shoulder Course - Hopitaux Bichat - Paris, France: "Design Rationale and Clinical Results of the Select Shoulder System", Paris, France

- 1991 - 5. Congress of the European Society for Surgery of the Shoulder and Elbow - Wurzburg, Germany: "Design Rationale and Clinical Results of the Select Shoulder System", Wurzburg, Germany

- 1991 - 18th Annual Japanese Shoulder Society Meeting - Presidential Guest Lecturer - Kobe, Japan: "Design Rationale and Clinical Application of the Select Shoulder System in Glenohumeral Arthritis", Kobe, Japan

- 1992 - The 9th Annual Arthritic Hip, Knee, and Shoulder Symposium - University of Utah School of Medicine - Snowbird, Utah: "Total Shoulder Replacement - Cementless", Snowbird, Utah

- 1992 - American Academy of Orthopaedic Surgeons - Seattle, Washington: "Debridement of Irreparable, Degenerative Lesions of the Rotator Cuff", Seattle, Washington

- 1992 - 10th Annual G.W.N. Eggers Lectureship Meeting - Galveston, Texas: "Proximal Humerus Fractures", Galveston, Texas

- 1992 - Total Knee, Hip, and Shoulder Arthroplasty Symposium - Laguna Niguel, California: "Design Rationale and Clinical Experience - Select Shoulder," "Implant Use in Four-part Fractures of the Proximal Humerus," and "Select Shoulder Bioskills", Laguna Niguel, California

- 1992 - University of Utah School of Medicine - Grand Rounds - Salt Lake City, Utah: "Management of Four-part Fractures of the Proximal Humerus", Salt Lake City, Utah

- 1992 - Texas Medical Association Annual Meeting - San Antonio, Texas: "Cemented vs. Cementless Replacement for Four-part Fractures", San Antonio, Texas

- 1992 - University of Texas Southwestern Medical Center, Charles Greggory Visiting Professorship - Dallas, Texas: "Fractures of the Proximal Humerus", Dallas, Texas

- 1992 - University of Texas Southwestern Medical Center Grand Rounds - "Massive Rotator Cuff Tears: A Global Perspective for the Management of the Global Tear", Dallas, Texas

- 1992 - University of Texas Health Science Center - Orthopaedic Surgery Review - Dallas, Texas: "Shoulder and Upper Extremity Fractures and Complications", Dallas, Texas

- 1992 - The Ninth Combined Meeting of the Orthopaedic Associations of the English-Speaking World - Toronto, Canada: "Debridement of Irreparable Degenerative Lesions of the Rotator Cuff", Toronto, Canada

- 1992 - Fifth International Conference on Surgery of the Shoulder, Scientific Exhibit - Paris, France: "Hemiarthroplasty With Biologic Resurfacing of the Glenoid in Post Traumatic and Osteoarthritis", Paris, France

- 1992 - Intermedics Orthopedics Workshop/Seminar, Hip, Knee, and Shoulder Arthroplasty - Beaver Creek, Colorado: "Design Rationale and Clinical Experience - Select Shoulder" and "Bioskills Workshop - Select Shoulder", Beaver Creek, Colorado

- 1993 - The 10th Annual Arthritic Hip, Knee, and Shoulder Symposium - University of Utah School of Medicine - Snowbird, Utah: "Total Shoulder Replacement - Cementless" and "Glenoid Resurfacing Options in TSA", Snowbird, Utah

- 1993 - American Academy of Orthopaedic Surgeons - American Shoulder and Elbow Surgeons Symposium - San Francisco, California: "Controversies in Shoulder Replacement", San Francisco, California

- 1993 - 7th Congress of the European Society for Surgery of the Shoulder/Elbow-Poster Presentation-Aarhus, Denmark: "Hemiarthroplasty With Biologic Resurfacing of the Glenoid", Aarhus, Denmark
- 1993 - Intermedics Orthopedics Workshop/Seminar, Total Hip, Knee, and Shoulder Arthroplasty - Pebble Beach, California: "Update on Total Shoulder Replacement: Is the Glenoid Component Necessary?" and "Bioskills Workshop - Select Shoulder", Pebble Beach, California
- 1993 - The Shoulder: Anatomy and Clinical Management - Dallas, Texas: "Surgical Management of Rotator Cuff Disorders" and "Surgical Management of Glenohumeral Instability", Dallas, Texas
- 1993 - University of Texas Health Science Center - Grand Rounds, Dallas, Texas: "Fractured History of Shoulder Surgery", Dallas, Texas
- 1994 - American Academy of Orthopaedic Surgeons Annual Meeting - New Orleans, Louisiana
- 1994 - American Academy of Orthopaedic Surgeons - The Shoulder - Marco Island, Florida
- 1994 - University of Texas Health Science Center - Orthopaedic Surgery Review - Dallas, Texas: "Shoulder and Upper Extremity Fractures and Complications", Dallas, Texas
- 1994 - American Academy of Orthopaedic Surgeons - "Surgical Techniques for the Management of the Painful Shoulder" - Rosemont, Illinois
- 1995 - St. Vincent Medical Center Grand Rounds - "Four-Part Fractures: Evaluation and Treatment of Both Operative and Non-Operative Four-Part Fractures" - Toledo, Ohio
- 1995 - American Academy of Orthopaedic Surgeons Annual Meeting - "Hemiarthroplasty With Biologic Resurfacing of the Glenoid" - Orlando, Florida
- 1995 - University of Texas Health Science Center - Orthopaedic Surgery Review - Dallas, Texas: "Shoulder and Upper Extremity Fractures and Complications", Dallas, Texas
- 1995 - Baylor University Medical Center Visiting Orthopaedic Professorship - "General Surgical Principles of Open Decompression and Rotator Cuff Repair For Chronic Impingement Syndrome - Dallas, Texas
- 1995 - Texas Orthopaedic Association Annual Meeting - "Results of Decompression and Rotator Cuff Repair in Patients 65 Years and Older" - Dallas, Texas

- 1995 - American Academy Of Orthopaedic Surgeons The Shoulder, A Comprehensive View - "Rehabilitation For Fractures of the Proximal Humerus, Shoulder Arthrodesis, Two-Part Surgical Neck Fractures" - Washington, D.C.
- 1995 - 6th International Congress on Surgery of the Shoulder - "Hemiarthroplasty With Biologic Resurfacing of the Glenoid" - Helsinki, Finland and Stockholm, Sweden
- 1995 - AAOS Summer Institute - "Technique of Total Shoulder Arthroplasty, Shoulder Instability and Rotator Cuff Tears" - Boston, Massachusetts
- 1995 - Arthritis Foundation - Take The Pain Out of Arthritis - Take The Pain Out of Charitable Giving - "When Do You Make The Decision To Have Surgery" - Dallas, Texas
- 1995 - Edward T. Smith Lectureship: Update In Shoulder and Elbow Surgery - "Glenoid and Humeral Defects Associated With Instability, Indications, Techniques and Results of TSA, Pathophysiology and Exam of TUBS and AMBRI, Open Treatment of TUBS and AMBRI - Houston, Texas
- 1995 - Winter Sports Symposium, Vienna, Austria, December 7, 1995 - "Results of Rotator Cuff Repair in Tennis Players, Indications For Shoulder Arthroplasty in Adults" - Vienna, Austria
- 1996 - Annual Arthritic Hip, Knee, and Shoulder Symposium - University of Utah School of Medicine - Snowbird, Utah
- 1996 - American Academy of Orthopaedic Surgeons Annual Meeting - Atlanta, Georgia
- 1996 - University of Southern California Grand Rounds - "How 'Bout That Glenoid" - Los Angeles, California
- 1996 - Baylor University Medical Center Grand Rounds - "Primary Care Approach to Shoulder Problems" - Dallas, Texas
- 1996 - American Academy of Orthopaedic Surgeons Course, The Shoulder: A Comprehensive View - "Shoulder Arthrodesis," "Arthroplasty in Rotator Cuff Deficient Patients," "Complications of Proximal Humeral Fractures" - Dana Point, California
- 1996 - Grand Rounds - University of Southern California - "Glenoid Resurfacing Options in Shoulder Arthroplasty" - Los Angeles, California

- 1996 - European Symposium on the Shoulder - "Treatment of Non-Calcifying Tendinopathies With No Cuff Tear By Open Surgery," "Returning to Work After Rotator Cuff Surgery: The Costs Involved," "Radiographic Evaluation of Acromion Type in the Non-Operated Rotator Cuff" - St. Etienne, France

- 1996 - American Academy of Orthopaedic Surgeons Summer Institute: Techniques in Shoulder Surgery: The Old vs. The New - "Open Bankart Repair" - San Diego, California

- 1996 - University of Chicago, Section of Orthopaedics Grand Rounds - "Rotator Cuff Tear Arthropathy" - Chicago, Illinois.

- 1997 - American Academy of Orthopaedic Surgeons Annual Meeting - "Revision Surgery for Failed Decompression in Stage II Impingement" - San Francisco, California

- 1997 - American Academy of Orthopaedic Surgeons: The Shoulder 1997: A Comprehensive Guide for Mainstream and Controversial Issues - "Approach to the Painful Prosthesis, The Role of Arthroscopy in the Treatment of Arthritides of the Shoulder" - Bal Harbour, Florida

- 1997 - Northern California Chapter of Western Orthopaedic Association: Controversies in Upper Extremity Surgery - "Management of Proximal Humerus Malunions, Clinical Diagnosis and Conservative Management of Glenohumeral Instability" - Monterey, California

- 1997 - Northwestern University Medical School Orthopaedic Surgery Grand Rounds: "General Surgical Principles of Rotator Cuff Disease" - Chicago, Illinois

- 1997 - Canadian Orthopaedic Association 52nd Annual Meeting - Presentation by Michel Arcand, M.D.: "Operative Treatment of Failed Acromioplasty for Stage II Impingement" - 6-2-97 - Hamilton, Ontario, Canada

- 1997 - Sulzer Orthopedics Workshop/Seminar, Total Hip, Knee, and Shoulder Arthroplasty - Pebble Beach, California: "Update on Total Shoulder Replacement: Is the Glenoid Component Necessary?" and "Bioskills Workshop - Select Shoulder", 7-31-97, Pebble Beach, California

- 1997 - 10th Congress of the European Society for Surgery of the Shoulder and Elbow: Poster Presentation "Comparison of Pullout Strengths of Rotator Cuff Repairs: A Double Knot Technique is Described Using a Combination of Anchors with Trans-osseous Sutures" - September 15-17, 1997 - Salzburg, Austria

- 1997 - Arthritis - The Clinical Confounder (Putting Humpty Together Again): "Why Humpty Can't Throw Anymore - The Arthritic Shoulder" - 11-1-97, Texas Scottish Rite Hospital, Dallas, Texas

- 1997 - Arthritis Conference - "Rotator Cuff Tear Arthropathy" - 11-19-97, University of Texas Southwestern Medical School at Dallas, Texas

- 1998 - Current Concepts of Shoulder and Elbow Surgery, University of South Florida College Of Medicine - "Evaluation and Treatment of Instability" and "Shoulder Replacement for Posttraumatic Arthritis" - 1-22-98, Tampa, Florida

- 1998 - University of Oklahoma Health Science Center Grand Rounds - "Operative Treatment of Failed Acromioplasty for Stage II Impingement" - Presented by Michel Arcand, Oklahoma City, Oklahoma, 1-23-98

- 1998 - 1998 Hip, Knee, and Shoulder Symposium, Park City, Utah, 2-1998, "Live Surgical Video Demonstration," "Four-Part Fractures of the Proximal Humerus," and "Total Shoulder Arthroplasty"

- 1998 - Charles Gregory Visiting Professorship, Dallas, Texas, May 29-30, 1998, "Advanced Concepts in Rotator Cuff Repair"

- 1998 - Canadian Orthopaedic Research Society / La Societe de Recherche Orthopedique du Canada, Ottawa, Ontario - "Comparison of Three Different Rotator Cuff Repairs: Ultimate Pullout Strengths" - Presented by Michel Arcand, 6-20-98

- 1998 - Arthroscopy and Arthroplasty, 15th Annual Meeting, June 24-27, 1998, San Diego, California - "Mini-Open Capsulolabral Reconstruction" "Treatment Options in Massive Rotator Cuff Tears"

- 1998 - University of Texas Southwestern Medical School Visiting Professorship, Dallas, Texas, September 3, 1998, "Coracoacromial Ligament to Coracohumeral Ligament Transfer for Recalcitrant Multidirectional Instability"

- 1998 - 7th International Congress of Surgery of the Shoulder Meeting, October 5-8, 1998, Sydney, Australia

- 1998 - Australia Orthopaedic Association Meeting, October 12-14, 1998, Cairns, Australia

- 1998 - Current Techniques in Open and Arthroscopic Shoulder Surgery, Orthopaedic Learning Center, November 13-15, 1998, Rosemont, Illinois - "Proximal Humeral Fractures: Hemiarthroplasty" - Live video surgical demonstration

- 1999 - Current Concepts in Shoulder Arthroplasty and Arthroscopy, March 12-13, 1999, Lake Buena Vista, Florida - "Four-Part Fractures of the Proximal Humerus"

- 1999 - Mitek Products Dinner Presentation, Morton's of Chicago, March 24, 1999 - "Advanced Suture Anchor Techniques For Rotator Cuff and Bankart Repairs"

- 1999 - University of Texas Southwestern Medical Center at Dallas - Orthopaedic Grand Rounds, April 7, 1999, Dallas, Texas - "Radio Frequency Capsular Shrinkage for Glenohumeral Instability"

- 1999 - Total Knee, Hip and Shoulder Arthroplasty - Sulzer Orthopedics, April 15-17, 1999, Pinehurst, North Carolina - "Four-Part Fractures of the Proximal Humerus"

- 1999 - Texas Orthopaedic Association Annual Meeting & Sports Medicine Symposium with TSSM, May 7-8, 1999, Dallas, Texas - "Comparison of Failure Strengths of Conventional Rotator Cuff Repairs to a Technique Using a Combination of Transosseous Sutures and Suture Anchors," and "Coracoacromial to Coracohumeral Ligament Transfer as an Adjust to Inferior Capsular Shift in Severe Multidirectional Instability"

- 1999 - Sixth Annual Red River Valley Sports Medicine Institute Symposium, June 4-5, 1999, Fargo, North Dakota - 'Glenohumeral Instability, Diagnosis and Treatment,' and 'Shoulder Arthrodesis'

- 1999 - Total Hip, Knee & Shoulder Symposium, July 9-10, 1999, Park City, Utah - 'Live Surgical Demonstration - Total Shoulder Arthroplasty,' and 'Total Shoulder Arthroplasty - Select Shoulder - 1987-1996'

- 1999 - Mitek Products Dinner Presentation, Del Frisco Steak House, Denver, Colorado, July 21, 1999 - "Advanced Suture Anchor Techniques For Rotator Cuff and Bankart Repairs"

- 1999 - Summer Institute, September 24-26, 1999, Seattle, Washington - 'Arthroplasty in Cuff Deficiency'

- 1999 - CME Course, Westchester Country Club, September 29-October 1, 1999, Rye, New York - 'Surgical Principles of Rotator Cuff Repair and Advanced Suturing Techniques'

- 1999 - Society of Orthopaedic Military Surgeons Annual Meeting, October 24-29, 1999, Williamsburg, Virginia

- 2000 - Shoulder Arthroplasty, Past and Future, January 24-25, 2000, Paris, France - 'Advanced Fixation Techniques in Rotator Cuff Repair, Plenary Lecture,' and 'Treatment of Multidirectional Instability With an Exercise Program, Symposium'

- 2000 - American Academy of Orthopaedic Surgeons Annual Meeting, March 14-19, 2000, Orlando, Florida - Symposium, 'Arthritis of the Glenohumeral Joint in the Young Patient'

- 2000 - American Academy of Orthopaedic Surgeons Annual Meeting, American Shoulder and Elbow Surgeons Specialty Day, March 18, 2000, Orlando, Florida - Symposium, "Massive and Irreparable Rotator Cuff Tears"

- 2000 - 73rd Annual Japanese Orthopaedic Association Meeting, April 4-12, 2000, Kobe, Japan - "Advanced Fixation Techniques in Rotator Cuff Repair"

- 2000 - Total Knee, Hip, and Shoulder Arthroplasty Meeting - Sulzer Orthopedics, July 27-29, 2000, Carlsbad, California - "Decision Making in Total Shoulder Arthroplasty"

- 2000 - Grand Rounds - Houston Orthopaedic Society, August 31, 2000, Houston, Texas - "Faces of Shoulder Pain - A Guide to Differential Diagnosis"

- 2000 - 9th Congress European Society of Sports Traumatology, Knee Surgery and Arthroscopy Meeting, September 15-20, 2000, London, England

- 2000 - Rough Creek Meetig - Sulzer Orthopedics, October 6-7, 2000, Glenrose, Texas - "Decision Making in Total Shoulder Arthroplasty"

- 2000 - American Shoulder and Elbow Surgeons Closed Meeting, October 18-22, 2000, Austin, Texas - "Biceps Tenodesis: Historical Review of the Literature and Biomechanical Analysis Comparing Four Different Methods of Fixation"

- 2001 - Baylor Orthopaedic Visiting Professor, February 1, 2001, Dallas, Texas - "Arthroscopic Management of Glenohumeral Arthritis"

- 2001 – American Academy of Orthopaedic Surgeons Annual Meeting, 2001 – San Francisco, California - Instructional Course Lectures and Lecture Demonstration Courses "Shoulder Arthroplasty: Current Techniques." Course Number 273IC

- 2001 – American Academy of Orthopaedic Surgeons Annual Meeting, 2001 – San Francisco, California - Poster Exhibit – "Pull-Out Strength of Three Different Rotator Cuff Repairs During Cyclic Loading. Poster Board Number PE243.

- 2001 – Arthritic Hip, Knee, and Shoulder Symposium – Park Cities, Utah – "Total Shoulder Replacement"

- 2001 – CIMA Hospital Annual Medical Meeting – May 2001, Chihuahua, Mexico – "Techniques of Shoulder Arthroplasty"

- 2001 – American Shoulder and Elbow Surgeons Annual Closed Meeting – October, 2001 - Napa Valley, California – Program Chairman

- 2002 – American Academy of Orthopaedic Surgeons Annual Meeting, 2002 – Dallas, Texas – Instructional Course Lectures and Surgical Technique Courses "Shoulder Arthroplasty: Current Techniques." Course Number 151IC.

- 2002 – First Texas Shoulder Roundtable Meeting – Sulzer Orthopedics – May 2002, Austin, Texas – "Arthritis in the Young Patient"

- 2003 – American Academy of Orthopaedic Surgeons Annual Meeting, 2003 – New Orleans, Louisiana – Instructional Course Lectures and Surgical Technique Courses "Shoulder Arthroplasty: Current Techniques." Course Number 369IC.

- 2003 – American Academy of Orthopaedic Surgeons Annual Meeting, 2003 – New Orleans, Louisiana – "Hemiarthroplasty with Biologic Glenoid Resurfacing, 5-13 Year Outcomes"

- 2003 – Baylor University Medical Center Grand Rounds – February 19, 2003 – Dallas, Texas – "Faces of Shoulder Pain for Primary Medical Doctors"

- 2003 – The 2003 Hip, Knee & Shoulder Symposium – March 2003 – Park City, Utah – "Total Shoulder Replacement: Current State of the Art"

- 2003 – University of Texas Medical Branch at Galveston Orthopaedic Alumni Meeting – Galveston, Texas – "The Shoulder, Part I & II"

- 2003 – 13th Annual Total Hip, Knee, & Shoulder Arthroplasty Seminar – Centerpulse Orthopedics, Inc. – June 2003 – "Total Shoulder Arthroplasty Exposure"

- 2003 – American Shoulder and Elbow Surgeons Closed Meeting – October 8-11, 2003 - Dana Point, California – "Total Claviculectomy" Poster Presentation, and "Humeral Hemiarthroplasty with Biologic Resurfacing for Glenohumeral Arthritis Associated with Massive Irreparable Rotator Cuff Tears"

- 2003 – USC Department of Orthopaedic Surgery Grand Rounds 7th Annual Robert K. Kerlan Memorial Guest Lecture – November 20-21, 2003 – Las Angeles, California – "History of Shoulder Arthroplasty" and Avoidance and Treatment of Complications From Instability Surgery of the Glenohumeral Joint"

- 2004 – Total Joints Arthroplasty Symposium – January 8-10, 2004 – Bachelor Gulch, Colorado – "Alternatives to Total Shoulder Arthroplasty for Rotator Cuff Tear Arthropathy" and "Glenoid Resurfacing Options"

- 2004 – First International Symposium on Treatment of Complex Shoulder Problems – January 14-17, 2004 – University of South Florida, Tampa, Florida – "Treatment Options and Results in Cuff Deficient Arthritic Shoulders"

- 2004 – Argentina Shoulder Society Meeting – September 9-12, 2004 – Buenos Aires, Argentina - "Aequalis Reversed Prosthesis - Biomechanical Rationale, Preoperative Planning, and Technique" and "General Surgical Principles of Open and Arthroscopic Repair of Rotator Cuff Tears"

- 2004 – The 2004 Hip, Knee, and Shoulder Symposium – February 12-15, 2004 – Park City, Utah – "Good Exposure of the Glenoid"

- 2004 – American Academy of Orthopaedic Surgeons Annual Meeting – March 10-14, 2004 – San Francisco, California – Instructional Course Lecture: Massive Rotator Cuff Tears – The Surgeon's Dilemma – "Open Surgical Techniques and the Repair of Massive RCT – What to do with the Long Head of the Biceps" – Instructional Course Lecture: Shoulder Arthritis in the Young Adult: Arthroscopy to Arthroplasty – "Interpositional Arthroplasty of the Shoulder: Technique & Results" – Instructional Course Lecture: Shoulder Arthroplasty: Current Techniques – "Glenoid Resurfacing: Exposure, Options, Alternatives"

- 2004 – American Academy of Orthopaedic Surgeons Annual Meeting – American Shoulder and Elbow Surgeons Specialty Day, March 13, 2004 – San Francisco, California – "Humeral Hemi with Biologic Resurfacing for GH Arthritis Associated with Massive Irreparable RCT"

- 2004 – American Academy of Orthopaedic Surgeons Annual Meeting – American Orthopaedic Society for Sports Medicine Specialty Day, March 13, 2004 – San Francisco, California – "Focal Osteonecrosis – Chondrolysis Following Thermal Capsulorrhaphy"

- 2004 – American Academy of Orthopaedic Surgeons Annual Meeting – Arthroscopy Association of North America Specialty Day, March 13, 2004 – San Francisco, California – "Arthroscopic Management of Glenohumeral Arthritis"

- 2004 – Pfizer Pharmaceuticals Meeting, March 31, 2004 – San Antonio, Texas – "Faces of Shoulder Pain"

- 2004 – 9th International Congress on Surgery of the Shoulder, May 2-5, 2004 – Washington, D.C. – "Shoulder Arthroplasty for Proximal Humeral Fracture: Results of Anatomical Reconstruction and Stable Tuberosity Osteosynthesis," "Humeral Hemiarthroplasty with Biologic Resurfacing for Glenohumeral Arthritis Associated with Massive Irreparable Rotator Cuff Tears," "Functional Outcomes After Total Claviculectomy"

- 2004 – Tornier Live Video Surgery and Presentation, June 19, 2004 – Dallas, Texas, Baylor University Medical Center – "Complications – Advanced Indications – Reverse Prosthesis"

- 2004 – Louis J. levy Symposium on Orthopaedic Surgery, June 26, 2004 – Fort Worth, Texas, University of Texas Southwestern Medical Center and JPS Health Network – "Maximizing Fixation in Rotator Cuff Repair"

- 2004 – Tornier Sun Valley Meeting, August 12, 2004 – Sun Valley, Idaho – "Preoperative Planning and Approach Selection"

- 2004 – Argentina Shoulder and Elbow Society Annual Meeting – IV Congreso Argentino de Hombro y Codo, September 10-11, 2004 – Buenos Aires, Argentina – "General Surgical Principles of Open and Arthroscopic Repair," and "Aequalis Reversed Prosthesis"

- 2004 – American Shoulder and Elbow Surgeons Closed Meeting, September 29, 2004 through October 2, 2004, New York, NY – "Posterosuperior Labral Repair and Paralabral Cyst Decompression: Results of All-Arthroscopic Treatment" and poster presentation, "Acromioclavicular Joint Capsular Reconstruction with Autogenous Semitendinosis Hamstring Graft for Type V Dislocations"

- 2004 – 4th Biennial AAOS/ASES Shoulder and Elbow Course: Current Techniques and Controversies, October 14-17, 2004, Monterey, California – "Biomechanics Aequalis Reversed," "Complications of Reversed Prosthesis," "Debridement of Massive, Irreparable Rotator Cuff Tears," "AC and SC Joint Injuries"

- 2004 – 36th Brazilian SBOT Annual Congress, October 30 – November 2, 2004, Riocentro – Rio de Janeiro, Brazil – "General Surgical Principles of Direct Repair Massive Rotator Cuff Tears and Associated Biceps Lesions," "Four-Part Fractures of the Proximal Humerus," "Arthroscopic Rotator Cuff Repair in 2004: Current Concepts," and Treatment Options and Results in Cuff Deficient Arthritic Shoulders"

- 2005 – Tornier Vegas Meeting , January 8, 2005 – Las Vegas, Nevada – "Tornier Superior Approach"

- 2005 – 2nd International Symposium: Treatment of Complex Shoulder Problems, January 13-15, 2005 – Tampa, Florida – "Biologic Resurfacing and Medial Shelf Procedure for Rotator Cuff Arthropathy" and "Complications with the Reverse Prosthesis and Their Management"

- 2005 – Tornier Symposium – March 5-6, 2005 – Denver, Colorado – "Tornier Superior Approach"

- 2005 – 2005 Tornier Symposium: Clinical Concepts in Shoulder Arthroplasty, March 12-13, 2005 – Celebration, Florida – "History of Shoulder Arthroplasty" and "Biologic Resurfacing"

- 2005 – 3rd International Conference on Shoulder Arthroplasty, April 29, 2005 – Paris, France – "Hemiarthroplasty with Biologic Resurfacing: 5-15 Year Outcomes," and "Humeral Hemiarthroplasty with Biologic Resurfacing for Glenohumeral Arthritis Associated with Massive Irreparable Rotator Cuff Tears"

- 2005 – Baylor Orthopaedics & Sports Medicine Course – May 5-7, 2005 – Dallas, Texas – "General Surgical Principles of Massive Rotator Cuff Repair"

- 2005 – 2005 Tornier Symposium: Clinical Concepts in Shoulder Arthroplasty, May 10-11, 2005 – Savanna, Georgia – "History of Shoulder Arthroplasty" and "Biologic Resurfacing"

- 2005 – American Academy of Orthopaedic Surgeons/American Shoulder and Elbow Surgeons: The Shoulder & Elbow: A Comprehensive Update, May 11-13, 2005 – Hilton Head, South Carolina – "Arthroplasty: Indications, Exposure, Releases, and Humeral Cuts" and "Complications and Revision Surgery for Instability"

- 2005 – Current Concepts in Joint Replacement, May 22-25 ,2005 – Las Vegas, Nevada – "Cementless Prosthetic Fixation: When Less is More," "Dealing With Intraoperative Complications: A Trip Through Neverland," and "Glenoid Interposition Arthroplasty: A Soft Landing"

- 2005 – Clinical Concepts in Shoulder Arthroplasty – Tornier, July 15-16, 2005 – New York, New York – "Evolution of Shoulder Arthroplasty"

- 2005 – Presbyterian Hospital of Dallas - CVC Center in the Phoenix Classroom – "Shoulder Pain: Diagnosis and Management"

- 2005 – DePuy Mitek Arthroscopic Shoulder Advancement Course – Presbyterian Institute for Minimally Invasive Technology – October 15, 2005 – Dallas, Texas – "Open Repair and Augmentation in Massive Cuff Tears"

- 2005 – Tornier 2005 Surgical Training Course – November 9, 2005 – Miami, Florida – "Treatment Options In The Cuff Deficient Arthritic Shoulder"

- 2005- American Shoulder and Elbow Surgeons 22nd Closed Meeting – November 9-12, 2005 – Palm Beach, Florida – "Biomechanical Comparison of Arthroscopic "Triangle" Double-Row and Open Transosseous Anchor Double Knot Rotator Cuff Repair Techniques"

- 2006- Kansas City Orthopaedic Society Visiting Lectureship – January 19-22, 2006 – Kansas City, Kansas – "Reversed Design Rationale/Biomechanics and Indications," "Reversed Surgical Technique," "Complications and Advanced Indications"

- 2006 – DePuy Mitek Arthroscopic Shoulder Concepts Course – Presbyterian Institute for Minimally Invasive Technology – January 28, 2006 – Dallas, Texas – "Open Repair and Augmentation in Massive Cuff Tears"
- 2006 - Arthroscopic Surgery 2006 – Robert W. Metcalf, M.D. Memorial Meeting – February 4-7, 2006 – Sun Valley, Idaho – "Paralabral Cyst Decompression," "Failed Mumford Procedure," "General Surgical Principles of Open Decompression, Rotator Cuff Repair, and Biceps Tenodesis," and "Focal Osteonecrosis and Severe Chondrolysis after Bipolar Thermal Capsulorrhaphy"
- 2006 – Modern Solutions in Shoulder and Elbow Surgery – February 9-11, 2006 – Paradise Island, Bahamas – "Humeral Hemiarthroplasty With Biologic Resurfacing for Glenohumeral Arthritis Associated With Massive Irreparable Rotator Cuff Tears," "Tendon Transfer for Rotator Cuff Deficiency," and "Complications With The Reverse Prosthesis and Their Management"
- 2006 – 26th Annual Harold B. Boyd Lectures – March 5-6, 2006 – Loma Linda University, Loma Linda, California – "Total Shoulder Arthroplasty: Past, Present, Future: Experience with the Interpositional Allograft Procedure," and "The Faces of Shoulder Pain"
- 2006 – American Academy of Orthopaedic Surgeons Annual Meeting – March 22-26, 1006 – Chicago, Illinois – "ICL329 Shoulder Arthritis in the Young Adult: Arthroscopy to Arthroplasty," and "ICL405 Massive RCT – The Surgeon's Dilemma"
- 2006 – Closed Forum on the Future of Regenerative Sports Medicine GRAFTJACKET Regenerative Tissue Matrix – Wright Medical Meeting – April 21-22, 2006 – Scottsdale, Arizona – "History and Recent Applications of Biological Resurfacing" and "Use of Graft Jacket in the Treatment of Chronic Massive Rotator Cuff Tears"
- 2006 – Clinical Concepts in Shoulder Arthroplasty – Tornier – April 28-29, 2006 – Houston, Texas – "Postoperative Care Following Shoulder Arthroplasty," "Reversed Total Shoulder Arthroplasty (Superior Approach)," and "Complications of the Reversed Shoulder"
- 2006- Current Concepts in Joint Replacement – May 2006 – Las Vegas, Nevada – "Percutaneous Fixation of Surgical Neck Humerus Fractures is Preferred – Opposes," "Intraoperative Complications With Reversed Prosthesis: A Trip Through Neverland," and "Use of Graft Material in the Treatment of Massive Rotator Cuff Tears (Give Me Some Skin)"
- 2006 – Baylor Orthopaedic and Sports Medicine Congress – August 18-19, 2006, Irving, Texas – "Shoulder Arthroplasty in 2006: Where Are We Now?," and "Acromioclavicular Joint Injuries"

- 2006 – American Shoulder and Elbow Surgeons Closed Meeting – September 13-17, 2006, Chicago, Illinois –
- 2006 – American Shoulder and Elbow Surgeons Shoulder Arthroplasty Meeting – October 5-7, 2006, Chicago, Illinois – "Biologic Resurfacing: Indications, Techniques, and Results"
- 2006 – Wright Medical - Use of GRAFTJACKET® Regenerative Tissue Matrix to Augment Challenging Rotator Cuff Repair Meeting – October 23, 2006, Arlington, Tennessee
- 2006 – Vanderbilt Shoulder Course – November 2-5, 2006, Nashville, Tennessee – "Faces of Shoulder Pain"
- 2006 – Wright Medical – November 17-19, 2006, Las Vegas, Nevada – "Biologic Resurfacing with Use of Graft Jacket"
- 2006 – Current Solutions in Shoulder and Elbow Surgery - December 7-10, 2006, Tampa, Florida – "Dealing With Intraoperative Complications," and "The Superior Approach"
- 2007 – Tornier National Sales Meeting – January 5-7, 2007, Tampa, Florida
- 2007 – January 20-22, 2007, Scottsdale, Arizona – "Why I Use the Tornier Prosthesis," "When is the Open Approach Best For a Large Cuff Repair," "What Can Go Wrong With a Reversed and Then What Do You Do?," and "The Frightening Aspect of Chondrolysis With Scopes"
- 2007 – Wright Medical Meeting – February 13, 2007, San Diego, California
- 2007 - American Academy of Orthopaedic Surgeons Annual Meeting – February 14-18, 2007, San Diego, California – "Shoulder Arthroplasty for Fracture: Results of the Gothic Arch Tech and Fracture Specific Prosthesis," "Subscapularis Repair after Shoulder Arthroplasty: Biomechanical and Clinical Validation of Novel Technique," and "Arthroscopic Suprascapular Nerve Decompression Using Anterior Portals"
- 2007 – Tornier Meeting – March 9-11, 2007, Houston, Texas
- 2007 – Wright Medical Meeting – March 31, 2007, Phoenix, Arizona – "History of Dermal Arthroplasty"
- 2007 – Tuscon Orthopaedic Institute – May 2-, 2007, Tucson, Arizona – "Preoperative Planning and Approach," "Complications of Reversed Total Shoulder," "Hemiarthroplasty in Young Patients," "Management of Biceps Lesions," and "Debridement and Repair of Massive Cuff Tears"
- 2007 – Tornier Meeting Master's Shoulder Course – June 8-10, 2007, Dallas, Texas – "The Last 40 Years of Shoulder Arthroplasty," and "Surgical Options for Treating Rotator Cuff Arthropathy"

- 2007 – SECEC Meeting – Frankfurt, Germany, June 14-17, 2007 – "25 Years of American Shoulder and Elbow Surgery"

- 2007 – Rocky Mountain 2nd Annual Shoulder Meeting – Denver, Colorado, July 20-21, 2007 – "My Experience With the Reversed," "Superior Approach," "Metal-on-Metal Reversed TSA," and "Use of Graft Jacket"

- 2007 – California Pacific Education Day Meeting - San Francisco, California – "Indications and Options for Massive Rotator Cuff Tears," "Interposition Arthroplasty in the Treatment of Glenohumeral Arthrosis," and "Treatment of Complications from Instability Surgery of the Glenohumeral Joint"

- 2007 - ICSS Meeting – Brazil, September 17-20, 2007 – "Shoulder Arthroplasty for Fracture: Results of the Gothic Arch Technique," and "Cement Removal and Strut Grafting"

- 2007 – Boston Orthopaedic Society Meeting – Boston, Massachusetts, October 25-27, 2007 – "Proximal Humerus Fractures," "Arthroscopic Management of Glenohumeral Arthritis," "Percutaneous Fixation of Proximal Humeral Fractures," "Management of Glenohumeral Arthritis in the Young," and "Pins, Plates, and Prostheses"

- 2008 – DONI Meeting – Dallas, Texas, February 16, 2008

- 2008 – American Academy of Orthopaedic Surgeons Annual Meeting – San Francisco, California, March 5-9, 2008 – "Massive Rotator Cuff Tears"

- 2008 – AAOS/ASES 6th Biennial Shoulder and Elbow: Current Techniques and Controversies – Orlando, Florida, April 3-6, 2008 – "Primary Reversed TSA Through a Superior Approach," "Management of Shoulder Stiffness," and "Malunions and Nonunions of the Proximal Humerus"

- 2008 – University of Arkansas Ground Rounds – Little Rock, Arkansas, April 29, 2008 – "Shoulder Fractures"

- 2008 – Nice Shoulder Course – Nice, France, May 8-10, 2008 – "Biological Glenoid Resurfacing"

- 2008 – Current Concepts in Joint Replacement Meeting – Las Vegas, Nevada, May 18-21, 2008 – "Thermal Necrosis: A Ticking Time Bomb"

- 2008 – SECOT Meeting – Madrid, Spain, June 3-4, 2008 – "AC Joint Reconstruction," and "SC Joint Reconstruction"

- 2008 – Louis Levy Symposium – Fort Worth, Texas, June 20, 2008 – "The Role of Arthroplasty in the Treatment of Proximal Humeral Fractures"

- 2008 – Latin Shoulder and Elbow Society – Santiago, Chile, August 6-8, 2008 – "Treatment of Rotator Cuff Disorders with a Graft Jacket"

- 2008 – ASES Closed Meeting – Santa Barbara, California - September 3-6, 2008
- 2008 – Tornier Master's Course – Chicago, Illinois, September 26-27, 2008 – "Options for Arthritis in Young Patients," and "Soft Tissue Complications of Primary Shoulder Arthroplasty"
- 2008 – Tornier Meeting – Plano, Texas, October 24-25, 2008 - "TSA in Younger Patients"
- 2008 – AAOS/ASES Shoulder Arthroplasty: Surgical Indications and Techniques Meeting – Rosemont, Illinois, November 21-22, 2008 – "Biologic Resurfacing: Indications, Techniques, and Results"
- 2009 – Metcalf Meeting - Sun Valley, Idaho, January 31-February 1, 2008 – "Mini-Open Cuff Repair," "When is Open Repair Really Needed?," and "Complications of Instability"
- 2009 – American Academy of Orthopaedic Surgeons Annual Meeting – Las Vegas, Nevada, February 24-28, 2009 – "Arthroplasty for Fractures of the Humerus," "Massive Rotator Cuff Tears: The Surgeon's Dilemma"
- 2009 – Contempory Topics in Orthopaedics – Sugarloaf, Maine, March 12-14, 2009 – "Treatment of Large Cuff Tears With a Graft Jacket," and "Arthroplasty for Fracture"

- 2006 – American Shoulder and Elbow Surgeons Open Biologics Meeting – September 16, 2006, Chicago, Illinois – "Biologic Resurfacing of the Glenoid: Options and Indications"

- 2006 – Shoulder Arthroplasty: Surgical Indications and Techniques – October 6-7, 2006 – Orthopaedic Learning Center, Rosemont, Illinois – "Biologic Resurfacing: Indications, Techniques, Results"

- 2006 – Australian Orthopaedic Association – October 9-14, 2006 – Canberra, Australia – "Intraoperative Complications With Reverse Prosthesis: A Trip Through Neverland," "Biomechanical Comparison of Arthroscopic Triangle Double-Row and Open Transosseous Anchor Double Knot Rotator Cuff Repair Techniques," "Outcomes After Massive Rotator Cuff Repair with Graft Jacket Augmentation," "Primary Reverse Total Shoulder Arthroplasty Through A Superior Approach: The First 100 Cases," "Shoulder Arthroplasty for Fracture: Results of the Gothic Arch Technique and a Fracture-Specific Prosthesis"

- 2006 – Vanderbilt Shoulder Conference – November 3, 2006 – Nashville, Tennessee – "The Faces of Shoulder Pain," and "Avoidance and Treatment of Complications From Instability Surgery of the Glenohumeral Joint"

- 2006- GraftJacket Science Symposium: Future of Regenerative Sports Medicine – November 17-18, 2006 – Las Vegas, NV – "Case Series: Use of an Acellular Human Dermal Allograft in Challenging Rotator Cuff Pathology," and "A Literature Review and History of Dermal Arthroplasty"

- 2006 – Current Solution in Shoulder and Elbow Surgery – December 7-9, 2006 – Tampa, Florida – "Use of Graft Jacket in the Treatment of Chronic Massive Rotator Cuff Tears," "Dealing With Complications With the Reversed Prosthesis: A Trip Through Neverland," and "Why I Like the Superior Approach for Cuff Tear Arthropathy"

## Medical Society Memberships

Texas Medical Association
American Medical Association
Dallas County Medical Society
Texas Orthopaedic Association
Texas Society of Sports Medicine
Christian Medical and Dental Society
American Shoulder and Elbow Surgeons
American Academy of Orthopaedic Surgeons

## Medical Committees

| | |
|---|---|
| 1985: | Committee on Infection - Baylor Univ. Medical Center |
| 1986-1989: | Committee on Institutional Ethics - Baylor Univ. Medical Center |
| 1989-1991: | Dallas County Medical Society Mediations Committee (Vice-Chairman - 1990) (Chairman - 1991) |
| 1989: | Texas Orthopaedic Association Program Committee (Program Chairman) |
| 1989-1990: | American Shoulder and Elbow Surgeons Program Committee |
| 1992: | Texas Medical Association (House of Delegates) |
| 1992-1993: | Dallas County Medical Society (Alternate Delegate) |
| 1994: | Resource Consultant - Legislative Oversight Committee on Workers' Compensation |
| 1993-1995: | Dallas County Medical Society - Board of Censors |
| 1994-1995: | Dallas County Medical Society - Board of Directors |
| 2000: | Chairman, Membership Committee, American Shoulder and Elbow Surgeons |
| 2001: | Program Chair, American Shoulder and Elbow Surgeons Closed Meeting |
| 2005-2008: | Board of Specialty Society Representative |
| 2006: | Program Chair, American Shoulder and Elbow Surgeons Open Meeting |
| 2005-2008: | Executive Committee, American Shoulder and Elbow Surgeons |

## Editorial Duties

| | |
|---|---|
| 1992-2000: | Consultant Reviewer-Journal of Bone & Joint Surgery |
| 1995-Present: | Consultant Reviewer-Contemporary Orthopaedics |
| 1993-Present: | Consultant Reviewer-Journal of Shoulder & Elbow Surgery |
| 1995-Present: | Consultant Reviewer-Clinical Orthopaedics and Related Research |
| 1995-Present: | Consultant Reviewer-Journal of Musculoskeletal Medicine |
| 1995-Present: | Consultant Reviewer-Journal of American Shoulder and Elbow Surgeons |

## Public Service

Project Access (Dallas County Medical Society) – 2001 – Current
Dallas Veterans Hospital - Volunteer Physician
Medical Missionary – Orovallo, Ecuador 2002
Medical Missionary – Saratov, Russia 2006

# Civic and Charitable Organizations

The Mustang Club
Baylor Foundation
The Science Place
USA Film Festival
Dallas Museum of Art
SMU Alumni Association
Alumni of Phi Gamma Delta
Camp Longhorn, PALUMS
La Fiesta de las Seis Banderas
Dallas Museum of Art League
Dallas Symphony Orchestra League
Arthritis Foundation - Board of Directors
Highland Park United Methodist Church
The Hockaday School Parents Association
Dallas County Medical Society Project Access
The Arthritis Foundation – Honorary Board Member
The Arthritis Foundation – 2007Advisory Board Member
The Arthritis Foundation – 1995 Tennis Tournament Chairman
The Arthritis Foundation – 2006 – Annual Bone Bash Gala Co-Chairman

**FEE SCHEDULE for W.Z. Burkhead, Jr., M.D.**
**as of 04-15-09**

| | |
|---|---|
| Medical Record Review | $700.00 per hour, minimum 2 hours |
| Telephone Consult | $700.00 per hour, minimum 30 minutes |
| Consultation | $1200.00 per hour, minimum 30 minutes |
| Pre-Deposition Meeting | $1000.00 per hour, minimum 30 minutes |
| Deposition | $1000.00 per hour, minimum 2 hours |
| Video Deposition | $1500.00 per hour, minimum 2 hours |
| Narrative Creation | $750.00 |
| Court Appearance | Amount to be determined on case by case basis. Out of town court appearance maximum $10,000.00 per day, one day minimum. In town court appearance maximum of $5000.00 for half day, one half day minimum. |
| **Expert Witness Retainer Fee** | $25,000.00 (nonrefundable – can be used on the hourly amounts listed above) **MUST BE PAID IN ADVANCE of any review.** |

Wayne Z. Burkhead, Jr., M.D. Testimony – Last 4 Years

Trial Testimony

**Case Name:** Grossnickle, et al. v. Stryker Corporation et al.
**Case No.** 0703-02834
**Jurisdiction:** Multnomah County, Oregon

**Case Name:** Barbara Leiser v. Gregg Podleski, D.O.
**Case No.:** 1-02-536
**Jurisdiction:** 382nd District Court, Rockwall County, Rockwall, TX

Depositions

**Case Name:** John Fields v. Union Pacific Railroad Company, et al.
**Case No.:** 2:04-cv-00360-LED
**Jurisdiction:** United States District Court for the Eastern District of Texas, Marshall Division

**Case Name:** Bryan Shelton v. Shawn Preston Gebert
**Case No.:** 1-05-468
**Jurisdiction:** 382nd District Court, Rockwall County, Rockwall, Texas

**Case Name:** William E. Simpson v. William Alan Wood
**Case No.:** DC-04-06460
**Jurisdiction:** 101st District Court, Dallas County, Dallas, Texas

**Case Name:** Shelby Penka v. Zurich American Insurance Company
**Case No.** 3:05-CV-00620
**Jurisdiction:** United States District Court, Southern District of Texas, Galveston Division

**Case Name:** Terri Self v. Wal-Mart Stores, Inc.
**Case No.:** 2:05-CV-00301-JDL
**Jurisdiction:** United States District Court, Eastern District of Texas, Marshall Division

**Case Name:** Gary McCord v. Fort Worth & Western Railroad
**Case No.:** 067-226-622-07
**Jurisdiction:** 67th District Court, Tarrant County, Texas

**Case Name:** Michael Hickmon v. Houdek et al.
**Case No.:** 141-221-054-06
**Jurisdiction:** 141st District Court, Tarrant County, Texas

**Case Name:** Robert, Sr. and Wilene Richardson v. Robert DeMartini
**Case No.** CC-04-5136-E
**Jurisdiction:** County Court at Law No. 5, Dallas County, Dallas, Texas

**Case Name:** Gordan Foster vs. Deblin Cates
**Case No.:**
**Jurisdiction:** Dallas, Texas

**Case Name:** Gary Blair v. Pine Creek Medical Center and Dr. Buford
**Case No.:**
**Jurisdiction:** Dallas , Texas

**Case Name:** Pamela DeHart v. Dr. Christopher A. Arnold
**Case No.:**
**Jurisdiction:** Fort Smith, Arkansas

**Case Name:** Kelly Kolberg v. Sarah Baxter and Shue Baxter
**Case No.:** Cause No. 07-7029-1
**Jurisdiction:** Dallas, Texas

**Case Name:** Katherine Frigo v Rojas
**Case No.:**
**Jurisdiction:**