# EXHIBIT 64

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DONNELL COX; DAVID §
DOOLITTLE and CAROLYN §
DOOLITTLE, husband and §
wife; JUAN A. HUERTA; and §
KATHERINE FORREST, §
§
Plaintiffs, §
§
VS. § CASE NO. CV 07-1310 AA
§
DJO, LLC, a Delaware §
Corporation; DJO, INC., §
f/k/a DJ ORTHOPEDICS, §
INC., a Delaware §
Corporation; I-FLOW INC., §
a Delaware Corporation; §
McKINLEY MEDICAL, L.L.C., §
a Colorado Corporation; §
MOOG, INC., a New York §
Corporation; CURLIN §
MEDICAL, INC., a Delaware §
corporation; and PACIFIC §
MEDICAL, INC., a §
Pennsylvania corporation, §
§
Defendants. §

---

— — —

VIDEOTAPED TELEPHONIC DEPOSITION OF
WAYNE Z. BURKHEAD, JR., M.D.
AUGUST 31, 2009

— — —

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

**Q. In the shoulder, yes.**

A. I have seen cases of chondrolysis beyond that, yes.

**Q. I mean of the -- and by "chondrolysis," let's make sure we're talking about the same thing. In your report, you call it, the kind of chondrolysis we're talking about here, a rapid dissolution of cartilage in the glenohumeral joint?**

A. Yes.

**Q. And by "rapid," what do you mean?**

A. Over a period of several months.

**Q. Which -- and that is -- that's a condition that, except for a couple of gentian violet cases, is it true that that condition has never been reported in the medical literature until 2004?**

A. That's correct.

**Q. And, by the way, do you agree that gentian violet dye did, in fact, cause chondrolysis in those patients reported in the literature?**

A. I think it occurred as an isolated factor. The -- it occurred in 2 of the 12 patients in one of the series. X-ray changes occurred at two years after the event, so if you go back and read the article itself and look at it, I'm not sure I could say that it caused it,

but it's certainly a factor that has been mentioned in isolation as a cause of it.

You can also look to the Japanese literature. Unfortunately, it's in Japanese. It's an article by Dr. Fakuda and Dr. Hamada, who looked at patients who develop arthritis. So there's a certain incidence of developing arthritis after a rotator cuff repair anyway. So with that knowledge, I'm not sure that those two articles -- I guess there are two now -- about gentian violet really prove that gentian violet causes chondrolysis.

**Q. Okay. How do you think thermal devices cause chondrolysis? And let's start by defining what we mean by thermal devices. Would you tell me first, what are the thermal devices that have been implicated in the chondrolysis cases?**

A. Well, there are basically two types of thermal devices. There are monopolar devices, and then there are bipolar devices. And in the series that I reported a number of years ago, all the patients had bipolar devices used in their surgeries. But it has been reported with monopolar devices as well.

**Q. Are bipolar devices, do they have more energy?**

from, I couldn't find it. So I honestly think that it probably reconstitutes over a several day period of time.

That would be my -- that's really an opinion. I guess the best answer to it is I don't know how long it takes.

**Q. Did you ever use the chlorhexidine in your arthroscopic shoulder surgery?**

A. No.

Q. Do you think chlorhexidine causes chondrolysis in some shoulders?

MR. KIRPALANI: Objection.

A. I'm not sure that it was in shoulders. I think there's a report where chlorhexidine was used as an irrigant for a knee, and there weren't any other known risk factors for chondrolysis when that occurred. I'm not sure which one it was. I don't think it was the shoulder, though.

**Q. (By Mr. Williams) So you think the most likely cause in that particular case was the chlorhexidine?**

A. It's been a while since I have reviewed that particular case, but I think that was the author's suggestion.

**Q. And you didn't disagree with the author?**

A. No.

**Q. Okay. Now, in your arthroscopic shoulder surgeries, did you ever use bolus injections of any local anesthetics at any time during the surgery?**

A. No.

**Q. Why not?**

A. Again, at the end of a surgery, especially an instability surgery, the last thing you want to do is put 20 or 30 cc's of more fluid back into a joint that you're trying to decrease -- you know, you've spent an hour and a half trying to decrease the volume of the joint, you don't want to go back in and redistend the joint and risk, you know, rupturing your suture line or creating so much pressure in the joint that you could cause cartilage necrosis or some other issues, bone necrosis.

So I never felt that it was necessary. I've always injected just the portals, and then I've always used just some of the irrigant of the saline.

Once I'm sure that I'm in the joint, I'll inject right down to the joint. And once you feel this kind of loss of resistance, then I switch from .25 percent Marcaine with epinephrine to the actual irrigant that I'm going to use and put saline into the

**more likely it is that they will develop this condition."**

**Now, when you say "this condition," you're talking about chondrolysis, correct?**

A. Yes.

**Q. Okay. What -- have there been any controlled studies or published literature that talk about the likelihood of chondrolysis increasing in the shoulder when the patient is younger or closer to having an open growth plate?**

A. Ask me the question again, I'm sorry.

**Q. Are there any controlled studies or published medical literature that talk about this likelihood or increase in the likelihood of a young patient developing chondrolysis in the shoulder the closer they are to the age of having an open growth plate?**

A. Well, all of the initial review articles, as I -- I've already answered this question once, but all the original review articles had patients that were no older than about 23 years of age. And even in 2009, in the article titled McNickle that Brian Cole is the senior author, the average age of those patients undergoing their definitive surgical procedure, which is his case -- in many cases is an osteochondral allograph,

was 19.

So I think there is case report series showing a high incidence of this complication.

**Q. Okay. So --**

A. Because at the same time that Dr. Andrews or Petty, he would have done surgery on probably as many as I have or even more, and Dr. Savoie, I'm sure, does more cases than I do every year. They weren't seeing this complication in older patients. Their report only talked about patients that were between -- I think in their initial report, they were about 16 to 22. Which I was amazed that Brian Cole actually had one patient that was 13 in his articles. It's a frightening condition because we don't know exactly what causes it, and it seems to be that it occurs much more commonly in these younger patients.

**Q. Okay. So you are extrapolating from those case reports here the fact that the patients in the series are young must mean that the closer the patient is to having an open growth plate in the humerus, the more likely it is that they will develop this condition. That's your extrapolation, correct?**

A. That's my extrapolation also based on all the patients that I had in my series. They were all -- I

think the oldest was 22 or 23 years old when I saw them.

**Q. Is that the conclusion, though, of any of the authors of those papers?**

A. They all describe that this is so unusual because these patients are all so young, and they all list that as a factor in their papers.

**Q. They list what as a factor? The age of the patient --**

A. Absolutely.

**Q. -- or the fact that they are closer to having an open growth plate in the humerus?**

A. Well, those two things go together like love and marriage. I mean --

**Q. Okay. That leads to my next question. What age is that?**

A. It varies from individual to individual, but it could be as early as -- well, your growth plate is open, you know, all the way up until you probably could be -- in a male, it would probably be 18, 19, 20 years old. Females' growth plates close sooner, probably two years after the age of their first menstrual period. So from individual to individual is going to vary, but male patients, especially immature male patients, their growth plates may stay open until 19 to 20.

C E R T I F I C A T E

I, Janice K. McMoran, RMR, CRR, and Certified Shorthand Reporter in and for the State of Texas, certify that the foregoing deposition of WAYNE Z. BURKHEAD, JR., M.D. was reported stenographically by me at the time and place indicated, said witness having been placed under oath by me, and that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither counsel for nor related to any party in the case and am not financially interested in its outcome.

Given under my hand on this the 10th day of September, 2009.

________________________

JANICE K. McMORAN, RMR, CRR

Texas CSR #1959

Expiration Date: 12/31/10