# EXHIBIT 65

**May 31, 2009**

**Expert Report**

My name is Stephen F. Badylak and I am currently employed at the University of Pittsburgh in the McGowan Institute for Regenerative Medicine. I have been employed by the University of Pittsburgh since January 1, 2003. I am the Deputy Director of the McGowan Institute and Director of the Center for Preclinical studies. I am a full Professor with tenure with the Department of Surgery and have a secondary appointment as full Professor in the Department of Bioengineering.

My qualifications to render an opinion in this case include my training as a veterinarian (DVM Purdue University, 1976), a clinical pathologist (MS, Purdue University, 1979), an anatomic pathologist (PhD, Purdue University, 1981), and a medical doctor (MD, Indiana University, 1985). I have both practiced clinical medicine (Sports Medicine and General Medicine) as the head team physician for Purdue University from 1985 to 2001 and conducted research from 1985 until the present time in the field of tissue engineering and regenerative medicine. Tissue engineering and regenerative medicine are the study of diseased or missing tissues and the development of strategies and methodologies for the reconstruction or regeneration of such tissues.

I have authored more than 200 peer reviewed articles in this area of study including many that focus upon the restoration of musculoskeletal tissues. I hold more than 50 US patents in the field of regenerative medicine including patents directed toward technology to treat shoulder pathology in patients with rotator cuff injury. I have both served on advisory committees for the Food and Drug Administration (FDA) and have participated in the preparation of applications to the FDA for approvals, allowances, and labeling of new medical devices. I am the president elect of the International Society of Tissue Engineering and Regenerative Medicine (TERMIS) and have been principal investigator for more than 200 sponsored research projects in this and related areas. Of relevance, I am currently the principal investigator upon projects for the United States Defense Department that involve the restoration of healthy limb and digit structures as a therapeutic option for soldiers suffering from traumatic limb injury.

**SUMMARY OF OPINIONS:**

In developing my opinions, I used the same scientific methodology with the same degree of rigor that I use in my research.

In addition I have used my education, training, clinical and research experience and general references within my field of research to reach my opinions. (See Appendix 1)

I hold my opinions to a reasonable degree of scientific and medical certainty. I reserve the right to supplement my opinions as new scientific data and medical literature come to light that I did not have available to me prior to this date, and as data are provided to me in the form of opinions of other experts in this litigation.

I have no vested interest in any of the defendant manufacturers in this litigation to disclose.

It is my opinion that:

1. The use of pain pumps to deliver intra-articular medications such as marcaine alone, marcaine with epinephrine, or other local anesthetics that have been shown to be cytotoxic to chondrocytes is the primary cause of chondrolysis in these patients.

2. Epinephrine alone may be toxic to chondrocytes in high doses and prolonged exposure. The likely mechanism by which chondrolysis is caused when epinephrine is used with local anesthetics such as marcaine however, is by decreasing the turnover rate of synovial fluid as a consequence of the vasoconstriction to the blood vessels that supply the lining cells of the joint capsule (synoviocytes). By decreasing the blood supply and thus decreasing the turnover rate of synovial fluid, the high concentration of the of the primary chondrotoxin, marcaine, remains in direct contact with the articular surface for a longer period of time causing progressive death of the articular surface cartilage cells.

3. Chondrolysis is the destruction of cartilage cells which cover the surface of bones within a joint. Chondrolysis as a result of exposure to pharmacologic agents (drugs) such as marcaine is time and dose dependent. That is, the destructive effect becomes worse with increasing time and/or increasing dose of the drug in contact with the cartilage cells.

4. There have been and remain today safe alternatives to using a pain pump to relieve post operative pain; including systemic analgesics and local anesthetics when administered as periarticular or regional blocks.

5. Practicing physicians, including surgeons, rely upon accurate labeling of drugs and devices to guide the safe and effective use of these drugs and devices. The misrepresentation of FDA sanctioned use of intra-articular application of pain pumps by industry representatives is clearly

and causally related to chondrolysis caused by continuous intra-articular infusion of marcaine at either 0.25% or 0.50 %, with or without associated use of epinephrine.

6. There is no reason to suspect other causes of chondrolysis in cases in which continous intra-articular infusion of marcaine has been used. Primary chondrolysis, immune mediated chondrolysis such as seen with rheumatoid arthritis, and infectious causes of chondrolysis would have a different presentation and can be effectively ruled out.

**Background**

Pain pumps are devices manufactured with the intent of delivering local anesthetic medication, with low but steady pressure, to a selected anatomic site for extended periods of time. These devices are typically used in the immediate post surgical setting to provide analgesic relief for patients and are frequently associated with the administration of systemic analgesics. The intended sites of delivery of the local anesthetic in patients subjected to shoulder surgery are typically the periarticular soft tissue and the intraarticular joint space.

The intraarticular (inside the joint) shoulder joint space includes the articulating surfaces of the humerus and the glenoid cavity. This glenohumeral joint is also referred to as a "ball and socket" joint. The articular surface of the humeral head and the shallow cup shaped surface of the glenoid are covered by a smooth, glistening, thin layer of hyaline cartilage. Hyaline cartilage is a unique type of cartilage within the body that does not have the ability to regenerate following irreversible injury. Instead, following destruction of the articular cartilage as a result of causes such as trauma, age, exposure to noxious or toxic substances, among others, the site is repaired by the deposition of fibrocartilage or other connective tissues that attempt to fill the void left by the damaged cartilage. Chondrocytes are the cells that reside within normal cartilage tissue. Chondrocytes secrete an extracellular matrix ("outside" of the cell) that accounts for a large portion of normal cartilage tissue. Cartilage tissue does not have a blood supply. Instead, this tissue and its resident cells receive nourishment entirely by way of diffusion from the fluid within the joint space (synovial fluid). The synovial fluid volume of normal individuals ranges from approximately 16 mL to 27 mL. [Wiater et al. J Shoulder Elbow Surg, Vol. 16, Number 6] The normal turnover (i.e., rate of replacement) of synovial fluid approximately 2-4 $uL/hr/cm^2$, or stated differently, one to t wo mL per hour. Therefore, the constituents of the joint fluid, including any introduced pharmacologic agents, are in continuous contact with the surface chondrocytes for prolonged periods of time. Joint fluid is replaced by the cells that line the soft tissue of joint cavity.

These cells are called synoviocytes and they cover the inner surface of the joint capsule. These cells receive their nutrition from the underlying blood supply to the joint capsule. Any interference with this blood supply, either through pharmacologic or non pharmacologic means, will compromise the production of new synovial fluid and reduce the turnover rate. For example, constriction of vascular flow to the joint capsule that occurs following administration of epinephrine will decrease production of new joint fluid and prolong the exposure of chondrocytes to joint fluid and its contents.

It is known that exposure of chondrocytes to bupivacaine and related long acting local anesthetic drugs (including bupivacaine with or without epinephrine, and lidocaine) is harmful and can cause injury and cell death [Chu, C.R., et al, *The Journal of Bone and Joint Surgery*. 2008;90-B:814-20; Dragoo, Jason L., et al. *Papers, Posters;* Fulkerson, John P., et al. *The Journal of Arthroscopic and Related Surgery.* 1986;2(3):184-89]. It is logical and rational given the physiology of the shoulder joint, that the anesthetic drugs' toxicity is related to dose and length of exposure. As stated earlier, chondrocytes have limited ability to recover from injury. When injury leads to death of the chondrocytes (chondrolysis), the course of events is irreversible. There will be no restoration of healthy intact chondrocytes or extracellular matrix. Instead there will be replacement of the dead tissue by the articular surface version of scar tissue, which is typically fibrocartilage. Because of the constant motion of the shoulder joint, there is often erosion of the unprotected articular surface and eventual exposure of the bone tissue that underlies the cartilage. The resulting outcome of this injury therefore is typically exposure of subchondrial bone, deposition of proliferation of fibrocartilage, deformation of the normal articulation between the head of the humerus and the glenoid, with resulting pain, limitation of range of motion, and loss of function. These events are irreversible and the outcomes are present for the remainder of life of the individual.

It is evident, based on the available medical and scientific data that the use of pain pumps that deliver bupivacaine and analogs of bupivacaine to the intra-articular space, and result in the exposure of chondrocytes to the toxic effects of bupivacaine, can cause irreversible joint damage with resultant adverse pathologic and clinical outcomes in some people. In the largest case series so far reported, the "attack rate" was about 63%, that is, of all the people who had pain pump catheters inserted into their shoulder joint, 63% of them developed chondrolysis and 37% did not.

Deposition and Trial Testimony within the last 4 years: NONE

am being compensated at a rate of $375/hr for my efforts in preparing for this report, any deposition estimony and trial testimony.

A copy of my Curriculum Vitae and a list of literature I considered are attached as appendices to this report. I did not necessarily rely on all the listed articles as authoritative but I have considered and reviewed them in preparing my report.

Steve Badylak

Stephen F. Badylak, DVM, MD, PhD

01 June, 2009

Date

**Appendix A**

**Documents Reviewed**


1. Anz, Alan, et al. The Effect of Bupivacaine and Morphine in a Coculture Model of Diarthrodial Joints. *Arthroscopy: The Journal of Arthroscopic and Related Surgery.* 2009.
2. Bailie, David S., et al. Severe Chrondolysis after Shoulder Arthroscopy: A Case Series. *Journal of Shoulder and Elbow Surgery.* 2008.
3. Busfield, Benjamin T., et al. Subacromial Pain Pump Use with Arthroscopic Shoulder Surgery: A Short-Term Prospective Study of Complications in 583 Patients. *Journal of Shoulder and Elbow Surgery.* 2008. 17:860-62.
4. Cawley, Patrick D., et al. Chondrolysis Following Arthroscopy of the Shoulder: A Review of Literature and Discussion of Potential Etiologies.
5. Chu, Constance R., et al. In Vitro Exposure to 0.5% Bupivacaine Is Cytotoxic to Bovine Articular Chondrocytes. *Arthroscopy: The Journal of Arthroscopic and Related Surgery.* 2006;22: 693-99
6. Chu, Constance R., et al. Articular Cartilage Transplantation: Clinical Results in the Knee. *Clinical Orthopaedics and Related Research.* 1999;360:159-168.
7. Chu, C.R., Izzo, N.J., Coyle, C.H., Papas, N.E. and Logar, A. The *in vitro* effects of bupivacaine on articular chondrocytes. *The Journal of Bone and Joint Surgery.* 2008;90-B:814-20.
8. Dragoo, Jason L., Kanwar, Rajdeep, Korotkova, Tatiana, and Wood, Billy. Effect of Local Anesthetics Delivered via Peri-Operative Pain Pumps on Chondrocyte Viability. *Papers, Posters and Scientific Exhibits Sports/Arthro.* Poster # P422.
9. Expert report of Dr. Gary Poehling, Kilpatrick v. Breg.
10. Expert report of Dr. Jason Dragoo, March 17, 2009
11. Expert report of Dr. Wayne Z. Burkhead, Jr.
12. Expert report of Dr. Judith K. Jones. April 17, 2009.
13. Fulkerson, John P., et al. Articular Response to Arthroscopic Surgery: A review of Current Knowledge. *The Journal of Arthroscopic and Related Surgery.* 1986;2(3):184-89.
14. Gomoll, Andreas H., Kang, Richard W., Williams, James M., Bach, Bernard R., and Cole Brian J. Chondrolysis after continuous intra-articular bupivacaine infusion: An experimental Model Investigating chondrotoxicity in the rabbit shoulder. *The Journal of Arthroscopic and Related Surgery.* 2006. 22(8):813-819.
15. Gomoll, Andreas H., Yanke, Adam B., Kang, Richard W., Chubinskaya, Susan, Williams, James M., Bach, Bernard R. and Cole Brian J. Long-Term Effects of Bupivacaine on Cartilage in a Rabbit Shoulder Model. *The American Journal of Sports Medicine*. Published October 2, 2008 as doi:10.1177/0363546508323748.
16. Gommol, Andreas H. , et al. Chondrolysis After Continuous Intra-Articular Bupivacaine Infusion: An Experimental Model Investigating Chondrotoxicity in the Rabbit Shoulder. *Arthroscopy: The Journal of Arthroscopic and Related Surgery.* 2006;22:813-19.

17. Greis, Patrick E., LeGrand, Alexander and Burks, Robert T. Bilateral Shoulder Chondroysis Following Arthroscopy. A Report of Two Cases. *The Journal of Bone and Joint Surgery.* 2008;90:1338-1344.

18. Hansen, Brent P., Beck, Charles L., Beck, Elizabether P. and Townsley, Robert W. *Postarthroscopic Glenohumeral Chondroylsis.* Published on July 3, 2007 as doi 10.1177/0363446507304136.

19. Karpie, John C., et al. Lidocaine Exhibits Dose- and Time- Dependent Cytotoxic Effects of Bovine Articular Chondrocytes In Vitro. *The American Journal of Sports Medicine.* 2007;10:1-6.

20. Key, Albert J. The Production of Chronic Arthritis by the injection of Weak Acids, Alkalines, Distilled Water, and Salt Solution Into Joints. *The Journal of Bone & Joint Surgery.* 1933. 15:67-84.

21. Levy, Jonathan C. and Frankle, Mark. Bilateral Shoulder Chondrolysis Following Arthroscopy. A Report of Two Cases. *The Journal of Bone and Joint Surgery*. 2008;90:2546-2547.

22. Levy, Jonathan C., et al. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder and Elbow Surgery.* 2008.

23. Mitchell, Larsen W. et al. Severe Glenohumeral Chondrolysis Following Shoulder Arthroscopy Resulting in Arthroplasty. Paper No:284, AAOS Annual Meeting, March 23, 2006.

24. Nole, Roberta, et al. Bupivacaine and Saline Effects on Articular Cartilage. *The Journal of Arthroscopic and Related Surgery.* 1985;1(2):123-27.

25. Petty, Damon H., et al. Glenohumeral Chondrolysis After Shoulder Arthroscopy: Case Reports and Reviews of the Literature. *American Journal of Sports Medicine.* 2004. 32:509-515.

26. Piper, Samantha L., et al. Comparison of Ropivacaine and Bupivacaine Toxicity in Human Articular Chondrocytes. *The Journal of Bone and Joint Surgery*. 2008. 90:986-991.

27. Tonary, Angela, et al. Local Anesthetic Infusion with Post Operative Pain Pumps and Articular Chondrolysis. *Canadian Adverse Reaction Newsletter.* 2009. 19:1-3.

28. Wiater et al. Glenohumeral joint volume reduction with progressive release and shifting of the inferior shoulder capsule. *J Shoulder Elbow Surg*. 2007 Nov-Dec;16(6):810-4.

29. Tonary, Angela, et al. Local Anesthetic Infusion with Post Operative Pain Pumps and Articular Chondrolysis. *Canadian Adverse Reaction Newsletter.* 2009. 19:1-3.

***Stephen F. Badylak, D.V.M., Ph.D., M.D.***

**Curriculum Vitae**

**Personal Information:**


| | |
|---|---|
| Name | Stephen Francis Badylak |
| Address | University of Pittsburgh<br>Department of Surgery<br>McGowan Institute for Regenerative Medicine<br>100 Technology Drive, Suite 200<br>Pittsburgh, PA 15219-3130 |
| Phone | 412-235-5145 |
| Fax | 412-235-5224 |
| E-mail | badylaks@upmc.edu |


| | |
|---|---|
| Birth | December 22, 1952; Gary, Indiana |
| Nationality | U.S. Citizen |
| Education | Purdue University, W. Lafayette, IN<br>DVM, 1976 |
| | Purdue University, West Lafayette, IN<br>MS, Clinical Pathology, 1978 |
| | Purdue University, West Lafayette, IN<br>PhD, Anatomic Pathology, 1981 |
| | Indiana University, Indianapolis, IN<br>MD, 1985 |

**Professional Experience:**

| | |
|---|---|
| January 2003 – present | Professor<br>Department of Surgery<br>Deputy Director- McGowan Institute for Regenerative Medicine<br>Director – McGowan Center for Preclinical Studies<br>University of Pittsburgh, Pittsburgh, PA |
| June 2003 – 2008 | Adjunct Professor, Wake Forest University School of Medicine<br>Division of Surgical Sciences<br>Wake Forest Institute for Regenerative Medicine |
| July 1998 – October 2002 | Senior Research Scientist<br>Department of Biomedical Engineering<br>Purdue University, West Lafayette, Indiana |
| July 1995 – 2002 | Adjunct Associate Professor of Pathology & Laboratory Medicine<br>Indiana University School of Medicine<br>Indianapolis, Indiana |
| June 1995 – 1998 | Director, Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| July 1993 – 1996 | Associate Professor<br>Department of Veterinary Physiology & Pharmacology<br>Purdue University, West Lafayette, Indiana |
| July 1993 – 1995 | Director of Research<br>Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| May 1987 – 2002 | Head Team Physician for Athletic Department<br>Purdue University, West Lafayette, Indiana |
| August 1986 – 1993 | Associate Research Scholar,<br>Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| August 1985 – 1986 | Postdoctoral Research Associate,<br>Hillenbrand Biomedical Engineering Center<br>Purdue University, West Lafayette, Indiana |
| May 1978 – May 1979 | Practicing Veterinarian, Small Animal Practice<br>Hobart, Indiana |
| May 1976 – January 1977 | Practicing Veterinarian, Mixed Animal Practice |

Glenwood, Illinois

January 1982 – 2005 Senior Partner, Director and Pathologist for the Veterinary Professional Laboratory
West Lafayette, Indiana

**Honors:**

Innovation Award (University of Pittsburgh) - 2008

Inventor of the Year Award (Pittsburgh Intellectual Property Law Association) – 2008

Chancellor's Distinguished Research Award (Senior Scholars category) – 2008

Carnegie Science Center Award for Excellence (Biomaterials) - 2008

Carnegie Science Center Award for Excellence (Research) – 2005

Clemson Award (Society for Biomaterials) – 2005

Sigma Xi (Scientific Research Society – Research Award) – 2002

**Membership in Professional Organizations:**

International Society for Applied Cardiovascular Biology (ISACB)

Tissue Engineering and Regenerative Medicine International Society (TERMIS) – President Elect

American Institute for Medical and Biological Engineering (Fellow)

Society for Biomaterials

OESO The Esophagus (World Organization for Specialized Studies on Diseases of the Esophagus)

Macromolecular Bioscience

**Major Research Interests:**

Tissue Engineering/Regenerative Medicine

Biologic Scaffolds and Extracellular Matrix Biology

Biomaterials and Host-Biomaterial Interactions

Host Immune Response and Role in Remodeling of Biomaterials

Orthopaedic Surgery and Biology, Soft Tissue and Limb Regeneration

Biomedical Engineering as it Relates to Device Development and Biomaterials

**Grants Funded as Principal Investigator:**

1. Functional Cardiac Assistance. Methodist Hospital of Indianapolis, Inc. June, 1986. $50,000.

2. Development of a Patentable Device for the Stimulation of Autologously Transplanted Skeletal Muscle to Increase Cardiac Output. The TRASK Fund. 1986. $25,000.

3. Phase I of Research to Study and to Optimize the Effect of Urokinase and Other Agents upon Thrombolysis is Dog and Rat Models of Arterial Thrombosis. Abbott Laboratories. January, 1987. $162,000.

4. Continued Studies of Functional Cardiac Assistance. Methodist Hospital of Indianapolis, Inc. April, 1987. $30,000.

5. Comparison of Temporary Pacemaker Leads. Abbott Laboratories. September, 1987. $8,190.

6. Addendum to: Phase I of Research to Study and to Optimize the Effect of Urokinase and Other Agents upon Thrombolysis is Dog and Rat Models of Arterial Thrombosis. Abbott Laboratories. September, 1987. $58,924.

7. Autogenous Small Intestine as a Vascular Graft. Methodist Hospital of Indianapolis, Inc. September, 1987. $96,000.

8. Treatment for Reperfusion Injury in Dogs with Gastric Dilatation-Volvulus. American Veterinary Medical Association Foundation for Research. November, 1987. $13,909.

9. The Effect of Lazeroids Upon Survival in Dogs with Gastric Dilatation-Volvulus. Upjohn Company, Inc. December, 1987. $2,250.

10. Phase II of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1988. $148,500.

11. Functional Cardiac Assistance with a Skeletal Muscle Pouch. NIH. September, 1988. $325,000.

12. Prevention of Reperfusion Injury in Canine Gastric Dilatation-Volvulus. Morris Foundation. July 1988. $18,200.

13. Research to Optimize the Use of Autogenous Small Intestine as an Arterial and Venous Graft. Methodist Hospital of Indianapolis, Inc. September, 1988. $90,000.

14. Addendum to: A Proposal for Phase Two of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. December, 1988. $37,000.

15. A Proposal for Research to Study the Safety of Laser Angioplasty. Vaser, Inc. March, 1989. $49,243.

16. Phase III of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1989. $192,676.

17. A Proposal for Research to Study and Optimize the Use of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly Laboratories. April, 1989. $254,371.

18. Electrical Stimulation of Conditioned Skeletal Muscle and Development of a Skeletal Muscle Ventricle Pacemaker. Showalter Foundation. July, 1989. $50,000.

19. Reduction of GDV Mortality in the Dog. American Veterinary Medical Association Foundation. December, 1989. $13,013.

20. Phase IV of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1990. $200,000.

21. Preliminary Studies to Evaluate the Analgesic Properties of Butamben in Animal Models. Abbott Laboratories. February, 1990. $9,651.

22. Fellowship to Support Studies of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly, Inc. January, 1990. $20,000.

23. Phase II of Research to Develop Small Intestinal Submucosa as a Small Diameter Arterial Graft. Eli Lilly, Inc. July, 1990. $276,585.

24. Development of Cardiomyoplasty Expertise at Methodist Hospital. Methodist Foundation. August 1, 1990. $61,346.

25. A Pilot Study to Evaluate the Potential of Devices Intended for Use in Thrombolytic Therapy. Lake Region Manufacturing Co., Inc. July 1, 1990. $14,186.

26. Fellowship to Support Studies of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly, Inc. January, 1991. $20,000.

27. A Pilot Study to Evaluate the Effectiveness of β-Galactosidase in the Diet of Dogs. Lactaid, Inc. January, 1991. $4,500.

28. A Cooperative Agreement for Further Development of SIS Technology. Methodist Hospital of Indianapolis. February, 1991. $32,667.

29. A Proposal for Research on Studies to Investigate the Use of SIS as a Renal Dialysis Access Site. Methodist Hospital of Indianapolis. February, 1991. $5,000.

30. A Pilot Study to Evaluate the Potential of U74006F for Protection Against Intestinal Reperfusion Injury. Upjohn Co., Inc. February, 1991. $9,979.

31. Phase V of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1991. $196,743.

32. Phase III of Research to Develop Small Intestinal Submucosa as a Small Diameter Arterial Graft. Eli Lilly, Inc. May, 1991. $298,850.

33. A Proposal to Build Implantable Stimulators. Philadelphia Heart Institute. April, 1991. $9,356.

34. The Effect of Lys-Plasminogen Upon T-PA Induced Thrombolysis. American Heart Association, Indiana Affiliate. July, 1991. $3,000.

35. Evaluation of a New Spinal Catheter. Abbott Laboratories. May, 1991. $13,016.

36. Studies to Evaluate the Effectiveness of β-Galactosidase in the Diet of Dogs. AK Pharma, Inc. May, 1991. $5,500.

37. Phase II of Studies to Evaluate the Potential of Devices Intended for Use in Thrombolytic Therapy. Lake Region Manufacturing Co., Inc. July, 1991. $15,965.

38. Fellowship to Support Studies of Small Intestinal Submucosa as a Vascular Graft. Eli Lilly, Inc. January, 1992. $20,000.

39. Alternative Applications for Small Intestinal Submucosa. Trask Fund. January, 1992. $48,400.

40. Phase VI of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1992. $168,738.

41. Phase I of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1992. $304,406.

42. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1992. $223,025.

43. Phase IV of Research to Develop Small Intestinal Submucosa as a Small Diameter Arterial Graft. Eli Lilly, Inc. May, 1992. $232,944.

44. A Comparative Study to Determine the Usefulness of SIS vs. PTFE as an Arterio-Venous Shunt. Methodist Hospital of Indianapolis. June, 1992. $9,130.

45. The Use of a Novel Biomaterial as a Gene Transfer Device. University Of Michigan, Biochemistry Dept. August, 1992. $5,000.

46. Cardiomyoplasty for Cardiac Assistance. National Institute of Health, NHLBI. July, 1992-June, 1995. $877,470.

47. Phase II of Use of a Novel Biomaterial as a Gene Transfer Device. University Of Michigan, Biochemistry Department. December, 1992. $5,000.

48. Investigation of Small Intestinal Submucosa as a Culture Template and as a Urologic Device. Indiana University Department of Plastic Surgery. January, 1993. $1,000.

49. Phase VII of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1993. $149,601.

50. Research and Technology Development of SIS at Purdue University: Mechanism of Action and Other Sources of SIS: New Patents. TRASK Fund. September, 1993. $202,467.

51. Studies to Evaluate Tissue Engineering as a Treatment Modality for Urinary Sphincter Incontinence. Eli Lilly, Inc. September, 1993. $135,028.

52. A Biomaterial to Promote Skin and Wound Healing. NIH - National Institute of Child Health and Human Development. January, 1994-December, 1996. $541,221.

53. Testing of a Novel Thrombolytic Device. Lake Region Manufacturing Co., Inc. June, 1993-July, 1993. $4,250.

54. Additional Studies in Phase VII of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. December, 1993. $15,000.

55. Evaluation of SIS as a Wound Repair Material for the Patellar Tendon Defect in ACL Repair. Methodist Sports Medicine Center; Unrestricted Gift. January, 1994. $7,500.

56. Phase VIII of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1994-February, 1995. $134,464.

57. Development of SIS Biomaterial as a Hernia Repair Device - Phase I. SENMED, Inc. January, 1994-December, 1995. $554,833.

58. Phase II of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1994-February, 1995. $285,224.

59. Gift from DePuy for Investigation into Tissue Engineering Phenomena. April, 1994. $15,000.

60. Gift from Community Foundation (Munster, IN) for Tissue Engineering Research. May, 1994. $2,000.

61. Factors Which Influence Developmental Biology: A Cross-Disciplinary Feasibility Study. Purdue University Development Funds. September, 1994. $40,000.

62. Testing to Evaluate the Efficacy of Heparin-Coated Wires. Abbott Laboratories. October, 1994. $2,991.

63. Development of SIS Biomaterial as a Wound Covering in Human Patients. Global Initiatives Travel Grant Program. December, 1994. $2,500.

64. Mechanism of Action of SIS: Continuation. TRASK Fund. December, 1994. $190,000.

65. Phase IX of Research to Study and to Optimize the Effect of Thrombolytic Agents in Animal Models of Experimentally-Induced Arterial Thrombosis. Abbott Laboratories. March, 1995-February, 1996. $74,880.

66. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1995. $197,063.

67. Gift from DePuy, Inc. of Warsaw, IN for Tissue Engineering Research in Orthopedics. March, 1995. $46,000.

68. Studies to Investigate Tissue Engineering Aspects of SIS. Cook Biotech, Inc. September, 1995. $399,999.

69. A Testing Agreement to Conduct Pre-Clinical Studies to Evaluate Butamben. Abbott Laboratories. October, 1995. $215,706.

70. The Use of SIS as a Patellar Tendon Defect Repair Device. Methodist Sports Medicine Center. July, 1995. $22,500.

71. Testing of an SIS Hernia Repair Device - Phase II. SenMed, Inc. January, 1996. $201,327.

72. Phase III of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1996. $80,956.

73. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1996. $145,437.

74. Gift to Study Orthopedic Applications of SIS. Methodist Sports Medicine Center. March, 1996. $8,000.

75. A Testing Agreement of Studies to Evaluate the Efficacy of ProUrokinase for the Treatment of Immune Mediated Glomerulonephritis in Two Animal Models. Abbott Laboratories. September, 1996. $64,942

76. Studies to Investigate Tissue Engineering Aspects of SIS: Phase II. Cook Biotech, Inc. November, 1996, $247,758.

77. Gift to Study Orthopedic Applications of SIS. Methodist Sports Medicine Center. December, 1996. $8,000.

78. Amendment to Testing of an SIS Hernia Repair Device - Phase II. SenMed, Inc. January, 1997. $62,784.

79. Gift to Study Orthopedic Applications of SIS. Methodist Sports Medicine Center. January, 1997. $7,000.

80. Development of a New Extracellular Matrix Biomaterial for Tissue Engineering Applications. TRASK Fund. February, 1997. $84,432.

81. SIS as a Full-thickness Wound Covering in an Animal Model: Comparative Study. Cook Biotech, Inc. June, 1997. $95,681.

82. Phase IV of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1997. $44,683.

83. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1997. $101,658.

84. Gift to Study Immunology Aspects of SIS. DePuy, Inc. June, 1997. $75,000.

85. Development of a New Composite Biodegradable Material. Showalter Trust Fund. July, 1997. $50,000.

86. Evaluation of a New Catheter for Cardiopulmonary Bypass Procedures. Cardiothoracic Systems. September, 1997. $3,400.

87. An Agreement to Test the Efficacy of SIS in Dermal and Oral Applications of SIS. Cook Biotech, Inc. November, 1997. $39,803.

88. Studies to Investigate Tissue Engineering Aspects of SIS, Phase III. Cook Biotech, Inc. November, 1997. $253,325.

89. Studies to Investigate the Anti-angiogenic Properties of Various Test Compounds. Abbott Laboratories. December, 1997. $25,421.

90. SIS as a Dermal Substitute to Support Split Thickness Skin Autografts (STSG) in a Pig Model. Cook Biotech, Inc. February, 1998. $95,681.00.

91. Evaluate the Capillary Filtrate Collector (CFC) and Subcutaneous Infusion Access Device. HemoCleanse, Inc. February, 1998. $26,915.

92. Phase V of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1998. $136,616.

93. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1998. $79,002.

94. Studies to Investigate the Anti-Angiogenic Properties of Various Test Compounds. Abbott Laboratories. July, 1998. $6,500.

95. Immune Responses to Porcine Small Intestinal Submucosa. NIH. July, 1998. $500,000.

96. DNA-charcoal Plasma Sorption for Treatment of SLE. HemoCleanse. August, 1998. $57,018.

97. Studies to Evaluate the Effect of SIS upon Human Microvascular Endothelial Cell. Cook Biotech, Inc. January, 1999. $94,080.

98. *In Vivo* Degradation of SIS Using $^{14}$C-Label. Cook Biotech, Inc. January, 1999. $47,761.

99. Endothelial Cell Attachment and its Effect upon SIS-Induced Neovascularization. Cook Biotech, Inc. January, 1999. $10,445.

100. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. January, 1999. $20,000.

101. Phase V of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa. DePuy, Inc. March, 1999. $80,533.

102. The Testing of Anterior Cruciate Ligaments Constructed of Xenogeneic Small Intestinal Submucosa (SIS) in Animal Models. DePuy, Inc. March, 1999. $108,012.

103. A Testing Agreement to Evaluate the Efficacy of Folate Conjugation for Chemotherapeutic Agent Delivery to Tumor Tissue. Endocyte, Inc. May, 1999. $3,500.

104. Enhancement of Extracellular Matrix Technology for Biomedical Applications. Purdue TRASK Fund. June, 1999. $121,112.

105. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. July, 1999. $40,000.

106. Immune Responses to Porcine Small Intestinal Submucosa. NIH – subcontract from Albany Medical Center Hospital. September, 1999. $47,274.

107. The Testing of a Multilaminate Sheet of UBS-ECM as a Resorbable Scaffold for Vocal Cord Remodeling in a Dog Model. ACell, Inc. October, 1999. $34,000

108. Studies to Investigate the Utility of SIS in the Gastrointestinal Tract. Cook Biotech, Inc. February, 2000. $60,000.

109. Studies to Evaluate Medical Devices in a Rat Subcutaneous Implant Model. Cook Biotech, Inc. February, 2000. $40,000.

110. Phase VI of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa – Amendment 7. DePuy, Inc. March, 2000. $91,625.

111. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. DePuy, Inc. March, 2000. $100,817.

112. Engineering of Biosystems for the Detection of Listeria Monocytogenes in Foods. USDA. March, 2000. $64,519.

113. Tissue Engineered Heart Valve. NIH-SBIR award, subcontract from ACell, Inc. July, 2000. $35,000.

114. An ECM Scaffold for Head and Neck Repair. NIH-SBIR award, subcontract to ACell, Inc. July, 2000. $356,402.

115. Origin of Cells that Repopulate Resorbable ECM Scaffolds. NIH. July, 2000. $1,649,497.

116. Methods to Construct Three-Dimensional Scaffolds from Powdered ECM. Trask Fund. July, 2000. $25,000.

117. Evaluation of the Efficacy of an ECM Scaffold for Head and Neck Repair. NIH-SBIR award, subcontract from ACell, Inc. July, 2000. $302,950.

118. ECM Scaffold Development. Cook Biotech, Inc. July, 2000. $3,000.

119. Body Fluid pH Device. IAMS Company. July, 2000. $83,000.

120. Testing of Controlled Insulin Infusion System in a Rat Model. HemoCleanse, Inc. October, 2000. $117,500.

121. Surface Modification of an Arterial Graft Bioscaffold (SIS). Cook Biotech, Inc. January, 2001. $180,000.

122. Neuronal Differentiation of PC12 Cells Induced by SIS Conditional Media. Cook Biotech, Inc. January, 2001. $7,313.

123. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. January, 2001. $20,000.

124. A Testing Agreement to Compare Biomaterials for Use as a Urethral Sling. Boston Scientific Corporation. February, 2001. $47,446.

125. Phase VII of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa – Amendment 8. DePuy, Inc. March, 2001. $130,705.

126. A Biomaterial for Esophageal Repair. NIH-SBIR award, subcontract from ACell, Inc. April, 2001. $35,000.

127. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. DePuy, Inc. March, 2001. $81,642.

128. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. July, 2001. $20,000.

129. Studies to Investigate Tissue Engineering. Unrestricted gift. Cook Biotech, Inc. August, 2001. $4,500.

130. ECM Scaffold for Repair of Mucogingival Tissue. NIH-SBIR award, subcontract from ACell, Inc. August, 2001. $36,043.

131. A Bioscaffold for Repair of Congenital Defects. NIH-SBIR award, subcontract from ACell, Inc. August, 2001. $35,000.

132. Tissue Engineering Heart Valve. NIH-SBIR award, subcontract from ACell, Inc. October, 2001. $86,094.

133. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. Supplement. DePuy, Inc. October, 2001. $15,094.

134. Studies to Investigate the Angiogenic Properties of Various Test Compounds. Abbott Laboratories. January, 2002. $40,000.

135. A Testing Agreement to Evaluate the Effect of Orthopedic Applications of SIS *In Vitro* and *In Vivo*. Supplement. DePuy, Inc. March, 2002. $115,623.

136. Phase VII of Studies to Develop Selected Orthopedic Applications of Small Intestinal Submucosa-Amendment 9. DePuy, Inc. March, 2001. $109,353.

137. Studies to Investigate the Properties of the Urinary Bladder Matrix Scaffold for Tissue Repair. ACell, Inc. February, 2002. $209,000.

138. Engineered Tissue Constructs: The Artificial Lymph Node. DARPA, subcontract from Sciperio, Inc. August, 2002. $329,578.

139. ECM Scaffolds for Esophageal Repair. NIH-SBIR award, subcontract from ACell, Inc. April 2003. $259,992.

140. ECM Scaffolds for Cardiovascular Tissue Repair. NIH-SBIR award, subcontract from ACell, Inc. July, 2003. $96,000.

141. Studies to Evaluate the Efficacy of SIS for Orthopaedic Tissue Repair and Replacement. DePuy, Inc. July, 2003. $215,000.

142. Non-Clinical Laboratory Study to Evaluate a Vascular Occlusion Device in a Rabbit Model. Biomerix, Inc. August, 2003. $40,800.

143. Pilot Study to Evaluate Rapidgraft™ as a Vascular Substitute in a Sheep Model. Miravant, Inc. August, 2003. $37,778.

144. Mechanisms of ECM Scaffold Remodeling. NIH. September, 2003. $1,824,944

145. Further Testing of a Respiratory Assist Catheter. ALung Technologies, Inc. September 2003. $150,327.

146. The Role of the National Tissue Engineering Center Administered for the Department of Defense (DOD) by the Pittsburgh Tissue Engineering Initiative and McGowan Institute for Regenerative Medicine (MIRM) (NTEC II). Department of Defense. October, 2003. $183,807

147. The Evaluation of Thrombolytic Agents in the Canine Model of Experimentally Induced Arterial Thrombosis. Vascular Laboratories, Inc. December, 2003. $33,319

148. Non-Clinical Laboratory Study to Evaluate the Effect of Extracellular Matrix upon the Myocardium following Acute Ischemia. Guidant Corp. December 2003. $85,000

149. A Regenerative Medicine Approach to Esophageal Reconstruction. Commonwealth of PA. January, 2004. $80,000.

150. Efficacy of SIS for Orthopaedic Tissue Repair and Replacement. DePuy Spine. March, 2004. $208,812

151. Studies to Support the Development of a Lymphoid Tissue Equivalent (LTE). Act 77: The Tobacco Settlement Act. May, 2004. $22,965

152. Tracheal Reconstruction Using the Principles of Regenerative Medicine. Commonwealth of PA. July, 2004. $85,000.

153. Three Dimensional ECM Scaffolds for Tissue Engineering. NIH-SBIR award, subcontract from ACell, Inc. September, 2004. $21,000.

154. Accelerated Vaccine Creation and Testing – The Artificial Lymph Node Project Phase II. DARPA, subcontract from Vax Design Corporation. September 2004. $945,035.

155. The Role of the National Tissue Engineering Center Administered for the Department of Defense (DOD) by the Pittsburgh Tissue Engineering Initiative and McGowan Institute for Regenerative Medicine (MIRM) (NTEC III). Department of Defense. October, 2004. $148,610.

156. In Vitro Cell Growth Assay for ECM Bioscaffolds. ACell, Inc. November 2004. $30,000.

157. Evaluation of Novel Vascular Graft Device in a Porcine Model. University of Limerick. January, 2005. $38,042.

158. Study to Evaluate an Articular Cartilage Remodeling with the UBM Bioscaffold in the Mouse Model. ScanVet. January 2005. $25,000.

159. Vascularization of Tissue Engineered Lymphoid Structures. January 2005. $18,000.

160. Extracellular Matrix (ECM) Scaffolds for Beta Cell Regeneration. Juvenile Diabetes Research Foundation. March, 2005. $200,000.

161. Studies to Evaluate the Efficacy of SIS for Orthopaedic Tissue Repair and Replacement. DePuy Spine, Inc. March 2005. $215,000.

162. Chronic Tissue Remodeling with Topical Negative Pressure. Respironics, Inc. June 2005. $22,525.

163. Repair and Evaluation of a Polymeric Surgical Mesh for Repair of an Annular Fibrosis Lesion in the Rabbit Model. Biomerix Corporation. July 2005. $51,780

164. In Vivo Evaluation of Biomerix Patch in a Rat Body Wall Model. Biomerix, Inc. July 2005. $42,900.

165. Canine Model of Laryngeal Remodeling. Commonwealth of Pennsylvania. July 2005. $172,285.

166. Restore™ one Year Shelf Life Study. DePuy Products, Inc. June 2005. $25,840.

167. Esophageal Reconstruction with a Regenerative Medicine Approach. The Pittsburgh Foundation. August 2005. $202,637.

168. Testing of a Paracorporeal Respiratory Assist Devices in an Ovine Model. ALung Technologies, Inc. November 2005. $78,070.

169. Inductive Scaffolds for Tissue Regeneration following Traumatic Injury (NTEC IV). Department of Defense. October 2005. $233,473

170. Ex Vivo Pump-Oxygenator Study. Ension, Inc. December 2005. $37,536

171. Cell-Seeded Scaffolds for Esophageal Reconstruction. Commonwealth of Pennsylvania (Tobacco). January 2006. $14,800

172. Mammalian Limb Restoration. DARPA. March 2006. $7,318,050.

173. Use of Pancreatic ECM to enhance in vitro growth of pancreatic progenitors. JDRF May 2006. $25,000.

174. Further Development of Artificial and Biohybrid Organs and Therapeutic Applications of Regenerative Medicine and Tissue Engineering. Commonwealth of Pennsylvania. July 2006. $90,565.

175. Cell Recruitment Induced by ECM Scaffold Degradation. NIH. August 2006. $285,498.

176. Non-clinical Laboratory Study for the Evaluation of Novel Vascular Graft Devices (Prolong I and II) in an Ovine Model. University of Limerick. August 2006. $62,541.

177. ECM Bioscaffold for ASD Repair. NIH-SBIR award, subcontract from ACell, Inc. September 2006. $24,407.

178. Seroma Reduction in Modified Abdominoplasty Model. Cohera Medical, Inc. March 2007. $73,239.

179. In vitro Cell Growth Assay for ECM Bioscaffolds II. ACell, Inc. March 2007. $5,223.

180. Studies to Support Two Year Shelf Life for Restore™ Device. DePuy Products, Inc. $6,417.

181. Cellular Remodeling of ECM Bioscaffolds. NIH. April 2007. $215,811.

182. UBM Sterilization Study. Kensey Nash, May 2007, $87,650.

183. In Vitro Mesotherapy Study. American Network of Lipolysis, May 2007, $7,818.

184. Evaluation of the Biologic Response to Porcine Acellular Matrices. Revivicor, Inc., June 2006, $160,816.

185. Advanced Regenerative Medicine (ARM 1): Pilot Study to Evaluate Reconstruction/Extension of Partially Amputated Digits. Department of Defense, November 2006, $68,184.

186. Esophageal Reconstruction with a Regenerative Medicine Approach. The Pittsburgh Foundation, July 2005. $68,451.

187. Advanced Regenerative Medicine (ARM 1): Reconstruction of Musculotendinous Tissue in a Dog Model. Pittsburgh Tissue Engineering Initiative Department of Defense. June 2007. $149,990.

188. *In Vivo* Evaluation of Biomerix Composite Meshes in a Rat Body Wall Model. Biomerix. October 2007. $30,273.

189. Evaluation of a Surgical Mesh in a Rabbit Model. Generic Medical, November 2007. $40,400.

190. Mitogenic Factors Derived from Extracellular Matrix. Juvenile Diabetes Research Foundation (JDRF), March 2008. $108,182.

191. In Situ Regeneration of Muscle Tissue through Host Cell Recruitment. Armed Forces Institute of Regenerative Medicine (AFIRM), March 2008. $72,830.

192. Regenerative Medicine Strategies for Digit Reconstruction. Armed Forces Institute of Regenerative Medicine (AFIRM), March 2008. $212,480.

193. Biologic Scaffold Development. C.R. Bard. June, 2008. $233,712.

194. Tissue Response and Degradation of Adhesive Formulations. Cohera Medical, Inc. June, 2008. $10,947.

195. Pilot Study to Evaluate Urinary Bladder Matrix (ECM) Gel as a Therapeutic Intervention for Myocardial Infarction. August, 2008. $31,285.

196. Porcine Model of Arterial Venus (AV Shunt) to Evaluate Novel ePTFE Graft Design. October, 2008. $62,163.

197. Testing of Paracorporeal Respiratory Assist Devices in an Ovine Model. ALung Technologies, November, 2008. $14,031.

198. Armed Forces Institute for Regenerative Medicine (AFIRM): Biologic Scaffold for Functional Muscle Replacement: Evaluation in 15 patients. USAMRAA. March 2009. 1,000,000.

199. Mechanobiology and Regenerative Medicine. NIH December 2008. $250,000.

200. Armed Forces Institute for Regenerative Medicine (AFIRM)/Department of Defense (DoD). Matrix Mediated Enhancement of Musculotendinous Tissue Regeneration: Mechanisms and Practical Application. April 2010. $21,384.

**Patents:**

1. The Use of Small Intestinal Submucosa as a Vascular Graft Material - Tissue Graft Composition and Method, Patent #4,902,508 (issued 2/20/90).

2. Tissue Graft Composition and Method, Patent #4,956,178 (issued 9/11/90).

3. Treatment to Reduce Ischemic Tissue Injury, Patent #4,978,668 (issued 12/18/90).

4. Muscle-powered Cardiac Assist Device, Patent #5,007,927 (issued 4/16/91).

5. Fluidized Intestinal Submucosa and Its Use as an Injectable Tissue Graft, Patent #5,275,826 (issued 1/4/94).

6. Graft for Promoting Autogenous Tissue Growth, Patent #5,281,422 (issued 1/25/94).

7. Tissue Graft for Surgical Reconstruction of a Collagenous Meniscus and Method Therefore, Patent #5,352,463 (issued 10/4/94).

8. Device for Oral Administration of Liquids, Patent #5,354,274 (issued 10/11/94).

9. Graft for Promoting Autogenous Tissue Growth, Patent #5,372,821 (issued 12/13/94).

10. Tendon or Ligament Graft for Promoting Autogenous Tissue Growth, Patent #5,445,833 (issued 8/29/95).

11. Fluidized Intestinal Submucosa and Its Use as an Injectable Tissue Graft, Patent #5,516,533 (issued 5/14/96).

12. Urinary Bladder Submucosa Derived Tissue Graft, Patent #5,554,389 (issued 9/10/96).

13. Graft for Promoting Autogenous Tissue Growth, Patent #5,573,784 (issued 11/12/96).

14. Method of Repairing Bone Tissue, Patent #5,641,518 (issued 6/24/97).

15. Tissue Graft and Method for Urinary Urothelium Reconstruction Replacement, Patent #5,645,860 (issued 7/8/97).

16. Submucosa as a Growth Substrate for Islet Cells, Patent #5,695,998 (issued 12/9/97).

17. Large Area Submucosal Tissue Graft Constructs, Patent #5,711,969 (issued 1/27/98).

18. Method for Enhancing Functional Properties of Submucosal Tissue Graft Constructs, Patent #5,753,267 (issued 5/19/98).

19. Perforated Submucosal Tissue Graft Constructs, Patent #5,755,791 (issued 5/26/98).

20. Tissue Graft and Method for Urinary Tract Urothelium Reconstruction and Replacement, Patent #5,762,966 (issued 6/9/98).

21. Submucosa Gel as a Growth Substrate for Cells, Patent #5,866,414 (issued 2/2/99).

22. Large Area Submucosal Tissue Graft Constructs and Method for Making the Same, Patent #5,885,619 (issued 3/23/99).

23. Multilayered Submucosal Graft Constructs and Method for Making Same, Patent #5,955,110 (issued 9/21/99).

24. Method of Repairing Perforated Submucosal Tissue Graft Constructs, Patent #5,968,096 (issued 10/19/99).

25. Perforated Submucosal Tissue Graft Constructs, Patent #5,997,575 (issued 12/7/99).

26. Device and Method for Analyzing Tumor Cell Invasion of an Extracellular Matrix, Patent #6,087,157 (issued 7/11/00).

27. Myocardial graft constructs, Patent #6,096,347 (issued 8/1/00).

28. Stomach Submucosa Derived Tissue Graft, Patent #6,099,567 (issued 8/8/00).

29. Artificial Vascular Valves, Patent #6,126,686 (issued 10/3/00).

30. Tubular Submucosal Graft Constructs, Patent #6,187,039 (issued 2/13/01).

31. Composition and Method for Repairing Neurological Tissue, Patent #6,241,981 (issued 6/5/01).

32. Galactosidase Modified Submucosal Tissues, Patent #6,331,319 (issued 12/18/01).

33. Submucosa Extracts, Patent #6,375,989 (issued 4/23/02).

34. Biomaterial Derived from Vertebrate Liver Tissue, Application #6,379,710 (issued 04/30/2002).

35. Stent with Reduced Thrombogenicity, Patent #6,475,232 (issued 11/05/02).

36. Enhanced Submucosal Tissue Graft Constructs, Patent #6,485,723 (issued 11/26/02).

37. Composition and Method for Production of Transformed Cells, Patent #6,653,291 (issued 11/25/04).
38. Gastric Submucosal Tissue as a Novel Diagnostic Tool, Patent #6,696,270 (issued 2/24/04).

39. Biomaterial Derived from Vertebrate Liver Tissue, Patent #6,793,939 (issued 9/21/04).

40. Method for Vocal Cord Reconstruction, Patent #6,918,396 (issued 7/19/05).

41. Tissue Construct, Method of Making, and Method of Use Thereof, Patent Application #10/374,867 (U.S. Patent applied for 2/25/2003).

42. Decellularized Liver for Repair of Tissue and Treatment of Organ Deficiency, Patent Application #10/384,213 (U.S. Patent applied for 3/7/2003).

43. Scaffold for Cell Growth and Differentiation, Patent Application #10/383,833 (U.S. Patent applied for 3/7/2003).

44. Vascularization Enhanced Graft Constructs, Patent application #60/377,565 (U.S. Patent applied for 5/2/2003).

45. Extracellular Matrix Derived Gel, Patent application # (U.S Patent applied for 2/28/2008)

46. Conditioned Compositions for Tissue Restoration, Patent application #10/876,299 (U.S. Patent applied for 6/24/2004).

47. Tissue Regenerative Scaffolds, Patent Application #60/538,385 (U.S. Patent applied for 1/21/2004).

48. Injectable, Resorbable Biosynthetic Hybrid Materials, Patent Application #60/695,912 (U.S. Patent applied for 7/1/2005).

49. Extracellular Matrix Based Gastroesophageal Junction Reinforcement Device, Patent Application #60/757,086 (U.S. Patent applied for 1/6/2006).

50. Biologic Matrix for Cardiac Repair, Patent Application #60/928,761 (U.S. Patent applied for 5/11/2007).

51. Biohybrid Elastomeric Scaffolds and Methods of Use Thereof, Patent Application #11/825,540 (U.S. Patent applied for 7/6/2007).

52. Biomaterial Derived from Vertebrate Liver Tissue, Patent Application # 7,482,025 (issued 1/27/2009).

**Graduate Students:**

1. Paul Arciero. MS, (committee member). Resting Energy Expenditure and Energy Intake in Vegetarians and Nonvegetarian Males. May, 1987.

2. Melissa Gale Steiner. PhD, (committee member). Development of an Assay for the Detection of Hydroxyl Radicals in Tissue During Reperfusion Injury. 1989.

3. Wolfgang Janas. MS (committee member). Skeletal Muscle for Cardiac Assistance. 1991.

4. Sherry Voytik. MS (committee member). A Simple Electrical Model of the Human Circulatory System to Explore Design Parameters for a Skeletal Muscle Ventricle. August 1989. PhD (major professor). Thrombosis and Thrombolysis. 1992.

5. Art Coffey. MD-MS (committee member). Small Intestinal Submucosa as a Vascular Graft. 1989.

6. Clayton Holmes. MS (committee member). Rehabilitation After Anterior Cruciate Ligament Reconstruction. August, 1989.

7. Steven Salaris. PhD (committee member). Reperfusion Injury in the Liver. 1991.

8. Raj Singh. MS (committee member). Analysis of Superoxide Scavenging by Manganese Salts and Their Potential Use as Superoxide Dismutase Mimetics. August, 1991.

9. David Reuter. PhD (committee member). A New Model of Paraplegia Due to Spinal Cord Ischemia and Its Use to Investigate Iron Chelator Treatment. May, 1992

10. Michael Hiles. PhD (committee member, director of research). Biologic and Mechanical Properties of Small Intestinal Submucosa as a Tissue Graft. 1992.

11. Brian Ferrand. MS (committee member, director of research). Mechanical Properties of Small Intestinal Submucosa as a Tissue Graft. 1993.

12. Robert Tullius. MS (committee member, director of research). Mechanical Properties of Small Intestinal Submucosa as a Tissue Graft. 1995.

13. Jack Debes. Post Doctoral Fellow. Director of Research. Mechanical Testing of Biomaterials. 1995.

14. Jennifer Simon. MS, Committee Member. The Suture Retention Strength of Porcine Small-Intestinal Submucosa. April, 1995.

15. Joe Obermiller. MS, Committee Member. Physical and Mechanical Properties of Remodeled Myocardial Tissue Following ECM Scaffold Placement. December, 1996.

16. Jason Hodde. MS, Committee Member, Director of Research. 1994; Remodeling Characteristics of the Rabbit Achilles Tendon Complex Following Repair with Small Intestinal Submucosa. PhD, Major Professor, 1997.

17. Tim McPherson. Postdoctoral Fellow. December, 1995 through May, 1997.

18. Chad MacAlexander. MS, Committee Member. Mechanical Properties of Small Intestinal Submucosa: An ECM Scaffold for Tissue Engineering Applications. December, 1997.

19. Chris O'Keefe. MS, Committee Member. The Effect of External Stressors on the Remodeling of an Achilles Tendon Repair Augmented with Small Intestinal Submucosa. August, 1998.

20. Annie Liang. Postdoctoral Fellow. December, 1997 through February, 1999.

21. Rick Gemeinhart. PhD, Physical Pharmacy, Committee Member. Porosity of Polylactic Glycolic Acid Co-Polymers for Therapeutic Applications. 1999.

22. Neelam Paranjpe, MS, Mechanical Engineering, Committee Member. Study of Canine Prostate Vasculature. 1999.

23. Simon Hui, MS, Mechanical Engineering, Major Professor. The Evaluation of the Effect of Small Intestinal Submucosa on the Remodeling of Patellar Tendon Donor Sites in a Canine Model. August, 2000.

24. Glenn Gaudette, PhD, Biomedical Engineering, Committee Member. The Use of Spectral Imaging in Medicine. 2002.

25. Thomas Gilbert, PhD, Biomedical Engineering, Major Professor. *In Vitro* Remodeling of ECM Scaffolds by Fibroblasts and the Effect of Mechanical Loading. October, 2006.

26. Tiffany Sellaro, PhD, Biomedical Engineering, Major Professor. Liver-Derived ECM for Hepatic Tissue Engineering. 2008.

27. Donald Freytes, MS, Biomedical Engineering, Committee Member. Material Properties of Xenogeneic ECM Scaffolds. 2003; Biomedical Engineering PhD, Major Professor. "ECM gels as Scaffolds for Tissue Engineering." 2008.

28. Jolene Valentin, PhD, Biomedical Engineering, Major Professor. Material and Mechanical Properties of ECM Scaffolds. Expected 2009.

29. Ellen Brennan, PhD, Biomedical Engineering, Major Professor. Biologically Active Degradation Products of Mammalian Extracellular Matrix. Expected 2009.

30. Julie Myers-Irvin, Postdoctoral fellow. July 2005-2007.

31. Annie Lee, Postdoctoral fellow. July 2005-2007.

32. John Wainwright, PhD, Biomedical Engineering, Major Professor. Cardiac Extracellular Matrix as a Scaffold for Myocardial Repair and Reconstruction. Expected 2010.

33. Bryan Brown, PhD, Biomedical Engineering, Major Professor. Chitosan and Mammalian Extracellular Matrix as Biologic Scaffolds for Tissue Reconstruction. Expected 2010.

34. Allison Beattie, Postdoctoral fellow. November 2006 – 2008.

35. Noah Pappas, MS, Biomedical Engineering, Committee Member. Potential of a Bioscaffold to Enhance the Healing of the MCL Following a Mop-End Tear: An Animal Model Study. Expected 2007.

36. Faisal Shaikh, MD, External Assessor- University of Limerick. Effects of Physiological Stresses on Tissue-Engineered Vascular Grafts. 2008.

37. Kevin Cordero, MS, Biomedical Engineering, Major Professor. Expected 2010

38. Scott Zundel, MS, Biomedical Engineering, Committee Member.

39. Vineet Agrawal, MD/PhD, Medical Science Training Program. Expected 2011

40. Alan Boruch, Postdoctoral fellow. July 2007-2009.

41. Neil Turner, Postdoctoral fellow. August 2007-2009

42. Jinhong Zhu, PhD, Committee Member. Novel Approaches to Improve Skeletal Muscle Healing through Inhibition of Myostatin or Overexpression of Follistatin. October 2007

43. Kerry Daly, Postdoctoral fellow. July 2008 – 2010.

44. Ricardo Londono, MD/PhD student. Ph.D expected 2014. MD expected 2016.

45. Chris Medberry, Cellular and Organ track program. Expected May 2012.

46. Matthew Wolf, Bioengineering Ph.D student. Expected May 2012.

47. William Chen, Ph.D. student. Committee Member 2008-2009.

48. Siuwah Tang, Ph.D. student. Committee Member 2009.

**<u>Graduate Teaching Activities</u>**

1. Scaffolds for Regenerative Medicine (BIOENG 3015)

Updated 5/21/2009

Taught every other year.

**<u>Service Activities – Advisory Board Activities:</u>**

1. Member of the Committee on the Bioengineering, Biotechnology and Imaging section of the National Commission on Digestive Disorders.

2. Editorial Board Member of Biomaterials, 2007

3. Editorial Board Member of Recent Patents on Biomedical Engineering, 2007

4. Evaluation of Swedish Research in Biomedical Engineering - Expert Panel Member, January 2006

5. National Institutes of Health – Special Emphasis Study Section, ad hoc 2006, 2007

6. National Institutes of Health – F31/F32 Study Section, ad hoc 2006, 2007

7. National Institutes of Health - Bioengineering, Technology, and Surgical Sciences (BTSS) Study Section Chairperson, July 1, 2004 – June 30, 2006

8. National Institutes of Health - Bioengineering, Technology, and Surgical Sciences (BTSS) Study Section, 2002 - 2004

9. National Institutes of Health - Surgery and Bioengineering Study Section, ad hoc 1997-2002

10. National Institutes of Health - SBIR Study Section/Chair; 1995 - 2002

11. National Institutes of Health - Cardiovascular Study Section - Ad Hoc Member; 1997 - present

12. DARPA – ad hoc member of Review Committee; 2000 – present

13. Cells, Tissues, Organs – Associate Editor; 2004 - present

14. Member at Large. North American Tissue Engineering and Regenerative Medicine Society; 2003-2008

15. Food and Drug Administration – Advisory Board Member for Tissue Engineered Heart Valves; October 2003 - 2007

16. Consultant to Coloplast. 2005 – 2007

17. Biomaterials- Editorial Board; 2007- Present

18. *Journal Reviewer:*
    Circulation
    American Society for Artificial Internal Organs Journal
    Biomaterials
    Journal of Bone and Joint Surgery
    Journal of Biomedical Materials Research

Updated 5/21/2009

Journal of Surgical Research
Tissue Engineering
Journal of Urology.
Biomacromolecules
Annals of Surgery
Medicinal Research Reviews

19. *Scientific Advisory Board Member*:
HistoGen (Chair 2007-present)
Revivicor (2006 – present)
InMotion Musculoskeletal Institute (2006 – present)
Humacyte Scientific Advisory Board (2005 – present)
Tengion (2005 – present)
Guidant Corporation (2003 – 2004)
ACell, Inc. (2002-2005)
DePuy, Inc. (1994-2005)
Genesis Orthopaedics (1997 – 1999)
Cook Biotech, Inc (1995-1998, Chair 1995-1996)
Sentron Medical Ventures (Chair 1994 – 1997).

20. Member of Joint Faculty Committee. Biomedical Engineering Graduate Degree Program, Purdue University 1996 to 2002

21. Chair, Purdue University Tissue Engineering Advisory Board, 1997 to 2002

22. Member of Committee on the Use of Human Research Subjects, Purdue University 1997

**Books Reviewed:**

1. Transformed Muscle for Cardiac Assist and Repair. R.C.-J. Chiu and I.M. Bourgeois, eds. Futura Publishing Co, Mt. Kisko, NY, 332 pgs. *Pace* 1990; 13:1476.

2. Pediatric Emergencies. W.B. Saunders, Inc. Philadelphia, PA.

3. Practical Fracture Treatment. McRae, Ronald. Churchill Livingstone 1995

**Abstracts and Presentations at Scientific Meetings (Partial List - last 3 years; only 1st author or presenter are listed):**

1. AATB Conference. "Xenogeic Biologic Scaffold Materials for Tissue and Organ Reconstruction." March 30, 2009. Orlando, Florida.

2. GTECH Regen Workshop. "Biologic Scaffolds for Tissue Reconstruction: The Effect of a Cellular Component upon the host response." March 7, 2009. Hilton Head, SC.

3. AAOS Meeting. "ECM Scaffold for Tendon Repair: Biologic and Immunologic Mechanisms." February 26, 2009. Las Vegas, Nevada.

4. Mas Chiga Lectureship. "Regenerative Medicine". February 19, 2009. Kansas City.

160. Freytes, D. O., Tullius, R. S., Valentin, J. E., Stewart-Akers, A. M., **Badylak, S. F.** Hydrated vs Lyophilized forms of Porcine Extracellular Matrix Derived from the Urinary Bladder. *JBMR:a*. (in press).
161. Gilbert, T. W., Stewart-Akers, A. M., **Badylak, S. F.** A Quantitative Method for Evaluating the Degradation of Biologic Scaffold Materials. *Biomaterials*, 2007. **28**:147-150.
162. Brune T, Borel A, Gilbert TW, Franceschi JP, **Badylak SF**, Sommer P: In vitro comparison of human fibroblasts from intact and ruptured ACL for use in tissue engineering. *Euro Cell Mater J*. 2007 Dec 17;14:78-91.
163. Ota, T., Gilbert, T. W., **Badylak, S. F.**, Schwartzman, D., Zenati, M. A. Electromechanical Characterization of a Tissue-Engineered Myocardial Patch Derived from Extracellular Matrix. *J Thorac Cardiovasc Surg*. 2007 Apr **133**(4):979-985.
164. Borovetz, H.S., **Badylak, S.F.**, Boston, J.R., Johnson, C., Kormos, R., Kameneva, M.V., Simaan, M., Snyder, T.A., Tsukui, H., Wagner, W.R., Woolley, J., Antaki, J., Diao, C., Vandenberghe, S., Keller, B., Morell, V., Wearden, P., Webber, S., Gardiner, J., Li, C.M., Paden, D., Paden, B., Snyder, S., Wu, J., Bearnson, G., Hawkins, J.A., Jacobs, G., Kirk, J., Khanwilkar, P., Kouretas, P.C., Long, J., Shaddy, R. E. Towards the Development of a Pediatric Ventricular Assist Device. *Cell Transplantation*, 2006. **15** [suppl I] (12):69-74.
165. Gilbert, T.W., Stewart-Akers, A.M., Sydeski, J., Nguyen, T.D, **Badylak, S.F.**, Woo, S.L. Gene Expression by Fibroblasts Seeded on Small Intestinal Submucosa and Subjected to Cyclic Stretching. *Tissue Engineering*, 2007, **13**(6):1313-23.
166. Stankus, J.J., Freytes, D.O., **Badylak, S.F.**, Wagner, W.R. Hybrid Nanofibrous Scaffold from Electrospinning of a Synthetic Elastomer and Urinary Bladder Matrix. *J Biomater Sci Polym Edn*. 2008 19(5):635-652.
167. Freytes, D.O., Stoner, R., **Badylak, S.F.** Uniaxial and Biaxial Properties of Terminally Sterilized Porcine Urinary Bladder Matrix. *JBMR-B* 2008 Feb; 84(2): 408-14.
168. Sellaro, T.L., Ravindra, A.K., Beer-Stoltz, D., **Badylak, S.F.** Maintenance of Hepatic Endothelial Cell Phenotype In Vitro Using Organ-Specific Extracellular Matrix Biologic Scaffolds. *Tissue Engineering.* 2007 Sep;13(9):2301-10
169. **Badylak, S.F.** The Extracellular Matrix as a Biologic Scaffold Material. *Biomaterials*, 2007. **28**:3587-3593.
170. Marra, K.G.; DeFail, A.J.; Clavijo-Alvarez, J.A.; **Badylak, S.F.**; Taieb, A.; Schipper, B.; Bennett, J.; Rubin, J.P. FGF-2 Enhances Vascularization for Adipose Tissue Engineering. *Plastic Recon. Surg* 2008 Apr; 121(4):1153-64.
171. Gilbert, T.W., Nieponice, A., Spievack, A., Holcomb, J., Gilbert, S., **Badylak, S.F.** Repair of the Thoracic Wall with an Extracellular Matrix Scaffold in a Canine Model. *J. Surg Res*. 2008. June 1;147(1):61-7.
172. Kelly, D. J., Rosen, A. B., Schuldt, A. J.T., Koshupura, P. V., Doronin, S. V., Potapova, I. A., Azeloglu, E. U., **Badylak, S.F.,** Brink, P. R., Cohen, I. S., Gaudette, G. R. Increased Myocyte Content and Mechanical Function Within a Tissue Engineered Myocardial Patch Following Implantation. *Tissue Engineering.* (in press)
173. Freytes, D.O., Martin, J., Velankar, S.S., Lee, A.S., **Badylak, S.F.** Preparation and Rheological Characterization of a Gel Form of the Porcine Urinary Bladder Matrix. *Biomaterials,* 2008 **29:**1630-1637.
174. Gilbert, T. W., **Badylak, S. F.,** Gusenhoff, J., Beckman, E. J., Clower, D. M., Daly, P., Rubin, J. P. Lysine-Derived Urethane Surgical Adhesive Prevents Seroma Formation in a Canine Abdominoplasty Model. *Plastic and Reconstructive Surgery* 2008 Jul;122(1):95-102.
175. Gilbert, T. W., Freund, J. M., **Badylak, S. F.** Quantification of DNA in Biologic

5. EWI War Symposia. "Tissue Regeneration vs. Tissue Repair: A Biologic Scaffold Based Approach." January 22, 2009. Washington DC.

6. AFIRM Conference. "A Blastema-like Approach to Mammalian Lim and Digit Reconstruction". January 14, 2009. St. Pete Beach, Florida.

7. GTEC Celebration. "Tissue Engineering/Regenerative Medicine: Where have we been? Where are we going?" January, 13, 2009. Atlanta, Georgia.

8. TERMIS NA Session Chair. "A Blastema-like Approach to Mammalian Tissue Regeneration." December 8, 2008. San Diego, California.

9. New Jersey Chapter of The American Academy of Orthotists & Prosthetists. "Limb Regeneration: From Newts to Humans." November 13, 2008.

10. 9th NJ Symposium on Biomaterials Science & Regenerative Medicine. "Biologic Scaffolds for Regenerative Medicine." October 29, 2008.

11. Pop!Tech. "Regenerative Medicine: Can humans act like salamanders?" October 24, 2008. Camden, Maine.

12. AABB Conference. "Scaffold based therapies for clinical applications." October 4, 2008. Montreal, Canada.

13. Understanding Aging Conference. "Regenerative Medicine and Aging." June 29, 2008. UCLA, Los Angeles, California.

14. Tissue Engineering Workshop, Rikshospitalet University Hospital. "Biologic Scaffolds as Inductive Templates for Tissue Reconstruction." June 4, 2008. Oslo, Norway.

15. Grand Rounds Lecturer, University of Wisconsin. "Biologic Scaffolds for Orthopaedic and Trauma Applications." May 14, 2008. Madison, WI.

16. Irving Zachary Fund for Medical Education Lecture, New Jersey Medical School. "Biologic Templates for Tissue Reconstruction." April 24, 2008. Newark, NJ.

17. Regenerative Medicine Advancing to Next Generation Therapies, Invited Lecturer, Georgia Tech. "From Lizards to Limbs: A Regenerative Medicine Approach to Digit Reconstruction." March 12, 2008. Hilton Head Island, SC.

18. C.R. Bard Global R&D Meeting, Invited Lecturer. "Biologic Scaffolds: Medical Devices? Or Inductive Templates for Tissue Reconstruction?" March 10, 2008. Palm Springs, CA.

19. Biologic Scaffolds for Regenerative Medicine: 5th Symposium, Host, McGowan Institute For Regenerative Medicine. "Mechanisms of Tissue Reconstruction with Biologic Scaffolds." February 15, 2008. Phoenix, AZ.

20. Stem Cell Symposium invited lecturer, University of Florida. "Regenerative Medicine: Today and Tomorrow." December 14, 2007. Amelia Island, FL.

21. Grand Rounds Lecturer "Reconstruction of the GI Tract." November 1, 2007. Houston, TX.

22. Biointerface 2007 Workshop. "Mechanisms of Biologic Scaffold Remodeling: The Host Biomaterial Interface." October 29, 2007. San Mateo, CA.

23. University of Alberta invited lecturer. "Extracellular Matrix for the Biologic Scaffold for Regenerative Medicine." September 25, 2007. Edmonton, AB, Canada.

24. WPI Symposium invited lecturer. "Biologic Scaffold for Tissue Reconstruction: Mechanisms of Remodeling." September 20, 2007. Worchester, MA.

25. TERMIS Meeting, Regents College. "Biologic Scaffold Structure Vs. Composition: Which is More Important?" September 6, 2007. London, UK.

26. BITEG Meeting, Waterton Park Hotel. "Extracellular Matrix as a Naturally Occurring Biologic Scaffold for Regenerative Medicine Applications." August 30, 2007. West Yorkshire, England.

27. National Materials Advisory Board, Biomedical Engineering Materials and Applications (BEMA); Polymer Therapeutics Meeting invited lecturer. "Overview of Bioactive Polymer Scaffolds", July 12, 2007. Providence, RI.

28. Termis Council Meeting¸ University of Toronto. "In Vivo Remodeling of ECM Scaffolds as a Function of Macrophage Phenotype." June 14, 2007. Toronto, Canada.

29. University of Limerick invited lecturer. "Mechanism of Scaffold Remodeling for Regenerative Medicine Applications." May 31, 2007. Limerick, Ireland.

30. Washington Convention Center invited lecturer. "From Intestine to Medical Device to Regenerative Medicine: A Perspective on a Biologic Scaffold." May 22, 2007. Washington, DC.

31. Bio International 2007 Convention. "Tissue Engineering – A Clinician's Challenge". May 8, 2007. Boston, MA.

32. Experimental Biology Annual Meeting. "The Extracellular Matrix as a Scaffold for Regenerative Medicine." May 1, 2007. Washington, DC.

33. Society for Biomaterials. "Strategies for Commercialization of Regenerative Medicine." April 20, 2007. Chicago, Illinois.

34. Vascular Matrix Biology and Bioengineering Workshop. "Extracellular Matrix in Regenerative Medicine and Tissue Engineering." March 15, 2007. Whistler, British Columbia.

35. The Annual Hilton Head Workshop. "The Recruitment of Multi-Potential Progenitor Cells to Sites of Tissue Remodeling." March 10, 2007. Hilton Head, South Carolina.

36. ORS Workshop. "Non-Autologous ECM for Orthopedic Soft Tissue Reconstruction." February 11, 2007. San Diego, California.

37. ISL&T Conference. "Prediction of Tendon Remodeling Based Upon Mono Nuclear Macrophage Phenotype." February 10, 2007. San Diego, California.

38. Regenerative Rehabilitation Workshop at the Walter Reed Medical Center. "The Extracellular Matrix as a Biologic Scaffold for Wound Repair and Tissue Reconstruction." February 2, 2007. San Antonio, Texas.

39. JDRF / RBCF Team Meeting. "Extracellular Matrix (ECM) Scaffolds for Beta Cell Regeneration." January 16, 2006. San Pedro, California.

40. IDEA League Summer School. "The Extracellular Matrix as a Biologic Scaffold for Regenerative Medicine / Tissue Engineering Applications." September 20, 2006. Ascona, Switzerland.

41. JSPS Core to Core Program 2nd International Symposium. "The Extracellular Matrix as an Inductive Scaffold for Regenerative Medicine." September 14, 2006. Tokyo, Japan.

42. Wound Healing and Technology Symposium (WHAT I). "A Regenerative Medicine Approach to Wound Healing." August 28, 2006. Seattle, Washington.

43. Biointerfaces Meeting. "Scientific Challenges of Biomaterials and Biointerfaces." August 24, 2006. Goteborg, Sweden.

44. Ninth Biennial Phonosurgery Symposium. "Regeneration of Vocal Fold Tissue" and "Emerging Concepts in Tissue Engineering." July 6, 2006. Madison, Wisconsin.

45. University of Utah Seminar. "Extracellular Matrix as a Biologic Scaffold." June 26, 2006. Salt Lake City, UT.

46. Restore™ Symposium. "Mechanisms of Restore™ Remodeling and Clinical Applications." June 21, 2006. Basel, Switzerland.

47. The Joan and Sanford I. Weill Medical College of Cornell University Seminar. "Extracellular Matrix as a Biologic Scaffold." May 8, 2006. New York, NY.

48. The Wistar Institute Seminar. "Extracellular Matrix as a Biologic Scaffold. May 2, 2006. Philadelphia, PA.

49. Regenerate World Congress on Tissue Engineering and Regenerative Medicine. "Mammalian Immune Response to Xenogeneic Biologic Scaffolds Composed of Ectracellular Matrix" and "Tissue Engineering and Regenerative Medicine in the Clinic I." April 26, 2006. Pittsburgh, PA.

50. Cleveland Clinic Foundation Cell Biology Seminar Series. "Biologic Scaffolds for Tissue Reconstruction." April 7, 2006. Cleveland, OH.

51. Petit Institute Bioengineering Seminar Series. "Mechanisms by Which ECM Scaffolds Promote Tissue Remodeling" and "Regenerative Medicine: From Benchtop to Bedside and Back" March 31, 2006 and April 1, 2006. Atlanta, GA.

52. International Symposium on Ligaments & Tendons–VI Meeting. "The Role of Biologically Active Degradation Products During the Remodeling of Scaffolds Composed of Extracellular Matrix" March 18, 2006. Chicago, IL.

53. AANS/CNS Section on Disorders of the Spine and Peripheral Nerves Annual Meeting. "Motion Maintenance and Disc Regeneration" March 15, 2006. Lake Buena Vista, FL.

54. 10th Annual Hilton Head Workshop and 2nd Biennial Heart Valve Meeting entitled, "Advances in Tissue Engineering and Innovative Technologies for the Treatment of Heart Valve Disease". "Choice of Scaffold" and "Scaffold Materials for Heart Valve Replacement" March 1, 2006 and March 4, 2006. Hilton Head, SC.

55. Information Meeting of the Health Sciences Committee of the Board of Trustees of the University of Pittsburgh. "Regenerative Medicine" February 23, 2006. Pittsburgh, PA.

56. US-Egyptian Tissue Engineering/Regenerative Medicine Workshop. "Extracellular Matrix" and "Tissue Engineering Applications of SIS." January 30, 2006 and February 1, 2006. Cairo, Egypt.

**Symposia:**

1. Chairman ECM Symposium, Orlando, FL, December, 1996; and Orlando, FL, December, 1998; Orlando, FL, November, 2000; Phoenix, AZ, December, 2002; Phoenix, AZ, February, 2008.

**Theses:**

1. Master's Thesis: Aggregometer Studies and Platelet Function in the Dog. May, 1978.

2. Doctoral Thesis: Clinicopathologic and Morphologic Alterations in Naturally-Occurring Hepatic Disease and Experimentally-Induced Glucocorticoid Hepatopathy in the Dog. August, 1981.

**Book Chapters, Editorials, and Invited Publications:**

1. Coagulation Disorders and Liver Disease. Veterinary Clinics of North America. Vol. 18:1 (January) 1988, pp. 87-93.

2. Small Intestinal Submucosa (SIS): a Smart Tissue Biomaterial Conducive to Remodeling. In *Tissue Engineering: Current Perspectives* Bell E (ed.). Burkhauser Publishers, Cambridge, MA; (April) 1993, pp. 179-189.

3. Regenerative Bladder Augmentation: A Review of the Initial Preclinical Studies with Porcine Small Intestinal Submucosa. In *Muscle, Matrix, and Bladder Function*. Zderic S (ed.). Plenum Press, New York, NY, 1995, pp. 229-235.

4. Preparation of Collagen-Based Scaffold Materials for Tissue Engineering. In *Methods of Tissue Engineering*. Atala A and Lanza R (eds.). Academic Press, San Diego, CA, 2000; Chapter 42, pp. 505-514.

5. The Extracellular Matrix as a Substrate for Stem Cell Growth and Development and Tissue Repair. Burt R (ed.). Landes Bioscience, 2004; Chapter 13, pp 87-91.

6. The Extracellular Matrix as a Scaffold for Tissue Reconstruction. Encyclopedia of Biomaterials and Biomedical Engineering. Bowlin G and Wnek G (eds.). Marcel Dekker, New York, NY, 2004; pp. 561-567.

7. Badylak, S.F. Regenerative Medicine Approach to Heart Valve Replacement. *Circulation*. 2005. 111(21):2715-6.

8. Freytes, D.O. and Badylak, S.F. Sterilization of Biologic Scaffold Materials. In *The Encyclopedia of Medical Devices and Instrumentation*. Webster, J. (ed.). John Wiley & Sons, Inc., Hoboken, NJ, 2006. pp. 273 – 282.

9. Badylak, S.F., Gilbert, T.W., Nieponice, A. Tissue Engineering of the Esophagus. In *The Encyclopedia of Biomaterials and Biomedical Engineering*. Bowlin G and Wnek G (eds.). Marcel Dekker, New York, NY. 2006. pp. 1-6.

10. Badylak, S. F., Gilbert, T. W., Myers-Irvin, J. The Extracellular Matrix as a Biologic Scaffold for Tissue Engineering. In *Tissue Engineering*. van Blitterswijk, Clemens, Thomsen, Peter, Lindahl, Andes, Hubbell, Jeffrey, Williams, David, Cancedda, Ranieri, de Bruijn, Joost, and Sohier, Jerome (eds.). Elsevier, San Diego, CA. 2008. pp. 121-143.

11. Badylak, S. F., Basamania, C. Soft Tissue Reconstruction with Restore™ - A Biologic Scaffold. In *Atlas of Clinical, Imaging, Pathological and Shoulder Rehabilitation.* Idelson-Gnocchi, Naples, Italy, 2006. pp.197-207.

12. Badylak S.F. Biologic Scaffold Materials for Orthopaedic Soft Tissue Reconstruction. In Pietrzak WS, Epperly, B. L., ed. *Musculoskeletal Tissue Regeneration: Biological Materials and Methods*. Pietrzak, William S. (ed.). Humana Press, Totowa, NJ 2008. pp. 443-457.

13. Badylak, S.F. Naturally Occurring Scaffold Materials for Regenerative Medicine. In *Principles of Regenerative Medicine.* Atala, A., Lanza, R., Thomson, J.A., Nerem, R.M.Elsevier, San Diego, CA., 2008. pp. 594-603.

14. Badylak, S.F., Myers-Irvin, J.M. The Extracellular Matrix as a Biologic Scaffold for Wound Healing in Veterinary Medicine. In *Equine Wound Management, Second Edition*. Theoret, C.L., Stashak, T.S. (eds.) Blackwell Publishing, Ames, IA. 2008. pp. 161- 174.

15. Badylak, S.F., Russell, A.J. The History of Regenerative Medicine. In *Biomedical Strategies in Regenerative Medicine: from Basic Science to Technology*. Santin, M (ed) Springer, New York, NY. 2009. Pp. 1-13.

16. Badylak, S.F. and Gilbert, T.W. Tracheal Replacement with Cryopreserved, Decellularized or Glutaraldehyde Treated Aortic Allografts. (Commentary). *The Annals of Thoracic Surgery*. 2009. 2009 Mar;87(3):868.

17. Badylak, S. F., Ogilvie, J.B., and Gilbert T. W. Functional Tissue Reconstruction with the Use of Biologic Scaffolds. *Stem Cell Therapy for Diabetes.* Efrat, S. (ed) Springer. (submitted March 2009).

Updated 5/21/2009

**Publications:**

1. **Badylak, S.F.**, Hemolytic anemia in the dog. *Compendium for Continuing Education*, 1980. **2**:685-692.
2. **Badylak, S.F.** and J.F. Van Vleet, Alterations of prothrombin time and activated partial thromboplastin time in dogs with hepatic disease. *Am J Vet Res*, 1981. **42**(12):2053-6.
3. **Badylak, S.F.** and J.F. Van Vleet, Sequential morphologic and clinicopathologic alterations in dogs with experimentally induced glucocorticoid hepatopathy. *Am J Vet Res*, 1981. **42**(8):1310-8.
4. **Badylak, S.F.**, A pathophysiologic approach to the diagnosis of hemolytic anemia in the dog. *Compendium for Continuing Education*, 1981. **3:**827-833.
5. **Badylak, S.F.** and J.F. Van Vleet, Tissue gamma-glutamyl transpeptidase activity and hepatic ultrastructural alterations in dogs with experimentally induced glucocorticoid hepatopathy. *Am J Vet Res*, 1982. **43**(4):649-55.
6. **Badylak, S.F.**, Coagulopathies associated with hepatic disease. *California Veterinarian*, 1982. **2**:14-17.
7. Van Vleet, J.F., V.J. Ferrans, and **S.F. Badylak**, Effect of thyroid hormone supplementation on chronic doxorubicin (adriamycin)-induced cardiotoxicity and serum concentrations of T3 and T4 in dogs. *Am J Vet Res*, 1982. **43**(12):2173-82.
8. **Badylak, S.F.**, W.J. Dodds, and J.F. Van Vleet, Plasma coagulation factor abnormalities in dogs with naturally occurring hepatic disease. *Am J Vet Res*, 1983. **44**(12):2336-40.
9. **Badylak, S.F.**, Congenital multifocal hemangiosarcoma in a stillborn calf. *Vet Pathol*, 1983. **20**(2):245-7.
10. **Badylak, S.F.**, S.R. Ash, J.A. Thornhill, and D.J. Carr, Doppler ultrasonic detection of particulate release during hemodialysis with cellulose hollow-fiber and sorbent suspension reciprocating dialyzers. *Artif Organs*, 1984. **8**(2):220-3.
11. Winterfield, R.W., H.L. Thacker, and **S.F. Badylak**, Effects of subtype variations in the Holland strain of infectious bronchitis virus when applied as a vaccine. *Poult Sci*, 1984. **63**(2):246-50.
12. **Badylak, S.F.**, C.F. Babbs, T.M. Skojac, W.D. Voorhees, and R.C. Richardson, Hyperthermia-induced vascular injury in normal and neoplastic tissue. *Cancer*, 1985. **56**(5):991-1000.
13. **Badylak, S.F.**, J.F. Van Vleet, E.H. Herman, V.J. Ferrans, and C.E. Myers, Poikilocytosis in dogs with chronic doxorubicin toxicosis. *Am J Vet Res*, 1985. **46**(2):505-8.
14. **Badylak, S.F.**, C.F. Babbs, C. Kougias, and K. Blaho, Effect of allopurinol and dimethylsulfoxide on long-term survival in rats after cardiorespiratory arrest and resuscitation. *Am J Emerg Med*, 1986. **4**(4):313-8.
15. **Badylak, S.F.**, K.B. Kern, W.A. Tacker, G.A. Ewy, W. Janas, and A. Carter, The comparative pathology of open chest vs. mechanical closed chest cardiopulmonary resuscitation in dogs. *Resuscitation*, 1986. **13**(4):249-64.
16. **Badylak, S.F.** and C.F. Babbs, The effect of carbon dioxide, lidoflazine and deferoxamine upon long term survival following cardiorespiratory arrest in rats. *Resuscitation*, 1986. **13**(3):165-73.
17. **Badylak, S.F.**, A. Simmons, J. Turek, and C.F. Babbs, Protection from reperfusion injury in the isolated rat heart by postischaemic deferoxamine and oxypurinol administration. *Cardiovasc Res*, 1987. **21**(7):500-6.

18. Kern, K.B., A.B. Sanders, **S.F. Badylak**, W. Janas, A.B. Carter, W.A. Tacker, and G.A. Ewy, Long-term survival with open-chest cardiac massage after ineffective closed-chest compression in a canine preparation. *Circulation*, 1987. **75**(2):498-503.
19. **Badylak, S.F.**, S. Voytik, R.E. Klabunde, J. Henkin, and M. Leski, Bolus dose response characteristics of single chain urokinase plasminogen activator and tissue plasminogen activator in a dog model of arterial thrombosis. *Thromb Res*, 1988. **52**(4):295-312.
20. **Badylak, S.F.**, E. Poehlman, C. Williams, R.E. Klabunde, J. Turek, and W. Schoenlein, Simple canine model of arterial thrombosis with endothelial injury suitable for investigation of thrombolytic agents. *J Pharmacol Methods*, 1988. **19**(4):293-304.
21. **Badylak, S.F.**, Coagulation disorders and liver disease. *Vet Clin North Am Small Anim Pract*, 1988. **18**(1):87-93.
22. **Badylak, S.F.**, W.D. Voorhees, 3rd, C.F. Babbs, and A. Simmons, The effectiveness of postischemic oxypurinol administration upon myocardial function in the isolated rat heart. *Resuscitation*, 1988. **16**(1):31-43.
23. Klabunde, R.E., C.C. Hemenway, S.J. Mohrman, J. Henkin, and **S.F. Badylak**, Optimizing the bolus/infusion ratio for intravenous administration of urokinase in dogs. *Thromb Res*, 1988. **50**(6):857-64.
24. Poehlman, E.T., P.J. Arciero, C.L. Melby, and **S.F. Badylak**, Resting metabolic rate and postprandial thermogenesis in vegetarians and nonvegetarians. *Am J Clin Nutr*, 1988. **48**(2):209-13.
25. Poehlman, E.T., C.L. Melby, and **S.F. Badylak**, Resting metabolic rate and postprandial thermogenesis in highly trained and untrained males. *Am J Clin Nutr*, 1988. **47**(5):793-8.
26. **Badylak, S.F.**, G.C. Lantz, A. Coffey, and L.A. Geddes, Small intestinal submucosa as a large diameter vascular graft in the dog. *J Surg Res*, 1989. **47**(1):74-80.
27. **Badylak, S.F.**, L. Stevens, W. Janas, M.H. Gray, L.A. Geddes, and W.D. Voorhees, 3rd, Cardiac assistance with electrically stimulated skeletal muscle. *Med Biol Eng Comput*, 1989. **27**(2):159-62.
28. Kern, K.B., M.A. Elchisak, A.B. Sanders, **S.F. Badylak**, W.A. Tacker, and G.A. Ewy, Plasma catecholamines and resuscitation from prolonged cardiac arrest. *Crit Care Med*, 1989. **17**(8):786-91.
29. McCallum, T., **S.F. Badylak**, J.F. Van Vleet, and W.M. Reed, Furazolidone-induced injury in the isolated perfused chicken heart. *Am J Vet Res*, 1989. **50**(7):1183-5.
30. Poehlman, E.T., C.L. Melby, **S.F. Badylak**, and J. Calles, Aerobic fitness and resting energy expenditure in young adult males. *Metabolism*, 1989. **38**(1):85-90.
31. Stevens, L., **S.F. Badylak**, W. Janas, M. Gray, L.A. Geddes, and W.D. Voorhees, 3rd, A skeletal muscle ventricle made from rectus abdominis muscle in the dog. *J Surg Res*, 1989. **46**(1):84-9.
32. **Badylak, S.F.**, G.C. Lantz, and M. Jeffries, Prevention of reperfusion injury in surgically induced gastric dilatation-volvulus in dogs. *Am J Vet Res*, 1990. **51**(2):294-9.
33. **Badylak, S.F.**, M. Hinds, and L.A. Geddes, Comparison of three methods of electrical stimulation for converting skeletal muscle to a fatigue resistant power source suitable for cardiac assistance. *Ann Biomed Eng*, 1990. **18**(3):239-50.
34. **Badylak, S.F.**, J.E. Wessale, L.A. Geddes, and W. Janas, Optimization of pulse train duration for the electrical stimulation of a skeletal muscle ventricle in the dog. *Ann Biomed Eng*, 1990. **18**(5):467-78.
35. **Badylak, S.F.** and W.D. Voorhees, Summary statement of the first Purdue conference on skeletal muscle use for cardia assitance. *Journal of Heart Transplantation*, 1990. **9**:145.

36. Geddes, L.A., J.L. Wessale, **S.F. Badylak**, W. Janas, W.A. Tacker, and W.D. Voorhees, The use of an electrically activated valve to control preload and provide maximal muscle blood flow with a skeletal-muscle ventricle. *Pacing Clin Electrophysiol*, 1990. **13**(6):783-95.
37. Geddes, L.A., **S.F. Badylak**, J. Wessale, W. Janas, J.D. Bourland, W.A. Tacker, and L. Stevens, The use of electrically stimulated skeletal muscle to pump blood. *Pacing Clin Electrophysiol*, 1990. **13**(3):344-62.
38. Lantz, G.C., **S.F. Badylak**, A.C. Coffey, L.A. Geddes, and W.E. Blevins, Small intestinal submucosa as a small-diameter arterial graft in the dog. *J Invest Surg*, 1990. **3**(3):217-27.
39. Voytik, S., **S.F. Badylak**, S. Burke, R.E. Klabunde, J. Henkin, and A. Simmons, The protective effect of heparin in a dog model of rethrombosis following pharmacologic thrombolysis. *Thromb Haemost*, 1990. **64**(3):438-44.
40. Voytik, S.L., C.F. Babbs, and **S.F. Badylak**, Simple electrical model of the circulation to explore design parameters for a skeletal muscle ventricle. *J Heart Transplant*, 1990. **9**(2):160-74.
41. Babbs, C.F., M.D. Cregor, J.J. Turek, and **S.F. Badylak**, Endothelial superoxide production in the isolated rat heart during early reperfusion after ischemia. A histochemical study. *Am J Pathol*, 1991. **139**(5):1069-80.
42. Babbs, C.F., M.D. Cregor, J.J. Turek, and **S.F. Badylak**, Endothelial superoxide production in buffer perfused rat lungs, demonstrated by a new histochemical technique. *Lab Invest*, 1991. **65**(4):484-96.
43. **Badylak, S.F.**, S.L. Voytik, J. Henkin, S.E. Burke, A.A. Sasahara, and A. Simmons, Enhancement of the thrombolytic efficacy of prourokinase by lys-plasminogen in a dog model of arterial thrombosis. *Thromb Res*, 1991. **62**(3):115-26.
44. **Badylak, S.F.**, The potential power output for skeletal muscle to provide cardiac assistance. *Semin Thorac Cardiovasc Surg*, 1991. **3**(2):116-8.
45. **Badylak, S.F.**, S.L. Voytik, J. Henkin, S. Burke, A.A. Sasahara, and A. Simmons, The beneficial effect of lys-plasminogen upon the thrombolytic efficacy of urokinase in a dog model of peripheral arterial thrombosis. *Haemostasis*, 1991. **21**(5):278-85.
46. Geddes, L.A. and **S.F. Badylak**, Power capability of skeletal muscle to pump blood. *ASAIO Trans*, 1991. **37**(1):19-23.
47. Kern, K.B., A.B. Sanders, W. Janas, J.R. Nelson, **S.F. Badylak**, C.F. Babbs, W.A. Tacker, and G.A. Ewy, Limitations of open-chest cardiac massage after prolonged, untreated cardiac arrest in dogs. *Ann Emerg Med*, 1991. **20**(7):761-7.
48. Poehlman, E.T., C.L. Melby, and **S.F. Badylak**, Relation of age and physical exercise status on metabolic rate in younger and older healthy men. *J Gerontol*, 1991. **46**(2):B54-8.
49. Tacker, W.A., Jr., L.A. Geddes, W. Janas, C.F. Babbs, and **S.F. Badylak**, Comparison of canine skeletal muscle power from twitches and tetanic contractions in untrained muscle: a preliminary report. *J Card Surg*, 1991. **6**(1 Suppl):245-51.
50. Wessale, J.L., L.A. Geddes, **S.F. Badylak**, W.A. Tacker, and W. Janas, Pumping capabilities of the latissimus dorsi and rectus abdominis muscles wrapped around a valved pouch in a mock circulatory system. *ASAIO Trans*, 1991. **37**(4):615-9.
51. Wessale, J.L., L.A. Geddes, **S.F. Badylak**, and W. Janas, Use of electrical impedance for continuous measurement of stroke volume of a skeletal muscle-powered cardiac assist device. *Med Biol Eng Comput*, 1991. **29**(2):207-11.
52. Babbs, C.F., M.D. Cregor, and **S.F. Badylak**, Histochemical demonstration of endothelial superoxide and hydrogen peroxide generation in ischaemic and reoxygenated rat tissues. *Cardiovasc Res*, 1992. **26**(6):593-602.
53. **Badylak, S.F.**, J. Henkin, S.E. Burke, and A.A. Sasahara, New developments in thrombolytic therapy. *Adv Pharmacol*, 1992. **23**:227-62.

54. **Badylak, S.F.**, J.E. Wessale, L.A. Geddes, W.A. Tacker, and W. Janas, The effect of skeletal muscle ventricle pouch pressure on muscle blood flow. *Asaio J*, 1992. **38**(1):66-71.
55. **Badylak, S.F.** and R.C.J. Chiu, Summary of the second conference on skeletal muscle for cardiac assistance. *Journal of Heart and Lung Transplantation*, 1992. **11**:297-298.
56. Geddes, L.A., **S.F. Badylak**, W.A. Tacker, and W. Janas, Output power and metabolic input power of skeletal muscle contracting linearly to compress a pouch in a mock circulatory system. *J Thorac Cardiovasc Surg*, 1992. **104**(5):1435-42.
57. Geddes, L.A., W. Janas, and **S.F. Badylak**, Use of impedance ratio for the continuous measurement of stroke volume of a valveless pouch used as a cardiac-assist device. *IEEE Trans Biomed Eng*, 1992. **39**(3):310-3.
58. Lantz, G.C., **S.F. Badylak**, M.C. Hiles, and T.E. Arkin, Treatment of reperfusion injury in dogs with experimentally induced gastric dilatation-volvulus. *Am J Vet Res*, 1992. **53**(9):1594-8.
59. Lantz, G.C., **S.F. Badylak**, A.C. Coffey, L.A. Geddes, and G.E. Sandusky, Small intestinal submucosa as a superior vena cava graft in the dog. *J Surg Res*, 1992. **53**(2):175-81.
60. Magovern, J.A., I.Y. Christlieb, **S.F. Badylak**, G.C. Lantz, and R.L. Kao, A model of left ventricular dysfunction caused by intracoronary adriamycin. *Ann Thorac Surg*, 1992. **53**(5):861-3.
61. Marcotte, P.A., F. Henkin, R.B. Credo, and **S.F. Badylak**, A-chain isozymes of recombinant and natural urokinases: preparation, characterization, and their biochemical and fibrinolytic properties. *Fibrinolysis*, 1992. **6**:69-78.
62. Reuter, D.G., W.A. Tacker, Jr., **S.F. Badylak**, W.D. Voorhees, 3rd, and P.E. Konrad, Correlation of motor-evoked potential response to ischemic spinal cord damage. *J Thorac Cardiovasc Surg*, 1992. **104**(2):262-72.
63. Sandusky, G.E., Jr., **S.F. Badylak**, R.J. Morff, W.D. Johnson, and G. Lantz, Histologic findings after in vivo placement of small intestine submucosal vascular grafts and saphenous vein grafts in the carotid artery in dogs. *Am J Pathol*, 1992. **140**(2):317-24.
64. Ferrand, B.K., K. Kokini, **S.F. Badylak**, L.A. Geddes, M.C. Hiles, and R.J. Morff, Directional porosity of porcine small-intestinal submucosa. *J Biomed Mater Res*, 1993. **27**(10):1235-41.
65. Geddes, L.A., W. Janas, M. Hinds, **S.F. Badylak**, and J. Cook, The ventricular-synchronous, skeletal-muscle ventricle: preliminary feasibility studies. *Pacing Clin Electrophysiol*, 1993. **16**(6):1310-22.
66. Herbert, S.T., **S.F. Badylak**, L.A. Geddes, B. Hillberry, G.C. Lantz, and K. Kokini, Elastic modulus of prepared canine jejunum, a new vascular graft material. *Ann Biomed Eng*, 1993. **21**(6):727-33.
67. Hiles, M.C., **S.F. Badylak**, L.A. Geddes, K. Kokini, and R.J. Morff, Porosity of porcine small-intestinal submucosa for use as a vascular graft. *J Biomed Mater Res*, 1993. **27**(2):139-44.
68. Lantz, G.C., **S.F. Badylak**, M.C. Hiles, A.C. Coffey, L.A. Geddes, K. Kokini, G.E. Sandusky, and R.J. Morff, Small intestinal submucosa as a vascular graft: a review. *J Invest Surg*, 1993. **6**(3):297-310.
69. Smith, A., E. Luschei, M. Denny, J. Wood, M. Hirano, and **S.F. Badylak**, Spectral analyses of activity of laryngeal and orofacial muscles in stutterers. *J Neurol Neurosurg Psychiatry*, 1993. **56**(12):1303-11.
70. Voytik, S.L., M. Przyborski, **S.F. Badylak**, and S.F. Konieczny, Differential expression of muscle regulatory factor genes in normal and denervated adult rat hindlimb muscles. *Dev Dyn*, 1993. **198**(3):214-24.
71. Aiken, S.W., **S.F. Badylak**, J.P. Toombs, K.D. Shelbourne, M.C. Hiles, G.C. Lantz, and D. Van Sickl, Small intestinal submucosa as an intra-articular ligamentous repair material: A pilot study in dogs. *Vet Comp Orthopaedics Traumatology*, 1994. **7**: 124-128.

72. **Badylak, S.F.**, A.C. Coffey, G.C. Lantz, W.A. Tacker, and L.A. Geddes, Comparison of the resistance to infection of intestinal submucosa arterial autografts versus polytetrafluoroethylene arterial prostheses in a dog model. *J Vasc Surg*, 1994. **19**(3):465-72.
73. Geddes, L.A., M. Hinds, W. Janas, and **S.F. Badylak**, Cardiac output and the extra-aortic balloon pump: a preliminary report. *Med Biol Eng Comput*, 1994. **32**(2):210-3.
74. Geddes, L.A., W. Janas, J. Cook, M. Hinds, and **S.F. Badylak**, Stroke volume with dynamic cardiomyoplasty during ventricular fibrillation in the acute dog. *Jpn Heart J*, 1994. **35**(1):73-80.
75. Geddes, L.A., W. Janas, and **S.F. Badylak**, Nonpharmacologic circulatory support in the brain-dead animal. *Biomed Instrum Technol*, 1994. **28**(1):37-42.
76. Knapp, P.M., J.E. Lingeman, Y.I. Siegel, **S.F. Badylak**, and R.J. Demeter, Biocompatibility of small-intestinal submucosa in urinary tract as augmentation cystoplasty graft and injectable suspension. *J Endourol*, 1994. **8**(2):125-30.
77. Prevel, C.D., B.L. Eppley, M. McCarty, J.R. Jackson, S.L. Voytik, M.C. Hiles, and **S.F. Badylak**, Experimental evaluation of small intestinal submucosa as a microvascular graft material. *Microsurgery*, 1994. **15**(8):586-91; discussion 592-3.
78. **Badylak, S.F.**, R. Tullius, K. Kokini, K.D. Shelbourne, T. Klootwyk, S.L. Voytik, M.R. Kraine, and C. Simmons, The use of xenogeneic small intestinal submucosa as a biomaterial for Achilles tendon repair in a dog model. *J Biomed Mater Res*, 1995. **29**(8):977-85.
79. Hiles, M.C., **S.F. Badylak**, G.C. Lantz, K. Kokini, L.A. Geddes, and R.J. Morff, Mechanical properties of xenogeneic small-intestinal submucosa when used as an aortic graft in the dog. *J Biomed Mater Res*, 1995. **29**(7):883-91.
80. Hodde, J.P., **S.F. Badylak**, C.L. May, and G.F. Smith, Infective endocarditis in a collegiate wrestler. *Journal of Athletic Training*, 1995. **2**:105-107.
81. Kropp, B.P., B.L. Eppley, C.D. Prevel, M.K. Rippy, R.C. Harruff, **S.F. Badylak**, M.C. Adams, R.C. Rink, and M.A. Keating, Experimental assessment of small intestinal submucosa as a bladder wall substitute. *Urology*, 1995. **46**(3):396-400.
82. Kropp, B.P., **S.F. Badylak**, and K.B. Thor, Regenerative bladder augmentation: a review of the initial preclinical studies with porcine small intestinal submucosa. *Adv Exp Med Biol*, 1995. **385**:229-35.
83. Prevel, C.D., B.L. Eppley, D.J. Summerlin, R. Sidner, J.R. Jackson, M. McCarty, and **S.F. Badylak**, Small intestinal submucosa: utilization as a wound dressing in full-thickness rodent wounds. *Ann Plast Surg*, 1995. **35**(4):381-8.
84. Prevel, C.D., B.L. Eppley, D.J. Summerlin, J.R. Jackson, M. McCarty, and **S.F. Badylak**, Small intestinal submucosa: utilization for repair of rodent abdominal wall defects. *Ann Plast Surg*, 1995. **35**(4):374-80.
85. Reuter, D.G., W.A. Tacker, Jr., C.F. Babbs, **S.F. Badylak**, W.D. Voorhees, 3rd, and P.E. Konrad, Preliminary results of deferoxamine and L1 treatment of spinal cord ischemia. *J Thorac Cardiovasc Surg*, 1995. **109**(5):1017-9.
86. Sandusky, G.E., G.C. Lantz, and **S.F. Badylak**, Healing comparison of small intestine submucosa and ePTFE grafts in the canine carotid artery. *J Surg Res*, 1995. **58**(4):415-20.
87. Clarke, K.M., G.C. Lantz, S.K. Salisbury, **S.F. Badylak**, M.C. Hiles, and S.L. Voytik, Intestine submucosa and polypropylene mesh for abdominal wall repair in dogs. *J Surg Res*, 1996. **60**(1):107-14.
88. Cobb, M.A., **S.F. Badylak**, W. Janas, and F.A. Boop, Histology after dural grafting with small intestinal submucosa. *Surg Neurol*, 1996. **46**(4):389-93; discussion 393-4.
89. Erdman, S.E., P.J. Kanki, F.M. Moore, S.A. Brown, T.A. Kawasaki, K.W. Mikule, K.U. Travers, **S.F. Badylak**, and J.G. Fox, Clusters of lymphoma in ferrets. *Cancer Invest*, 1996. **14**(3):225-30.

90. Hodde, J.P., **S.F. Badylak**, A.O. Brightman, and S.L. Voytik-Harbin, Glycosaminoglycan content of small intestinal submucosa: A bioscaffold for tissue replacement. *Tissue Eng*, 1996. **2**:209-217.
91. Kropp, B.P., B.D. Sawyer, H.E. Shannon, M.K. Rippy, **S.F. Badylak**, M.C. Adams, M.A. Keating, R.C. Rink, and K.B. Thor, Characterization of small intestinal submucosa regenerated canine detrusor: assessment of reinnervation, in vitro compliance and contractility. *J Urol*, 1996. **156**(2 Pt 2):599-607.
92. Kropp, B.P., M.K. Rippy, **S.F. Badylak**, M.C. Adams, M.A. Keating, R.C. Rink, and K.B. Thor, Regenerative urinary bladder augmentation using small intestinal submucosa: urodynamic and histopathologic assessment in long-term canine bladder augmentations. *J Urol*, 1996. **155**(6):2098-104.
93. Vaught, J.D., B.P. Kropp, B.D. Sawyer, M.K. Rippy, **S.F. Badylak**, H.E. Shannon, and K.B. Thor, Detrusor regeneration in the rat using porcine small intestinal submucosal grafts: functional innervation and receptor expression. *J Urol*, 1996. **155**(1):374-8.
94. Hodde, J.P., **S.F. Badylak**, and K.D. Shelbourne, The effect of range of motion on remodeling of small intestinal submucosa (SIS) when used as an Achilles' tendon repair material in the rabbit. *Tissue Engineering*, 1997. **3**:27-37.
95. Voytik-Harbin, S.L., A.O. Brightman, M.R. Kraine, B. Waisner, and **S.F. Badylak**, Identification of extractable growth factors from small intestinal submucosa. *J Cell Biochem*, 1997. **67**(4):478-91.
96. **Badylak, S.F.**, B. Kropp, T. McPherson, H. Liang, and P.W. Snyder, Small intestional submucosa: a rapidly resorbed bioscaffold for augmentation cystoplasty in a dog model. *Tissue Eng*, 1998. **4**(4):379-87.
97. **Badylak, S.F.**, R. Record, K. Lindberg, J. Hodde, and K. Park, Small intestinal submucosa: a substrate for in vitro cell growth. *J Biomater Sci Polym Ed*, 1998. **9**(8):863-78.
98. Kropp, B.P., J.K. Ludlow, D. Spicer, M.K. Rippy, **S.F. Badylak**, M.C. Adams, M.A. Keating, R.C. Rink, R. Birhle, and K.B. Thor, Rabbit urethral regeneration using small intestinal submucosa onlay grafts. *Urology*, 1998. **52**(1):138-42.
99. McPherson, T. and **S.F. Badylak**, Characterization of fibronectin derived from porcine small intestinal submucosa. *Tissue Engineering*, 1998. **4**:75-83.
100. Peel, S.F., H. Chen, R. Renlund, **S.F. Badylak**, and R.A. Kandel, Formation of a SIS-cartilage composite graft in vitro and its use in the repair of articular cartilage defects. *Tissue Engineering*, 1998. **4**:143-155.
101. Voytik-Harbin, S.L., A.O. Brightman, B. Waisner, C.H. Lamar, and **S.F. Badylak**, Application and evaluation of the alamarBlue assay for cell growth and survival of fibroblasts. *In Vitro Cell Dev Biol Anim*, 1998. **34**(3):239-46.
102. Whitson, B.A., B.C. Cheng, K. Kokini, **S.F. Badylak**, U. Patel, R. Morff, and C.R. O'Keefe, Multilaminate resorbable biomedical device under biaxial loading. *J Biomed Mater Res*, 1998. **43**(3):277-81.
103. **Badylak, S.F.**, A. Liang, R. Record, R. Tullius, and J. Hodde, Endothelial cell adherence to small intestinal submucosa: an acellular bioscaffold. *Biomaterials*, 1999. **20**(23-24):2257-63.
104. **Badylak, S.F.**, S. Arnoczky, P. Plouhar, R. Haut, V. Mendenhall, R. Clarke, and C. Horvath, Naturally occurring extracellular matrix as a scaffold for musculoskeletal repair. *Clin Orthop*, 1999(367 Suppl):S333-43.
105. Cobb, M.A., **S.F. Badylak**, W. Janas, A. Simmons-Byrd, and F.A. Boop, Porcine small intestinal submucosa as a dural substitute. *Surg Neurol*, 1999. **51**(1):99-104.
106. Suckow, M.A., S.L. Voytik-Harbin, L.A. Terril, and **S.F. Badylak**, Enhanced bone regeneration using porcine small intestinal submucosa. *J Invest Surg*, 1999. **12**(5) 277-87.

107. **Badylak, S.F.**, S. Meurling, M. Chen, A. Spievack, and A. Simmons-Byrd, Resorbable bioscaffold for esophageal repair in a dog model. *J Pediatr Surg*, 2000. **35**(7):1097-103.
108. Hodde, J., R. Record, and **S.F. Badylak**, Assesment of angiogenesis in an in vitro three-dimensioinal assay. *Cardiac and Vascular Regeneration*, 2000. **4**:1-10.
109. McPherson, T.B., H. Liang, R.D. Record, and **S.F. Badylak**, Galα(1,3)Gal epitope in porcine small intestinal submucosa. *Tissue Eng*, 2000. **6**(3):233-9.
110. Rickey, F.A., D. Elmore, D. Hillegonds, **S.F. Badylak**, R. Record, and A. Simmons-Byrd, Re-generation of tissue about an animal-based scaffold: AMS studies of the fate of the scaffold. *Nuclear Instruments and Methods in Physics Research*, 2000. **172**:1097-1103.
111. Allman, A.J., T.B. McPherson, **S.F. Badylak**, L.C. Merrill, B. Kallakury, C. Sheehan, R.H. Raeder, and D.W. Metzger, Xenogeneic extracellular matrix grafts elicit a TH2-restricted immune response. *Transplantation*, 2001. **71**(11):1631-40.
112. **Badylak, S.F.**, K. Park, N. Peppas, G. McCabe, and M. Yoder, Marrow-derived cells populate scaffolds composed of xenogeneic extracellular matrix. *Exp Hematol*, 2001. **29**(11):1310-8.
113. **Badylak, S.**, K. Kokini, B. Tullius, and B. Whitson, Strength over time of a resorbable bioscaffold for body wall repair in a dog model. *J Surg Res*, 2001. **99**(2):282-7.
114. Chen, M.K. and **S.F. Badylak**, Small bowel tissue engineering using small intestinal submucosa as a scaffold. *J Surg Res*, 2001. **99**(2):352-8.
115. Hillegonds, D.J., R. Record, F.A. Rickey, **S.F. Badylak**, G.S. Jackson, A. Simmons-Byrd, D. Elmore, and M.E. Lipschutz, Prime lab sample handling and data analysis for accelerator-based biomedical radiocarbon analysis. *Radiocarbon*, 2001. **43**:305-311.
116. Hodde, J.P., R.D. Record, H.A. Liang, and **S.F. Badylak**, Vascular endothelial growth factor in porcine-derived extracellular matrix. *Endothelium*, 2001. **8**(1):11-24.
117. Lindberg, K. and **S.F. Badylak**, Porcine small intestinal submucosa (SIS): a bioscaffold supporting in vitro primary human epidermal cell differentiation and synthesis of basement membrane proteins. *Burns*, 2001. **27**(3):254-66.
118. Record, R.D., D. Hillegonds, C. Simmons, R. Tullius, F.A. Rickey, D. Elmore, and **S.F. Badylak**, In vivo degradation of 14C-labeled small intestinal submucosa (SIS) when used for urinary bladder repair. *Biomaterials*, 2001. **22**(19):2653-9.
119. Allman, A.J., T.B. McPherson, L.C. Merrill, **S.F. Badylak**, and D.W. Metzger, The Th2-restricted immune response to xenogeneic small intestinal submucosa does not influence systemic protective immunity to viral and bacterial pathogens. *Tissue Eng*, 2002. **8**(1):53-62.
120. **Badylak, S.F.**, The extracellular matrix as a scaffold for tissue reconstruction. *Semin Cell Dev Biol*, 2002. **13**(5):377-83.
121. **Badylak, S.F.**, M. Grompe, A.I. Caplan, H.P. Greisler, R.E. Guldberg, and D.A. Taylor, In vivo remodeling: breakout session summary. Ann N Y *Acad Sci*, 2002. **961**:319-22.
122. **Badylak, S.F.**, In vivo studies to evaluate tissue engineering techniques. Ann N Y *Acad Sci*, 2002. **961**:302-4.
123. **Badylak, S.**, K. Kokini, B. Tullius, A. Simmons-Byrd, and R. Morff, Morphologic study of small intestinal submucosa as a body wall repair device. *J Surg Res*, 2002. **103**(2):190-202.
124. Ferraro, K.F., Y.P. Su, R.J. Gretebeck, D.R. Black, and **S.F. Badylak**, Body mass index and disability in adulthood: a 20-year panel study. *Am J Public Health*, 2002. **92**(5):834-40.
125. Hodde, J., R. Record, R. Tullius, and **S. Badylak**, Fibronectin peptides mediate HMEC adhesion to porcine-derived extracellular matrix. *Biomaterials*, 2002. **23**(8):1841-8.
126. Hodde, J.P., R.D. Record, R.S. Tullius, and **S.F. Badylak**, Retention of endothelial cell adherence to porcine-derived extracellular matrix after disinfection and sterilization. *Tissue Engineering*, 2002. **8**(2):225-34.

127. Palmer, E.M., B.A. Beilfuss, T. Nagai, R.T. Semnani, **S.F. Badylak**, and G.A. van Seventer, Human helper T cell activation and differentiation is suppressed by porcine small intestinal submucosa. *Tissue Eng*, 2002. **8**(5):893-900.
128. Raeder, R.H., **S.F. Badylak**, C. Sheehan, B. Kallakury, and D.W. Metzger, Natural anti-galactose alpha1,3 galactose antibodies delay, but do not prevent the acceptance of extracellular matrix xenografts. *Transpl Immunol*, 2002. **10**(1):15-24.
129. Sarikaya, A., R. Record, C.C. Wu, B. Tullius, **S.F. Badylak**, and M. Ladisch, Antimicrobial activity associated with extracellular matrices. *Tissue Eng*, 2002. **8**(1):63-71.
130. **Badylak, S.F.**, C.C. Wu, M. Bible, and E. McPherson, Host protection against deliberate bacterial contamination of an extracellular matrix bioscaffold versus Dacron mesh in a dog model of orthopedic soft tissue repair. *J Biomed Mater Res*, 2003. **67B**(1):648-54.
131. **Badylak, S.**, J. Obermiller, L. Geddes, and R. Matheny, Extracellular matrix for myocardial repair. *Heart Surg Forum*, 2003. **6**(2):E20-6.
132. Huber, J.E., A. Spievack, A. Simmons-Byrd, R.L. Ringel, and **S.F. Badylak**, Extracellular matrix as a scaffold for laryngeal reconstruction. *Ann Otol Rhinol Laryngol*, 2003. **112**(5):428-33.
133. **Badylak, S.F.**, Xenogeneic extracellular matrix as a scaffold for tissue reconstruction. *Transpl Immunol*, 2004. **12**(3-4):367-377.
134. Freytes, D.O., **S.F. Badylak**, T.J. Webster, L.A. Geddes, and A.E. Rundell, Biaxial strength of multilaminated extracellular matrix scaffolds. *Biomaterials*, 2004. **25**(12):2353-61.
135. Li, F., W. Li, S. Johnson, D. Ingram, M. Yoder, and **S. Badylak**, Low-molecular-weight peptides derived from extracellular matrix as chemoattractants for primary endothelial cells. *Endothelium*, 2004. **11**(3-4):199-206.
136. Lin, P., W.C. Chan, **S.F. Badylak**, and S.N. Bhatia, Assessing porcine liver-derived biomatrix for hepatic tissue engineering. *Tissue Eng*, 2004. **10**(7-8):1046-53.
137. Musahl, V., S.D. Abramowitch, T.W. Gilbert, E. Tsuda, J.H. Wang, **S.F. Badylak**, and S.L. Woo, The use of porcine small intestinal submucosa to enhance the healing of the medial collateral ligament--a functional tissue engineering study in rabbits. *J Orthop Res*, 2004. **22**(1):214-20.
138. Obermiller, J.F., J.P. Hodde, C.S. McAlexander, K. Kokini, and **S.F. Badylak**, A comparison of suture retention strengths for three biomaterials. *Med Sci Monit*, 2004. **10**(1):PI1-5.
139. **Badylak, S.F.** Extracellular matrix as a scaffold for tissue engineering in veterinary medicine: applications to soft tissue healing. *Clinical Techniques in Equine Practice*, 2004. **3**(2):73-181.
140. **Badylak, S.F.**, Vorp, D.A., Spievack, A.S., Simmons-Byrd, A., Hanke, J., Freytes, D.O., Thapa, A., Gilbert, T.W., Nieponice, A. Esophageal Reconstruction with ECM and Muscle Tissue in a Dog Model, 2005. *J Surg Res* **128**:87-97.
141. Gilbert, T.W., D.B. Stolz, F. Biancaniello, A. Simmons-Byrd, and **S.F. Badylak**, Production and characterization of ECM powder: implications for tissue engineering applications. *Biomaterials*, 2005. **26**(12):1431-1435.
142. Freytes, D.O., Rundell, A.E., Vande Geest, J., Vorp, D.A., Webster, T.J., **Badylak, S.F.** Analytically derived material properties of multilaminated extracellular matrix devices using the ball-burst test *Biomaterials*, 2005. **26**(27):5518-5531.
143. Haviv, F., M.F. Bradley, D.M. Kalvin, A.J. Schneider, D.J. Davidson, S.M. Majest, L.M. McKay, C.J. Haskell, R.L. Bell, B. Nguyen, K.C. Marsh, B.W. Surber, J.T. Uchic, J. Ferrero, Y.C. Wang, J. Leal, R.D. Record, J. Hodde, **S.F. Badylak**, R.R. Lesniewski, and J. Henkin, Thrombospondin-1 mimetic peptide inhibitors of angiogenesis and tumor growth: design, synthesis, and optimization of pharmacokinetics and biological activities. *J Med Chem*, 2005. **48**(8):2838-46.

144. Wood, J.D., A. Simmons-Byrd, A.R. Spievack, and **S.F. Badylak**, Use of a particulate extracellular matrix bioscaffold for treatment of acquired urinary incontinence in dogs. *JAVMA*, 2005. **226**(7):1095-7.
145. Kochupura, P.V., Azeloglu,E.U., Kelly, D.J., Doronin, S.V., **Badylak, S.F**., Krukenkamp, I.B., Cohen, I.S., Gaudette G.A. A Tissue Engineered Myocardial Patch Derived from Extracellular Matrix Provides Regional Mechanical Function. *Circulation* 2005. 112 (suppl. I): I144 – I149.
146. Robinson, K.A., Li, J., Mathison, M., Redkar, A., Cui, J., Nicolas, A.F., Matheny, R.G., **Badylak, S.F.** Extracellular Matrix Scaffold for Cardiac Repair. *Circulation*, 2005. **112**[suppl I]: I-135-I-143.
147. Brown, B., Lindberg, K., Reing, J., Beer Stolz, D., **Badylak, S.** The Basement Membrane Component of Biologic Scaffolds Derived from Extracellular Matrix. *Tissue Engineering*, 2006. **12**(3):519-526.
148. Zantop, T., Gilbert, T.W., Yoder, M.C., **Badylak, S.F**. Extracellular Matrix Scaffolds Are Repopulated by Bone Marrow Derived Cells in a Mouse Model of Achilles Tendon Reconstruction. *JOR*, 2006. **24**(6):1299-309.
149. Gilbert, T.W., Sacks, M.S., Grashow, J.S., Woo, S.L., **Badylak, S.F.**, Chancellor, M.B. Fiber Kinematics of Small Intestinal Submucosa under Biaxial and Uniaxial Stretch. *J Biomech Eng*, 2006.**128**: 890-898.
150. **Badylak, S.F.**, Kochupura, P.V., Cohen, I.S., Doronin, S.V., Saltman, A.E., Gilbert, T.W., Kelly, D.J., Ignotz, R.A., Gaudette, G.R. Use of Extracellular Matrix as an Inductive Scaffold for the Partial Replacement of Functional Myocardium. *Cell Transplantation*, 2006. **15** [suppl I] (12):29-40.
151. Ringel, R.L., Kahane, J.C., Hillsamer, P.J., Lee, A.S., **Badylak, S.F.** The Application of Tissue Engineering Procedures to Repair the Larynx: A Tutorial Paper. *J Speech Lang Hear Res*, 2006. **49**(1):194-208.
152. Freytes, D.O., Tullius, R., **Badylak, S.F.** The Effect of Storage upon Material Properties of Lyophilized Porcine Extracellular Matrix Derived from the Urinary Bladder. *JBMR:b – Applied Biomaterials*, 2006. **78**(2):327-33.
153. Gilbert, T.W., Stewart-Akers, A.M., Simmons-Byrd, A., **Badylak, S.F**. Degradation and Remodeling of Small Intestinal Submucosa in Canine Achilles Tendon Repair. *JBJS – Am.* 2007 Mar; **89**(3):621-30.
154. Valentin, J.E., Badylak, J.S., McCabe, G. P., **Badylak, S.F.** Extracellular Matrix bioscaffolds for Orthopaedic Applications: A Comparative Histologic Study. *JBJS.* 2006. **88**(12):2673-86.
155. **Badylak, S.F.** Regenerative Medicine and Developmental Biology: The Role of the Extracellular Matrix. *New Anat*, 2005. **287**(1):36-41.
156. Gurewich, V., Pannell, R., Simmons-Byrd, A., Sarmientos, P., Liu, J., **Badylak, S.F.** Thrombolysis versus Bleeding from Hemostatic Sites by a Prourokinase Mutant Compared with Tissue Plasminogen Activator. *J Thrombosis & Haemostasis*. **4**:1559-1565.
157. Gilbert, T.W., Sellaro, T.L., **Badylak, S. F.** Decellularization of Tissues and Organs. *Biomaterials*, 2006. **27**(19):3675-83.
158. Nieponice, A., Gilbert, T. W., **Badylak, S. F.** Reinforcement of Esophageal Anastomoses with an Extracellular Matrix Scaffold in a Canine Model. *Annals of Thoracic Surgery*. 2006. **82**(6):2050-8.
159. Brennan, E. P., Reing, J., Chew, D., Myers-Irvin, J. M., Young, E. J., **Badylak, S. F.** Antibacterial Activity within Degradation Products of Biologic Scaffolds Composed of Extracellular Matrix. *Tissue Engineering*, 2006. **12**(10):2949-2955.

Scaffold Materials. *J. Surg Research.* 2009. Vol 152;135-139.

176. **Badylak, S.F.** and Gilbert, T.W. Immune Response to Biologic Scaffold Materials. *Seminars in Immunology,* 2008 **20:**109-116.

177. **Badylak, S. F.**, Valentin, J., Ravindra, A., McCabe, G., Stewart-Akers, A. Macrophage Phenotype as a Determinant of Biologic Scaffold Remodeling. *Tissue Engineering* 2008 Nov;14(11):1835-1842.

178. Reing, J.E., Zhang, L., Myers-Irvin, J., Cordero, K.E., Freytes, D.O., Heber-Katz, E., Bedelbaeva, K., McIntosh, D., Abiche, D., Braunhut, S.J., **Badylak, S.F.** Degradation Products of Extracellular Matrix Affect Cell Migration and Proliferation. *Tissue Engineering.* 2009 Mar;15(3):605-14.

179. Brennan, E.P., Tang, X-H., Stewart-Akers, A.M., Gudas, L.J., **Badylak, S.F.** Chemoattractant activity of degradation products of fetal and adult skin extracellular matrix for keratinocyte progenitor cells. *Journal of Tissue Engineering and Regenerative Medicine.* 2008. Oct 27;2(8):491-498.

180. Gilbert, T.W., Gilbert, S., Madden, M., Reynolds, S.D., **Badylak, S.F.** Morphologic Assessment of Extracellular Matrix Scaffolds for Patch Tracheoplasty in a Canine Model. *Annals of Thoracic Surgery.* 2008 Sept 86(3):967-974.

181. Nieponice, A., McGrath, K., Qureshi, I., Beckman, E.J., Luketich, J.D., Gilbert, T.W., **Badylak, S.F.** An Extracellular Matrix Scaffold for Esophageal Stricture Prevention After Circumferential Endoscopic Mucosal Resection. *Gastrointestinal Endoscopy.* (in press)

182. Valentin, Jolene E., Freytes, Donald O., Grasman, Jonathan M., Pesyna, Colin, Freund, John, Gilbert, Thomas W., **Badylak, Stephen F.** Oxygen Diffusivity of Biologic and Synthetic Scaffold Materials for Tissue Engineering. *Journal of Biomedical Materials Research: Part A.* (in press).

183. Beattie, Allison J., Gilbert, Thomas W., Guyot, Juan Pablo, Yates, Adolph J., **Badylak, Stephen F.** Chemoattraction of Progenitor Cells by Remodeling Extracellular Matrix Scaffolds. *Tissue Engineering.* (In Press).

184. Agrawal, Vineet, Brown, Bryan N., Beattie, Allison J., Gilbert, Thomas W., **Badylak, Stephen F.** Evidence of Innervation Following Extracellular Matrix Scaffold Mediated Remodeling of Muscular Tissues. *Journal of Tissue Engineering and Regenerative Medicine.* (Submitted, January, 2009).

185. Crisan, Mihaela, Yap, Solomon, Casteilla, Louis, Chen, Chien-Wen, Corselli, Mirko, Park, Tea Soon, Sun, Bin, Zheng, Bo, Zhang, Li, Norotte, Cyrille, Teng, Pang-Ning, Traas, Jeremy, Schugar, Rebecca, Deasy, Bridget M., Andriolo, Gabriella, **Badylak, Stephen F.**, Bűhring, Hans- Jörg, Lazzari, Lorenza, Giacobino, Jean-Paul, Huard, Johnny, Péault, Bruno. A Perivascular Origin for Mesenchymal Stem Cells in Multiple Human Organs. *Cell Stem Cell.* 2008 Sept 3(1-13).

186. Duncan, Diane, Rubin, J. Peter, Golitz, Loren, **Badylak, Stephen F.**, Kesel, Lynne, Freund, John, Duncan, Danielle. Refinement of Technique in Injection Lipolysis Based on Scientific Studies and Clinical Evaluation. *The International Microform Journal of Aesthetic Plastic Surgery*. (in press).

187. Ota, T., Gilbert, T.W., Schwartzman, D., McTiernan, C.F., Kitajima, T., Ito, Y., Sawa, Y., **Badylak, Stephen F.**, Zenati, M.A. A Fusion Protein of Hepatocyte Growth Factor Enhances Reconstruction of Myocardium in a Cardiac Patch Derived from Porcine Urinary Bladder Matrix. *J Thorac Cardiovasc Surg.* 2008. Nov;136(5):1309-17.

188. Gilbert, Thomas W., Wognum, Silvia, Joyce, Erinn M., Freytes, D.O., Sacks, Michael S., **Badylak, Stephen F.** Collagen Fiber Alignment and Biaxial Mechanical Behavior of Porcine Urinary Bladder Derived Extracellular Matrix. *Biomaterials*. 2008. Dec;29(36):4775-82.

189. **Badylak, Stephen F.,** Freytes, D.O., Gilbert, Thomas W. Extracellular Matrix as a Biologic Scaffold Material: Structure vs. Function. *Acta Biomaterialia.* 2009. Jan;5(1):1-13.
190. Valentin, Jolene E., Stewart-Akins, A., Gilbert, Thomas W., **Badylak, Stephen F.** Macrophage Participation in the Degradation and Remodeling of ECM Scaffolds. *Tissue Engineering.* (in press).
191. Brown, Bryan N., Valentin, Jolene E., Stewart-Akers, Ann M., McCabe, George P., **Badylak, Stephen F.** Macrophage Phenotype and Remodeling Outcomes in Response to Biologic Scaffolds With and Without a Cellular Component. *Biomaterials.* 2009. Jan:30: 1482-1491.
192. Vorotnikova, Ekaterina, McIntosh, Donna, Dewilde, Abiche, Zhang, Jianping, Reing, Janet E., Zhang, Li, Coredero, Kevin, Bedelbaeva, Khamilia, Gourevitch, Dimitri, Heber-Katz, Ellen, **Badylak, Stephen F.**, Braunhut, Susan J. MRL cell matrix-derived products modulate endothelial and progenitor cell migration and proliferation *in vitro* and stimulate regenerative healing *in vivo*. *Wound Repair and Regeneration*. (Submitted, September, 2008).
193. Sellaro, Tiffany L., Ranade, Aarati., Faulk, Denver M., McCabe, George P., Strom, Stephen, **Badylak, Stephen F.** Maintenance of human hepatocyte function *in vitro* by liver-derived extracellular matrix gels. *Tissue Engineering* (submitted, October, 2008).
194. Boruch, Alan V., Nieponice, Alejandro, Qureshi, Irfan R., Gilbert, Thomas W and **Badylak, Stephen F.** Constructive Remodeling of Biologic Scaffolds is dependent on early mechanical loading in a canine partial cystectomy model. *Journal of Surgical Research* (in press).
195. Daly, Kerry A., Stewart-Akers, Ann M., Hara, Hidetaka, Ezzelarab, Mohamed, Long, Cassandra, Cordero, Kevin, Johnson, Scott A., Ayares, David, Copper, David K.C. and **Badylak, Stephen F.** Effect of the αGAL Epitope on the Response to SIS-ECM in a Nonhuman Primate Model. *Tissue Engineering* (submitted, February 2009).
196. Freytes, Donald, O., Lindberg, Kristina, Simmons-Byrd, Abby, **Badylak, Stephen F.** The Effect of a Hydrated and Lyophilized Form of Porcine Urinary Bladder Matrix upon Healing of Full Thickness Skin Wounds. *Journal of Surgical Research* (submitted, January, 2009).
197. Parekh, Aron, Mantle, Belinda, Banks, Juliane, Swarts, Douglas J., **Badylak, Stephen F.**, Dohar, Joseph E. and Hebda, Patricia A. Repair of the Tympanic Membrane with Urinary Bladder Matrix and a Novel Rodent Chronic Tympanic Membrane Perforation Model. *The Laryngoscope*. (in press).
198. Gilbert, Thomas W., Agrawal, Vineet, Gilbert, Mark, Povirk, Katherine M., **Badylak, Stephen F.** and Rosen, Clark A. Liver Derived Extracellular Matrix as a Biologic Scaffold for Acute Vocal Fold Repair in a Canine Model. *The Laryngoscope.* (submitted, February 2009).
199. Mase, Vincent J. Jr., Hsu, Joseph R., Wolf, Steven E., Wenke, Joseph C., Baer, David G., **Badylak, Stephen F.** and Walters, Thomas J. Clinical Application of Extracellular Matrix Porcine Small Intestinal Submucosa for Large, Traumatic Muscle Defect of the Quadricep. *Journal of Tissue Engineering and Regenerative Medicine*. (Submitted, May 2009).
200. Wang, Gang, **Badylak, Stephen F.,** Heber-Katz, Ellen, Braunhut, Susan and Gudas, Lorraine. The effects of DNA methyltransferase inhibitors and histone deacetylase inhibitors on digit regeneration in the mouse. *Development, Growth and Differentiation.* (Submitted, April 2009).
201. Turner, Neill J., Johnson, Scott A. and **Badylak Stephen F.** Histologic examination of the normal healing response following digit amputation in C57bl/6 and MRL/MpJ mice. *Wound Repair and Regeneration*. (Submitted, April 2009).
202. Boruch, Alan V., Nieponice, A., Jiang, H. and **Badylak, Stephen F.** Abdominal body wall repair using a tri-layer composite polypropylene surgical mesh in a rat model: A one year study. *Journal of Surgical Research.* (Submitted, May 2009)

Updated 5/21/2009

203. Agrawal, Vineet, Johnson, Scott A., Reing, Janet, Zhang, Li, Tottey, Stephen, Wang, Gang, Hirschi, Karen K., Braunhut, Susan, Gudas, Lorraine and **Badylak, Stephen F.** An epimorphic regeneration approach to tissue replacement in adult mammals. *PNAS* (Submitted, May 2009)