# EXHIBIT 66

CU Sports Medicine

# Report of Armando F. Vidal, M.D.

## Stacey A. Hansen vs DJO

**Case Facts & Timeline**

Ms. Stacey Hansen is a young female who was reportedly involved in a motor vehicle accident on March 3, 2003. Subsequent to the accident, she developed the onset of left shoulder pain and was evaluated by Dr. Stephen Houseworth in Colorado Springs, CO. Ms. Hansen was diagnosed with left shoulder instability and a SLAP tear (Superior Labrum Anterior – Posterior Tear). Prior to this, there is no documented history of shoulder complaints.

On June 9, 2003 Ms. Hansen underwent an arthroscopic left shoulder stabilization and labral repair by Dr. Stephen Houseworth – who is a board-certified Orthopaedic Surgeon with experience in arthroscopy and sports medicine procedures. The surgical procedure involved repair of the superior labrum with a single Arthrex (Naples, FL) Bio-SutureTak Anchor preloaded with Fiberwire suture, "Thermal" capsulloraphy with the use of an Oractec Tac-S probe on the posterior band of the inferior glenohumeral ligament and closure of the rotator interval using a bioabsorbable PDS suture. At the conclusion of the procedure a DonJoy Painbuster infusion pump was utilized as an adjunct for postoperative pain control. Two indwelling catheters were placed in an intra-articular position within the glenohumeral joint.

From Dr. Houseworth's deposition testimony – the infusion pump reservoir was filled with 0.5% Marcaine without epinephrine and the joint was infused at a rate of 4 cc/hr for a duration of 72hr postoperatively.

At the time of the arthroscopy, Dr. Houseworth described the condition of the articular cartilage surfaces as "intact" with the exception of a central area of "scuffing" in the central portion of the glenoid. He described this area of "scuffing" in his deposition testimony as his description of the physiologic bare area in the central portion of the glenoid. The procedure was described as uneventful.

Upon review of Dr. Houseworth's clinical notes and Ms. Hansen's physical therapy notes – she underwent an uneventful recovery up to the last documented postoperative note in September of 2003.

Ms. Hansen presented to Dr. Higginbotham – an Occupational Medicine Physician – whom she had been cared for previously with left shoulder pain in January of 2004. In January of 2006, while employed as a hairdresser, she had acute onset of left shoulder pain while reaching for shampoo. She was evaluated by Dr. Bethany Wallace and referred to Premier Orthopaedics in Colorado Springs. She was evaluated by

Mapleton Center
311 Mapleton Avenue
Boulder, Colorado 80304
303.441.2219 office 303.441.2230 fax

CU Sports Medicine
2000 S. Colorado Blvd., Suite 1-4500
Denver, Colorado 80222
720.848.8200 office 720.848.8201 fax

The University of Colorado is committed to diversity and equality in education and employment.

Dr. David Walden and diagnosed with "moderate to severe" glenohumeral osteoarthritis and was referred to Dr. David Weinstein for definitive management. Ms. Hansen was ultimately diagnosed with post-arthroscopic glenohumeral chondrolysis at her evaluation at Premier Orthopaedics by Dr. Weinstein.

Despite conservative measures including intra-articular corticosteroid injection and viscosupplementation to her glenohumeral joint, she had continued symptoms and underwent a total shoulder arthroplasty on 2/13/2007 by Dr. David Weinstein – a high-volume, fellowship trained, board-certified Orthopaedic Surgeon with subspecialty training in shoulder surgery. Ms. Hansen was 28 years old at the time of this arthroplasty. As of the most recent evaluation in November of 2007, Ms. Hansen was still having persistent pain and dysfunction as well as decreased motion of her affected shoulder.

Dr. Houseworth has not attributed any causal association between specific interventions and the development of chondrolysis. Dr. Weinstein attributes the development of chondrolysis in Ms. Hansen's shoulder to the prolonged exposure of the articular surfaces to Marcaine via the infusion device.

**My Background and Experience:**

I am a board-certified Orthopaedic Surgeon certified by the American Board of Orthopaedic Surgeons. I completed medical school at the University of Miami in Miami, Florida and was one of only four graduates in the class to graduate with Junior AOA distinction. I completed a general surgery internship at New York Presbyterian Hospital / Weil Cornell Medical Center in New York and went on to complete a four year Orthopaedic Residency at the Hospital for Special Surgery in New York City. Subsequently, I studied for one additional year under Dr. Freddie Fu and Dr. Chris Harner and others at the University of Pittsburgh where I completed a Sports Medicine and Shoulder Fellowship.

I am currently assistant professor of Orthopaedic Surgery at the University of Colorado – Denver School of Medicine. My current practice is nearly 100% Sports Medicine and Shoulder Surgery. My practice is significantly focused on the arthroscopic and open treatment of shoulder injuries. I have been involved in basic science research regarding cartilage restoration, am actively involved in educational activities involving cartilage restoration and have clinical experience with the management of these injuries. I have personally treated patients with chondrolysis following arthroscopic shoulder surgery. My CV is provided for further detail.

My opinions below are based on my education as an Orthopedic Surgeon, clinical experience and my understanding of the current literature.

**Brief Literature Review:**

Chondrolysis is defined by Steadman's Medical Dictionary as "Disappearance of articular cartilage as the result of disintegration or dissolution of the cartilage matrix and cells". It is a unique, yet catastrophic, condition that until recently was rarely reported in the shoulder joint. It is characterized by rapid, diffuse articular cartilage destruction and subsequent degeneration of the joint. Regrettably, this process in the shoulder typically occurs in young patients after undergoing arthroscopic labral repair or stabilization procedures. At the current time, there is no good option in terms of salvage or reconstruction for these patients.

The first cases of shoulder chondrolysis following arthroscopy were reported by Petty et al. in 2004[1]. They described a rapid deterioration of the shoulder of three young patients after undergoing arthroscopic shoulder procedures. Two patients had the use of radiofrequency energy – one extensively on the labrum (adjacent to the articular cartilage) and the other extensively on the capsule. The third patient's only known risk factor was the use of an intraarticular pain catheter with 0.5% Marcaine with Epinephrine. Several subsequent clinical reports have appeared linking the use of intraarticular infusion pumps with Marcaine and the development of chondrolysis.

Hansen et al[2] reported on 12 cases of post-arthroscopic glenohumeral chondrolysis. Although several common factors were identified, the use of a high-flow intraarticular Marcaine infusion catheter (infusion rate 4.16cc/hr x 48hr) was universal amongst the group. Of interest, despite a career of successful shoulder surgeries – the lead author observed that this complication did not occur in his practice until the addition of indwelling intra-articular catheters following arthroscopic shoulder surgery. Additionally, of the 19 patients who underwent a stabilization procedure with the use of the infusion catheter – 12 (63%) developed chondrolysis. Other authors have described similar clinical scenarios of the development of glenohumeral chondrolysis following arthroscopic shoulder stabilization procedures in young patients with the use of a postoperative Marcaine infusion catheter as the primary linked risk factor[3,4]. Anecdotally, Saltzman et al[4] described a case of a patient who had undergone identical arthroscopic procedures on both shoulders– only to develop chondrolysis in the shoulder in which a functioning intraarticular Marcaine infusion catheter had been placed.

Additionally, there is an emerging body of irrefutable basic science literature illustrating that both Marcaine and Lidocaine have toxic effects on articular cartilage cells (chondrocytes) [5-10]. This effect is both dose and time-dependant. Indwelling infusion catheters allow the articular cartilage to be exposed to Marcaine at doses and over a period of time that is not achievable by any other means.

The use of an indwelling, high-flow intraarticular Marcaine catheter is not the only linked contributing factor to the development of chondrolysis. Bioabsorbable implants[11,12], radiofrequency energy[13-16], genitian violet[17,18], bone cement and autoimmune disorders have all been associated with the development of this condition.

**Opinions/Conclusions:**

1. Ms. Hansen underwent an arthroscopic SLAP repair and thermal capsulloraphy by a board certified orthopedic surgeon and it is my opinion that this was done according to the standard of care at the time of the procedure
2. At the time of her arthroscopy, there was no apparent pre-existing articular cartilage disease in her affected shoulder
3. The "scuffing" noted at the time of her diagnostic arthroscopy is unlikely to be related to the development of her chondrolysis and likely describes the physiologic "bare area" on the glenoid which is a normal finding
4. Ms. Hansen was exposed to three known risk factors at the time of her arthroscopic procedure by Dr. Houseworth on June 9th, 2003 (Marcaine via an indwelling infusion device, a bioabsorbable implant and radiofrequency energy)

5. The bioabsorbable suture anchor does not appear to have been placed inappropriately and is unlikely to have been a contributing factor to the development of this diffuse, extensive chondral injury
6. Thermal exposure to the capsule was performed during Ms. Hansen's procedure. The articular cartilage was not directly exposed to the radiofrequency energy.
7. Thermal exposure was described as being used sparingly and with ample flow of arthroscopic fluid – factors known to minimize thermal risk to the glenohumeral joint
8. At the time of Ms. Hansen's surgery, Dr. Houseworth placed a high-volume infusion catheter into the glenohumeral joint that was filled with 0.5% Marcaine without epinephrine at a rate of 4cc/hr for 72hrs
9. The use of indwelling, local anesthetic eluting infusion devices is not a necessary intervention in shoulder arthroscopy
10. The decision to place an indwelling pain catheter at the time of surgery is made by the treating surgeon – in this case Dr. Houseworth
11. Indwelling infusion catheters are marketed for use in the "surgical site". Specific warnings against use in the intra-articular space were not available at the time of the index arthroscopic procedure.
12. Chondrotoxicity from Marcaine exposure is time and dose dependant
13. The only physical vector to deliver and expose the articular surfaces of her glenohumeral joint to the dose, time and concentrations of Marcaine that her shoulder was exposed to is via an indwelling infusion catheter.
14. In review of the available medical literature and the specifics of Ms. Hansen's case, I consider the prolonged exposure to Marcaine to be the most likely causative factor in the development of her chondrolysis in all reasonable probability.
15. Ms. Hansen had an appropriate postoperative course and nothing that the plaintiff did or failed to do contributed to the development of chondrolysis
16. There is no evidence from review of the records of any further reasonable exposure that may have contributed to the development of chondrolysis other than those stated above
17. Ms. Hansen's shoulder arthroplasty was an appropriate intervention for this condition
18. The pathology report describing the pathologic changes in her humeral head following her total shoulder arthroplasty are consistent with the changes described following glenohumeral chondrolysis as reported in the literature[2]
19. Ms. Hansen is at a very high risk of requiring revision surgeries secondary to prosthetic failure. At her current age and with knowledge of the longevity of current implants – I suspect that she will require several additional procedures in her lifetime.
20. It is highly unlikely that Ms. Hansen will ever have normal or near-normal shoulder function

I hold these opinions to a reasonable degree of probability within my area of expertise – orthopedic surgery and shoulder surgery. A list of some the materials that I reviewed in order to reach these opinions is included below [1-25]. I reserve the right to amend or supplement this report in the event that additional information becomes available.

Respectfully Submitted,

Armando F. Vidal, M.D.
Assistant Professor
Sports Medicine & Shoulder Service
University of Colorado Denver School of Medicine

# References


1. **Petty, D. H.; Jazrawi, L. M.; Estrada, L. S.; and Andrews, J. R.:** Glenohumeral chondrolysis after shoulder arthroscopy: case reports and review of the literature. *Am J Sports Med,* 32(2): 509-15, 2004.
2. **Hansen, B. P.; Beck, C. L.; Beck, E. P.; and Townsley, R. W.:** Postarthroscopic glenohumeral chondrolysis. *Am J Sports Med,* 35(10): 1628-34, 2007.
3. **Greis, P. E.; Legrand, A.; and Burks, R. T.:** Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. *J Bone Joint Surg Am,* 90(6): 1338-44, 2008.
4. **Saltzman, M.; Mercer, D.; Bertelsen, A.; Warme, W.; and Matsen, F.:** Postsurgical chondrolysis of the shoulder. *Orthopedics,* 32(3): 215, 2009.
5. **Chu, C. R.; Izzo, N. J.; Coyle, C. H.; Papas, N. E.; and Logar, A.:** The in vitro effects of bupivacaine on articular chondrocytes. *J Bone Joint Surg Br,* 90(6): 814-20, 2008.
6. **Chu, C. R.; Izzo, N. J.; Papas, N. E.; and Fu, F. H.:** In vitro exposure to 0.5% bupivacaine is cytotoxic to bovine articular chondrocytes. *Arthroscopy,* 22(7): 693-9, 2006.
7. **Gomoll, A. H.; Kang, R. W.; Williams, J. M.; Bach, B. R.; and Cole, B. J.:** Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder. *Arthroscopy,* 22(8): 813-9, 2006.
8. **Gomoll, A. H.; Yanke, A. B.; Kang, R. W.; Chubinskaya, S.; Williams, J. M.; Bach, B. R.; and Cole, B. J.:** Long-term effects of bupivacaine on cartilage in a rabbit shoulder model. *Am J Sports Med,* 37(1): 72-7, 2009.
9. **Karpie, J. C., and Chu, C. R.:** Lidocaine exhibits dose- and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. *Am J Sports Med,* 35(10): 1621-7, 2007.
10. **Dragoo, J. L.; Korotkova, T.; Kanwar, R.; and Wood, B.:** The effect of local anesthetics administered via pain pump on chondrocyte viability. *Am J Sports Med,* 36(8): 1484-8, 2008.
11. **Athwal, G. S.; Shridharani, S. M.; and O'Driscoll, S. W.:** Osteolysis and arthropathy of the shoulder after use of bioabsorbable knotless suture anchors. A report of four cases. *J Bone Joint Surg Am,* 88(8): 1840-5, 2006.
12. **Freehill, M. Q.; Harms, D. J.; Huber, S. M.; Atlihan, D.; and Buss, D. D.:** Poly-L-lactic acid tack synovitis after arthroscopic stabilization of the shoulder. *Am J Sports Med,* 31(5): 643-7, 2003.
13. **Levine, W. N.; Clark, A. M., Jr.; D'Alessandro, D. F.; and Yamaguchi, K.:** Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. *J Bone Joint Surg Am,* 87(3): 616-21, 2005.
14. **Good, C. R.; Shindle, M. K.; Griffith, M. H.; Wanich, T.; and Warren, R. F.:** Effect of radiofrequency energy on glenohumeral fluid temperature during shoulder arthroscopy. *J Bone Joint Surg Am,* 91(2): 429-34, 2009.
15. **Good, C. R.; Shindle, M. K.; Kelly, B. T.; Wanich, T.; and Warren, R. F.:** Glenohumeral chondrolysis after shoulder arthroscopy with thermal capsulorrhaphy. *Arthroscopy,* 23(7): 797 e1-5, 2007.
16. **Ciccone, W. J., 2nd; Weinstein, D. M.; and Elias, J. J.:** Glenohumeral chondrolysis following thermal capsulorrhaphy. *Orthopedics,* 30(2): 158-60, 2007.
17. **Tamai, K.; Higashi, A.; Cho, S.; and Yamaguchi, T.:** Chondrolysis of the shoulder following a "color test"-assisted rotator cuff repair--a report of 2 cases. *Acta Orthop Scand,* 68(4): 401-2, 1997.

18. **Nakagawa, Y.; Ueo, T.; Miki, T.; Kotani, H.; Onishi, E.; and Nakamura, T.:** Glenohumeral osteoarthritis following a "color test" during rotator cuff repair. A case report and a review of the literature. *Bull Hosp Jt Dis,* 57(4): 216-8, 1998.
19. **Bailie, D. S., and Ellenbecker, T.:** Severe chondrolysis after shoulder arthroscopy: A case series. *J Shoulder Elbow Surg,* 2009.
20. **Fulkerson, J. P., and Winters, T. F., Jr.:** Articular cartilage response to arthroscopic surgery: a review of current knowledge. *Arthroscopy,* 2(3): 184-9, 1986.
21. **Levy, J. C., and Frankle, M.:** Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. *J Bone Joint Surg Am,* 90(11): 2546-7; author reply 2547-8, 2008.
22. **Levy, J. C.; Virani, N. A.; Frankle, M. A.; Cuff, D.; Pupello, D. R.; and Hamelin, J. A.:** Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. *J Shoulder Elbow Surg,* 17(3): 380-8, 2008.
23. **Lubowitz, J. H., and Poehling, G. G.:** Keeping it short: evidence-based international systematic reviews, rotator cuff, knee posterolateral corner, and bupivacaine chondrocytotoxicity. *Arthroscopy,* 25(3): 223, 2009.
24. **Sanders, T. G.; Zlatkin, M. B.; Paruchuri, N. B.; and Higgins, R. W.:** Chondrolysis of the glenohumeral joint after arthroscopy: findings on radiography and low-field-strength MRI. *AJR Am J Roentgenol,* 188(4): 1094-8, 2007.
25. **Seshadri, V.; Coyle, C. H.; and Chu, C. R.:** Lidocaine potentiates the chondrotoxicity of methylprednisolone. *Arthroscopy,* 25(4): 337-47, 2009.

# Armando F. Vidal, M.D.

**Curriculum Vitae**

**Assistant Professor**
**Sports Medicine and Shoulder Service**
**Department of Orthopaedics**
**University of Colorado School of Medicine**
2000 S. Colorado Blvd
Colorado Center, Tower One – Suite 4500
Denver, CO 80222
Email : armando.vidal@ucdenver.edu

## Education :

University of Miami School of Medicine, Miami, FL : M.D. ; 1995 – 1999
University of Miami, Miami, FL : B.S. – Biological Sciences, Cum Laude – Honors Program in Medicine ; 1993 – 1995
Archbishop Curley – Notre Dame High School, Miami, FL – Valedictorian; 1989 – 1993

## Post Graduate Education :

University of Pittsburgh, Pittsburgh, PA - Sports Medicine and Shoulder Fellowship : 2004 – 2005
Hospital for Special Surgery, Weill Medical College of Cornell University, New York, NY – Orthopedic Surgery Residency : 2000 – 2004
The New York Presbyterian Hospital, Cornell University Medical Center, New York, NY - General Surgical Internship: 1999 – 2000

## Honors & Awards :

Jean C. McDaniel Resident Teaching Award – Hospital for Special Surgery : 2004
AOSSM Young Investigator Grant : 2003
Musculoskeletal Tissue Foundation Research Grant : 2003
Alpha Omega Alpha Honor Society – Junior inductee: 1998
Cum Laude, University of Miami - Miami, FL : 1998
Thomas Brown McClelland – Rotary Club Scholarship: 1997 - 1998
Academic Scholarship – University of Miami School of Medicine – Miami, FL : 1995 - 1999
Isaac Bashevis Singer Full-Tuition Academic Scholarship: University of Miami – Miami, FL : 1993 - 1995
University of Miami President's List / Provost's Honor Roll / Dean's List : 1993 – 1995

## Publications / Research :

**Vidal AF** and Allen AA: Biceps Tendon and Triceps Tendon Injuries. *Sports Medicine and Arthroscopy Review,* 11(1):47-56, March 2003

Beasley LS and **Vidal AF**: Traumatic Patellar Dislocation in Children and Adolescents: Treatment Update and Literature Review, *Current Opinion in Pediatrics,* 16(1):29-36, February 2004

**Vidal AF**, Drakos MC, Allen AA: Biceps Tendon and Triceps Tendon Injuries, *Clinics in Sports Medicine* 23 (4):707-722, October 2004

Beasley LS, Weiland DE, **Vidal AF,** et. al.: Anterior Cruciate Ligament Reconstruction: A Literature Review of the Anatomy, Biomechanics, Surgical considerations and Clinical Outcomes, *Operative Techniques in Orthopaedics,* 15 (1): 5 – 19, January 2005.

**Vidal AF,** Brucker PU, Fu FH: Anatomic Double-Bundle Anterior Cruciate Ligament Reconstruction Using Tibialis Anterior Tendon Allografts, *Operative Techniques in Orthopaedics,* 15(2): 140 – 145, April 2005

Tyler, W, **Vidal AF,** Williams RJ, Healey JH. Pigmented Villonodular Synovitis. *JAAOS 2006 Jun;14(6):376-85.*

Chhabra A, Starman JS, Ferretti M, **Vidal AF,** Zantop, T, Fu FH. Anatomic, Radiographic, Biomechanical and Kinematic Evaluation of the Anterior Cruciate Ligament and Its Two Functional Bundles. (JBJS-A, Dec 2006; 88 Suppl 4:2-10))

Zantop T, Brucker PU, **Vidal A,** Zelle B, Ferretti M, Fu FH. Intra-articular rupture pattern of the anterior cruciate ligament. (CORR, Jan 2007; 454: 48-53)

Zella BA, **Vidal AF,** Brucker PU, Fu FH. Perspectives on Modern Orthopaedics : Double-Bundle Reconstruction of the Anterior Cruciate Ligament: Anatomic and Biomechanical Rationale. (JAAOS 2007 – Feb; 15 (2) : 87-96)

Grant AC, **Vidal AF**, McCarty EC. Arthroscopic Approach to Posterior Shoulder Instability. Operative Techniques in Sports Medicine, 15 (3) : 111-115, July 2007

Wright RW, Dunn WR, Amendola AA ... **Vidal AF**, et al. Anterior Cruciate Ligament Revision Reconstruction : Two –Year Results from the MOON Cohort. (Journal of Knee Surgery 2007 Oct; 20(4) : 308-311.

Ranawat AS, **Vidal AF**, Chen CT, Zelken JA, Turner AS, Williams RJ. Material Properties of Fresh Cold-Stored Allografts for Osteochondral Defects at 1 Year. (CORR, August 2008; 466(8) : 1826 – 36)

Baumgarten KM, **Vidal AF**, Wright RW. Rotator Cuff Rehabilitation : A Level I and II Systematic Review. (*submitted for publication*)

**Vidal AF,** Johnson T, Cho S, Chen CT, Turner AS, Williams RJ: The Effect of Cold-Storage on Chondrocyte Survival and Material Properties of Fresh Osteochondral Allograft Transplants *In Vivo (Submitted for publication)*

Flik KR, Chehab E, **Vidal AF,** Altchek D, Warren RF. ACL Reconstruction Using Achilles Tendon Allograft: A Matched Controlled Study. (*Submitted for Publication*)

## Book Chapters :

**Shoulder Injuries.** McMahon PJ, Beasley LS, **Vidal AF.** In: McMahon, PJ ed. Current Diagnosis & Treatment in Sports Medicine. Lange Medical Publications/ McGraw-Hill 2005.

**The ACL. Vidal AF**, Fu FH. In: Johnson, DL & Mair SD ed. Clinical Sports Medicine . Elsevier Publications / Mosby 2006.

**Injections in the Athlete.** Gibson B, Wolcott ML, **Vidal AF.** In : McCarty EC ed. Netter's Sports Medicine: The Team Physician's Handbook. Elsevier *(in press 2008)*

## National Presentations :

### Podium Presentations

**Vidal AF,** Johnson T, Cho S, Chen CT, Turner AS, Williams RJ: Fresh, Stored Osteochondral Allograft Transplantation: An Analysis of Material Properties. *AAOS 2004, San Francisco, CA*

Ranawat AS, **Vidal AF**, Chen CT, Zelken BA, Turner AS, Williams RJ: The Effect of Storage Time on the Reconstruction of Cartilage Defects Using Fresh Cold-Stored Osteochondral Allograft Tissue in an Ovine Model at One Year. AAOS 2008 – Specialty Day, San Francisco, CA

Wright RW, Dunn WR, Amendola AA, Andrish JT, Flanigan DC, Matava MJ, Jones MH, **Vidal AF**, Wolcott ML, Spindler KP. Patient Based Outcomes of Revision ACL Reconstruction : 2 Year Results from the MOON Cohort. AAOS 2008 – Specialty Day, San Francisco, CA

### Poster Presentations:

Chehab EL, Flik KR, **Vidal AF**, Levinson M, Altchek DW, Warren RF. Anterior Cruciate Ligament Reconstruction with Achilles Tendon Allograft in Patients 35 Years and Older. Podium Presentation. Eastern Orthopedic Association Annual Meeting. San Juan, Puerto Rico. October 16, 2004.

Chhabra A, **Vidal AF**, Zelle BA, Zantop T, Ferretti M, Cohen SB, Brucker P, Fu FH. Anatomic, Radiographic, Biomechanical, and Kinematic Evaluation of the ACL and its Two Functional Bundles. Scientific Exhibit at the 73rd Annual Meeting, American Academy of Orthopaedic Surgeons 2006. Chicago, IL.

Grant AC, **Vidal AF,** Kerr B, McCarty EC. A Biomechanical Comparison of Single and Double Loaded Suture Anchors for Repair of Traumatic Antero-Inferior Labral Injuries. E-Poster, AANA Annual Meeting, April 2008. Washington, DC

Grant AC, **Vidal AF,** Kerr B, McCarty EC. A Biomechanical Comparison of Single and Double Loaded Suture Anchors for Repair of Traumatic Antero-Inferior Labral Injuries. Western Orthopaedic Association Annual Meeting, July 2008, Maui, Hawaii

Gibson B, Baldini T, Linford E, Wolcott ML, **Vidal AF**, McCarty EC. Biomechanical Behavior of Different Suture Materials at the Suture-Tendon Interface in Rotator Cuff Tendon. AANA Annual Meeting, April 30 – May 3, 2009. San Diego, CA

## Conference Faculty :

Rocky Mountain Shoulder and Elbow Society Inaugural Meeting, June 16 – 18th, 2006, Vail, CO.
*Athletic Elbow & Clavicle Fractures – Are the Indications for Surgery Changing?*

University of Colorado Sports Medicine, Shoulder & Knee Symposium, September 15, 2006, Boulder, CO. *Arthroscopic Multidirectional & Posterior Instability Repairs , Evaluation & Treatment of Internal Impingement & Partial Thickness Rotator Cuff Tears*

University of Colorado Sports Medicine : Office-Based Sports Medicine for the Primary Care Provider, May 12th, 2007 – Denver, CO : *Common Shoulder Injuries in the Athlete.*

Rocky Mountain Shoulder & Elbow Meeting, July 20th – 21st, 2007, Boulder, CO. *Treatment of Grade 3 Acromioclavicular Injuries*

University of Colorado Sports Medicine, Shoulder & Knee Symposium, September 14, 2007, Boulder , CO.

University of Colorado Sports Medicine: Office-Based Sports Medicine for the Primary Care Provider, May 3rd, 2008 – Denver, CO : *Hip Injuries in the Athlete.*

University of Colorado Fall Sports Medicine, Shoulder and Knee Symposium, October 3, 2008. *Anatomy of the Athlete's Shoulder, AC Joint Injury – Fix it or Sling it?*

## Grant Experience :

The American Orthopaedic Society for Sports Medicine Young Investigator Grant - August 2003 : $40,000 - **Vidal AF**, Williams RJ, Torzilli, PA. *Use of Viable Cold-Stored Osteochondral Allografts for the Treatment of Articular Cartilage Defects.* PI: **Vidal, AF**

Musculoskeletal Transplant Foundation Peer Reviewed Grant - January 2004 : $90,000. Williams RJ, Torzilli PA, **Vidal AF.** *The Effect of Storage Time on the Success of Cold – Stored Osteochondral Allograft Transplantation in an Ovine Model.* PI: Williams, RJ

## Internet Publications :

**Vidal AF** and McCarty EC, *Commentary and Perspective on "Anterior Cruciate Ligament Reconstruction with Use of Single or Double Bundle Technique in Patients with Generalized Ligamentous Laxity" February 2009*
http://www.ejbjs.org/Comments/2009/cp_feb09_vidal.dtl

## Licensure and Board Certification :

Colorado State Medical License : 2005 - present
New York State Medical License : 1999 - 2005

### ABOS Certification Examination

Part One – Pass ; 99% percentile (Board Eligible) : 2004
Part Two – Board Certified – American Board of Orthopaedic Surgery: 2008 - present

### United States Medical Licensing Examination (USMLE)

Step One – Pass : 1997
Step Two – Pass : 1999

Step Three – Pass : 2000

## Professional Memberships

American Medical Association
American Academy of Orthopaedic Surgeons
American Orthopaedic Society for Sports Medicine
Colorado Orthopaedic Society
Alpha Omega Alpha Medical Honor Society
Multicenter Orthopedics Outcome Network (MOON) Research Study Group – Knee & Shoulder

## Committee / Journal Affiliations

American Orthopedic Society for Sports Medicine – Technology Committee
American Orthopedic Society for Sports Medicine – Youth Sports Safety Initiative
Journal Reviewer – American Journal of Sports Medicine
Journal Reviewer - Orthopedics

## Professional Affiliations

University of Colorado Health Sciences Center, Denver, CO – Assistant Professor, Active Staff (2006 – present)
VA Hospital, Denver, CO – Active Staff (2006 – present)
Team Physician – University of Colorado Athletics (2006 – present)
Team Physician – University of Denver Athletics (2006 – present)
Platte Valley Medical Center, Brighton, CO – Active Staff (2005 – 2006)
Head Team Physician – Brighton High School, Brighton, CO (2005 – 2006)
Head Team Physician – Aurora Calvary (International Basketball League) (2005 – 2006)
Team Physician – University of Pittsburgh Football (2004 – 2005)
Team Physician – University of Pittsburgh Athletics (2004 – 2005)
Team Physician – Robert Morris University (2004 – 2005)

---

## Special Skills & Interests

LANGAUGE SKILLS: Fluent in Spanish
INTERESTS: Skiing, Road/Mountain Biking, Running, Fishing

# Charging for Depositions and Meeting for Dr. Vidal

1. Depositions $900.00/hr

2. Meeting Pre-Deposition $400.00/hr

3. Meeting with Attorney $400.00/hr

4. Case Review $1,750

5. Additional Review of Records $400/hr

6. Preparation of expert opinion letter $400/hr

7. Expert Witness Testimony (Travel within 60 miles of Boulder) $3,000

8. Expert Witness Testimony (Travel over 60 miles of Boulder) $6,000

Payment Due Prior to Meeting!!!!!!! Unless Ok'd by Dr. Vidal.