IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00365-MSK-CBS

STACEY ANN HANSEN,

Plaintiff,

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc.;
REABLE THERAPEUTICS, LLC; and
I-FLOW CORPORATION;

Defendants.

---

**DECLARATION OF LESLIE W. O'LEARY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT I-FLOW'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS RULE 702 MOTION TO EXCLUDE THE PROPOSED EXPERT OPINIONS OF SUZANNE PARISIAN AND CHARLES BECK**

---

I, Leslie W. O'Leary, under penalty of perjury do hereby declare that the following facts are true, to my personal knowledge.

1. I am one of the attorneys representing the plaintiff in the above-referenced matter and I submit this declaration in support of *Plaintiff's Opposition To Defendant I-Flow's Supplemental Memorandum In Support Of Its Rule 702 Motion To Exclude The Proposed Expert Opinions Of Suzanne Parisian And Charles Beck*.

2. Attached as Exhibit 01 is a true and correct copy of the *Expert Report of Suzanne Parisian, M.D.*, dated May 27, 2009.

3. Attached as Exhibit 02 is a true and correct copy of the *Memorandum Opinion and Order* issued in *Paugh et al. v. I-Flow Corp.*, CIV. 32D02-0802-CT-9 (Hendricks Cnty. Ind. Super. Ct. No. 2, Apr. 9, 2010).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2010.

Respectfully submitted,

By: /s/ Leslie W. O'Leary

Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 295-2924
Facsimile: (503) 295-3720

Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 28th day of July, 2010, according to this Court's provision for service on the following:

Jeffrey R. Pilkington, Esq.
jeff.Pilkington@dgslaw.com
Jordan Lipp, Esq.
Jordan.lipp@dgslaw.com
Davis Graham & Stubbs LLP
1550 – 17th Street, Suite 500
Denver, CO 80202

Chad J. Layton, Esq.
clayton@smsm.com
Erin N. Graham, Esq.
egraham@smsm.com
Segal McCambridge Singer & Mahoney, Ltd.
233 South Wacker Drive
Sears Tower, #5500
Chicago, IL 60606-6306

*Attorneys for I-Flow Corporation*

Brett Marshall Godfrey, Esq.
godfrey@godlap.com
James A. Johnson
johnson@godlap.com
Godfrey & Lapuyade, PC
9557 S. Kingston Court
Englewood, CO 80112

Marilyn Nuir Jager, Esq.
mjager@mpplaw.com
Morris Polich & Purdy LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017

*Attorneys for DJO, Incorporated f/k/a DJ Orthopedics, Inc.*

WILLIAMS LOVE O'LEARY & POWERS, P.C.

/s/ Leslie W. O'Leary
Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com

cc: Co-counsel