**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover             Date:  July 29, 2010
Court Reporter:      Paul Zuckerman

Civil Action No. 08-cv-00365-MSK-CBS

*Parties*:                                   *Counsel Appearing:*

STACEY ANN HANSEN,               Leslie O'Leary (by telephone)
                                     Tom Powers (by telephone)
          Plaintiff,                Donald Jones

v.

DJO, INCORPORATED, f/k/a DJ Orthopedics, Inc., and     James Johnson
I-FLOW CORPORATION,                   Marilyn Jager (by telepone)
                                     Erin Graham (by telephone)
          Defendants.              Jordan Lipp

---

## COURTROOM MINUTES

---

HEARING:

**3:39 p.m.**      **Court in session.**

Counsel are present as listed above.

The Court addresses the pending summary judgment motions (Doc. #155, 157, 159 and 162).

Counsel are in agreement with the Court that they need not be considered until after the 702 determination is made.

**ORDER:**      The motions for summary judgment (Doc. #155, 157, 159 and 162) are DENIED without prejudice, with leave to seek reconsideration once the 702 issues with regard to the opinions on general causation are resolved. The motions need not be refiled.

The Court addresses the parties joint 702 motion (Doc. #153) and time needed for the hearing.

Statements from several counsel.

**ORDER:**      The Joint 702 Motion for hearing (**Doc. #153**) is **GRANTED**.  The 702 hearing is scheduled on **January 26, 2011 at 8:30 a.m.**  Sixty (60) days before the hearing the plaintiff will disclose to defendants which witness will be rendering the opinion at the hearing.   Defendant I-Flow's reply brief (on 702) will be filed by **September 13, 2010.**

At the close of hearing on January 26, 2011, the parties will address the need for further hearings for purposes of 702.

**4:21 p.m.**      **Court in recess.**

**Total Time:**    **42 minutes.**
**Hearing concluded.**